UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

STUDENTS FOR FAIR ADMISSIONS, INC.,

*Plaintiff,*

v.

THE UNITED STATES MILITARY ACADEMY AT WEST POINT,

*Defendant.*

Case No. _____

## DECLARATION OF MEMBER A

I, Member A, declare as follows:

1. Though I am not yet 18, I am of sound mind, not a convicted felon, capable of making this declaration, and fully competent to declare the matters below.

2. I am a U.S. citizen and a senior in high school. I live in the upper midwest.

3. My GPA is 3.77, near the very top of my class.

4. I am active in youth sports and in excellent physical condition. I receive annual physicals. I have no medical condition that would prevent me from being medically qualified to attend a military academy.

5. I have long wanted to join the military and attend an academy. One of my grandfathers served in the military, and the other served in various law-enforcement capacities. It would be an honor to serve my country, like they did.

6. I am ready and able to apply to West Point in the fall of 2023. I am taking all necessary steps to apply, qualify, and get nominated.

7. But I am white. Unless West Point is ordered to stop using race as a factor in admissions, my race will prevent me from competing for admission on an equal footing.

8. I joined Students for Fair Admissions because I support its mission and this lawsuit.

9. I am signing this declaration under a pseudonym because I am a high-school student, and if my participation in this litigation becomes public, I fear reprisal from West Point and others.

1

Per 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 13, 2023

_Member A_
Member A