# EXHIBIT A



# THE U.S. MILITARY ACADEMY AT WEST POINT

## THE PREEMINENT LEADER DEVELOPMENT INSTITUTION



The U.S. Military Academy at West Point's mission is "to educate, train, and inspire the Corps of Cadets so that each graduate is a commissioned leader of character committed to the values of Duty, Honor, Country and prepared for a career of professional excellence and service to the Nation as an officer in the United States Army."