# EXHIBIT B

[NEWS](#) / [PRESS RELEASES](#) / [CLASS 2027 ENTER WEST POINT](#)

# CLASS OF 2027 TO ENTER WEST POINT

By West Point Public Affairs - June 21, 2023

RELEASE NO: 17-23

  

WEST POINT, N.Y. – More than 1,240 U.S. citizens and 14 international students, including 247 women, and 463 minorities will report to U.S. Military Academy on June 26 for Reception Day to join West Point's Class of 2027.

The incoming class was selected from a pool of nearly 12,600 applicants. Minority enrollment, roughly 38 percent, includes 127 African Americans, 137 Hispanic Americans, 170 Asian-Americans and 18 Native Americans.

"The Class of 2027 represents our nation's promise for the future and epitomizes the depth and breadth of interest from our youth across America for service to our nation. Their exceptional performance in academics, leadership, athletics, and in the Army has been outstanding and provides the foundation for successful completion of the challenging 47-month West Point experience and for service to our nation as a commissioned leader of character," said Col. Deborah McDonald, director of admissions.

"These young men and women are coming here to dedicate themselves to Duty, Honor, Country, and our United States Constitution," McDonald continued.

The Class of 2027 includes cadets from every state in the nation and 14 international cadets entering the class under the sponsorship of their respective countries. The countries represented include Armenia, Bangladesh (2), Cameroon, Kazakhstan, Lesotho (2), Malaysia, Mongolia, Niger, Pakistan, Poland, Romania, and Slovenia. Upon graduation, these cadets will return to their respective countries as officers in their armed forces.

During Reception Day, the new cadets begin the process of becoming West Point cadets and future U.S. Army officers. They undergo administrative processing, are fitted with their initial issue of military clothing, receive haircuts, medical and physical evaluations, and begin their first lessons in marching, military courtesy and discipline. As their first day ends, the Class of 2027 will stand before many of their parents and friends on the Plain to take the Oath of Allegiance from the U.S. Military Academy's Commandant of Cadets, Brig. Gen. Lori L. Robinson.

New cadets will complete six weeks of Cadet Basic Training, learning the basic skills of the soldier. They will participate in rigorous physical training, small-unit tactical training, and rifle marksmanship, as well as learning to respond quickly and accurately to their commanders under conditions of mental and physical stress. At the end of this initial training period, new cadets will be formally accepted into the Corps of Cadets. The Acceptance Day Parade for the Class of 2027 is scheduled for 10 a.m. Saturday, Aug. 12.

To view the Class of 2027's Oath Ceremony via live stream on June 26 at 6:30 p.m., please visit: https://www.youtube.com/live/Y22f49UpTW8?feature=share.

## About West Point

The U. S. Military Academy at West Point is a four-year, co-educational, federal, liberal arts college located 50 miles north of New York City.  It was founded in 1802 as America's first college of engineering and continues today as the world's premier leader-development institution, consistently ranked among top colleges in the country.  Its mission remains constant-to educate, train, and inspire the Corps of Cadets so that each graduate is a commissioned leader of character committed to the values of Duty, Honor, Country and prepared for a career of professional excellence and service to the nation as an officer in the U. S. Army.  For more information, go to www.westpoint.edu.

## MEDIA CONTACT

845-938-2006

mediarelations@westpoint.edu