# EXHIBIT D

[about](#) / [cadet consumer information](#)

☐ MENU

[Home](#)

[Admissions](#)

[Cadet Achievement](#)

[Cadet Diversity](#)

[G5 Home](#)

# Cadet Consumer Information/Right to Know

Welcome to West Point's cadet consumer information page. The information on this page is intended to assist candidates, cadets, their families, and others in obtaining information about the Academy's developmental programs and outcomes. Per federal regulations set forth by The Higher Education Act of 1965 (amended in 2008), and the Student Right to Know Act, 34 C.F.R. 668 passed in 1990, educational institutions are required to disclose specific consumer information about the school. The United States Military Academy (USMA) voluntarily maintains this page as a centralized location for general information about the USMA.

## General Institutional Information

- United States Military Academy (USMA):
    - [Mission](#)
    - [Governance and Strategic Documents](#)
- Accreditation:
    - Institutional Accreditation (Middle States Commission on Higher Education - MSCHE) - USMA was first accredited by [MSCHE](#) in 1949 and has be reaccredited each successive decade.  Middle States accreditation was reaffirmed in 2021 ([Copy of current statement of accreditation](#).).   *The next program accreditation visit is scheduled in 2027-2028.*
    - [Engineering and Computing Accreditation](#)
        - The following USMA majors are, and have been continuously accredited by the Engineering Accreditation Commission of ABET, [https://www.abet.org](#), since the initial date shown:
            - Chemical Engineering, October 1, 2012
            - Civil Engineering, October 1, 1985
            - Cyber Science, October 1, 2020
            - Electrical Engineering, October 1, 1985
            - Engineering Management, October 1, 1985
            - Environmental Engineering, October 1, 1995
            - Mechanical Engineering, October 1, 1985
            - Nuclear Engineering, October 1, 2007
            - Systems Engineering, October 1, 1995
        - The following USMA majors are and have been continuously accredited by the Computing Accreditation Commission of ABET, [https://www.abet.org](#), since the initial date shown:
            - Computer Science, October 1, 1997
        - The USMA major, Geospatial Information Science, is accredited by the [United States Geospatial Intelligence Foundation](#) continuously since May 1, 2010.
        - The Chemistry Major with Honors track is approved by the Committee on Professional Training of the [American Chemical Society](#) continuously since April 25, 2013.
- Academics:
    - [Academic Calendar](#)
    - Catalogs
        - [Academic - Red Book](#)
        - [Military - Green Book](#)
        - [Physical - White Book](#)
        - Character - [Gold Book](#)

- Note: The four catalogs above provide basic information on disciplinary majors, completion requirements, courses, required sequencing.
          - [Centers and Research](#)
          - [Curriculum](#)
          - [Departments](#)
          - [Faculty](#) - *The Blend of Excellence* - The Academic Program is led by a combination of senior military officers and experienced civilian educators who provide strong connections to the Army and higher education community as well as the long-term stability and focus vital in a highly connected and interdisciplinary academic program.  The largest segment of the faculty is rotating military faculty - successful, mid-career military Army officer, with recent Army operational leadership experience and master's degree from the nation's top graduate programs.
          - [Grading](#) - There are three distinct areas related to the Academic, Military, and Physical areas, but all courses are part of the requirements for degree/graduation and are reflected on the transcript.  Cadets can view theirs grades at any time (electronically) via the Cadet Information System.
          - [Placement Testing and Validation](#)
          - [Requirements to Commissioning and Degree](#) - USMA's minimum graduation requirements that reflect the minimum achievement level expected of a USMA graduate and future US Army Officer.  These are based within the following four programs:
              - [Academic Program](#)
              - [Military Program](#)
              - [Physical Program](#)
              - [Character Program](#)
          - Student Performance in Academic Programs
              - *Attendance* - Cadets may be excused from classes only by the Superintendent, the Dean (only those taught by the academic departments), the Commandant (only those taught by the Departments of Military Instruction and Physical Education), the heads of the departments (only those taught by their respective departments), and the Commander of MEDDAC (for illness or physical disability).
              - *Tutoring* - [The Center for Enhanced Performance (CEP)](#)) provides the training and administrative support for the organized company tutoring programs in which tutoring is conducted by other cadets.  Tutoring is authorized for all cadets is normally voluntarily.  Cadets may receive tutoring individually or as part of organized cadet groups sanctioned by the Commandant.
              - *Written Partial Reviews (WPR's) - Written Exams* - WPR's may be scheduled at any time during a term.  Take home tests (writs, WPR's, TEE's) and other similar graded events are not utilized.
              - *Term End Exams (TEE's)* - TEE's are scheduled at the end of each term and take precedence over all other activities and formations.
          - Transfer Policy - The United States Military Academy does not accept transfer credits and does not have articulation agreements with other institutions.
- Admissions:
    - [Cadet Diversity](#)
    - [Information regarding Cadet appointment, numbers, and territorial distribution](#)
    - [International Cadets](#)
    - Admissions questions can be addressed at (845) 938-4041
- [Cost of Attendance/Financial Aid](#):
    - The United States Military Academy is a four-year, coeducational federal service academy located at West Point, New York.  There is no tuition to attend.  Students (Cadets) accepted into West Point are members of the U.S. Army, and each Cadet receives an annual salary, room, board, medical, and dental care.  Cadets can accept scholarships from outside agencies provided the grant is not earmarked for tuition, or room and board.  Since the Academy is federally funded, we do not have a financial aid office.
        - [Federal Student Financial Aid Penalties for Drug Law Violations](#)
- Discrimination:
    - The United States Military Academy is fully committed to affirmative action and to its policies of nondiscrimination and equal opportunity in all programs, and activities without regard to race, color, national origin, sex, religion, and sexual orientation.
        - Non-discrimination policy - The United States Military Academy is fully committed to affirmative action and to its policies of nondiscrimination and equal opportunity in all programs, and activities without regard to race, color, national origin, sex, religion, and sexual orientation.  Evidence of practices not consistent with these policies should be reported to the office of Equal Opportunities and Affirmative Action.
        - [Office of Diversity, Inclusion, and Equal Opportunity](#)
        - Disabilities - all candidates must be screened through a comprehensive medical evaluation ensuring no disabilities that would prevent commissioning status.
- Graduation and Beyond:
    - Graduates are commissioned as a second lieutenant in the Army and serve for five years on active duty.  If graduates choose to depart the Army after five years, they are required to serve three years in the Inactive Ready Reserves (IRR).
        - [Careers](#)
            - [Accession](#)
            - [Career Placement Services](#)
            - [Graduate and Professional Education Placement](#)
- Health and Safety:

- - [Accessibility/Section 508](#)
  - [Drug and Alcohol Abuse Prevention Program](#)
  - [Emergency Services](#)
  - [Hazing and Bullying](#)
  - [Online Behavior](#)
    - [Copyright Infringement – Policies and Sanctions](#) (pp.7-9 &19)
    - [Computer File Sharing](#)
  - Instructional Facilities
    - [Map of USMA - West Point](#)
- [Intercollegiate Athletic Program Participation Rates (Equity in Athletics Disclosure Act)](#)
- Licensing Exams: - Not Applicable
- [Policies and Procedures for Complaints:](#)
  - [Discrimination/Equal Opportunity](#)
  - Grade Appeal
    - All Cadet grade appeals must be submitted to the respective department immediately (within two weeks) following the receipt of the final grade for the course.  In situations involving emergency or medical leave and other similar extenuating circumstances, the grade appeal will be submitted no later than the end of the following full term.  Appeals begin with the course instructor and follow chain of command up through the Dean until resolved.
  - [SHARP - Sexual Assault and Sexual Harassment](#)
- Privacy of Student Records (extracted from the [USMA Privacy Policy](#)):
  - Family Educational Rights and Privacy Act (FERPA): Since the US Military Academy (USMA) is part of the Department of Defense, FERPA is not the applicable privacy statute that USMA follows.
  - USMA instead follows the [Privacy Act of 1974, 5U.S.C.552a](#) as amended, for protecting students' and other protected forms of information.  The Dean's Policy and Operating Memorandum #2-8 *Academic Administration* is the policy that guides cadet academic privacy procedures.  In brief, USMA does not release grades and other academic information to parents and guardians without Cadet consent.
    - Cadets can provide consent by selecting this option in the West Point Academic Management System.
    - In effect, cadets/graduates control the release of their own information from their records.  USMA requires individuals to submit written (e.g., letter, fax, email) release authorization <u>before</u> USMA will send information to organizations outside the Department of Defense.  Such signed requests are authorization by the individual to release theri information as they requested.
  - USMA collects, stores, and processes personally identifiable information (PII) about cadets in its System of Records call the Academy Management System (AMS) (see also [System of Records Notice](#) for routine uses). PII is information that distinguishes or traces and individual's identity (see also [NIST's definition of PII](#)).
    - Individuals may order a Transcript or submit a Request for Academic Records on behalf of themselves using the Registrars website "[Order a Transcript](#)".
  - USMA also abides by [Army Regulation 25-22 The Army Privacy Program](#) for marking and encrypting (see also paragraph 1-9), the control of PII as well as the reporting of any breach (see also paragraph 9-1) of PII.
    - USMA's users protect email and other forms of collaboration containing PII in the body of the communications or in attachments.  USMA's users have the affirmative duty to ensure recipients of other's PII have an official need-to-know.  Users will mark communications and materials containing PII in accordance with the DoD Manual 5200.0 Vol4 DoD Information Security Program: Controlled Unclassified Information (CUI) and AR 25-55 Para 1-9.a.7.b.
      - For example, add CUI//PII to the beginning of an email message along with appropriate language such as the following, "This document contains Controlled Unclassified Information (CUI)/Personally Identifiable Information protected under the Privacy Act of 1974 and Army Regulation (AR) 25-22, The Army Privacy Program.  Do not further disseminate this information without the permission of the sender."
    - USMA provides encryption protection with the @westpoint.edu email domain automatically when the data is in transit and at rest within user's email storage in the Office 365 cloud.
    - USMA user may use the Microsoft Office Mail Encryption (OME) to send encrypted email to recipients that do not have a public key with which to encrypt the email contents.
    - USMA users may also use the DoD CAC encryption capabilities to send encrypted email to recipients with DoD public keys (see also [https://dod411.gds.disa.mil/](#) to find DoD users' public keys).
    - Other individuals, including non-DoD investigators or those conducting background checks for employment, may order a transcript on behalf of a cadet, former cadet or graduate, but must provide a signed release, signed within the last six months, from the individual in question.  The requestor must present this signed release to the Registrar prior to release of the information.
    - Public requests for degree or attendance verification may be honored, but will include no more than VERIFIED name, dates of attendance, degree earned, date of graduation, and area of concentration and specific major or minor or both (dual major).
    - The point of contact for cadet academic record requests is the USMA Registrar's office at 845-938-2050.
    - The point of contact for privacy issues or concerns at USMA is at [privacy@westpoint.edu](#).
- Refund/Withdrawal/Separation following Affirmation:
  - [Refund/Withdrawal.](#)