# EXHIBIT G

2017

ANNUAL REPORT

UNITED STATES MILITARY ACADEMY

BOARD OF VISITORS



DECEMBER 20, 2017

THIS REPORT IS NOT RELEASABLE UNTIL ACTED UPON BY THE
PRESIDENT OF THE UNITED STATES

**REPORT OF THE 2017 BOARD OF VISITORS**
**UNITED STATES MILITARY ACADEMY**

# CONTENTS

                                                                            Page

Appointment and Duties of the Board ............................................... 1
Members of the Board ................................................................ 1
Designated Federal Officer .......................................................... 2
Public Notice ....................................................................... 2
Procedures .......................................................................... 2
Convening of the Board .............................................................. 2
Conclusions and Recommendations ..................................................... 4

Board of Visitors First Meeting, March 9, 2017, Washington, DC
Meeting Agenda ...................................................................... 8
Summarized Minutes .................................................................. 9
Briefing Slides ..................................................................... 40

Board of Visitors Second Meeting, July 10, 2017, West Point, NY
Meeting Agenda ...................................................................... 75
Summarized Minutes .................................................................. 76
Briefing Slides ..................................................................... 111

Board of Visitors Annual Meeting, October 20, 2017, West Point, NY
Meeting Agenda ...................................................................... 138
Summarized Minutes .................................................................. 139
Briefing Slides ..................................................................... 187

Board of Visitors 2017 Attendance ................................................... 211
Materials Furnished to the 2017 Board of Visitors ................................... 213
Board of Visitors 2017 Areas of Inquiry ............................................. 214
An Extract of the United States Code ................................................ 215
Charter of the USMA Board of Visitors ............................................... 216

**This page left intentionally blank**

**REPORT OF THE BOARD OF VISITORS**
**OF THE**
**UNITED STATES MILITARY ACADEMY**
**West Point, New York 10996**

THE PRESIDENT OF THE UNITED STATES

Mr. President:

**1. <u>APPOINTMENT AND DUTIES OF THE BOARD.</u>** The Board of Visitors (BoV or the Board) to the United States Military Academy (USMA or the Academy) was appointed in accordance with the provisions of Section 4355 of Title 10, United States Code.  It is the Board's duty to inquire into the morale and discipline, curriculum, instruction, physical equipment, fiscal affairs, academic methods, and other matters relating to the Academy.

**2. <u>MEMBERS OF THE BOARD.</u>**

| <u>U.S. Senators</u> | <u>U.S. Representatives</u> |
| --- | --- |
| Christopher Murphy, Connecticut (SAC) | Steve Womack, Arkansas (HAC) |
| Richard Burr, North Carolina (SASC) | Mike Conaway, Texas (HASC) |
| Jerry Moran, Missouri (SASC) | Sean Patrick Maloney, New York |
| Kirsten Gillibrand, New York (SASC) | Stephanie Murphy, Florida (HASC) |
| | Thomas Rooney, Florida (HAC) |

<u>**Presidential Appointees**</u>

Ms. Elizabeth McNally, 2B Chateau Circle, Scarsdale, NY 10583 (Re-appointed 1 January 2017 to serve until 30 December 2018)

Ms. Brenda Sue Fulton, 1501 Ocean Avenue, Unit 2501, Asbury Park, NJ 07712 (Re-appointed 1 January 2017 to serve until 30 December 2019)

Honorable Gerald McGowan, 4903 Rock Spring, Arlington, VA 22207 (appointed July 23, 2015 until December 31, 2017)

Mr. Frederick H. Black, Sr., 206 Woodleaf Driver, Chapel Hill, NC 27516 (appointed 1 January 2017 to server until 30 December 2019)

Ms. Jane Holl Lute, 4404 33rd Road North, Arlington, VA 22207 (appointed 1 January 2017 to serve until 30 December 2018)

Ms. Bridget Altenburg, 5005 N. Francisco, Chicago, IL 60625 (appointed 1 January 2017 to serve until 30 December 2017)

**3. <u>DESIGNATED FEDERAL OFFICERS.</u>** Mrs. Deadra K. Ghostlaw serves as Executive Secretary/Designated Federal Officer from April 2013 to present; Mr. Jeffery Reynolds serves as Assistant Designated Federal Officer from September 2013 to present.

**4. <u>PUBLIC NOTICE.</u>** In accordance with Section 10 (a) (2) of the Federal Advisory Committee Act (Public Law 92-463), notices of the meetings were published in the *FederalRegister*.  Local notice was provided to the West Point community and the Corps of Cadets by local newspaper and bulletin notices.  All meetings were open to the public.

**5. <u>PROCEDURES.</u>** Under the provisions of Section 10 (b) and (c) of the Federal Advisory Committee Act (Public Law 92-463), the minutes of each meeting of the Board are certified by the Chair.  The minutes of each meeting are published as part of this report.  The Board of Visitors' records, reports, letters and other documents are available for public inspection in the Office of the Executive Secretary, Board of Visitors, Building 600, United States Military Academy, West Point, New York 10996.  Copies of each of the Reports of the BoV are submitted to the Library of Congress as a matter of public record, and are posted on the USMA website at http://www.usma.edu/bov/SitePages/Home.aspx.

**6. <u>CONVENING OF THE BOARD.</u>**

    **a. Role of the Board in 2017**. In 2017 the BoV actively pursued its inquiry and oversight mission by convening three times during the year.  The first meeting was held in Washington, DC on March 9, 2017. The second meeting was held at West Point, NY on July 10, 2017. The final meeting, designated by the members as the required annual meeting, was held at West Point, NY on October 20, 2017.

    **b. The First Meeting of the 2017 Board.** The first meeting of the 2017 BoV was held on March 9, 2017 at Washington, DC.  Attendance at this meeting included two US Senators, four US Representatives and five Presidential Appointees.  A quorum, consisting of at least six Board members with one member of Congress, was achieved.  The Honorable Kenneth Schneider, Senior Official Performing the Duties of Undersecretary of the Army, attended as the Secretary of the Army's designated representative to the BoV, addressed the Board, and remained for the meeting.  The agenda was as follows:  Board Business:  Election of Chair and Vice Chair, Review and Approval of the "Rules of the USMA Board of Visitors," Swearing in of Presidential Appointees (Congressional Members may participate as well), Approval of the Minutes from November's Meeting, Status of the Annual Report, and Next BOV date; Key Events since last BOV; Strategic Planning and Continuous Improvement; Developing Leaders of Character; Building and Sustaining Effective and Diverse Teams:  Admissions Update, USMAPS (US Military Academy Preparatory School, SHARP (Sexual Harassment / Assault Response Prevention) update; Stewardship:  Athletic Department transition, Hospital update, Facilities update; Culture of Excellence (1st semester highlights); Upcoming events .  The meeting minutes can be found on page 9.

    **c. The Second Meeting of the 2017 Board.** The second meeting of the 2017 BoV was held on July 10, 2017 at West Point, NY.  Attendance at this meeting included two US Senators, four US Representatives and five Presidential Appointees.  A quorum, consisting of at least six

Board members with one member of Congress, was achieved.  Ms. Diane Randon, the Senior Official Performing the Duties of the Assistant Secretary of the Army for Manpower and Reserve Affairs was the designated representative for the Secretary of the Army.  She addressed the Board and remained for the meeting.  The agenda was as follows: Board Business:  Approval of Minutes from the March Meeting and Fall Meeting Date; Superintendent Topics:  2nd Semester Highlights; Strategic Imperative 1:  Develop Leaders of Character, Sandhurst competition at West Point; BOLC (Basic Officer Leader Course) Performance; MIADs/AIADs (Military Individual Advanced Development/Academic Individual Advanced Development); Strategic Imperative 2:  Foster Relevance and Preeminence, Build Diverse and Effective Teams, Class of 2021 Profile, SHARP Update; Faculty and Staff Excellence; Faculty Blend of Excellence; Faculty in the Summer BLDP (Benavidez Leader Development Program) Success; Intellectual Capital; Projects Day; Stewardship; Future and ongoing construction; Culture of Excellence.  The meeting minutes can be found on page 76.

   **d. The Annual Meeting of the 2017 Board.** The annual meeting of the 2017 BoV was held on October 20, 2017 at West Point, NY.  Attendance at this meeting included one US Senator, four US Representatives and six Presidential Appointees.  A quorum, consisting of at least six Board members with one member of Congress, was achieved.  Ms. Diane Randon, the Senior Career Official Performing the Duties as Assistant Secretary of the Army for manpower and Reserve Affairs, was the Secretary of the Army's designated representative, addressed the Board, and remained for the main meeting.   The agenda was as follows: Board Business; Superintendent Topics; Strategic Imperative 1:   Develop Leaders of Character, Advanced Individual Development (AIAD), Semester Abroad, Military Advanced Individual Development (MIAD), Leadership Detail, Team Captain; Strategic Imperative 2:   Foster Relevance and Preeminence, Build Diverse and Effective Teams, Retention trends and efforts, SHARP Education Program; Faculty and Staff Excellence; Intellectual Capital; Stewardship:  Impacts of National Defense Authorization Act, Master Facility Plan  2035, A76 law, Memorialization; Culture of Excellence; Semester Highlights.  The meeting minutes can be found on page 139.

   **e. Renewal of the USMA BOV Charter.**  The United States Military Academy Board of Visitors Charter was approved on November 16, 2016.  The Charter is due to be renewed prior to its expiration on November 15, 2018.

   **f. Results of the Board's Inquiry.**  In accordance with the Board's statutory mandate, it has performed its review over each specified area of inquiry and requested information from the Academy as needed to fulfill its responsibilities.  The results of the Board's inquiries and the Academy's input in support of those inquiries are highlighted below, as well in the BoV approved minutes, briefing slides, and information papers provided in the Appendices.

7. **CONCLUSIONS AND RECOMMENDATIONS.**

   a. **Principal Conclusions.**

   **(1)  The state of the United States Military Academy's academic, military, physical and character programs remains excellent.  Further, West Point continues to pursue the goal that every one of its graduates is a leader of character.**

The Academy continues to meet and exceed its stated mission to "educate, train, and inspire the Corps of Cadets so that each graduate is commissioned as a leader of character committed to the values of Duty, Honor, Country and prepared for a career of professional excellence and service to the nation as an officer in the United States Army."  The Board of Visitors confirms that USMA accomplishes this important mission superbly as measured by the quality of the young men and women it commissions.  In 2017, West Point maintained its national reputation for academic excellence.  The Board anticipates that the competition for an appointment and admission to West Point among high school seniors is expected to remain strong in the future.  USMA expects to continue to increase the numbers of women and minorities, including African Americans and Latinos, to better reflect the demographics of the Nation.  The Board notes that in 2017, as further evidence of its continued superior academic standing, West Point's college ranking among major publications includes *Forbes* number one Public College in the Country; *Princeton Review* number one in Most Accessible Professors; *US News and World Report* second in Public Liberal Arts College and fourth in Best Undergrad Engineering Programs.

   **(2)  New Construction and Renovation of the Barracks and Academic Facilities at West Point has improved, but remains a concern.**  USMA needs continued Army Sustainable Readiness Model (SRM) funding for barracks renovation through 2021 to complete renovations of all existing barracks spaces.  In 2016 and 2017, the Army's SRM funding for barracks renovation resulted in the completion of MacArthur barracks "Short wing" and "Long wing" and the start of renovations on Pershing Barracks.

      (a) Cadet barracks overcrowding, while still a problem, received some much needed aid, with the completed construction of Davis Barracks, named for GEN (Retired) Benjamin O. Davis, USMA Class of 1936, Renovation of the MacArthur "Long" wing was completed, and renovations were begun on Pershing and Eisenhower Barracks.

      (b) Academic facilities continue to be a concern.  All academic buildings are past their life cycle, except Bartlett Hall, where renovations were completed in 2016.  Future unfunded projects include a much-needed Multi-Purpose Academic Center (MPAC), a parking garage, the Army Cyber Institute's permanent facility, and six critical academic and administrative buildings that are in need of renovations; most of these buildings saw their last renovations in the 1970s.

   **(3)  Sexual Harassment and Assault Response and Prevention (SHARP) and Cadets Against Sexual Harassment and Assault (CASH/A).**  Eliminating sexual harassment and assault at West Point remains the top priority of Academy leaders from top to bottom, and a top concern of this Board.  To that end, the Academy has continued to seek out and implement improvements to prevention and response programs.  The SHARP program continued to train

Cadets, Staff and Faculty, and all other personnel about preventing sexual assaults and sexual harassment.  The SHARP Program Manager enlisted the aid of EverFi, who did a comprehensive review of the SHARP Program at West Point and made several recommendations.  A key take-away from the EverFi consultation encouraged USMA to proactively harness the online training programs to raise sexual assault awareness and responsible alcohol use and raising awareness of prescription drug abuse and misuse.  Data from this training was immediately integrated into the Cadet Character Education Program (CCPD) lessons for fall and spring semester.  Additionally, the feedback from EverFi highlighted the importance of meeting Cadets where they are in the conversations about sexual and relationship health, which we also immediately integrated.  The establishment of the SHARP Resource Center located in the center of the Cadet Area improved access to resources and the policy change that permitted Cadets to speak with people they trust about an assault without automatically triggering an investigation, has contributed to the increase in reporting we have seen over the past 18 months The Cadet-created team, Cadets Against Sexual Harassment and Assault (CASH/A), continues to do a remarkable job of stepping up to "own" the program.  Its mission remains "to inspire the Corps of Cadets in taking a proactive role in eliminating sexual harassment and assault from the military profession through service, education and dedication to a culture of bystander intervention." Cadet leadership appears to be improving the climate in the Corps of Cadets, and the Board is eager for ongoing improvement. The Board continues to track reporting statistics and survey results closely to ensure that progress is made on this critical issue.

(4)   **Character Development Strategy and Honorable Living.**   The Board again commended the Superintendent for making character development and "Honorable Living" training central to Cadet training.  "Honorable Living" requires living by a set of values, on or off duty:  Cadets must internalize the Academy Creed (Duty Honor Country, and the Army values (loyalty, duty, respect, selfless service, honor, integrity, and personal courage) so they become part of their character; this prepares them for the ethical decisions they must make as officers.  Cadets learn that living honorably means living those values not just in uniform, but every day, "24/7."  This focus on Character Development is now embedded in all aspects of the 47-month experience.

(5)   **Restructuring of the Army Athletic Association (AAA) to a 501(c)3 non-federal entity (NFE), the Army West Point Athletic Association (AWPAA).**   USMA received approval of the cooperative agreement between the Secretary of the Army and the Army West Point Athletic Association.  With this cooperative agreement, USMA continues to work with the Army staff to ensure all of the AWPAA operations are compliant with regulations and auditable. Many positions were transferred from NAF positions to AWPAA.  In all, 178 positions will move to AWPAA.

(6)   **Fiscal Year (FY) National Defense Authorization Act (NDAA) authorizes the "Defense Health Agency" which could have unintended consequences for Keller Army Community Hospital (KACH) at West Point.**  Section 702 would change the organizational structure of Military Medicine, giving DHA administrative control of all Military Treatment Facilities and lessening the influence of local commanders.  Section 703 changes hospital criteria and West Point would risk losing access to inpatient care for Cadets at KACH.  The first part of

the new "Act for Health Care Reform" would take effect 1 October 2018 and would take administrative control of KACH from the Army and Superintendent.

**b.  Recommendations to the President**

(1)  **Maintain full support and funding to continue renovations of West Point's Barracks and Academic Facilities.**  The Board recommends that the Administration support funding to continue modernizing the remaining unrenovated barracks.  Any further delays in addressing the failing infrastructure could have significant negative impact on Cadet training and education.  In addition, the Board recommends that the Administration support funding for the renovation of existing Academic and administration facilities, and support funding for a Multi-Purpose Academic Center and a parking structure; as well as a permanent facility for the Army Cyber Institute.

(2)  **Adequate levels of funding must be maintained consistent with the mission requirements.**  The Board recommends budget reductions that result in civilian and military personnel reductions or other operational cuts should be made with a great deal of caution. Future budget reductions have the potential to adversely impact the curriculum, quality of the education, and/or the training currently afforded Cadets at West Point.

(3)  **Continue supporting and funding programs to prevent and eliminate sexual assault and harassment.**  The Board recommends the Administration continue to support and fund programs to prevent sexual assault and harassment, as well as programs that highlight inclusion, diversity, and equal opportunity.

(4)  **Support the restructuring of the Army Athletic Association to a 501(C)3 Non-Federal Entity named the Army West Point Athletic Association (AWPAA)**.  The Board recommends the Administration continue supporting this initiative.  AWPAA allows USMA the flexibility to operate a Division 1 athletic program while adhering to the necessary regulations and compliance procedures.

(5)  **Maintain Keller Army Community Hospital's Inpatient Capability.**  The current language of the NDAA threatens inpatient services at Keller as all medical assets within DoD fall under DHA as of 1 Oct 2018.  As this comes to fruition, USMA leadership has grave concerns that cadet physical readiness and academic preparation may be affected.  If inpatient services close, cadets would have to receive their inpatient care at the nearest local hospital facilities located between 25 and 40 minutes away.  During winter months and inclement weather travel can be treacherous.  Further, maintaining accountability of Cadets who are transported to outside hospitals becomes far more difficult.  Also in jeopardy are the only DoD Orthopedic and Physical Therapy Sports Medicine Fellowships.  Senate leadership has communicated support of Keller becoming an Orthopedic Sports Medicine Center of Excellence and USMA is currently pursuing this initiative.

## 2017 UNITED STATES MILITARY ACADEMY
## BOARD OF VISITORS

STEVE WOMACK
United States House of Representatives
Chair

BRENDA SUE FULTON
Asbury Park, NJ
Vice Chair

KIRSTEN GILLIBRAND
United States Senate

RICHARD BURR
United States Senate

JERRY MORAN
United States Senate

CHRISTOPHER MURPHY
United States Senate

K. MIKE CONAWAY
United States House of Representatives

SEAN PATRICK MALONEY
United States House of Representatives

THOMAS ROONEY
United States House of Representatives

STEPHANIE MURPHY
United States House of Representatives

ELIZABETH MCNALLY
Scarsdale, NY

GERALD MCGOWAN
Arlington, VA

FREDERICK H. BLACK, SR.
Chapel Hill, NC

JANE HOLL LUTE
Arlington, VA

BRIDGET ALTENBURG
Chicago, IL

**Agenda**
**USMA Board of Visitors Meeting**
**March 9, 2017**

Introduction

Board Business

     Election of Chair and Vice Chair
     Review and Approval of the "Rules of the USMA Board of Visitors"
     Swearing in of Presidential Appointees (Congressional Members may participate as well)
     Approval of the Minutes from November's Meeting
     Status of the Annual Report
     Next BOV date

Key Events since last BOV

Strategic Planning and Continuous Improvement

Developing Leaders of Character

Building and Sustaining Effective and Diverse Teams

     Admissions Update
     USMAPS
     SHARP update

Stewardship

     Athletic Department transition
     Hospital update
     Facilities update

Culture of Excellence (1st semester highlights)

Upcoming events

## MINUTES
## BOARD OF VISITORS ANNUAL MEETING
### March 9, 2017
### Washington, DC

**1.  DESIGNATED FEDERAL OFFICER'S REMARKS.** Colonel (COL) James Barren stated for the record that the United States Military Academy (USMA) Board of Visitors (BoV or Board) operates under the authority of US Code Title 10, Section 4355.  The Board is an Advisory Board subject to the Federal Advisory Committee Act.

**2.  CHAIRWOMAN'S REMARKS.**  Ms. Fulton welcomed everyone and thanked them for attending the meeting.  She reminded the Members that the USMA Board of Visitors is not in USMA's Chain of Command, but rather works in an advisory role.

**3.  SUPERINTENDENT'S REMARKS.**  The Superintendent welcomed the Members for making the time to attend the meeting and introduced the three new Presidential Appointees, COL(Ret) Frederick H. Black, Sr.; Ms. Bridget Altenburg; and Ms. Jane Holl Lute, as well as the Senior Official Performing the Duties of Undersecretary of the Army (SOPDUSA), Mr. Karl Schneider. He then recognized Mr. Clay Penczak, Special Events Coordinator for the Library of Congress; Mr. Charles "Bo" Thompson and Mr. Scott Blair, from the USMA Audio/Visual Branch for their outstanding support making the meeting a successful event.  LTG Caslen stressed the importance of attending the meetings, whether in Washington, DC or at West Point, NY.  He touched on some of the agenda items that would be discussed:

    a.  The reorganized Strategic Plan titled, "the Commitment to Character and Excellence"

    b.  The Army West Point Athletic Association's cooperative agreement with the Army to manage USMA's intercollegiate athletics program similar to other NCAA Division 1 institutions

    c.  Some distinguished visitors since November 30, 2016, which included Vice President Mike Pence, who spoke at the annual Henry O. Flipper Dinner

    d.  Announced the 2017 recipient of the Thayer Award:  President George W. Bush, 43rd President of the United States

**4.  MR. KARL SCHNEIDER'S REMARKS.**  Mr. Schneider thanked everyone for attending the meeting, noting that it had been about eight years since he had last attended a Board of Visitors meeting as the representative to the Secretary of the Army.  He noted the extraordinary growth he has seen in the Academy during that time.  The Acting Secretary of the Army, Mr. Robert Speer, set three priorities as the Acting Secretary:

    a.  Readiness. Ensuring the ability of the Army to fight and defend the nation

    b.  People.  Taking care of Soldiers, Army civilians, and their Families

    c.  Resources.  Making sure the Army has the resources necessary to support its mission and to show the American people the Army is a good steward of those resources

**5.  ADMINISTRATIVE ANNOUNCEMENTS.**  COL Barren, USMA Chief of Staff, noted the last meeting of the Board of Visitors was held in Washington, DC, on 30 November 2016; a quorum

was present and the Board of Visitors received updates on the following significant events since the last Board of Visitors meeting:  Key Events; Highlights; Offsite Assessment/Strategic Action Plan; Class of 2021 Update; United States Corps of Cadets Updates:  Branching Results, Integrated Boxing; Dean of the Academic Board Updates; Sexual Harassment/Assault Response and Prevention (SHARP) Update; Athletic Department Restructure Update; USMA Construction Update; Davis Barracks move in timeline; Memorialization Update; Upcoming Events, and the minutes from the November 2016 meeting.  Included with the agenda, were the following handouts:  FACA Final Rule; Draft Updated Rules of the USMA Board of Visitors; USMA Board of Visitors Charter, effective through November 2018; minutes from the November 30, 2016 meeting; USMA Strategic Plan 2017-2022; and a list, in alphabetical order, of the USMA Board of Visitors Members from 1815-1922.

**6.  ROLL CALL.** For the record, a quorum of the Board was present.  A list of attendees, annotated to reflect members arriving late or departing early is appended to these minutes.

**7.  BOARD BUSINESS.**  The following Board Business was discussed and voted on:

    a.  Elections of the 2017 Chair and Vice Chair.

      (1)  Congressman Steve Womack was nominated for Chair and seconded, and in a unanimous vote, elected Chair of the 2017 USMA Board of Visitors.

      (2)  Ms. Sue Fulton was nominated for Vice Chair and seconded, and in a unanimous vote, elected Vice Chair of the 2017 USMA Board of Visitors.

    b.  Approval of the Rules of the USMA Board of Visitors.  There was a motion to approve the Rules of the Board of Visitors, which was seconded.  The Rules of the USMA Board of Visitors for 2017 was approved unanimously

    c.  Presidential Appointees to the USMA Board of Visitors were sworn in

    d.  The meeting minutes from the November 30, 2016 meeting were unanimously approved.

    e.  The Board was updated on the status of the 2016 Annual Report and members present were asked to sign a signature page for the Designated Federal Officer in order to expedite the report once the draft was complete

    f.  The date of the Summer USMA Board of Visitors meeting was set for Monday, July 10, 2017, with activities on Saturday and Sunday, July 8-9, 2017

**8.  OTHER BOARD BUSINESS.**

None.

    **a.  USMA UPDATES.**

LTG Caslen started his remarks by thanking everyone again for attending and welcoming new members, Ms. Jane Holl Lute, Ms. Bridget Altenburg, and COL (Ret) Fredrick H. Black, Sr. and thanking other members for being in attendance.  He discussed key events that occurred between the last Board meeting and today, most notably the Army West Point football team's win over Navy in December; the first time in 15 years Army West Point has defeated Navy in the

2

"Army/Navy Classic."  USMA Cadets marched in the Inauguration Parade and Vice President Mike Pence was the guest speaker at the Henry O. Flipper Dinner.  A list of the key events is at attachment B.  The Superintendent continued with USMA's Vision and Mission Statements and his priorities, which as he mentioned, had not changed.  His priorities were as follows:

1.  Prepare leaders to fight and win our Nation's wars

2.  Create a climate in which all individuals are valued and contributing members treated with respect

3.  Win honorably in accordance with our values

4.  Create diversity as the Army represents all of America

5.  Ensure the protection of our Cadets, Staff and Faculty and Families on the installation

6.  Continue developing a relationship with New York City

7.  Beat Navy! Again.

The next topic of discussion was the Strategic Plan.  A copy of the draft Strategic Plan was provided to each member for their review.  COL Holly West explained the new Strategic Plan, is called "Commitment to Character and Excellence."  The new strategic plan helps focus efforts at West Point and provides clarity on how activities and programs contribute to West Point achieving its goals.  The new strategic plan is reorganized into two strategic imperatives:

(1)  Develop accomplished leaders of character.  USMA's mission is to develop leaders of character, which is done through four developmental programs:

(a)  Academic.  Educate and inspire leaders of character who think critically, internalize their professional identity, and employ their education to help build the Army and the nation's future.

(b)  Military.  Develop the foundational military competencies necessary to win in a complex world.

(c)  Physical.  Develop warrior leaders of character who are physically fit and mentally tough.

(d)  Character.  Develop Cadets' personal identity as an Army professional and committed to the ideals of "Duty, Honor, Country" and the Army Ethic.

(2)  Foster relevance and preeminence.  This imperative helps make the USMA a tier-one institution, with five goals.  The five goals are:

(a)  Build and Sustain Diverse and Effective Teams

(b)  Promote Staff and Faculty Excellence

(c)  Develop and Provide Intellectual Capital

3

    (d)  Practice Effective Stewardship

    (e)  Instill and Foster a Culture of Excellence and Winning

The Governing Boards at West Point for Imperative Two of the Strategic Plan are:

    (a)  The Academic Board

    (b)  The Policy Board

The new Strategic Plan allows for continuous improvement.  For Imperative One, USMA is constantly assessing how well the Cadets are doing in reaching the outcomes; a variety of qualitative and quantitative techniques are used to determine at the end of each year how well Cadets are doing.  For Imperative Two, USMA looks at other colleges across the country and use a variety of metrics to compare USMA to those institutions annually.  Additionally, a number of qualitative assessments from across the Academy are used to make up our overall assessment.  LTG Caslen mentioned that Ms. Liz McNally, a Board member who was not at the meeting, assisted USMA in developing this new Strategic Plan.

    **b.  Commandant of Cadets:**  Brigadier General (BG) Diana Holland provided an update on the military program at USMA.  The military programs have expanded over the past couple of years.  There are currently 12 training events that occur at West Point, 10 Leader Details, and 10 Military Individual Advanced Development (MIADs) in the US and Abroad.  During summer training, Cadets can attend various military skills schools such as, Air Assault School, Airborne School, and a number of others.  It was noted that Air Assault School is now conducted at West Point and in the summer of 2016, more than 700 Cadets passed Air Assault School.  More than 1,000 Cadets per year participate in Cadet Troop Leader Training (CTLT) at 16 locations.  The program is typically Junior or Senior Cadets who go to the Army for two to three weeks and shadow platoon leaders or actually perform the duties of a platoon leader, it is an opportunity to get to know NCOs and Soldiers and how a company or platoon run.  BG Holland discussed summer training for each of the four years a Cadet is at West Point:

    (1)  First Summer is spent transitioning from civilian life to military life

    (2)  Second Summer is a Cadet's first opportunity to attend military skills schools, usually Air Assault School or Airborne School

    (3)  The Third Summer is a Cadet's first opportunity for Leader Detail for Cadet Basic Training or Cadet Field Training, among others

    (4)  The Fourth and Final Summer, at a minimum a Cadet engages in, Cadet Leader Development Training (CTLT), which is a relatively new two-to-three week requirement, where Cadets exercise small unit leadership

BG Holland then discussed military training during the academic year, which includes going to formations, inspections, drills and ceremonies.  Nine of the 139 Cadet Clubs are specific to military skills.  The Sandhurst competition runs each year in April and covers two days and includes a ruck march of about 30 miles, and the Cadets compete at 14 different military skill stations.  Sandhurst includes approximately 62 teams, 36 are from West Point, the other Service Academies have one team, ROTC (Reserve Officer Training Command) has eight teams and there are a number of international teams.  Last year, there were teams from Turkey, Chile,

4

Brazil, Germany and China.  There are two intellectual components of the military program; one is the Major Defense and Strategic Studies major, in the Department of Military Instruction (DMI).  With 176 Cadets who have chosen this major, it's the sixth most popular major at USMA.  The Modern War Institute (MWI) is the newest center or institute established at USMA and is the research arm of DMI.  MX400 is the capstone course in officership, which is designed to help Cadets transition from being a Cadet leader to being an officer in the Army.

The Physical Program includes four main courses; Military Movement (formerly called Gymnastics) Boxing, Survival Swimming, and Combatives, as well as two fitness courses focusing on personal fitness.  Cadets have an opportunity to take courses that focus on lifetime physical activity; 26 options that include scuba, golf, and alpine skiing, to name a few.  The Occupational Physical Assessment Test (OPAT) is a new requirement implemented in the past year.  It is used for recruiting officers and enlisted Soldiers and is therefore a standards-based, gender neutral and age neutral assessment of physical fitness.  Each branch has a standard and if a Cadet doesn't reach the standard for the branch he/she chooses, the Cadet will have to choose another branch.  All of the Cadets in the Class of 2017 will take the OPAT.  The intellectual component of the Physical Program is Kinesiology, a very competitive major, with 65 Cadets choosing Kinesiology as their major.  All Cadets are now required to take Boxing, which was one event that wasn't consistent between men and women for the past 40 years.  It has been optional for women in the past few years, now it is a requirement.  USCC has gone through three rounds now and it's gone very well; the next generation of women will expect to do the same and will become integrated with boxing.

BG Holland highlighted some of the achievements from Second Lieutenants (2LT) who graduated in May of 2016.  There was a 98 percent graduation rate in the first Class of 2016 2LTs who took the Infantry Basic Officer Leader Course (BOLC).  There was a 91 percent graduation rate for the Armor BOLC, with two Honor Graduates.  USMA sent 33 2LTs from the Class of 2016 to Ranger School, with a 60 percent graduation rate, which is much higher than the normal 45 to 50 percent graduation for other Ranger School classes.  Appendix B includes a slide that highlights BOLC achievements.

An overview of the Cadet Character Development Program was briefed next.  BG Holland showed the developmental process and the five facets of moral character, which are outlined in the Gold Book – the Character strategy and program.  The five facets of this developmental process include, moral courage, honorable living, new identity (from Cadet to Officer) and inspiration.  The Honor System develops moral courage.  Cadets are taught about character development in a number of ways including the Gettysburg Staff Ride, which is conducted twice a year and includes the entire chain of command.  The group works through a number of historical examples and discussions with leadership.  The Cadets' mission and vision in the rest of their academic year leadership is developed during this staff ride.

Outreach, both in New York City and around the country was the next topic of discussion.  The focus, however, is on New York City.  Each of the 12 Cadet Battalions partner with a high school, cause, or organization in New York City and make two trips to New York City per semester to meet with teenagers to talk, in part, about ethical leadership, good citizenship and to inspire them to come to West Point.

BG Holland updated the Board members on the Branching and Post Assignment Process.  In recent years, branching was based on an Order of Merit List (OML).  Cadets would submit Branch preference, and their standing in the OML indicated the Branch the Cadet would get.  In the last five years, USCC has implemented Talent Management and Education.  By the time

<div align="center">5</div>

Cadets pick their Branches they are very well informed about what is expected of them in the Branch they pick.  Improvement has been seen in diversity and talent distribution; seven percent of Infantry and Armor for the Class of 2017 are African-American, a two percent increase prior to Talent Based Branching.  Hispanics are up to ten percent from six percent in previous years as well.  The top ten Cadets represent six of the 17 Branches; in previous years only two or three Branches may have been represented by the top ten graduating Cadets.  Currently, there are seven Infantry officers who are USMA female graduates; not all are from the Class of 2016.  One is from the Class of 2014 and one from 2015.  In April, a female Infantry Officer will take command of a company at Fort Bragg.  Currently, there are five female West Point graduates who are Armor officers.  This year, the Class of 2017 had 15 Cyber Branch slots as well.

   **c.  Dean of the Academic Board:**  BG Cindy Jebb, Dean of the Academic Board, provided an update to the Board on the Academic Program.  She shared the three-fold Mission of the Academic Program:

   (1)  Educate, train and inspire Cadets to become leaders of character

   (2)  Prepare the rotating military faculty to return to the operational force

   (3)  Provide intellectual capital to the Army and the Nation

In a time of uncertainty and complexity, education should be at the forefront.  BG Jebb gave a few examples such as the Ebola outbreak in Liberia a few years ago, who would have imagined having Army microbiologists, with flip calibrators?  She noted a comment General Milley (Chief of Staff of the Army) made that the Army needs to be ready for a four-plus-one environment; for the first time ever, the Army operating concept in a complex world is designed for an unknown problem.  In order to overcome this, we need to be able to think critically.  Critical thinking is the charge of the Academic Program at USMA, then the ability to employ that education to help build the Army and the Nation.  When BG Jebb took over she formed a Transition Team, which declared to her with a strategic posture statement (Appendix B).  She quoted General Schoomaker, who said, "If you're going to prepare for an uncertainty, it's education that matters."  USMA has a broad liberal education, which is defined by the core curriculum, that is still very robust.  Minors include interdisciplinary topics such as terrorism or geography.  There are enrichment activities such as USMA's Semester Abroad program.  USMA sends 10 percent of the class abroad to study in such locations as Latvia, where the Cadets studying there are learning Russian.  About 1,000 Cadets do internships, 350 of them go overseas and about 700 do internships throughout the U.S.  The Debate team is going to win the inaugural Commander-In-Chief trophy, which will be presented by Speaker of the House Paul Ryan on March 29, 2017.  Additionally, there are several conferences Cadets attend and guest speakers the Cadets are exposed to, which provides a sense of the richness of USMA's academic program (see Appendix B).

BG Jebb discussed Projects Day on May 4, 2017 and invited the Members to attend if they are available.  Cadets have the opportunity to share their culminating project as an undergraduate.  The project is in the form of a thesis, in the form of Capstone projects.  She then gave examples of Capstone projects that will be on display, as well as collaboration projects with other institutions, including the following:

      (1)  An interdisciplinary Capstone team the Electrical Engineering and Computer Science department

(2)  A drone project by the Department of Civil and Mechanical Engineering, which will be competing against the Air Force and the Navy academies

(3)  A Capstone project, with the University of Virginia, on a simulation scenario in which the culture and language are in Chinese

(4)  Research with MRIs, with Stanford University

(5)  Research with the Veterans' Administration, looking at spinal cord issues

(6)  BG Jebb is co-instructing "Winning the Peace Corps."  They had a great field exercise in Jersey City, spending a few days with members of the Islamic, Pakistani, Hindu, Jewish, Gospel and Coptic Christian religious and community leaders while there.

The next topic was on "Second graduating class" or junior members of Staff and Faculty who come back to USMA after attending graduate school programs.  During their assignment, these graduates have an opportunity to mentor and teach, then return to field units and serve with Cadets they taught; a tremendous resource for the Army.  She next discussed the development of rotating military faculty and the importance of senior military and civilian faculty.  Ms. Fulton recommended that Presidential Appointees to the Board register for each Academic Department's newsletter as a way to engage with the departments.

The final topic BG Jebb updated the Board on was intellectual capital.  The Academic Departments provide collaborations with outside agencies, such as the Army Research Laboratories, the American Concrete Institute, various Engineering Societies, etc.  The Academic Departments also attend or host various conferences including the following:

(1)  Inaugural Workshop on Complex Battlespaces-The Law of Armed Conflict and the Dynamics of Modern Warfare

(2)  McDonald Leadership Conference for Leaders of Character

(3)  Senior Conference-The 70th Anniversary of the National Security Act:  An Agenda for Policy Makers

(4)  Mission Command Conference

The Dean's staff and faculty also includes many subject matter experts whose research has been cited in publications such as The New York Times, or invited as guest speakers to conferences such as the International Association of Chiefs of Police.  The advantage the US Military Academy has is that we can look over the horizon, while the operational Army can't; the kind of resource USMA can contribute to the Army.

LTG Caslen noted that some of the greatest contributions of ground forces over the last 15 years at war is the ability to work with indigenous forces to understand the complexity of the battlefield and build the interpersonal skills to help develop these relationships.

   d.  **Admissions Update:**  COL McDonald provided an overview of the class of 2021, which included the number of applications received by demographic.  To date, 815 offers have been made, with 507 acceptances.  COL McDonald expects the class size to be around 1,220.  COL McDonald anticipates that women will comprise about 24 percent of the class and African

7

Americans will comprise about 15 percent with other demographics remain largely the same. Congressman Womack asked how these numbers compare to previous cycles at the same time.  COL McDonald stated the number of acceptances are down this year as applicants are waiting longer before they accept offers.  Applicants are being given until May 1 to accept or decline their offer; in past cycles, applicants were only given six weeks.  The National Association of College Admissions Counselors requested the date be moved back to May 1 this year, which is the college acceptance deadline.  Congressman Conaway asked if Women, African Americans and Hispanics are included in multiple categories, such as scholars, leaders, athletes, etc.  COL McDonald stated they can be counted in multiple categories.  HON Gerald McGowan asked if the applicants were broken down by religion.  COL McDonald stated neither religious or sexual orientation are questions asked of the candidates, however on Reception Day (R-Day) new Cadets are asked their religious preference upon entry to West Point.  COL McDonald also noted that USMA has its first Sikh candidate this year.  HON McGowan asked how many Muslims were at West Point.  The information was provided to HON McGowan after the meeting (Appendix C).

NOTE:  At 2:20pm Congressman Womack announced the House would be holding votes soon, so the House of Representative members, himself, Congressman Conaway and Congressman Maloney needed to depart, but would return later.  The Congressman had all returned by 3:00pm.  During this time, Ms. Sue Fulton was acting chair and a quorum was still present.

COL McDonald continued to brief on the admissions cycle over the past six years.  The information showed where class composition goals were met and where the challenges were. The class size will be 1,220 US citizens and 15 international Cadets, slightly smaller than previous classes.  She then briefed where USMA stood in relation to the US Air Force and Naval Academies in the number of applications.  The Naval Academy and USMA saw decreases in applications while the Air Force Academy saw an increase in applicants, likely due to an aggressive marketing campaign over the past two years.  The largest decline of applications appears to be Caucasian males.  African American males are trending at about 2.5 times the rate of Caucasian males.  She also noted that USMA has its first African American Rhodes Scholar, Cadet Christian Nattiel, and Cadet Mark McGinnis, the Schwarzman Scholar, attended the USMA Prep School.

LTG Caslen noted that USMA has established three mentoring groups:

   (1)  The Rocks

   (2)  The West Point Association of Graduates (WPAOG) is forming the African American graduate community to mentor and develop relationships with the Cadet community

   (3)  Culture Affairs Seminar, formed by African American upperclassmen who mentor the underclassmen who are having trouble is different courses.

   **e.  USMA Preparatory School (USMAPS) Update:**  COL Christopher Budihas, Commandant of the USMA Preparatory School, updated the Board on USMAPS, including the history of USMAPS from its inception in May 1916 to present day.

USMAPS' mission is to "Build Diverse Leaders for the Corps."  The purpose of USMAPS is to prepare selected candidates for the academic, physical, and military challenges of USMA.  The Prep School, per Dept. of Defense Instruction (DoDI) 1322.22, are required to send at least 70

8

percent of cadet candidates to USMA on a yearly basis (at least 80-85 percent go on to attend USMA). Cadet Candidates are mostly high school graduates, however 20 percent are enlisted personnel from the Active Army Reserve or Guard. Prep School graduates typically comprise 15 to 20 percent of the Corps of Cadets, but hold on average, 20 to 25 percent of the senior leadership positions within the Corps. The methodology for developing leaders starts with a diverse group of Cadet Candidates. In July 2016, the class was initially composed of 242 cadet candidates. Of those, 42 were Soldiers, 39 Females and 58 percent are minority students. The Prep School starts training in the summer with a three-week basic training regime. The Academic year is comprised of four quarters and trains across four pillars: Academics, Physical Training (including sports), Military Training and most importantly, Character Development. Academic classes are 75 minutes long and cover English, Math, Science, and a Student Development Course.

COL Budihas concluded his brief to the Board by recognizing several Prepsters, including:

(1) First Lieutenant Brandon Whittington, USMA Class of 2013, former USMA First Captain

(2) Cadet Mark McGinnis, a USMAPS graduate of 2013, in the USMA Class of 2017, who was selected as a Schwarzman Scholar and will study in China next year

(3) Cadet Andrew King, a classmate of Cadet McGinnis, who served as the Army Football Team Captain this year. He is a nationally recognized football player for his performance on and off the field

(4) Cadet Candidate Melissa Czarnogursky, who is a former Sergeant and one of the first women to serve in Field Artillery. She served as USMAPS Cadet Candidate and Battalion Commander the first half of the year

   f. **SHARP Update:** LTG Caslen began the Sexual Harassment / Assault Response and Prevention (SHARP) update by going explaining the incident reporting trends over the past three academic years (see slide at Appendix B). He noted the significant increase in reporting, which is seen as a good thing and can be attributed to a few things: One, the SHARP Resource Center is located in the same building as the Cadet Mess Hall, adjacent to the Central Guard Room, within a barracks and is accessible and very confidential. A policy change now allows for Cadets to talk with trusted friends and mentors without triggering an investigation (restricted to unrestricted reporting), before deciding if and how to report. Increase in reporting shows confidence in the command, as one of the greatest reasons for not reporting is the fear of reprisal or retaliation (see slide at Appendix B).

LTG Caslen pointed out that a primary reason a Cadet chose to file a restricted report, rather than an unrestricted report is fear of reprisal or retaliation. Other reasons include the Cadet wishing to handle the incident alone; they don't wish to get other people involved. One reason that is heard over and over again is the Cadet doesn't "want to ruin the career" of the alleged offender; that action taken could result in dismissal from USMA or the US Army. In the past two years, three of four civilian law enforcement (CLE) initiated cases were turned over to USMA for action. Two reports from civilian universities were not pursued by CLE or USMA as thee was a lack of information available to conduct an investigation.

Senator Kirsten Gillibrand asked what LTG Caslen can do to encourage Cadets to report without fearing retaliation or reprisal. LTG Caslen responded he is sensitive to Cadets who

9

report retaliation.  He further mentioned a report on retaliation must be submitted to the Department of the Army (DA).  If someone feels they have been retaliated against, it is investigated and reported to DA.  In the past two years there has been one report of retaliation.  It was not reported to DA as when it was re-looked at, the case did not meet the elements of the article for retaliation.  Senator Gillibrand asked about the facts of the case, which Ms. Samantha Ross, SHARP Program Manager provided.  The incident occurred on an athletic team; teammates were behaving inappropriately.  Nothing connected to the cadet's standing, as a Cadet or academics, which are key points related to retaliation fit the criteria.  The investigation was conducted by the USMA Inspector General.  While it was not considered retaliation, the case was turned over to the chain of command to handle as inappropriate and unprofessional relationships.  Senator Gillibrand felt the retaliation case should have been reported and the commander responsible for allowing the climate to fester should have been held accountable.  Mr. Karl Schneider, as the Secretary of the Army's representative, requested to confer with his peers on this issue.  USMA was following the DoD Directive and Army regulations.  Mr. Schneider believes the issue is one that needs to be reviewed. Ms. Ross stated that the Cadet who experienced the retaliation reported it immediately and all who were associated with the incident were held accountable; it just didn't meet the legal criteria of a retaliation report.

Ms. Fulton noted this incident occurred in a team environment, so the context would have been different; teams have their own culture and subculture.  One approach would include any action the coach or captain could have taken to address the situation when it happened, rather than the Cadet having to report it themselves.  The incident involved two cadets (singular cadet-on-cadet), not likely witnessed by anyone else.  Ms. Jane Holl Lute asked if, in Ms. Ross' view, the legal criteria for reporting retaliation were adequate?  Ms. Ross hesitated to answer and LTG Caslen asked USMA's Staff Judge Advocate, LTC Douglas Moore, to provide the language regarding retaliation.  LTC Moore provided the governing Army regulations and DoD directives, as they relate to the legal definition of what constitutes retaliation.  LTC Moore gave the legal definition of retaliation as, "Taking or threatening to take an unfavorable personnel action, or withholding, or threatening to withhold a favorable personnel action for making, preparing to make, or being perceived as making, or preparing to make, a protected communication."  Additional discussion was had regarding the issue of retaliation and sexual assault and how the armed forces addresses these issues.

In the past four to five years, the Centers for Disease Control as well as prevention specialists in the field of sexual violence prevention have begun to figure out how to get their hands around the topic of prevention as a holistic practice.  There are various prevention aspects as follows:

    (1)  Primary prevention, means the agency is getting in front of the issue

    (2)  Secondary prevention, is how does the agency support someone who has been hurt

    (3)  Tertiary prevention, which is how these cases are investigated when they come forward

The military's perspective so far has been focused on the secondary and tertiary aspects; the military is very good at providing support to survivors, such as counseling, access to healthcare, access to a victim advocate, etc.  While the substantiation rate indicates cases are being investigated, USMA is proud of those two aspects of the issue.  The one that USMA is not doing as well on is primary prevention.  USMA isn't the only college dealing with this problem; there are people who do this for a living; seeing it as a public health issue.  USMA hired an organization called "Everfi" to spend two days at the Academy to assess what was being done

10

specifically on primary prevention.  The report from EverFi should be available by May.  USMA hopes to use the information and take a good program and make it better.  Additionally, Ms. Ross looks forward to making an assessment with the information Everfi provides and incorporate it in the revised strategic plan that is comprehensive, holistic, and focuses on the primary aspect of prevention of sexual harassment and assault.  LTG Caslen spoke for a few minutes about primary prevention as being extremely important.  To change culture, behaviors have to change; to change behavior, one has to create reflection and introspection created in open and candid dialogue in small groups facilitated by peers.  A challenge is finding Cadets, since most are likely the least experienced and least qualified to deal with these very tough issues with their peers.  If not done right, reflection isn't created; cynicism is created and this has the opposite impact.  Other colleges are having the same challenges with peer-to-peer facilitated discussions.  Ms. Lute noted this issue is a profound one that it affects 50 percent of the population of the world and it is not acceptable.  She sees this is an opportunity for leadership.  Congressman Sean Patrick Maloney asked if there was empirical data that shows how many, if any, of the female cadets had experienced sexual harassment or assault before arriving to West Point; in other words been groomed or trained to believe that it's normal behavior?  Ms. Ross answered yes, unfortunately, the Academy doesn't know that coming in; it's a challenge to ask candidates that type of question coming into West Point.  A survey is done every other year and are asked if they had experienced sexual harassment or assault prior to attending West Point and the number is roughly 15 percent.  This number is pretty much consistent with the other branches of service in the military.  Congressman Mike Conaway asked if this number was for all Cadets, male and female?  This brought up the issue that in the military, more than half of sexual violence survivors are male; it's not a gender-specific problem.  Reporting by men who experience sexual violence is extremely low; psychologists maintain it's too embarrassing for them to report; feeling emasculated, as members of the military should be able to fend it off.

Ms. Ross then discussed the events planned for the 2017 Sexual Assault Awareness Month, including

    (1)  March 23, 2017.  A luncheon sponsored by Cadets Against Sexual Harassment and Assault (CASHA) on, with guest speaker, Tony Porter – "A Call to Men" "…to prevent violence against women while promoting a healthy, respectful manhood"

    (2)  April 4, 2017.  Audrie & Daisy Screening, "A look at the effects that online bullying has on the lives of teenagers and their community"

    (3)  April 11, 2017.  Denim Day & Take Back the Night Vigil, Central Area

    (4)  April 12, 2017.  Walk A Mile in observance of Sexual Assault Awareness & Prevention Month, Thayer Statue

LTG Caslen discussed the focus of the strategy is the issue of primary prevention.  The peer facilitator issue was addressed, another issue that needs to be addressed is in the education program.  In conversations with Cadets and asking what they think root causes are.  Their responses included:

    (1)  Number one is the impact of alcohol as 50 percent of USMA's sexual assaults that occur are alcohol-related

<div align="center">11</div>

(2)  The hookup culture, when app sites like Tinder that schedules a "hookup."  The purpose is to have a sexual encounter

(3)  Another root cause is coercion and force coupled with toxic masculinity, an example of which is the locker-room talk

(4)  Pornography.  Pornography has the impact of creating an expectation of what a relationship could look like and objectifying another gender.

As LTG Caslen was closing this topic, Congressman Maloney asked if any of the members' nomination process incorporate these values.  His office has a very extensive nomination process, with days of interviews, an application, and other things to try and identify nominees to the Academy.  He asked if there was a role for Members of Congress to play in trying to ascertain if nominees have encountered these issues prior to USMA.  LTG Caslen noted the very diverse backgrounds of Cadet Candidates and noted the candidates are required to write an essay on character.  Congressman Maloney then asked if there were ways Members of Congress could help in the nomination process.  COL McDonald answered she thought it was a great idea.  She also noted that nomination panels could ask any question they wanted, and her office could reach out to nominating panels with specific questions on sexual harassment and assault.  Also, there is a Candidate Questionnaire that is filled out that currently asks three questions and a fourth could be added, such as 'how do you lead from a diverse background?' Further discussion ensued about the nomination process and how it relates to character of candidates between Congressman Maloney, Senator Gillibrand and Congressman Womack on how to ensure the finest candidates, with good moral character and values are nominated for admission to West Point.  Senator Gillibrand asked LTG Caslen if USMA had a character requirement for graduation, and if so, what it was.  LTG Caslen answered that USMA has a Character Development Strategy, which has a book that implements the strategy.  Cadets are assessed in 360 peer evaluations that includes a character element in their assessment.  If there's a deficiency, it is brought to the chain of command's attention and the Cadet can go into a developmental program; if the character defects are specific to honor, honor violation, or a misconduct violation, the Cadet is held accountable.

f.  **Athletic Update:**  Mr. Eugene "Boo" Corrigan, the Athletic Director was introduced by LTG Caslen, who noted Mr. Corrigan had been selected as the Division I Athletic Director of the Year by the NCAA.  Mr. Corrigan updated the Board on the Army West Point Athletic Department Cooperative Agreement (AWPAA) and announced that in February, it was approved.  As of March 1, 2017, 65 people were transferred from being contractors or NAF (Non-appropriated Fund) employees into the AWPAA.  In the next three to four months, the plan is to have 178 people moved from contractors and NAF employees to the AWPAA.  In the longer term, over the next two years, more people will be transitioned to AWPAA.  The focus now is on updating business practices and understanding the cooperative agreement.  Of the 29 NCAA Division I teams, 23 coaches (and programs) have transitioned to the AWPAA.  One Member asked if fundraising was a concern, addressing oversight as now coaches are fund raising.  Mr. Corrigan answered there is more oversight as the AWPAA is partnered with the West Point Association of Graduates (WPAOG).

g.  **Keller Army Community Hospital (KACH) Update**:  LTG Caslen introduced COL Eric Sones.  With the signing of the National Defense Authorization Act (NDAA) in December 2016, there could be unintended consequences on KACH and its ability to care for Cadets, retired Soldiers, and family members on an inpatient basis.  COL Sones noted that that the changes to the healthcare systems in sections 702 and 703 would directly impact not only West Point, but

12

other Army hospitals.  The NDA authorizes the "Defense Health Agency" or DHA, an umbrella that would reform DHA and military hospitals:

    (1)  Section 702:  Reform of the DHA and Military Hospitals would change the organizational structure in that DHA would have ownership and local commanders, such as the Superintendent, would not be in that organization

    (2)  Section 703:  Hospital criteria defined as inpatient medical centers, inpatient small hospitals and outpatient ambulatory care centers.  West Point risks losing inpatient care for Cadets.

Section 702 would reform DHA military hospitals and align all of the services together.  The original concept was to streamline and standardize the process for readiness.  It was also to right-size the hospitals.  The challenge though is local commanders may not be involved in the organization and therefore have no authority over the hospital.  COL Sones gave some examples of small hospitals that had recently been changed from small hospitals to clinics.  At West Point, if inpatient care goes away from KACH, the nearest hospitals would be in Newburgh, to the north, over Storm King Mountain or Westchester Medical Center to the south.  Accountability for Cadets at other hospitals can be challenging as well.  This change will not only affect Cadets' inpatient care, where they can work on their academics while receiving inpatient care, but could also affect USMA's Division 1 NCAA status.  Further, if KACH were to go away, so would its Orthopedic Sports Fellowship.  Finally, these changes would take away the local commander's influence on how the hospital runs.  The Army Surgeon General would then become an advisor, as MEDCOM, or the Medical Command would go away.  This initiative originally came from the Senate Armed Services Committee.  There are high risk implications if KACH goes away.  Rep Womack mentioned he would bring this issue up with Congressman Mac Thornberrry, Chair of the House Armed Services Committee.

    **h.  Construction Update:**  Mr. Matt Talaber gave a brief update on infrastructure and ongoing projects being submitted for consideration.  The FY16 military construction (MILCON) submissions included the Lusk Water line, which is unfunded and will be resubmitted at a later date.  The cemetery reclamation project, Multipurpose Academic Center (MPAC) and parking structure are funded for FY 18, 19, and 21 respectively.  He showed an artist rendering of the MPAC, which is in a National Historic Landmark district at West Point, so the architecture will be similar; an expansion area for the West Point Cemetery that expands and fills in its original design; and what is not shown in the rendering of the MPAC is the parking structure, which will be built to the left of the MPAC.  Ms. Altenburg asked what is on the location now.  Matt Talaber stated it is currently an empty lot, but used to be the Bachelor Officer Quarters which was torn down a few years ago.  The lot is next to Building 606, where Admissions is currently located and used to be the hospital.  The MPAC will provide some of the necessary lab space to conduct experiments and tests.  Currently, USMA's lab space is an unheated loading dock.  He showed the lab spaces from other colleges and universities that are state of the art.  USMA's classrooms and lab spaces are sorely in need of upgrades.  Davis Barracks is nearing completion.  Currently, the move-in date for Cadets is June 1, 2017.  The ribbon cutting ceremony will be held in August.  Renovations on Pershing Barracks is set to start this month, MAC Short renovations are complete, MAC Long is nearing completion and the designs are underway for Eisenhower Barracks.  Mr. Talaber then discussed the Academic Building Upgrade Program (ABUP), there are currently six critical academic and administrative buildings that are in need of renovations, some of which need to be recapitalized in the same manner as the barracks were upgraded during the CBUP.

13

   **h.  Culture of Excellence and Upcoming Events:**  LTG Caslen highlighted accomplishments of several members of the faculty, Cadets, athletic and club team, and completed the brief with upcoming events.  See slides at Appendix B for additional details.

**9. REMAINING BOARD BUSINESS.**

**10. ADJOURNMENT.**  With no further comments, Congressman Womack adjourned the meeting at 4:30.  This concluded the March 9, 2017 Organizational Meeting of the USMA Board of Visitors.

Certified by:

05 July 2017

STEPHEN A. WOMACK
U.S. Representative in Congress
Chair
USMA Board of Visitors

DEADRA GHOSTLAW
Designated Federal Officer,
 USMA Board of Visitors

14

**ATTENDANCE ROSTER**

**Congressional Members:**

| | | |
|---|---|---|
| Senator Richard Burr | | Departed 1338 |
| Senator Kirsten Gillibrand | Arrived 1418 | |
| | Departed 1533 | Returned 1542 |
| Senator Chris Murphy | Arrived 1318 | Departure 1340 |
| Congressman Steve Womack* | Departed 1420 | Returned 1451 |
| Congressman Mike Conaway* | Departed 1420 | Returned 1459 |
| Congressman Sean Patrick Maloney* | Departed 1420 | Returned 1456 |

*House of Representative Members called to vote, departed 1420

**Presidential Appointees:**

| | |
|---|---|
| Ms. Sue Fulton | |
| HON Gerald McGowan | Arrived 1310 |
| Ms. Bridget Altenburg | |
| Ms. Jane Holl Lute | |
| COL (Ret) Frederick H. Black, Sr. | |

**The following members were absent:**

Elizabeth McNally

**Based on the BOV attendance, a quorum was present.**

**Other attendees:**
Mr. Kenneth Schneider, Senior Official Performing the Duties of Undersecretary of the Army
MAJ Richard Hagner, SAFM-BUL
MAJ Patrick McGuigan, OCLL

**USMA Command and Staff Members in Attendance:**
LTG Robert L. Caslen, Jr., Superintendent of the United States Military Academy
CSM Timothy Guden, USMA Command Sergeant Major
COL James E. Barren, USMA Chief of Staff
COL Gregory Boylan, Superintendent's XO
MAJ Terry N. Hilderbrand, Superintendent's Aide de Camp
LTC Channing M. Greene, Jr., Secretary of the General Staff
Ms. Deadra Ghostlaw, Assistant Secretary of the General Staff and DFO
Mr. Jeffrey Reynolds, Chief of Protocol/Alternate DFO
BG Cindy Jebb, Dean of the Academic Board
MAJ Emily Spencer, Dean XO
BG Diana Holland, Commandant of Cadets (USCC)
CSM Dawn Rippelmeyer, USCC Command Sergeant Major
Mr. Eugene Corrigan, Director of Intercollegiate Athletics
Mr. Matthew Talaber, USMA Engineer/Director of Public Works
LTC Douglas Moore, Staff Judge Advocate
COL Deborah McDonald, Director of Admissions
SFC Joel Figueroa, Superintendent Communications NCO
COL Holly West, USMA G5
LTC Christopher Kasker, Public Affairs Officer

15

Ms. Samantha Ross, SHARP Program Manager
Mr. Charles "Bo" Thompson, Sound Engineer
Mr. Scott Blair, Sound Engineer

**Legislative Assistants:**
Mr. Chad Sydnor (SEN Burr)
Ms. Moran Banai (SEN Gillibrand)
Mr. Alec Johnson (SEN Murphy)
Mr. Will Goodwin (SEN Gilibrand)
Ms. Adrielle Churchill (Rep Womack)
Mr. Austin Booth (Rep Womack)

**The following received Superintendent Coins, then departed:**

Mr. Clay Pencek, Library of Congress, Coordinator of Special Events

**Members of the Public:**

Mr. Michael K. Beans
Ms. Christine Obadal
Ms. Pat Locke
Mr. Greg Matthieson

16

UNITED STATES MILITARY ACADEMY
## WEST POINT.

# Events at USMA Since last BOV

| | |
|---|---|
| Admissions Educator Visit | 29 Nov-01 Dec |
| West Point Band Holiday Shows | 3-4 Dec |
| Army vs Navy (Football) | 10 Dec |
| December Graduation | 16 Dec |
| Winter Break | 18 Dec–3 Jan |
| Reorganization Week | 4-8 Jan |
| 2nd Semester Begins | 9 Jan |
| 500th Night Weekend | 13-15 Jan |
| Inaugural Parade (DC) | 20 Jan |
| RMC Weekend (WP) | 20-22 Jan |
| National Conference on Ethics in America | 24-26 Jan |
| Yearling Winter Weekend | 3-5 Feb |
| Post Night | 8 Feb |
| Forbidden Art Exhibit | 9 Feb |
| Henry O. Flipper Dinner, VPOTUS guest speaker | 9 Feb |
| 100th Weekend | 16-19 Feb |
| Admissions Minority Visit | 16-18 Feb |
| West Point Model UN Invitational | 25-26 Feb |
| CORPS Founders Day Dinner | 7 Mar |
| Kermit Roosevelt Lecture '17 | 6-7 Mar |

25

1

# Basic Officer Leader Course
## Class of 2016 Highlights

UNITED STATES MILITARY ACADEMY
WEST POINT.



IBOLC Honor Grad
2LT Donny Goff



ABOLC Honor Grad
2LT Evan Burnham



Early Ranger School Graduates

- ## BOLC Achievements

  - Infantry Basic Officer Leader Course (IBOLC) 202/207 students from USMA Class of 2016 graduated (98%) - 1 Distinguished Honor Grad, 20 on the Commandants list

  - Quartermaster Basic Officer Leader Course (QBOLC) 35/35 students from USMA Class of 2016 graduated (100%) – 5 Distinguished Honor Grads, 10 on the Commandant's list.

  - Military Intelligence Officer Leader Course (MIBOLC) 20/20 students from USMA Class of 2016 graduated (100%) – 2 Honor Grads, 5 Commandant's list.

  - Armor Basic Officer Leader Course (ABOLC) 64/70 students from USMA Class of 2016 graduated on time (91%) - 2 Honor Grads, 9 Commandants list, 1 Iron Soldier award.

  - Air Defense Artillery Basic Officer Leader Course (ADABOLC) 46/46 students from USMA Class of 2016 graduated (100%).

  - Field Artillery Basic Officer Leader Course (FABOLC) 85/89 students from USMA Class of 2016 graduated (96%), 72 currently in FABOLC

- ## Ranger School ("Early" Course)

  - 33 Class of 2016 graduates attended before IBOLC.

  - 20/33 LT's graduated for a 60.6% graduation rate.

UNITED STATES MILITARY ACADEMY
# WEST POINT.

## Academic Program
### The Curriculum

**Strategic Posture Statement:** West Point has for most of its history been engaged in the project of educating, training, and inspiring a homogenous Corps of Cadets. It has graduated classes of second lieutenants prepared to execute a largely uniform set of responsibilities in the Army. For many years, the work of the institution was likewise performed by a fairly homogeneous staff and faculty. Today, however, we have an unprecedentedly diverse Corps as well as a blended faculty whose members have distinct needs and talents and are capable of different contributions. Tomorrow's Army needs a heterogeneous set of officers with a broad array of abilities and perspectives—with deep disciplinary knowledge as well as with the agility and imagination to work across disciplines—to serve in an increasing range of specialties, from traditional branches to the newest, Cyber. How can the Academic Program best meet the challenges and exploit the opportunities of the twenty-first century?

## The Curriculum

The <u>Core</u> teaches cadets how to think.

The <u>Major</u> provides disciplinary depth.

<u>Minors</u> provide interdisciplinary treatment of a topic or disciplinary depth.

<u>Enrichment Activities</u> provide experiential learning opportunities for cadets to see the intersection and gaps between theory and practice.



**Reflection Day 2017**: Academic leaders share assessments of the curriculum

3

UNITED STATES MILITARY ACADEMY
WEST POINT.

## SHARP Update

## Incident Reporting Trends

| Annual Year | Unrestricted (incl conversions) | Restricted | Conversion | Substantiated |
|---|---|---|---|---|
| 14-15 | 18 | 1 | 3 | 9 |
| 15-16 | 19 | 6 | 1 | 7 |
| 16-17 | 15 | 18 | 5 | 4 |

**AY 14-15 & 15-16**
**Substantiation rate ~50%**

- ART 120 - broad behavior spectrum (touching to penetrative offenses) with strict sanctions
- Reporting trends:
  - 16-17 increased reporting overall; increase in restricted reports
  - Key environmental change is the establishment of the SHARP Resource Center located in a central and private area, easily accessible to Cadets
  - Key policy change allows for Cadets to talk with trusted friends/mentors without triggering investigation – before deciding if and how to report
- Why cadets tell us they elect restricted report or no report:
  - Fear of retaliation/reprisal
  - Handled it alone (usually by avoidance)
  - Didn't want to ruin career of alleged offender
- 3 of 4 Civilian Law Enforcement (CLE) initiated cases in past two years have been turned over to USMA for action
  - Two reports from civilian universities involving unknown number of CDTs were not pursued by CLE or USMA due to lack of information available to conduct investigation

4

# Culture of Excellence
## Faculty and Staff

UNITED STATES MILITARY ACADEMY
WEST POINT.

       

- MAJ Raven Bukowski (Department of Social Sciences): White House Fellow

- COL Barry Shoop (Department of Electrical Engineering and Computer Science): 2016 President of Institute of Electrical and Electronics Engineers

- Dr. Tim Bakken (Department of Law): Fulbright Scholar

- Combating Terrorism Center: Numerous citations in major media outlets such as the New York Times and Washington Post

- MAJ Kelly Calway (Department of Physical Education) - Armed Forces Women's Cross Country Champion

- Mr. Boo Corrigan named 2016-17 Football Bowl Subdivision Under Armour Athletics Director of the Year

- Mr. Michael Schmitt (Department of Law): Selected to receive the Order of Maarjamaa, IV Class, by the President of Estonia for his work in promoting cyber defense cooperation.

5

# Graduate Scholarship Winners

UNITED STATES MILITARY ACADEMY

## WEST POINT

6

### Since 2013

- 5 Rhodes
- 4 Marshall
- 1 Mitchell
- 8 Schwarzman
- 9 Fulbright
- 4 East-West
- 3 Yenching

- 12 Lincoln Labs
- 4 Draper Labs
- 6 NSF
- 6 GEM
- 18 Rotary
- 5 Truman

### AY17 Scholar Numbers

- 1 Rhodes
- 1 Marshall
- 5 Schwarzman
- 2 Yenching

### Pending Finalists

- Fulbright (3 semi-finalists)
- Truman (1 Semi-finalist)
- Rotary (5 district winners)
- GEM (1 pre-selected candidate)



Christian Nattiel
Rhodes Scholar
(University of Oxford, UK)



Samuel Ruppert
Marshall Scholar
(King's College, UK)



Bethany Russell
Schwarzman Scholar
(Tsingua University, China)



Mark McGinnis
Schwarzman Scholar
(Tsinghua University, China)



Collin J. Parker
Schwarzman Scholar
(Tsingua University, China)

Timothy McLaughlin
Schwarzman Scholar
(Tsinghua University, China)

Don Stanley Dalisay
Schwarzman Scholar
(Tsinghua University, China)



Patrick Dancer
Yenching Scholar
(Peking University, China)



Jacob Bishop
Yenching Scholar
(Peking University, China)



UNITED STATES MILITARY ACADEMY
WEST POINT.

# NCAA Athletic Excellence

## 2016-17 Season (.571 percentage)

Football: 8-5
Volleyball: 20-11 (PL: 12-4)
Women's Soccer: 4-12-2 (PL: 2-5-2)
Men's Soccer: 9-8-2 (PL: 4-4-1)
Men's Rugby: 9-1
Women's Rugby: 5-5
Sprint Football: 5-2
Men's Cross Country: 1-1
Women's Cross Country: 1-1
Golf: 0-2
Men's Indoor Track: 1-0
Women's Indoor Track: 1-0
Men's Swim/Dive: 8-3
Women's Swim/Dive: 7-4
Wrestling: 7-5
Hockey: 17-12-5
Rifle: 6-6

Women's Basketball: 21-7 (PL: 12-5)
Men's Basketball: 12-18 (PL: 6-12)
Gymnastics: 3-4
Men's Lacrosse: 4-1
Women's Lacrosse: 4-1
Softball: 11-4
Women's Tennis: 8-5
Men's Tennis: 7-6
Baseball: 2-7




☆ AY 17 Victory over Navy
☆ AY 17 Victory over Air Force




# NCAA Athletic Excellence

UNITED STATES MILITARY ACADEMY
## WEST POINT.



### *Leadership In The Corps*

➤ CDT Marcos Arroyo (Men Soccer) CBT I Commander
➤ CDT Hugh McConnell (Strength) – First Captain
➤ CDT Alyssa Chapman (Rabble Rouser) – BDE Command Sergeant Major
➤ CDT Adam Kratch (Men's Basketball) – Deputy Brigade Commander
➤ 2 Regimental Commanders
➤ 5 Brigade Primary Staff Officers

### *Victory On The Athletic Fields*

➤ Football beat Navy after 15 years!
➤ First time since 1984 that football beat Navy and won a bowl game in the same season
➤ Swimming and Diving Coach, Mick Wender, Patriot League Coach of the year
➤ Men's Lacrosse beat # 6 Syracuse
➤ Men's Rugby won American Collegiate Rugby Association – 7s Championship
➤ Men's basketball beat Navy with largest comeback victory of 2017 season
➤ CDT King (Football) won the Defender of the Nation Award



### *Victory In The Classroom*

➤ NCAA Public Recognition Awards: Football, Wrestling, Rifle
➤ Kelly Hamilton (Women's Swim/Dive) Patriot League Scholar-Athlete of the Year
➤ 43 Cadet Athletes on Patriot League Fall Academic Honor Roll
➤ 8 Patriot League All-Academic Teams



8

# Club/Intramural Excellence

UNITED STATES MILITARY ACADEMY
**WEST POINT**





## 16 Competitive Club Sports

- Men's Boxing * ☆
- Women's Boxing ⭐ ☆
- Climbing ⭐
- Crew ☆
- Cycling** ☆
- Equestrian
- Fencing*
- Judo* ☆
- Marathon
- Orienteering* ⭐
- Powerlifting
- Men's Handball * ☆
- Women's Handball*
- Triathlon * **
- Men's Volleyball ⭐
- Water polo ☆

** AY 16-17 National Champion (season in progress)
* AY 15-16 National Champion
☆ AY 17 Victory over Navy
⭐ AY 17 Victory over Air Force

## Company Athletics

### Fall
- Basketball
- Soccer
- Functional Fitness
- Flag Football
- Submission Grappling
- Fall Sandhurst

### Spring
- Floor Hockey
- Flickerball
- Ultimate Frisbee
- Swimming
- Team Handball
- Spring Sandhurst

9

# Academic Club Excellence

UNITED STATES MILITARY ACADEMY
## WEST POINT.








- Model UN ⭐
- Debate ⭐
- Orienteering *
- Speech and Parliamentary Debate *
- Ethics Debate**
- Competitive Cyber Team ⭐ ☆

** AY 16-17 National Champion
* AY 15-16 National Champion
☆ AY 17 Victory over Navy
⭐ AY 17 Victory over Air Force

10

34

## UNITED STATES MILITARY ACADEMY
# WEST POINT

## Culture of Excellence
### Upcoming Key events at USMA

| Event | Date |
|---|---|
| Plebe Parents Weekend | 10-12 Mar |
| Foreign Academy Exchange Program Visit | 10-19 Mar |
| Spring Break | 11-19 Mar |
| Chilean International Patrol Competition | 13-15 Mar |
| Sexual Assault Awareness Month | 20 Mar–14 Apr |
| 15th WP Diversity Leadership Conference | 21-23 Mar |
| Admissions Minority Visit | 23-25 Mar |
| Calabro Night of the Arts | 24 Mar |
| Foreign Academy Exchange Program Host | 25 Mar–2 Apr |
| Civ-Mil Conference | 31 Mar |
| McDonald Cadet Leadership Conference | 29 Mar–2 Apr |
| NY Mets Pre-season game | 31 Mar |
| Sandhurst | 7-8 Apr |
| Cyber Defense Exercise | 10-14 Apr |
| DAD Congressional Visit | 19-21 Apr |
| Mission Command Conference | 20 Apr |
| NCAA Men's Gymnastics Championships | 20-22 Apr |
| Inter-Service Academy Parachute Competition | 21-23 Apr |
| 38th Annual WP National Orienteering Meet | 22-23 Apr |
| National Scout Meet | 22-23 Apr |
| Senior Conference 53 | 23-25 Apr |
| Boy Scout Camporee | 28-30 Apr |
| Retiree Appreciation Day | 29 Apr |
| Executive Steering Group Meeting | 2 May |
| Projects Day | 4 May |
| Graduation Day | 27 May |

11

| usma_grad_yr | Gender | Religion | Total | Percentage Within Gender |
|---|---|---|---|---|
| 2017 | M | Buddhist | 4 | 0.4% |
| 2017 | M | Hindu | 1 | 0.1% |
| 2017 | M | Jewish | 13 | 1.4% |
| 2017 | M | Mormon | 15 | 1.7% |
| 2017 | M | Muslim | 5 | 0.6% |
| 2017 | M | No religious preference | 91 | 10.1% |
| 2017 | M | Other (Unitarian) | 9 | 1.0% |
| 2017 | M | Other Christian (Eastern Orthodox, Latter-day Saints, Christian Science) | 1 | 0.1% |
| 2017 | M | Protestant | 422 | 46.9% |
| 2017 | M | Roman Catholic | 328 | 36.4% |
| 2017 | M | Secular philosophies (Atheist, Agnostic) | 11 | 1.2% |
| **Total Males** | | | **900** | **100.0%** |
| 2017 | F | Hindu | 1 | 0.6% |
| 2017 | F | Jewish | 2 | 1.2% |
| 2017 | F | Mormon | 2 | 1.2% |
| 2017 | F | No religious preference | 16 | 9.5% |
| 2017 | F | Protestant | 79 | 46.7% |
| 2017 | F | Roman Catholic | 68 | 40.2% |
| 2017 | F | Secular philosophies (Atheist, Agnostic) | 1 | 0.6% |
| **Total Females** | | | **169** | **100.0%** |

36

| usma_grad_yr | Gender | Religion | Total | Percentage Within Gender |
|---|---|---|---|---|
| 2018 | M | Buddhist | 4 | 0.5% |
| 2018 | M | Hindu | 3 | 0.3% |
| 2018 | M | Jewish | 12 | 1.4% |
| 2018 | M | Mormon | 6 | 0.7% |
| 2018 | M | Muslim | 5 | 0.6% |
| 2018 | M | No religious preference | 71 | 8.3% |
| 2018 | M | Other (Unitarian) | 5 | 0.6% |
| 2018 | M | Other Christian (Eastern Orthodox, Latter-day Saints, Christian Science) | 4 | 0.5% |
| 2018 | M | Protestant | 453 | 52.8% |
| 2018 | M | Roman Catholic | 279 | 32.5% |
| 2018 | M | Secular philosophies (Atheist, Agnostic) | 16 | 1.9% |
| **Total Males** | | | 858 | 100.0% |
| 2018 | F | Jewish | 6 | 2.7% |
| 2018 | F | No religious preference | 25 | 11.4% |
| 2018 | F | Other (Unitarian) | 2 | 0.9% |
| 2018 | F | Other Christian (Eastern Orthodox, Latter-day Saints, Christian Science) | 1 | 0.5% |
| 2018 | F | Protestant | 110 | 50.2% |
| 2018 | F | Roman Catholic | 73 | 33.3% |
| 2018 | F | Secular philosophies (Atheist, Agnostic) | 2 | 0.9% |
| **Total Females** | | | 219 | 100.0% |

| usma_grad_yr | Gender | Religion | Total | Percentage Within Gender |
|---|---|---|---|---|
| 2019 | M | Buddhist | 6 | 0.7% |
| 2019 | M | Hindu | 1 | 0.1% |
| 2019 | M | Jewish | 11 | 1.2% |
| 2019 | M | Mormon | 16 | 1.8% |
| 2019 | M | Muslim | 10 | 1.1% |
| 2019 | M | No religious preference | 56 | 6.2% |
| 2019 | M | Other (Unitarian) | 5 | 0.6% |
| 2019 | M | Other Christian (Eastern Orthodox, Latter-day Saints, Christian Science) | 4 | 0.4% |
| 2019 | M | Protestant | 450 | 50.2% |
| 2019 | M | Roman Catholic | 325 | 36.2% |
| 2019 | M | Secular philosophies (Atheist, Agnostic) | 13 | 1.4% |
| **Total Males** | | | 897 | 100.0% |
| 2019 | F | Buddhist | 4 | 1.6% |
| 2019 | F | Hindu | 2 | 0.8% |
| 2019 | F | Jewish | 2 | 0.8% |
| 2019 | F | Mormon | 2 | 0.8% |
| 2019 | F | No religious preference | 25 | 9.8% |
| 2019 | F | Other (Unitarian) | 6 | 2.3% |
| 2019 | F | Other Christian (Eastern Orthodox, Latter-day Saints, Christian Science) | 2 | 0.8% |
| 2019 | F | Protestant | 119 | 46.5% |
| 2019 | F | Roman Catholic | 92 | 35.9% |
| 2019 | F | Secular philosophies (Atheist, Agnostic) | 2 | 0.8% |
| **Total Females** | | | 256 | 100.0% |

38

| usma_grad_yr | Gender | Religion | Total | Percentage Within Gender |
|---|---|---|---|---|
| 2020 | M | Buddhist | 7 | 0.7% |
| 2020 | M | Hindu | 4 | 0.4% |
| 2020 | M | Jewish | 4 | 0.4% |
| 2020 | M | Mormon | 13 | 1.3% |
| 2020 | M | Muslim | 3 | 0.3% |
| 2020 | M | No religious preference | 88 | 8.7% |
| 2020 | M | Other (Unitarian) | 4 | 0.4% |
| 2020 | M | Other Christian (Eastern Orthodox, Latter-day Saints, Christian Science) | 7 | 0.7% |
| 2020 | M | Protestant | 542 | 53.4% |
| 2020 | M | Roman Catholic | 320 | 31.5% |
| 2020 | M | Secular philosophies (Atheist, Agnostic) | 23 | 2.3% |
| **Total Males** | | | **1,015** | **100.0%** |
| 2020 | F | Buddhist | 2 | 0.7% |
| 2020 | F | Hindu | 1 | 0.4% |
| 2020 | F | Jewish | 4 | 1.5% |
| 2020 | F | Mormon | 2 | 0.7% |
| 2020 | F | Muslim | 3 | 1.1% |
| 2020 | F | No religious preference | 20 | 7.3% |
| 2020 | F | Other (Unitarian) | 2 | 0.7% |
| 2020 | F | Other Christian (Eastern Orthodox, Latter-day Saints, Christian Science) | 1 | 0.4% |
| 2020 | F | Protestant | 148 | 54.2% |
| 2020 | F | Roman Catholic | 87 | 31.9% |
| 2020 | F | Secular philosophies (Atheist, Agnostic) | 3 | 1.1% |
| **Total Females** | | | **273** | **100.0%** |



# USMA Board of Visitors Meeting
## 9 March
## Washington, DC

1



*Agenda*

- **Introduction**
- **Board Business**
  - **1. Election of Chair and Vice Chair**
  - **2. Review and Approval of the "Rules of the USMA Board of Visitors"**
  - **3. Swearing In of Presidential Appointees (Congressional Members may participate as well)**
  - **4. Approval of the Minutes from November's Meeting**
  - **5. Status of the Annual Report**
  - **6. Next BOV date**
- **Key Events since last BOV**
- **Strategic Planning and Continuous Improvement**
- **Developing Leaders of Character**
- **Building and Sustaining Effective and Diverse Teams**
  - **Admissions Update**
  - **USMAPS**
  - **SHARP update**
- **Stewardship**
  - **Athletic Department transition**
  - **Hospital update**
  - **Facilities update**
- **Culture of Excellence (1st semester highlights)**
- **Upcoming events**

2



*Board Business*

3



### Board Business

1. **Election of Chair and Vice Chair**
2. **Review and Approval of the "Rules of the USMA Board of Visitors"**
3. **Swearing In of Presidential Appointees (Congressional Members may participate as well)**
4. **Approval of the Minutes from November's Meeting**
5. **Status of the Annual Report**
6. **Next BOV date (at West Point) 10 July**

4

8/15/2018



*Superintendent's Topics*

5

## Events at USMA Since last BOV

| | |
|---|---|
| Admissions Educator Visit | 29 Nov-01 Dec |
| West Point Band Holiday Shows | 3-4 Dec |
| Army vs Navy (Football) | 10 Dec |
| December Graduation | 16 Dec |
| Winter Break | 18 Dec–3 Jan |
| Reorganization Week | 4-8 Jan |
| 2nd Semester Begins | 9 Jan |
| 500th Night Weekend | 13-15 Jan |
| Inaugural Parade (DC) | 20 Jan |
| RMC Weekend (WP) | 20-22 Jan |
| National Conference on Ethics in America | 24-26 Jan |
| Yearling Winter Weekend | 3-5 Feb |
| Post Night | 8 Feb |
| Forbidden Art Exhibit | 9 Feb |
| Henry O. Flipper Dinner, VPOTUS guest speaker | 9 Feb |
| 100th Weekend | 16-19 Feb |
| Admissions Minority Visit | 16-18 Feb |
| West Point Model UN Invitational | 25-26 Feb |
| CORPS Founders Day Dinner | 7 Mar |
| Kermit Roosevelt Lecture '17 | 6-7 Mar |

6

3

8/15/2018



*Vision*

**West Point is the preeminent leader development institution in the world.**

*"Inspired to serve."*

7



*USMA Mission*

**To <u>educate, train, and inspire</u>
the Corps of Cadets so that each graduate
is a commissioned <u>leader of character</u>
committed to the values of
Duty, Honor, Country
and prepared for a career of professional
excellence and service to the Nation as
<u>an officer in the United States Army</u>.**

8

4



## Superintendent's Priorities

- **Leader Development:** Produce military leaders prepared to fight and win America's wars.

  – **Honorable Living:** <u>Develop leaders</u> who live honorably 24/7, who have internalized the values of Duty, Honor, Country, and the values of our Army.  Ensure that climate exists here at West Point.

  – **Sexual Harassment/Assault/Command Climate:** <u>Develop leaders</u> who lead with command climates of dignity and respect, where everyone on the team feels value added, and feels secure both physically and emotionally.  Ensure that climate exists at West Point.

  – **Winning Culture:** <u>Develop leaders</u> who build a culture of excellence and winning in everything we do.   We will win honorably, not changing our standards nor who we are.

  – **Diversity:** <u>Develop leaders</u> who recognize and leverage the power of diverse teams. Continue to build and retain a diverse USMA team, both within the Corps of Cadets and our staff and faculty.

  – **Standards and Discipline**: <u>Develop leaders</u> who establish and maintain the highest standards and discipline in the Army.

- **Force Protection**: Ensure West Point remains a safe and secure installation for the Corps of Cadets, staff and faculty and their families, and our guests.

- **New York City:** Continue to build our partnership with New York City to enhance Cadet development and enrich our connection with the American people.

- **Beat Navy!**

9



## Strategic Planning

10



### Imperative 1: Develop Leaders of Character

**West Point Leader Development Outcomes**
**Upon commissioning West Point graduates will:**
1. Live honorably and build trust
2. Demonstrate military, intellectual and physical competence
3. Develop, lead, and inspire
4. Think critically and creatively
5. Make sound and timely decisions
6. Communicate and interact effectively
7. Seek balance, be resilient, and demonstrate a strong and willing spirit
8. Pursue excellence and continue to grow

## Developmental Program Missions

| *Academic* | *Military* | Physical | *Character* |
|---|---|---|---|
| *Educate and inspire leaders of character who think critically, internalize their professional identity, and employ their education to help build the Army and the Nation's future.* | Develop the foundational military competencies necessary to win in a complex world | Develop warrior leaders of character who are physically fit and mentally tough | *Develop Cadets' personal identity as an Army professional, and committed to the ideals of "Duty, Honor, Country" and Army Ethic* |

11



### Imperative 2: Foster Relevance and Preeminence

## Goals

| Build and Sustain Diverse and Effective Teams | Promote Staff and Faculty Excellence | Develop and Provide Intellectual Capital | Practice Effective Stewardship | Instill and Foster Culture of Excellence and Winning |
|---|---|---|---|---|

## Commitments

| | | | | |
|---|---|---|---|---|
| • Attract, recruit, and admit a highly talented and diverse Corps of Cadets<br>• Retain and graduate the exceptional young men and women of the Corps of cadets<br>• Attract, recruit, hire and employ a highly talented and diverse faculty and staff<br>• Eliminate sexual assault and sexual harassment | • Develop high quality faculty<br>• Develop high quality staff<br>• Maintain academic currency and practice academic freedom | • Ensure operational relevance<br>• Build collaborations and partnerships<br>• Solve problems of national significance<br>• Provide intellectual support to the Army | • Continually improve<br>• Strive for excellence in resource management<br>• Strive for excellence in infrastructure<br>• Practice effective shared governance<br>• Communicate effectively | • We are honorable<br>• We are winners who pursue excellence<br>• We are team players who support each other<br>• We are inclusive<br>• We are respectful<br>• We are professionals |

12















UNITED STATES MILITARY ACADEMY
WEST POINT.
Governance Structure
Middle States
ARMY / DRU- HQDA
Board of Visitors
Higher Ed Opportunity Act (Compliance)
NCAA Conference Affiliations
Executive Steering Group (ESG)
Superintendent/Senior Mission Commander
Academic Board (AB)
Policy Board (PB)
Imperative 1: Develop Leaders of Character
Developmental Program Missions
Imperative 2: Foster Relevance and Preeminence
Goals
Commitments
13

UNITED STATES MILITARY ACADEMY
WEST POINT.
Imperative 1: Develop Leaders of Character
Academic, Military, Physical, Character Program Assessments
Basic Officer Leaders Courses surveys
Army War College focus groups
National Survey of Student Engagement
Data: APFT, IOCT, GPA
Cadet Periodic Development Reports
Qualitative
Quantitative
14

UNITED STATES MILITARY ACADEMY
WEST POINT

## *Imperative 2: Develop Leaders of Character*

Dean, Commandant, Admissions,
ACI, USMAPS, ODIA,
HQ Staff Assessments

+

Benchmarking indicators against Peer and Aspirant institutions

| Goal Commitment | | | Build and Sustain Diverse and Effective teams Faculty | | | | Build and Sustain Diverse and Effective teams Cadets | | | | | | Stewardship Communication | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| School | Peer Category | U.S news rank | Student faculty ratio | % Female faculty | % of Faculty who are full time | % Full time faculty with PhD | Total Applicants | Acceptance Rate | SAT 25th percentile | Freshmen in top 10 % of class | % female students | 6 - Yr Graduation Rrate | Alumni Giving rate | Endowment |
| USMA | Military | 22 | 7 | 18.3% | 100.0% | 46% | 14,977 | 9.5% | 1160 | 52% | 17.0% | 80% | 29.3% | $283,900,000 |
| USNA | Military | 9 | 8 | 28.1% | 98.0% | 64% | 17,618 | 7.9% | 1180 | 58% | 23.0% | 89% | 19.0% | * |
| USAFA | Military | 29 | 8 | 19.4% | 99.7% | 57.0% | 9,050 | 16.6% | 28 ACT | 56% | 22.2% | 83% | 12.7% | $87,000,000 |
| Amherst College | Peer | 2 | 8 | 50.5% | 92.8% | 97% | 8,478 | 13.8% | 1350 | 84% | 48.2% | 94% | 49.2% | $2,149,202,662 |
| Bucknell University | Peer | 32 | 9 | 40.9% | 96.0% | 97% | 7,864 | 30.7% | 1210 | 68% | 51.9% | 89% | 30.7% | $750,913,000 |
| Claremont McKenna College | Peer | 9 | 8 | 32.4% | 95.6% | 99% | 6,043 | 10.8% | 1350 | 78% | 48.3% | 90% | 40.6% | $699,493,000 |
| Colgate University | Peer | 19 | 9 | 43.9% | 94.2% | 98% | 8,717 | 26.2% | 1280 | 72% | 54.4% | 92% | 40.3% | $865,882,401 |
| Duke University | Peer | 8 | 7 | 35.5% | 95.8% | 97% | 31,523 | 11.4% | 1370 | 91% | 49.6% | 95% | 34.9% | $7,036,776,000 |
| Georgetown University | Peer | 21 | 11 | 45.0% | 75.5% | 87% | 19,505 | 17.4% | 1320 | 92% | 55.0% | 95% | 27.0% | $1,464,276,000 |
| Harvey Mudd College | Peer | 14 | 9 | 39.8% | 95.3% | 100% | 3,678 | 14.3% | 1418 | 88% | 46.3% | 94% | 28.7% | $283,696,431 |
| Lafayette College | Peer | 37 | 10 | 36.2% | 92.4% | 96% | 7,796 | 29.8% | 1200 | 63% | 46.9% | 90% | 32.8% | $832,811,462 |
| Rice University | Peer | 18 | 6 | 30.7% | 90.2% | 97% | 17,728 | 15.1% | 1390 | 88% | 47.9% | 92% | 30.2% | $5,553,717,000 |
| University of Notre Dame | Peer | 18 | 10 | 30.2% | 94.6% | 91% | 17,901 | 21.1% | 32 ACT | 90% | 47.8% | 96% | 42.2% | $8,189,096,000 |
| Vassar College | Peer | 12 | 8 | 45.8% | 93.7% | 87% | 7,784 | 23.5% | 1320 | 70% | 56.0% | 92% | 31.3% | $974,179,926 |
| Villanova University | Peer | 1 | 12 | 39.6% | 81.5% | 89% | 15,705 | 49.3% | 1220 | 55% | 52.2% | 89% | 24.0% | $501,483,015 |
| Wake Forest University | Peer | 27 | 11 | 42.4% | 91.4% | 92% | 11,119 | 34.4% | 1210 | 77% | 52.5% | 88% | 25.4% | $1,148,026,000 |
| Harvard University | Aspirant | 2 | 7 | * | 95.1% | 95% | 34,295 | 6.0% | 1410 | 95% | 47.4% | 98% | 35.0% | $36,429,256,000 |
| Princeton University | Aspirant | 1 | 6 | 30.9% | 93.1% | 93% | 26,641 | 7.4% | 1400 | 96% | 48.8% | 97% | 62.9% | $20,576,361,000 |
| Stanford University | Aspirant | 4 | 4 | 26.0% | 99.5% | 99% | 42,167 | 5.1% | 1380 | 95% | 47.2% | 95% | 35.5% | $21,466,006,000 |
| Yale University | Aspirant | 3 | 6 | 36.6% | 87.9% | 93% | 30,932 | 6.3% | 1410 | 96% | 49.0% | 96% | 33.6% | $23,858,561,000 |

* No Data Provided

Examples of indicators:

- Student to faculty ratio
- Acceptance rates
- Selectivity of applicants
- Graduation rates
- Alumni Giving rates
- Endowments

Qualitative

Quantitative

15

UNITED STATES MILITARY ACADEMY
WEST POINT

## *Developing Leaders of Character Commandant Update*

16

UNITED STATES MILITARY ACADEMY WEST POINT

## Military Program (Summer)

- 12 training events at West Point
- 10 West Point Leader Details
- 10 Military Individual Advanced Development (MIADs) in the U.S. and abroad
- 1050 Cadets will participate in Cadet Troop Leader Training at 16 locations

### Summer Training

***4th Class (Plebe)*** — **CBT**
*Cadet Basic Training, 6 weeks*

***3rd Class (Yearling)*** — **MIAD** | **CFT**
*Military Individual Advanced Development* | *Cadet Field Training, 3-4 weeks*

***2nd Class (Cow)*** — **WP Leader Detail (60%/40%)**
*West Point Leader Detail, 4-6 weeks*

***1st Class (Firstie)*** — **CLDT (20%/80%)** | **CTLT (40%/60%)**
*Cadet Leader Development Training, 2-3 weeks* | *Cadet Troop Leader Training, 2-3 weeks*

UNITED STATES MILITARY ACADEMY WEST POINT

## Military Program (Academic Year)

- 9 Cadet Clubs that execute military skills
- Sandhurst Competition: 2 days, 30 miles, 14 stations, 62 teams (Service Academies, ROTC, International)
- Structured military training on Commandant's Saturdays
- Defense and Strategic Studies Major (176 total)
- Modern War Institute

### Academic Year

***4th Class (Plebe)***
*Military Science 100 Introduction to Warfighting (1 semester)*

***3rd Class (Yearling)***
*Military Science 200 Small Unit Operations (1 semester)*

***2nd Class (Cow)***
*Military Science 300 Platoon Operations (1 semester)*

***1st Class (Firstie)***
*MX400 Officership Capstone (1 semester)*

18

### Physical Program

- Military Movement, Boxing, Survival Swimming, Combatives
- Fitness courses (Personal and Unit Fitness)
- Lifetime Physical Activity Courses (26 courses offered)
- Testing--Occupational Physical Assessment Test (OPAT)
- Company Athletics (10 Sports) Competitive Clubs (16 total)
- Kinesiology Major (65 Cadets)

**Physical Program**

| 4th Class (Plebe) | Military Movement | Boxing |
| | 1 round | 1 round |

| 3rd Class (Yearling) | Survival Swimming | Personal Fitness |
| | 1 round | Individual Planning |

| 2nd Class (Cow) | Combatives | LPA |
| | 1 round | Scuba, Skiing, Golf, etc. |

| 1st Class (Firstie) | Unit Level Fitness | |
| | Platoon Level Planning | |



### Basic Officer Leader Course Class of 2016 Highlights

- BOLC Achievements
  - Infantry Basic Officer Leader Course (IBOLC) 202/207 students from USMA Class of 2016 graduated (98%) - 1 Distinguished Honor Grad, 20 on the Commandants list
  - Quartermaster Basic Officer Leader Course (QBOLC) 35/35 students from USMA Class of 2016 graduated (100%) – 5 Distinguished Honor Grads, 10 on the Commandant's list.
  - Military Intelligence Officer Leader Course (MIBOLC) 20/20 students from USMA Class of 2016 graduated (100%) – 2 Honor Grads, 5 Commandant's list.
  - Armor Basic Officer Leader Course (ABOLC) 64/70 students from USMA Class of 2016 graduated on time (91%) -  2 Honor Grads, 9 Commandants list, 1 Iron Soldier award.
  - Air Defense Artillery Basic Officer Leader Course (ADABOLC) 46/46 students from USMA Class of 2016 graduated (100%).
  - Field Artillery Basic Officer Leader Course (FABOLC) 85/89 students from USMA Class of 2016 graduated (96%), 72 currently in FABOLC

- Ranger School ("Early" Course)
  - 33 Class of 2016 graduates attended before IBOLC.
  - 20/33 LT's graduated for a 60.6% graduation rate.

IBOLC Honor Grad 2LT Donny Goff

ABOLC Honor Grad 2LT Evan Burnham

Early Ranger School Graduates





## Class of 2017 Branching Highlights

- Branching Process
  - Cadet Performance (OML) + Individual
  - Preference + Branch Talent Priorities +
  - Individual Cadet Talents
- 2017 Cadet Branch Satisfaction
  - 78% (755) received first choice
  - 95%  (910) received top 3
  - 97% (938) received top 5
- Diversity and Talent Distribution
  - 7% of Infantry and Armor are African American; increase from 2% prior to talent-based branching
  - 10% of Infantry and Armor are Hispanic; increase from 6% prior to talent-based branching
  - 6/17 branches represented in the Top 10 Cadets

22



## Gender Integration

- Beginning with the Class of 2020, all Cadets must take boxing.

- Integration into Infantry and Armor branches following graduation
    - Female Cadets must "opt-in" to be considered for branching into Infantry or Armor. Upon graduation from the Basic Officer Leader Course, they are assigned to Fort Hood or Fort Bragg.
    - There are 7 female Infantry officers who are West Point graduates
    - There are 5 female Armor officers who are West Point graduates
    - 8 female Cadets from the Class of 2017 branched Infantry (3 as branch detail)
    - 10 female Cadets from the Class of 2017 branched Armor (6 as branch detail)
    - Ranger School – the first 3 female Rangers are West Point graduates. There are currently 2 x 2016 women in Ranger School and 1 woman scheduled for a future class.

23

23



## *Developing Leaders of Character Dean Update*

24



**Academic Program**

UNITED STATES MILITARY ACADEMY
WEST POINT.

*Educate and inspire leaders of character who think critically, internalize their professional identity, and employ their education to help build the Army and the Nation's future.*

- Educate, train and inspire cadets to become leaders of character.
- Prepare the rotating military faculty to return to the operational force.
- Provide intellectual capital to the Army and the Nation.

  

25

---

**Academic Program**
**The Curriculum**

UNITED STATES MILITARY ACADEMY
WEST POINT.

**Strategic Posture Statement:** West Point has for most of its history been engaged in the project of educating, training, and inspiring a homogenous Corps of Cadets. It has graduated classes of second lieutenants prepared to execute a largely uniform set of responsibilities in the Army. For many years, the work of the institution was likewise performed by a fairly homogeneous staff and faculty. Today, however, we have an unprecedentedly diverse Corps as well as a blended faculty whose members have distinct needs and talents and are capable of different contributions. Tomorrow's Army needs a heterogeneous set of officers with a broad array of abilities and perspectives—with deep disciplinary knowledge as well as with the agility and imagination to work across disciplines—to serve in an increasing range of specialties, from traditional branches to the newest, Cyber. How can the Academic Program best meet the challenges and exploit the opportunities of the twenty-first century?

**The Curriculum**
The **Core** teaches cadets how to think.

The **Major** provides disciplinary depth.

**Minors** provide interdisciplinary treatment of a topic or disciplinary depth.

**Enrichment Activities** provide experiential learning opportunities for cadets to see the intersection and gaps between theory and practice.



**Reflection Day 2017:** Academic leaders share assessments of the curriculum

26











UNITED STATES MILITARY ACADEMY WEST POINT.

## *Academic Program*
## *Cadet Learning (a few examples)*

**Projects Day (4 May 2017):** Cadets present their senior theses, design projects, culminating performances, and extramural research projects.

### Research and course trips enhance cadet learning

**DARPA Competition**

**Collaborative Research with University of Virginia**

**Collaborative research with James J. Peters VA Medical Center**

**Winning the Peace Course in Jersey City**

**Research at Stanford**

### Guest speakers bring outside perspectives to cadets

Judge Joseph Bianco (US District Judge)

Ms. Rosemary Martorana (NJ Office of Homeland Security & Preparedness)

Dr. Carlos Brebbia (Wessex Institute of Technology)

Dr. Prasada Rao (California State - Fullerton)

Mr. Jason Forrester (former Dep. Asst. Secretary of Defense)

GEN John Nicholson Resolute Support & US Forces Afghanistan

27

UNITED STATES MILITARY ACADEMY WEST POINT.

## *Academic Program*
## *Second Graduating Class*

### Combination of graduate school and faculty assignments transforms officers

Hand-selected officers attend best graduate schools in the country
- Work with counterparts from around the country and world
- Produce scholarship at the graduate level

Rotating military faculty
- Teach, mentor, and develop the next generation of Army leaders
- Continued scholarship
- Continued development
- When given the opportunity to serve as S3 or XO, they will excel

| Graduate School | | West Point Faculty Member | | |
|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 |

Begin graduate school post-command

A recently-departed rotating military faculty member wrote: "I signed into Fort Hood back in June [2016] and was on a plane to Korea 10 days later. I started my RIP right after Fourth of July and have been in position officially since last Monday. I think things are going well right now and strongly feel that despite what others outside the academy may try to tell us at times....my time teaching absolutely helped me prepare and develop myself for this job. Embrace intellectual pluralism, weigh multiple sides of an argument, make an informed decision....sounds a lot like what we try to bring to the classroom and what I'm doing everyday."

KD position

UNITED STATES MILITARY ACADEMY
WEST POINT
Academic Program
Developing the Second Graduating Class
Senior faculty develop rotating military faculty
In 5 domains
Civilian Faculty Mentors
Military Faculty Mentors
Staff Rides
Summer New faculty orientation
Master Teacher
Master Teacher Program
Academic Promotion
Cadet Development
NATIONAL SECURITY AGENCY
UNITED STATES OF AMERICA
Mentoring Cadet clubs
Mentoring during Cadet Summer Training
Intellectual Capital
TA-NEHISI COATES
BETWEEN THE WORLD AND ME
Leading Interdisciplinary colloquiums
CENTER FOR
CLCRS
LANGUAGES, CULTURES & REGIONAL STUDIES
Leaders in Research Centers
FP
Foreign Policy
Publications
Scholarship awards
29

UNITED STATES MILITARY ACADEMY
WEST POINT
Academic Program
Intellectual Capital (the latest)
Collaborations, Partnerships and Service
ARL
Joint Research Symposium
aci
Faculty Service Board of Directors
Collaborations with Army Major commands
NCEES
advancing licensure for engineers and surveyors
Faculty honors 5-Year Silver Service award.
Events at West Point
Inaugural workshop on Complex Battlespaces – The Law of Armed Conflict and the Dynamics of Modern Warfare
• Mar 30 – Apr 2: McDonald Leadership Conference for Leaders of Character
• Apr 23 – 24: Senior Conference - The 70th Anniversary of the National Security Act: An Agenda for Policymakers
Subject Matter Experts
Research cited in New York Times
INTERNATIONAL ASSOCIATION OF CHIEFS OF POLICE
Invited Guest Speakers
Conferences
AMERICAN ECONOMIC ASSOCIATION
David Geffen School of Medicine
Cornell University Law School
ACTFL
A A C&U
Publications
WATER PLANET
Commonweal
frontiers
30

UNITED STATES MILITARY ACADEMY
WEST POINT.

# Build and Sustain Diverse and Effective Teams
### Admissions Update

*Imperative 2: Foster Relevance and Preeminence*

31

---

UNITED STATES MILITARY ACADEMY
WEST POINT.

*Class of 2021*
*Admissions Update*

## Admissions  Update  Class 2021

|  | Total | Women | African American | Hispanic | Scholars | Leaders | Athletes | Soldiers |
|---|---|---|---|---|---|---|---|---|
| Applicants | 12,967 | 3,796 | 1,687 | 1,844 | 1,918 | 929 | 850 | 1019 |
| Offers | 815 | 218 (26.7%) | 74 (9%) | 88 (10%) | 416 (51%) | 232 (28%) | 156 (19%) | 19 (2%) |
| Accepts | 507 | 145 (28.6%) | 48 (9.5%) | 58 (11.5%) | 215 (42.5%) | 146 (28.8%) | 128 (25.2%) | 15 (3%) |
| O/S LOAs | 174 | 64 | 80 | 9 | 37 | 28 | 89 | 3 |
| O/S Civil Prep | 4 | 3 | 0 | 0 | 0 | 0 | 3 | 0 |
| O/S USMAPS | 222 | 36 | 102 | 15 | 4 | 40 | 91 | 50 |
| Obligations | 1188 | 318 (26.7%) | 253 (21.3%) | 109 (9%) | 440 (37%) | 290 (24.4%) | 336 (28.2%) | 72 (6%) |

As of 1 March 2017

32

## UNITED STATES MILITARY ACADEMY WEST POINT — Class Composition Comparison

### Final Class Admitted Numbers (2015-2020)

| CLASS | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | Population % |
|---|---|---|---|---|---|---|---|
| African Americans # Admitted (Goal) | 10.7% 135 (12-15%) | 8.6% 104 (12-15%) | 9.5% 112 (12-15%) | 13.9% 169 (11-13%) | 15.1% 190 (>14%) | 13.8% 180 (>14%) | US – 13.1% Officer – 13.2% Enlisted – 22.5% |
| Hispanics #Admitted (Goal) | 9.6% 123 (9-12%) | 8.6% 103 (9-12%) | 11.7% 128 (9-12%) | 10.1% 122 (9-12%) | 9.7% 123 (>11%) | 9.3% 121 (>11%) | US – 16.9% Officer – 7.0% Enlisted – 13.5% |
| Asians #Admitted (Goal) | 6.1% 96 (4-6%) | 7.1% 86 (4-6% | 7.1% 86 (4-6%) | 7.8% 94 (4-6%) | 8% 99 (>5%) | 9.2% 120 (>5%) | US – 5.1% Officer – 4.9% Enlisted – 2.5% |
| Women #Admitted (Goal) | 16.6% 212 (14-20%) | 15.9% 192 (14-20%) | 15.8% 188 14-20%) | 21.8% 264 (>20%) | 22% 278 (>20%) | 21.7% 282 (>20%) | US – 50.8% Officer – 16.5% Enlisted – 13.0% |
| Scholars #Admitted (Goal) | 34.7% 437 (>30%) | 33.9% 404 (>30%) | 35% 418 (>30%) | 38.4% 465 (>30%) | 35.9% 454 (>30%) | 35.9% 468 (>30%) | |
| Leaders #Admitted (Goal) | 22.2% 280 (>25%) | 25.5% 304 (>25%) | 27.3% 326 (>25%) | 22.9% 277 (>25%) | 25.5% 322 (>25%) | 24.2% 315 (>25%) | |
| Athletes #Admitted (Goal) | 15.9% 200 (18-23%) | 18.5% 221 (18-23%) | 17.5% 210 (18-23%) | 21.5% 260 (>23%) | 21.1% 266 (>23%) | 22.0% 287 (>23%) | |
| Soldiers #Admitted (Goal) | 6.2% 74 (>7%) | 8.5% 102 (>7%) | 10.8% 129 (>7%) | 7.6% 92 (>7%) | 6.5% 82 (>5%) | 5.9% 77 (>5%) | |
| Class Size | 1261 | 1192 | 1193 | 1212 | 1262 | 1302 | |

33

## UNITED STATES MILITARY ACADEMY WEST POINT — Admissions Update

### Classes 2018-2021 Comparison* (USMA, USAFA, USNA)

| | 2021 | | | 2020 | | | 2019 | | | 2018 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | USMA | USAFA | USNA | USMA | USAFA | USNA | USMA | USAFA | USNA | USMA | USAFA | USNA |
| Files Opened | 12,850 | 10,179 | 16,267 | 14,015 | 9,791 | 17,020 | 14,096 | 9,122 | 16,101 | 14,419 | 9,050 | 17,618 |
| Women | 3,780 | 2,993 | 4,264 | 3,786 | 2,824 | 4,273 | 4,258 | 2,418 | 3,761 | 3,223 | 2,253 | 3,931 |
| Black | 1,659 | 1,558 | 2,027 | 1,651 | 1,447 | 2,166 | 1,816 | 1,264 | 1,923 | 1,557 | 1,245 | 2,028 |
| Hispanic | 1,819 | 1,314 | 1,802 | 1,873 | 1,257 | 2,070 | 1,546 | 1,092 | 1,971 | 1,439 | 1,150 | 2,008 |
| Athletes | 863 | 489 | N/A | 755 | 464 | N/A | 757 | 458 | N/A | 649 | 444 | N/A |

*Initial Class Data as of the last week of January for each class cycle

34















UNITED STATES MILITARY ACADEMY
WEST POINT.

## *Building the Bench*

**USMAPS MISSION IAW with DoDI 1322.22: *Academy Preparatory Schools, dated September 24, 2015:***

*To motivate, prepare, and evaluate select candidates in an academic, military, moral, and physical environment, to perform successfully at the United States Military Academy.*

**KEY MEASURE OF EFFECTIVENESS: Academy Prep to Academy Entrance Ratio 70% or greater**

| USMAPS Class Year | USMAPS to USMA Admission Percentage | | |
|---|---|---|---|
| | # Entering USMAPS | # Entering USMA | % Entering USMA |
| 2006 | 238 | 200 | 84.0 |
| 2007 | 238 | 193 | 81.1 |
| 2008 | 240 | 192 | 80.0 |
| 2009 | 250 | 200 | 80.0 |
| 2010 | 246 | 197 | 80.1 |
| 2011 | 247 | 208 | 84.2 |
| 2012 | 240 | 200 | 83.3 |
| 2013 | 228 | 198 | 86.8 |
| 2014 | 245 | 210 | 85.7 |
| 2015 | 237 | 196 | 82.7 |

38

## SHARP Update

### Incident Reporting Trends

| Annual Year | Unrestricted (incl conversions) | Restricted | Conversion | Substantiated |
|---|---|---|---|---|
| 14-15 | 18 | 1 | 3 | 9 |
| 15-16 | 19 | 6 | 1 | 7 |
| 16-17 | 15 | 18 | 5 | 4 |

**AY 14-15 & 15-16
Substantiation rate ~50%**

- ART 120 - broad behavior spectrum (touching to penetrative offenses) with strict sanctions
- Reporting trends:
  - 16-17 increased reporting overall; increase in restricted reports
  - Key environmental change is the establishment of the SHARP Resource Center located in a central and private area, easily accessible to Cadets
  - Key policy change allows for Cadets to talk with trusted friends/mentors without triggering investigation – before deciding if and how to report
- Why cadets tell us they elect restricted report or no report:
  - Fear of retaliation/reprisal
  - Handled it alone (usually by avoidance)
  - Didn't want to ruin career of alleged offender
- 3 of 4 Civilian Law Enforcement (CLE) initiated cases in past two years have been turned over to USMA for action
  - Two reports from civilian universities involving unknown number of CDTs were not pursued by CLE or USMA due to lack of information available to conduct investigation

41

---

## EverFi Consultation Take-aways






**Mission:  Support campuses in making transformative impact on critical issues that impact their institutions and the lives of their students.**

- Develop SHARP Strategy to align with USMA Strategic Plan
- Identify inputs, activities & outcomes related to SHARP initiatives
- Establish SHARP goals to increase knowledge to change attitudes towards enacting pro-social behaviors
- Create short-term, intermediate & long-term milestones
- Create an inventory of all SHARP related activities across Academy
- Apply 9 Principles of Effective Prevention Programming for SHARP-oriented activities
- Evaluate the application of CASHA as peer educators
- Assess integrating prevention expertise into SHARP education

42















UNITED STATES MILITARY ACADEMY
WEST POINT.

# Hospital Update

*Imperative 2: Foster Relevance and Preeminence*

47

UNITED STATES MILITARY ACADEMY
WEST POINT.

## *FY17 National Defense Authorization Act Healthcare Reform Concerns*

- **23 DEC 16: NDAA Law Signed – Year of Healthcare Reform**
  - Joint Health Service Enterprise Transformation
  - TRICARE Reform
  - Transfer certain responsibilities from Military Departments to the Defense Health Agency (DHA)
  - 40 Healthcare Provisions
    - TRICARE and Military Health System (Sec 702 & 703)
    - Healthcare Administration
    - Other Health Care benefits
    - Reports and Other Matters
- **Sec 702: Reform of the DHA & Military Hospitals**
  - Change to organizational structure
    - DHA will have ownership
    - Local Commanders (Superintendent) not in organization
- **Sec 703: Hospital criteria defined as:**
    - Inpatient Medical Centers
    - Inpatient Small Hospitals
    - Outpatient Ambulatory Care Centers

**West Point risks losing inpatient care for cadets**

48

**Healthcare Reform (cont'd)**

- USMA Concerns
  - Loss of Commander's input into organizing structure
  - Risk to lose all inpatient care for our unique cadet population

- BOV Assistance
  - SEC 702: Draft implementation plan submitted to SASC/HASC in MAR 17
  - SEC 702: Final implementation plan to HASC/SASC MAR 18
  - SEC 703: MHS modernization study submitted to HASC/SASC SEP 17

49



*Facilities Update*

*Imperative 2: Foster Relevance and Preeminence*                    50



**Military Construction Program**

UNITED STATES MILITARY ACADEMY
WEST POINT.

<u>FY16 Submission</u>:
Unspecified Minor Military Construction (UMMCA)
• Lusk Water Line; $2.25M
• Status - Unfunded, resubmit 30 Jun 2017

3 Dec 2016 Traditional MILCON FY19-23
• FY23 #1 Multi-Purpose Academic Center; $89M
• FY23 #2 Parking Structure; $30M
• Long Range, Cemetery Reclamation; $20M
• Status - Unfunded

<u>Army considering the following</u>:
• FY18 Cemetery Reclamation
• FY19 Multi Purpose Academic Center (MPAC)
• FY21 Parking Structure





MPAC and Parking Structure have been submitted and subsequently unfunded for the last 4 years

51



**Multi-Purpose Academic Center**
for Cyber Education, Innovation, and Engineering

UNITED STATES MILITARY ACADEMY
WEST POINT.

<u>Program</u>:
• Cyber Education
• Science, Technology, Engineering, and Mathematics (STEM)
• Professor offices
• Collaboration spaces
• Exhibit areas
• Laboratories

52











UNITED STATES MILITARY ACADEMY
WEST POINT.

## Multi-Purpose Academic Center
*for Cyber Education, Innovation, and Engineering*

### USMA

- Loading Dock Lab
- Open to elements
- Cramped space
- Inadequate ventilation
- Insufficient clearance
- Teaching / Learning not aligned with facility
- Delinked from classrooms
- Uninspiring

### Competing University

- Modern Lab
- Conditioned space
- Sized for use
- Well lit and ventilated
- High bay with hoisting
- Co-located with classrooms
- Fosters innovations / creativity
- Teaching / Learning method complemented by building architecture

53

UNITED STATES MILITARY ACADEMY
WEST POINT.

## Cadet Barracks

### Davis Barracks FY16 ($180M)

### Cadet Barracks Update Program (CBUP)

| FY | BARRACKS | COST | STATUS |
|---|---|---|---|
| √ 13 | Scott | $51M | Completed |
| √ 14 | Mac Short | $49M | Completed |
| 15-16 | Mac Long | $62M | Construction end Oct 2017 |
| 16 | Pershing | $74M | Construction start Mar 2017 |
| 17-18 | Eisenhower | $100M | Design Funded, $7M |
| 18 | Grant | $63M | |
| 19-20 | Bradley | $145M | |
| 20 | Lee | $38M | |
| 21 | Sherman | $51M | |
| Program complete 2023 | | | |

54

UNITED STATES MILITARY ACADEMY
WEST POINT

## Academy Building Upgrade Program (ABUP)

- 9 year program, six buildings, temporary facilities required
- Major renovations: corrects failing building systems, life safety code compliance, departmental floor plan reprogramming, and overall modernization to university standards
- Cost: +/-$711M

55

UNITED STATES MILITARY ACADEMY
WEST POINT

## *Culture of Excellence and Winning*

*Imperative 2: Foster Relevance and Preeminence*

56

UNITED STATES MILITARY ACADEMY
WEST POINT.

*Culture of Excellence*
*Faculty and Staff*

- MAJ Raven Bukowski (Department of Social Sciences): White House Fellow 

- COL Barry Shoop (Department of Electrical Engineering and Computer Science): 2016 President of Institute of Electrical and Electronics Engineers 

- Dr. Tim Bakken (Department of Law): Fulbright Scholar 

- Combating Terrorism Center: Numerous citations in major media outlets such as the New York Times and Washington Post 

- MAJ Kelly Calway (Department of Physical Education) - Armed Forces Women's Cross Country Champion 

- Mr. Boo Corrigan named 2016-17 Football Bowl Subdivision Under Armour Athletics Director of the Year 

- Mr. Michael Schmitt (Department of Law): Selected to receive the Order of Maarjamaa, IV Class, by the President of Estonia for his work in promoting cyber defense cooperation. 

57



68

29



### NCAA Athletic Excellence

**2016-17 Season (.571 percentage)**

Football: 8-5 ⭐
Volleyball: 20-11 (PL: 12-4) ⭐
Women's Soccer: 4-12-2 (PL: 2-5-2)
Men's Soccer: 9-8-2 (PL: 4-4-1) ⭐⭐
Men's Rugby: 9-1 ⭐
Women's Rugby: 5-5 ⭐⭐
Sprint Football: 5-2
Men's Cross Country: 1-1
Women's Cross Country: 1-1
Golf: 0-2
Men's Indoor Track: 1-0 ⭐
Women's Indoor Track: 1-0 ⭐
Men's Swim/Dive: 8-3
Women's Swim/Dive: 7-4
Wrestling: 7-5 ⭐
Hockey: 17-12-5 ⭐
Rifle: 6-6 ⭐

Women's Basketball: 21-7 (PL: 12-5) ⭐
Men's Basketball: 12-18 (PL: 6-12) ⭐⭐
Gymnastics: 3-4 ⭐
Men's Lacrosse: 4-1
Women's Lacrosse: 4-1
Softball: 11-4
Women's Tennis: 8-5
Men's Tennis: 7-6 ⭐
Baseball: 2-7

⭐ AY 17 Victory over Navy
⭐ AY 17 Victory over Air Force

59



### NCAA Athletic Excellence

**Leadership In The Corps**
➤ CDT Marcos Arroyo (Men Soccer) CBT I Commander
➤ CDT Hugh McConnell (Strength) – First Captain
➤ CDT Alyssa Chapman (Rabble Rouser) – BDE Command Sergeant Major
➤ CDT Adam Kratch (Men's Basketball) – Deputy Brigade Commander
➤ 2 Regimental Commanders
➤ 5 Brigade Primary Staff Officers

**Victory In The Classroom**
➤ NCAA Public Recognition Awards: Football, Wrestling, Rifle
➤ Kelly Hamilton (Women's Swim/Dive) Patriot League Scholar-Athlete of the Year
➤ 43 Cadet Athletes on Patriot League Fall Academic Honor Roll
➤ 8 Patriot League All-Academic Teams

**Victory On The Athletic Fields**
➤ Football beat Navy after 15 years!
➤ First time since 1984 that football beat Navy and won a bowl game in the same season
➤ Swimming and Diving Coach, Mick Wender, Patriot League Coach of the year
➤ Men's Lacrosse beat # 6 Syracuse
➤ Men's Rugby won American Collegiate Rugby Association – 7s Championship
➤ Men's basketball beat Navy with largest comeback victory of 2017 season
➤ CDT King (Football) won the Defender of the Nation Award

60





UNITED STATES MILITARY ACADEMY
WEST POINT

## Club/Intramural Excellence

### 16 Competitive Club Sports

- Men's Boxing * ☆
- Women's Boxing ☆ ☆
- Climbing ☆
- Crew
- Cycling** ☆
- Equestrian
- Fencing*
- Judo* ☆
- Marathon
- Orienteering* ☆
- Powerlifting
- Men's Handball * ☆
- Women's Handball*
- Triathlon * **
- Men's Volleyball ☆
- Water polo ☆

** AY 16-17 National Champion (season in progress)
* AY 15-16 National Champion
☆ AY 17 Victory over Navy
☆ AY 17 Victory over Air Force

### Company Athletics

**Fall**

- Basketball
- Soccer
- Functional Fitness
- Flag Football
- Submission Grappling
- Fall Sandhurst

**Spring**

- Floor Hockey
- Flickerball
- Ultimate Frisbee
- Swimming
- Team Handball
- Spring Sandhurst

61

UNITED STATES MILITARY ACADEMY
WEST POINT

## Academic Club Excellence

- Model UN ☆
- Debate ☆
- Orienteering *
- Speech and Parliamentary Debate *
- Ethics Debate**
- Competitive Cyber Team ☆ ☆

** AY 16-17 National Champion
* AY 15-16 National Champion
☆ AY 17 Victory over Navy
☆ AY 17 Victory over Air Force

62

8/15/2018



**UNITED STATES MILITARY ACADEMY**
**WEST POINT.**

*Culture of Excellence*
*Upcoming Key events at USMA*

| | |
|---|---|
| Plebe Parents Weekend | 10-12 Mar |
| Foreign Academy Exchange Program  Visit | 10-19 Mar |
| Spring Break | 11-19 Mar |
| Chilean International Patrol Competition | 13-15 Mar |
| Sexual Assault Awareness Month | 20 Mar~14 Apr |
| 15th WP Diversity Leadership Conference | 21-23 Mar |
| Admissions Minority Visit | 23-25 Mar |
| Calabro Night of the Arts | 24 Mar |
| Foreign Academy Exchange Program Host | 25 Mar~2 Apr |
| Civ-Mil Conference | 31 Mar |
| McDonald Cadet Leadership Conference | 29 Mar~2 Apr |
| NY Mets Pre-season game | 31 Mar |
| Sandhurst | 7-8 Apr |
| Cyber Defense Exercise | 10-14 Apr |
| DAD Congressional Visit | 19-21 Apr |
| Mission Command Conference | 20 Apr |
| NCAA Men's Gymnastics Championships | 20-22 Apr |
| Inter-Service Academy Parachute Competition | 21-23 Apr |
| 38th Annual WP National Orienteering Meet | 22-23 Apr |
| National Scout Meet | 22-23 Apr |
| Senior Conference 53 | 23-25 Apr |
| Boy Scout Camporee | 28-30 Apr |
| Retiree Appreciation Day | 29 Apr |
| Executive Steering Group Meeting | 2 May |
| Projects Day | 4 May |
| Graduation Day | 27 May |

63

**UNITED STATES MILITARY ACADEMY**
**WEST POINT.**

Discussion

64

71

32



### BOV Follow-up "Case Disposition"

**Case Disposition Status**

**AY 2014-15**

| | Substantiated with Action 9 | | Ongoing Investigation 0 | | | Not Substantiated 9 | |
|---|---|---|---|---|---|---|---|
| Case | Incident | Finding/Sanction | | | Case | Incident | Finding/Sanction |
| 1 | Abusive Sexual Contact (AbSC) | Founded, Court Martial (guilty) | | | 1 | AbSC | Unfounded, Separated for other misconduct |
| 2 | AbSC | Founded - Subject received GOMOR | | | 2 | Alleged Sodomy, SA, AbSC | Unfounded |
| 3 | Aggravated Sexual Contact (AgSC) | Founded, Misconduct Investigation, Separated | | | 3 | Rape | Closed - subject no longer in military |
| 4 | AbSC | Founded, Misconduct Investigation, Separated | | | 4 | SA | Closed - insufficient evidence |
| 5 | AbSC | Founded, Resignation ILO Court Martial | | | 5 | SA | Closed - insufficient evidence |
| 6 | Sexual Assault (SA) | Founded, subject separated | | | 6 | SA | Closed - insufficient evidence |
| 7 | SA | Founded, not guilty Court Martial | | | 7 | AbSC | Unfounded |
| 8 | SA | Founded - Misconduct Investigation, SDLP-R for other misconduct | | | 8 | SA | Closed - insufficient evidence |
| 9 | SA | Founded, Resignation ILO Court Martial | | | 9 | SA | Closed - insufficient evidence |

**14-15**
- **Cases split between CM and MI process**
- **1 retaliation report - did not meet criteria**
- **On-post CM not-guilty outcome - likely a chilling effect for victim confidence in the system**

65

65



### BOV Follow-up "Case Disposition"

**AY 2015-16**

| | Substantiated with Action 7 | | Ongoing Investigation 0 | | | Not Substantiated 4 | |
|---|---|---|---|---|---|---|---|
| Case | Incident | Finding/Sanction | | | Case | Incident | Finding/Sanction |
| 1 | AbSC | Founded, GO Art 15, Show Cause Board for Separation | Unwilling to Participate 7 | | 1 | AbSC | Unfounded for AbSC, founded for simple assault |
| 2 | AbSC | Founded, GOMOR | | | 2 | SA | CLE notified by family of CDT Soto |
| 3 | SA | Founded, Non-Judicial Punishment | | | 3 | SA | Closed - insufficient evidence |
| 4 | AbSC | Founded, GO Art 15, Separation action | | | 4 | SA | Closed - insufficient evidence |
| 5 | AbSC | Founded, GO Art 15, Separation action | | | | | |
| 6 | Unwanted Sexual Contact (USC) | Founded, Chilean Military Academy separated the subject | | | | | |
| 7 | SA | Founded, Sanction for subject with leadership | | | | | |

**15-16**
- **All cases resulted in UCMJ or GOMOR sanctions**

8/15/2018

66

66

72

33







UNITED STATES MILITARY ACADEMY WEST POINT.

## Backup to Slide 3

# Incident Reporting Trends

| Annual Year | Unrestricted (incl conversions) | Restricted | Conversion | Substantiated |
|---|---|---|---|---|
| 16-17 | 15 | 18 | 5 | 4, with 11 pending |

| No. | Date of Report | Date of Incident | Days to CID Report | Subject | Victim | Jurisdiction | Civ. Decl. | Penetration or Contact | Probable Cause |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 11-Jul-16 | 7-Jul-16 | 4 | CDT-M | CDT-F | USMA | No | Penetration | Yes |
| 2 | 18-Oct-16 | 8-Oct-16 | 10 | CIV-M | CDT-F | CIV | Pending | Contact | Pending |
| 3 | 24-Oct-16 | 7-Oct-16 | 17 | CDT-M | CDT-F | USMA | No | Contact | Pending |
| 4 | 27-Oct-16 | 26-Oct-16 | 1 | CDT-M | CDT-F | USMA | No | Contact | Yes |
| 5 | 28-Oct-16 | 8-Oct-16 | 20 | CDT-F | CDT-F | USMA | No | Contact | Yes |
| 6 | 7-Nov-16 | 31-Oct-16 | 7 | CDT-M | CDT-F | USMA | No | Contact | Yes |
| 7 | 13-Dec-16 | 12-Dec-16 | 1 | CIV-M | CDT-F | CIV | Pending | Contact | Pending |
| 8 | 21-Dec-16 | 11-Dec-16 | 10 | CDT-M | CIV-F | USMA | **Yes** | Contact | Pending |
| 9 | 26-Jan-17 | 22-Oct-16 | 92 | CDT-M | CDT-F | USMA | No | Contact | Pending |
| 10 | 31-Jan-17 | 12-Dec-15 | 416 | CDT-M | CDT-F | USMA | No | Contact | Pending |
| 11 | 31-Jan-17 | 5-Nov-16 | 87 | CDT-M | CDT-F | USMA | No | Contact | Pending |
| 12 | 31-Jan-17 | 15-Oct-16 | 108 | CDT-M | CDT-F | USMA | No | Contact | Pending |
| 13 | 15-Feb-17 | 11-Nov-16 | 96 | CDT-F | CDT-M | USMA | No | Penetration | Pending |
| 14 | 20-Feb-17* | 11-Nov-16 | 101 | CDT-M | CDT-F | USMA | No | NA* | Pending |
| 15 | 15-Feb-17 | 11-Nov-16 | 96 | CDT-F | CDT-M | USMA | No | Penetration | Pending |

* On or about, since no subsequent ROI issued in this case.

67

UNITED STATES MILITARY ACADEMY WEST POINT.

## Key trends of Officers Assigned to West Point

Serving as a West Point instructor/tac officer is a broadening opportunity that offers a fully funded graduate education followed by an assignment that leverages the education to impact the Army through the development of cadets and provision of technical experts to functional areas.

- Attracts high quality officers. Junior Officers selected to serve at West Point arrive with substantially higher BZ selection rates compared to non-assigned peers.
- Reduces BZ selection of officers by 10 percentage points. After completing a West Point assignment, USMA faculty are promoted BZ to LTC at lower rates than their non-assigned peers.
- Does not adversely impact PZ selection of officers. USMA Officers regain their board competiveness over non-assigned peers, being 10 percentage points more likely to be selected in their PZ LTC board.
- Adversely impacts the BN CMD selection of officers who serve on faculty. Despite being selected BZ to MAJ at higher rates, USMA faculty are selected for BN CMD at nearly the same rate as their non-assigned peers.
- It aligns well with a transition to a Functional Area. Officers transfer to functional areas during their tenure at West Point at higher rates than their non-assigned peers.

**BZ/PZ Selection rates to MAJ, LTC, and Battalion Command selection rates varies significantly across West Point Assignment**

BZ/PZ selection rates & BN Command selection rates (YG 98-99)

BZ/PZ selection rates & BN Command selection rates (YG 94-99)

68

**Athletic Department Transition**
**Outstanding issues**

- DODEA will charge tuition of $22,000 per student to attend the West Point Middle and Elementary Schools
  - 27 students are currently enrolled
  - Bill is approximately $594,000 per school year.
- The Highland Falls-Ft. Montgomery School District charges $13,000 per student for tuition for out of district students to attend its schools.
  - 9 of Students enrolled
  - Bill is approximately $117,000

69

**Agenda**
**USMA Board of Visitors Meeting**
**July 10, 2017**
**West Point, NY 10996**

***Introduction***

***Board Business***

Approval of Minutes from March Meeting
Fall Meeting Date

***Superintendent Topics***

2nd Semester Highlights

*Strategic Imperative 1: Develop Leaders of Character*

Sandhurst competition at West Point
BOLC (Basic Officer Leader Course) Performance
MIADs/AIADs (Military Individual Advanced Development/Academic Individual
Advanced Development)

*Strategic Imperative 2:  Foster Relevance and Preeminence*

Build Diverse and Effective Teams

Class of 2021 Profile
SHARP Update

Faculty and Staff Excellence

Faculty Blend of Excellence
Faculty in the Summer
BLDP (Benavidez Leader Development Program) Success

*Intellectual Capital*

Projects Day

*Stewardship*

Future and ongoing construction

*Culture of Excellence*

**MINUTES**
**BOARD OF VISITORS ANNUAL MEETING**
**July 10, 2017**
**West Point, NY**

**1. DESIGNATED FEDERAL OFFICER'S REMARKS.** Colonel (COL) Mark Bieger stated for the record that the United States Military Academy (USMA) Board of Visitors (BoV or Board) operates under the authority of US Code Title 10, Section 4355. The Board is an Advisory Board subject to the Federal Advisory Committee Act.

**2. CHAIRMAN'S REMARKS.** Congressman Womack welcomed everyone and thanked them for attending the meeting and noted the high turnout of members. He then introduced the newest Congressional members, including Senator Jerry Moran of Kansas, Congresswoman Stephanie Murphy, from Florida's 7th District, and Congressman Tom Rooney, from Florida's 17th District, and a former instructor at West Point.

**3. SUPERINTENDENT'S REMARKS.** The Superintendent welcomed the members for making the time to attend the meeting and introduced the three new Congressional members, Senator Jerry Moran (KS), Congresswoman Stephanie Murphy, Congressman Tom Rooney and introduced the Senior Official Performing the Duties of the Assistant Secretary of the Army for Manpower and Reserve Affairs, Ms. Diane Randon. He then introduced two new members of the USMA staff, Brigadier General (BG) Steve Gilland, Commandant of Cadets and COL Mark Bieger, USMA Chief of Staff. Lieutenant Colonel (LTC) Charcillea (Charcy) Schaefer and Major (MAJ) Shawn Schroeder, both from the Office of Congressional Legislative Liaison (OCLL), were recognized for their work in coordinating and ensuring a high number of congressional members of the Board of Visitors attended the meeting. LTG Caslen then went over events that occurred at West Point since the March meeting and announced the USMA Band's 200th Anniversary. He also mentioned that the Band's and Glee Club's recent appearance on the Macy's 4th of July Fireworks show on NBC TV was viewed by more than 40 million viewers, generating the equivalent of more than 300 million dollars in advertising. Reception Day saw more than 1,200 new Cadets for the Class of 2021 enter West Point.

**4. MS. RANDON'S REMARKS.** Ms. Randon thanked everyone for attending the meeting, and introduced herself as a career civil servant in the Senior Executive Corps, who was moved into her current position in January, when the new administration came in. Mr. Speer and the Chief of Staff of the Army reiterated that readiness is the Army's number one priority. She was pleased that LTG Caslen continues to develop the readiness of the Academy. Seeing the Cadet barracks upgrades, Davis Barracks, and the facilities at Camp Buckner was insightful. In closing, she thanked the Members of Congress and Appointees for supporting and LTG Caslen's efforts.

**5. ADMINISTRATIVE ANNOUNCEMENTS.** COL Bieger, USMA Chief of Staff, noted the last meeting of the Board of Visitors was held in Washington, DC, on 9 March 2017;

1

a quorum was present and the Board of Visitors received updates on the following significant events since the last Board of Visitors meeting  Introductions and Board Business; Strategic Imperative 1: Develop Leaders of Character:  Inspiration to Serve, Sandhurst Competition at West Point, Summer Individual Advanced Development Experiences; Strategic Imperative 2:  Foster Relevance and Preeminence:  Build Diverse and Effective Teams, Class of 2021 Profile, SHARP Program; Faculty and Staff Excellence:  Faculty Blend of Excellence, Benavidez Leadership Development Program; Intellectual Capital:  Projects Day; Stewardship:  Athletic Department Transition Update, Future and Ongoing Construction; and Culture of Excellence.  Included with the agenda, were the following handouts:  Minutes from the March 2017 meeting, the final Strategic Plan 2017-2022, three recommend designs for a Board of Visitors challenge coin, and a letter from Major W. Michael Petullo regarding Transgender Soldiers.

6. **ROLL CALL.** For the record, a quorum of the Board was present.  A list of attendees, annotated to reflect members arriving late or departing early is appended to these minutes.

7. **BOARD BUSINESS.**  The following Board Business was discussed and voted on:

   a.  Approval of the minutes from the 9 March Board of Visitors.  Congressman Womack entertained a motion to approve the minutes from the 9 March 2017 meeting; Ms. Sue Fulton made the motion and it was seconded by Mr. Black.  The minutes were approved unanimously.

   b.  Update of the 2016 Annual Report.  The Annual report is almost ready to be compiled, printed, and mailed.  Most signatures have been received and only a few were still needed.  The draft annual report would be e-mailed when finalized by the DFO requesting signatures.

   c.  The date of the next meeting of the Board of Visitors was discussed.  Two dates were chosen, one in conjunction with a home football game (Friday, 20 October 2017) versus Temple on 21 October 2017 and the Thayer Award Presentation on 19 October. This year's recipient is former President George W. Bush.  The other date is in Washington, DC (14 November 2017).  After discussion, a motion was made to set the date of 20 October 2017, in the morning, for the Annual meeting of the USMA Board of Visitors and seconded.  By unanimous vote, the date of the next meeting is 20 October 2017, at West Point, NY to be held in conjunction with the Thayer Award Presentation and Temple vs. Army home football game.

   d.  The final item of Board Business was in two parts:

       (1)  Vote on whether the US Military Academy Board of Visitors should have a challenge coin to be given to individuals for acts of exceptional service, achievement, and special recognition

       (2)  Vote on the design of the coin, from three designs available.

2

The cost of the coins include a $80 setup cost and the cost per coin would be $5.75.  A member brought up the issue of when challenge coins would be produced and how to determine the criteria for giving out the coins.  Ms. Fulton made the motion for the Board to authorize the creation and production of the challenge coin and it was seconded by Congressman Rooney.  The motion passed unanimously.  Three coin designs were presented to the Board members (see Appendix C).  Ms. Fulton made a motion to accept design 1, which includes the words, "Go Army! Beat Navy!".  The motion was seconded.  The motion to accept design 1 was passed unanimously.

## 8.  OTHER BOARD BUSINESS.

None.

### a.  USMA UPDATES.

LTG Caslen thanked everyone again for attending and then began his update to the Board.  He discussed key events that occurred between the last Board meeting and today, including Plebe Parent Weekend; a Foreign Academy Exchange Visit in which USMA sends Cadets across the globe to different academies; Sprint Break; Sexual Assault Awareness Month; the Civil-Military Conference, done in conjunction with Princeton and Yale Universities; and hosting of the NCAA Gymnastics Championship and the National Orienteering Competition, which USMA won for the 15th year in a row.  A list of the key events is at attachment B.  The Superintendent continued with USMA's Vision and Mission Statements and his priorities, which as he mentioned, had not changed.  His priorities were as follows:

1.  Prepare leaders to fight and win our Nation's wars

2.  Create a climate in which all individuals are valued and contributing members treated with respect

3.  Win honorably in accordance with our values

4.  Create diversity as the Army represents all of America

5.  Ensure the protection of our Cadets, Staff and Faculty and Families on the installation

6.  Continue developing a relationship with New York City

7.  Beat Navy, again!

The next topic of discussion was the Strategic Plan.  A copy of the draft Strategic Plan was provided to each member for their review.  COL Holly West explained the new Strategic Plan, is called "Commitment to Character and Excellence."  The new strategic

3

plan helps focus efforts at West Point and provides clarity on how activities and programs contribute to West Point achieving its goals.  The new strategic plan is reorganized into two strategic imperatives:

(1)  Leader Development:  Produce military leaders prepared to fight and win America's Wars and ensuring the following:

(a)  Honorable Living.  Develop leaders who live honorably 24/7, who espouse the values of Duty, Honor, Country and the values of the Army.

(b)  Sexual Harassment/Assault/Command Climate.  Develop leaders who lead with command climates of dignity and respect; where everyone on the team feels value-added and secure both physically and emotionally

(c)  Winning Culture.  Develop leaders who build a culture of excellence and winning in everything we do; win honorably, not changing our standards nor who we are.

(d)  Diversity.  Develop leaders who recognize and leverage the power of diverse teams.  Continue to build and retain a diverse team at USMA, both within staff and faculty, and the U.S. Corps of Cadets.

(2)  Force Protection.  Ensure West Point remains a safe and secure installation for the Corps of Cadets, Staff and Faculty, their Families and our guests.

(3)  New York City Engagement.  Continue to build our partnerships with New York City to enhance Cadet development and enrich our connection with the American people.

(4)  BEAT NAVY!  Beat Navy Again!!

The newly updated strategic plan, with two imperatives was built from USMA's vision and mission statements.  Imperative 1 is to Develop leaders of Character.  Imperative 2 is to Foster Relevance and Preeminence.  The outcomes and goals of Imperatives 1 and 2 are listed at Appendix B.

**b.  Commandant of Cadets:**  BG Steve Gilland took over where LTG Caslen left off, by briefing the Board members on the U.S. Corps of Cadets' (USCC) "Inspiration to Serve" series, which was originated about 12 years ago and has several events.  Its target is USMA Yearlings, or Sophomores.

(1)  West Point Cemetery Tour:  Led by parents, spouses, widows, children and 50-year affiliates, through the West Point Cemetery.  The tour spans generations from the Civil War to the Vietnam War, and to ongoing conflicts.  The tour highlights Academy graduates who made the ultimate sacrifice in service to the Nation.

4

(2)  Gettysburg Staff Rides:  Twice a year, at the beginning of each semester. This staff ride brings together the Cadet Leadership to learn the values and character traits that were exhibited during the battle of Gettysburg.  It also serves to bring Cadet leaders together and work as a team and prepare goals for the academic year, as they assume leadership of the Corps of Cadets.

(3)  Sandhurst Competition:  The US Corps of Cadets won this competition this year, and has won the competition only three times in the past 25 years.  This year, three of the four top teams came from the Corps of Cadets.  The competition takes place over 36 hours; the Cadets travel approximately 27 miles and conduct a variety of military tasks in different situations, which include military skills, support of local forces, confidence building, treatment of a casualty, and final movement back to the garrison-proper.

(4)  Cadet Summer Training:  Cadet Summer Training (CST) is 90 days long and is directed by the following:

(a)  Graduation at the end of May

(b)  Reception Day (R-Day), which this year was July 3, 2017

(c)  Physical Individual Advanced Development (PIAD), which is also governed by the National Collegiate Athletic Association (NCAA)

(d)  March Back, which this year is August 14

(e)  The First Day of classes, which is August 21.

(5)  Multiple elements make up the Cadet Summer Training program, as listed below:

(a)  The Summer Garrison Regiment, which is the administrative leadership of CST and responsible for the summer term academic program

(b)  Military Individual Development Programs

(c)  Academic Individual Development Programs

(d)  Physical Programs

The Cadet Basic Training 2 detail arrived this weekend and will go through a leader training program in the next two weeks in order to assume control of the New Cadets on July 23.  BG Gilland then briefed the Board members on the Cadet Basic Training program, a two-week Leader Training Program, which will conduct a two-week leader training program prior to R-Day as the Cadets prepare to receive civilians and transform them into new Cadets and Soldiers.  Cadet Basic Training is about six weeks long.

5

Cadet Summer Training ends in the middle of August with a 5-day training exercise, then the 12-mile march-back to West Point.

(5)  Cadet Field Training takes place in two segments.  The first is primarily centered around Corps Squad (recruited) athletes and the second is ongoing now and will continue through the month of July.  The focus for the program is rising yearlings, or Juniors.  It also ends in a five-day field training exercise, including a water obstacle course and on the last day a seven and a half mile run-back from Camp Buckner to West Point.  Once the Cadets complete Cadet Field Training successfully, they are promoted to Cadet Corporal and assume leadership positions for the academic year.  CFT is also the "living laboratory" for the MS100 class the Cadets participate in during their Plebe, or Freshman, year.

(6)  Cadet Leader Development Training.  Both the First and Second year classes (Juniors and Seniors) participate in this program.  The First Class, or Seniors, make up about 80 percent and the Second Class, or Juniors, make up the other 20 percent of the class.  The training is modeled after a phase of Ranger School in which Cadets rotate through various leadership positions and lead a squad and a platoon through the following operations:

     (a)  A raid

     (b)  A platoon attack

     (c)  An ambush

     (d)  A deliberate defense

Cadet Leader Development Training is also a military lab to MS200 and 300 series second and third classes (sophomores and juniors) take during the academic year.

(7)  Senior Leader Experience.  This program is run by the Directorate of Admissions and is conducted at the end of May or the first part of June.  Approximately 1,100 prospective Cadet Candidates from high schools across the country participate. The prospective Cadet Candidates spend a week at West Point in various academic and military training to gain a perspective on the Military Academy.

(8)  Youth Impact Program.  This program is part of the Military Academy's relationship with New York City and its schools.  Approximately 120 youth are brought to West Point for a two-week period.  19 Cadets participated as leaders to execute both classroom and team-building skills.  The classroom focus was on science and math, while the central point of team-building was flag football, however the youth were introduced to other programs to motivate them.

6

To close, BG Gilland provided a snapshot of where Cadets traveled overseas for Individual Military Development during Cadet Summer Training.  The slides with this information are at Appendix B.

**c. Dean of the Academic Board:**  BG Cindy Jebb, Dean of the Academic Board, provided an update to the Board on the summer academic program and academic internships happening across the world.  She mentioned she co-taught a course called "Winning the Peace" and told the Board about one of the last lessons, in which the class Skyped in with General (Retired) McChrystal, and asked him what the best advice he would give the students before they departed would be.  His response was "Travel. Travel as much as you can."  Traveling allows for learning about different cultures and engaging people from all across the globe.  It's all about graduating self-aware, principled, confident and humble servants.  She then shared a story about a book her daughter gave her a few months ago, written by Gloria Steinem titled, "My Life on the Road" which led to her relaying what General Milley, the Chief of Staff of the Army, charged USMA to do:  not just graduate critical thinkers, but independent thinkers.  She then provided a snapshot of Cadet summer internships around the world (Appendix B). There are about 400 Cadets around the world and another 600 Cadets in the United States.  BG Jebb mentioned members of the Board who had Cadet interns:  Senator Gillibrand, Senator Burr, and Congressman Maloney.  Cadets are in Tajikistan, Haiti, and other Cadets working with the Tank Automotive Research Development Center (TARDEC), figuring out how best to introduce complex programs into autonomous vehicles.

The Dean then briefed the Board members on Strategic Imperative 2, Foster Relevance and Preeminence.  She had the opportunity to show the members at the March meeting how the rotating military faculty component, when they go back to the operational Army, contributes in phenomenal ways.  Some members of the Board of Visitors were, at one time, rotating military faculty at USMA.  She then discussed the faculty and its blend of excellence in what they do.  All faculty members go through academic credentialing and promotion process, if they are to be academically promoted – military and civilian alike. The following professors were highlighted (Appendix B):

(1)  Dr. Elizabeth Samet, Committee Chair, Academic Credentialing and Promotion

(2)  Dr. Melinda Kalainoff, Chemistry and Life Science

(3)  Dr. Heise Gibson, an Academy Professor who will be in Systems Engineering

(4)  COL Ed Naessens, Professor and Head of Physics and Nuclear Engineering

She charged the department heads to have a "foot firmly planted" in both the military and academic world, as USMA's curriculum is not just competitive across higher education, but also must meet the needs of the Army.  An example was Projects Day, where Cadets and faculty work on the Army's problems; it's the reason USMA has a

7

particle accelerator, for the Cadets to understand the theory behind it, for when they think of future war and future conflict in space, it's the kind of learning needed.

She finished her update by mentioning she would be going to Fort Carson to talk with commanders about assignments to West Point and to talk with recent graduates and junior officers. The Dean's Office made sure the MILPER (military personnel) message will include that faculty assignments go on their list of broadening assignments to ensure the best talent pool and a diverse faculty at West Point.

Ms. Elizabeth McNally asked if there was tenure for civilian faculty members. The answer is no. Title 10 Professors are on "term" appointments for a specific amount of time. Associate Professors' terms range from six to ten years. Most Title 10 Professors terms are renewed unless something occurs that would preclude their terms being renewed, such as committing a felony. Every term appointment is considered a "hiring action" and due to the hiring freeze, the Dean's ability to re-appoint Professors was difficult, but could have been worse. USMA is exploring a permanent mechanism for appointing Title 10 Professors, however there is a need to understand second-order effects of this decision. The discussion led to Ms. Fulton mentioning that officers are being told in the field USMA is a 'career limiter' assignment and asked if this was correct. BG Jebb responded that USMA is changing this by ensuring the Departments have a network in the Army, and know senior leaders in their field so if help is needed in the field, it is there. An assignment to USMA is an opportunity to be a key developmental position. LTG Caslen pointed out that the statistics show the promotion rates to Majors and Lieutenant Colonels for faculty and TAC officers, on the Commandant's side, exceed the Army average. Selection rates for Lieutenant Colonel exceed the Army average, so this a myth that needs to be debunked. BG Jebb followed up by noting that a few months ago, the "Infantry Newsletter" had a full page about the importance of a faculty assignment to West Point. After additional discussion, BG Jebb introduced CSM Dawn Rippelmeyer, US Corps of Cadets Command Sergeant Major.

CSM Rippelmeyer gave a brief update on the Benavidez Leader Development Program for NCOs. The program is a unique development program focused on NCOs. The program is done in conjunction with Columbia University; it is a three-week program. The first week is spent at USMA, with the Behavioral Science & Leadership department, then the NCOs spend two weeks at Columbia University at a Masters-level education program. The focus for the program is mainly TAC NCOs who work with the Brigade Tactical Department, however it has been expanded to the Prep School and the Department of Military Instruction. Other sister service academies have been invited to participate; the Coast Guard has sent a NCO each year, however the other service academies haven't participated. Ms. McNally asked if the NCOs who participate in this program receive credit. The answer is they don't right now, as there is no requirement the NCOs participating have an undergraduate degree, so Columbia can't give undergraduate credits. The NCOs get some continuing education credits though.

**d. Admissions Update:** COL McDonald gave the Board an update on the Class of 2021. There were just under 13,000 applicants, from which 1,243 new Cadets for the

Class of 2021 arrived on Reception Day.  The class includes the highest percentage of women entering USMA in a class at 24.3 percent, or 302 women, one of whom is an International Cadet.  The Class of 2021 also includes the highest number of African Americans to enter USMA as well, at 208 (two are International Cadets).  The Class of 2021 is the most diverse class ever brought into USMA.  COL McDonald then compared the Class of 2021 with the classes of 2017-2020 (see Appendix B for the Class of 2021 and Class Comparison).  The next topic COL McDonald covered was nomination support.  She provided a slide that showed the 16 Congressional districts which, in the past five years, have low or no nominations (see Appendix B).  Had each of these congressional districts had the maximum number of nominations, there would have been 50 nominees from each district.  On the same slide COL McDonald showed the applications and nominations for each of the Board's Congressional Members.  In some cases, the applications and nominations show little change, while some showed a varying degree of change upward or downward.  Congressman Womack asked if inquiries had been made to the 16 districts with few or no nominations in the past five years, and if so, what was the reply?  COL McDonald answered that yes, inquiries were made with the Congressional districts and in some cases high school students weren't reaching out to their Members of Congress or the Members of Congress weren't nominating someone who had applied.  Other factors include students being more interested in the Air Force or Naval academies.  Further there is difficulty in the New York City area.  There is interest, however sometimes an applicant isn't a US citizen, other times, they don't have the academic credentials to get in.  This doesn't mean a Member of Congress can't nominate an applicant, they can, and the Admissions office could focus on enrolling the students into the Prep School, then USMA.  LTG Caslen outlined two initiatives:

(1)  The first is working with schools identified by the Charles Hayden Foundation, in which three Companies of Cadets adopt one of six schools in underrepresented and underdeveloped districts of New York City, which is getting great feedback and, as a result, six more schools were added to the initiative.

(2)  The second is an outreach effort to bring students from New York City to attend a football game, and this year students from New York City were brought up to attend Projects Day so they could see what Cadets did, which was overwhelmingly positive for the students.

Additional discussion included whether private schools, as well as public schools were included in these programs, the decline in Soldier admission to USMA, and the distinction between "qualified" and "admitted" Cadet Candidates (a "qualified" candidate is qualified academically, medically, physically, and has a nomination; USMA usually has about 2,500 of those a year), and if there is a training program for Congressional staffers who meet with applicants seeking nominations (there is a "Congressional Liaison Week" in which 45 or so Congressional staffers come to USMA for a week of training).

9

**e  SHARP Update:**  LTG Caslen began the update by showing the incident reporting trends for the past three academic years.  This academic year, the number of unrestricted reported incidents went up significantly from last year.  This increase in the in the number of unrestricted reports indicates confidence in the system and confidence in the chain of command.  Several of the restricted reports were converted to unrestricted as well.  One of the likely reasons for this increase in reporting is the SHARP Resource Center is in the middle of the Cadet Area, where reporting can be done in a more confidential and private area.  Currently, there are nine ongoing investigations.  Of the 29 cases eight were probable cause with action, or substantiated, four were not substantiated and three USMA did not have jurisdiction over (USMA had no jurisdiction, and the public magistrate chose not to take action, so the cases were dropped), in five cases, the victim declined to participate in the investigation for various reasons and nine are ongoing investigations.  The questions raised by the increased reporting include:

(1)  Why is there such an increase in restricted reports?

(2)  What is the concern of a victim to do a restricted report, where the victim will get the services, support, and advocacy provided to victims, but can't be investigated because the report is restricted?

(3)  Why restricted reporting versus unrestricted reporting?

(4)  What is prohibiting an individual from converting a restricted report to an unrestricted report?

In some cases there is fear of retaliation and reprisal and although there is, in general, fear, in this past year, no incidents of reprisal were reported to the command.  In some instances, the victim will think if they report the incident and it's substantiated it could be a career-ender for the offender.  This is one area that needs to be addressed; deconstruct the loyalty to the Corps which seems to inhibit a victim's willingness to make an unrestricted report.  LTG Caslen pointed out one of the actions taken against a Cadet; the Cadet was court-martialed and convicted.  He was sentenced to 21 years at Fort Leavenworth, KS.  Of the other seven cases that have probable cause, with action, were dealt with through misconduct investigations and then adjudicated by the Commandant, Brigade Boards, etc.  One case resulted in a turn-back.

LTG Caslen showed some of the ways fear of reprisal manifests itself within the Corps of Cadets using social media (Appendix B).  Column 1 shows how cadets reacted to a film called "Audrey and Daisy" with empathy, which is how the USMA command wants to see Cadets react to sexual assault/victim reprisal.  "Crowd-sourcing" and "victim blaming" are what is usually seen and work to reshape social norms, particularly on social media, is still needed.  The results of the Sexual Assault General Relations (SAGR) survey Cadets took in the Spring of 2016 were shown to the Board members.  While some of the numbers for professional reprisal seemed high, when taken in context with the attributes of regulation or statute, the percentage of reprisal goes down to less than one percent.  West Point rated well among the service academies.  The

10

rate of reprisal at West Point, according to the survey, were below the threshold for statistical analysis. The bottom line, indicated by the data, is people reporting incidents of reprisal are being supported by their peers and command, and there is a real fear of reprisal, as seen by the high number of restricted reports.

LTG Caslen then covered the upcoming SHARP Summit in October, with the theme, "Unlocking the Mystery of Human Relationships" and went over some of the events that will occur during the Summit. Several awareness events took place during Sexual Assault Awareness Prevention Month, which LTG Caslen briefed to the members and he showed the directives issued by the Secretary of Defense to the members. At the last Board meeting, Congressional members asked how they could assist USMA in this arena. LTG Caslen provided some examples of how Members of Congress could assist USMA in the nominating process was by assessing a nominee's character. For example include an essay in the application and in the interview, ask questions and talk about character, and if possible, look at their social media, where the nominee is more likely to post something they think is private, they might never say in public (SHARP Slides are at Appendix B).

   **f.  Projects Day:** BG Jebb briefly discussed Projects Day, held on May 4, 2017. There were 389 projects and collaborations with Army and DoD organizations and other colleges. Projects included:

      (1)  Avey Combat Ball Project (Scott R. Clark Innovation Award Winner)

      (2)  Cadets, representing three departments, developed a D-Day virtual reality tour/staff ride.

      (3)  Cadets collaborated with Army Research laboratory and University of Virginia on cross-cultural competence training

      (4)  Cadets collaborated with DARPA (Defense Advanced Research Projects Agency) to develop effective UAV (unmanned aerial vehicle) swarm tactics

   **g.  ODIA Update:** LTC Mark Ray, Deputy Military Athletic Director briefed the members on the ongoing transition of the Army West Point Athletic Association (AWPAA). AWPAA has been able to gain more flexibility and autonomy, become more efficient and effective not just in sponsorships and contracting but also in having part of the athletic department as a non-profit organization. AWPAA now has the ability to have multi-year contracts, such as with their multimedia contract and have gained resourcing through this process. On a smaller scale, efficiencies in travel have also been gained – not having to rely on government travel services allows AWPAA to get more cost-effective trips and better use of their resources. To date, the 165 employees have been transitioned from non-appropriated fund (NAF) to AWPAA; the new structure allows for the increase in pay of some lower-salaried personnel, such as athletic trainers, whose pay was constrained by the NAF pay structure. The challenges remaining are the coaches who reside on West Point, who, as NAF employees, were

able to send their children to the DoDEA schools without tuition.  Now, as employees of a private entity, tuition must be paid.  The tuition cost for 32 children exceeds $700,000.

**h.  Construction Update:**  COL Andrew Hanson, Commander of the U.S. Army Garrison West Point gave a brief update and showed a short video.  He showed the Board members a chart of all current construction projects, including the Cadet Barracks Upgrade Program (CBUP), which includes the recapitalization of existing barracks and the completion of Davis Barracks; the Multi-Purpose Academic Center (MPAC) and the Cyber & Engineering Academic Center (CEAC), both future projects. Pershing and Eisenhower Barracks are the next set of barracks scheduled for restoration.  COL Hanson provided the Board a chart which shows major infrastructure initiative for 2017-2030 (Appendix B).  All the current and future projects have an estimated total cost of about $711 million in MILCON projects.

**i.  Relevance and Preeminence:**  LTG Caslen spoke to the Board about USMA's relevance and preeminence, including winning and excellence.  He provided several examples including graduate scholarships that include one Rhodes Scholar, one Marshall Scholar and several other scholarship winners as well as a number of accomplishments by USMA's staff and faculty.  In the athletic arena, USMA's Athletic Director, Eugene "Boo" Coorigan was named Athletic Director of the Year for Division 1 and in the field of competition, showed highlights of Army West Point's winning teams in both the NCAA and in Club sports and teams (see Appendix B).  The USMA Band is celebrating its 200th anniversary, which will be celebrated with a special concert on October 29, 2017 at Lincoln Center in New York City.

## 9. REMAINING BOARD BUSINESS.

Representative Womack recognized MAJ W. Michael Petullo, who submitted a statement to the Board regarding his thoughts on transgender Soldiers.  MAJ Petullo relayed the concerns he had with transgender Soldiers serving in the Armed Forces to the Board.  A copy of MAJ Petullo's letter is at Appendix C.

**10. ADJOURNMENT.**  With no further comments, and having a motion, and second to adjourn, Congressman Womack adjourned the meeting at 11:45am.  This concluded the July 10, 2017 Summer Meeting of the USMA Board of Visitors.

12

Certified by:

STEPHEN A. WOMACK          OCT 2 0 2017
U.S. Representative
Chairman

DEADRA K. GHOSTLAW
Designated Federal Officer

13

## ATTENDANCE ROSTER

**Congressional Members:**
Senator Kirsten Gillibrand               Arrived 9:46am        Departed 10:32am
Senator Jerry Moran
Congressman Steve Womack
Congressman Sean Patrick Maloney
Congresswoman Stephanie Murphy
Congressman Thomas Rooney

**Presidential Appointees:**
Ms. Sue Fulton
Ms. Bridget Altenburg                                          Departed 11:48am
Ms. Jane Holl Lute                                             Departed 11:48am
COL (Ret) Frederick H. Black, Sr.
Ms. Elizabeth McNally

**The following members were absent:**

HON Gerald McGowan
Senator Richard Burr
Senator Chris Murphy
Congressman Mike Conaway

**Based on the BOV attendance, a quorum was present.**

**Other attendees:**
Ms. Diane Randon, Senior Official Performing the Duties of Assistant Secretary of the
   Army for Manpower and Reserve Affairs
LTC Charcillea Schaefer, SAFM-BUL
MAJ Shawn Schroeder, OCLL

**USMA Command and Staff Members in Attendance:**
LTG Robert L. Caslen, Jr., Superintendent of the United States Military Academy
CSM Timothy Guden, USMA Command Sergeant Major
COL Mark D. Bieger, USMA Chief of Staff
COL Gregory Boylan, Superintendent's XO
MAJ Terry N. Hilderbrand, Superintendent's Aide de Camp
LTC Channing M. Greene, Jr., Secretary of the General Staff
Ms. Deadra Ghostlaw, Assistant Secretary of the General Staff and DFO
Mr. Jeffrey Reynolds, Chief of Protocol/Alternate DFO
BG Cindy Jebb, Dean of the Academic Board
MAJ Emily Spencer, Dean XO
BG Steve Gilland, Commandant of Cadets (USCC)
CSM Dawn Rippelmeyer, USCC Command Sergeant Major
Mr. Eugene Corrigan, Director of Intercollegiate Athletics

14

Mr. Gaylord Greene, AWPAA
Mr. Matthew Talaber, USMA Engineer/Director of Public Works
COL Erik Christiansen, Staff Judge Advocate
Ms. Lori Doughty, SJA, Academy Counsel
COL Deborah McDonald, Director of Admissions
SFC Joel Figueroa, Superintendent Communications NCO
COL Holly West, USMA G5
MAJ Scot Keith, Public Affairs Officer
COL Eric Sones, Commander, MEDDAC
CSM Kyle Brunell, CSM-MEDDAC
LTC Russell Methvin, Commander, DENTAC
COL Christopher Budihas, Commander, USMAPS
CSM Eugene Dydasco, CSM-USMAPS
Ms. Samantha Ross, SHARP Program Manager
Mr. Leslie Brehm, DCS/USMA G-8
Mr. Charles "Bo" Thompson, Sound Engineer
Mr. Scott Blair, Sound Engineer
Ms. Jennifer Linnartz, SJA, Recorder

**Legislative Assistants:**
Mr. Chad Sydnor (SEN Burr)
Ms. Moran Banai (SEN Gillibrand)
Mr. Alec Johnson (SEN Murphy)
Mr. Will Goodwin (SEN Gilibrand)
Mr. Cullen Lyons (Rep Maloney)


**Members of the Public:**

Major W. Michael Petullo
Mr. Mike Randall
Dr. Dawn Riegner
Ms. Ann Shaw

15

UNITED STATES MILITARY ACADEMY

# WEST POINT.

## Culture of Excellence
### Key events at USMA since last BOV

| Event | Date |
|---|---|
| Plebe Parents Weekend | 10-12 Mar |
| Foreign Academy Exchange Program Visit | 10-19 Mar |
| Spring Break | 11-19 Mar |
| Chilean International Patrol Competition | 13-15 Mar |
| Sexual Assault Awareness Month | 20 Mar–14 Apr |
| 15th WP Diversity Leadership Conference | 21-23 Mar |
| Admissions Minority Visit | 23-25 Mar |
| Calabro Night of the Arts | 24 Mar |
| Foreign Academy Exchange Program Host | 25 Mar–2 Apr |
| Civil-Military Conference | 31 Mar |
| McDonald Cadet Leadership Conference | 29 Mar–2 Apr |
| Sandhurst | 7-8 Apr |
| Cyber Defense Exercise | 10-14 Apr |
| DAD Congressional Visit | 19-21 Apr |
| Mission Command Conference | 20 Apr |
| NCAA Men's Gymnastics Championships | 20-22 Apr |
| Inter-Service Academy Parachute Competition | 21-23 Apr |
| 38th Annual WP National Orienteering Meet | 22-23 Apr |
| National Scout Meet | 22-23 Apr |
| Senior Conference 53 | 23-25 Apr |
| Boy Scout Camporee | 28-30 Apr |
| Retiree Appreciation Day | 29 Apr |
| Executive Steering Group Meeting | 2 May |
| Projects Day | 4 May |
| Graduation Day | 27 May |

1

## USMA Strategic Plan
## "Commitment to Character and Excellence"

UNITED STATES MILITARY ACADEMY
# WEST POINT.

2

### West Point Leader Development Outcomes

*Upon commissioning West Point graduates will:*

- Live honorably and build trust
- Demonstrate military, intellectual and physical competence
- Develop, lead, and inspire
- Think critically and creatively
- Make sound and timely decisions
- Communicate and interact effectively
- Seek balance, be resilient, and demonstrate a strong and willing spirit
- Pursue excellence and continue to grow

### Goals

- Build and sustain diverse and effective teams
- Develop and provide intellectual capacity
- Promote staff and faculty excellence
- Practice effective stewardship
- Instill and foster a culture of excellence and winning



Strategic Imperative 1:
### Develop Leaders of Character
*"What leaders does the Army need in 10, 20 and 30 years?"*



Strategic Imperative 2:
### Foster Relevance and Preeminence
*"What is required to foster relevance and preeminence in 10, 20 and 30 years?"*



Cadet Summer Training – CONUS
Individual Military Development

CTLT – Cadet Troop Leader Training

## Cadet Summer Training – OCONUS
## Individual Military Development

### UNITED STATES MILITARY ACADEMY
### WEST POINT.





**Brazil**
Brazilian Mountain
School – 5

**Chile**
Chilean Mountain
Warfare – 5

**Georgia Republic**
Georgia Mountain
School – 5

**UK/Germany**
Cadet Leader Development
Training 4 – 40
CTLT (GER) – 70

**France**
French Commando
School – 2

*CTLT – Cadet Troop Leader Training



# 2017 Summer Academic Internships (AIADs)

UNITED STATES MILITARY ACADEMY
WEST POINT

★ AIADs (2017)
➢ 1067 cadets
➢ 422 cadets in 50 countries
➢ 645 cadets in 39 states

# Faculty Blend of Excellence

UNITED STATES MILITARY ACADEMY
## WEST POINT®

**Senior Faculty**



**Junior Civilian Faculty**

**Rotating Military Faculty**



**Long-Term Military Faculty (15%)**
- Professors USMA: 4%
- Academy Professors: 11%

**Civilian Faculty (31%)**
- Senior Civilian Faculty: 14%
- Junior Civilian Faculty: 17%

**Rotating Military Faculty (54%)**

**Domains of Faculty Excellence**
1. Teaching
2. Scholarship
3. Service
4. Cadet Development
5. Faculty Development

6

96

## 2017-2021 Class Comparison

### UNITED STATES MILITARY ACADEMY
### WEST POINT.



| | 2017 | 2018 | 2019 | 2020 | 2021 |
|---|---|---|---|---|---|
| African Americans # Admitted | 9.2% 108 | 13.6% 163 | 15.1% 188 | 14.0% 180 | 16.7% 208 |
| Hispanics # Admitted | 11.5% 135 | 9.7% 116 | 9.8% 122 | 9.4% 121 | 9.6% 119 |
| Asians # Admitted | 6.7% 78 | 7.9% 95 | 7.5% 93 | 9.1% 117 | 8.4% 105 |
| Women # Admitted | 16.0% 188 | 21.8% 261 | 22.1% 275 | 21.8% 281 | 24.3% 302 |
| Recruited Athletes # Admitted | 17.9% 210 | 21.7% 260 | 21.4% 266 | 19.7% 254 | 26.4% 328 |
| Soldiers # Admitted | 11.0% 129 | 7.7% 92 | 6.6% 82 | 6.0% 77 | 6.0% 75 |
| Class Size | 1172 | 1197 | 1245 | 1290 | 1243 |

97

# Nomination Support

UNITED STATES MILITARY ACADEMY
## WEST POINT

**8**

### CONNECTICUT (5 Districts) — 113 Cadets

| | Apps | Noms | Qualified | Offers | Accepts |
|---|---|---|---|---|---|
| 2021 | 220 | 62 | 37 | 30 | 29 |
| 2020 | 231 | 69 | 43 | 32 | 31 |
| 2019 | 228 | 69 | 38 | 24 | 22 |
| 2018 | 216 | 59 | 32 | 18 | 16 |
| 2017 | 223 | 57 | 31 | 24 | 19 |

### NORTH CAROLINA (13 Districts) — 206 Cadets

| | Apps | Noms | Qualified | Offers | Accepts |
|---|---|---|---|---|---|
| 2021 | 502 | 158 | 74 | 53 | 47 |
| 2020 | 562 | 142 | 80 | 59 | 48 |
| 2019 | 553 | 116 | 71 | 47 | 42 |
| 2018 | 576 | 133 | 63 | 46 | 43 |
| 2017 | 566 | 134 | 70 | 45 | 43 |

### FLORIDA (27 Districts) — 314 Cadets

| | Apps | Noms | Qualified | Offers | Accepts |
|---|---|---|---|---|---|
| 2021 | 784 | 232 | 103 | 77 | 69 |
| 2020 | 880 | 218 | 109 | 71 | 61 |
| 2019 | 931 | 218 | 125 | 94 | 78 |
| 2018 | 939 | 226 | 122 | 83 | 75 |
| 2017 | 920 | 232 | 126 | 81 | 72 |

### NEW YORK (27 Districts) — 334 Cadets

| | Apps | Noms | Qualified | Offers | Accepts |
|---|---|---|---|---|---|
| 2021 | 816 | 230 | 106 | 86 | 74 |
| 2020 | 954 | 210 | 118 | 82 | 73 |
| 2019 | 908 | 210 | 137 | 79 | 61 |
| 2018 | 1,016 | 229 | 137 | 82 | 76 |
| 2017 | 1,065 | 220 | 135 | 85 | 74 |

### ARKANSAS (4 Districts) — 37 Cadets

| | Apps | Noms | Qualified | Offers | Accepts |
|---|---|---|---|---|---|
| 2021 | 99 | 18 | 7 | 7 | 5 |
| 2020 | 109 | 30 | 16 | 11 | 10 |
| 2019 | 129 | 25 | 18 | 14 | 10 |
| 2018 | 101 | 23 | 14 | 11 | 9 |
| 2017 | 93 | 20 | 13 | 9 | 8 |

### TEXAS (36 Districts) — 460 Cadets

| | Apps | Noms | Qualified | Offers | Accepts |
|---|---|---|---|---|---|
| 2021 | 1215 | 316 | 140 | 115 | 101 |
| 2020 | 1380 | 308 | 157 | 110 | 92 |
| 2019 | 1279 | 311 | 156 | 113 | 95 |
| 2018 | 1336 | 301 | 181 | 122 | 113 |
| 2017 | 1370 | 319 | 191 | 128 | 111 |

### UNDERREPRESENTED DISTRICTS (past 5 years)

| | Cadets | Apps | Noms |
|---|---|---|---|
| AL-07 | 2 | 112 | 16* |
| CA-28 | 3 | 76 | 16* |
| CA-29 | 3 | 76 | 16 |
| CA-37 | 1 | 56 | 5 |
| FL-20 | 1 | 105 | 16 |
| IL-02 | 3 | 123 | 42 |
| MN-07 | 2 | 67 | 12 |
| NY-07 | 2 | 74 | 11* |
| NY-09 | 3 | 93 | 10 |
| NY-10 | 1 | 71 | 15* |
| NY-12 | 3 | 73 | 12* |
| NY-14 | 3 | 101 | 21 |
| NY-15 | 1 | 98 | 6 |
| OR-03 | 3 | 84 | 14* |
| TX-29 | 4 | 84 | 11 |
| TX-33 | 0 | 54 | 15* |

\* - single year with no noms submitted
■ - multiple years with no noms submitted

98



# Social Media
## (the good, bad & ugly)

UNITED STATES MILITARY ACADEMY
### WEST POINT.

How the fuck do you have unconsensual sex with someone in a fucking patrol base..? JW is a solid fucking guy too. Something is fishy

"Unconsensual sex"
"The word for that is "rape""

Ok, how does one commit rape in a patrol base? I can hardly put a boot on without alerting half the patrol base

**Victim Blaming...**
**what we DO see**

If a moderate female friend from hs says I can spend the night at her place does that mean i can smash?

Is there a specific practical reason (i.e. you have an awkward layover,plans fell through etc) or was it out of the blue?

Smash is a go

It means there's a potential to smash. Obviously you've still got to be on your game and she's got to consent to want it.

**"Crowd-sourcing"**
**what we DO see**

That documentary made me realize that what happened to me was rape and i should stop making up excuses and blaming myself

If you're being serious, PLEASE report whatever happened. Don't let rapists continue harming others

I'm sorry you had to go through this I also saw the documentary Please speak up.

Just remember you aren't alone, there's always people to talk to and

**Empathy---**
**what we WANT to see**
**more frequently**

**Work remains to reshape social norms**

## Sec Def Directive

UNITED STATES MILITARY ACADEMY
WEST POINT.

| SEC DEF Directive | Plan of Action |
|---|---|
| **Reinvigorate Prevention** | • Common operating picture of character development and education across the Academy<br>• Identify, codify and integrate SA/SH Prevention into CCDP<br>• Baseline assessment of attitudes, beliefs and experiences --- sexual violence and alcohol use<br>• Healthy Relationships Summit - target key issues of sexual violence prevention and awareness to augment education program for the AY. |
| **Enhance Culture of Respect** | • Leverage Haven data to inform education program revisions<br>• Focus on key sexual violence prevention topics; foster CDT engagement<br>  **-enhances positive bystander behavior; develops healthy relationship skills; reduces reporting stigma; eliminate victim blaming**<br>• Identify and recognize pro-social behaviors to reset cultural norms towards respect for self and others |
| **Promote Responsible Alcohol Choices** | • Develop targeted interventions on responsible and legal use of alcohol<br>• Explore development of alcohol-free social activities |
| **Improve sexual harassment & assault reporting** | • Maintain close connection to CDTs for SARC and VA<br>• Continue to publicize the SHARP Resource Center<br>• Educate CDTS on<br>  -issues of retaliation, reprisal, maltreatment and ostracizing behaviors (awaiting SecArmy implementation instructions of SecDef's Jan '17 memo; contains comprehensive definitions of peer-to-peer retaliation, reprisal, maltreatment, and ostracizing behaviors)<br>  -identify and foster development of skills to support peers involved in SA/SH incidents |

10

100

UNITED STATES MILITARY ACADEMY

# WEST POINT.

## Assistance from BOV

### Question:

How can nominating officials partner with the Academy in the nomination process to introduce the concepts related to treating others with dignity and respect, and healthy attitudes towards personal relationships?

### Thoughts:

1. An essay on character for nomination packet/process
2. Interview questions during nomination process on character
3. Review social media footprint of nominees at some point in the nomination process

### Reprisal, ostracism, maltreatment follow-up –

- Army & USMA follow the DoDD 7050.60 Department of Defense prescribed definition and criteria to handle incidents of perceived reprisal, ostracism and maltreatment
- USMA's prevalence data from 2016 SAGR is inconclusive
- We will work the issue from an educational perspective in the coming year
  – Focus on reinforcing empathy; skill building to take another's perspective and remain objective

11

101

## Major Infrastructure Initiatives (2017-2030)

### Construction Timeline

| | ISR Q | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 | 2026 | 2027 | 2028 | 2029 | 2030 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Pershing | 4 | | | | | | | | | | | | | | |
| Ike | 3 | | | | | | | | | | | | | | |
| Grant/ Grant Hall | 4 | | | | | | | | | | | | | | |
| Bradley | 4 | | | | | | | | | | | | | | |
| Lee | 4 | | | | | | | | | | | | | | |
| Sherman | 4 | | | | | | | | | | | | | | |
| Davis Barrack | | | | | | | | | | | | | | | |
| Cemetery | | | | | | | | | | | | | | | |
| Cyber & Engineering Academic Center (CEAC) | N/A | | | | | | | | | | | | | | |
| Parking Structure | | | | | | | | | | | | | | | |
| Lincoln | 4 | | | | | | | | | | | | | | |
| SJA/Admissions /Clinic | 3 | | | | | | | | | | | | | | |
| Thayer | 4 | | | | | | | | | | | | | | |
| Washington | 4 | | | | | | | | | | | | | | |
| Mahan | 4 | | | | | | | | | | | | | | |
| Taylor | 3 | | | | | | | | | | | | | | |

Cadet Barracks Upgrade Program (CBUP)

New Facilities (MILCON)

Academic Building Upgrade Program (ABUP)

UNITED STATES MILITARY ACADEMY
WEST POINT.

12

# Culture of Excellence
# Faculty and Staff

UNITED STATES MILITARY ACADEMY
WEST POINT.



Dr. Brock Barry:
American Society of
Civil Engineers Fellow



CPT Michael Kranch & MAJ Andrew Reed:
Best Poster Award at the 7th Association
for Computing Machinery Conference on
Data and Application Security and Privacy



MAJ Matthew Baideme:
New York Water
Environment Association
N. G. Kaul Scholarship

13




Col Diane Ryan & CPT Yoon Dunham: Faculty advisors
for Cadet Corbin Forum, which was awarded the
Leadership through Excellence Award at Joint Women's
Leadership Symposium

Dr. John Brockhaus: National
Geospatial-Intelligence Agency
Director's Medallion

Dr. Katie Dally-Bruckner:
Northeast Modern Language
Association Book Award.

# Graduate Scholarship Winners
## Class of 2017

UNITED STATES MILITARY ACADEMY
WEST POINT

14



Christian Nattiel
Rhodes Scholar
University of Oxford, UK



Samuel Ruppert
Marshall Scholar
King's College, UK



Bethany Russell
Schwarzman Scholar
Tsinghua University, China



Mark McGinnis
Schwarzman Scholar
Tsinghua University, China



Collin J. Parker
Schwarzman Scholar
Tsinghua University, China



Timothy McLaughlin
Schwarzman Scholar
Tsinghua University, China



Don Stanley Dalisay
Schwarzman Scholar
Tsinghua University, China





Patrick Dancer
Yenching Scholar
Peking University, China



Jacob Bishop
Yenching Scholar
Peking University, China

Alexandra Bell
Rotary Global Grant



Natalie Herbert
Rotary Global Grant



Nathanael Thomas
Fulbright/Rotary



Jessica Zhu
Lincoln Labs
MIT





Gabriela Barrera Gutierrez
NSF/Lincoln Labs
MIT

Travis Chewning-Kulick
NSF
Stevens Inst

David Farr
Rotary Global Grant



Bryce Wilkins
Draper Labs
MIT



Adam Kratch
Draper Labs
Harvard



Leonard Kosta
Draper Labs
Boston U.





Samuel Mahle
Draper Lab
MIT



Ezra Engel
Lincoln Labs
MIT





John Hadley
Fulbright
Turkey



Chris Monroe
GEM
Georgia Tech



Adam Reynolds
Draper Labs
MIT

Matthew Rodriguez
GEM
UVA



Liam Comidy
Lincoln Labs
MIT



Jarrett Guyer
Lincoln Labs
MIT







104

# Building A Winning Culture:
## In The Corps and The Classroom

### UNITED STATES MILITARY ACADEMY
### WEST POINT.



**Leaders In The Corps**

➢ CDT Marcos Arroyo (Men Soccer) CBT I Commander

➢ In AY 2016/17, athletes had the big 3:
  ➢ CDT Hugh McConnell (Strength) – First Captain
  ➢ CDT Alyssa Chapman (Rabble Rouser) – BDE Command Sergeant Major
  ➢ CDT Adam Kratch (Men's Basketball) – Deputy Brigade Commander

➢ In the last 3 years, 25 athletes have led the Corps as Regimental Commanders/CSMs or higher

105

**Victory In The Classroom**

➢ Dan Grabher (Men's Lacrosse) - USILA Scholar All-American.

➢ Kenneth Brinson (Track & Field) - PL Scholar-Athlete of the Year

➢ Kelly Hamilton (Swim/Dive) - PL Scholar-Athlete of the Year

➢ Kris Lindner (Baseball) - PL Scholar-Athlete of the Year

➢ Men and Women Swimming and Diving named Scholar All-America Squad

➢ 43 Cadet Athletes on Patriot League Fall Academic Honor Roll, 92 Cadet-Athletes made Winter/Spring Honor Roll

➢ 8 Patriot League All-Academic Teams

15



16

UNITED STATES MILITARY ACADEMY
# WEST POINT.

# Club/Intramural
# *Excellence*







## 16 Competitive Club Sports

- Men's Boxing * ☆
- Women's Boxing * ☆☆
- Climbing ⭐
- Crew
- Cycling* ☆
- Equestrian
- Fencing*
- Judo* ⭐
- Marathon

- Orienteering* ⭐
- Powerlifting
- Men's Handball * ☆
- Women's Handball*
- Triathlon *
- Men's Volleyball ⭐
- Water polo ⭐

> \* AY 16-17 National Champion
> ☆ AY 17 Victory over Navy
> ☆ AY 17 Victory over Air Force

## Company Athletics

**Fall**
- Basketball
- Soccer
- Functional Fitness
- Flag Football
- Submission Grappling
- Fall Sandhurst

**Spring**
- Floor Hockey
- Flickerball
- Ultimate Frisbee
- Swimming
- Team Handball
- Spring Sandhurst