



RECESSED GOLD
RECESSED SILVER
BLACK
RAISED SILVER
WHITE

Pantone 286
Pantone 109
Pantone 339
Pantone 199
Pantone 470



RECESSED GOLD
RECESSED SILVER
BLACK
RAISED SILVER
WHITE

Pantone 286
Pantone 109
Pantone 339
Pantone 199
Pantone 470

Appendix D

W. Michael Petullo
315A South Moore Loop
West Point, New York 10996
(845) 938-5006

25 June 2017

Dear Members of the United States Military Academy Board of Visitors:

I am writing as an Army leader who has grave concerns about the Army's Policy on the Military Service of Transgender Soldiers. This matter reaches far beyond West Point, yet it is an appropriate matter to bring up with the Board of Visitors because West Point is significant in its role in shaping the culture and norms of the Army. West Point also bears a large role in preserving the dignity and freedoms—including religious freedoms—of all who serve.

The Army's "Policy on the Military Service of Transgender Soldiers Training Module, Tier 3: Units and Soldiers" contains this vignette:

> Following her transition from male to female (which did not include sex reassignment surgery) and gender marker change in DEERS, a transgender soldier begins using female barracks, bathroom, and shower facilities. Because she did not undergo a surgical change, the soldier still has male genitalia.

Many people of goodwill agree that this requirement asks much more of us than is reasonable. Among other flaws, the policy does not allow for other servicemembers to protect their own sexual modesty as they expect. Indeed, this policy loses the spirit of the original 2010 "Report of the Comprehensive Review of the Issues Associated with a Repeal of 'Don't Ask, Don't Tell.'" That report recommended the preservation of the dignity of those who respect their fellow man but cannot in good conscience support certain practices:

> As a related matter, we believe it critical that it be made clear to those who are opposed to repeal, particularly on moral and religious grounds, that their concerns are not being rejected and that leaders have not turned their backs on them. In the event of repeal, individual service members are not expected to change their personal religious or moral beliefs about homosexuality; however, they are expected to treat all others with dignity and respect, consistent with the core values that already exist within each Service. For the U.S. military, these are not new concepts, given the wide variety of views, races, and religions that already exist within the force.

This matter impacts more than just those who chose to serve. I have been in contact with the DoDEA schools regarding their interpretation of the "Dear Colleague" letter published on May 13, 2016 by the U.S. Departments of Justice and Education. Emily Marsh, the Superintendent of the Mid-Atlantic District of DoDEA, stated in a letter to me that "transgender youths in DoDEA schools and other DoD youth programs are permitted to use restrooms and facilities consistent with their gender identity." To my knowledge, DoDEA did not broadly consult with parents before making this change, nor was there a formal effort to notify us of its implementation.

My beliefs do not come from anger or spite. Rather, they follow from decades of prayer, contemplation, and study. I have encountered a great deal of people who observe as I do: that Army policy on these matters does not respect the beliefs of many who serve. My hope is that the senior leadership will find a path which better values individual conscience and thus the dignity of servicemembers and their families.

Sincerely,

W. Michael Petullo
Major, U.S. Army
Assistant Professor



# USMA Board of Visitors Meeting
## 10 July
## West Point NY

1



**Agenda**

- **Introductions and Board Business**
- **Superintendent**
- **Strategic Imperative 1: Develop Leaders of Character**
  - Inspiration to Serve
  - Sandhurst Competition at West Point
  - Summer Individual Advanced Development Experiences
- **Strategic Imperative 2:  Foster Relevance and Preeminence**
  - Build Diverse and Effective Teams
    - *Class of 2021 Profile*
    - *SHARP Program*
  - Faculty and Staff Excellence
    - *Faculty Blend of Excellence*
    - *Benavidez Leadership Development Program*
  - Intellectual Capital
    - *Projects Day*
  - Stewardship
    - *Athletic Department Transition Update*
    - *Future and Ongoing Construction*
  - Culture of Excellence

2



## Board Business

1. Review minutes from 9 March 2017 Meeting
2. Status of 2016 Annual Report
3. Dates of Next BoV Meeting (at West Point ICW home football game or in Washington, DC)
4. Design for USMA Board of Visitors Coin (not government funded)



3



### Superintendent's Topics

4

2

UNITED STATES MILITARY ACADEMY
WEST POINT.

**Culture of Excellence**
**Key events at USMA since last BOV**

| | |
|---|---|
| Plebe Parents Weekend | 10-12 Mar |
| Foreign Academy Exchange Program Visit | 10-19 Mar |
| Spring Break | 11-19 Mar |
| Chilean International Patrol Competition | 13-15 Mar |
| Sexual Assault Awareness Month | 20 Mar~14 Apr |
| 15th WP Diversity Leadership Conference | 21-23 Mar |
| Admissions Minority Visit | 23-25 Mar |
| Calabro Night of the Arts | 24 Mar |
| Foreign Academy Exchange Program Host | 25 Mar~2 Apr |
| Civil-Military Conference | 31 Mar |
| McDonald Cadet Leadership Conference | 29 Mar~2 Apr |
| Sandhurst | 7-8 Apr |
| Cyber Defense Exercise | 10-14 Apr |
| DAD Congressional Visit | 19-21 Apr |
| Mission Command Conference | 20 Apr |
| NCAA Men's Gymnastics Championships | 20-22 Apr |
| Inter-Service Academy Parachute Competition | 21-23 Apr |
| 38th Annual WP National Orienteering Meet | 22-23 Apr |
| National Scout Meet | 22-23 Apr |
| Senior Conference 53 | 23-25 Apr |
| Boy Scout Camporee | 28-30 Apr |
| Retiree Appreciation Day | 29 Apr |
| Executive Steering Group Meeting | 2 May |
| Projects Day | 4 May |
| Graduation Day | 27 May |

5

---

UNITED STATES MILITARY ACADEMY
WEST POINT.

**Vision and Mission**

**Vision**

West Point is the world's preeminent leader development institution.

**Mission**

To *educate, train, and inspire* the Corps of Cadets so that each graduate is a commissioned *leader of character,* committed to the values of  Duty, Honor, Country and prepared for a career of professional excellence and service to the Nation as *an officer in the United States Army*.



6

---

### UNITED STATES MILITARY ACADEMY WEST POINT. — *Superintendent's Priorities*

- **Leader Development:** Produce military leaders prepared to fight and win America's wars.

  – **Honorable Living:** <u>Develop leaders</u> who live honorably 24/7, who have internalized the values of Duty, Honor, Country, and the values of our Army.  Ensure that climate exists here at West Point.

  – **Sexual Harassment/Assault/Command Climate:** <u>Develop leaders</u> who lead with command climates of dignity and respect, where everyone on the team feels value added, and feels secure both physically and emotionally.  Ensure that climate exists at West Point.

  – **Winning Culture:** <u>Develop leaders</u> who build a culture of excellence and winning in everything we do.   We will win honorably, not changing our standards nor who we are.

  – **Diversity:** <u>Develop leaders</u> who recognize and leverage the power of diverse teams. Continue to build and retain a diverse USMA team, both within the Corps of Cadets and our staff and faculty.

- **Force Protection**: Ensure West Point remains a safe and secure installation for the Corps of Cadets, staff and faculty and their families, and our guests.

- **New York City:** Continue to build our partnership with New York City to enhance Cadet development and enrich our connection with the American people.

- **Beat Navy!**

7

---







UNITED STATES MILITARY ACADEMY
WEST POINT

**Strategic Imperative 1:**
Develop Leaders of Character
*"What leaders does the Army need in 10, 20 and 30 years?"*

→

**West Point Leader Development Outcomes**
*Upon commissioning West Point graduates will:*

- Live honorably and build trust
- Demonstrate military, intellectual and physical competence
- Develop, lead, and inspire
- Think critically and creatively
- Make sound and timely decisions
- Communicate and interact effectively
- Seek balance, be resilient, and demonstrate a strong and willing spirit
- Pursue excellence and continue to grow

9

UNITED STATES MILITARY ACADEMY
WEST POINT

# "Inspiration to Serve" Cemetery Tour

- The 12th Annual "Inspiration to Serve" Cemetery Tour was held on 04 May 2017.
- Provided an opportunity for Class of 2019 to reflect on the legacies of fallen USMA graduates, while considering both the honor and responsibility inherent in serving in the Profession of Arms.
- Culminating event of the Yearlings' CCDP curriculum and served as an inspirational experience as they approach Cow year and their Affirmation Ceremony in August, 2017.
- This year's event honored 8 fallen heroes from the Vietnam era (Class of 1969), and eight fallen heroes from conflicts in Iraq and Afghanistan.

10

8/15/2018





## Sandhurst Competition 2017

**SANDHURST MILITARY SKILLS COMPETITION (07-08 APR17):** "To provide the Corps of Cadets with a challenging and rewarding regimental skills competition, which will enhance professional development and military excellence in selected soldier skills."

**Historical Context:**
- Named in honor of our relationship with the British Academy, Sandhurst has been executed at USMA for 50 years, but as recent as 2007 the competition was executed in one day over an 8-hour period and consisted of 40 teams, primarily from USMA, UK, and Canada
- A West Point team has won the Johnson Saber for top squad only twice since 1993 (B3 in 2011; E4 in 1993)

**2017 Competition Details:**
**61 TEAMS**
**38 West Point Teams**
**3 Sister Service Academies** (USNA, USAFA, USCGA)
**8 ROTC** (Texas A&M, UT Austin, St. John's, Johns Hopkins, Alabama, Michigan State, New Hampshire, Gonzaga)
**12 Foreign Teams** (UK (x2), Canada, Australia, Chile, Germany, Latvia, South Korea, Japan, Colombia, Mexico, Thailand)

**36 HOURS, 27 MILES**
**DAY 1.** 12.7 miles with 5 events focused on military skills (functional fitness, TCCC, Pistol and Rifle marksmanship and hand grenades).
**NIGHT.** 3.5 miles with three events that were part of the same scenario in support of local forces (night recon, POW/media, and call for fire)
**DAY 2.** 11 miles with 5 events (Obstacle Course, Water crossing, CBRN, Transport a casualty and final event)..

**2017 TOP TEN TEAMS**
1. USCC Black
2. UK Blue
3. USCC Gold
4. USCC H1
5. USAFA
6. Mexico
7. UK Red
8. Latvia
9. Canada
10. UT Austin

12





8/15/2018

UNITED STATES MILITARY ACADEMY WEST POINT

# Cadet Summer Training 2017

**Cadet Summer Training (CST)@ USMA**
- -Total Cadets Trained: **3800**
- -Cadet Cadre: **1100**
- -AASLT: **720**
- -Senior Leader Experience: **1100** High School Students
- -Youth Inner-city Program: **120** Inner City Youths

**Military Individual Advanced Development (MIAD) Training**
- -**1050** Cadets conduct MIAD training throughout the summer
- -**78** of these are at competitive/specialty MIADs

USCC (+) ICW Operating Force Units conducts Summer Training IVO the USMA from 21 May 17 – 14 Aug 17 IOT educate, train, and inspire the Corps of Cadets and visiting participants so that each graduate is a commissioned leader of character committed to the values of Duty, Honor, Country and prepared for a career of professional excellence and service to the nation as an officer in the United States Army or respective service.

UNITED STATES MILITARY ACADEMY WEST POINT

# Cadet Summer Training – CONUS Individual Military Development

CTLT – Cadet Troop Leader Training

14

8/15/2018





8







UNITED STATES MILITARY ACADEMY
WEST POINT.

<u>Strategic Imperative 2:</u>
Foster Relevance and Preeminence
*"What is required to foster relevance and preeminence in 10, 20 and 30 years?"*

<u>Goals</u>
- Build and sustain diverse and effective teams
- Develop and provide intellectual capacity
- **Promote staff and faculty excellence**
- Practice effective stewardship
- Instill and foster a culture of excellence and winning

17

UNITED STATES MILITARY ACADEMY
WEST POINT.

## Faculty Blend of Excellence

**Senior Faculty**

**Junior Civilian Faculty**

**Rotating Military Faculty**

**<u>Domains of Faculty Excellence</u>**
1. Teaching
2. Scholarship
3. Service
4. Cadet Development
5. Faculty Development

**<u>Long-Term Military Faculty (15%)</u>**
- Professors USMA: 4%
- Academy Professors: 11%

**<u>Civilian Faculty (31%)</u>**
- Senior Civilian Faculty: 14%
- Junior Civilian Faculty: 17%

**<u>Rotating Military Faculty (54%)</u>**

18

**Benavidez Leadership Development Program**

- **Established in FY16**
- **Partnership between Columbia University and USMA**
- **Annual 4-course, 3-week program in social-organizational psychology**
- **15 – 25 Tactical NCO enrollees primarily from USMA's Brigade Tactical Dept.**
- **Outgrowth of longstanding Eisenhower Leadership Development Program**
- **Program Goals:**

  - **Align TAC NCOs conceptually with the education of their partner TACs**
  - **Bridge the civil-military divide thru immersion at Columbia University**
  - **Prepare TAC NCOs to better educate, train, and inspire Cadets**
  - **Prepare TAC NCOs to succeed at higher echelons after West Point**



19



**Admissions Update**

Strategic Imperative 2:
Foster Relevance and Preeminence
*"What is required to foster relevance and preeminence in 10, 20 and 30 years?"*

Goals
- **Build and sustain diverse and effective teams**
- Develop and provide intellectual capacity
- Promote staff and faculty excellence
- Practice effective stewardship
- Instill and foster a culture of excellence and winning

20



### Class of 2021 - By the Numbers

| | |
|---|---|
| 12,973 | Applicants |
| 4,019 | Nominated |
| 2,220 | Qualified |
| 1,243 | Admitted |
| 1247 | SAT Avg |
| 28 | ACT Avg |
| 86 | Valedictorians |
| 147 | Class Presidents |
| 832 | Team Captains |
| 1,087 | Varsity Letters |
| 302 / 24.3% | Women |
| 208 / 16.7% | African Am. |
| 119 / 9.6% | Hispanics |
| 105 / 8.4% | Asians |
| 13 | Int'l Cadets |
| 7 | Combat Vets |

21



### 2017-2021 Class Comparison

| | 2017 | 2018 | 2019 | 2020 | 2021 |
|---|---|---|---|---|---|
| African Americans # Admitted | 9.2% 108 | 13.6% 163 | 15.1% 188 | 14.0% 180 | 16.7% 208 |
| Hispanics # Admitted | 11.5% 135 | 9.7% 116 | 9.8% 122 | 9.4% 121 | 9.6% 119 |
| Asians # Admitted | 6.7% 78 | 7.9% 95 | 7.5% 93 | 9.1% 117 | 8.4% 105 |
| Women # Admitted | 16.0% 188 | 21.8% 261 | 22.1% 275 | 21.8% 281 | 24.3% 302 |
| Recruited Athletes # Admitted | 17.9% 210 | 21.7% 260 | 21.4% 266 | 19.7% 254 | 26.4% 328 |
| Soldiers # Admitted | 11.0% 129 | 7.7% 92 | 6.6% 82 | 6.0% 77 | 6.0% 75 |
| Class Size | 1172 | 1197 | 1245 | 1290 | 1243 |

UNITED STATES MILITARY ACADEMY WEST POINT

# Nomination Support

**UNDERREPRESENTED DISTRICTS (past 5 years)**

| | Cadets | Apps | Noms |
|---|---|---|---|
| AL-07 | 2 | 112 | 16* |
| CA-[illegible] | [illegible] | 76 | 19* |
| CA-[illegible] | [illegible] | 76 | 18 |
| CA-37 | 1 | 56 | 5 |
| FL-20 | 1 | 105 | 16 |
| IL-[illegible] | [illegible] | 128 | 42 |
| MN-07 | 2 | 67 | 12 |
| NY-[illegible] | [illegible] | 74 | 11* |
| NY-[illegible] | [illegible] | [illegible] | 16 |
| NY-[illegible] | 1 | 71 | 15* |
| NY-[illegible] | [illegible] | 79 | 12* |
| NY-[illegible] | [illegible] | 101 | 21 |
| NY-15 | 1 | 98 | 6 |
| [illegible] | [illegible] | 84 | 14* |
| TX-29 | 4 | 84 | 11 |
| TX-[illegible] | [illegible] | 54 | 15* |

* - single year with no noms submitted
▪ - multiple years with no noms submitted

334 Cadets

**NEW YORK (27 Districts)**

| | Apps | Noms | Qualified | Offers | Accepts |
|---|---|---|---|---|---|
| [illegible] | 816 | [illegible] | 186 | 86 | 74 |
| [illegible] | 954 | [illegible] | 119 | [illegible] | 79 |
| [illegible] | [illegible] | 316 | 187 | 79 | [illegible] |
| [illegible] | 1,016 | 228 | 137 | [illegible] | [illegible] |
| 2017 | 1,065 | 226 | 135 | 85 | 74 |

113 Cadets

**CONNECTICUT (5 Districts)**

| | Apps | Noms | Qualified | Offers | Accepts |
|---|---|---|---|---|---|
| [illegible] | 200 | 62 | 87 | [illegible] | 29 |
| [illegible] | 201 | 69 | 46 | 62 | 31 |
| [illegible] | [illegible] | [illegible] | [illegible] | 24 | [illegible] |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| 2017 | 220 | 87 | 81 | 24 | [illegible] |

206 Cadets

**NORTH CAROLINA (13 Districts)**

| | Apps | Noms | Qualified | Offers | Accepts |
|---|---|---|---|---|---|
| [illegible] | 562 | 156 | 74 | 53 | 47 |
| [illegible] | 502 | 142 | 80 | 55 | 48 |
| [illegible] | 553 | 136 | 73 | 47 | 42 |
| [illegible] | 576 | 133 | 65 | 45 | 43 |
| 2017 | 566 | 134 | 70 | 45 | 43 |

314 Cadets

**FLORIDA (27 Districts)**

| | Apps | Noms | Qualified | Offers | Accepts |
|---|---|---|---|---|---|
| [illegible] | 784 | 232 | 169 | 77 | 66 |
| [illegible] | [illegible] | 218 | 158 | 71 | 67 |
| [illegible] | [illegible] | 218 | 125 | 96 | 78 |
| [illegible] | [illegible] | 226 | 133 | 88 | 78 |
| 2017 | [illegible] | 232 | 126 | 81 | 72 |

460 Cadets

**TEXAS (36 Districts)**

| | Apps | Noms | Qualified | Offers | Accepts |
|---|---|---|---|---|---|
| [illegible] | 1215 | 285 | 146 | 115 | 101 |
| [illegible] | 1286 | 208 | 157 | 110 | 92 |
| [illegible] | 1279 | 201 | 184 | 113 | 88 |
| [illegible] | 1286 | 201 | 181 | 122 | 112 |
| [illegible] | [illegible] | 209 | 191 | 120 | 111 |

37 Cadets

**ARKANSAS (4 Districts)**

| | Apps | Noms | Qualified | Offers | Accepts |
|---|---|---|---|---|---|
| [illegible] | 55 | 15 | 7 | 7 | 5 |
| [illegible] | 129 | [illegible] | 25 | 11 | [illegible] |
| [illegible] | 120 | 28 | 16 | 14 | 10 |
| [illegible] | 132 | 23 | 14 | 11 | 9 |
| 2017 | 98 | 38 | 13 | 6 | 9 |

23

UNITED STATES MILITARY ACADEMY WEST POINT

# *SHARP Update*

<u>Strategic Imperative 2:</u>
Foster Relevance and Preeminence
*"What is required to foster relevance and preeminence in 10, 20 and 30 years?"*

→

<u>Goals</u>

- **Build and sustain diverse and effective teams**
- Develop and provide intellectual capacity
- Promote staff and faculty excellence
- Practice effective stewardship
- Instill and foster a culture of excellence and winning

24













UNITED STATES MILITARY ACADEMY
WEST POINT

## SHARP Update

### Incident Reporting Trends

| Annual Year | Unrestricted (incl conversions) | Restricted | Conversion | Case Outcome (SHARP) |
|---|---|---|---|---|
| 14-15 | 18 | 1 | 3 | 9 – Probable Cause w/action |
| 15-16 | 19 | 6 | 1 | 7 – Probable Cause w/action |
| 16-17 | 29 | 21 | 8 | 8 – Probable Cause w/action |
| | | | | 4 – Non Probable Cause; 3 - Non USMA Jurisdiction |
| | | | | 5 - Declination |
| | | | | 9 – Ongoing Investigation |

+ **Reports and Conversions increased over 50% in AY16-17**
- **Restricted Report reasons:**
  - **Fear of retaliation/reprisal (NO INCIDENTS OF REPRISAL WERE REPORTED)**
  - **Concerns about damaging career of offender**
- **Several incidents (SA & Other Unprofessional Relationships) reported this year involved members of Staff & Faculty or other USMA Community members**

Key areas of concern:
- **Deconstruct the loyalty to "Corps" that seems to inhibit victim's willingness to make unrestricted reports**
- **Address the S&F role as examples of proper and healthy professional relationships**

25

UNITED STATES MILITARY ACADEMY
WEST POINT

## Social Media (the good, bad & ugly)

Empathy---
what we WANT to see
more frequently

"Crowd-sourcing"
what we DO see

Victim Blaming…
what we DO see

**Work remains to reshape social norms**

26

UNITED STATES MILITARY ACADEMY WEST POINT

## *Retaliation/Reprisal Follow-up*

### *Social Repercussions 2016 SAGR (USMA)*

- **Reprisal which met legal criteria**
  - ◊ 13% for DOD Women
  - (rate for USMA women not able to be calculated – responses below threshold for statistical analysis)
  - ◊ Non-reportable for Men
- **Ostracism/Maltreatment which met legal criteria**
  - ◊ <0.1% for DOD Women
  - (rate for USMA women not able to be calculated – responses below threshold for statistical analysis)
  - ◊ Non-reportable for Men

**Data indicates those who report are being supported by peers & chain of command**

27

UNITED STATES MILITARY ACADEMY WEST POINT

## *Relationships 101 Summit – "Unlocking the Mystery of Human Relationships"*

**Workshops**

- Pornography
- Dating/marriage in Military
- Healthy Relationships
- Strong Bonds

| EVENT | AUDIENCE | TOPIC |
|---|---|---|
| Alexis Jones - #ProtectHer | Plenary & Athletes | Men's role in ending violence against women |
| "Sex Signals" | 3rd Class | Relationships, communication and consent |
| One Love – Escalation Workshop | Open Event | Warning signs of relationship violence and skills to intervene |
| Don McPherson – "Throw like a Girl" | 1st Class | Understanding and ending men's violence against women |
| "Shot of Reality" | 2nd Class | Understanding the impact of alcohol on decision making and social situations |
| Mike Domitrz – "Can I Kiss You?" | 4th Class | Bringing consent into sexual encounters |
| Mike Domitrz – "Impact: from pain to purposeful passion" | Open Event | How to leverage personal pain from assault into activism and healing |

28

UNITED STATES MILITARY ACADEMY
WEST POINT

# Awareness Events

**Makenzie Lysek** To all the old grads commenting that its ridiculous.... the amount of sexual assault cases in the military is the only ridiculous thing about the cause we were supporting. I personally am proud of my classmates who chose to wear jeans to promote awareness in a very relevant issue not just in the Army but society in general. Also to address their concern with the fact that wearing jeans is "unprofessional"..... so is rape.
Like · Reply · 2 · 43 mins · Edited

**Katie Biddle** This comment section just shows the massive differences in generational graduates: caring about racial equality was a "radical" idea when they were students, let alone the "radical" idea that women or LGBT were equal. Now that our generation is introducing that raping people is wrong, we are "radical"??? It's wild that as a nation, we need to rally people together, to teach others how to treat others with dignity and respect.

The Corps Hasn't
Like · Reply · 1 · 17 mins

**Chris Markwood** Funny, I dont remember needing a jean day to remind me that sexual assault is wrong. Its about respecting people! The Corp really has........
Like · Reply · 4 · April 12 at 4:34am

**Ruby G Garcia** the Corps really has.....changed into an environment where we can have military discipline, while also addressing harmful issues that the old corps used to ignore and sweep under the rug
Like · Reply · 3 · April 12 at 10:15am

**Hayden Matkovich** Why does this embarass you?
Like · Reply · 2 · April 11 at 2:10pm

**Scott Nieman** Because it is ridiculous. It is something a state university would do, not West Point. At the Academy there are rules about sexual narrassment and assault. If they are broken there are extreme consequences. You don't need a social justice warrior day in jeans to know sexual assault is wrong. It is a bad look. It is silly. West Point is better than this. The stupid signs on display are also embarrassing. Makes it look like a liberal high school.
Like · Reply · 8 · April 11 at 2:23pm

**Doug Seaworth** Remember that one time the uniform for class was Gym A. Good thing there were no camera phones or Facebook back then.
Like · Reply · 2 · April 12 at 11:27am

**Scott Nieman** You just don't get it, do ya Doug?
Like · Reply · April 12 at 11:29am

**Hayden Matkovich** I don't think you get it Mr. Nieman.
Like · Reply · April 12 at 4:32pm

**Scott Nieman** Wow...talking a lot of smack, cadet. Are you sure that is a good idea?
Like · Reply · April 12 at 4:35pm

**Hayden Matkovich** The cadets got something nice for supporting a good cause that the Academy has had problems with in the past. It also looks good to the public, which is never a bad thing.
Like · Reply · April 12 at 4:35pm

**Scott Nieman** If you are what the Academy is producing these days, then the corps has gone downhill dramatically. Get back to me when you have graduated and actually served in the Army. Let me know how helpful your Denim Day was in your development. And lose the attitude, cadet. You are not in any position to smack talking old grads in any forum.
Like · Reply · April 12 at 4:38pm

★ ***Response by a cadet***

**Sexual Assault Awareness Prevention Month 2017 - COURAGE-CANDOR-CHARACTER**

UNITED STATES MILITARY ACADEMY
WEST POINT

# Sec Def Directive

| SEC DEF Directive | Plan of Action |
| --- | --- |
| **Reinvigorate Prevention** | • Common operating picture of character development and education across the Academy<br>• Identify, codify and integrate SA/SH Prevention into CCDP<br>• Baseline assessment of attitudes, beliefs and experiences --- sexual violence and alcohol use<br>• Healthy Relationships Summit - target key issues of sexual violence prevention and awareness to augment education program for the AY. |
| **Enhance Culture of Respect** | • Leverage Haven data to inform education program revisions<br>• Focus on key sexual violence prevention topics; foster CDT engagement<br>**-enhances positive bystander behavior; develops healthy relationship skills; reduces reporting stigma; eliminate victim blaming**<br>• Identify and recognize pro-social behaviors to reset cultural norms towards respect for self and others |
| **Promote Responsible Alcohol Choices** | • Develop targeted interventions on responsible and legal use of alcohol<br>• Explore development of alcohol-free social activities |
| **Improve sexual harassment & assault reporting** | • Maintain close connection to CDTs for SARC and VA<br>• Continue to publicize the SHARP Resource Center<br>• Educate CDTS on<br>**-issues of retaliation, reprisal, maltreatment and ostracizing behaviors (awaiting SecArmy implementation instructions of SecDef's Jan '17 memo; contains comprehensive definitions of peer-to-peer retaliation, reprisal, maltreatment, and ostracizing behaviors)**<br>**-identify and foster development of skills to support peers involved in SA/SH incidents** |

8/15/2018



### Assistance from BOV

**Question:**
How can nominating officials partner with the Academy in the nomination process to introduce the concepts related to treating others with dignity and respect, and healthy attitudes towards personal relationships?

**Thoughts:**
1. An essay on character for nomination packet/process
2. Interview questions during nomination process on character
3. Review social media footprint of nominees at some point in the nomination process

**Reprisal, ostracism, maltreatment follow-up –**
- Army & USMA follow the DoDD 7050.60 Department of Defense prescribed definition and criteria to handle incidents of perceived reprisal, ostracism and maltreatment
- USMA's prevalence data from 2016 SAGR is inconclusive
- We will work the issue from an educational perspective in the coming year
  - Focus on reinforcing empathy; skill building to take another's perspective and remain objective

31



32

16







UNITED STATES MILITARY ACADEMY
WEST POINT

## *Projects Day May 4, 2017*

Projects Day 2017:
- 389 Projects
- Collaborated with Army/ DoD organizations and other colleges

Cadets collaborated with Army Research Laboratory and University of Virginia on cross-cultural competence training

**Avey Combat Ball project: Scott R. Clark Innovation Award Winner**

**Cadets representing three departments developed a D-Day virtual reality tour/staff ride**

**Cadets collaborated with DARPA to develop effective UAV swarm tactics**

33

UNITED STATES MILITARY ACADEMY
WEST POINT

## *Athletic Department Transition*

<u>Strategic Imperative 2:</u>
Foster Relevance and Preeminence
*"What is required to foster relevance and preeminence in 10, 20 and 30 years?"*

→

<u>Goals</u>
- Build and sustain diverse and effective teams
- Develop and provide intellectual capacity
- Promote staff and faculty excellence
- **Practice effective stewardship**
- Instill and foster a culture of excellence and winning

34

**Athletic Department Transition Early Wins**

- **Opportunity to establish more lucrative sponsorships:**
  - New agreement with Learfield will guarantee over $28M in value over the next 10 years – a 40% increase over the current annual value and a 300% increase over the guaranteed value of the contract just 5 years ago.
  - The process of awarding future Army/Navy games to sites will yield 30-40% increase in revenue.
  - New Army/Navy Football Game contract will yield over 80% increase over previous contract.
  - Negotiating a contract extension with CBS Sports to broadcast home football games that will yield an increase in rights fee over existing deal.
- **Contracting Wins:**
  - New internal travel agent will realize efficiencies and cost savings for flight, bus and hotel accommodations.
  - New rates with Academy Bus will save  in excess of $50,000 over previous agreements.
  - In process of contracting separately for football game day bus shuttles and parking that will realize over $50,000 savings on our game day parking contract.

35



**Athletic Department Transition Early Wins**

- **Process:**
  - Established an in-house accounting department with fluent operational processes and internal controls that allows us to serve our coaches and staff members in a more efficient, cost-effective manner.
  - Successfully implemented a credit card system allowing each coach and staff member to operate more efficiently.
  - Funds raised through AOG are more accessible and flexible.
- **Taking Care of Employees:**
  - As of July 1, 165 full time employees and 3 part time employees have transitioned.
  - Greater cost share of health insurance plan, decreasing the premium of health insurance for employees.
  - Flexibility in hiring process and overall manpower management.
  - Contracting is done within the department, giving the Athletic Director signing power for all contracts for employees .

36



### Athletic Department Transition Challenges

- As Non-appropriated fund ( NAF) employees, coaches and administrators (Athletic Director only) were admitted to use the schools without paying tuition.
  - Cost for 32 children (current number of dependents on post) exceeds $700k.
- Athletic Department is working with Army Contracting Command, USMA SJA and USMA G8 to ensure compliance with the Cooperative Agreement, and identify areas for any needed future updates to the agreement.
- Athletic Department developing a unified command policy.

37



38











UNITED STATES MILITARY ACADEMY WEST POINT

# Major Infrastructure Initiatives (2017-2030)

### *Construction Timeline*

| | | ISR Q | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 | 2026 | 2027 | 2028 | 2029 | 2030 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Cadet Barracks Upgrade Program (CBUP) | Pershing | 4 | | | | | | | | | | | | | | |
| | Ike | 3 | | | | | | | | | | | | | | |
| | Grant/ Grant Hall | 4 | | | | | | | | | | | | | | |
| | Bradley | 4 | | | | | | | | | | | | | | |
| | Lee | 4 | | | | | | | | | | | | | | |
| | Sherman | 4 | | | | | | | | | | | | | | |
| New Facilities (MILCON) | Davis Barrack | N/A | | | | | | | | | | | | | | |
| | Cemetery | | | | | | | | | | | | | | | |
| | Cyber & Engineering Academic Center (CEAC) | | | | | | | | | | | | | | | |
| | Parking Structure | | | | | | | | | | | | | | | |
| Academic Building Upgrade Program (ABUP) | Lincoln | 4 | | | | | | | | | | | | | | |
| | SJA/Admissions /Clinic | 3 | | | | | | | | | | | | | | |
| | Thayer | 4 | | | | | | | | | | | | | | |
| | Washington | 4 | | | | | | | | | | | | | | |
| | Mahan | 4 | | | | | | | | | | | | | | |
| | Taylor | 3 | | | | | | | | | | | | | | |

UNITED STATES MILITARY ACADEMY WEST POINT

# Military Construction Program

<u>Submission</u>:
- FY18 Cemetery Reclamation, $22M
- FY19 Cyber and Engineering Academic Center (CEAC), $89M
  - aka Multi Purpose Academic Center (MPAC)
- FY21 Parking Structure, $30M

UNITED STATES MILITARY ACADEMY WEST POINT

## Cyber & Engineering Academic Center

Program:
- Cyber Education
- Science, Technology, Engineering, and Mathematics (STEM)
- Collaboration spaces
- Exhibit areas

41

UNITED STATES MILITARY ACADEMY WEST POINT

## Cyber & Engineering Academic Center

### USMA

- Loading Dock Lab
- Open to elements
- Cramped space
- Inadequate ventilation
- Insufficient clearance
- Teaching / Learning not aligned with facility
- Delinked from classrooms
- Uninspiring

### Competing University

- Modern Lab
- Conditioned space
- Sized for use
- Well lit and ventilated
- High bay with hoisting
- Co-located with classrooms
- Fosters innovations / creativity
- Teaching / Learning method complemented by building architecture

42

**Cadet Barracks**

UNITED STATES MILITARY ACADEMY
**WEST POINT.**

Davis Barracks FY16 ($180M)

Cadet Barracks Update Program (CBUP)

| FY | BARRACKS | COST | STATUS |
|---|---|---|---|
| √ 13 | Scott | $51M | Completed |
| √ 14 | Mac Short | $49M | Completed |
| 15-16 | Mac Long | $62M | Construction end Jul 2017 |
| 16 | Pershing | $74M | Construction start 30 May 2017 |
| 17-18 | Eisenhower | $110M | Design Funded, $7M |
| 18 | Grant | $63M | |
| 19-20 | Bradley | $145M | |
| 20 | Lee | $38M | |
| 21 | Sherman | $51M | |
| | | Program complete 2023 | 43 |



**Academic Building Upgrade Program (ABUP)**

UNITED STATES MILITARY ACADEMY
**WEST POINT.**

Cadet projects insufficient Space

Cadet Classroom Failed Utility Systems

Professor Office Water Damage

Mahan Hall
CEAC Parking Structure
SJA / Admin
Taylor Hall
Thayer Hall
Lincoln Hall
Washington Hall

- 9 year program, six buildings, temporary facilities required
- Major renovations: corrects failing building systems, life safety code compliance, departmental floor plan reprogramming, and overall modernization to university standards
- Cost: +/-$711M

44

UNITED STATES MILITARY ACADEMY
WEST POINT

**Strategic Imperative 2:**
Foster Relevance and Preeminence
*"What is required to foster relevance and preeminence in 10, 20 and 30 years?"*

**Goals**
- Build and sustain diverse and effective teams
- Develop and provide intellectual capacity
- Promote staff and faculty excellence
- Practice effective stewardship
- **Instill and foster a culture of excellence and winning**

45

UNITED STATES MILITARY ACADEMY
WEST POINT

## *Culture of Excellence Faculty and Staff*

Dr. John Brockhaus: National Geospatial-Intelligence Agency Director's Medallion

CPT Michael Kranch & MAJ Andrew Reed: Best Poster Award at the 7th Association for Computing Machinery Conference on Data and Application Security and Privacy

Dr. Brock Barry: American Society of Civil Engineers Fellow

Dr. Katie Daily-Bruckner: Northeast Modern Language Association Book Award.

Col Diane Ryan & CPT Yoon Dunham: Faculty advisors for Cadet Corbin Forum, which was awarded the Leadership through Excellence Award at Joint Women's Leadership Symposium

MAJ Matthew Baideme: New York Water Environment Association N. G. Kaul Scholarship

46







UNITED STATES MILITARY ACADEMY WEST POINT.

## Graduate Scholarship Winners Class of 2017

47

UNITED STATES MILITARY ACADEMY WEST POINT.

## Building A Winning Culture: On The Field

**Team:**

- Won the Patriot League President's Cup on the men's side
- Football beat Navy after 15 years!
- First time since 1984 that football beat Navy and won a bowl game in the same season
- Men's Lacrosse beat 2 top 5 teams: Syracuse and Notre Dame
- Men's basketball beat Navy with largest comeback victory of 2017 season
- Men's Lacrosse were Patriot League Co-Regular Season Champions
- Michael Nguyen & Grant Riechmann (Men's Tennis) named Patriot League Doubles Team of the Year
- Kirby Einck & Gloria Son (Women's Tennis) were Patriot League Doubles Team of the Year
- Men's Tennis won Patriot League Champions
- Women's Tennis named Patriot League Regular Season Champions

**Individual:**

- Boo Corrigan named Athletic Director of the year
- Coaches Wender (Swim/Dive), Poling (Men's Tennis) and Foster (Baseball) named Patriot League Coach of the year
- Andrew King (Football) won the Defender of the Nation Award and Charlotte Touchdown Club
- Dan Grabher (Men's Lacrosse) named Patriot League Faceoff Specialist of the Year
- Peter Kim (Golf) named Patriot League Golfer of the Year and All-American Honorable Mention
- Calli McMullen (Track & Field) named Patriot League Rookie of the Year
- Aliyah Murray (Basketball) named Patriot League Defensive Player of the Year
- Peter Mikheyev (Swimming & Diving) named Patriot League Rookie of the Year
- Michael Nguyen (Tennis) named Patriot League Player of the Year
- Lacey Swafford (Softball) named Patriot League Rookie of the Year
- Ryan Nick (Hockey) named Atlantic Hockey Sportsman of the Year
- 18 NCAA Qualifiers, 4 NIRA All-Americans and 2 USLIA All-Americans

48

Building A Winning Culture:
In The Corps and The Classroom

UNITED STATES MILITARY ACADEMY
WEST POINT

**Leaders In The Corps**
- CDT Marcos Arroyo (Men Soccer) CBT I Commander
- In AY 2016/17, athletes had the big 3:
  - CDT Hugh McConnell (Strength) – First Captain
  - CDT Alyssa Chapman (Rabble Rouser) – BDE Command Sergeant Major
  - CDT Adam Kratch (Men's Basketball) – Deputy Brigade Commander
- In the last 3 years, 25 athletes have led the Corps as Regimental Commanders/CSMs or higher

**Victory In The Classroom**
- Dan Grabher (Men's Lacrosse) - USILA Scholar All-American.
- Kenneth Brinson (Track & Field) - PL Scholar-Athlete of the Year
- Kelly Hamilton (Swim/Dive) - PL Scholar-Athlete of the Year
- Kris Lindner (Baseball) - PL Scholar-Athlete of the Year
- Men and Women Swimming and Diving named Scholar All-America Squad
- 43 Cadet Athletes on Patriot League Fall Academic Honor Roll, 92 Cadet-Athletes made Winter/Spring Honor Roll
- 8 Patriot League All-Academic Teams

49



Club/Intramural Excellence

UNITED STATES MILITARY ACADEMY
WEST POINT

**16 Competitive Club Sports**
- Men's Boxing * ☆
- Women's Boxing * ☆☆
- Climbing ☆
- Crew
- Cycling* ☆
- Equestrian
- Fencing*
- Judo* ☆
- Marathon

- Orienteering* ☆
- Powerlifting
- Men's Handball * ☆
- Women's Handball*
- Triathlon *
- Men's Volleyball ☆
- Water polo ☆

*  AY 16-17 National Champion
☆ AY 17 Victory over Navy
☆ AY 17 Victory over Air Force

**Company Athletics**

Fall
- Basketball
- Soccer
- Functional Fitness
- Flag Football
- Submission Grappling
- Fall Sandhurst

Spring
- Floor Hockey
- Flickerball
- Ultimate Frisbee
- Swimming
- Team Handball
- Spring Sandhurst

50









**Board of Visitors Meeting**
**West Point**
**20 October 2017**

***AGENDA***

- ***Introduction***
- ***Board Busines***
- ***Superintendent Topics***
- ***Strategic Imperative 1: Develop Leaders of Character***
  - ***Advanced Individual Development (AIAD)***
  - ***Semester Abroad***
  - ***Military Advanced Individual Development (MIAD)***
  - ***Leadership Detail***
  - ***Team Captain***
- ***Strategic Imperative 2:  Foster Relevance and Preeminence***
  - ***Build Diverse and Effective Teams***
    - ***Retention trends and efforts***
    - ***SHARP Education Program***
  - ***Faculty and Staff Excellence***
  - ***Intellectual Capital***
  - ***Stewardship***
    - ***Impacts of National Defense Authorization Act***
    - ***Master Facility Plan  2035***
    - ***A76 law***
    - ***Memorialization***
  - ***Culture of Excellence***
  - ***Semester Highlights***

**MINUTES**
**BOARD OF VISITORS ANNUAL MEETING**
**October 20, 2017**
**West Point, NY**

**1. DESIGNATED FEDERAL OFFICER'S REMARKS.** Colonel (COL) Mark Bieger stated for the record that the United States Military Academy (USMA) Board of Visitors (BoV or Board) operates under the authority of US Code Title 10, Section 4355. The Board is an Advisory Board subject to the Federal Advisory Committee Act.

**2. CHAIRMAN'S REMARKS.** Prior to Congressman Womack's opening comments, two video clips were played of Former President George W. Bush receiving the 2017 Thayer Award. After the videos, Congressman Womack welcomed the members in attendance and thanked them for their attendance, and then introduced Lieutenant General (LTG) Robert L. Caslen,Jr., the 59th Superintendent to provide his opening remarks.

**3. SUPERINTENDENT'S REMARKS.** LTG Caslen welcomed the members and thanked them for attending the meeting. He welcomed the Secretary of the Army's representative, Ms. Diane Randon, the Senior Career Official Performing the Duties as Assistant Secretary of the Army for Manpower and Reserve Affairs. He also thanked his staff for the long hours and hard work to ensure meetings are professional, run smoothly and are value-added. LTG Caslen provided the following highlights from recent events:

   a. Dedication and ribbon-cutting of the newest Cadet Barracks: The barracks is named after General Benjamin O. Davis, Jr., USMA Class of 1936, who was the first African-American general to graduate in the 20th century. General Davis also commanded the Tuskegee Airmen during World War II.

   b. Heads of state visits: USMA hosted three heads of state within a 72-hour span from 18-22 September, which included Prince Albert of Monaco and the Presidents of Ukraine and Poland.

   c. Thayer Award: Former President George W. Bush was honored as the 2017 Thayer Award Recipient.

The annual college rankings were the next topic. West Point was recognized as one of the best colleges in the country. The following rankings were provided to the members:

   a. *US News and World Report*

      (1) #1 Public Liberal Arts College

      (2) #4 Best Undergraduate Engineering Program

1

      (3)  #1 One Civil Engineering Program

      (4)  #1 Pick by High School Guidance Counselors (for the 5th year in a row)

   b.  *Princeton Review*

      (1)  #1 Best Classroom Experience

This recognition validates USMA as a top-tier institution of higher learning and reflects the commitment of our staff and faculty in providing a world-class education and developing leaders of character for the Army and the Nation.

The Superintendent highlighted excellence on the athletic fields.  The Army West Point football team's current record is 5-2.   Other teams enjoying success and victories over Navy are golf, sprint football, women's volleyball, men's cross-country, women's cross-country, men's volleyball, and chess.

LTG Caslen relayed a good news story about the Corps of Cadets' participation in the recent Tunnel to Towers 5K run, an annual event that honors New Your City firefighter, Steven Siller, who gave his life in the line of duty on 9/11.  Hundreds of Cadets volunteered to give up a Sunday, in which they boarded buses at 3:00am, led the run, which started at Mr. Siller's fire house in Brooklyn went through the Brooklyn-Battery Tunnel, and finished at the site of the World Trade Center towers. After the run was finished, the cadets returned to West Point.  LTG Caslen thanked the members again. The Chairman then recognized Ms. Randon.

**4.  MS. RANDON'S REMARKS.**  Ms. Randon thanked the Chairman and noted her current title is now the Official Performing the Duties of the Principal Deputy Assistant Secretary of the Army for Manpower and Reserve Affairs.  She welcomed everyone for attending and was honored to be representing the Secretary of the Army.  She discussed her attendance at the previous week's annual meeting of the Association of the United States Army (AUSA).  She highlighted the many discussions focused on readiness, the Army's number one priority, and emphasized that all we do must contribute to readiness in some way.  She quoted the Chief of Staff of the Army, "If the Army neglects readiness, we will lose the next war.  Readiness has never been more important."  The Army's collective strength comes from its exceptional men and women who volunteer to serve.  West Point attracts the most highly qualified, diverse and talented young men and women the Nation has to offer and builds and enhances the Army's readiness by training these men and women to be ethical, competent and resilient officers.  This vital mission requires funding to not only educate and train the Corps of Cadets, but also for the cadet barracks and academic buildings to continue to recruit and retain high-quality Cadets and military and civilian staff and faculty. In addition, we must ensure adequate safety, security, logistics and medical care for the installation.  She finished by stating that although she has roots to the Air Force and Navy, she works for the Army, so "Beat Navy!"

5.  **ADMINISTRATIVE ANNOUNCEMENTS.**  COL Bieger, USMA Chief of Staff, noted the last meeting of the Board of Visitors was held in Washington, DC, on 10 July 2017; a quorum was present and the Board of Visitors received updates on the following: Second Semester Highlights; Strategic Imperative 1: Develop Leaders of Character: Sandhurst competition at West Point, BOLC (Basic Officer Leader Course) Performance, MIADs/AIADs (Military Individual Advanced Development/Academic Individual Advanced Development); Strategic Imperative 2:  Foster Relevance and Preeminence:  Build Diverse and Effective Teams-Class of 2021 Profile, SHARP (Sexual Harassment and Assault Response and Prevention) Update; Faculty and Staff Excellence-Faculty Blend of Excellence, Faculty in the Summer, BLDP (Benavidez Leader Development Program) Success; Intellectual Capital:  Projects Day; Stewardship:  Future and ongoing construction; and Culture of Excellence  Included with the agenda, were the following handouts:  Minutes from the 10 July meeting, an open letter drafted by the Chair and Vice Chair of the Board to the Acting Secretary of the Army and Chief of Staff of the Army, and a statement to the Board from LTC (US Army, Retired) Christopher Wagner.

6.  **ROLL CALL.** For the record, a quorum of the Board was present.  A list of attendees, annotated to reflect members arriving late or departing early is appended to these minutes.

7.  **BOARD BUSINESS.**  The following Board Business was discussed and voted on:

    a.  Approval of the minutes from the 10 July 2017 Board of Visitors.  Congressman Womack entertained a motion to approve the minutes from the 10 July 2017 meeting; Ms. Sue Fulton noted a typo in the last paragraph on page 9.  Ms. McNally made a motion to approve the minutes, with the correction noted, and it was seconded by Ms. Fulton.  The minutes were approved unanimously, with the reported change.

    b.  The date of the next meeting of the Board of Visitors was discussed.  The proposed dates were Wednesday, February 28, 2018 and Tuesday, March, 28, 2018, in Washington, DC.  The calendar for the 115th Congress was not available. After discussion of the two dates, the latter being the week of Easter, a motion was made to table the discussion by Ms. Fulton and seconded by Mr. Black.  The motion passed unanimously.  NOTE:  At a later point in the meeting, it was confirmed that Congress would be out of session March 23 – April 9, 2018 so the date of February 28, 2018 was confirmed as the date of the next meeting, in Washington, DC.

    c.  Update of the 2016 Annual Report.  The Annual was finalized in September and e-mailed to members, and e-mailed or mailed to former members for signature.  Once all signatures are received the report will be compiled, printed and mailed as prescribed by statute.

8.  **OTHER BOARD BUSINESS.**

Prior to the USMA updates, Congressman Womack asked the members to review an open letter to the Secretary of the Army that had been drafted by the Chair, Vice Chair, and a couple of other members of the Board (Appendix B). It is in response to recent adverse news and social media reports about a 2016 graduate of USMA. Congressman Womack asked the members to review the letter and determine if it should be signed by all of the members of the Board of Visitors. He also asked that members provide comments or recommended changes to the DFO within the next several days, and opened the floor to discussion.

Ms. Brenda (Sue) Fulton opened the discussion with her concern with the ever-changing news cycle, time is of the essence for this open letter to be effective. She recommended that comments and recommended changes be sent to the DFO by Wednesday, October 25, 2017. She further commented the letter should be made public, but several members had an objection to the last phrase of the letter. The last phrase, referring to LTG Caslen, ("We appreciate his loyalty and dedication to the mission of leading USMA, and we are prepared to march through hell to defend him.") could be removed from the letter, if deemed necessary to get unanimity. Ms Fulton emphasized to the members that the letter wouldn't be much use if it wasn't made public as soon as possible.

Ms. Bridget Altenburg asked if there was a reason the members there couldn't vote on the draft letter.

Congressman Womack asked the members if there were any objections to the draft, and if so, they could be noted. If any member had an objection or a recommended change, the information would be collected and consolidated and then returned to the Chair and Vice Chair to prepare the final draft for all the members to sign. He recognized there may be members who choose not to sign the letter regardless; the bottom line would be to get the letter finalized and out by the end of next week (October 27, 2017). Ms. Fulton agreed.

Congressman Sean Patrick Maloney stated he was happy with the proposed change and ready to approve the letter and vote on it at the meeting, and was prepared to make a motion to do so. If there is unanimity among the members present, it should be done that way. Mr. Frederick H. Black, Sr., and Congressman Thomas Rooney indicated their support for the letter and this course of action.

Honorable Gerald McGowan supported the letter, but recommended the last line be stricken as it would possibly get the most attention. Ordinarily he wouldn't put the phrase in a letter, unless the objective is to get a lot of attention; if that's the case, the last line would be appropriate. Congressman Womack stated that it was his intent to get attention. He strongly believes the purpose of the letter is to get attention and to dispute the allegations against USMA impeaching the institutional character, integrity, and leadership. He further stated that USMA is fortunate to have LTG Caslen as the Superintendent. Although he prefers the letter as written, he would do what the Board

4

wished to do.  Congressman Maloney then revised his earlier comments, stating he would approve the letter as written.

Ms. Fulton noted that while the last phrase in the letter would generate a lot of attention, more attention would be generated is some signatures were omitted.  If there were members who didn't sign it because of the last phrase, some outsiders would note the members who didn't sign and view this as a lack of support.  This perception of a lack of support would overshadow the strength of the statement and some, in the public domain, may think these members of the Board don't support West Point, which could have a negative impact.  She further recommended it's important for the letter to be approved unanimously.  Congressman Womack countered with the point that we wouldn't know until a final draft was issued (with or without the last phrase).  It is still possible that even if all members agree to the letter, one or two members could later decide he/she doesn't want to sign it.  Honorable McGowan suggested the members present be asked to sign the letter as written and then present the letter, with the consolidated signatures, to the members who are not present and see if they would have any objection to signing the letter.  Ms. Fulton agreed.

Congressman Womack asked if an informal survey could be conducted of the members present.  He asked if there was anyone present who wouldn't sign the letter as presented, to which there was no response.  He then asked if the phrase was taken out, was there anyone who would refuse to sign it because it wasn't strong enough, again there was no response.  He then recommended the letter be sent out to all members and comments or recommended changes be provided to the DFO not later than Tuesday, October 24, 2017 and asked if it was a reasonable timeframe.  Ms. Fulton made the motion and Congressman Maloney seconded the motion.  The motion was approved unanimously.

Senator Jerry Moran asked if there would be discussion regarding what led up to the need for this letter.  Congressman Womack asked LTG Caslen if any of the materials recently circulated on social media would be discussed at this meeting.  LTG Caslen answered that (Second Lieutenant) Rapone would not be discussed because it's still under investigation.  LTG Caslen also indicated the BOV received a letter Lieutenant Colonel (LTC) (R) Wagner, who expressed concerns about the Superintendent's letter, in response to the letter from a former faculty member.  Congressman Womack noted that LTC (R) Wagner was in attendance today and his letter would be a matter of discussion at the end of the meeting.  Senator Moran was satisfied with this response and discussion on this issue concluded.

### a.  USMA UPDATES.

LTG Caslen again thanked everyone for attending and stated how grateful he was for the members' support and their thoughts and concerns over the recent social media scrutiny.  The fact the members would consider something like this means a lot to the Corps of Cadets, Staff and Faculty, and USMA leadership.  He feels USMA is very open

5

and transparent, and is looking forward to addressing LTC (R) Wagner's concerns at the end of the meeting.

USMA Update: All of the briefing slides can be found in Appendix B.  The notes below represent the discussion of the slides.

The Superintendent updated with key events since the last meeting.  In particular he noted:

    (1)  Gettysburg Staff Ride

    (2)  Plebe March Back

    (3)  Affirmation – Class of 2019

    (4)  Ring Weekend – Class of 2017

    (5)  Yearling (Sophomore) Run Back from Summer Training (not on slide)

LTG Caslen followed the events with the mission, vision, his priorities and the strategic plan.  He described Strategic Imperative 1, which focuses on the mission, as the West Point Leader Development (WPLD) program.  The outcomes of WPLDs outline the expectations for cadets by graduation.  Strategic Imperative 2 is linked to the vision statement and has five goals.

    **b.  Dean of the Academic Board.**  Brigadier General (BG) Cindy Jebb, Dean of the Academic Board, gave a brief overview of the Academic Individual Advanced Development (AIAD) experiences and the semester abroad program.  These two programs produce not just critical thinker, but independent thinkers as well.  Critical thinkers have the confidence to make a difference, who understand humility or have humility, and understand when to seek new knowledge and ask good questions.  With that, she introduced Cadets Peter Zhu and George Grindley.  Peter Zhu, Class of 2019, is a Life Science major, who did an AIAD in Madagascar last summer and George Grindley, who had a semester abroad experience in Taiwan.  Both gave brief presentations on their experiences.

    (1)  Cadet Peter Zhu opened with a quote from John Steinbeck, "It means very little to know that a million Chinese are starving unless you know that one Chinese is starving."  He was the first Cadet to go to Madagascar on an AIAD opportunity.  During his time, he met a team of one midwife and two nurses who were in charge of the health and welfare of 12,000 villagers.  He spent two weeks at the maternity ward and primary care center.  He helped conduct patient physicals, vaccinations for infants, birth control injections, and even helped deliver a baby.  He considered his time there unique and rewarding.  Due to the language barrier (he didn't speak French or Malagasy), and being the only US citizen, he had to learn the customs and develop a relationship of trust with this patients.  He learned the importance of treating elders and ancestors with

<div align="center">6</div>

respect as well as learning to be sensitive of patients' emotions, expressions, gestures and non-verbal communication.  He acknowledged his trip could not have been possible without the Stamps Scholarship Foundation, whom he thanked for the opportunity.

    (2)  Cadet George Grindley talked on his semester abroad at Fu Jen Catholic University in Zinzhuang, which is 10 miles southwest of Taipei.  He studied Mandarin.  The lessons he learned during his time in Taiwan, included:  don't question the teacher in the classroom; on subways in Taiwan, always stand on the right side of the escalator unless you're passing someone; always cue in a neat and orderly line outside the subway; on the streets of Taiwan, never cross the street until there's a 'green man' waving at you from across the street, even if there is no oncoming traffic.  His experiences helped him realize there are very different way to view the world and to recognize and consider societal and cultural influences and differences when traveling abroad in the Army.

    **c.  US Corps of Cadets.**  BG Steve Gilland, Commandant of Cadets, introduced Cadets Taylor England, she is a Command Sergeant Major in the 3rd Regiment and a Chemical Engineering major who wishes to branch Infantry following commissioning, and Cadet Andre Michell is a Cadet Battalion Commander of the 3rd Battalion, 3rd Regiment, he is a Computer Science major who is also requesting to branch infantry after graduation.  Both Cadets briefed the board on their leadership experiences.

    (1)  Cadet England provided examples of enlisted Soldiers who had given her advice on how to lead and to never give up when the going gets tough.  She has attended Air Assault and Airborne schools while at West Point.  Both schools were mentally and physically challenging and she will be able to bring the lessons learned as well as experiences to her first unit and make her a better leader.

    (2)  Cadet Michell is a member of the Student Conference on U.S. Affairs (SCUSA), involved in the United Catholic Fellowship and a member of the special interest group on singles and communication (SigSac, for short).  He has been a trainee at Cadet Basic Training, Cadet Field Training and Cadet Leader Development Training (CLDT).  He then served as a Commander of CLDT.  He learned what it means to create a vision, build a team around that vision, and accomplishing the mission.  The experience gave him the confidence he needed to lead the Army's Soldiers and impressed upon him the importance of a leader's poise and to develop his principals, which will enable him to be a consistent leader.

    **d.  Director of Intercollegiate Athletics.**  Mr. Eugeen (Boo) Corrigan, Athletic Director, introduced Cadet Clare Shea, the head of the Student Athlete Advisory Council (SAAC).  There are 28 intercollegiate sports and of the 28 captains, one is selected to lead the SAAC.

    Cadet Shea thanked everyone and introduced herself as an Operations Research major and Captain of the Women's Soccer Team.  Being a team captain has been a great leadership experience, one that other Cadets don't necessarily get.  She

then quoted General Douglas MacArthur, "On the fields of friendly strife are sown the seeds that, on other fields and other days, will bear the fruits of victory." Cadet athletes exemplify what the Superintendent spoke about; building a culture of excellence and winning culture every day. Cadet Shea was a Platoon Leader during summer training, where there is a clear division between leader and subordinates and discussed how this is different on a team. On a team, regardless of class, cadets build closer relationships and become more friends and less subordinates.

The next topic was Sustain Diverse and Effective Teams. The first item under this topic discussed was gender integration and gender success at West Point, over the past 40+ years. LTG Caslen presented slides on retention at the Academy, by ethnic groups and gender. He explained retention rates to the Board over the years and noted significant progress in retaining female cadets between 1980-1995. In 1995, General Abizaid, then Commandant of Cadets, changed the "fourth-class leader development system" to the "cadet leader development system." The significant difference is that every class is responsible for leadership, and this has shifted USMA's focus to more of a developmental model. As a result, numerous programs have been created for retention support. For example, incoming Cadets who come from urban or underprivileged communities may never have been exposed to water, but they must pass a course in survival swimming. We started a beginner swim course that helps these cadets develop a familiarity with water and the basics of swimming. Similar programs have been instituted for Math and English. Peer-tutoring programs have also become successful. He noted a 100% increase in African American failures as a result of the Cultural Affairs Seminar, a peer-led group. Cadets are teaching each other most evenings, at 7:30pm on the 4th floor of Thayer Hall. There is also a Character Support Program. A Cadet who has issues with character, such as respect, honor, or alcohol, who aren't separated, will go into a Special Leader Development Mentorship Program. All of these programs are designed to meet the cadets where they are, and develop them into leaders of character.

**e.  Sexual Harassment/Assault Response and Prevention (SHARP) Update.**
During AY 17-18, the number of reports has increased; this does not mean overall assaults are up, only that reporting is up. Unrestricted reports are investigated, while restricted reports cannot be investigated. There are many reasons reports are reported as restricted, such as not wanting to harm the alleged assailant's career or reputation. Of the 24 reports, and that were investigated, 7 were founded and action taken, 9 were unfounded and 5 are still under investigation. The number of restricted reports was higher – 29, with 8 of them having been converted from restricted reports. Of note, reports during summer training, when Cadets are away from West Point, reporting has increased. USMA leadership, in the past, usually didn't find out about a sexual assault until after the Cadet returned to USMA. What is happening now, is Cadets are reporting assaults right away, even if they aren't at West Point, indicating an increase in the confidence in reporting and the system; victims increasingly feel confidence the system will provide support and hold offenders accountable. There has been an increase of incidents reported involving Staff and Faculty, which is concerning and the first time it's been seen since LTG Caslen has arrived. This is an issue not only at USMA, but also

8

at the USMA Prep School. Although most reports are Cadet-on-Cadet, there have been some staff-on-Cadet, where the assailant is from staff and faculty.

Ms. Samantha Ross, SHARP Program Manager briefed the Board on the Annual SHARP Symposium, which was completed the week before this meeting. This year's theme was called "Relationships 101" and included several activities and speakers. This year's symposium added a new element of a mandatory lecture series that every member of the Corps of Cadets attended. Each group had a specific topic and speaker, including Alexis Jones, who spoke to athletes; "Sex Signals," which was the topic for Yearlings, and is used across the Army; Don McPherson, former college and NFL football player, spoke about encouraging men to be their authentic selves spoke to Firsties; Mr. Mike Domitrz spoke to Plebes with his program called "Can I Kiss You" on how to look at another person with respect and use that respect in an interactive relationship with them.

BG Cindy Jebb, introduced LTC Bryan Price, Director of West Point's Counter Terrorism Center (CTC). Prior to 2003, there was no institutionalized education for the Cadets relating to counterterrorism, counterinsurgency, and Homeland Security. The CTC was setup 14 years ago and is also involved in the education of arming current and future leaders about the topics of counterterrorism. The CTC has a 3-prong approach: to teach, research, and advise policymakers. The CTC manages the Academy's largest academic minor in Terrorism Studies, and its staff goes outside the Academy to teach staffs in the Department of Defense and other agencies. A few examples, LTC Price provided were; CTC staff members briefed the 75th Ranger Regiment on the CTC's research about the Islamic State; and a faculty member in Washington, DC briefed the Central Intelligence Agency (CIA) and the office of the Director of National Intelligence on its Africa research. In the past 18 months, the CTC has briefed its research in front of agencies such as the Secretary of Defense, Director of the CIA, four different Combat commanders, including the US Special Operations Command, Central Command (CENTCOM), Northern Command (NORTHCOM), and Africa Command (AFRICOM). In one week this fall, the CTC hosted the Commander of the New York City Joint Terrorism Task Force, the US Ambassador from AFRICOM and the director of the National Counterterrorism Center. The CTC is primarily funded by private and independent funds, which allows them independence to conduct research. They have a joint program with the US Special Operations Command, called "the Harmony Project" that allows them access to captured battlefield documents, which are then declassified and provided to the CTC. Some of the documents the CTC has includes documents from the bin Laden compound, from Abbottabad, Pakistan.

Developing Cadets is the most important mission of the CTC. The Cadets take what they learn in the classroom and apply the information to real-world problems. Some of these include a summer internship program, Cadets are sent to various agencies, such as the Federal Bureau of Investigation's (FBI) elite Fly Team, the organization that flies all around the world to investigate terrorism incidents. Cadets participated in a State Department/Facebook-sponsored program to craft counter-narrative social media

campaigns to counter the Islamic State.  The CTC did research on the largest cache of ISIL foreign fighter personnel records in a joint effort between the CTC and NBC.

BG Jebb then went over some initiatives the Dean's Office is working on.

(1)  Intolerance – An "Author's Night" was held, in collaboration with Bard College, celebrating 200 scholarly works between January-June 2017, which provided a different light on the topic of intolerance.  They continue to post visits.

(2)  A Book Club Focused on the "Immortal Life of Henrietta Lacks."  The book is very rich in terms of political, social, and cultural context.

(3)  Different Classroom Configurations.  Moving into the next decade, and academic building renovations, there is a need to change classroom design.  The Dean's Staff is experimenting with different classroom configurations.

**f.  Effective Stewardship.**  LTG Caslen started with a question he is often asked by Board members, "How can we help you?"  He gave three areas where members could provide assistance with upcoming legislation in the upcoming National Defense Authorization Act (NDAA) and one area which affects the US Army Garrison West Point.

(1)  There is language in the NDAA that would reduce the Dean's rank.  The NDAA would relegate the decision to the Army, so the Army can determine the rank of the Dean of the Academic Board, which is currently Brigadier General.  USMA believes the Dean of the Academic Board should remain at Brigadier General.

(2)  Pro Sports.  This particular issue is currently in committee – the House of Representatives feels a graduate of a service academy, recruited by professional sports teams, should serve five years of active duty after graduation, while the Senate feels a graduate of this sort should go into the Reserves after graduation.  USMA's position is if a Cadet upon graduation, is being recruited by pro sports teams, should not forfeit his/her obligation to the Nation; this obligation can be an alternate form of service, but not forfeiture of service.  There is great benefit when graduates, who become professional athletes put on their uniforms and go to high schools and talk to potential applicants who are interested in the US Army.  This would also address another national problem – the civilian/military gap that exists in America.

(3)  "Act for Healthcare Reform".  LTG Caslen is very concerned because West Point's Keller Army Community Hospital (KACH) could lose much of its inpatient capability, such as orthopedic surgery.  Further, the installation's senior commander, i.e., the Superintendent, would lose command and control of the hospital.  He introduced COL Eric Sones, the KACH Commander, to discuss the issue.  COL Sones noted the first part of this change would take effect on October 1, 2018, when DHA takes ownership of the healthcare system, the second part is the loss of Emergency Room capability, which would strongly degrade West Point's readiness.  Over the last five years, KACH has had an average of 358 inpatients (Cadets) at KACH per year.

10

Unlike the Naval and Air Force Academies, there is no large city outside of the gates of West Point. Should these capabilities be lost, the nearest hospital with an ER is north, over Storm King Mountain in Newburgh, NY, which in the winter can be treacherous. Readiness as well as accountability will be significantly degraded as Cadets will no longer be treated on West Point.

(4) A-76. Office of Management and Budget (OMB) Circular A-76 provides the policy guidance and implementation procedures for government agencies to use in deciding whether to contract out for commercial activities – a product or service that could be obtained from a private sector source. LTG Caslen introduced COL Andrew Hanson, the Commander, US Army Garrison West Point, to discuss. COL Hanson is tasked with creating and maintaining the facilities and infrastructure to allow instructors and Cadets to receive a good education and other opportunities. A-76 regulations mandates that workers cannot be replaced by contractors and studies done in the past to find the "most efficient organization" cannot be conducted right now. In 2003-2005, West Point conducted an A-76 and the in-house workers were deemed as the "most efficient organization." Since then, 215 authorizations were removed from the US Army Garrison West Point's table of authorizations. The consequences of the loss of these positions include Cadets having to clean the barracks and man the security gates. In 2013, there were 203 facilities rated as poor or failing; in 2017, that number is now 475. There are two options that would help the Garrison, and by extension, USMA, with this issue:

(a) Re-compete in A-76 in order to allow the Garrison to contract out the work

(b) Return some of the civilian authorizations that have been lost to increase the garrison workforce

LTG Caslen reiterated the issue facing West Point in its inability to fill these positions in the fields of security, custodial, and maintenance. USMA has the funding available to contract out the work, however, due to A-76 USMA is unable to do so. These functions must remain in government service and without additional manpower these functions, security, custodial, and maintenance, cannot be done properly.

COL Greg Boylan, Director of Strategic Resource Planning and Integration, or G5R, at USMA briefed the Board on the USMA 2035 vision. Over the past hundred-plus years, starting at the turn of the 20th century, USMA saw three major renovation periods, each roughly 30 years apart. The last and most recent of these renovations occurred in the 1960's. The current renovation wave started with the Cadet Barracks Upgrade Project (CBUP) and includes renovations to existing barracks and the building of the newest barracks, Davis Barracks. Academic building and military development complex, such as Camps Buckner and Natural Bridge, which were built in the 1900's as vacation homes and "Mine Town" and were acquired by USMA in 1943 and are 20 years overdue for major renovation and modernization. The current renovation projects, through 2035 will include CBUP, CEAC (Cyber and Engineering Academic Center), and ABUP (Academic Building Upgrade Program). The CEAC and ABUP will enable the academic

11

program to functionally align to be more effective and efficient accomplish the mission. A Humanities Center will be completed on Trophy Point, and the West Point Military Complex Upgrade (MILCUP) will yield a world-class military education, academic, training, and readiness vision, and includes upgrading the Camps and Ranges surrounding West Point.  On the physical development side, historic portions of Arvin Gym, not addressed when Arvin was renovated 10 years ago, will be made and completed.  This includes the system of pools, athletic fields, and the river courts.  The east stands at Michie Stadium, which will house the Director of Intercollegiate Athletics will be upgraded, as will other athletic facilities, including Gillis Field House.  Upgrades will also be made to Information Technology (IT) infrastructure and utilities infrastructure.  Four takeaways from this briefing are:

(1)  While complex and expansive, the program is executable

(2)  Each phase is 'like a rock being thrown into a pool,' each will have ripple effects in the form of additional resources required to maintain and sustain the program in the future

(3)  This is a lot and can be overwhelming, however these projects will evolve between now and 2035

(4)  Recognize time doesn't stop at 2035, and the need to ensure projects started now are linked to, and setting conditions for, whatever projects are needed beyond 2035

**g.  Confederate Naming.**  LTG Caslen briefly discussed the issue of Confederate naming, or any memorialization naming done at West Point.  All naming is required to be done in conjunction with Army standards; it cannot be done separate of the Army. After the shooting in a predominately African-American church in Charleston, SC, the Superintendent was approached by three organizations to rename buildings, facilities, and rooms that were named after Confederate officers who graduated from USMA, most notably Robert E. Lee, who has no less than 12 buildings, facilities, rooms, etc., named after him on West Point.  The Army as a whole, has a bigger problem, since 10 military posts are named after Confederate Generals.  LTG Caslen asked General Milley if USMA could establish a panel to look at the issue.  The bottom line is, USMA must stay in line with Army policy on the issue of Confederate naming.  If the Army or Department of Defense mandates the renaming of Confederate-named entities, USMA will do so.

## 9. REMAINING BOARD BUSINESS.

Congressman Womack recognized LTC (R) Christopher Wagner, a USMA graduate and former instructor, to discuss his letter, submitted to the Board, regarding recent adverse news and social media coverage of USMA, in particular a letter LTG Caslen wrote in response to an open letter by a USMA Graduate regarding this coverage Appendix D).  His main concerns were:

12

(1)  Although LTG Caslen's letter laid out the case of how well the Academy's doing and has been doing in fulfilling its mission, it didn't quite address the main concern:  the frustration on the part of the faculty in fundamental discipline and honor violations not being properly disposed of.

(2)  Having a command climate survey with regard to Honor might be an avenue to take to fact-find and understand where the faculty is on their interaction with the Cadet Honor System.

LTG Caslen began his response by providing statistics from last year, but prefaced it with background information on the 1976 Honor violation which resulted in the Bormann Commission, which examined USMA's "…Honor Code, the Honor System, and conditions surrounding the honor system at West Point.."  The Bormann Commission recommended to the Secretary of the Army to allow the Superintendent discretion – discretion to allow a Cadet to stay at West Point provided they complete an Honor Mentorship Program, and other conditions were put in place as well; if any of those conditions were violated, the suspension was removed and the Cadet separated.  An example was of a cadet he met when he was the Commandant of Cadets, who was an incredible Cadet who had committed an Honor violation as a Plebe.  She was granted discretion, and became one of the finest Cadets in the Class of 2007.  LTG Caslen then gave several statistics regarding Honor cases he has adjudicated since becoming Superintendent, showing how discretion has given deserving Cadets a second chance to become better through the Honor Mentorship Program.  He further noted the existence of the Superintendent's Honor Review Committee, which includes staff and faculty members from across West Point and is headed by a Department Head.  The Honor Review Committee meets continually to assess the status of the Honor system and its internalization by the Corps of Cadet.  LTG Caslen also meets frequently with the Honor Review Committee.  Every Cadet is surveyed on Honor once a year on their impression of the Honor Code and Honor System.

Congressman Womack thanked LTG Caslen for his detailed analysis of the Honor Code and Honor System as well as the explanation he presented.  Congressman Maloney requested to make a statement.  He thanked LTG Caslen for his update and to reiterate what was said earlier in the meeting about believing in the letter they agreed to send earlier.  He thought the Superintendent did an excellent job of summarizing some of the allegations in his response to the letter referenced by LTC (R) Wagner.  He then noted this was the second Board meeting in which a member of the public has been recognized to speak to the Board about their unsolicited thoughts on the Academy, on changes or the current status of the Academy.  He then asked about the Board's policy with respect to "…allowing people who write letters to join us and share their thoughts, and whether that's going to be inclusive of all points of view, but more specifically to this instance…"  A response to Congressman Maloney's statement, regarding members of the public submitting statements for the Board's consideration, was provided to Congressman Maloney and Congressman Womack's Office, dated November 27, 2017 (Appendix E).

13

**10. ADJOURNMENT.**  With no further comments, and having a motion, and second to adjourn, Congressman Womack adjourned the meeting at 12:16pm.  This concluded the October 20, 2017 Fall Meeting of the USMA Board of Visitors.

Certified by:

STEPHEN A. WOMACK
U.S. Representative
Chairman

DEADRA K. GHOSTLAW
Designated Federal Officer

14

## ATTENDANCE ROSTER

**Congressional Members:**
Senator Jerry Moran
Congressman Steve Womack
Congressman Sean Patrick Maloney
Congresswoman Stephanie Murphy                    Arrived 10:37am
Congressman Thomas Rooney

**Presidential Appointees:**
Ms. Sue Fulton
Ms. Bridget Altenburg
Ms. Jane Holl Lute
COL (Ret) Frederick H. Black, Sr.
Ms. Elizabeth McNally                             Arrived 9:40am
HON Gerald McGowan

**The following members were absent:**

Senator Richard Burr
Senator Chris Murphy
Senator Kristen Gillibrand
Congressman Mike Conaway

**Based on the BOV attendance, a quorum was present.**

**Other attendees:**
Ms. Diane Randon, Senior Official Performing the Duties of Assistant Secretary of the
    Army for Manpower and Reserve Affairs
LTC Charcillea Schaefer, SAFM-BUL
MAJ Shawn Schroeder, OCLL
MAJ Jacquelynn Jordan, OCLL
COL Trevor Bradenkamp, OCLL

**USMA Command and Staff Members in Attendance:**
LTG Robert L. Caslen, Jr., Superintendent of the United States Military Academy
CSM Timothy Guden, USMA Command Sergeant Major
COL Mark D. Bieger, USMA Chief of Staff
LTC Charles Kean, Superintendent's XO
MAJ Burton Eissler, Superintendent's Aide de Camp
MAJ Justin L. Miller, Secretary of the General Staff
Ms. Deadra Ghostlaw, Assistant Secretary of the General Staff and DFO
Mr. Jeffrey Reynolds, Chief of Protocol/Alternate DFO
Ms. Stephanie Stach, Executive Assistant, Chief of Staff
BG Cindy Jebb, Dean of the Academic Board
MAJ Emily Spencer, Dean XO

15

BG Steve Gilland, Commandant of Cadets (USCC)
CSM Thomas Kenny, USCC Command Sergeant Major
Mr. Eugene Corrigan, Director of Intercollegiate Athletics
Mr. Gaylord Greene, AWPAA
COL Erik Christiansen, Staff Judge Advocate
COL Deborah McDonald, Director of Admissions
COL Holly West, USMA G5
Dr. Gerald Kobylski
MAJ Scot Keith, Public Affairs Officer
COL Edward Teague, Chief Information Officer/G6
LTC Chevelle Thomas, Incoming Public Affairs Officer
LTC James Osuna, Inspector General
LTC Kenneth Heckel, Director of Academy Advancement
Ms. Ana Wallace, Acting USMA G4
COL Eric Sones, Commander, MEDDAC
CSM Kyle Brunell, CSM-MEDDAC
LTC Russell Methvin, Commander, DENTAC
COL Christopher Budihas, Commander, USMAPS
CSM Eugene Dydasco, CSM-USMAPS
Ms. Samantha Ross, SHARP Program Manager
Mr. Leslie Brehm, DCS/USMA G-8
COL Andrew Hanson, Commander, USAG West Point
    COL Lynn Marm, CDR, US Army Medical Material Agency
    LTC Cecil Marson, War College Student, Incoming CDR, USAG West Point
Mr. Charles "Bo" Thompson, Sound Engineer
Mr. Scott Blair, Sound Engineer
Ms. Jennifer Linnartz, SJA, Recorder
Ms. Michelle Eberhart

**Legislative Assistants:**
Mr. Beau Walker (Rep Womack)
Mr. Alec Johnson (SEN C. Murphy)
Mr. Will Goodwin (SEN Gilibrand)
Mr. Cullen Lyons (Rep Maloney)
Ms. Khristian Silvis (Rep Maloney)
Mr. John Laufer (Rep S. Murphy)
Mr. Brennan Britton (SEN Moran)

**Cadets:**

Taylor England
George Grindley
Andre Michel
Clare Shea
Peter Zhu

16

**Members of the Public:**

Mr. Ken Kraetzer
BG (Ret) Samuel Lessey
Mr. Mike Randall
LTC (Ret) Christopher Wagner
Mrs. Debra Wagner



# USMA Board of Visitors Meeting
## 20 October
## West Point NY

1



## Agenda

- **Introduction**
- **Board Business**
- **Superintendent Topics**
- **Strategic Imperative 1: Develop Leaders of Character**
  - Advanced Individual Development (AIAD)
  - Semester Abroad
  - Military Advanced Individual Development (MIAD)
  - Leadership Detail
  - Team Captain
- **Strategic Imperative 2:  Foster Relevance and Preeminence**
  - Build Diverse and Effective Teams
    - Retention trends and efforts
    - SHARP Education Program
  - Intellectual Capital
  - Faculty and Staff Excellence
  - Stewardship
    - Impacts of National Defense Authorization Act
    - A76 law
    - Strategic Infrastructure Plan – "USMA 2035"
    - Memorialization
  - Discussion

2

2/23/2018



UNITED STATES MILITARY ACADEMY
WEST POINT.

**Board Business**

1. Approval of Minutes from last meeting
2. Approval of Annual Report
3. Date for next BOV—28 Feb or Mar 27 in Washington D.C.

3

UNITED STATES MILITARY ACADEMY
WEST POINT.

*Superintendent's Topics*

4

157

2

UNITED STATES MILITARY ACADEMY
WEST POINT.

### Key Events since last BOV

| | |
|---|---|
| • Gettysburg Staff ride for AY18 Chain of command | **11-12 Aug** |
| • Marchback-Class of 2021 | **14 Aug** |
| • Superintendent's Award of Excellence- guest speaker Mr. Fareed Zakaria | **17 Aug** |
| • Affirmation-Class of 2019 | **20 Aug** |
| • USMA Strategic Offsite | **29-30 Aug** |
| • Ring Weekend-Class of 2016 | **25-27 Aug** |
| • NYC "Meet your Army" Engagement Dinner | **6 Sep** |
| • Branch Week | **11-16 Sep** |
| • Prince Albert of Monaco Visit | **18 Sep** |
| • President Petro Poroshenko of Ukraine Visit | **18 Sep** |
| • Ambassador Joe Westphal-Former US Ambassador to Saudi Arabia Visit | **20 Sep** |
| • President Duda of Poland Visit | **21 Sep** |
| • Tunnels to Towers | **24 Sep** |
| • Malek Soccer Stadium dedication | **26 Sep** |
| • Nininger Award Ceremony | **28 Sep** |
| • Athletic Hall of Fame dinner | **29 Sep** |
| • Relationship Summit | **10-12 Oct** |
| • Thayer Award Dinner-President George W. Bush | **19 Oct** |

5

---

UNITED STATES MILITARY ACADEMY
WEST POINT.

### Vision and Mission

**Vision**

West Point is the world's preeminent leader development institution.

**Mission**

To *educate, train, and inspire* the Corps of Cadets so that each graduate is a commissioned *leader of character,* committed to the values of  Duty, Honor, Country and prepared for a career of professional excellence and service to the Nation as *an officer in the United States Army*.



*"Inspire Leaders of Character"*

6

---

### UNITED STATES MILITARY ACADEMY WEST POINT.  *Superintendent's Priorities*

- **Leader Development:** Produce military leaders prepared to fight and win America's wars.

  – **Honorable Living:** <u>Develop leaders</u> who live honorably 24/7, who have internalized the values of Duty, Honor, Country, and the values of our Army.  Ensure that climate exists here at West Point.

  – **Sexual Harassment/Assault/Command Climate:** <u>Develop leaders</u> who lead with command climates of dignity and respect, where everyone on the team feels value added, and feels secure both physically and emotionally.  Ensure that climate exists at West Point.

  – **Winning Culture:** <u>Develop leaders</u> who build a culture of excellence and winning in everything we do.   We will win honorably, not changing our standards nor who we are.

  – **Diversity:** <u>Develop leaders</u> who recognize and leverage the power of diverse teams. Continue to build and retain a diverse USMA team, both within the Corps of Cadets and our staff and faculty.

- **Force Protection**: Ensure West Point remains a safe and secure installation for the Corps of Cadets, staff and faculty and their families, and our guests.

- **New York City:** Continue to build our partnership with New York City to enhance Cadet development and enrich our connection with the American people.

- **Beat Navy!**

7

---





West Point Leader Development Outcomes
*Upon commissioning West Point graduates will:*

- Live honorably and build trust
- Demonstrate military, intellectual and physical competence
- Develop, lead, and inspire
- Think critically and creatively
- Make sound and timely decisions
- Communicate and interact effectively
- Seek balance, be resilient, and demonstrate a strong and willing spirit
- Pursue excellence and continue to grow

Strategic Imperative 1:
Develop Leaders of Character
*"What leaders does the Army need in 10, 20 and 30 years?"*

9

---

### Cadet Experiences



- Academic Advanced Development Program
  - Cadet Peter Zhu
- Semester Abroad
  - Cadet George Grindley
- Military Advanced Development Program
  - Cadet Taylor England
- Leadership Detail
  - Cadet Andre Michel
- Team Captain
  - Cadet Clare Shea

10

















UNITED STATES MILITARY ACADEMY
WEST POINT

## Cadet-Athletes and the Student Athlete Advisory Council

Men and Women Swimming and Diving both named Scholar All-America Squads

Clare Shea nominated as Senior CLASS award candidate, and serves as Student Athlete Advisory Council Chair

Volleyball defeats Navy in come from behind win in 5 sets

Men and Women's Cross Country sweep Navy for first time since 2005

First time since 1984 that football beat Navy and won a bowl game in the same season

Men's Lacrosse defeats two top-5 teams (Syracuse and Notre Dame) enroute to being nationally ranked #16

***2016-2017 Season Highlights***

- ***.590 overall winning percentage was highest winning percentage since 1993-1994 season***
- ***43 Cadet Athletes on Patriot League Fall Academic Honor Roll***
- ***92 Cadet-Athletes made Winter/Spring Honor Roll***
- ***8 Patriot League All-Academic Teams***
- ***8 Patriot League All-Academic Teams***

UNITED STATES MILITARY ACADEMY
WEST POINT

Strategic Imperative 2:
Foster Relevance and Preeminence
*"What is required to foster relevance and preeminence in 10, 20 and 30 years?"*

Goals

- **Build and sustain diverse and effective teams**
- Develop and provide intellectual capacity
- Promote staff and faculty excellence
- Practice effective stewardship
- Instill and foster a culture of excellence and winning

16

## Retention Support

UNITED STATES MILITARY ACADEMY
WEST POINT.

**Courses and Workshops**
- RS100 & 101: Student Success Course
- RS102: Reading Efficiency Course
- RS103: Information Literacy & Critical Thinking
- PE 107: Developmental Fitness
- PE 109: Developmental Swimming
- MA100: Introductory Math
- EN100: Introductory English
- PL399A: Mental Skills Course (designed to accompany DPE STAP courses)
- Performance Psychology Workshop: focus on mental skills foundations

**Tutor Program**
- Company visits and tutor certification (over 550 trained tutors in Corps)
- Organize Study Sessions and Term End Exam preparation sessions
- Cultural Affairs Seminar—Cadet led study groups

**Individualize Support**
- Individual cadet appointments to provide academic and mental skills training
- First Year and Beyond Program
- Return to Learn and Concussion Care Management

**Athletic Academic Support Coordinators**
- Academic support directly to cadet athletes

**Character Support**
- Special Leader Development Program
  - Honor
  - Respect
  - Alcohol



Cadet-run TEE prep sessions



RS101 Class

19

## SHARP Update

UNITED STATES MILITARY ACADEMY
WEST POINT.



Strategic Imperative 2:
Foster Relevance and Preeminence
*"What is required to foster relevance and preeminence in 10, 20 and 30 years?"*

Goals
- **Build and sustain diverse and effective teams**
- Develop and provide intellectual capacity
- Promote staff and faculty excellence
- Practice effective stewardship
- Instill and foster a culture of excellence and winning

20

## SHARP Update

UNITED STATES MILITARY ACADEMY
WEST POINT.

as of: 16 Oct

| Annual Year | Unrestricted (incl conversions) | Restricted | Conversion | Founded/ Unfounded/ Ongoing Investigation |
|---|---|---|---|---|
| 14-15 | 18 | 1 | 3 | 9 |
| 15-16 | 19 | 6 | 1 | 7 |
| 16-17 | 24 | 21 | 8 | 7/9/5 – 4 Declined |
| 17-18 | 10 | 5 | 1 | 0/0/7 – 3 Declined |

+ **Reports and Conversions increased over 50% in AY16-17**
- **Several incidents in 16-17 (SA & Other Unprofessional Relationships) involved members of Staff & Faculty or other USMA Community members**
- **Reports during summer training while CDTS were away from USMA increased over previous years (9)**
  + **Victim confidence in our system to support and hold offenders accountable**

21

## Relationships 101 Symposium (10-12 Oct)

UNITED STATES MILITARY ACADEMY
WEST POINT.

**Purpose:** Generate a community experience that will foster honest and reflective exploration of the human dynamics of love, relationships and intimacy.

**Theme: "Unlocking the mystery of human relationships"**

**Workshops**
- **#Getiton**
- **Growing up with Porn**
- **Professional & Intimate Relationships: What Wrong Looks Like**
- **Healthy Relationships**

### Mandatory Lecture Series

| EVENT | AUDIENCE | TOPIC |
|---|---|---|
| Alexis Jones - #Locker Room Talk | Athletes | Men's role in ending violence against women |
| "Sex Signals" | 3rd Class | Relationships, communication and consent |
| Don McPherson – "Heat of the Moment" | 1st Class | Understanding and ending men's violence against women |
| "Shot of Reality" | 2nd Class | Understanding the impact of alcohol on decision making and social situations |
| Mike Domitrz – "Can I Kiss You?" | 4th Class | Bringing consent into sexual encounters |

22



Slide 23: **Symposium Impact…Feedback** (UNITED STATES MILITARY ACADEMY WEST POINT.)

- Entire Corps attended class lectures
- Athletes attended at least two lectures
- 354 - Total voluntary attendees for all Symposium events
- Initial feedback from CDT Committees -

"Seeing an honest speaker give their account and dialogue with CDTs"

"I genuinely feel the entire Corps should hear these talks"

"I was finally able to see issues and unhealthy tendencies in the relationships that I have…"

"..incentivize mandatory lectures…"



Slide 24: UNITED STATES MILITARY ACADEMY WEST POINT.

**Strategic Imperative 2:** Foster Relevance and Preeminence *"What is required to foster relevance and preeminence in 10, 20 and 30 years?"*

Goals
- Build and sustain diverse and effective teams
- **Develop and provide intellectual capacity**
- Promote staff and faculty excellence
- Practice effective stewardship
- Instill and foster a culture of excellence and winning

2/23/2018

## Slide 25

UNITED STATES MILITARY ACADEMY
### WEST POINT.
*Intellectual Capital: Research Centers*

# Research    Educate    Advise

- Combating Terrorism Center
- Center for Data Analysis and Statistics
- Center for Enhanced Performance
- Center for Environ. & Geographical Science
- Center for the Adv. of Leader Dvlpmnt & Org. Learning
- Center for Holocaust and Genocide Studies
- Center for Innovation and Engineering
- Center for Lang., Cultures, and Regional Studies
- Center for Leadership and Diversity in STEM
- Center for Molecular Science
- Center for Nation Reconstruction and Capacity Dvlpmt
- Center for Oral History
- Center for the Study of Civil-Military Operations
- Cyber Research Center
- Mathematical Sciences Center
- Modern War Institute
- Network Science Center
- Nuclear Science and Engineering Research Center
- Operations Research Center
- Photonics Research Center

- Robotics Research Center
- Simon Center for the Professional Military Ethic
- US Army Space and Missile Defense Command Research and Analysis Center
- West Point Center for the Rule of Law
- West Point Leadership Center
- West Point Simulation Center

https://www.usma.edu/centers/SitePages/Home.aspx



- Army Cyber Institute
- Office of Economic & Manpower Analysis
- Center for the Army Profession & Ethic

25

## Slide 26

UNITED STATES MILITARY ACADEMY
### WEST POINT.
*The Value of Combating Terrorism Center Research*

**Easily Shared with Our CT Partners**

**Elevates Public Understanding / Debate**

"Please send all that is issued from the combating terrorism center of the American military."

Usama bin Ladin

**Animates Our Enemies**

**Arms Warriors With Data-Driven Analysis**

26

13











UNITED STATES MILITARY ACADEMY
WEST POINT

<u>Strategic Imperative 2:</u>
Foster Relevance and Preeminence
*"What is required to foster relevance and preeminence in 10, 20 and 30 years?"*

→

<u>Goals</u>

- Build and sustain diverse and effective teams
- Develop and provide intellectual capacity
- Promote staff and faculty excellence
- **Practice effective stewardship**
- Instill and foster a culture of excellence and winning

30

*National Defense Authorization (NDAA) Impacts*

*Imperative 2: Foster Relevance and Preeminence*                    31

---



### NDAA Language to Reduce Dean's Rank

**USMA opposes language that states that the Army is no longer required to staff the Dean of the Academic Board with a brigadier general slot**

- Dean supervises staff and faculty of 800 individuals (including 42 colonels, 73 lieutenant colonels, and 154 civilian professors)
- Dean integrates across the Academy
- Dean manages annual budget of $86.5 million
- Dean is essential for competing for resources at Headquarters, Department of the Army and Army Human Resources Command
- Dean represents USMA in higher education, Department of Defense, and civil society venues
- USMA accreditation is rooted in academic quality
- Academic Program represents 55% of cadet class rank

32



**NDAA Language for Pro Sports Policy**

UNITED STATES MILITARY ACADEMY
WEST POINT

Section 543 of the FY 2018 NDAA (Senate Version s. 1519) : "Discharge in the Selected Reserve of the Commissioned Service Obligation of Military Service Academy Graduates who Participate in Professional Athletics"

– This section would allow newly commissioned officers graduating from the military service academies, who obtain employment as professional athletes, to forego any active duty service and immediately serve in the Selected Reserve until the completion of their commissioned service obligation.

**The White House strongly objects to the current language in Section 543, citing that "individuals should serve as full-fledged military officers, carrying out the normal work and career expectations of an officer who has received the extraordinary benefits of a taxpayer-funded military academy education."**

**USMA Stance**
- The average number of Cadet-Athletes who have the ability to pursue a professional career is very low—usually not more than one per year across football, basketball, hockey, baseball or lacrosse.
- Selected Reservist status would also enable support for graduates that potentially could compete in future Olympic Games
- The unique opportunities for recent graduates to participate in sports at the professional level enhances warfighting readiness by significant favorable exposure enhancing national recruiting, accessioning, and public affairs efforts
- This is not a forfeit of service for the remaining Active Duty Service Obligation, but an alternative service. The cadet's obligation to the American public is fulfilled as an officer in the Army reserves

33

---



**FY17/18 National Defense Authorization Act Healthcare Reform Concerns**

UNITED STATES MILITARY ACADEMY
WEST POINT

**NDAA 2017 Section 702**
- Defense Health Agency (DHA) becomes HQ of a single integrated healthcare system
- DHA Director becomes responsible for the administration of each Military Treatment Facility (MTF) through Service-led Intermediary Component Commands and Service-led MTFs
- Effective 1 Oct 18

**Potential Impacts of NDAA 2017**
- Business efficiency and readiness share equal importance
- Reduction of Keller Army Community Hospital services (emergency room, surgical, inpatient)
- Loss of Orthopedic and Physical Therapy Sports Medicine Programs

**NDAA 2018 Sections 722/723**
- Senate version would replace military MTF commander with military or civilian director if adopted

**West Point inpatient and surgical capability at risk**

34



UNITED STATES MILITARY ACADEMY
**WEST POINT.**

*Other Legislative issues*

*Imperative 2: Foster Relevance and Preeminence*                    35



UNITED STATES MILITARY ACADEMY
**WEST POINT.**                    *A-76 Discussion*

Office of Management and Budget (OMB) A-76 and Section 2461 of Title 10, United States Code

- DoD is statutorily prohibited by law from converting any work currently performed, or designated for performance, by any number of civilian personnel to private sector (contract) performance

- Restrictions prohibit the conversion of any work currently performed

- This includes workload and positions that are impacted as a result of civilian workforce reductions

- West Point is under A-76 restrictions and cannot convert its "in-house" work force

- Over the last five years, West Point Garrison civilian workforce sustained a 25% reduction which equated to 215 authorizations

- Square footage and complexity of work increasing

- Two options: relief from A-76 or restoration of Department of the Army Civilian Authorizations

COL Hanson/USAG/4268                    36









2/23/2018

UNITED STATES MILITARY ACADEMY WEST POINT

## Infrastructure projects

Strategic Imperative 2:
Foster Relevance and Preeminence
*"What is required to foster relevance and preeminence in 10, 20 and 30 years?"*

Goals
- Build and sustain diverse and effective teams
- Develop and provide intellectual capacity
- Promote staff and faculty excellence
- **Practice effective stewardship**
- Instill and foster a culture of excellence and winning

37

UNITED STATES MILITARY ACADEMY WEST POINT

## The Evolution of the "Means" at West Point Over Time

* USMA stood up the Expansion Planning and Control Office (EPCO) in 1963 to centralize and synchronize all expansion planning, coordination, and execution efforts over the decade(+) of the expansion timeline. We have done this again with the establishment of a USMA G-5R to coordinate and synchronize strategic resource planning and integration.

UNITED STATES MILITARY ACADEMY WEST POINT

## "USMA 2035"

**What we expect to be complete by 2035:**

**ACADEMIC**
- CEAC with parking garage operation and in lifecycle management
- ABUP complete, functional realignment in effect
- "Humanities" Center complete – east anchor point to broader Trophy Point effort

**MILITARY**
- CBUP complete with barracks lifecycle management program in full swing
- Military complex upgrades complete – "world class" military education/training/leader development capabilities operational; linked to ranges and main campus via L/V/A/C training and simulations capabilities; life support systems in lifecycle management
- Range revitalization complete – commensurate with top-tier training reqts; linked via L/V/A/C capabilities; multi-functional; flexible to future adaptation

**PHYSICAL**
- Hayes gym top-to-bottom renovation complete – lifecycle merged with Arvin moving forward
- Natatorium complete – Competitive component (Crandall replacement) merged with community component
- CWSSL/IM Pools refurbished; Crandall reduced to dive-tank only; excess space prepped for repurposing as needed/planned
- Target Hill/River Court Athletics fields revitalization complete
- Michie Stadium East Stands complete
- Gillis Fieldhouse overhaul and addition (~ 25K-50K ft$^2$) complete

**ENABLERS**
- Trophy Point revitalization complete – linked to Humanities Center; grounded by USMA and National history
- Community aquatics facility complete – recreational component of broader natatorium concept
- Community fitness center replacement complete
- Current MWR fitness center building functions all relocated; space prepped for further cemetery expansion
- Supporting infrastructure modifications to enable efforts in A, M, and P pillars complete and in lifecycle management
- All personnel augmentation requirements are complete – phased in over 18-year period

UNITED STATES MILITARY ACADEMY WEST POINT

## *Getting to 2035: Integrating and Synchronizing the Program*

**Key Takeaways:**
1) Program is executable
2) Major concurrent "Upgrade Programs" going to create ripple effects that require additional resources to operationalize, manage, and sustain into the future
3) Need to develop our goals for POM sequencing everything beyond ABUP (other than gift-funded efforts)
4) ***MUST*** ensure that what we're focused on now is linked to and sets conditions for what we want to do NEXT…

***What's Next…?***
- Thayer roof extension?
- South Post revitalization?
- West Point Military Training Complex?
- BSF parking/athletic field complex?
- Thayer Gate access expansion?
- Natatorium?

⋮

- ***BEYOND 2035…?***

2/23/2018



**UNITED STATES MILITARY ACADEMY WEST POINT**

**ABUP Update**

## Current Sequencing Plan for ABUP Buildings

| Project | FY19 | FY20 | FY21 | FY22 | FY23 | FY24 | FY25 | FY26 | FY27 | FY28 | FY29 | FY30 | FY31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CEAC | | | | | | | | | | | | | |
| Mologne Hall (606) | | | | 1 | 2 | | | | | | | | |
| Thayer Hall | | | | | 1 | 2 | 3 | | | | | | |
| Washington Hall*** | | | | | | | | | | 1 | 2 | 3 | 4 |
| Wash Cadet Mess | | | | | | | | | | 1 | 2 | | |
| Lincoln Hall | | | | 1 | | | | | | | | | |
| Mahan Hall | | | | | | | | 1 | 2 | | | | |
| Taylor Hall | | | | | | | | | | | | 1 | 2 |

**Future ABUP Work**
   a. Building Q & F Ratings (Oct - Nov)
   b. Finalize ABUP Sequencing (Oct - Nov)
   c. Area Development Plan (Nov - Dec)
   d. CEAC & Parking Garage Design (Nov-UTC)
   e. Thayer Design Charrette (Nov - Dec)
   f. A&E Firm review for utilities, IT, transportation, force protection, KM, maintenance, etc (Dec-Jan)

41

---

**UNITED STATES MILITARY ACADEMY WEST POINT**

**West Point Military Complex:**
*The Future of Military Development*

**PURPOSE:** Provide scalable, adaptable, and sustainable development options that require the integration of intellectual acumen and physical performance to prepare leaders to win in the contemporary operating environment.

**Infrastructure should…**

- facilitate the integration of and contributions to the Decisive Action Training Environment (DATE) and military professional development of staff and faculty.

- resemble what our LTs will see at CTCs and possible deployments – lay the foundation for mastery of military competencies.

- be adjustable and scalable to changes in training events and fluctuations in training support population size.

- support the research and networking efforts of the academy and promote its relationships with the Total Army Force.

- support maximum capacity training (APR through SEP) and tailorable off-cycle events for multiple stakeholders.

**END STATE:**

World class WPMC that facilitates training in support of evolving contemporary requirements, while remaining adaptive to future changes in training competencies, equipment, and force structure.



42

21







UNITED STATES MILITARY ACADEMY
WEST POINT.

## The Way Ahead…

Jefferson Hall (2008)
Bartlett Hall (2016)
Davis Barracks (2017)
**CBUP (ongoing)**

2000-present

**ABUP – A/E Planning**
•Write program
•Detailed planning (both overall / building)
•IMCOM/ACSIM Management

FY18 into FY19

**January 2019**
•**Vision translated into 15-year plan**
•**Synchronizes remaining portions of modernization effort**
•**Future POM cycles planned**
•**Emerging growth strategy codified to support**

***USMA 2035***

60-days

Now-1 Mar 18

**CEAC/Parking Structure**
•Engage Members of Congress to execute two projects as one
•Begin in FY19

**ABUP – into POM**
•Final disposition (who goes where)
•Sequencing of renovations
•Rough planning estimates

**Remaining ADPs**
•**Clinton (Main Central Post Area):** link ABUP planning to broader area development vision for the main campus area
•**Others**: Link area development vision across all pillars/Lines of Effort (Academic, Physical, Military, Enablers)
– **Queensboro** (Ranges/Training Areas
– **Putnam** (Upper Central Post Area)

**West Point Military Complex**
• Continue to refine vision and plan for implementation with HQDA G-3/5/7 (Training Directorate)
• Communicate vision and strategy for implementation with Army Senior Leaders and Members of Congress

UNITED STATES MILITARY ACADEMY
WEST POINT.

## *Discussion Topics*

*Imperative 2: Foster Relevance and Preeminence* 44

**Confederate Memorialization**
**Long Term Analysis and Effort**

*West Point has been looking at this and related topics for years now, as it remains a part of our shared history and future.*

- **June 2015:** Charleston events
- **July 2015:** 3 different USMA governance groups asked for review of Confederate Memorials
- **May 2016:** USMA formed two Memorialization Review Teams
  - *Purpose:* To assess existing memorials at USMA and the consistency of message
  - *Study:* Discussions with SMEs, 7 Focus groups (Staff & Faculty, alumni, cadets), survey
- **Nov 2016:** Teams presented recommendations to Superintendent
- **May 2017:** Final Reports forwarded to Department of the Army
- **June 2017:** USMA received guidance from Department of Army to continue to study
- **Aug 2017:** Charlottesville events
- **Sept 2017:** USMA conducted first "Hot Topics" sessions
  - *Purpose:* To create the environment for open and candid conversations about controversial topics and to increase empathy … to discuss rather than to debate

*West Point will remain fully consistent and in support of the Army, while continuing to pursue areas of common ground.*

45



**Lincoln Center Concert**



**WEST POINT BAND**
*Inspiring America's Leaders for 200 Years*



**29 October 2017**
**Lincoln Center Concert**

46







26 OCT 17

The Honorable Ryan D. McCarthy
Acting Secretary of the Army

General Mark A. Milley
Chief of Staff of the Army

SUBJECT:  Open Letter Concerning the Current State of the U.S. Military Academy

This letter is on behalf of members of the United States Military Academy (USMA) Board of Visitors. We are appointed to ensure West Point produces leaders of character to win America's wars and to push for continuous improvement in this mission. As the President's representatives, we work for the American people as the nation's watchdog over performance of their Military Academy. We take these responsibilities very seriously.

Among our members are Academy graduates and other veterans, as well as former West Point instructors. Nine of us are members of Congress; six of us are Presidential appointees. We represent a broad spectrum of political and personal views. We don't always agree, but we are all dedicated to demanding excellence from West Point.

To accomplish our mission, we seek input from a variety of formal and informal sources. We regularly meet with Academy leadership to discuss issues of strategic and public importance. We observe training, inspect facilities, and engage with cadets, staff, and faculty. We also each engage with West Point in personal ways. Members of Congress nominate cadet candidates. "Old Grads" and former faculty members engage with fellow alums and faculty through personal and professional networks. We incorporate information from all of these venues when deliberating on concerns raised about the Academy. It is a healthy and engaged forum.

Recently, published information impeaching the honor and character of USMA and its leadership has circulated on social media and we feel it deserves a response from the Board of Visitors. Here is our overall assessment, based on careful observations and evaluation.

The time-honored standards in all four pillars of West Point training – military, academic, physical, and character – are as strong as ever. USMA faces many of the same challenges as any other university. Even as USMA has evolved along with society, our standards and output as strong as ever.

We believe in a developmental model. When a cadet fails to perform to a standard, USMA must do its best to train, mentor, coach, and motivate the cadet to adapt and overcome individual shortcomings. The process is designed to build men and women capable of leading soldiers. The process works to ensure that poor performers, those who who consistently fail to meet the standard — in any of the four pillars — do not make the cut. The Academic Board works tirelessly to evaluate each and every cadet fairly and consistently, according to the standards for effective Army leadership.

West Point is not perfect, thus criticism is certain. The Academy and this Board welcome any feedback or concerns. At each Board meeting, we will entertain questions or issues that have been submitted through the proper channels. We expect Academy leadership to be responsive to its critics with proper and thorough accountability.

The Academy is currently investigating how 2LT Rapone was allowed to graduate with an ideology contrary to our values; we believe based on our experience that leadership will determine what happened, and make all necessary changes to ensure it doesn't happen again.

That said, in our studied opinion, we believe the current Academy leadership is outstanding. The Superintendent, the Dean, the Commandant, and the entire leadership team lead the institution with remarkable competence, character, and commitment. They personify the motto: Duty, Honor, Country. LTG Bob Caslen, in particular, is a man of unparalleled integrity, has driven positive change, and increased focus on developing leaders of character at USMA. We appreciate his loyalty and dedication to the mission of leading USMA, and we are prepared to march through hell to defend him.

Respectfully submitted,

STEPHEN A. WOMACK
U.S. House of Representative
Chair, USMA Board of Visitors

BRENDA S. FULTON
Asbury Park, NJ
Vice Chair, USMA Board of Visitors

2

**From:**      Christopher Wagner
**To:**      USMA Board of Visitors; Ghostlaw, Deadra CIV USA USMA
**Subject:**    [Non-DoD Source] Statement/Question for 20 October Board of Visitors Meeting
**Date:**      Thursday, October 12, 2017 9:08:36 PM

From: LTC (Ret) Christopher G. Wagner, 1980 USMA Graduate
Address: 8714 Piccadilly Pl., Springfield, VA  22151
Phone: 703-323-8028 or 703-862-8028

To: Designated Federal Officer (DFO) at:
United States Military Academy, Office of the Secretary of the General Staff (MASG),
646 Swift Road, West Point, NY 10996-1905

Dear Sir/Madam,

I am not a "disgruntled old corps grad."  I am a proud member of the class where women were admitted for the first time.  I did teach in EECS 1990-1993 and am disturbed by the cadet conduct, and Academy treatment of those faculty trying to uphold the most BASIC of standards and honor violations: The ones you learn (absolutely and developmentally) in Cadet Basic Training.

While I take some issue with the personal attack (calling Leadership "Liars") in LTC (Ret) Heffington's Open Letter, I have to say that LTG Caslan, in defending the results attained in a myriad of statistics, has failed to address the **most crucial criticism levied by this former faculty member.  That is, the RESPONSES he, and (it appears) other faculty have gotten from Academy Leadership in reporting —honor violations— and other obvious lapses of basic discipline, including failure to stand in the presence of an officer and speaking with contempt.**

The lack of direct response to this aspect of his letter by the Superintendent appears to be a serious omission.  We must remember that there were signs of trouble that were ignored before the 1975-1976 Cheating Scandal. There are always warning signs. Being "cool on honor" was a thing.  **Even in 1990-1993, the practice was: 1)Recognize a problem, 2)Admit it and not hide or discount it no matter how ugly and 3) ADDRESS it HEAD ON.**

My questions:
1. Can the Superintendent please address this critical aspect of LTC Heffington's letter?

2. Can the Academic Departments be polled, like a Command Climate Survey, to determine whether the faculty experiences corroborate the assertions of LTC Heffington?  Can these be reported to the Board of Visitors?

Sincerely,
Christopher G. Wagner
LTC, USA (Ret)
USMA 1980
——
From: LTC (Ret) Christopher G. Wagner, 1980 USMA Graduate
Address: 8714 Piccadilly Pl., Springfield, VA  22151
Phone: 703-323-8028 or 703-862-8028

Sent from my iPad



UNITED STATES MILITARY ACADEMY
**BOARD OF VISITORS**
646 SWIFT ROAD
WEST POINT, NEW YORK 10996

November 27, 2017

The Honorable Sean Patrick Maloney
United States Representative
123 Grand Street, 2nd Floor
Newburgh, NY 12550

Dear Representative Maloney:

This letter should address your comments regarding written statements made to the USMA Board of Visitors by Members of the Public, at the October 20, 2017 meeting, and their ability to address the Board. A *Federal Register* notice is required to be published a minimum of 15 days prior to any meeting of a committee formed under the Federal Advisory Committee Act, such as the USMA Board of Visitors. Notices for the USMA Board of Visitors are usually published about 20 days prior to meetings. This notice contains information on the date, time, location, ID requirements, agenda, and information specific to Members of the Public attendance at open meetings. The following is provided:

Members of the Public are entitled to submit written comments or statements to the USMA Board of Visitors pursuant to 41 CFR Section 102-3.105(j) and 102-3.140 and section 10(a)(3) of the Federal Advisory Committee Act. These statements may be submitted in response to the stated agenda of the meeting or in regard to the Board's mission in general. Written comments should be received by the Designated Federal Officer (DFO) at least seven business days prior to a meeting in order to be considered by the Board. As the DFO, I review all submitted written comments or statements received, even when they are submitted beyond seven business days before an open meeting of the USMA Board of Visitors.

I share letters and statements to the Board of Visitors with the Chair of the Board and we discuss whether the letter or statement should be considered before a Board meeting begins. In those instances where a letter or statement is received beyond seven business days prior to a meeting, the Chair has the option to consider the letter or statement at the upcoming meeting, or consider it at the next, regularly scheduled, meeting of the Board. The Chair, in coordination with the DFO can decide if the writer should address the Board, at the end of the meeting, if time permits.

As of a few years ago, the following verbiage is included in *Federal Register* notices:

"Pursuant to 41 CFR § 102-3.140d, the committee is not obligated to allow a member of the public to speak or otherwise address the committee during the meeting. However, the committee Designated Federal Official and Chairperson may choose to invite certain submitters

-2-

to present their comments verbally during the open portion of this meeting or at a future meeting.  The Designated Federal Officer, in consultation with the committee Chairperson, may allot a specific amount of time for submitters to present their comments verbally."

All of the provisions of the above references were adhered to prior to the start of the October 20, 2017 meeting.  It is important all members of the public be allowed to be recognized at open meetings of the USMA Board of Visitors, provided all the provisions and rules are adhered to, and the Chair makes the decision in conjunction with the Designated Federal Officer.

I trust this addresses your concerns.  Should you have any questions, or require additional information, please do not hesitate to contact me at (845) 938-4200 or by e-mail, deadra.ghostlaw@usma.edu.

Sincerely,

Deadra K. Ghostlaw
Designated Federal Officer
USMA Board of Visitors



# USMA Board of Visitors Meeting
## 20 October
## West Point NY

1



## *Agenda*

- **Introduction**
- **Board Business**
- **Superintendent Topics**
- **Strategic Imperative 1: Develop Leaders of Character**
  - **Advanced Individual Development (AIAD)**
  - **Semester Abroad**
  - **Military Advanced Individual Development (MIAD)**
  - **Leadership Detail**
  - **Team Captain**
- **Strategic Imperative 2:  Foster Relevance and Preeminence**
  - **Build Diverse and Effective Teams**
    - **Retention trends and efforts**
    - **SHARP Education Program**
  - **Intellectual Capital**
  - **Faculty and Staff Excellence**
  - **Stewardship**
    - **Impacts of National Defense Authorization Act**
    - **A76 law**
    - **Strategic Infrastructure Plan – "USMA 2035"**
    - **Memorialization**
  - **Discussion**

2



**Board Business**

1. Approval of Minutes from last meeting
2. Approval of Annual Report
3. Date for next BOV—28 Feb or Mar 27 in Washington D.C.

3

*Superintendent's Topics*

4

UNITED STATES MILITARY ACADEMY
## WEST POINT.

### Key Events since last BOV

| | |
|---|---|
| • Gettysburg Staff ride for AY18 Chain of command | **11-12 Aug** |
| • Marchback-Class of 2021 | **14 Aug** |
| • Superintendent's Award of Excellence- guest speaker Mr. Fareed Zakaria | **17 Aug** |
| • Affirmation-Class of 2019 | **20 Aug** |
| • USMA Strategic Offsite | **29-30 Aug** |
| • Ring Weekend-Class of 2016 | **25-27 Aug** |
| • NYC "Meet your Army" Engagement Dinner | **6 Sep** |
| • Branch Week | **11-16 Sep** |
| • Prince Albert of Monaco Visit | **18 Sep** |
| • President Petro Poroshenko of Ukraine Visit | **18 Sep** |
| • Ambassador Joe Westphal-Former US Ambassador to Saudi Arabia Visit | **20 Sep** |
| • President Duda of Poland Visit | **21 Sep** |
| • Tunnels to Towers | **24 Sep** |
| • Malek Soccer Stadium dedication | **26 Sep** |
| • Nininger Award Ceremony | **28 Sep** |
| • Athletic Hall of Fame dinner | **29 Sep** |
| • Relationship Summit | **10-12 Oct** |
| • Thayer Award Dinner-President George W. Bush | **19 Oct** |

5

---

UNITED STATES MILITARY ACADEMY
## WEST POINT.

### *Vision and Mission*

#### Vision

West Point is the world's preeminent leader development institution.

#### Mission

To *educate, train, and inspire* the Corps of Cadets so that each graduate is a commissioned *leader of character,* committed to the values of  Duty, Honor, Country and prepared for a career of professional excellence and service to the Nation as *an officer in the United States Army*.



*"Inspire Leaders of Character"*

6

---

### UNITED STATES MILITARY ACADEMY
### WEST POINT.
## *Superintendent's Priorities*

- **Leader Development:** Produce military leaders prepared to fight and win America's wars.

  - **Honorable Living:** Develop leaders who live honorably 24/7, who have internalized the values of Duty, Honor, Country, and the values of our Army.  Ensure that climate exists here at West Point.

  - **Sexual Harassment/Assault/Command Climate:** Develop leaders who lead with command climates of dignity and respect, where everyone on the team feels value added, and feels secure both physically and emotionally.  Ensure that climate exists at West Point.

  - **Winning Culture:** Develop leaders who build a culture of excellence and winning in everything we do.   We will win honorably, not changing our standards nor who we are.

  - **Diversity:** Develop leaders who recognize and leverage the power of diverse teams. Continue to build and retain a diverse USMA team, both within the Corps of Cadets and our staff and faculty.

- **Force Protection**: Ensure West Point remains a safe and secure installation for the Corps of Cadets, staff and faculty and their families, and our guests.

- **New York City:** Continue to build our partnership with New York City to enhance Cadet development and enrich our connection with the American people.

- **Beat Navy!**

7

---



### UNITED STATES MILITARY ACADEMY
### WEST POINT.
*USMA Strategic Plan*
## *"Commitment to Character and Excellence"*

**West Point Leader Development Outcomes**
*Upon commissioning West Point graduates will:*

**Strategic Imperative 1:**
**Develop Leaders of Character**
*"What leaders does the Army need in 10, 20 and 30 years?"*

- Live honorably and build trust
- Demonstrate military, intellectual and physical competence
- Develop, lead, and inspire
- Think critically and creatively
- Make sound and timely decisions
- Communicate and interact effectively
- Seek balance, be resilient, and demonstrate a strong and willing spirit
- Pursue excellence and continue to grow

**Strategic Imperative 2:**
**Foster Relevance and Preeminence**
*"What is required to foster relevance and preeminence in 10, 20 and 30 years?"*

**Goals**
- Build and sustain diverse and effective teams
- Develop and provide intellectual capacity
- Promote staff and faculty excellence
- Practice effective stewardship
- Instill and foster a culture of excellence and winning

8



**West Point Leader Development Outcomes**
*Upon commissioning West Point graduates will:*

- Live honorably and build trust
- Demonstrate military, intellectual and physical competence
- Develop, lead, and inspire
- Think critically and creatively
- Make sound and timely decisions
- Communicate and interact effectively
- Seek balance, be resilient, and demonstrate a strong and willing spirit
- Pursue excellence and continue to grow

**Strategic Imperative 1:**
Develop Leaders of Character
*"What leaders does the Army need in 10, 20 and 30 years?"*

9

---

### Cadet Experiences

- Academic Advanced Development Program
  - Cadet Peter Zhu
- Semester Abroad
  - Cadet George Grindley
- Military Advanced Development Program
  - Cadet Taylor England
- Leadership Detail
  - Cadet Andre Michel
- Team Captain
  - Cadet Clare Shea

10

















UNITED STATES MILITARY ACADEMY
WEST POINT

## Cadet-Athletes and the Student Athlete Advisory Council

*Men and Women Swimming and Diving both named Scholar All-America Squads*

*Clare Shea nominated as Senior CLASS award candidate, and serves as Student Athlete Advisory Council Chair*

*Volleyball defeats Navy in come from behind win in 5 sets*

*Men and Women's Cross Country sweep Navy for first time since 2005*

*First time since 1984 that football beat Navy and won a bowl game in the same season*

*Men's Lacrosse defeats two top-5 teams (Syracuse and Notre Dame) enroute to being nationally ranked #16*

***2016-2017 Season Highlights***
- ***.590 overall winning percentage was highest winning percentage since 1993-1994 season***
- ***43 Cadet Athletes on Patriot League Fall Academic Honor Roll***
- ***92 Cadet-Athletes made Winter/Spring Honor Roll***
- ***8 Patriot League All-Academic Teams***
- ***8 Patriot League All-Academic Teams***

UNITED STATES MILITARY ACADEMY
WEST POINT

Strategic Imperative 2:
Foster Relevance and Preeminence
*"What is required to foster relevance and preeminence in 10, 20 and 30 years?"*

Goals
- **Build and sustain diverse and effective teams**
- Develop and provide intellectual capacity
- Promote staff and faculty excellence
- Practice effective stewardship
- Instill and foster a culture of excellence and winning

16

## Retention Support

UNITED STATES MILITARY ACADEMY
WEST POINT.

**Courses and Workshops**
- RS100 & 101: Student Success Course
- RS102: Reading Efficiency Course
- RS103: Information Literacy & Critical Thinking
- PE 107: Developmental Fitness
- PE 109: Developmental Swimming
- MA100: Introductory Math
- EN100: Introductory English
- PL399A: Mental Skills Course (designed to accompany DPE STAP courses)
- Performance Psychology Workshop: focus on mental skills foundations

**Tutor Program**
- Company visits and tutor certification (over 550 trained tutors in Corps)
- Organize Study Sessions and Term End Exam preparation sessions
- Cultural Affairs Seminar—Cadet led study groups

**Individualize Support**
- Individual cadet appointments to provide academic and mental skills training
- First Year and Beyond Program
- Return to Learn and Concussion Care Management

**Athletic Academic Support Coordinators**
- Academic support directly to cadet athletes

**Character Support**
- Special Leader Development Program
  - Honor
  - Respect
  - Alcohol


**Cadet-run TEE prep sessions**


**RS101 Class**

19

## SHARP Update

UNITED STATES MILITARY ACADEMY
WEST POINT.

Strategic Imperative 2:
Foster Relevance and Preeminence
*"What is required to foster relevance and preeminence in 10, 20 and 30 years?"*



Goals
- **Build and sustain diverse and effective teams**
- Develop and provide intellectual capacity
- Promote staff and faculty excellence
- Practice effective stewardship
- Instill and foster a culture of excellence and winning

20

## SHARP Update

**UNITED STATES MILITARY ACADEMY**
**WEST POINT**

as of: 16 Oct

| Annual Year | Unrestricted (incl conversions) | Restricted | Conversion | Founded/ Unfounded/ Ongoing Investigation |
|---|---|---|---|---|
| 14-15 | 18 | 1 | 3 | 9 |
| 15-16 | 19 | 6 | 1 | 7 |
| 16-17 | 24 | 21 | 8 | 7/9/5 – 4 Declined |
| 17-18 | 10 | 5 | 1 | 0/0/7 – 3 Declined |

+ **Reports and Conversions increased over 50% in AY16-17**
- **Several incidents in 16-17 (SA & Other Unprofessional Relationships) involved members of Staff & Faculty or other USMA Community members**
- **Reports during summer training while CDTS were away from USMA increased over previous years (9)**
  + **Victim confidence in our system to support and hold offenders accountable**

21

## Relationships 101 Symposium (10-12 Oct)

**UNITED STATES MILITARY ACADEMY**
**WEST POINT**

### Mandatory Lecture Series

**Purpose:** Generate a community experience that will foster honest and reflective exploration of the human dynamics of love, relationships and intimacy.

**Theme: "Unlocking the mystery of human relationships"**

**Workshops**
- **#Getiton**
- **Growing up with Porn**
- **Professional & Intimate Relationships: What Wrong Looks Like**
- **Healthy Relationships**

| EVENT | AUDIENCE | TOPIC |
|---|---|---|
| Alexis Jones - #Locker Room Talk | Athletes | Men's role in ending violence against women |
| "Sex Signals" | 3rd Class | Relationships, communication and consent |
| Don McPherson – "Heat of the Moment" | 1st Class | Understanding and ending men's violence against women |
| "Shot of Reality" | 2nd Class | Understanding the impact of alcohol on decision making and social situations |
| Mike Domitrz – "Can I Kiss You?" | 4th Class | Bringing consent into sexual encounters |

22

















UNITED STATES MILITARY ACADEMY
WEST POINT

## *Symposium Impact…Feedback*

- Entire Corps attended class lectures
- Athletes attended at least two lectures
- 354 - Total voluntary attendees for all Symposium events
- Initial feedback from CDT Committees -

"Seeing an honest speaker give their account and dialogue with CDTs"

"I genuinely feel the entire Corps should hear these talks"

"I was finally able to see issues and unhealthy tendencies in the relationships that I have…"

"..incentivize mandatory lectures…"

23

UNITED STATES MILITARY ACADEMY
WEST POINT

<u>Strategic Imperative 2:</u>
Foster Relevance and Preeminence
*"What is required to foster relevance and preeminence in 10, 20 and 30 years?"*

<u>Goals</u>

- Build and sustain diverse and effective teams
- **Develop and provide intellectual capacity**
- Promote staff and faculty excellence
- Practice effective stewardship
- Instill and foster a culture of excellence and winning

24

UNITED STATES MILITARY ACADEMY
WEST POINT.

## *Intellectual Capital: Research Centers*

## Research Educate Advise

- Combating Terrorism Center
- Center for Data Analysis and Statistics
- Center for Enhanced Performance
- Center for Environ. & Geographical Science
- Center for the Adv. of Leader Dvlpmnt & Org. Learning
- Center for Holocaust and Genocide Studies
- Center for Innovation and Engineering
- Center for Lang., Cultures, and Regional Studies
- Center for Leadership and Diversity in STEM
- Center for Molecular Science
- Center for Nation Reconstruction and Capacity Dvlpmt
- Center for Oral History
- Center for the Study of Civil-Military Operations
- Cyber Research Center
- Mathematical Sciences Center
- Modern War Institute
- Network Science Center
- Nuclear Science and Engineering Research Center
- Operations Research Center
- Photonics Research Center

- Robotics Research Center
- Simon Center for the Professional Military Ethic
- US Army Space and Missile Defense Command Research and Analysis Center
- West Point Center for the Rule of Law
- West Point Leadership Center
- West Point Simulation Center

https://www.usma.edu/centers/SitePages/Home.aspx

- Army Cyber Institute
- Office of Economic & Manpower Analysis
- Center for the Army Profession & Ethic

25

UNITED STATES MILITARY ACADEMY
WEST POINT.

## *The Value of Combating Terrorism Center Research*

Easily Shared with Our CT Partners

Elevates Public Understanding / Debate

**"Please send all that is issued from the combating terrorism center of the American military."**

Usama bin Ladin

Animates Our Enemies

Arms Warriors With Data-Driven Analysis

26

UNITED STATES MILITARY ACADEMY
WEST POINT.

**Strategic Imperative 2:**
Foster Relevance and Preeminence
*"What is required to foster relevance and preeminence in 10, 20 and 30 years?"*

→

**Goals**
- Build and sustain diverse and effective teams
- Develop and provide intellectual capacity
- Promote staff and faculty excellence
- **Practice effective stewardship**
- Instill and foster a culture of excellence and winning

30

*National Defense Authorization (NDAA) Impacts*

*Imperative 2: Foster Relevance and Preeminence*                    31



### NDAA Language to Reduce Dean's Rank

**USMA opposes language that states that the Army is no longer required to staff the Dean of the Academic Board with a brigadier general slot**

- Dean supervises staff and faculty of 800 individuals (including 42 colonels, 73 lieutenant colonels, and 154 civilian professors)
- Dean integrates across the Academy
- Dean manages annual budget of $86.5 million
- Dean is essential for competing for resources at Headquarters, Department of the Army and Army Human Resources Command
- Dean represents USMA in higher education, Department of Defense, and civil society venues
- USMA accreditation is rooted in academic quality
- Academic Program represents 55% of cadet class rank

32



### NDAA Language for Pro Sports Policy

Section 543 of the FY 2018 NDAA (Senate Version s. 1519) : "Discharge in the Selected Reserve of the Commissioned Service Obligation of Military Service Academy Graduates who Participate in Professional Athletics"

    – This section would allow newly commissioned officers graduating from the military service academies, who obtain employment as professional athletes, to forego any active duty service and immediately serve in the Selected Reserve until the completion of their commissioned service obligation.

**The White House strongly objects to the current language in Section 543, citing that "individuals should serve as full-fledged military officers, carrying out the normal work and career expectations of an officer who has received the extraordinary benefits of a taxpayer-funded military academy education."**

**USMA Stance**
- The average number of Cadet-Athletes who have the ability to pursue a professional career is very low—usually not more than one per year across football, basketball, hockey, baseball or lacrosse.
- Selected Reservist status would also enable support for graduates that potentially could compete in future Olympic Games
- The unique opportunities for recent graduates to participate in sports at the professional level enhances warfighting readiness by significant favorable exposure enhancing national recruiting, accessioning, and public affairs efforts
- This is not a forfeit of service for the remaining Active Duty Service Obligation, but an alternative service. The cadet's obligation to the American public is fulfilled as an officer in the Army reserves

33



### FY17/18 National Defense Authorization Act Healthcare Reform Concerns

**NDAA 2017 Section 702**
- Defense Health Agency (DHA) becomes HQ of a single integrated healthcare system
- DHA Director becomes responsible for the administration of each Military Treatment Facility (MTF) through Service-led Intermediary Component Commands and Service-led MTFs
- Effective 1 Oct 18

**Potential Impacts of NDAA 2017**
- Business efficiency and readiness share equal importance
- Reduction of Keller Army Community Hospital services (emergency room, surgical, inpatient)
- Loss of Orthopedic and Physical Therapy Sports Medicine Programs

**NDAA 2018 Sections 722/723**
- Senate version would replace military MTF commander with military or civilian director if adopted

**West Point inpatient and surgical capability at risk**

34



*Other Legislative issues*

*Imperative 2: Foster Relevance and Preeminence*                                         35



**A-76 Discussion**

Office of Management and Budget (OMB) A-76 and Section 2461 of Title 10, United States Code

- DoD is statutorily prohibited by law from converting any work currently performed, or designated for performance, by any number of civilian personnel to private sector (contract) performance

- Restrictions prohibit the conversion of any work currently performed

- This includes workload and positions that are impacted as a result of civilian workforce reductions

- West Point is under A-76 restrictions and cannot convert its "in-house" work force

- Over the last five years, West Point Garrison civilian workforce sustained a 25% reduction which equated to 215 authorizations

- Square footage and complexity of work increasing

- Two options: relief from A-76 or restoration of Department of the Army Civilian Authorizations

COL Hanson/USAG/4268                                         36











UNITED STATES MILITARY ACADEMY WEST POINT

# Infrastructure projects

**Strategic Imperative 2:**
Foster Relevance and Preeminence
*"What is required to foster relevance and preeminence in 10, 20 and 30 years?"*

→

**Goals**
- Build and sustain diverse and effective teams
- Develop and provide intellectual capacity
- Promote staff and faculty excellence
- **Practice effective stewardship**
- Instill and foster a culture of excellence and winning

37

UNITED STATES MILITARY ACADEMY WEST POINT

# The Evolution of the "Means" at West Point Over Time

* USMA stood up the Expansion Planning and Control Office (EPCO) in 1963 to centralize and synchronize all expansion planning, coordination, and execution efforts over the decade(+) of the expansion timeline. We have done this again with the establishment of a USMA G-5R to coordinate and synchronize strategic resource planning and integration.

UNITED STATES MILITARY ACADEMY WEST POINT.

# "USMA 2035"

**What we expect to be complete by 2035:**

**ACADEMIC**
- CEAC with parking garage operation and in lifecycle management
- ABUP complete, functional realignment in effect
- "Humanities" Center complete – east anchor point to broader Trophy Point effort

**MILITARY**
- CBUP complete with barracks lifecycle management program in full swing
- Military complex upgrades complete – "world class" military education/training/leader development capabilities operational; linked to ranges and main campus via L/V/A/C training and simulations capabilities; life support systems in lifecycle management
- Range revitalization complete – commensurate with top-tier training reqts; linked via L/V/A/C capabilities; multi-functional; flexible to future adaptation

**PHYSICAL**
- Hayes gym top-to-bottom renovation complete – lifecycle merged with Arvin moving forward
- Natatorium complete – Competitive component (Crandall replacement) merged with community component
- CWSSL/IM Pools refurbished; Crandall reduced to dive-tank only; excess space prepped for repurposing as needed/planned
- Target Hill/River Court Athletics fields revitalization complete
- Michie Stadium East Stands complete
- Gillis Fieldhouse overhaul and addition (~ 25K-50K ft$^2$) complete

**ENABLERS**
- Trophy Point revitalization complete – linked to Humanities Center; grounded by USMA and National history
- Community aquatics facility complete – recreational component of broader natatorium concept
- Community fitness center replacement complete
- Current MWR fitness center building functions all relocated; space prepped for further cemetery expansion
- Supporting infrastructure modifications to enable efforts in A, M, and P pillars complete and in lifecycle management
- All personnel augmentation requirements are complete – phased in over 18-year period

UNITED STATES MILITARY ACADEMY WEST POINT.

# Getting to 2035: Integrating and Synchronizing the Program

**Key Takeaways:**
1) Program is executable
2) Major concurrent "Upgrade Programs" going to create ripple effects that require additional resources to operationalize, manage, and sustain into the future
3) Need to develop our goals for POM sequencing everything beyond ABUP (other than gift-funded efforts)
4) ***MUST*** ensure that what we're focused on now is linked to and sets conditions for what we want to do NEXT…

***What's Next…?***
- Thayer roof extension?
- South Post revitalization?
- West Point Military Training Complex?
- BSF parking/athletic field complex?
- Thayer Gate access expansion?
- Natatorium?
- ⋮
- ***BEYOND 2035…?***

### ABUP Update

## Current Sequencing Plan for ABUP Buildings

| Project | FY19 | FY20 | FY21 | FY22 | FY23 | FY24 | FY25 | FY26 | FY27 | FY28 | FY29 | FY30 | FY31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CEAC | | | | | | | | | | | | | |
| Mologne Hall (606) | | | | 1 | 2 | | | | | | | | |
| Thayer Hall | | | | | 1 | 2 | 3 | | | | | | |
| Washington Hall*** | | | | | | | | | | 1 | 2 | 3 | 4 |
| Wash Cadet Mess | | | | | | | | | | 1 | 2 | | |
| Lincoln Hall | | | | 1 | | | | | | | | | |
| Mahan Hall | | | | | | | | 1 | 2 | | | | |
| Taylor Hall | | | | | | | | | | | | 1 | 2 |

**Future ABUP Work**
   a. Building Q & F Ratings (Oct - Nov)
   b. Finalize ABUP Sequencing (Oct - Nov)
   c. Area Development Plan (Nov - Dec)
   d. CEAC & Parking Garage Design (Nov-UTC)
   e. Thayer Design Charrette (Nov - Dec)
   f. A&E Firm review for utilities, IT, transportation, force protection, KM, maintenance, etc (Dec-Jan)

41



### West Point Military Complex:
### The Future of Military Development

**PURPOSE:** Provide scalable, adaptable, and sustainable development options that require the integration of intellectual acumen and physical performance to prepare leaders to win in the contemporary operating environment.

**Infrastructure should...**

- facilitate the integration of and contributions to the Decisive Action Training Environment (DATE) and military professional development of staff and faculty.

- resemble what our LTs will see at CTCs and possible deployments – lay the foundation for mastery of military competencies.

- be adjustable and scalable to changes in training events and fluctuations in training support population size.

- support the research and networking efforts of the academy and promote its relationships with the Total Army Force.

- support maximum capacity training (APR through SEP) and tailorable off-cycle events for multiple stakeholders.

**END STATE:**

   World class WPMC that facilitates training in support of evolving contemporary requirements, while remaining adaptive to future changes in training competencies, equipment, and force structure.

42





UNITED STATES MILITARY ACADEMY
WEST POINT

## The Way Ahead…

- Jefferson Hall (2008)
- Bartlett Hall (2016)
- Davis Barracks (2017)
- **CBUP (ongoing)**

2000-present

**ABUP – A/E Planning**
- Write program
- Detailed planning (both overall / building)
- IMCOM/ACSIM Management

FY18 into FY19

**January 2019**
- **Vision translated into 15-year plan**
- **Synchronizes remaining portions of modernization effort**
- **Future POM cycles planned**
- **Emerging growth strategy codified to support**

***USMA 2035***

60-days

Now-1 Mar 18

**CEAC/Parking Structure**
- Engage Members of Congress to execute two projects as one
- Begin in FY19

**ABUP – into POM**
- Final disposition (who goes where)
- Sequencing of renovations
- Rough planning estimates

**Remaining ADPs**
- **Clinton (Main Central Post Area):** link ABUP planning to broader area development vision for the main campus area
- **Others**: Link area development vision across all pillars/Lines of Effort (Academic, Physical, Military, Enablers)
  - **Queensboro** (Ranges/Training Areas
  - **Putnam** (Upper Central Post Area)

**West Point Military Complex**
- Continue to refine vision and plan for implementation with HQDA G-3/5/7 (Training Directorate)
- Communicate vision and strategy for implementation with Army Senior Leaders and Members of Congress

UNITED STATES MILITARY ACADEMY
WEST POINT

## Discussion Topics

*Imperative 2: Foster Relevance and Preeminence* 44



### Confederate Memorialization
### Long Term Analysis and Effort

*West Point has been looking at this and related topics for years now, as it remains a part of our shared history and future.*

- **June 2015:** Charleston events
- **July 2015:** 3 different USMA governance groups asked for review of Confederate Memorials
- **May 2016:** USMA formed two Memorialization Review Teams
  - *Purpose:* To assess existing memorials at USMA and the consistency of message
  - *Study:* Discussions with SMEs, 7 Focus groups (Staff & Faculty, alumni, cadets), survey
- **Nov 2016:** Teams presented recommendations to Superintendent
- **May 2017:** Final Reports forwarded to Department of the Army
- **June 2017**: USMA received guidance from Department of Army to continue to study
- **Aug 2017**: Charlottesville events
- **Sept 2017:** USMA conducted first "Hot Topics" sessions
  - *Purpose:* To create the environment for open and candid conversations about controversial topics and to increase empathy … to discuss rather than to debate

**West Point will remain fully consistent and in support of the Army, while continuing to pursue areas of common ground.**

45



### Lincoln Center Concert



**WEST POINT BAND**
*Inspiring America's
Leaders for 200 Years*



**29 October 2017
Lincoln Center Concert**

46



## USMA BOARD OF VISITORS 2017 ATTENDANCE REPORT

| BoV Member | Organizational 2017 | Summer 2017 | Annual 2017 |
|---|---|---|---|
| Burr, SEN Richard | Present | Absent | Absent |
| Gillibrand, SEN Kirsten | Present | Present | Absent |
| Murphy, SEN Christopher | Present | Absent | Absent |
| Moran, SEN Jerry | N/A | Present | Present |
| Womack, REP Steve | Present | Present | Present |
| Conaway, REP Mike | Present | Absent | Absent |
| Maloney, REP Sean P. | Present | Present | Present |
| Murphy, REP Stephanie | N/A | Present | Present |
| Rooney, REP Thomas | N/A | Present | Present |
| Fulton, Ms. Brenda Sue | Present | Present | Present |
| McNally, Ms. Elizabeth | Absent | Present | Present |
| McGowan, HON Gerald | Present | Absent | Present |
| Lute, HON Jane Holl | Present | Present | Absent |
| Black, Sr., Mr. Frederick | Present | Present | Present |
| Altenburg, Ms. Bridget | Present | Present | Present |

NOTE:  Representatives Stephanie Murphy and Thomas Rooney were appointed to the Board in May 2017, replacing Loretta Sanchez, who left Congress, and Mike Pompeo, CIA Director-nominee of the new Administration.  Senator Jerry Moran was appointed, replacing Joni Ernst, who resigned from the Board of Visitors.

| BoV Attendance in 2017 |
|---|
| **Attended all meetings held:** |
| Congressman Womack |
| Congressman Maloney |
| Ms. Fulton |
| Mr. Black |
| Ms. Altenburg |
| |
| **Missed 1 Meeting:** |
| Senator Gillibrand |
| Senator Moran |
| Congresswoman Murphy |
| Congressman Rooney |
| Ms. McNally |
| HON McGowan |
| HON Lute |
| |
| **Missed 2 Meetings:** |
| Senator Burr |

| Senator Murphy |
| Congressman Conaway |
| |
| **Missed All Meetings:** |
| None |

**MATERIALS FURNISHED TO**
**THE 2017 BOARD OF VISITORS**


ORGANIZATIONAL MEETING

Materials:
      Agenda
      Briefing Slides
      Certified Minutes – November 30, 2016 Meeting
      FACA Final Rule
      Rules of the USMA Board of Visitors
      USMA Strategic Plan 2017-2022 (Draft)
      USMA Board of Visitors Membership 1815-1922

SUMMER MEETING

Materials:
      Agenda
      Meeting Slides
      Certified Minutes – March 9, 2017 Meeting
      USMA Strategic Plan 2017-2022 (Final)
      Recommended Designs – USMA Board of Visitors Coin
      Letter from Major W. Michael Petullo RE:  Transgender Soldiers

ANNUAL MEETING

Materials:
      Agenda
      Meeting Slides
      Certified Minutes – July 10, 2017 Meeting
      Open Letter to the Acting Secretary of the Army and Chief of Staff of the Army, drafted by the Chair and Vice Chair of the USMA Board of Visitors
      Statement to the Board from Lieutenant Colonel, US Army- Retired, Christopher Wagner

**BoV Mission Statement:**  To inquire into the morale and discipline, curriculum, instruction, physical equipment, fiscal affairs, academic methods, and other matters relating to the Academy that the Board decides to consider.

## BoV Areas of Inquiry, 2015

Morale and Discipline
  Character Development Strategy (March 2015)
  Sexual Assault/Sexual Harassment Statistics (July 2015)
  Higher Standards (July 2015)
  Sexual Harassment/Assault Response Prevention (SHARP) and Cadets Against Sexual Harassment/Assault (CASHA) Programs (November 2015)
  Plebe Pillow Fight (November 2015)

Physical Equipment
  Gift-Funded Construction Approval Process (March 2015)
  Construction Update (July 2015)

Academics and Instruction
  Curriculum Change (March 2015)
  Cadet Summer Training Highlights (July 2015, November 2015)
  Creation of the Army Cyber Institute (July 2014)
  Periodic Review Report (PRR) (March 2015)
  Accreditation Update
  Faculty Operational Experience Update (July 2015)
  Intellectual Capital and Outreach to the Army (November 2015)

Fiscal Affairs
  DoDIG Report on Gift Funds and GFEBS Restructuring (March 2015)
  Budget Update (March 2015, July 2015, November 2015)
  Sole Source Catering in FY15 NDAA (July 2015)

Other Matters
  Admissions Update (March 2015)
  Military Service Academy Report on Sexual Assault (March 2015)
  USMA Strategic Plan (March 2015)
  Army West Point Athletic Association Restructuring (March 2015, July 2015)
  Efficacy of Service Academies (March 2015)
  Class of 2019 Admissions Update (July 2015)
  Class of 2020 Admissions Update (November 2015)
  Faculty Demographics Update (July 2015)
  Legislative Issues (July 2015)
  Strategic Offsite Update-Assessment and Actions (November 2015)
  Branching Update-Class of 2016 (November 2015)
  New York City Outreach by Cadets (November 2015)
  Boxing and Grand Alliance Concussion Study (November 2015)

## AN EXTRACT OF THE UNITED STATES CODE

Sec. 4355. Board of Visitors

(a) A Board of Visitors to the Academy is constituted annually of--

(1) the chairman of the Committee on Armed Services of the Senate, or his designee;

(2) three other members of the Senate designated by the Vice President or the President pro tempore of the Senate, two of whom are members of the Committee on Appropriations of the Senate;

(3) the chairman of the Committee on Armed Services of the House of Representatives, or his designee;

(4) four other members of the House of Representatives designated by the Speaker of the House of Representatives, two of whom are members of the Committee on Appropriations of the House of Representatives; and

(5) six persons designated by the President.

(b) The persons designated by the President serve for three years each except that any member whose term of office has expired shall continue to serve until his successor is appointed. The President shall designate two persons each year to succeed the members whose terms expire that year.

(c) If a member of the Board dies or resigns, a successor shall be designated for the unexpired portion of the term by the official who designated the member.

(d) The Board shall visit the Academy annually. With the approval of the Secretary of the Army, the Board or its members may make other visits to the Academy in connection with the duties of the Board or to consult with the Superintendent of the Academy.

(e) The Board shall inquire into the morale and discipline, the curriculum, instruction, physical equipment, fiscal affairs, academic methods, and other matters relating to the Academy that the Board decides to consider.

(f) Within 60 days after its annual visit, the Board shall submit a written report to the President of its action, and of its views and recommendations pertaining to the Academy. Any report of a visit, other than the annual visit, shall, if approved by a majority of the members of the Board, be submitted to the President within 60 days after the approval.

(g) Upon approval by the Secretary, the Board may call in advisers for consultation.

(h) While performing his duties, each member of the Board and each adviser shall be reimbursed under Government travel regulations for his travel expenses.

Charter
United States Military Academy Board of Visitors

1. <u>Committee's</u> Official Designation:  The committee will be known as the United States Military Academy Board of Visitors ("the Board").

2. <u>Authority</u>:  The Secretary of Defense, pursuant to 10 U.S.C. § 4355 and in accordance with the Federal Advisory Committee Act (FACA) of 1972 (5 U.S.C., Appendix, as amended) and 41 C.F.R. § 102-3.50(a), established this statutory Board.

3. <u>Objectives and Scope of Activities</u>: The Board provides independent advice and recommendations on matters relating to the United States Military Academy ("the Academy"), as set out below in paragraph four below.

4. <u>Description of Duties</u>:  Pursuant to 10 U.S.C. §4355(e), the Board provides independent advice and recommendations to the President of the United States on morale and discipline, the curriculum, instruction, physical equipment, fiscal affairs, academic methods, and any other matters relating to the Academy that the Board decides to consider.

   Pursuant to 10 U.S.C. § 4355(d) and (f), the Board shall visit the Academy annually.  With the approval of the Secretary of the Army, the Board or its members may make other visits to the Academy in connection with the duties of the Board or to consult with the Superintendent of the Academy.  The Board shall submit a written report to the President within 60 days after its annual visit to the Academy, to include the Board's views and recommendations pertaining to the Academy.  Any report of a visit, other than the annual visit, shall, if approved by a majority of the members of the Board, be submitted to the President within 60 days after the approval.

5. <u>Agency or Official to Whom the Committee Reports</u>:  The Board shall report to the President of the United States.  The Secretary of the Army, in accordance with Department of Defense (DoD) policies and procedures, may act upon the Board's advice and recommendations.

6. <u>Support</u>: The DoD, through the Department of the Army and the Superintendent of the Academy, will provide the necessary support for the Board and will ensure compliance with the requirements of the FACA, the Government in the Sunshine Act of 1976 (5 U.S.C. § 552b, as amended) ("the Sunshine Act"), governing Federal statutes and regulations, and established DoD policies and procedures.

7. <u>Estimated Annual Operating Costs and Staff Years</u>: The estimated annual operating cost, to include travel, meetings, and contract support, is approximately $49,000.00.  The estimated annual personnel cost to the DoD is 0.25 full-time equivalents.

8. <u>Designated Federal Officer</u>: The Board's Designated Federal Officer (DFO), pursuant to DoD policy, shall be a full-time or permanent part-time DoD officer or employee designated in accordance with governing DoD policies and procedures.

   The Board's DFO is required to be in attendance at all Board and subcommittee meetings for the entire duration of each and every meeting. However, in the absence of the Board's DFO,

Charter
United States Military Academy Board of Visitors

a properly approved Alternate DFO, duly designated to the Board according to DoD policies and procedures, will attend the entire duration of all the Board or subcommittee meetings.

The DFO, or Alternate DFO, will call all of the Board and its subcommittees meetings; prepare and approve all meeting agendas; and adjourn any meeting when the DFO, or the Alternate DFO, determines adjournment to be in the public interest or required by governing regulations or DoD policies and procedures.

9. Estimated Number and Frequency of Meetings:  The Board will meet at the call of the Board's DFO, in consultation with the Board's Chair.  The estimated number of Board meetings is three per year.

10. Duration:  The need for this Board is on a continuing basis; however, it is subject to renewal every two years.

11. Termination:  The Board will terminate upon rescission of 10 U.S.C. § 4355.

12. Membership and Designation:  The Board, pursuant to 10 U.S.C. § 4355(a), shall be constituted annually and composed of 15 members.  The Board membership shall include:

   a. The Chair of the Committee on Armed Services of the Senate, or designee;

   b. Three other members of the Senate designated by the Vice President or the President pro tempore of the Senate, two of whom are members of the Committee on Appropriations of the Senate;

   c. The Chair of the Committee on Armed Services of the House of Representatives, or designee;

   d. Four other members of the House of Representatives designated by the Speaker of the House of Representatives, two of whom are members of the Committee on Appropriations of the House of Representatives; and

   e. Six persons designated by the President.

Pursuant to 10 U.S.C. § 4355(b) and (c), Board members designated by the President shall serve for three years each, except that any member whose term of office has expired shall continue to serve until a successor is appointed. The President shall designate two persons each year to succeed the members whose terms expire that year.  If a member of the Board dies or resigns, a successor shall be designated for the unexpired portion of the term by the official who designated the member.

Members of the Board who are not full-time or permanent part-time Federal officers or employees will be appointed as experts or consultants pursuant to 5 U.S.C. § 3109 to serve as special government employee (SGE) members.  Board members who are full-time or

2

Charter
United States Military Academy Board of Visitors

permanent part-time Federal officers or employees will be appointed pursuant to 41 C.F.R. § 101-3.130(a) to serve as regular government employee (RGE) members.

The Board members will select the Board's Chair from the total membership.

Each Board member is appointed to provide advice on the basis of his or her best judgment on behalf of the Government without representing any particular point of view and in a manner that is free from conflict of interest. Except for reimbursement of official Board-related travel and per diem, Board members serve without compensation. The Board may, pursuant to 10 U.S.C. § 4355(g) and upon approval by the Secretary of the Army, call in advisers for consultation. These advisers, with the exception of reimbursement for official Board-related travel and per diem, serve without compensation.

13. <u>Subcommittees</u>: The DoD, as necessary and consistent with the Board's mission and DoD policies and procedures, may establish subcommittees, task forces, or working groups to support the Board. Establishment of subcommittees will be based upon a written determination, to include terms of reference, by the Secretary of Defense, the Deputy Secretary of Defense, or the Secretary of the Army, as the DoD Sponsor.

Such subcommittees will not work independently of the Board and will report all their recommendations and advice solely to the Board for full deliberation and discussion. Subcommittees, task forces, or working groups have no authority to make decisions and recommendations, orally or in writing, on behalf of the Board. No subcommittee or any of its members can provide updates or reports, orally or in writing, directly to the DoD or any Federal officers or employees. If a majority of Board members are appointed to a particular subcommittee, then that subcommittee may be required to operate pursuant to the same notice and openness requirements of the FACA which govern the Board's operations.

Individuals considered for appointment to any subcommittee of the Board may come from the Board itself or from new nominees, as recommended by the Secretary of the Army and based upon the subject matters under consideration. Pursuant to Secretary of Defense policy, the Secretary of the Army is authorized to administratively certify the appointment of subcommittee members if the Secretary of Defense or the Deputy Secretary of Defense has previously authorized the individual's appointment to another DoD advisory committee. If this prior authorization has not occurred, then the individual's subcommittee appointment must first be authorized by the Secretary of Defense or the Deputy Secretary of Defense and subsequently administratively certified by the Secretary of the Army.

Subcommittee members will be appointed for a term of service of one-to-four years, subject to annual renewals, according to DoD policies and procedures; however, no member will serve more than two consecutive terms of service on the subcommittee. Subcommittee members, if not full-time or permanent part-time Federal officers or employees, will be appointed as experts or consultants pursuant to 5 U.S.C. § 3109 to serve as SGE members. Subcommittee members who are full-time or permanent part-time Federal officers or employees will be appointed pursuant to 41 C.F.R. § 101-3.130(a) to serve as RGE members.

Charter
United States Military Academy Board of Visitors

The Secretary of Defense authorizes the Secretary of the Army to appoint the leadership of any subcommittee from among the subcommittee membership previously appointed in accordance with DoD policies and procedures and, in doing so, will determine the term of service for the subcommittee's leadership, which will not exceed the member's approved term of service.

Each subcommittee member is appointed to provide advice on the basis of his or her best judgment on behalf of the Government without representing any particular point of view and in a manner that is free from conflict of interest.

With the exception of reimbursement for travel and per diem as it pertains to official travel related to the Board or its subcommittees, subcommittee members will serve without compensation.

All subcommittees operate under the provisions of FACA, the Sunshine Act, governing Federal statutes and regulations, and established DoD policies and procedures.

14. Recordkeeping:  The records of the Board and its subcommittees will be managed in accordance with General Record Schedule 6.2, Federal Advisory Committee Records, or other approved agency records disposition schedule, and the appropriate DoD policies and procedures.  These records will be available for public inspection and copying, subject to the Freedom of Information Act of 1966 (5 U.S.C. § 552, as amended).

15. Filing Date:  November 16, 2016