# EXHIBIT H

2018

ANNUAL REPORT

UNITED STATES MILITARY ACADEMY

BOARD OF VISITORS



JANUARY 9, 2019

THIS REPORT IS NOT RELEASABLE UNTIL ACTED UPON BY THE
PRESIDENT OF THE UNITED STATES

# REPORT OF THE 2018 BOARD OF VISITORS
# UNITED STATES MILITARY ACADEMY

## CONTENTS

Page

Appointment and Duties of the Board

Members of the Board

Designated Federal Officer

Public Notice

Procedures

Convening of the Board

Conclusions and Recommendations

Board of Visitors Organizational Meeting, February 28, 2018, Washington, DC
Meeting Agenda
Summarized Minutes
Briefing Slides

Board of Visitors Summer Meeting, July 9, 2018, West Point, NY
Meeting Agenda
Summarized Minutes
Briefing Slides

Board of Visitors Annual Meeting, November 9, 2018, West Point, NY
Meeting Agenda
Summarized Minutes
Briefing Slides

Board of Visitors 2018 Attendance
Materials Furnished to the 2018 Board of Visitors
Board of Visitors 2018 Areas of Inquiry
An Extract of the United States Code
Charter of the USMA Board of Visitors

**This page left intentionally blank**

# REPORT OF THE BOARD OF VISITORS
## OF THE
## UNITED STATES MILITARY ACADEMY
### West Point, New York 10996

### THE PRESIDENT OF THE UNITED STATES

Mr. President:

**1. <u>APPOINTMENT AND DUTIES OF THE BOARD.</u>** The Board of Visitors (BoV or the Board) to the United States Military Academy (USMA or the Academy) was appointed in accordance with the provisions of Section 4355 of Title 10, United States Code.  It is the Board's duty to inquire into the morale and discipline, curriculum, instruction, physical equipment, fiscal affairs, academic methods, and other matters relating to the Academy.

**2. <u>MEMBERS OF THE BOARD.</u>**

| <u>U.S. Senators</u> | <u>U.S. Representatives</u> |
| --- | --- |
| Christopher Murphy, Connecticut (SAC) | Steve Womack, Arkansas (HAC) |
| Richard Burr, North Carolina (SASC) | Mike Conaway, Texas (HASC) |
| Jerry Moran, Missouri (SASC) | Sean Patrick Maloney, New York |
| Kirsten Gillibrand, New York (SASC) | Stephanie Murphy, Florida (HASC) |
| Joe Manchin (SAC) | Thomas Rooney, Florida (HAC) |

NOTE:  Senator Christopher Murphy resigned on March 1, 2018 and was replaced by Senator Joe Manchin on March 19, 2018

**<u>Presidential Appointees</u>**

Ms. Elizabeth McNally, 2B Chateau Circle, Scarsdale, NY 10583 (Re-appointed 1 January 2017 to serve until 30 December 2018)

Ms. Brenda Sue Fulton, 1501 Ocean Avenue, Unit 2501, Asbury Park, NJ 07712 (Re-appointed 1 January 2017 to serve until 30 December 2019)

Honorable Gerald McGowan, 4903 Rock Spring, Arlington, VA 22207 (appointed 23 July 2015 until 31 December 2017).  Replaced on 19 April 2018

Mr. Frederick H. Black, Sr., 206 Woodleaf Drive, Chapel Hill, NC 27516 (appointed 1 January 2017 to serve until 30 December 2019)

Ms. Jane Holl Lute, 4404 33rd Road North, Arlington, VA 22207 (appointed 1 January 2017 to serve until 30 December 2018)

Ms. Bridget Altenburg, 5005 N. Francisco, Chicago, IL 60625 (appointed 1 January 2017 to serve until 30 December 2017).  Replaced on 19 April 2018

Secretary R. James Nicholson, 1130 Dogwood Drive, McLean, VA 22101 (Appointed 19 April 2018 to serve until 30 December 2020)

Mrs. Meaghan Mobbs, 3328E Continental Road, West Point, NY 10996 (Appointed 19 April 2018 to serve until 30 December 2020)

**3.  DESIGNATED FEDERAL OFFICERS.** Mrs. Deadra K. Ghostlaw serves as Executive Secretary/Designated Federal Officer from April 1, 2013 to present; Mr. Jeffery Reynolds serves as Assistant Designated Federal Officer from September 2013 to present.

**4. PUBLIC NOTICE.** In accordance with Section 10 (a) (2) of the Federal Advisory Committee Act (Public Law 92-463), notices of the meetings were published in the *Federal Register*.  Local notice was provided to the West Point community and the Corps of Cadets by local newspaper and bulletin notices.  All meetings were open to the public.

**5. PROCEDURES.** Under the provisions of Section 10 (b) and (c) of the Federal Advisory Committee Act (Public Law 92-463), the minutes of each meeting of the Board are certified by the Chair.  The minutes of each meeting are published as part of this report.  The Board of Visitors' records, reports, letters and other documents are available for public inspection in the Office of the Executive Secretary, Board of Visitors, Building 600, United States Military Academy, West Point, New York 10996.  Copies of each of the Reports of the BoV are submitted to the Library of Congress as a matter of public record, and are posted on the USMA website at http://www.usma.edu/bov/SitePages/Home.aspx.

**6. CONVENING OF THE BOARD.**

    **a. Role of the Board in 2018**. In 2018 the BoV actively pursued its inquiry and oversight mission by convening three times during the year.  The first meeting was held in Washington, DC on February 28, 2018. The summer meeting was held at West Point, NY on July 9, 2018. The final meeting, designated by the members as the required annual meeting, was held at West Point, NY on November 9, 2018.

    **b. The First Meeting of the 2018 Board.** The first meeting of the BoV in 2018 was held on February 28, 2018 at Washington, DC.  Attendance at this meeting included four US Senators, five US Representatives and six Presidential Appointees.  A quorum, consisting of at least six Board members with one member of Congress, was achieved.  Mr. Raymond Horoho, Senior Official Performing the Duties of the Assistant Secretary of the Army for Manpower and Reserve Affairs (ASA(M&RA)), attended as the Secretary of the Army's designated representative to the BoV, addressed the Board, and then remained for the meeting.  The Academy's Superintendent, LTG Robert L. Caslen, Jr. and Academy leadership provided updates on: Board Business:  Election of Chair and Vice Chair, Review and Approval of the "Rules of the USMA Board of Visitors," Swearing in of Presidential Appointees (Congressional Members may participate as well), Approval of the Minutes from November's Meeting, Status of the Annual Report, and Next BoV date; Key Events since last BoV; Highlights from 2017; Develop Leaders of Character:  Military Program Update, Academic Program Update, Physical

<div align="center">2</div>

Program Update; Foster Relevance and Preeminence; Build Diverse and Effective Teams: Diversity Update, SHARP (Sexual Harassment and Assault Response and Prevention); Examination of Trust; Initiatives and Efforts for 2018:  Developing Leaders of Character, Academy Schedule, Admission Class of 2022, Middle States Reaccreditation, Upcoming Events; Strategic Way Ahead:  West Point 2035; Strategic Messaging.  The summarized meeting minutes can be found on page xx

    **c. The Summer Meeting of the 2018 Board.** The summer meeting of the BoV in 2018 was held on July 9, 2018 at West Point, NY.  Attendance at this meeting included one US Senator, one US Representative and six Presidential Appointees (one Appointee attended via teleconference).  A quorum, consisting of at least six Board members with one member of Congress, was achieved.  Mr. Marshall Williams, the Acting Assistant Secretary of the Army for Manpower and Reserve Affairs was the designated representative for the Secretary of the Army. She addressed the Board and remained for the meeting.  Introduction; Board Business; Develop Leaders of Character:  Military Program Update, Academic Program Update, Physical Program Update; Foster Relevance and Preeminence; Build Diverse and Effective Teams:  Admission Class of 2022, Diversity Update, SHARP; Initiatives and Efforts for 2018:  Developing Leaders of Character, Academy Schedule, Middle States Reaccreditation, West Point 2035, Upcoming Events; Discussion Topics   The summarized meeting minutes can be found on page xx.

    **d. The Annual Meeting of the 2018 Board.** The annual meeting of the BoV in 2018 was held on November 9, 2019 at West Point, NY.  Attendance at this meeting included one US Senator, four US Representatives and six Presidential Appointees.  A quorum, consisting of at least six Board members with one member of Congress, was achieved.  Ms. Diane Randon, the Senior Career Official Performing the Duties as Assistant Secretary of the Army for manpower and Reserve Affairs, was the Secretary of the Army's designated representative, addressed the Board, and remained for the main meeting.  Introduction; Board Business; Superintendent Topics; Events since last BoV; Strategy and Priorities:  Developing Leaders of Character - Cadet Panel, Faculty and Staff Panel; Enhance the Culture of Dignity and Respect - Cadet Panel on Conferences (Diversity, NCEA, Relationship); Strengthen Partnerships:  Research Centers Panel; Modernize, Secure and Reform:  Modernization, Force Protection; Build a Diverse and Effective Teams; Upcoming events.  The summarized meeting minutes can be found on page xx.

    **e. Renewal of the USMA BoV Charter.**  The United States Military Academy Board of Visitors Charter was approved on November 16, 2016.  The Charter is due to be renewed prior to its expiration on November 15, 2018.

    f**. Results of the Board's Inquiry.**  In accordance with the Board's statutory mandate, it has performed its review over each specified area of inquiry and requested information from the Academy as needed to fulfill its responsibilities.  The results of the Board's inquiries and the Academy's input in support of those inquiries are highlighted below, and in the BoV approved minutes, briefing slides, and information papers provided in the Appendices.

## 7. <u>CONCLUSIONS AND RECOMMENDATIONS.</u>

    **a. Principal Conclusions.**

<div align="center">3</div>

**(1)  The state of the United States Military Academy's academic, military, physical and character programs remains excellent.  Further, West Point continues to pursue the goal that every one of its graduates is a leader of character.**

The Academy continues to meet and exceed its stated mission to "educate, train, and inspire the Corps of Cadets so that each graduate is commissioned as a leader of character committed to the values of Duty, Honor, Country and prepared for a career of professional excellence and service to the nation as an officer in the United States Army."  The Board of Visitors confirms that USMA accomplishes this important mission superbly as measured by the quality of the young men and women commissioned.  In 2018, West Point maintained its national reputation for academic excellence.  The Board anticipates that the competition for an appointment and admission to West Point among high school seniors is expected to remain strong in the future.  We expect to continue to increase the numbers of minorities including women, African Americans, Latinos, Soldiers, and others, so that the Academy better reflects the Nation that it serves.  The Board notes that in 2018, as further evidence of its continued superior academic standing, West Point's college ranking among major publications includes *US News and World Report*  number one Public National Liberal Arts College and number one Civil Engineering Program in the Country; *Princeton Review* first in Best Classroom Experience and number two Most Accessible Professors; *Forbes* number two Public College and *College Factual* number one Best College Offering Degrees in Legal Professions..

**(2)  New Construction and Renovation of the Barracks and Academic Facilities at West Point has improved but remains a concern.**  USMA needs continued Army Sustainable Readiness Model (SRM) funding for barracks renovation through 2021 to complete renovations of all existing barracks spaces.  The Army's SRM funding for barracks renovation saw the completion of MacArthur "Short" wing and "Long wing completion and the start of renovations on Pershing Barracks, which should be completed by December 2018.  Renovations for Eisenhower Barracks should be completed about a year later, leaving four sets of barracks, Grant, Bradley, Lee, and Sherman, still in need of renovations.

(a) Trophy Point revitalization is underway and will include a Humanities Center.  Further, the West Point Military Complex (WPMC) upgrade is ongoing and should include renovation and upgrading of the training camps, Camp Buckner and Camp Natural Bridge.

(b) The Academic Building Upgrade Program, or ABUP, is the next major initiative, in order to update the Academy's academic buildings, which are in need of renovations.

**(3)  Sexual Harassment and Assault Response and Prevention (SHARP) and Cadets Against Sexual Harassment and Assault (CASH/A).**  Eliminating sexual harassment and assault at West Point remains the top priority of Academy leaders from top to bottom, and a top concern of this Board.  To that end, the Academy has continued to seek out and implement improvements to prevention and response programs.  The SHARP program continues to train Cadets, Staff and Faculty, and all other personnel about preventing sexual assaults and sexual harassment.  With the ongoing aid of EverFi, USMA's focus is on prevention and assessment of

4

its sexual assault and awareness program.  There was a higher number of reported assaults due to USMA's deliberate efforts.  In 2018, USMA Cadets took the Sexual Assault and Gender Relations (SAGR) Survey.  This survey is given biennially to Cadets.    In October 2018, the SHARP Program Manager hosted its symposium, titled "Relationships 101" which focused on healthy, good relationships, ethics of love, what is needed to be in a healthy relationship, among other issues.  The Board continues to track reporting statistics and survey results closely to ensure that progress is made on this critical issue.

(4)    **Character Development Strategy and Honorable Living.**  The Board again commended the Superintendent for making character development and "Honorable Living" training central to Cadet training.  "Honorable Living" requires living by a set of values, whether on or off duty:  West Point's "Duty, Honor, Country," and Army values of loyalty, duty, respect, selfless service, honor, integrity, and personal courage.  Cadets must continue to internalize these values as they increasingly become part of their character; preparing Cadets for the ethical decisions they must make as officers.  Cadets learn that to live honorably means living those values not just in uniform, but day-to-day, "24/7."  This focus on Character Development is embedded in all aspects of the 47-month experience.    In 2018, the strategic document, "Developing Leaders of Character" was published and a copy provided to Board members in July.  The document outlines how leaders of character are developed

(5)    **Restructuring of the Army Athletic Association (AAA) to a 501(C)3 non-federal entity (NFE), the Army West Point Athletic Association (AWPAA).**  USMA continued to make progress in the establishment of a cooperative agreement with the Army The Cooperative Agreement annual reporting requirements were determined, the following audits were completed:  AWPAA financial statement, ODIA and NCAA revenue and expense reporting, AWPAA NCAA Paid Ticket Attendance, and the Army Athletic Association continues multiple annual financial audits.

(6)    **Fiscal Year (FY) National Defense Authorization Act (NDAA) authorizes the "Defense Health Agency" which could have unintended consequences for Keller Army Community Hospital (KACH) at West Point.**  Section 702 would change the organizational structure in that DHA, would have ownership and local commanders, would not be part of that organization.  Section 703 changes hospital criteria and West Point would risk losing access to inpatient care for Cadets.  The first part of the new "Act for Health Care Reform" would take effect 1 October 2018 and would take ownership of KACH from the Army and Superintendent.  Should in-patient care of USMA's Cadets be affected by the DHA, those needing in-patient care would need to be transported 10-15 miles in either direction; during winter months, the terrain can be dangerous.  In addition, accountability of cadets sent to other hospitals would be diminished.  When the time comes for a review of KACH, the Superintendent will be involved in the discussions.

(5)    **Re-Accreditation by Middle States Commission on Higher Education**:  all institutes of higher education are required to be accredited.  The Middle States Commission on Higher Education (MSCHE) is in the process of re-accrediting USMA.  This re-accreditation is a years-long process and includes about 90 faculty members working on various committees to ensure accreditation.

**b.  Recommendations to the President**

**(1)   Maintain full support and funding to continue renovations of West Point's Barracks and Academic Facilities.**  The Board recommends that the Administration maintain sufficient funding to continue modernizing the barracks, which still require renovations.  Any further delays in addressing the failing infrastructure could have significant negative impact on Cadet training and education.  In addition, the Board recommends that the Administration for renovations of existing academic facilities, Trophy Point Revitalization, upgrading of the West Point Military Complex, to include Camp Buckner and Camp Natural Bridge, as well as a parking garage.

**(2)   Adequate levels of funding must be maintained consistent with the mission requirements.**  The Board recommends that absent a reduction in the Academy's overall requirements, budget reductions that result in civilian and military personnel reductions as well as operational cuts should be made with a great deal of caution.  Future budget reductions have the potential to adversely impact the curriculum, quality of the education, and/or the training currently afforded Cadets at West Point.

**(3)   Continue supporting and funding programs to prevent and eliminate sexual assault and harassment.**  The Board recommends the Administration continue to support and fund programs to prevent sexual assault and harassment, as well as programs that highlight inclusion, diversity, and equal opportunity.  The Ever-Fi training contract has been, and continues to be a success.

**(4)   Support the restructuring of the Army Athletic Association to a 501(C)3 Non-Federal Entity named the Army West Point Athletic Association (AWPAA)**.  The Board recommends the Administration continue supporting this initiative.  AWPAA allows USMA's coaches and leadership within the Directorate of Intercollegiate Athletics (ODIA) to earn market rates, would raise revenue, and would allow Coaches' children's attendance at on-post schools.  This 501(c)3 entity would be managed by a Board of Directors, run by the West Point Command.   The cooperative agreement with AWPAA was approved in 2017, and the appointment process for members of the AWPAA Board of Directors is ongoing.

**(5)   Exempt USMA from the "Health Care Reform Act."**  It is imperative that USMA maintains control of Keller Army Community Hospital West Point.  If control of KACH is removed from the Superintendent, or altogether eliminated, Cadets who now receive inpatient care, would need to be transported to Newburgh, NY or Westchester County, New York for this care.   During winter months and inclement weather travel can be treacherous.   Further, for accountability purposes, having to account for Cadets who are transported to outside hospitals becomes far more difficult.  In addition to Cadets, KACH also provides health care services to Service Members, Family members, and Veterans.

**(6)  <u>Re-Accreditation by the Middle States Commission on Higher Education.</u>**  The Board recommends this effort be supported, in order to maintain the US Military Academy's Tier 1 standing as an institute of higher education.  The Board further recommends Title 10

professors be exempt from furloughs, if a government shutdown were to occur.  These professors ensure the continuity of teaching during these times.

## 2018 UNITED STATES MILITARY ACADEMY
## BOARD OF VISITORS

STEVE WOMACK
United States House of Representatives
Chair

BRENDA SUE FULTON
Asbury Park, NJ
Vice Chair

Unavailable for Signature
KIRSTEN GILLIBRAND
United States Senate

Unavailable for Signature
RICHARD BURR
United States Senate

Unavailable for Signature
JERRY MORAN
United States Senate

Unavailable for Signature
CHRISTOPHER MURPHY
United States Senate

Unavailable for Signature
K. MIKE CONAWAY
United States House of Representatives

Unavailable for Signature
SEAN PATRICK MALONEY
United States House of Representatives

THOMAS ROONEY
United States House of Representatives

STEPHANIE MURPHY
United States House of Representatives

Unavailable for Signature
ELIZABETH MCNALLY
Scarsdale, NY

Unavailable for Signature
MEAGHAN MOBBS
Arlington, VA

FREDERICK H. BLACK, SR.
Chapel Hill, NC

Unavailable for Signature
R. JAMES NICHOLSON
Washington, DC

JANE HOLL LUTE
Arlington, VA

**AGENDA**
**USMA Board of Visitors Meeting**
**February 28, 2018, 1:00-4:00pm**
**Members Room, Library of Congress**

**Board Business:**

Election of Chair and Vice Chair
Review and Approval of the "Rules of the USMA Board of Visitors"
Swearing In of Presidential Appointees
Approval of the Minutes from October's Meeting
Select Date for Summer Meeting
Status of the 2016 Annual Report (mailed in January)

1345-1600    **USMA Update:**
             *Agenda Items:*

- Highlights from 2017
- Develop Leaders of Character
    – Military Program Update
    – Academic Program Update
    – Physical Program Update
- Foster Relevance and Preeminence
    – Build Diverse and Effective Teams
        - Diversity Update
        - SHARP
- Examination of Trust
- Initiatives and Efforts for 2018
    – Developing Leaders of Character
    – Academy Schedule
    – Admission Class of 2022
    – Middle States Reaccreditation
    – Upcoming Events
- Strategic Way Ahead
    – West Point 2035
    – Strategic Messaging

**MINUTES**
**BOARD OF VISITORS ANNUAL MEETING**
**February 28, 2018**
**Washington, DC**

1. **DESIGNATED FEDERAL OFFICER'S REMARKS.** Colonel (COL) Mark Bieger stated for the record that the United States Military Academy (USMA) Board of Visitors (BoV or Board) operates under the authority of US Code Title 10, Section 4355. The Board is an Advisory Board subject to the Federal Advisory Committee Act.

2. **CHAIRMAN'S REMARKS.** Congressman Womack called the meeting to order and welcomed the members for taking the time out of their busy schedules to attend the meeting. He then reminded the members that the Board of Visitors (Board) is not in USMA's chain of command and only has an advisory role. Meetings are a way for members to gather information in an official capacity.

3. **SUPERINTENDENT'S REMARKS.** The Superintendent welcomed the members and recognized departing member, Ms. Bridget Altenburg, for her service to the Board in 2017. He also thanked Mr. Beau Walker, Congressman Womack's Chief of Staff, and Ms. Kimberly Crawford, of the Library of Congress, for their support and assistance in coordinating the meeting. Honorable Raymond Horoho, the Assistant Secretary of the Army for Manpower and Reserve Affairs was recognized as the Secretary of the Army's representative at the meeting. Command Sergeant Major (CSM) Timothy Guden, USMA CSM, was recognized as being selected as the next CSM for the U.S. Army Training and Doctrine Command (TRADOC). LTG Caslen noted that CSM Guden set the standard at USMA and was an exceptional role model for the Corps of Cadets, Soldiers, and the entire team. He then highlighted a few events that occurred since the last BoV meeting, which included:

   a. Army vs. Navy Football Game: Army beat Navy for a second year in a row, and because Army also beat the Air Force Academy, won the Commander In Chief trophy for the first time since 1997.

   b. Class of 2018 celebrated 100th Night, or their last 100 days before graduation.

   c. Twelve Firsties (Seniors) earned prestigious graduate scholarships, including a Rhodes Scholar, a Marshall Scholar, three Schwartzmann Scholars, two Yenching Scholars, and three Ann Sobel Levy Scholars

   d. Distinguished visitors to West Point included Congressional delegations lead by Congressman Mike Coffman (CO), Congresswomen Jackie Speier and Norma Torres (CA), and Congresswoman Deborah Wasserman Schultz (FA). The new Secretary of the Army, Dr. Mark Esper and CIA Director, Mike Pompeo, who are both USMA graduates  visited the Academy. .

4. **MR. RAYMOND HOROHO'S REMARKS.** HON Horoho thanked everyone for attending and stated it was an honor to represent Secretary Esper. He then corrected his title, which is the Senior Official Performing the Duties of the Assistant Secretary of the Army. Mr. Horoho has developed an interesting relationship with USMA, as he has a nephew who is a member of USMA Class of 2021. The Secretary of the Army's number one priority is to prepare,  organize, and be ready to fight and win against a different foe, and to do so in more austere environments. The Secretary of Defense's initiatives are on improving lethality, driving down

1

the numbers of non-deployable Soldiers, Sailors, Airmen, and Marines. The topics of leadership with character, dignity and respect tie in with the Secretary of the Army's and Defense's initiatives.

**5. ADMINISTRATIVE ANNOUNCEMENTS.** COL Bieger, USMA Chief of Staff, noted the last meeting of the Board of Visitors was held at West Point on October 20, 2017; a quorum was present and the Board of Visitors received updates on the following significant events since the last Board of Visitors meeting: Strategic Imperative 1- Develop Leaders of Character: Advanced Individual Development (AIAD), Semester Abroad, Military Advanced Individual Development (MIAD), Leadership Detail, Team Captain; Strategic Imperative 2 - Foster Relevance and Preeminence: Build Diverse and Effective Teams, Retention trends and efforts, SHARP Education Program; Faculty and Staff Excellence; Intellectual Capital; Stewardship: Impacts of National Defense Authorization Act, Master Facility Plan 2035, A76 law, Memorialization; Culture of Excellence; Semester Highlights.

**6. ROLL CALL.** For the record, a quorum of the Board was present. A list of attendees, annotated to reflect members arriving late or departing early is appended to these minutes.

**7. BOARD BUSINESS.** The following Board Business was discussed and voted on:

a. Elections of the 2018 Chair and Vice Chair.

(1) Congressman Steve Womack was nominated for Chair and seconded, and in a unanimous vote, elected Chair of the 2018 USMA Board of Visitors.

(2) Ms. Sue Fulton was nominated for Vice Chair and seconded, and in a unanimous vote, elected Vice Chair of the 2018 USMA Board of Visitors.

b. Approval of the Rules of the USMA Board of Visitors. There was a motion to approve the Rules of the Board of Visitors, which was seconded. The Rules of the USMA Board of Visitors for 2018 was approved unanimously

c. Presidential Appointees to the USMA Board of Visitors were sworn in

d. The meeting minutes from the October 20, 2017 meeting were unanimously approved.

e. The Board was updated on the status of the 2016 Annual Report, which was completed and mailed in January 2018. The Annual Report for 2017 is being drafted.

f. The date of the Summer USMA Board of Visitors meeting was set for Monday, July 9, 2018, with activities on Saturday and Sunday, July 7-8, 2018.

**8. OTHER BOARD BUSINESS.**

Open Discussion: Congressman Womack introduced LTG Robert L. Caslen, the 59th Superintendent, who discussed recent incidents that were reported in the national press, including a former Cadet, now 2nd Lieutenant stationed at Fort Drum, NY, who posed for a photo after graduation, in 2016, in his Cadet uniform wearing a t-shirt that advocated an ideology that is contrary to the US Constitution. This incident was followed by a letter from a former faculty regarding the Class of 2016 Cadet in question. Investigations have been completed, however, until the legal review and due process have occurred, the results of the findings cannot be

2

released or discussed.  The next issue discussed revolved around letters received regarding the Army-Navy game and the Armed Forces Bowl games, when stories were published by the "Daily Beast" (an online publication) using information that had been leaked by someone with intimate knowledge about USMA.  The article was about whether football players at USMA are treated differently with regards to misconduct allegations, honor violations, academics, and admissions.   The Department of the Army Inspector General (IG) was invited to West Point to review these records to determine if this was the case or not.  USMA worked with DAIG and made available all documents they asked to review.  Additionally, they were interviewed Cadets and members of the staff & faculty during the process of their review.  The results have not been finalized, once the information is available it will be shared with the Board.  Finally, the SAGR (Sexual Assault and Gender Relations) report was discussed; the SAGR report is based on a survey that is conducted every other year which Cadets and Midshipmen, at the Military Service Academies, participate in.

Congressman Womack asked if there were any questions or comments regarding LTG Caslen's discussion, then commented that the timing of the "Daily Beast" story about the football players, the day before the Army-Navy Game, was interesting and wondered about the intent of the author.  He then asked if the "leak" of the information violated any policies or laws, and if the leak of this information was being investigated.  LTG Caslen stated the release of the athletes' information was a violation of the Privacy Act as well as other laws and was being investigated by the CID (Criminal Investigation Division).

**a.  USMA UPDATES.**  LTG Caslen first went over the Mission and Vision Statements as well as his priorities (slides are at Appendix B).  He emphasized that leaders can be the best in their class, but if they lack character, they will fail in leadership.  LTG Caslen then discussed USMA's Strategic Plan, which has two imperatives:

(1)  Imperative 1 is to develop leaders of character.  Its outcomes include:

   (a)  Live honorably

   (b)  Lead honorably

   (c)  Demonstrate Excellence

(2)  Imperative 2 is to foster relevance and preeminence.  Its goals include

   (a)  Build and sustain diverse and effective teams

   (b)  Develop and provide intellectual capacity

   (c)  Promote staff and faculty excellence

   (d)  Practice effective stewardship

   (e)  Instill and foster a culture of excellence and winning

Congressman Womack asked if more New York City applicants were showing up in the admissions process and if there is a cost benefit to the amount of effort that's going into New York City.  COL Deborah McDonald, the Director of Admissions, stated there are cost benefits; the Admissions office is seeing an increase in interested candidates and in nominations for the

3

New York City area.  One of USMA's biggest challenges is to inspire students to consider West Point as a college option.  The second challenge is, getting the candidates to complete their files (including nomination) as the candidates are interested in the beginning, then their interest wanes.  LTG Caslen noted that of the eight congressional districts in New York City, only three did not nominate anyone to West Point, which is much better than in the past.  Senator Kirsten Gillibrand then noted her office has been increasing the diversity of candidates throughout New York State over the last ten years by increasing outreach to veterans and to all the cities throughout the state.  Congressman Womack then asked about a program in which qualified, but un-selected, candidates to West Point's files could then be provided to the Cadet Command for ROTC scholarships.  COL McDonald said that program had been in place for 15-20 years and the Admissions office provides them a list of qualified, non-select candidates every year, around the end of March.

LTG Caslen then discussed USMA's Institutional Rankings, followed by Graduate Scholarship Winners, including the First Captain, Cadet Simone Askew, a Rhodes Scholar.  He then discussed competitive clubs and company athletics, as well as intramurals from last fall.  Many of these teams continue beat Navy.  Two club teams, the Parachute Team and Cycling (Track) are national champions.

   **b.  Commandant of Cadets:**  Brigadier General (BG) Steve Gilland provided an update on the military program at USMA.  He began by announcing the 2nd Brigade of the 101st Airborne Division, Ft Campbell, Kentucky, would be supporting summer training at West Point.  Summer training begins on May 19, followed by graduation on May 26, and R-Day (Reception Day) is on July 2.  The March Back will be on August 13, begin at Camp Buckner.  He invited graduates to march back the 12 miles from Camp Buckner to West Point as well.  He then highlighted Cadet Leader Development Training (CLDT), which is split between the first (Senior) and second (Junior) class Cadets.  Eighty percent of first class Cadets and 20 percent of second class Cadets will be identified as future Brigade Leaders in the Corps of Cadets.  Cadet Leadership Training is based on the Fort Benning phase of Ranger School; it is about 18 days long, with 13 days of continuous operations in which Cadets rotate through leadership positions in a controlling-like environments.  LTG Caslen noted that Cadet Leader Development Training, at Camp Buckner, is a graduation requirement and if a Cadet fails to meet the standard, or to take the course they cannot graduate.  Seventeen seniors did not meet the standard and had to retake the program; once they successfully complete the program, they will graduate later this summer.

BG Gilland highlighted summer Military Individual Advanced Development (MIAD), in which more than one thousand Cadets will receive this training.  Air Assault School will be conducted at West Point, with support from the Air Assault School at Fort Campbell, Kentucky; more than 700 Cadets will go through this course and qualify with Air Assault wings.  Cadets also attend Airborne School, Scuba School, HALO School (military freefall school), Sapper School (an engineering school at Fort Leonard Wood, Missouri) and multiple mountaineering schools in the US and abroad.  The Sandhurst Competition will take place during the second week of April.  Several USMA Cadet Companies and other countries, such as Canada and England will participate.  The competition takes place over 36 hours and covers 27 miles.  More than a dozen military skills will be graded, including night skills.

   **c.  Dean of the Academic Board:**  BG Cindy Jebb, Dean of the Academic Board shared the Academic Program's vision statement with the Board and the thought process behind it, as well as its strategic outcomes:

4

    (1)  Educate, train and inspire cadets to become leaders of character

    (2)  Prepare the rotating military faculty to return to the operational force

    (3)  Provide intellectual capital to the Army and the Nation

BG Jebb highlighted that since West Point is a ".edu" organization, it makes a natural bridge for practitioners, policymakers, and academia to come together to solve problems of national significance, and this occurs in our 26 research centers on USMA.  These centers provide an opportunity to look at difficult problems in an interdisciplinary way, which provides USMA a comparative advantage to look over the horizon.  When operational units give USMA tough problems, USMA has the advantage of being able to look several ridgelines to help develop solutions.  USMA also works with other Army and DoD agencies to vet some projects to evaluate their operational feasibility.  A few examples of this research include:

    (1)  High Energy Laser

    (2)  Analyzing Captured Battlefield Documents

    (3)  Swarm Technology

    (4)  Law of Armed Conflict Book

Spring 2018 events in the Office of the Dean included the following topics, which BG Jebb discussed briefly:

    (1)  McDonald Leader Conference

    (2)  West Point Author's Lunch

    (3)  Dean's Book Club:  Throughout the Semester

    (4)  Senior Conference

    (5)  Projects Day

Looking forward to the future, BG Jebb discussed some Academic Year 2018 experiments and pilot programs, including the academy schedule, budget efficiencies, conference support, human resources support, talent-management based faculty searches, facility management, and classroom configuration; future academic facility projects include the Academic Building Upgrade Program (ABUP) and the Cyber Engineering Academic Center (CEAC).

    **d.  Athletics Update:**  Mr. Eugene (Boo) Corrigan, Athletic Director began by noting that he soon will start his eighth year at West Point.  He discussed the mission statement of Army West Point athletics and highlighted some graduates who had been Corps Squad athletes while they attended West Point, including GEN Vincent K. Brooks, GEN Raymond A. Thomas, LTG H.R. McMaster, BG Cindy Jebb, and MAJ Anna McClaine.  All of these leaders are leaders of character who excelled in their careers.  In December 2017, Army beat Navy in the Army-Navy football game for the second year in a row.  Because Army also beat Air Force in football, Army won the Commander-In-Chief trophy for the first time since 1997.  Many of the cadet athletes are part of the Cadet Leadership, including the Command Sergeant Major, Deputy Brigade

Commander, and 2nd Regimental Commander to name a few.  He highlighted Cadet Kenny Brinson, a football player, who was drawn to the leadership component of West Point.  His sister is a Cadet as well.

Mr. Corrigan also updated the Board members on the Army West Point Athletic Association (AWPAA) cooperative agreement with the Army.  The 2016 National Defense Authorization Act (NDAA) authorized the Army to enter into a cooperative agreement with the AWPAA, 501(c)3. He briefed the members on the following:

     (1)  Cooperative Agreement interim/annual reporting requirements

     (2)  AWPAA audited financial statement and single audit

     (3)  ODIA (Office of the Directorate of Intercollegiate Athletics) NCAA (National Collegiate Athletic Association) Revenue and Expense reporting

     (4)  AWPAA NCAA Paid Ticket Attendance Audit

     (5)  Army Athletic Association continuing multiple annual financial audits

**e. Defense Health Agency.**  The 2017 NDAA authorized the transition of all Army hospitals to the Defense Health Agency (DHA), which will happen over a period of time.  The DHA will directly affect Keller Army Community Hospital (KACH) at West Point.  Based on initial reviews of KACH and its inpatient care, and a review of USMA's mission and hospital care, the reviewers understand the importance of KACH to West Point's mission, however a decision has not yet been made.  The issue at hand is, if inpatient care, particularly orthopedic care, is lost at West Point, cadet athletes would need to be seen at hospitals that are 10-15 miles in either direction, over dangerous terrain in the winter.  Further, there could then be a loss of accountability of cadets who are transported outside of KACH for treatment.  Loss of inpatient care would also affect service members, family members, and veterans who utilize KACH. Honorable Horoho noted the phase towards having to transition hospitals under DHA is coming up on October 1.  Across all installations, there will be assessment of the relationship between DHA, the Service, Senior Mission Commander and the medical treatment facility which will look at the capabilities DHA will be responsible for.  When the time comes for a review of KACH, the Superintendent will be involved in the discussions, memorandums of agreement between the DHA, the medical treatment facility and the Senior Mission Commander.

    **f. Admissions Update:**  COL McDonald briefed the Board on the incoming class of 2022. Today, 28 February 2018, is file completion deadline date for the Class of 2022, so a number of files that have not been completed will be closed.  She pointed out the number of obligations (letters of assurance), and those selected for civilian prep school and USMA Prep School. Currently, there are about 230 unobligated congressional vacancies and offers for those vacancies will be made within the next few weeks.  After that, the class of 2022 should be completed, except for those who require medical waivers.  She showed a Class Comparison chart for the classes of 2017 through 2021.  A new category included in this year's class comparison was for "First Generation" admitted.  Senator Jerry Moran asked if the term "First Generation" could be clarified, i.e., "first generation to attend West Point" or "first generation to attend college.  COL McDonald responded the number represents the number of first generation in a family to attend college (Appendix C).  A new requirement this year, for admission, is for

Cadet Candidates to videotape pull up, flexed arm hang, and pushups, which delayed completion of some files.  The incoming class should be about 1,200.

   **g.  Diversity (Faculty):**   BG Cindy Jebb updated the Board on the diversity of the faculty and blend of excellence.  She discussed senor civilian and military faculty, junior civilian faculty and rotating military faculty and gave statistics on gender/race, percentages of Full Professors, Associate Professors, Assistant Professors and Instructors, as well as the faculty's educational level and commissioning sources for military faculty.  LTG Caslen discussed diversity initiatives including the Diversity Leadership Conference, outreach to members of Congress, and an endowment created for diversity and inclusion which was created by the Association of Graduates.  On the academic side, there is now a minor in Diversity Inclusion that cadets can choose to take.  For the Classes of 2020 and 2021, there is a peer tutoring program and "first year beyond" for engineering and math

   **h.  SHARP Update:**  LTG Caslen started the update on the SHARP (Sexual Harassment and Assault Response and Prevention) Program with a slide on the DoD 2016-17 Military Service Academy Annual Report, which is released every two years.  Total reports of sexual assault trended upward at West Point in 2016-17.  Several members of the Board had questions regarding the upward trend in reports of sexual assault, which Ms. Samantha Ross addressed.  There has been nearly a 50 percent increase of reporting at USMA due to deliberate efforts.  The magnitude of the increase can't necessarily be measured compared to its prevalence.  The incidents are based on cadets who have identified they had incidences of sexual assault as defined by the Uniform Code of Military Justice (UCMJ), Article 20.  Questions in the survey give information about Cadets' experiences of assault prior to their attending the Academy, but are not included in USMA's prevalence numbers.  USMA's program has five main areas of effort; the following three were addressed at the meeting:

   (1)  Advocacy/Victim Assistance

   (2)  Investigation

   (3)  Accountability

USMA's current focus is on prevention and assessment of the effectiveness of USMA's program.  Prevention of sexual assault is a relatively new field of practice and very little research exists about the kinds of programs that actually affect change.  The biggest challenge is to frame a solution set that resonates with Cadets.  Ms. Ross discussed the "USMA Prevention Reset", which is a new program that will help to provide Cadets with skills so they can successfully navigate relationships with respect for self and others.  The program has two phases:

   (1)  Phase I - Change the Narrative

   (2)  Phase II – Meet Cadets Where They Are

Ms. Ross covered the findings of the SHARP Education Working Group , and USMA's strengths as well as areas that were "Good-to-Great."  There was further discussion regarding the SHARP update, including commendations from a few members on the excellent job USMA has done in the area of prevention of sexual assault and harassment and to keep in mind, there is still a lot of work to be done in this area, but USMA is leading the way.

7

**h. Initiatives and Efforts for 2018**  The following topics were covered by LTG Caslen, BG Jebb, and COL Greg Boylan:

       (1)  Developing Leaders of Character.  LTG Caslen discussed developing leaders of character at West Point and the development of a strategy for character development.  A book, titled "Developing Leaders of Character," was created when it was realized that developing character through immersion wasn't enough.  Character also needs to be taught, so a syllabus and curriculum were put together.  The course goal is to live honorably; the course objectives are to teach Cadets to take morally and ethically appropriate actions regardless of personal consequences; exhibit empathy and respect towards all individuals; act with proper decorum in all environments; and seek and reflect on feedback.  The course is divided into four blocks (1 for each class), instruction occurs in small groups, and reflection will be a culmination of blocks of instruction.

       (2)  Academy Schedule Change, Academic Year (AY) 19.  LTG Caslen handed the floor to BG Cindy Jebb who discussed schedule changes for AY 2019.  These changes include creating longer classes to 55-75 minutes, creating study days by consolidating academic time, maintaining Day 1/Day 2 designations, and returning to 10 minutes between classes.  The reasons for this change are based on feedback, both formal and informal, surveys and assessments over the past several years.  The Academy schedule lacked quality time for study, class preparation, reflection, and work on major assignments, also there was a demand for improved pedagogical flexibility.  The purpose of the change was to make changes to improve pedagogy, use time more effectively during the academic day, and foster a culture of excellence and accountability during the semester.  Every other Wednesday will be Dean's time; set aside for focus on academic excellence and everyone will have uninterrupted time to work on their papers, Capstone projects, etc.

       (3)  Middle States Commission on Higher Education (MSCHE).  USMA is currently being review for reaccreditation by MSCHE.  All institutions of higher education that are legitimate must be accredited.  USMA's accreditor is MSCHE.  There are seven standards, with working groups for each standard.  The seven standards are Mission and Goals; Ethics and Integrity; Student Learning Experience; Support of Student Learning Experience; Educational Effectiveness Assessment; Planning, Resources, and Institutional Improvement; and Governance, Leadership and Administration.  BG Jebb discussed the effect of government shutdowns on the accreditation process.  When the government shuts down, MSCHE must be notified, as USMA could be at risk for accreditation due to a disruption in the continuing level of resources.  Government shut downs also affect the blend of excellence as much of the civilian faculty is not exempt from government shutdown.  Finally, government shut down affects talent management and it's difficult to find, and retain quality civilian faculty.  This issue was discussed at length by the members; Honorable Horoho reiterated the demoralizing effects government shutdowns have on the civilian workforce, which impacts their drives of engagement and their productivity.

       (4)  COL Gregory Boylan, the USMA Director of Strategic Resource Planning and Integration, is responsible for "USMA 2035:  The Vision and Plan."  He discussed in detail the vision for USMA's facilities in the Cadet Area as well as the West Point Military Complex, which includes Camps Buckner and Natural Bridge and Range and Training areas.  USMA is currently undergoing renovations to the Cadet Barracks.  Between FY13 and FY18, three sets of barracks have been renovated and the newest barracks, Davis Barracks, was opened in August 2018.  From now through FY22, the remaining barracks are scheduled to be renovated; currently, Pershing Barracks is under renovation.  The Cadet- and Academic Building Update Program

8

(CBUP and ABUP) is a decade-long Army program.  The Academic facilities are sorely in need of renovations to bring them to the current standards of academia.  Further, there are several other administration and academic buildings that have not seen major renovation in up to 50 years.

        (5)  Key Upcoming Events.  The Superintendent concluded by reviewing the list of upcoming events at USMA from March through June, including his pending Change of Command, currently scheduled for June 22.  The Commander-In-Chief trophy presentation is scheduled for May 2, 2018 and the Twilight Tattoo, a US Army Band Concert Series, hosted by USMA, is scheduled for 3 May 2018.  LTG Caslen thanked the Board for their hospitality and the Member's Room in the Library of Congress, and most importantly, the Board's time and leadership.

**9. REMAINING BOARD BUSINESS.**  None.

**10. ADJOURNMENT.**  With no further comments, Congressman Womack adjourned the meeting at 3:45pm.  This concluded the February 28, 2018 Spring Meeting of the USMA Board of Visitors.

Certified by:

JUL 0 6 2018

STEVE WOMACK
US Representative
Chair, USMA Board of Visitors

DEADRA GHOSTLAW
Designated Federal Officer,
  USMA Board of Visitors

9

**ATTENDANCE ROSTER**

**Congressional Members:**

| | | |
|---|---|---|
| Senator Richard Burr | Arrived 1315 | Departed 1436 |
| Senator Kirsten Gillibrand | Arrived 1324 | Departed 1533 |
| Senator Chris Murphy | Arrived 1334 | Departed 1401 |
| Senator Jerry Moran | Arrived 1401 | |
| Congressman Steve Womack | | |
| Congresswoman Stephanie Murphy | | |
| Congressman Sean Patrick Maloney* | Arrived 1305 | Departed 1340 |
| Congressman Mike Conaway | | Departed 1411 |
| | Returned 1520 | |

**Presidential Appointees:**

| | |
|---|---|
| Ms. Sue Fulton | |
| Ms. Elizabeth McNally | |
| Ms. Bridget Altenburg | |
| Ms. Jane Holl Lute | Departed 1425 |
| COL (Ret) Frederick H. Black, Sr. | |

**The following members were absent:**

HON Gerald McGowan

**Based on the BOV attendance, a quorum was present.**

**Other attendees:**
Mr. Raymond Horoho Senior Official Performing the Duties of the ASA(M&RA)
LTC Jason Kerr, XO ASA(M&RA)
LTC Charcillea (Charcy) Schaefer, SAFM-Bul (outgoing)
CPT Catherine (Catie) Shutters, SAFM-BUL (incoming)
MAJ Shawn Schroeder, OCLL

**USMA Command and Staff Members in Attendance:**
LTG Robert L. Caslen, Jr., Superintendent of the United States Military Academy
CSM Timothy Guden, USMA Command Sergeant Major
COL Mark D. Bieger, USMA Chief of Staff
COL Gregory Boylan, Superintendent's XO
MAJ Burton Eissler, Superintendent's Aide de Camp
LTC Justin Miller, Secretary of the General Staff
Ms. Deadra Ghostlaw, Assistant Secretary of the General Staff and DFO
Mr. Jeffrey Reynolds, Chief of Protocol/Alternate DFO
BG Cindy Jebb, Dean of the Academic Board
BG Steve Gilland, Commandant of Cadets (USCC)
CSM Tom Kenny, USCC Command Sergeant Major
Mr. Eugene Corrigan, Director of Intercollegiate Athletics
COL Andrew Hanson, Commander, USAG West Point
COL Erik Christiansen, Staff Judge Advocate
Ms. Lori Doughty, Academy Counsel

10

COL Deborah McDonald, Director of Admissions
SFC Joel Figueroa, Superintendent Communications NCO
COL Holly West, USMA G5
LTC Chevelle Thomas, Public Affairs Officer
Ms. Samantha Ross, SHARP Program Manager
Mr. Charles "Bo" Thompson, Sound Engineer
Mr. Dave Skoglund, Sound Engineer

**Legislative Assistants:**
Mr. Cole Lyle (SEN Burr)
Ms. Moran Banai (SEN Gillibrand)
Mr. Alec Johnson (SEN Murphy)
Mr. Will Goodwin (SEN Gillibrand)
Abbas Malik (SEN Gillibrand)
Alex Phillips (SEN Gillibrand
Mr. Beau Walker (Rep Womack)
LTC Alex Warthen (Rep Womack)
Mr. Ethan Abner (Rep Rooney
Ms. Heather Nelson (PS)

**Members of the Public:**

Mr. Keith McLiverty
Mr. John Anderson
Mr. George Feese
Mr. Steve Sucharski



USMA Board of Visitors Meeting
**28 February 2018**
**Washington D.C.**

**Developing Leaders of Character – An Update**

1

---

**UNITED STATES MILITARY ACADEMY**
**WEST POINT.**

*Agenda*

- **Introduction**
- **Board Business**
- **Develop Leaders of Character**
  - **Military Program Update**
  - **Academic Program Update**
  - **Physical Program Update**
- **Foster Relevance and Preeminence**
  - **Build Diverse and Effective Teams**
    - **Admission Class of 2022**
    - **Diversity Update**
    - **SHARP**
- **Initiatives and Efforts for 2018**
  - **Developing Leaders of Character**
  - **Academy Schedule**
  - **Middle States Reaccreditation**
  - **West Point 2035**
  - **Upcoming Events**
- **Discussion Topics**

*Cadets Walking Back from Class*

2

2






**Vision and Mission**

Vision
West Point is the preeminent leader development institution in the world.

Mission
To *educate, train, and inspire* the Corps of Cadets so that each graduate is a commissioned *leader of character,* committed to the values of Duty, Honor, Country and prepared for a career of professional excellence and service to the Nation as an *officer in the United States Army*.



*"Inspire Leaders of Character"*

5



USMA Strategic Plan

**Commitment to Character and Excellence …**

| Strategic Imperative 1:<br>Develop Leaders of Character<br>*"What leaders does the Army need in 10, 20 and 30 years?"* | Strategic Imperative 2:<br>Foster Relevance and Preeminence<br>*"What is required to foster relevance and preeminence in 10, 20 and 30 years?"* |
|---|---|
| Outcomes<br>*Upon commissioning West Point graduates :*<br>1.. Live honorably :<br>2. Lead honorably :<br>3. Demonstrate excellence | Goals<br>☐ Build and sustain diverse and effective teams<br>☐ Develop and provide intellectual capacity<br>☐ Promote staff and faculty excellence<br>☐ Practice effective stewardship<br>☐ Instill and foster a culture of excellence and winning |

6

6



**UNITED STATES MILITARY ACADEMY WEST POINT.** *Superintendent's Priorities*

- **Leader Development:** Produce military leaders prepared to fight and win America's wars.

  – **Honorable Living:** <u>Develop leaders</u> who live honorably 24/7, who have internalized the values of Duty, Honor, Country, and the values of our Army.  Ensure that climate exists here at West Point.

  – **Sexual Harassment/Assault/Command Climate:** <u>Develop leaders</u> who lead with command climates of dignity and respect, where everyone on the team feels value added, and feels secure both physically and emotionally.  Ensure that climate exists at West Point.

  – **Winning Culture:** <u>Develop leaders</u> who build a culture of excellence and winning in everything we do.  We will win honorably, not changing our standards nor who we are.

  – **Diversity:** <u>Develop leaders</u> who recognize and leverage the power of diverse teams. Continue to build and retain a diverse USMA team, both within the Corps of Cadets and our staff and faculty.

- **Force Protection**: Ensure West Point remains a safe and secure installation for the Corps of Cadets, staff and faculty and their families, and our guests.

- **New York City:** Continue to build our partnership with New York City to enhance Cadet development and enrich our connection with the American people.

- **Beat Navy!**

7

7



**UNITED STATES MILITARY ACADEMY WEST POINT.** *Institutional Rankings*

**Forbes** America's Best Colleges **2017**
#2 Public College
#9 Liberal Arts College
#16 Top College in the Northeast
#24 Top College Nationwide

**The Princeton Review 2018**
#1 Best Classroom Experience
#2 Most Accessible Professors
#2 Lots of Race/Class Interaction
#4 Everybody Plays Intramural Sports
#4 Best Health Services
#5 Best College Library

**BEST COLLEGES U.S.News RANKINGS 2018**
#1 Public Nat'l Liberal Arts College
#2 High School Counselor Ranking
#12 National Liberal Arts College (public & private)
#4 Best Undergrad Engineering Programs
#1 Civil Engineering Program
#4 Electrical/Electronic/Communication
#5 Mechanical Engineering Program

**college factual**
#1 Best College Offering Degrees in Legal Professions
#2 Best College to Study Geography and Cartography
#3 Best College to Study Environmental Engineering

8

8



Graduate Scholarship Winners
Class of 2018

Simone Askew — Rhodes Scholar
Joy Schaeffer — Marshall Scholar
Megan Bryn — Schwarzman Scholar
Nette Monaus — Schwarzman Scholar
Duy Nguyen — Schwarzman Scholar
Brad Torpey — Schwarzman Scholar
Justin Alexander — GEM Scholar
Scott Buchanan — Ann Sobel Levy Scholar
Lexi Johnson — Ann Sobel Levy Scholar
Sean O'Brien — Ann Sobel Levy Scholar
Ulysses McGuinness — Yenching Scholar
David Lee — Yenching Scholar

9



Competitive Club/
Company Athletics Excellence

**Company Athletics**
**Fall Champs**

| | |
|---|---|
| Soccer | A3 |
| Basketball | B2 |
| Flag Football | G2 |
| Submission Grappling | C2 |
| Functional Fitness | D1 |

**Beat Navy**

- Men's Volleyball
- Patriot Games
- Chess
- Pipes & Drums
- Powerlifting
- Debate
- Judo
- Model UN
- Pistol
- Ski team

**National Champions**

- Parachute Team
- Cycling (Track)

10



UNITED STATES MILITARY ACADEMY
WEST POINT.

# Developing Leaders of Character

11

11

UNITED STATES MILITARY ACADEMY
WEST POINT.

## CST 2018 Overview

**Cadet Summer Training (CST)@ USMA**
- Total Cadets Trained: **3800**
- Cadet Cadre: **1100**
- AASLT: **720**
- Senior Leader Experience: **1100** High School Students

**Military Individual Advanced Development (MIAD) Training**
- **1050** Cadets conduct MIAD training throughout the summer
- **285** of these are at competitive/specialty MIADs

**USCC (+) ICW Operating Force Units conducts Summer Training IVO the USMA from 19 May 17 – 13 Aug 17 IOT educate, train, and inspire the Corps of Cadets and visiting participants so that each graduate is a commissioned leader of character committed to the values of Duty, Honor, Country and prepared for a career of professional excellence and service to the nation as an officer in the United States Army or respective service.**

12



UNITED STATES MILITARY ACADEMY
WEST POINT.

## Sandhurst Competition & Conference

***To deliver the world's premier international academy military skills competition to inspire Cadets** to achieve military excellence in their chosen profession through a rigorous, physical, mental, and leadership challenge that is reflective of combat operations in terms of tempo and tasks.*

**Adaptability**

**Endurance**

**Intellectual**

**Violence of Action**

13

13

UNITED STATES MILITARY ACADEMY
WEST POINT.

## Academic Program

**13** Academic Departments, **35** Academic Majors, **15** Academic Minors, **26** Research Centers

***Accreditation***
MSCHE, ABET, GIS, ACS

***Faculty Blend of Excellence***
- **103** senior military
- **311** rotating military
- **155** Title 10

------------------------

- **7%** Full Professor
- **13%** Associate Professor
- **40%** Assistant Professor
- **40%** Instructor

------------------------

**8** exchange faculty (Brazil, Chile, Germany [x2], Great Britain, Spain, Japan)

***7 Academic Buildings***
- **6** large auditoriums
- **12** small auditoriums
- **224** classrooms
- **21** lab rooms
- **61** classitories
- **125k** ft² Library

***Intellectual Capital***
**558** faculty publications since July 2016

*West Point educates and inspires leaders of character who think critically, internalize their professional identity, and employ their education to help build the Army and the Nation's future.*

1. **Educate, train and inspire cadets to become leaders of character.**
2. **Prepare the rotating military faculty to return to the operational force.**
3. **Provide intellectual capital to the Army and the Nation.**

***Research Affiliations***
Academe, DTRA, COCOMs, SMDC, AMC, National Labs, Interagency

***167 Scholarships***
Last 10 years including:
- **21%** technical
- **6%** Rhodes
- **5%** Marshall
- **4%** Truman
- **3%** GEM

***Enrichment Experiences***
**61** cadets studying abroad
- **150** average each year
- **33** institutions, **20** countries

**1150** AIADs each year
- **700** domestic
- **450** international

**54** international cadets from **31** countries study at USMA

**62** academic clubs & forums

Conferences, guest speakers, and field trips

14

14



### Community and Innovation: The Present

**Research – A Few Examples**

High Energy Laser

Analyzing captured battlefield documents

Swarm Technology

Law of Armed Conflict Book

**Spring 2018 Events – A Few Examples**

McDonald Leader Conference: 21-25 March

WP Author's Lunch: 3 April

Dean's Book Club: Throughout the Semester

Senior Conference: 22-24 April

Projects Day: 3 May

15

15

### Community and Innovation: The Future

Tomorrow's Army needs a diverse set of officers with a broad array of talents and perspectives—with deep disciplinary knowledge as well as with the agility and imagination to work across disciplines—to serve in an increasing range of specialties, from traditional branches to the newest, Cyber. How can the Academic Program best meet the challenges and exploit the opportunities of the twenty-first century as West Point approaches its 250th anniversary in 2052?

**Academic Year 2018 Experiments & Pilots**
- Academy Schedule
- Budget Efficiencies
- Conference Support
- Human Resource Specialist
- Talent-Management Based Faculty Searches
- Facility Management
- Classroom Configuration

**Future Academic Facilities**
- Academic Building Upgrade Program (ABUP)
- Cyber Engineering Academic Center (CEAC)





16

16



UNITED STATES MILITARY ACADEMY
WEST POINT.

# Intercollegiate Athletics

**The mission of Army West Point Athletics is to provide an extraordinary Division I athletic experience that develops leaders of character committed to the values of Duty, Honor, Country.**

- **USMA competes with other academies, colleges and universities; in academics, in military training, and in athletics on the fields of friendly strife**
- **The intercollegiate experience of our cadets is a key part of building the warrior ethos by:**
  - Building cohesive teams who must balance their academic, military and physical requirements
  - Handling adversity through developing mental and physical toughness
  - Effectively developing leaders of character who have the resilience and determination to lead our Army and win in a complex world

GEN Robert B. Brown — Men's Basketball ('81) — Commander of United States Army Pacific

GEN Vincent K. Brooks — Men's Basketball ('80) — Commander of United States Forces Korea, United Nations Command and ROK-U.S. Combined Forces Command.

GEN Raymond A. Thomas — Men's Cross Country ('80) — Commander of United States Special Operations Command

LTG Charles W. Hooper — Men's Track & Field ('79) — Director of the Defense Security Cooperation Agency

LTG Joseph Anderson — Men's Cross Country ('81) — Deputy Chief of Staff, Department of the Army

LTG Kenneth R. Dahl — Lacrosse Men ('82), — Commanding General, U.S. Army Installation Management Command

LTG Darryl A. Williams — Football ('83) — Commander of NATO Allied Land Command

LTG Austin S. Miller — Men's Soccer ('83) — Commander of the Joint Special Operations Command

LTG Herbert R. McMaster Jr. — Men's Rugby ('84) — 26th National Security Advisor

BG Cindy R. Jebb — Volleyball ('82) — 14th Dean of the Academic Board, USMA

MAJ Anne McClaine — Softball ('02) — Senior Army Aviator and member of 21st NASA Astronaut Class

***Intercollegiate Athletics as a Part of the Leader Development Process***

UNITED STATES MILITARY ACADEMY
WEST POINT.

# Culture of Excellence and Winning

*Sprint Football won the first-ever CSFL Championship Game to compete perfect season*

*Clare Shea nominated as Senior CLASS award candidate, and serves as Student Athlete Advisory Council Chair*

*Men and Women's Cross Country sweep Navy for first time since 2005; won PL Title*

*Football finished with 10 wins for only the second time in Academy history*

*Volleyball defeats Navy in come from behind win in 5 sets*

*Kenneth Brinson named a CoSIDA Academic All-American*

*Marcos Arroyo named a Second Team United Soccer Coaches Scholar All-American*

*Army Wrestling beat Navy in Annapolis for the first time since 1961. Coach Kevin Ward tied Coach Leroy Alitz for wins over Navy (3) in just his first 4 years.*

***Cadet Leaders in the Corps***

*Marcos Arroyo (Soccer) Deputy Brigade CDR*

*David Baker (Sprint Football) Brigade CSM*

*Clare Shea (Soccer) Student Athlete Advisory Council Chair*

*Bailey Bowlin (Rabble Rousers) Regimental CDR*

*Kiersten Spencer (Lacrosse) Regimental S-3*

*Arran Rounds (Sprint Football) Regimental XO*

*Destinee Morris (Basketball) Battalion CDR*

*Cory Pinkley (Strength) Regimental CSM*

*Rachel York (Wrestling) Battalion CSM*

***2017-2018 Highlights***

Sprint Football: 8-0 ★
Men's Rugby: 6-2 ★
Women's Rugby: 4-7-1 ★
Men's Soccer: 9-6-2
Women's Soccer: 4-11-2 ★
Men's Cross Country: 2-0 ★
**Patriot League Champions*
Women's Cross Country: 2-0 ★
Football: 10-3 ★★
** CIC Trophy Champions*
**Armed Forces Bowl Champions*
Volleyball: 18-12 ★
Golf: 1-1 ★
Hockey: 13-13-6 ★★
Men's Swim/Dive: 8-3
Women's Swim/Dive: 6-4
Men's Basketball: 13-14 ★
Women's Basketball: 14-12 ★
Rifle: 7-8 ★
Wrestling: 3-6 ★
Women's Indoor Track: 1-1 ★
Men's Indoor Track: 0-1
Men's Lacrosse: 3-0
Women's Lacrosse: 1-1
Baseball: 1-2
Women's Tennis: 6-4
.530 win percentage

★ = Win over Air Force
★ = Star Series win over Navy



### Athletic Department Financial Accountability and Auditing

- **Cooperative Agreement interim/annual reporting requirements**
  - First Interim Performance Report was submitted to Grants Officer on 7 November 2017.
  - Interim report annual requirement outlines execution of the intercollegiate athletics mission over the previous year, and is filed IAW the terms of the AWPAA Cooperative Agreement
  - Annual financial reports will report on activities through end of each calendar year and will be submitted via Federal Financial Report Form SF 425
- **AWPAA audited financial statement and single audit complete by March 30th**
  - Single Audit is required for most governmental recipients of federal assistance to have organization-wide financial and compliance audits on an annual basis. Under New York state law (7A § 172-b), a charitable organization with gross annual revenue over $500,000 must file an audited financial statement prepared by an independent CPA.
  - Awaiting formal results of Single Audit Act audit IAW 2 CFR 200 Subpart F and Financial Audit recently completed for initial AWPAA fiscal year
- **ODIA NCAA Revenue & Expense reporting complete (January every year)**
  - Member institutions submit financial data detailing operating revenues and expenses related to its intercollegiate athletics program to the NCAA on an annual basis. The financial data are subject to agreed-upon procedures performed by a qualified independent accountant annually for DI members.  Institutions that provide data will see it populated in the NCAA Institutional Performance Program (IPP) in the spring.  IPP allows institutions to not only view their data, but allows schools to compare and benchmark their data with other groups of institutions and peers.
- **AWPAA NCAA Paid ticket attendance audit, NLT February 15th**
  - Football Bowl Subdivision (FBS) member institutions must undertake annual certified audits verifying home football game attendance, and keep the records on hand for 4 years.  FBS schools must verify compliance with the minimum attendance requirements, averaging at least 15,000 in actual or paid attendance for all home football contests over a rolling two-year period
- **Army Athletic Association (AAA) continues multiple annual financial audits**
  - In accordance with DoDI 1015.15 (Reference (d)), annual audits shall be conducted for all Non-Appropriated Fund Instrumentalities (NAFIs) with annual revenues or expenses exceeding $10 million.  NAFIs shall contract with a licensed Certified Public Accountant (CPA) firm to satisfy the financial statement audit requirement.  AAA will maintain its contract with IMCOM to audit financial statements, conducted by outside agency (PB Mares).  This report is issued in February, and it audits all material aspects of the financial position of AAA
  - Annually conduct disinterested party inventories of the Gift Shop and Non-Appropriated Fund (NAF) fixed assets.  Both inventories fed into the financial reports

19

19



# *Foster Relevance and Preeminence*

### *Build Diverse and Effective teams*



20

20



### Class of 2022 Admissions Update

| Admissions Update Class 2022 | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | Total | Women | African American | Hispanic | Scholars | Leaders | Athletes | Soldiers |
| Applicants | 12,252 | 3,365 | 1,463 | 1,649 | 1,938 | 732 | 618 | 964 |
| Offers | 732 | 187 (25.5%) | 60 (8.2%) | 75 (10.2%) | 396 (54.1%) | 131 (17.9%) | 119 (11.0%) | 21 (2.9%) |
| Accepts | 418 | 114 (27.3%) | 37 (8.9%) | 43 (10.3%) | 190 (45.5%) | 80 (19.1%) | 92 (22.0%) | 17 (4.1%) |
| O/S LOAs | 150 | 57 | 57 | 12 | 46 | 30 | 55 | 2 |
| O/S Civil Prep | 3 | 1 | 0 | 0 | 0 | 1 | 1 | 0 |
| O/S USMAPS | 219 | 46 | 100 | 10 | 6 | 26 | 91 | 49 |
| Obligations | 1,085 | 286 (26.4%) | 216 (19.9%) | 95 (8.8%) | 432 (39.8%) | 182 (16.8%) | 264 (24.3%) | 71 (6.5%) |

As of 26 February 2018

21

21

### 2017-2021 Class Comparison



| | 2017 | 2018 | 2019 | 2020 | 2021 |
|---|---|---|---|---|---|
| African Americans # Admitted | 9.2% 108 | 13.6% 163 | 15.1% 188 | 14.0% 180 | 16.7% 205 |
| Hispanics # Admitted | 11.5% 135 | 9.7% 116 | 9.8% 122 | 9.4% 121 | 9.7% 119 |
| Asians # Admitted | 6.7% 78 | 7.9% 95 | 7.5% 93 | 9.1% 117 | 8.0% 98 |
| Women # Admitted | 16.0% 188 | 21.8% 261 | 22.1% 275 | 21.8% 281 | 24.4% 300 |
| Recruited Athletes # Admitted | 17.9% 210 | 21.7% 260 | 21.4% 266 | 19.7% 254 | 26.7% 328 |
| Soldiers # Admitted | 11.0% 129 | 7.7% 92 | 6.6% 82 | 6.0% 77 | 6.1% 75 |
| First Gen # Admitted | No Data | 13.4% 163 | 14.0% 177 | 11.4% 149 | 10.6% 132 |
| Class Size | 1172 | 1197 | 1245 | 1290 | 1228 |

22

22



*Faculty Blend of Excellence*

**Senior Faculty**     **Junior Civilian Faculty**     **Rotating Military Faculty**

*Gender/Race*
- **80%** Men
- **20%** Women
- **75%** Caucasian
- **3%** Black
- **2%** Hispanic
- **3%** Pacific Island/Asian
- **2%** Other
- **15%** Not Reported

*Faculty Blend of Excellence*
- **103** senior military
- **311** rotating military
- **155** Title 10
------------------------
- **7%** Full Professor
- **13%** Associate Professor
- **40%** Assistant Professor
- **40%** Instructor

*Education Level*
- **48%** PhD/JD
- **52%** MA/MS/MBA/LLM

*Military Faculty Commissioning Source*
- **64%** USMA
- **36%** ROTC/OCS

23

23

---

*Diversity Best Practices/Initiatives*

**Institutional**
- Established Office of Diversity, Inclusion and Equal Opportunity (Funded out of base budget)
- USMA Strategic Plan that Emphasizes Diversity and Inclusion
- Outreach to Congressional Black Caucus and Congressional Hispanic Caucus Diversity
- Leadership Conference
- New Cadet Barracks Naming: Davis Barracks
- Superintendent's Unrestricted Diversity & Inclusion Endowment
- Superintendent's Honorary ROCK of the Year Award & Honorary Tuskegee Airman

**Cadet**
- Cadet Ambassadors/Cadet Clubs moved under ODIEO
- Diversity and Inclusion Studies Minor
- Academic clubs and forums
- Class of 2020 and 2021 retention initiatives
- Leadership, Ethics, and Diversity in STEM

**Faculty and Staff**
- Georgetown University Faculty Diversity Consultation
- HBCU Diversity Potential Faculty Talent Search
- Meetings with Human Resources command and Division commanders

> - Princeton Review: #2 Lots of Race/Class interaction
> - Classes of 2020 and 2021: the most competitive and diverse classes in history of USMA with historic highs for both women and African-Americans

24

24





**Sexual Assault Reporting Trending Upward at USMA**

| APY | USMA Total Reports | USMA Unrestricted | USMA Remaining Restricted |
|---|---|---|---|
| 07-08 | 4 | 3 | 1 |
| 08-09 | 13 | 12 | 1 |
| 09-10 | 10 | 5 | 5 |
| 10-11 | 10 | 7 | 3 |
| 11-12 | 15 | 12 | 3 |
| 12-13 | 10 | 7 | 3 |
| 13-14 | 11 | 9 | 2 |
| 14-15 | 17 | 15 | 2 |
| 15-16 | 26 | 20 | 6 |
| 16-17 | 50 | 29 | 21 |

25



- Prevalence of sexual assault at West Point remains a key focus of new prevention initiatives
- Support services and environmental changes since 2015 may be linked to higher reporting (APY 16-17 & 17-18)
- Strong advocacy, investigative and accountability systems may be a factor in our increased reporting for past two years

26



UNITED STATES MILITARY ACADEMY
WEST POINT.

# USMA Prevention Reset

- Refocused education on **"What to do"** versus **"What not to do"**
- Look at how we are assessing character development
- Education program was compartmentalized, leading to CDT cynicism and topic fatigue
  - CASHA, Respect, Honor
- Education is happening in all pillars, could be harnessed for a more holistic Prevention Program

Prevention = Providing Cadets with skills to successfully navigate relationships with respect for self and others

27

27

UNITED STATES MILITARY ACADEMY
WEST POINT.

# Phase I – Change the Narrative

- Dosing model introduces new material
- Provide opportunity for Cadets to reflect and discuss new material among peers
- Augment the Tactical Officer/NCO team with volunteers from community to facilitate "tough" conversations about relationship challenges

28

28



**Phase II –**
**Meet Cadets Where They Are**

UNITED STATES MILITARY ACADEMY
WEST POINT.

### *EverFi Program*

- Consultation evaluated our Prevention Program on three main areas:
  - Institutional commitment to prevention of sexual violence
  - Continuity of policies and processes to execute an effective prevention program
  - Prevention programming strengths and areas to improve
- Provide on-line training, reinforcing basic themes:
  - Sexual Violence awareness and prevention
  - Responsible alcohol use
  - Responsible and legal use of prescription medications
- Embedded surveys provide data to highlight CDT experiences, beliefs and values related to life choices (sex, alcohol and medication use)
- Real-time data allows us to address areas of concern from the surveys with meaningful interventions
  - Ex: Added a module in CCDP to explore abusive/controlling relationships, based on survey feedback
- Provides us with benchmarking data regionally and nationally

29

29



*SHARP Education Working Group Findings*

UNITED STATES MILITARY ACADEMY
WEST POINT.

| **Strengths** | **Good-to-Great** |
|---|---|
| • **Linked to our USMA Strategic Plan, WPLDS outcome goals, and CDS**<br>• **Provides material that is**<br>  – dynamic, sequential, comprehensive<br>  – creates conversation<br>• **Provides communication and confrontation skills for bystander intervention**<br>• **Leadership dimension**<br>  – addresses individual, group, leader and organizational expectations<br>  – Intended to create and maintain respectful and responsible interactions<br>• **Addresses current generational social trends and norms in a non-judgmental**<br>• **The curriculum addresses individual, relationships, community, society perspectives**<br>• **Provides knowledge and understanding about SHARP definitions, resources, and processes** | • **Content needs to generate a personal connection to spark productive reflection and introspection to change beliefs and feelings**<br>  – Tougher, more raw, candid conversations<br>• **Behavior change/growth over 47 months can happen if content and discussion meets Cadets where they are**<br>• **Address gender related issues without creating defensiveness, gender bias, gender bashing, etc.**<br>• **Productively discuss personal safety and responsibility in social situations**<br>  – Ensure discussions are candid about criminal behavior, consequences<br>  – Facilitate honest dialogue to expose tendencies to excuse and justify crimes<br>• **Prep for CASHA needs to be more intentional like Ldr Challenge**<br>  – S&F/TAC in each room<br>  – Active involvement in the prep/execution<br>• **Validate EO/SHARP material with SME**<br>  – Ensure linkage to SHARP/Prevention Strategy for training, education and events |

30

30



UNITED STATES MILITARY ACADEMY
WEST POINT.

# Initiatives and Efforts for 2018

31

31

UNITED STATES MILITARY ACADEMY
WEST POINT.

## Developing Leaders of Character

**WPLDS is the integration of USMA's academic, military, physical, and character programs within a culture of character growth, while providing opportunities to practice following and leading.**

32

32



**Cadet Character Development Program**

*A more positive approach will help us achieve culture change.*

- Healthy relationships content from various platforms (expertise and activism)
  - Relationships 101 Symposium
  - CCDP
  - Guest lectures throughout AY
- Augment with follow-on discussions facilitated by Company Character Education Team
  - Volunteers from across the Academy
  - Support TAC Team in development, execution and quality control of healthy relationships content
- Shifting language to be more pro-social, positive and encouraging in content delivered
  - Focus on building and practicing skills:
    - to be healthy in relationships
    - needed to be active bystanders in social situations that may be volatile

- **47 Month curriculum with Syllabus**
- **Course Goal:** Live honorably
- **Course Objectives: Graduates will:**
  - Take morally and ethically appropriate actions regardless of personal consequences.
  - Exhibit empathy and respect towards all individuals.
  - Act with the proper decorum in all environment
  - Seek and reflect on feedback.
- **Details of Course**
  - Course divided into 4 blocks (Plebe, Yearling, Cow, Firstie)
  - Instruction will occur in small groups facilitated by members of Character education team
  - Reflection will be culmination of block of instruction

33



**Academy Schedule Change AY 19**

**Background**: Based on formal and informal feedback, surveys, and assessments over the past decade, West Point's Academy schedule lacks quality time for study, class preparation, reflection, and work on major assignments, all of which have detracted from a culture of excellence. Additionally, there is a demand for improved pedagogical flexibility.

**Purpose**: Make changes to the Academy schedule in order to improve *pedagogy*, *use time more effectively* during the academic day, and foster a culture of *excellence* and *accountability* during the semester.

Study Days
- maximum opportunity for cadets, staff, and faculty to prepare for excellence
- to inculcate sound professional habits in the use of unstructured time
- extended periods of unstructured time for collaborative work and reflection

Sample Schedule:  SD = Study Day

- 55 or 75 minute classes (and other class lengths)
- Create Study Days by consolidating academic time (overall semester length remains the same)
- Maintain Day 1 / Day 2 designations
- Return to 10 minutes between classes

Key Aspects

34



**UNITED STATES MILITARY ACADEMY**
**WEST POINT.**

***Middle States Commission on Higher Education Reaccreditation***



- MSCHE reaccreditation visit--Spring 2020
- The Self-study team has already been working for over 9 months.
  - There are 7 teams with each focused on one of the 7 standards
    - Mission and Goals
    - Ethics and Integrity
    - Student Learning experience
    - Support of Student Learning experience
    - Educational Effectiveness Assessment
    - Planning, Resources, and Institutional Improvement
    - Governance, Leadership and Administration
- Team consists of approximately 75 staff and faculty
- To assist with our self-study preparation, we will host a MSCHE Vice president this spring

35

35



**UNITED STATES MILITARY ACADEMY**
**WEST POINT.**

# USMA 2035:
# The Vision and Plan

USMA G-5R

36

36



UNITED STATES MILITARY ACADEMY WEST POINT.

## USMA 2035: The Vision
### Main Campus Area

**CBUP**
*Army $$ - R&M/MILCON*

| FY | BARRACKS | $$ |
|---|---|---|
| 13 | Scott | RM |
| 14 | Mac Short | RM |
| 15-16 | Mac Long | RM |
| 14-16 | Davis | MC |
| 18 | Pershing | RM |
| 18-19 | Eisenhower | RM |
| 19 | Grant | RM |
| 20-21 | Bradley | RM |
| 21 | Lee | RM |
| 22 | Sherman | RM |

**CEAC/Parking Structure**
*$160M (MILCON)*

**Advanced IT Strategy integrating everything via secure commercial cloud-based IT operations**

37

UNITED STATES MILITARY ACADEMY WEST POINT.

## USMA 2035: The Vision
### West Point Military Complex

- **Holistic**, 15-year modernization plan
- **Fully modernized** sustainment and training capabilities facilitate **year-round military development** program
- **DATE training approach aligned with broader Army vision** for future of military training and development
- **Modernized Mission Command** capabilities
- **L/V/C training and education environments** enable broader military development methods
- Integrated ranges and planned UAS airstrip will enable **integration of academic and research endeavors**

38

38



UNITED STATES MILITARY ACADEMY WEST POINT.

## USMA 2035: The Plan
### A Systematic Approach

- **Four major phases** out to 2035
  - CBUP and ABUP → decade-long Army programs
  - MilCUP and PDUP → internal programs we will build into POM cycles over 15 years
  - Enablers injected when/where required and appropriate
  - Intercollegiate athletics infrastructure modernization nested within broader USMA priorities (though on different horizons due to gift funding)
- **Area Development Plans** used to inform, "systematize", and synchronize modernization efforts across USMA system
- **"Margin of Excellence" projects** integrated within phases to enhance facilities and capabilities → ***foster preeminence in leader development***

| Acronym | Program | Funding Stream |
|---|---|---|
| CBUP | Cadet Barracks Upgrade Program* | R&M |
| CEAC/PS | Cyber & Engineering Academic Center and Parking Structure | MILCON, Gift |
| IT | Information Technology | O&M, MILCON |
| ABUP | Academic Building Upgrade Program* | R&M, MILCON, Gift |
| MilCUP | Military Complex Upgrade Program | R&M, MILCON, Gift |
| PDUP | Physical Development Upgrade Program | R&M, MILCON, Gift |

* **multi-year Army-funded programs**

39

39

UNITED STATES MILITARY ACADEMY WEST POINT.

## USMA 2035: The Plan
### ABUP Sequencing Plan

| Project | FY19 | FY20 | FY21 | FY22 | FY23 | FY24 | FY25 | FY26 | FY27 | FY28 | FY29 | FY30 | FY31 | FY32 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CEAC | | 1 | 2 | 3 | | | | | | | | | | |
| Mologne Hall (606) | | | | | 1 | 2 | | | | | | | | |
| Lincoln Hall | | | | | 1 | | | | | | | | | |
| Thayer Hall | | | | | | 1 | 2 | 3 | | | | | | |
| Mahan Hall | | | | | | | | | 1 | 2 | | | | |
| Washington Hall* | | | | | | | | | | | 1 | 2 | 3 | 4 |
| Cadet Mess | | | | | | | | | | | 1 | 2 | | |
| Taylor Hall | | | | | | | | | | | | | 1 | 2 |

* this portion focuses on the upper floors of Washington Hall and the basement areas; it does not include the Cadet Mess

- **CEAC in design charrette now**
  - 30% design by Aug 18, 60% - Dec 18, 100% - May 19;
  - Five "Margin of Excellence" options included in design process
- **Thayer Hall preliminary design charrette just starting** – 15% design by Aug 18
- **ABUP planning charrette** – preparing to commence in Feb 2018
  - Validate proposed sequencing and duration
  - Verify swing space requirements to minimize cost escalation and impacts to mission execution
  - 15% designs for Mologne and Lincoln Halls
  - Develop refined cost estimates across breadth of program

40

40



**UNITED STATES MILITARY ACADEMY**
**WEST POINT.**

*Key Upcoming Events*

**MARCH**

5-6:       Kermit Roosevelt Lecture

9-11:      Plebe Parent Weekend

10-18:    Spring Break

21-25:    McDonald Conference for Leaders of Character

**APRIL**

6-7       NCAA Boxing Champtionships

13-14:    Sandhurst Competition

19:        Mission Command Conference

20:        Army vs Navy Baseball @ Fenway Park in Boston

22-24:    Senior Conference

25:        King of Belgium visit

25:        USMA hosts  MDW Tattoo

**MAY**

3:         Projects Day

11:        Last Day of Class

14-18:    TEEs

26:        Graduation (Class of 2018)

**June:**

22:  Superintendent Change of command

41

41



**UNITED STATES MILITARY ACADEMY**
**WEST POINT.**

*Discussion Topics*

42

42

**USMA BOARD OF VISITORS MEETING**
**Haig Room, West Point, NY**
**July 9, 2018**

- Introduction
- Board Business
- Develop Leaders of Character
  - Military Program Update
  - Academic Program Update
  - Physical Program Update
- Foster Relevance and Preeminence
  - Build Diverse and Effective Teams
    - Admission Class of 2022
    - Diversity Update
    - SHARP
- Initiatives and Efforts for 2018
  - Developing Leaders of Character
  - Academy Schedule
  - Middle States Reaccreditation
  - West Point 2035
  - Upcoming Events
- Discussion Topics

**USMA Board of Visitors Meeting**
**Haig Room, West Point, NY**
**9 July 2018**

**Attendees**


<u>Members of Congress:</u>

Senator Jerry Moran
Congressman Steve Womack

<u>Presidential Appointees:</u>

Brenda "Sue" Fulton
Elizabeth "Liz" McNally
Frederick H. Black, Sr.
Secretary Jim Nicholson
Meaghan Mobbs
Jane Holl Lute (teleconference)

## MINUTES
## BOARD OF VISITORS ANNUAL MEETING
## July 9, 2018
## West Point, NY

**1. DESIGNATED FEDERAL OFFICER'S REMARKS.** Colonel (COL) Mark Bieger stated for the record that the United States Military Academy (USMA) Board of Visitors (BoV or Board) operates under the authority of US Code Title 10, Section 4355.  The Board is an Advisory Board subject to the Federal Advisory Committee Act.

**2. CHAIRMAN'S REMARKS.**  Congressman Womack called the meeting to order and welcomed the members for taking the time out of their busy schedules to attend the meeting. He reminded the members that the Board of Visitors (Board) has an advisory role and is not in USMA's chain of command. .  Meetings are a way for members to gather information in an official capacity.  He welcomed the newest Presidential Appointees to the Board, Mrs. Meaghan Mobbs and Secretary R. James Nicholson and introduced the 60th Superintendent of USMA, Lieutenant General (LTG) Darryl A. Williams.

**3. SUPERINTENDENT'S REMARKS.**  The Superintendent welcomed the Members and thanked them for making the time to attend the meeting, for participating in the Independence Day concert and fireworks display at Trophy Point on Saturday and for observing Cadet Summer Training on Sunday.  He welcomed new members, including Senator Joe Manchin, who was unable to attend the meeting, and the new members mentioned above. , He also gave a special welcome to Mr. Marshall Williams, Acting Assistant Secretary of the Army for Manpower and Reserve Affairs, who is the Secretary of the Army's representative at the meeting.  LTG Williams introduced the incoming USMA Command Sergeant Major (CSM), CSM Jackie Love, who assumed responsibilities later in the afternoon, after the meeting concluded. He noted this was his first meeting as Superintendent.

**4.  MR. MARSHALL WILLIAMS' REMARKS.**  Mr. Williams thanked everyone for attending and stated it was an honor to represent Secretary Esper. Mr. Williams congratulated LTG Williams on being the 60th Superintendent and thanked the USMA leadership team who made the weekend great.  He asked that everyone remember what they saw and heard because "…this is the beginning of where leadership is."  The Army has a fundamental task, to win in the unforgiving crucible of ground combat, and West Point is likely be where the future of warfare will be figured out.  He concluded by reminding Board members of the Secretary of the Army's three priorities:

   a.  Readiness.  Ensuring the total Army is ready to deploy, fight, and win.

   b.  Modernizing the Force.  Modernizing equipment and facilities, and also developing anew way of preparing for future combat.

   c.  Reform.  Making it easier for Soldiers to do their jobs to the best of their ability.

**5. ADMINISTRATIVE ANNOUNCEMENTS.**  COL Bieger, USMA Chief of Staff, noted the last meeting of the Board of Visitors was held in Washington, DC, on February 28, 2018; a quorum was present and the Board of Visitors meeting included the following:

   a.  Board Business:

1

- Election of Chair and Vice Chair
- Review and Approval of the "Rules of the USMA Board of Visitors"
- Swearing In of Presidential Appointees
- Approval of the Minutes from October's Meeting
- Select Date for Summer Meeting
- Status of the 2016 Annual Report (mailed in January)

b. USMA Update on the following:
- Highlights from 2017
- Develop Leaders of Character
  o Program Updates
- Foster Relevance and Preeminence
  o Build Diverse and Effective Teams
    ▪ Admissions Update
    ▪ Diversity Update
    ▪ SHARP (Sexual Harassment/Assault Response and Prevention) Update
- Strategic Way Ahead-West Point 2035

c. The following hand outs were given to members:  Minutes from the February 28, 2018 meeting; the newly published, "Developing Leaders of Characters" and " Educating Army Leaders."

**6.  ROLL CALL.** For the record, a quorum of the Board was present.  A list of attendees, annotated to reflect members arriving late or departing early is appended to these minutes.  Ms. Jane Lute Hall, a Presidential Appointee, attended the meeting via teleconference.

**7.  BOARD BUSINESS.**  The following Board Business was discussed and voted on:

a.  The meeting minutes from February 2018 meeting were unanimously approved.

b.  The Board was updated on the status of the 2017 Annual Report.  The final draft was sent to Board members for signature; the members were reminded to sign the Annual Report at their earliest opportunity and return it to the DFO promptly.

c.  The date of the Fall USMA Board of Visitors meeting was set for Friday, November 9, 2018, in conjunction with a home Army football game vs. Lafayette on Saturday, November 10, 2018.

**8 .  USMA UPDATES.**  Briefing slides are included at Appendix B.

a. **Superintendent:** LTG Williams reviewed USMA's current vision, mission and strategic plan with members of the Board.  He highlighted the key events that occurred at West Point since the last BoV meeting, noting that his son, Nathan, graduated from USMA in May.  He also discussed that Reception (R)-Day was a successful day, in addition to 1,210 new Cadets entering the Academy in the morning, he assumed command later that afternoon.  He briefly touched on the other topics listed below

(1)  A Transition Team was commissioned by LTG Williams to look at the various areas and domains of West Point.  He is looking forward to their out brief.  He plans to assess mission analysis, and command climate, and will provide his 100-Day assessment to the Secretary of

2

the Army and Chief of Staff of the Army.  The 100-Day assessment will help determine the way ahead in terms of strategic planning.

(2)  The Secretary of the Army has created the U.S. Army Commissioning Source and Standards Panel.  This panel, led by General (Retired) John Abizaid, along with a number of other retired General officers, will examine all of the commissioning sources to seek ways to improve efficiency and effectiveness in the Officer Corps.  They are scheduled to visit West Point in a couple of weeks.

(3)  Reaccreditation by the Middle States Commission on Higher Education (MSCHE) is ongoing and very important to the US Military Academy.

**b.  USMA G-5 (Strategic Plans and Assessment):**  COL Holly West, the USMA G-5 began her update on the West Point Leader Development System (WPLDS), and discussed USMA's newest strategic document, "Developing Leaders of Character."  A copy of this document was provided to Board members.  The document was 18 months in production and came about as a result of a 2016 "Off-site" engagement, which showed the need to combine strategic documents that outline how leaders of character are developed.  WPLDS represents a 47-month "purposeful integration of individual leader development" in four programs:  academic, military, physical, and character.  "Developing Leaders of Character" explains how and why leaders of character are developed by showing linkage to Army Doctrine and foundational theories in leader development and adult development and learning.  She described the culture of character growth, which has many facets.  She highlighted living in the barracks with standards of discipline, living under the Honor Code (a Cadet will not lie, cheat, steal…) 24/7 and finally, memorizing Cadet knowledge.  The Cadet Cadre at Cadet Basic Training (CBT) were briefed about the program and so that they would be able to explain the Leader Development System to new Cadets.  Mr. Williams asked if the document had been shown to GEN (Ret) Abizaid' s task force, as it would be important to their commissioning panel.

**c.  Commandant of Cadets:**  BG Steve Gilland acknowledged that "Developing Leaders of Character" was part of the packet given to the Commissioning Panel when they met two weeks ago.  The document was provided along with other data to provide a familiarization to USMA.  BG Gilland provided an update on the following programs:  character, military and physical.

(1)  Character Program.  The Character Program, which is interlaced across all departments, is grounded in the stewardship of the Cadet Honor Code.  The honor system focuses on accountability and ownership at the Cadet level.  Character development begins on day one, when new Cadets report for R-Day; they get exposed to the honor system that day.  Two days later, the new Cadets have a formal briefing from the Simon Center for Professional Military Ethic (SCPME).  The Character Development Program has five facets:  moral, social, civic, performance, and leadership:

(a)  The moral facet is always doing the right thing at all times

(b)  The social facet is one is always on duty, 24/7, whether in uniform or not

(c)  The civic facet is our civic responsibilities; respect and empathy for others and understanding the effect your actions have on others

(d)  The performance facet is development of resiliency and perseverance

3

(e)  The leadership facet is inspiring others to perform

(1)  Character.  The Commandant highlighted four specific activities within the Character program.

(a)  There are several cadet character committees, including the Honor Committee, Respect Committee, and Cadets Against Sexual Harassment and Assault (CASH-A).  The members are drawn from the Corps of Cadets and are led by First-Class (Senior) Cadets.  The Committee chairpersons provide the Superintendent with feedback and updates throughout the year.  The committees also sponsor engagements throughout the years, including hosting local students from different colleges around the regions to gain their perspectives and gain ideas to use at West Point.

(b)  The MX400 Officership course is the Superintendent's Capstone course.  It is an integration of all USMA's programs and is conducted during a Cadet's senior, or First Class, year.  A book that is used is titled, *Black Hearts*, serves as the foundation for a block of instruction.  *Black Hearts* is based on a unit from the 101st Airborne Division in Iraq, in the 2005/2006 time frame.  It is about real leaders who faced multiple moral dilemmas; some of which had bad or tragic outcomes.  During the Mission Command Conference, in the spring, some of these leaders were invited to speak to the Cadets.  The leaders discuss their moral challenges and how they would have done them differently.  The big take-away for the Cadets is to learn decisions made on the battlefield can't be taken back, and to help leaders grow from their experiences and apply those lessons learned in the future.

(c)  "Inspiration to Serve" is a program for Yearlings (Sophomores). It is a Cemetery tour, visiting the gravesites of fallen USMA graduates spanning multiple generations; family members or friends of the fallen accompany these walkthroughs to discuss the character of the fallen.

(d)  The Gettysburg staff ride is conducted twice a year.  Leaders in the Corps of cadets including the First Captain, brigade staff, Battalion, Regiment and Company Commanders and team captains attend as a team building exercise.  The forum is a great leader development tool.

(2)  Military Program.  Many members saw first-hand the military training and development when they observed Cadet Summer Training on Sunday. USMA is a "living leadership laboratory" where civilians transition to Soldier/Cadet.  During this transition they first learn to be followers, and over 47 months grow into leaders.  Leadership opportunities evolve from peer leadership for Fourth-Class (Freshmen), to team leaders for Third Class (Sophomores) cadets, to squad leader for Second Class (Junior) Cadets and finally during their First-Class (Senior) year cadet officers leading the Corps of Cadets.

(3)  Physical Program.  The Army is putting increased emphasis on physical fitness.  Physical fitness is, and always has been, a pillar at USMA.  BG Gilland likened the Army to a contact sport because it requires always being ready and available.  Physical fitness helps with mental capabilities, stamina, endurance; the higher one's physical fitness is, the longer one can endure physically and mentally.  The overarching goal of USMA's physical program is to ensure "graduates are warrior leaders of character who are physically fit and mentally tough.  BG Gilland then described the four strategic goals listed on the slides.

4

Ms. Fulton asked if there had been any feedback regarding the boxing program for men and women, and how USMA is doing in terms of injuries due to boxing. BG Gilland responded the feedback from both men and women has been tremendous with the integration of men and women into boxing. He didn't have concussion stats with him, however he noted, from the data women have a higher probability for concussions. The second year of integrated boxing had just been completed, so the more data that is gathered, the better idea they will have on concussion statistics.

**d. Dean of the Academic Board:** To frame her discussion, BG Cindy Jebb, recounted two events from the past semester, the first was a trip to China, where she met with Semester-Abroad Cadets and Schwartzman Scholarship Cadets. She had the opportunity to visit two universities and two military academies. She met with the Superintendents from each academy and was struck by how graciously and warmly she was treated. Each Superintendent stated they wanted their Academy to be just like USMA. They used the same language, i.e., leaders of character, talent management, etc., to describe why they wanted to be like USMA. As she visited different sites what struck her the most was their cadets' interpersonal skills and sense of humor; her take-away from the experience was that USMA has to continually posture for the future, and the way USMA postures for the future is investing in people.

The second event was the Senior Conference, held this past spring, hosted by the Department of Social Sciences. The Senior Conference was designed to look at the future security environment, Army needs, then look at how USMA's curriculum should support the Army's needs given the future security environment. Notable attendees were Ambassador Doug Lute, General Barry McCaffrey, Dr Corey Shockey, and so forth. The discussion that resonated with BG Jebb was the notion that the Army has been successful in "getting" it right, not "having" it right. The Chief of Staff of the Army and Secretary of the Army speak about the future environment. In today's environment with emerging technologies, such as genomics, robotics and cyber; and global phenomena like climate change, urbanization, migration, near-peer advisories, and extremist ideologies, the area for getting it right is contracting. This means USMA's graduates should have those habits of mind and critical thinking skills in order to ensure the Army can adapt quickly.

The departments are currently in the middle of, or just starting, in faculty development workshops for the new rotating military faculty and my message to them is, "You are here to develop leaders of character." Our classes are small – 15-18 Cadets in a class, which provide an opportunity to develop leaders of character and role-modeling in the classroom. We want every faculty to create an environment of respect, dignity and inclusiveness. One of the expectations for faculty members is to work with and mentor Cadets outside of the classroom as officer representatives for NCAA sports teams, club officers-in-charge (OICs), sponsors, etc. It is very important to recruit the right faculty and BG Jebb stressed the importance of communicating the viability of a West Point assignment to all officers. When visiting Fort Lee, VA, there were several officers in the Officer Basic Class (OBC) who were unaware of the opportunity.

USMA's curriculum is based on the higher needs of the Army as well as the best practices of higher education. One of the newest majors is a Space Major. It is important for our Cadets to understand space as a domain and how to operate in it. USMA has been working with the Army and is now able to assign a "3Y" (Space Enabler) identifier with Cadets who major in Space. BG Jebb has been working with the Commandant to create a military summer training experience (MIAD), which allows a Cadet to obtain a Space Badge.

5

She also updated the Board on the MSCHE accreditation, which all institutions of higher education require in order to be accredited. USMA is currently going through this accreditation process and 87 faculty members are working on various committees to ensure successful accreditation. The co-chairs are COL Susanne Nielsen, Department Head of Social Sciences and Dr. John Malinkowski, a Professor in the Department of Geography and Environmental Engineering; Dr. Jerry Kobylski, Deputy USMA G5, is providing phenomenal assistance to this effort. They are putting together a self-study report through this year that will look at who we are and how we do things. The site visit will occur in the spring of 2020.

When BG Jebb discussed the 2018 Academic Summer Internships and 2018 Semester Abroad information, Senator Moran asked about the internships and how they are selected. BG Jebb stated internships are decentralized and managed by the academic departments. Other members asked how they could go about requesting Cadet(s) to intern in their state, or how they can get involved in the internship program as the Members of Congress nominate applicants for admission to the Service Academies. Congressman Womack recommended distributing information on internships occurring in their states to the members.

BG Jebb discussed the Community and Innovation in the following academic areas:

    (1) Research: High Energy Laser, Analyzing Captured Battlefield Documents, Swarm Technology, and Predicting Army Injuries

    (2) Summer 2018: Summer Leaders Experience, Cadet Summer Training, Summer Term Academic Program, and the Faculty Development Workshop

    (3) Fall 2019: Plebe Book Program (*The Immortal Life of Henrietta Lacks*), Superintendent's Convocation, First Day of Classes, The Zingerle Family Lecture Series (Guest Speaker: Supreme Court Justice Ruth Bader Ginsburg), and the Student Council on US Affairs (SCUSA) Conference

    (a) There are a number of other initiatives that are being implemented or piloted this semester.

    (b) A new schedule will be implemented when the fall semester begins in August. The classes will be 75 minutes long. This program was piloted last academic year and great feedback was received. There will be some classes that will remain 55-minute classes, such as Foreign Languages, Math, etc. Every other Wednesday will be a "study day" which will be devoted to intellectual development to ensure USMA meets accreditation standards as laid out by the Code of Federal Regulation.

    (c) A Human Resources (HR) Cell has been created to assist the Civilian Personnel Advisory Center (CPAC) with hiring actions; this effort allows for positions within USMA to be hired quickly, so positions aren't vacant for long periods of time. The HR Cell has halved the backlog of hiring actions.

    (d) A new pilot program, in which Cadets self-register for courses, has been initiated.

    (e) New classroom configurations, to include the type of new furniture and environment, as well as technologies, have been looked at in order to ensure USMA has a better learning experience for Cadets.

6

**e. Athletics Update:** Mr. Eugene "Boo" Corrigan updated the Board about Intercollegiate Athletics in particular, he discussed how the department mentors and develops over 1,000 Cadet athletes in 20 different NCAA Division 1 teams. He noted the beauty of sports is that at the beginning of each year, a team starts out as undefeated, with no goals given, no points scored before the game begins. Their mission doesn't change from year to year. The ultimate goal of the Intercollegiate Athletics department is to produce leaders of character who will lead the Army in the future; it is to be a member of a team, lead from the front and go through tough times together on the friendly fields of battle.

**f. Admissions Update:** COL Deborah McDonald, the Director of Admissions updated the Board on the incoming Class of 2022. She provided information and a comparison of the last six incoming classes (2017-2022) to the incoming class of 2000 (slide 22). USMA's Admissions goals are tailored so that its graduates will be at, or above, the Army officer cohort in each of the categories presented (African Americans, Hispanics, Asians, Women, Recruited Athletes, Soldiers, First Generation). Of concern to the Admissions Office is litigation going through the court system that could wind up in the Supreme Court; this time there are two different litigations: One with the University of North Carolina and one with Harvard, regarding their use of race as a factor in college admissions. The case will be carefully monitored to determine if the admissions process at West Point will be affected.

COL McDonald then addressed a question a Board member had at the last meeting, about the number of students who enter West Point that come from career military families. She ran a query and there are 188 students, from career military families; that's about 15 percent of the Class of 2018. Therefore 85 percent of the Class of 2022 didn't come from a career military family. She also did a query of the Class of 2022 to determine which sons and daughters came from families where the mother or father graduated from West Point. There are 102 students whose mothers or fathers graduated from West Point. Therefore, 92 percent of the Class of 2022 came from families who did not have a parent who graduated from West Point.

There are 11 combat vets in the Class. Ms. McNally asked about Soldiers who enter USMA as Cadets. COL McDonald noted that Title 10 of the U.S. Code authorizes USMA 85 seats as Reserve Component Soldiers and 85 as Regular Army. The challenge USMA has is not in recruiting Reserve Component Soldiers, but Regular Army Soldiers. Many Regular Army Soldiers who are interested in West Point may be nearing the age of 23, so would be ineligible due to age; others have been in combat operations that precluded them from seeking an appointment to USMA, and others have been out of academics for a while, and struggle in that area; these Soldiers can be sent to the Prep School, then USMA. At one time there was a rider in the NDAA that allowed an age exception for Soldiers if they exceeded 23 years of age, but only five per year; when it was available, USMA appears to have been the only service academy to take advantage of it. There is an aggressive program run by the Soldier Admissions Officer called Rapid Access Completion Exercise (RACE), the Soldier Admissions Officer goes to posts, camps, and stations and administers a CFA, fill out forms, and obtain chain of command approvals of the Soldiers that complete the forms. This increases the candidate pool of Soldiers interested in West Point. Mr. Williams asked whether the Sergeant Major Academy was aware of the admissions program for Soldiers. COL McDonald indicated Admissions representatives visit the Sergeant Major Academy yearly and often times get traction there. She also mentioned that oftentimes sons and daughters of Sergeants Majors apply to USMA as well.

Finally, she briefed the Board on the Military Academy Liaison Officer (MALO) program in which Reserve officers help USMA admissions by going to post, camps and stations to assist with

admissions.  There is also a robust "field force" program, which is a combination of civilians or retirees, who assist with admissions and getting the word out about West Point.

**g.  Diversity:**   The new Chief Diversity Officer, Mr. Terry Allbritton, introduced himself and thanked everyone for attending.  He briefed his slides highlighting the vision, priorities and initiatives of the Office of Diversity, Inclusion and Equal Opportunity. (slide 26)

Mr. Allbritton highlighted some of the initiatives the Diversity and Inclusion Office was focusing on, which included the the Diversity and Inclusion Leadership Conference, which will be held September 5-7, 2018; the theme of this conference is "Achieving Excellence through Diversity and Inclusion."  Guest speakers include Rod Woodson, National Football League Hall of Famer and Broadcaster; CSM (Ret) Michele Jones, President and CEO of The Bones Theory Group, LLC; and LTG (Ret) Mark Hertling, National Security, Intelligence, and Terrorism Analyst for CNN.

He then went over the Diversity and Inclusion strategic imperatives:

      (1)  Increase and sustain a diverse staff and faculty

      (2)  Build and sustain cohesive teams throughout USMA

      (3)  Engage, Include, and Embrace All Campaign

      (4)  Implement Unconscious Bias Training

Mr. Allbritton then opened the floor to questions, and Mr. Black asked if anyone had taken note of where Mr. Allbritton got his education:  Howard University; he then recounted the connection between USMA and Howard University.  USMA graduate, General Oliver Otis Howard, who was also a former Superintendent, had been tasked by General Grant at the end of the Civil War to head up the Freeman's Bureau.  GEN Howard started Howard University, and it was eventually named after him.

**h.  SHARP Update:**   Ms. Samantha Ross, the SHARP (Sexual Harassment/Assault Response and Prevention) Program Manager updated the Board and started with a summary of case trends from AY 2017-18.  The reporting period is 1 June 2017 through May 31 2018.  All of the reporting trends can be found in slide 30.

There was a 61 percent increase in unrestricted reports and a 31 percent decrease in restricted reports.  The rise in unrestricted reports and decrease in restricted reports could indicate that people trust the system to take proper actions in these cases.  The conversion rate (restricted to unrestricted) did not change much.  From a SHARP standpoint, the fact people are making unrestricted reports first and shows the work they have done to build trust and confidence in the system is working.

She discussed the EverFi a program started last year, which gave the SHARP Team significant new data to help understand attitudes and beliefs that go along with behaviors that generate sexual violence.  The EverFi program provides immediate data; a Cadet logs into the program to take the training and completes a survey, which serves as a baseline assessment of who they are; what their thoughts are about alcohol, drugs, sexual violence awareness, etc.  The survey also provides insight and allows the SHARP Team to identify people who may have values or beliefs that aren't in line with Army or West Point values. One of the pieces of data that was

8

gleaned from the surveys, that the SHARP Office never had, was the number of violent relationships there were among Cadets.  Secretary Nicholson, asked how "sexual assault" was defined.  COL Eric Christiansen, USMA Staff Judge Advocate responded to the question, referring to Article 120 in the Uniform Code of Military Justice (UCMJ).  "Article 120 Offenses", as they are referred to, are a wide spectrum of offenses ranging from touching offenses, like abusive sexual contact, to penetrative offenses.  Article 120 offenses have a physical element to them and don't usually involve verbal offenses.

Ms. Ross noted that it is important to remember USMA is a college and that what USMA is doing in the realm of its sexual assault prevention program, most colleges around the country aren't able to do.  As an institution that develops leaders of character, the program needs to be focused holistically when it comes to prevention.  Some challenges USMA faces is cynicism, as Cadets don't think this issue matters to them – they're not assaulting people, or know people who have been assaulted, so why do they need to listen?  The idea now isn't to tell them what not to do-they already know what not to do.  Character is fundamental to what the SHARP Program is all about; just talking about sexual assault tends to alienate people, they have spent the last 18 months trying to teach Cadets about appropriate behaviors in a more effective way.

The Relationship Summit will be held on 22-23 October, 2018.  Based on the feedback from last year's Relationship Summit, the topics Cadets want to discuss are about relationships, the ethics of love, what is needed to be in a healthy relationship, and how to communicate that to another person.

   **i. Strategic Resource Planning and Integration:**  COL Greg Boylan, Director of Strategic Resource Planning and Integration updated the Board on the master facilities plan for West Point.  He provided updates on several projects:

   (1)  He first talked about the main campus of West Point, and the Cadet Barracks Upgrade Program (CBUP.  Pershing barracks should have renovations completed and ready for occupation by December 2018; Eisenhower barracks are about a year behind that; and four barracks, Grant, Bradley, Lee and Sherman, still requiring renovations.  The CBUP program should be completed by FY23.

   (2)  The Cyber and Engineering Academic Center (CEAC) is progressing; it passed through the Senate and House for the FY19 defense budget and appears to be on track for inclusion into the budged.

   (3)  The Academic Building Upgrade Program, or ABUP, is the next major initiative on the horizon and is starting to accelerate.  A new ABUP Integration Cell has been set up, which is comprised of USMA Staff as the mission component, the Director of Public Works Capital Projects group provides primary mission support and management, and the Corps of Engineers for the New York District is the program management and executing arm of the program.  He explained that charrettes are in the works for the ABUP; a "charrette" is an intensive planning session where customer's designs and other stake holders collaborate on a vision for development.

   (4)  The Trophy Point Revitalization is also underway.  The Humanities Center is in the early phase of design and the site is undergoing a variety of archeological and environmental assessments.  There should be a 35 percent design ready by the fall.

9

(5)  The West Point Military Complex Upgrade, or WPMC, was discussed next.  COL Boylan mentioned this would affect areas such as Camp Buckner, which several Board members visited on Sunday and witnessed firsthand the poor condition of the facilities.  This program will be an internally developed program that will be built and synchronized with broader Army-directed programs such as CBUP and ABUP.  It will be challenging, but extremely important.  Another aspect of this upgrade is moving the Air Assault School from the main post to Camp Buckner.  An entry point will establish a controlled perimeter at Camps Buckner and Natural Bridge, which will minimize the cost associated with anti-terrorism and force protection measures which need to be implemented with new building projects.

   **j.  Final Superintendent Update:**  LTG Williams rounded out the updates to the Board by informing the Board that he would likely share his 100-day letter with the Board and focused on the three priorities:

   (1)  Readiness.  To educate, train and inspire future leaders of character, achieve full accreditation, and demonstrate the value of West Point Staff and Faculty broadening assignment

   (2)  Modernization.  Maintain infrastructure investment (CEAC, ABUP, IT, WPMC) and assess the curriculum change and execute the academy schedule

   (3)  Reform.  Continue talent management (acquire, develop, employ, retain), improve mechanisms enabling intellectual capital, achieve optimal organizational design (A76, Enterprise Commands), and continue to improve the Army West Point Athletic Association (AWPAA).

LTG Williams then went over events that would take place over the summer and fall and thanked several members of the USMA staff for doing a great job, members of the Congressional Legislative Liaison Office (OCLL), and the members of the USMA Board of Visitors.  He then addressed Congressman Womack, the Chair, about this being his first meeting and having learned a lot from the experience and continuing to make future meetings better.  He congratulated everyone and thanked them for their time and hard work.

**9.  REMAINING BOARD BUSINESS.**  Ms. Fulton had final comments, then the Chair, Congressman Womack went around the table to ask for final comments from the members, before he made his.

   a.  Ms. Brenda "Sue" Fulton, USMA Class of 1980,  stated that she appreciated everyone on the team and was impressed with Cadet leadership and how important it is for Board members to observe military training.  She also appreciated the opportunity to interact with Cadets going through the training; she acknowledged the leadership team, and lastly expressed what a great visit this was and she enjoyed being able to interact with LTG Williams, whom she acknowledged is the first Superintendent to have graduated with female class mates.

   b.  Ms. Meaghan Mobbs, USMA Class of 2008, stated she had an excellent experience and what an incredible opportunity to see training, which she hasn't seen since she was a Cadet and she welcomed the opportunity to contribute in any way.

   c.  SEC R. James Nicholson, who graduated from USMA in 1961, added his kudos to everyone involved for a very professional, uplifting, and informative couple of days.  He jokingly noted that a sensitivity group should be formed:  When out at Camp Buckner, the conditions of the barracks were discussed and somebody said they were so dilapidated, deteriorated and

disreputable because they were built in the 1960s.  (NOTE:  They were actually built in the 1930s and 1940s)

d.  COL (Ret) Frederick H. Black, Sr., noted this had been a great meeting and experience and echoed what Ms. Fulton said about talking to Cadets.  He was at Camp Buckner in 1977, when her class came to Buckner; a lot has changed, but a lot hasn't.

e.  Ms. Jane Holl Lute, noted, via teleconference, she was there and listening with great interest.  The presentations were terrific, with a lot of substance.  She also welcomed the new Superintendent.

f.  Mr. Marshall Williams, Acting ASA(M&RA) thanked the Chair and Vice Chair for taking on this responsibility.  He noted everything sort of starts at West Point and echoed what the other members said, and welcomed LTG Williams as the new Superintendent.  He looks forward to being a conduit between the Pentagon and West Point.

g.  Congressman Steve Womack thanked the members, and Mr. Williams, for their comments, as well as the USMA staff members for the presentation.  He thanked the entire leader team for all they had done over the weekend to make the weekend beneficial to Board members.  He considers it part of his mission to ensure Congressional members appointed to the Board recognize the importance of attending meetings, and congratulated Senator Moran for taking time out of his schedule to be here.  He understands Members of Congress are very busy and his hope is the staffers present, representing Congressional members will carry that message back; that the members miss a lot of issues important to the mission, which all Board members are charged with supporting.

**10. ADJOURNMENT.**  Congressman Womack stated he looks forward to seeing everyone in November and then entertained a motion to adjourn:  Mr. Black made a motion to adjourn, which was seconded by Ms. Fulton.  Congressman Womack adjourned the meeting at 11:07am.  This concluded the July 9, 2018 Summer Meeting of the USMA Board of Visitors.

Certified by:

NOV 0 6 2018

STEVE WOMACK
US Representative
Chair, USMA Board of Visitors

DEADRA GHOSTLAW
Designated Federal Officer,
  USMA Board of Visitors

057

**Congressional Members:**
Senator Jerry Moran
Congressman Steve Womack-Chair                                        Departed 1009

**Presidential Appointees:**
Ms. Brenda Sue Fulton-Vice Chair
Ms. Elizabeth McNally
Ms. Jane Holl Lute                                                    Via teleconference
COL (Ret) Frederick H. Black, Sr.
Ms. Meaghan Mobbs
SEC R. James Nicholson

**The following members were absent:**

Senator Richard Burr
Senator Kirstin Gillibrand
Senator Joe Manchin
Congressman K. Mike Conaway
Congressman Thomas Rooney
Congressman Sean Patrick Maloney
Congresswoman Stephanie Murphy

**Based on the BOV attendance, a quorum was present.**

**Other attendees:**
Mr. Marshall Williams, Acting ASA(M&RA)
Mr. Patrick Newbold, OCLL
MAJ Shawn Schroeder, OCLL

**USMA Command and Staff Members in Attendance:**
LTG Darryl A. Williams, Superintendent of the United States Military Academy
CSM Jackie H. Love, USMA Command Sergeant Major (incoming)
COL Mark D. Bieger, USMA Chief of Staff
LTC Charles Kean, Superintendent's XO
LTC Justin Miller, Secretary of the General Staff (SGS)
Ms. Deadra Ghostlaw, Designated Federal Officer (DFO)/Ass't SGS
Mr. Jeffrey Reynolds, Chief of Protocol/Alternate DFO
BG Cindy Jebb, Dean of the Academic Board
BG Steve Gilland, Commandant of Cadets (USCC)
CSM Tom Kenny, USCC Command Sergeant Major
Mr. Eugene Corrigan, Director of Intercollegiate Athletics
COL Andrew Hanson, Commander, USAG West Point
COL Harry (Cecil) Marson, incoming Commander, USAG West Point
COL Erik Christiansen, Staff Judge Advocate
Ms. Lori Doughty, Academy Counsel
COL Deborah McDonald, Director of Admissions
COL Holly West, USMA G5
LTC Chevelle Thomas, Public Affairs Officer
Ms. Samantha Ross, SHARP Program Manager

Mr. Terry Allbritton, Chief Diversity Officer
Mr. Donald Buda, USMA G-4
Ms. Lisa DeGrave, Deputy USMA G-8
COL Joshua Higgins, Commandant, USMAPS
CSM Eugene Dydasco, CSM-USMAPS
Dr. Gerald Kobylski, Deputy USMA G-5
LTC David McConnell, USMA G-1
Chaplain (COL) Matthew Pawlikowski
Dr. Rachel Sondheimer, Vice Dean
COL Edward Teague, USMA Chief Information Officer/G6
COL Christopher Weathers, USMA G-3
2LT Sydney Hawkins, Protocol
Mr. Charles "Bo" Thompson, Sound Engineer
Mr. Dave Skoglund, Sound Engineer
Ms. Jennifer Linnartz, SJA-Recorder

**Legislative Assistants:**
Mr. Cole Lyle (SEN Burr)
Mr. Will Goodwin (SEN Gillibrand)
Mr. Beau Walker (Rep Womack)
Mr. David Ogle (Rep Murphy)
Ms. Khristian Silvas (Rep Maloney)
Mr. Cullen Lyons (Rep Maloney)
Mr. Ethan Abner (Rep Rooney)

**Members of the Public:**

Ms. Terri Williams (Spouse of Mr. Marshall Williams)
Dr. Sylvia Black (Spouse of Mr. Frederick H. Black, Sr.)
Mr. Frank Napolitano
Mr. Archie Elam
COL Mark Read (Head, D/GEnE)
Mr. Mike Randall (Press)
Mr. Ken Kraetzer (Press)
Mr. Paul Ostrander (Press)
CPT John Dzwonczyk, D/GEnE (Escort Officer)
CPT Jack Cooperman, D/EECS (Escort Officer)
Dr. Katie Daily, Associate Dean for Plans & Policy



# Board of Visitors Meeting

## *Update on Summer Training and The Upcoming Academic Year*

West Point, New York
9 July 2018

# *Agenda*

- **Introduction**
- **Board Business**
- **Superintendent Topics**
  - Graduation
  - Highlights from AY 2018
- **Strategic Imperative 1: Develop Leaders of Character**
  - Developing Leaders of Character Book
  - Program Updates
- **Strategic Imperative 2: Foster Relevance and Preeminence**
  - Build Diverse and Effective Teams
    - Class of 2022 Profile
    - SHARP Program
  - Stewardship
    - USMA 2035
- **Way Ahead**

2



# *Board Business*

1. Review minutes from Feb 2018 Meeting

2. Status of 2017 Annual Report

3. Date of Next BOV Meeting (West Point - 9 Nov)

# Vision, Mission and Plan

**Vision:**  West Point is the world's preeminent leader development institution.

**Our mission** is to ***educate, train, and inspire*** the Corps of Cadets so that each graduate is a commissioned ***leader of character***, committed to the values of Duty, Honor, Country and prepared for a career of professional excellence and service to the Nation as an *officer in the United States Army*.

---

*Strategic Plan … Commitment to Character and Excellence*



| **Strategic Imperative 1:** <br> Develop Leaders of Character | **Strategic Imperative 2:** <br> Foster Relevance and Preeminence |
| --- | --- |
| <u>Outcomes</u> <br> *Upon commissioning West Point graduates:* <br> ❑ Live honorably <br> ❑ Lead honorably <br> ❑ Demonstrate excellence | <u>Goals</u> <br> ❑ Build and sustain diverse and effective teams <br> ❑ Develop and provide intellectual capacity <br> ❑ Promote staff and faculty excellence <br> ❑ Practice effective stewardship <br> ❑ Instill and foster a culture of excellence and winning |

4

# Superintendent's Introduction

**_Key Events Since Last BOV:_**

| | |
|---|---|
| McDonald Leadership Conference | 29-31 Mar |
| NCBA Boxing Championships | 6-7 Apr |
| Sandhurst | 11-14 Apr |
| Conference of Superintendents of Service Academies (COSAS) | 16-18 Apr |
| Mission Command Conference | 19-20 Apr |
| Senior Conference | 22-24 Apr |
| King of Belgium Visit | 25 Apr |
| Commander-In-Chief's Trophy and Coach K Award Luncheon | 1-2 May |
| Twilight Tattoo in DC | 2 May |
| Projects Day | 3 May |
| USMAPS Graduation | 19 May |
| USMA Graduation | 26 May |
| Relinquishment of Command / Retirement of LTG Caslen | 22 Jun |
| R-day | 2 Jul |
| Assumption of Command | 2 Jul |



## UNITED STATES MILITARY ACADEMY
# WEST POINT.

# *Graduation 2018*

## 973 cadets graduated

- 11 International Cadets
- 193 Women
- 105 African-Americans
- 80 Asian/Pacific Islanders
- 78 Hispanics
- 16 Native Americans
- 152 Attended USMAPS
- 12 combat veterans

## 965 commissioned Army

- 4 USAF, 1 USMC, 2 USN
- ~70% of total class branched combat arms
- ~40% of graduating women branched combat arms

35 scholarship recipients
34 Honor Graduates
51 SUPT Award for Excellence recipients

> "…regardless of where you find yourself serving in our Army, challenge yourself to be the kind of leader that continues to think about, write about, and lead change. Bring your intellectual curiosity and your openness to new ideas that you established here at West Point, bring that with you forward in your days as an Army leader."
>
> -GEN Joseph Dunford, 19th CJCS







UNITED STATES MILITARY ACADEMY
# WEST POINT.

# *External Assessments*

- Department of the Army Inspector General (DAIG) Staff Assistance Visit (Feb 2018)
- Superintendent's Transition Team (2018)
- U.S. Army Commissioning Sources and Standards Panel (2018)
- Middles States Commission on Higher Education (2020)

# West Point Leader Development System





UNITED STATES MILITARY ACADEMY
# WEST POINT.
## *Developing Leaders of Character*

Integrates developmental programs:
- **Academic**
- **Military**
- **Physical**
- **Character**

Within a **culture of character growth**

While providing opportunities to
*practice following and leading*



| *Individual Development* | *Leadership Development* |
|---|---|
| ▪ *Academic Program* | |
| ▪ *Military Program* | Practice Following / Practice Leading |
| ▪ *Physical Program* | |
| ▪ *Character Program* | |

*Culture of Character Growth*

**47 months** →

**Graduates as a Commissioned Officer:**
- Second Lieutenant in the U.S. Army
- Responsible for 15-45 American Soldiers
- Prepared to Deploy and Lead
- A *"Leader of Character"* who
  - *Lives honorably*
  - *Leads honorably*
  - *Demonstrates excellence*

# West Point Leader Development System (WPLDS) Outcomes

USMA's collective effort **aspires to commissioning leaders of character** who have internalized the Army Values and the ideals of Duty, Honor and Country, and as a result, exhibit behavior consistent with them … Graduates who:

1. **Live Honorably by:**
   - Taking morally and ethically appropriate actions regardless of personal consequences
   - Exhibiting empathy and respect towards all individuals
   - Acting with the proper decorum in all environments

2. **Lead Honorably by:**
   - Anticipating and solving complex problems
   - Influencing others to achieve the mission in accordance with the Army Values
   - Including and developing others
   - Enforcing standards

3. **Demonstrate excellence by:**
   - Pursuing and demonstrating intellectual, military and physical expertise
   - Making sound and timely decisions
   - Communicating and interacting effectively
   - Seeking and reflecting on feedback

| | | WPLDS Outcomes | | |
|---|---|---|---|---|
| | | Live Honorably | Lead Honorably | Demonstrate Excellence |
| **Source** | Army Ethic | Honorable Servant | Steward of the Army Profession | Army Experts |
| | Army Professional Certification | Character | Commitment | Competence |
| | USMA Mission | Honor | Country & Service | Duty & Professional Excellence |
| | Five Facets of Character | Moral, Civic, Social | Leadership | Performance |

Note: ADRP 1 provides official Army doctrine on professional certification and the Army Ethic.

060



# *Develop, Educate and Train*

UNITED STATES MILITARY ACADEMY
**WEST POINT.**

**Four Programs:**
- Character
- Academic
- Military
- Physical

**Integrated and Mutually Supporting**

**Transitioning from:**
- Following
- To Leading

**With multiple** repetitions and comprehensive feedback

*47 month experience, based on 4 <u>integrated programs</u> and on a <u>foundation</u> and <u>culture</u> of character growth*

| | | Freshman (Plebe) | Soph. (Yearling) | Junior (Cow) | Senior (Firstie) |
|---|---|---|---|---|---|
| **Culture of Character Growth** | | Cadet Company Tactical Officer & Tactical NCOs are primary integrators of each cadet's experience | | | |
| | | Faculty and Staff are role models for all cadets | | | |
| | **Individual Leader Development** — Academic Program | Academic Curriculum (Bachelor of Science)* — 30 x Core Courses (STEM & Humanities) and 10 x Electives — Choose 1 of 38 Academic Majors, 1 of 5 Engineering Tracks, and 1 of 7 Language Req. | | | |
| | Military Program | <u>Cdt Basic Tng skills*</u> — Intro. to Warfighting* — 2 x APFT* | <u>Cdt Field Tng skills*</u> — Fund. Army Opns* — 2 x APFT* | Platoon Operations* — 2 x APFT* | <u>Cdt Ldr Dev Tng skills*</u> — 2 x APFT* |
| | Physical Program | IOCT* — Boxing* — Military Movement* | IOCT* — Personal Fitness* — Survival Swimming* | IOCT* — Combatives* — Lifetime Physical Activity*^ | IOCT* — Unit Fitness* |
| | | Competitive Sports (intercollegiate, competitive club, or company athletics)* | | | |
| | IADs | | AIAD/MIAD/PIAD^ | | |
| | Character Program | | Cadet Character Development Program | | |
| | | | Leader Challenge | | |
| | | | | | MX400: Officership |
| | **Leadership Development** — Practice Following / Practice Leading | <u>CBT Mem. of Sqd*</u> | <u>CFT Mem. of Sqd**</u> | <u>Sum. Ldrship Detail</u> SL/PSG/PL/staff** | <u>CLDT Patrol Leader</u> SL, PSG, PL** |
| | | 1st Acad. Sem. MOS* | 3rd Acad. Sem. Team Ldr* | 5th Acad. Sem. SL, PSG, or NCO* | 7th Acad. Sem. PL, CO, Officer, or Tm CPT* |
| | | 2nd Acad. Sem. MOS* | 4th Acad. Sem. Team Ldr** | 6th Acad. Sem. SL, PSG, or NCO* | 8th Acad. Sem. PL, CO, Officer, or Tm CPT* |
| | | | Cadet Troop Leader Training (CTLT)*^ | | |
| | Environment | Life in the Corps: cadet companies, chain of command, regulations & standards, stewardship | | | |
| | | Honor System and Code* | | | |
| | | Aspirational Creeds: Cadet Creed, Worth's Battalion Orders, Schofield's Def. of Discipline, etc. | | | |
| | | Cadet Character Committees | | | |
| | Feedback | Cadet Observation Reports (CORs)* | | | |
| | | Periodic Develop. Reviews (PDRs)* (4 x semester providing a 360-degree eval) | | | |
| | | Cadet Development Reports** (1 x semester) | | | |
| | Mentors | Plebe Sponsors | | PL300 Mentors | |
| | | Department Academic Counselors (DACs) | | | |
| | Ceremonies | Oath; Acceptance | CFT Graduation | Affirmation | Ring; Commissioning |

**Legend:**
Bold and Underlined – Occurs during summers
* = performance assessed
^ - must complete at least once during cadet career

11



# Program Updates

**- Character**
**- Military**
**- Physical**
**- Academic**



# *Character Program "Big 5"*
# *AY 2019*

**1.  Stewardship of the Cadet Honor System**

**2.  MX400 Officership**

**3.  Cadet Character Development Program (CCDP)**

**4.  Support to the Cadet Character Committees**
- Cadet Honor Committee
- Cadets Against Sexual Harassment and Assault (CASHA)
- Cadet Respect Committee

**5.  Character-development conferences and activities**
- National Conference on Ethics in America (~75 USMA Cadets + 125 college students)
- Mission Command Conference (~1,000 USMA Cadets, entire senior class)
- "Inspiration to Serve" cemetery tour (~1,000 USMA Cadets, entire sophomore class)
- Gettysburg staff ride (~110 members of the Cadet chain of command)

# *Character Education in 2018 Cadet Basic Training*

**Design: Command Emphasis, Cadet Ownership**

**Presented by the Director, SCPME**

> "Your Character Development at West Point"

**Brief to the entire Class of 2022
04 July 2018**

**Facilitated by Cadet Chain of Command**

> 1) The Cadet Honor Code: Building a Foundation of Trust
> 2) Respect: the Foundation for Individual and Collective Excellence

**Platoon level training
04 July 2018**

**Facilitated by Cadet Squad Leaders**

> 1) The Army Values
> 2) The Cadet Creed
> 3) Tenets of the Cadet Honor Code
> 4) Preventing and Responding to SH/SA
> 5) Preventing and Responding to Discrimination

**Squad level training executed throughout CBT**





070

# Military Training, Education, and Development (47 Months)

UNITED STATES MILITARY ACADEMY
**WEST POINT.**



## Cadet Summer Training (Term 0) / Academic Year (Terms 1 and 2)

| 4th Class Cadets (Plebe) | R-Day | MD100: CBT Cadet Basic Training | Fall Term (Term 1) MD101: Member of Squad | Spring Term (Term 2) MD102: Member of Squad |
|---|---|---|---|---|
| | | | MS100: Introduction to Warfighting (1 Semester) | |

3rd Class Cadets (Yearling): (M)IAD, MD200: Cadet Field Training, ML100: Introduction to Warfighting Lab. Fall Term (Term 1) MD201: Team Leader / Spring Term (Term 2) MD202: Team Leader. MS200: Fundamentals of Small Unit Operations (1 Semester)

2nd Class Cadets (Cow): ML300: CLDT (20% Cows), MD410: CTLT (40% Cows), MD300: Leader Detail (60% Cows), Competitive (M)IAD. Fall Term (Term 1) MD301: SL/PSG/Staff NCO/1SG / Spring Term (Term 2) MD302: SL/PSG/Staff NCO/1SG. MS300: Platoon Operations (1 Semester)

1st Class Cadets (Firstie): ML300: CLDT (80% Firsties), MD410: CTLT (60% Firsties), MD300: Leader Detail (40% Firsties), Competitive (M)IAD. Fall Term (Term 1) MD401: Officer/CSM / Spring Term (Term 2) MD402: Officer/CSM. MX400: Officership (1 Semester). Graduation

LEGEND
Primary Training Opportunity — Alternate Training Opportunity — Optional Training Opportunity — Academic Year Event

### Cadet Summer Training (CST) at USMA
- Total Cadets Trained: **3,800**
- Cadet Cadre: **1,100**
- Air Assault: **720**
- Senior Leader Experience: **1,100** High School Students

### Military Individual Advanced Development Training (MIAD)
- **1,000** Cadets conduct MIAD training throughout the summer
- **160** are competitive/specialty MIADs: CDQC, Pre-Ranger, Sapper Leader Course, Airborne, Georgian Mountain Course SERE, JOTC, BMC, Chilean Mountaineering Course, Rappel Master, RMIC, MGLC

### Other AY Military Development Opportunities at USMA
- Military Skills Cadet Clubs
- Sandhurst Competition
- Structured Military Training on COMM's Saturdays (A/C Weekends)
- Defense and Strategic Studies Academic Major
- Modern War Institute

# *Physical Program Goals*

**Overarching Goal**:  Graduates are warrior leaders of character who are physically fit and mentally tough

## Strategic Goals:

1. **Cadet Excellence**
   - Demonstrate physical excellence
   - Plan, prepare, execute, assess, and improve physical readiness training
   - Live honorably and develop effective teams
   - Demonstrate resiliency and courage
   - Commit to a lifetime of optimal physical performance

2. **Faculty Excellence**
   - Maintain a diverse and professional faculty
   - Develop and retain a high quality staff and faculty

3. **Army Excellence**
   - Provide disciplinary expertise to WP and the Army thru educational and research efforts to optimize physical performance
   - Provide disciplinary expertise for the Army in the form of an academic major in kinesiology

4. **Programmatic Excellence**
   - Provide contemporary educational and training facilities where cadets can optimize their fitness and movement skills
   - Provide opportunities for cadets to develop effective teams through sport and physical activity
   - Provide a comprehensive risk management strategy for all program activities to minimize risk while facilitating physical development

# *Physical Curriculum*

UNITED STATES MILITARY ACADEMY
# WEST POINT.



**Fourth Class** | **Third Class** | **Second Class** | **First Class**

**Curriculum**
- Boxing | Personal Fitness | Combat Applications | Army Fitness Development
- Military Movement | Survival Swimming | Lifetime Physical Activity

**Kinesiology Academic Major:**
- Broad, interdisciplinary study of human movement
- Ten core courses plus three complementary support courses
- 14-16 cadets selected annually for participation

**Fitness Testing**
IOCT – OPAT

**Competitive Sports**
Company Athletics – Competitive Clubs – Corps Squad NCAA Sports – BDE Open Championships

**Summer Training**
- CBT PRT & Athletics | Cadet Field Training PRT | Cadet Leadership Detail (Instructing PRT)

## Cadet Excellence Outcomes

1. Demonstrate physical excellence

2. Plan, prepare, execute, assess, and improve Physical Readiness Training

3. Live honorably and develop effective teams

4. Demonstrate resilience and courage

5. Commit to a lifetime of optimal physical performance

17

# UNITED STATES MILITARY ACADEMY
## WEST POINT.

# *Academic Program*

**13** Academic Departments, **35** Academic Majors, **15** Academic Minors, **26** Research Centers

## *Faculty Blend of Excellence*
- **103** senior military
- **311** rotating military
- **155** Title 10
-------------------------
- **7%** Full Professor
- **13%** Associate Professor
- **40%** Assistant Professor
- **40%** Instructor
-------------------------
**8** exchange faculty
(Brazil, Chile, Germany [x2], Great Britain, Spain, Japan)
-------------------------
**558** faculty publications since July 2016

## *Cadet Academic Support Resources*

- Center for Enhanced Performance
- Mounger Writing Center
- Library
- Additional instruction

*West Point educates and inspires leaders of character who think critically, internalize their professional identity, and employ their education to help build the Army and the Nation's future.*

1. **Educate, train and inspire cadets to become leaders of character.**
2. **Prepare the rotating military faculty to return to the operational force.**
3. **Provide intellectual capital to the Army and the Nation.**

## *205 Scholarships*
Last 10 years including:
- **31%** technical
- **8** Rhodes
- **6** Marshall
- **7** Truman
- **12** Graduate Education for Minorities

## *Enrichment Experiences*
**80** cadets studying abroad
- **150** average each year
- **33** institutions, **20** countries

**1052** internships summer '18
- **679** domestic
- **373** international

**54** international cadets from **31** countries study at USMA

**62** academic clubs & forums

Conferences, guest speakers, and field trips

## *7 Academic Buildings*
- **6** large auditoriums
- **12** small auditoriums
- **224** classrooms
- **21** lab rooms
- **61** classitories
- **125k** ft$^2$ Library

## *Research Affiliations*

Army, DoD, Academe


*Accreditations*

# 2018 Summer Academic Internships (AIADs) & Academic Year 2018 Semester Abroad



★ **Internships (AIADs) (2018)**
  ➢ **1052 cadets**
  ➢ **373 cadets in 47 countries**
  ➢ **679 cadets in 40 states**
★ **Semester Abroad (AY2018)**
  ➢ **147 cadets in 20 countries**

078

19

# Community and Innovation:  The Present

## Research



**High Energy Laser**



**Analyzing Captured Battlefield Documents**



**Swarm Technology**



**Predicting Army Injuries**

## Summer 2018



**Summer Leaders Experience**



**Cadet Summer Training**



**Summer Term Academic Program**



**Faculty Development Workshop**

## Fall 2019



**Plebe Book Program**



**Superintendent's Convocation**



**First Day of Classes**



**The Zingerle Family Lecture**



**Student Council on US Affairs Conference**

# Community and Innovation:  The Future

UNITED STATES MILITARY ACADEMY
**WEST POINT.**

**STRATEGIC POSTURE STATEMENT**

Tomorrow's Army needs a diverse set of officers with a broad array of talents and perspectives—with deep disciplinary knowledge as well as with the agility and imagination to work across disciplines—to serve in an increasing range of specialties, from traditional branches to the newest, Cyber. How can the Academic Program best meet the challenges and exploit the opportunities of the twenty-first century as West Point approaches its 250th anniversary in 2052?

## Academic Year 2019 Experiments & Pilots

- Implement New Schedule
- Continue to Evolve Talent-Management Efforts
- Human Resource Cell
- Pilot Cadet Self-Registration
- Classroom Configuration Study



## Future Academic Facilities

- Academic Building Upgrade Program (ABUP)
- Cyber Engineering Academic Center (CEAC)
- IT Modernization



# *Intercollegiate Athletics*



**Mission:** **To provide an extraordinary Division I athletic experience that develops leaders of character committed to the values of Duty, Honor, Country.**

**Our Department mentors and develops over 1,000 cadet athletes, in 20 different teams, through the leadership of administrators and 22 coaching staffs**

**Builds the warrior ethos by:**
- **Building cohesive teams who must balance their academic, military and physical requirements**
- **Handling adversity through developing mental and physical toughness**
- **Effectively developing leaders of character who have the resilience and determination to lead our Army and win in a complex world**

**Goals**
- **Recruit and develop scholar-athletes who lead the Corps**
- **Compete and win at the highest level possible**
- **Beat Navy & Air Force**
- **Provide the resources (personnel, funding, and facilities) to support athletic excellence**
- **Be a positive strategic communicator for Army West Point Athletics, USMA, and the Army**
- **Adhere to Department of the Army, NCAA, Conference, and Academy rules, regulations, and policies**
- **Affect changes in legislation, policy, and regulations that improve performance**

## *USMA Class of 2022*



# UNITED STATES MILITARY ACADEMY
## WEST POINT.

# *Class Comparison*



|  | 2000 | 2017 | 2018 | 2019 | 2020 | 2021 | **2022** |
|---|---|---|---|---|---|---|---|
| African Americans # Admitted | 6.9% 83 | 9.2% 108 | 13.6% 163 | 15.1% 188 | 14.0% 180 | 16.7% 205 | **15.4%** **186** |
| Hispanics # Admitted | 4.7% 56 | 11.5% 135 | 9.7% 116 | 9.8% 122 | 9.4% 121 | 9.7% 119 | **8.6%** **104** |
| Asians # Admitted | 5.8% 69 | 6.7% 78 | 7.9% 95 | 7.5% 93 | 9.1% 117 | 8.0% 98 | **7.6%** **92** |
| Women # Admitted | 15.8% 188 | 16.0% 188 | 21.8% 261 | 22.1% 275 | 21.8% 281 | 24.4% 300 | **24.4%** **295** |
| Recruited Athletes # Admitted | 21.8% 259 | 17.9% 210 | 21.7% 260 | 21.4% 266 | 19.7% 254 | 26.7% 328 | **23.6%** **286** |
| Soldiers # Admitted | 7.3% 87 | 11.0% 129 | 7.7% 92 | 6.6% 82 | 6.0% 77 | 6.1% 75 | **6.2%** **75** |
| First Gen # Admitted | No Data | No Data | 13.4% 163 | 14.0% 177 | 11.4% 149 | 10.6% 132 | **11.4%** **138** |
| Class Size 080 | 1187 | 1172 | 1197 | 1245 | 1290 | 1228 | **1210** |


UNITED STATES MILITARY ACADEMY
## WEST POINT.

# *BUILD AND SUSTAIN DIVERSE AND EFFECTIVE TEAMS*



## *Office of Diversity, Inclusion and Equal Opportunity (ODIEO) Update*



**ODIEO**
*Priorities and Initiatives*

*Priorities*

- ❑ *Sustain* diversity with inclusive behaviors
- ❑ *Enhance* cultural competency to work effectively within a multicultural team
- ❑ *Leverage* Inclusive Intelligence to enhance collaboration, engagement and innovation
- ❑ *Eliminate* discrimination to ensure fair treatment for all
- ❑ *Maintain* relationships with military organizations, educational institutions, and corporate to collaborate on leading edge diversity and inclusion strategies

**Initiatives**
- Leadership, Ethics Diversity in STEM (LEADS)
- Center for Leadership and Diversity STEM (CLDSTEM)
- West Point Leadership and Ethics Conference (WPLEC)
- Diversity and Inclusion Cadet Clubs
- West Point Diversity and Inclusion Leadership Conference
- Cadet Public Relations Council (CPRC)
- EXCEL Scholars Program
- Special Emphasis Programs (Observances)
- Hot Topics
- Academic Success Program (Peer Mentorship)
- Diversity and Inclusion Studies Minor (DISM)
- Minority Visitation Program (MVP)
- Diversity of Talent Search Program (DOTS)



082

26

# UNITED STATES MILITARY ACADEMY
# WEST POINT.

## Diversity and Inclusion Leadership Conference

*"Achieving Excellence through Diversity and Inclusion."*
*5-7 September 2018*



**Rod Woodson**
**NFL Hall of Famer,**
**Broadcaster**



**CSM(R) Michele Jones**
**President and CEO,**
**The Bones Theory**
**Group, LLC**



**LTG (R) Mark Hertling**
**National Security, Intelligence**
**and Terrorism Analyst for CNN**

**Purpose:** To bring West Point Alumni, the Army, Academia, business and guests together for discussions around best practices to move beyond the racial divide, improve retention, build trust, and how to lead diverse organizations.

086

27



# *ODIEO Way Ahead*

❑ **Strategic Initiative  #1 Increase and sustain a diverse staff and faculty**
- Establish partnerships with other educational institutions, local governments, and professional organizations
- Expand recruiting efforts to employ highly talented diverse staff and faculty from professionals associations and community base organizations

❑ **Strategic Initiative #2 Build and sustain cohesive teams throughout USMA**
- Implement cross cultural mentoring
- Sustain diversity with inclusive behaviors
- Maintain relevance
- Inclusive Conversations
- Enhance the USMA New Employees On-boarding process

❑ **Strategic Initiative #3 Engage, Include, and Embrace All Campaign**
- Cadet Club Collaboration
- Bridge the gap between our differences
- Utilizes the Cadets West Point experiences to engage and mentor USMAPS Cadet Candidates
- Leverage the experiences of the Cadet Corps for outreach initiatives to showcase the diversity and talent at West Point
- Continuing Community Outreach Engagements

❑ **Strategic Initiative #4 Implement Unconscious Bias Training**
- Leverage inclusive intelligence to enhance collaboration, engagement and innovation
- Sustain Inclusive Habits Campaign
- Manage Unconscious Bias/Micro-behaviors

UNITED STATES MILITARY ACADEMY
# WEST POINT.

## *BUILD AND SUSTAIN DIVERSE AND EFFECTIVE TEAMS*



## *SHARP Update*



## Reporting Trends

- 61% increase in unrestricted reports
- 31% decrease in restricted reports
- Roughly same conversion rate
  - APY 16-17 (34%)
  - APY 17-18 (35%)

## Incident Trends

- 54% of incidents involved alcohol for one or both parties *(46% in AY16-17)*
- 54% of incidents occurred on West Point *(74% in AY16-17)*
- 65% of incidents were Cadet on Cadet assaults *(74% in AY16-17)*

- Victims, their friends and supporters are gaining trust and confidence in the system
- Trends demonstrate why we need a Prevention Program that is holistic and developmental

080

30

UNITED STATES MILITARY ACADEMY
WEST POINT.

# *USMA Prevention Focus*

- Refocused education on **"What to do"** versus **"What not to do"**

- Look at how we are assessing character development

- Education program was compartmentalized, leading to CDT cynicism and topic fatigue
  - CASHA, Respect, Honor

- Education is happening in all pillars, could be harnessed for a more holistic Prevention Program



*Visible Part*

*Hidden Part*



Prevention = Providing Cadets with ***skills*** to successfully navigate relationships with respect for self and others

080

31

# *Relationships 101 Symposium*
## *Fall 2018*

UNITED STATES MILITARY ACADEMY
# WEST POINT.

**Purpose:** Generate a community experience that will foster honest and reflective exploration of the human dynamics of love, relationships and intimacy.

**Theme: "Unlocking the mystery of human relationships"**



### **Topics**
- Intimate Relationships
- Ethics of Love
- Being a Healthy Partner
- Need(s) in Relationships
- Consent
- Empathy & Action



*RESPECT*

Mike Domitrz
(Can I Kiss You?)

Richard Weissbourd
(Tools of Romance)

Joanne Davila
(How to have a Great Relationship)

Bekka & Kelly
(After an Assault)

*INFRASTRUCTURE*
*EXCELLENCE*

*"USMA 2035"*



33



# USMA 2035:
## The Vision

UNITED STATES MILITARY ACADEMY
WEST POINT.

**Michie Stadium Project – Gift $$, est. $70M**

**CBUP**
**Army $$, $650M**

**Grant Statue**
**Gift $$, est. $2.5M**

East Stands

**Physical Development**
- Hayes Gym fully renovated (basement up)
- All three pools fully refurbished

Military/Leader/Character
Development Programs &
Cadet Services

ACPDC

WH

**Davis Barracks**
**(completed)**

**Trophy Point Revitalization**
**(Army $$)**

**Parking Garage**

606

CEAC

**ABUP**
**Army $$, $840M**

MH

Taylor

BH

JH

**CEAC/Parking Structure**
**Army $$, $160M**

Engineering
Disciplines

TH

Applied
Sciences

Humanities
Disciplines

River
Courts

Library, knowledge management
services, Collaborative Space,
Dean services, Cadet sustainment

Admissions,
Legal, Retail

**Humanities Center**
**Gift $$, est. $25M**

# USMA 2035: The Plan
## West Point Military Complex

**WPMC Vision**

- **Holistic**, 15-year modernization plan
- **Fully modernized** sustainment and training capabilities facilitate **year-round military development** program
- **DATE training approach aligned with broader Army vision** for future of military training and development
- **Modernized Mission Command** capabilities
- **L/V/C training and education environments** enable broader military development methods
- Integrated ranges and planned UAS airstrip will enable **integration of academic and research endeavors**



**Enhanced Performance Facility**
- Feeding facility
- Fitness and performance enhancement centers
- Year-round capable

**Air Assault School**
- Expanded LZ
- Air Assault tower
- Training pads for slingload ops

**New Barracks**
- multi level
- Mix of bay space and rooms
- Year-round capable

**Mission Command Center**
- Joint Task-Force/CST Ops Center
- Simulation and mission support capability
- Networked with ranges and Wash Hall
- Engagement Skills Trainers
- Range Control (?)
- Year-round capable

**Sustainment Facilities**
- Sustainment warehousing & offices
- Networked
- Year-round capable

**Camp Buckner**

**Camp Natural Bridge**

**Sustainment Facilities**
- New barracks
- DFAC/Cantina
- Admin/fitness center
- Laundry facilities

**Entry Control Point**
- Controlled perimeter status
- ECC
- Manned

Proctoria Zone

Queensboro Zone

**Proctoria District Execution Plan - Short Range (0-5 years)**

- A Demolish Facilities
- B Construct Parking
- C Realign Road
- D Construct Lighting (Phase I)
- E Construct Barracks
- F Construct Air Assault HLZ Expansion
- G Construct Air Assault Tower
- H Construct WMCC and SIM Center
- I Construct Sustainment Facility (Phase I)
- J Construct ECP and Yield Lanes
- K Construct Decorative Fencing and Signage
- L Construct Fencing Around CONEX Storage
- M Construct Tent Pads
- N Construct Laundry/Cantina
- O Renovate DFAC
- P Construct Admin/Fitness Center
- Q Regrade Area for Hardstand/Parking

- District Boundary
- Existing Buildings
- Proposed Buildings
- Renovated Buildings
- Existing Pavement
- Proposed Pavement
- Parking Area
- HLZ Area
- Demolished Buildings
- Demolished Pavement
- Decorative Fencing
- Lighting

094

*Source funding plan: combination of MILCON, SRM, and gift*

35

# *USMA - The Way Ahead*

- **Readiness**
  - Educate, train, and inspire future leaders of character
  - Achieve Full Accreditation
  - Demonstrate value of West Point Staff and Faculty broadening assignment

- **Modernization**
  - Maintain infrastructure investment (CEAC, ABUP, IT, WPMC)
  - Assess the curriculum change and execute the academy schedule

- **Reform**
  - Continue talent management (acquire, develop, employ, retain)
  - Improve mechanisms enabling intellectual capital
  - Achieve optimal organizational design (A76, Enterprise Commands)
  - Continue to improve Army West Point Athletic Association (AWPAA)

# USMA BOARD OF VISITORS MEETING
# 9 NOVEMBER 2018
# WEST POINT, NY

## AGENDA

- Introduction
- Board Business
- Superintendent Topics
  - Events since last BOV
  - Strategy and Priorities:
    - Developing Leaders of Character
      - Cadet Panel
      - Faculty and Staff Panel
    - Enhance the Culture of Dignity and Respect
      - Cadet Panel on Conferences (Diversity, NCEA, Relationship)
    - Strengthen Partnerships
      - Research Centers Panel
    - Modernize, Secure and Reform
      - » Modernization
      - » Force Protection
    - Build a Diverse and Effective Teams
  - Upcoming events

**MINUTES**
**BOARD OF VISITORS ANNUAL MEETING**
**November 9, 2018**
**West Point, NY**

**1.  DESIGNATED FEDERAL OFFICER'S REMARKS.** Colonel (COL) Mark Bieger stated for the record that the United States Military Academy (USMA) Board of Visitors (BoV or Board) operates under the authority of US Code Title 10, Section 4355.  The Board is an Advisory Board subject to the Federal Advisory Committee Act.

**2.  CHAIRMAN'S REMARKS.**  Congressman Womack called the meeting to order and welcomed the members for taking the time out of their busy schedules to attend the meeting. He reminded the members that the Board of Visitors (Board) has an advisory role and is not in USMA's chain of command.  Meetings are a way for members to gather information in an official capacity.

**3.  SUPERINTENDENT'S REMARKS.**  The Superintendent welcomed the Members and thanked them for making the time to attend the meeting, and welcomed Mr. Marshall Williams, the Acting Assistant Secretary of the Army for Manpower and Reserve Affairs (ASA(M&RA)), as representative for the Secretary of the Army.  He welcomed the members of Congress who won reelection this week and said that looks forward to continuing to work with them.  He acknowledged the importance of the BOV to the Academy and he appreciated them making time in their busy schedules to come to West Point for Board meetings.  LTG Williams also thanked his staff for the long hours making sure the meetings run smoothly and professionally. At the annual Association of the United States Army (AUSA), Secretary of the Army Esper talked about the current states of the Army and described future efforts to reform.  The two guideposts of that reform include modernization and readiness.  Secretary Esper told the audience we must act now to ensure the Army is ready today and even more lethal tomorrow. The focus at West Point continues to be enhancing Army readiness.  The Academy develops future leaders of character who will be ready to lead in the crucible of ground combat.  In addition, USMA is focusing on the other guidepost, modernization.  The Academy is focused on how we can modernize ourselves to better conduct our mission and how we can modernize our infrastructure to support the Army's overall modernization efforts.  This includes leveraging our research centers and the intellectual capital to assist with the Army's modernization efforts.

**4.  MR. MARSHALL WILLIAMS' REMARKS.**  Mr. Williams thanked everyone for attending and stated it was an honor to represent Secretary Esper.  If Secretary Esper were here, Mr. Williams continued, he would tell you that today's Army is the most lethal and capable ground force in history and is ready to take on any adversary anytime, anywhere.  General Mark Milley, the Chief of Staff of the Army (CSA), recently signed the Army Strategy.  At the center of the Army Strategy are the Army's leaders and Soldiers.  Mr. Williams' noted that our charge is to develop smart, thoughtful, and innovative leaders of character, who are comfortable with the technical skills needed to operate advanced technologies.  The Army Strategy addresses how the force will remain ready to fight, while simultaneously modernizing, reforming, building readiness and improving partnerships.  Reform initiatives include major changes in how people are managed because the Army's greatest strength today is its people.  The new strategy will reform how the Army thinks about recruiting and retention, talent management and the entire Army structure. Mr. Williams concluded by noting that as Veterans' Day approaches, he wanted to thank everyone for their role in training and preparing past, present, and future veterans.

1

5. **ADMINISTRATIVE ANNOUNCEMENTS**.  COL Bieger, USMA Chief of Staff, noted the last meeting of the Board of Visitors was held in West Point, on July 9, 2018; a quorum was present and the Board of Visitors meeting included the following:

a. Board Business:
- Approval of the Minutes from February's Meeting
- Select Date for the Fall Meeting

b. USMA Update on the following:
- Highlights from 2017
- Develop Leaders of Character
  - Program Updates
- Foster Relevance and Preeminence
  - Build Diverse and Effective Teams
    - Admissions Update
    - Diversity Update
    - SHARP (Sexual Harassment/Assault Response and Prevention) Update
- Strategic Way Ahead-West Point 2035

6. **ROLL CALL.** For the record, a quorum of the Board was present.  A list of attendees annotated to reflect members arriving late or departing early is appended to these.

7. **BOARD BUSINESS**.  The following Board Business was discussed and voted on:

a. The meeting minutes from July 9, 2018 meeting were unanimously approved.

b. The Board was updated on the status of the 2017 Annual Report.  The Annual Report was completed, signed, and printed.  Copies were made available to members after the meeting.

c. The date of the Organizational USMA Board of Visitors meeting was set for Friday, May 3, 2019

8 .  **USMA UPDATES**.  Briefing slides are included at Appendix B.

**a. Superintendent:**

Panel 1:  Developing Leaders of Character – Cadet Perspectives:  Cadets Hunter Cochran (Class of 2022), Nitai Chun (Class of 2021), Andrea Karlen (Class of 2020), and Jonathon Muraski (Class of 2019) were introduced by COL Holly West, USMA G5.  Each Cadet spoke about their West Point experience.

Cadet Cochran, Company F2 ("Go Zoo!"), noted he doesn't choose his branch or major until Spring of 2019.  He intends to branch into Infantry and major in Computer Science and he is on the Triathlon Team, a club sport.  He has no leadership position, as he is a Plebe (Freshman).  Plebes experience leadership and experience developing leadership of the upperclassmen, see what works, and doesn't work, for them and what inspires him and his peers to work together and better.

2

Cadet Nitai Chun, Company E1, is from California.  He is a Team Leader and plays Receiver for the Sprint Football Team.  His major is Sociology and he isn't sure about his branch.  He has one Plebe assigned to him and makes sure the Plebe knows where they're going, needs to be, or needs to do.  He is responsible for the Plebe's development while at West Point.

Cadet Andrea Karlen, Company G4, from Roanoke, Texas.  She is on the Track and Field Team, and Cross Country Team as well.  She is a Squad Leader and is in charge of five other Cadets.  She makes sure they're developing as leaders, and ensuring team leaders are taking care of their Plebes, and take performing their duties to standard.

Cadet Johnathon Muraski, Company G3 is a Firstie (Senior) and an Army Brat, so he's lived all over, but calls Killeen, Texas home.  On Branch Night, next week, he is hoping to receive his first pick, Engineer Branch.  He is an interdisciplinary Science major, with an Astronautics track (the precursory to Physics, Nuclear Science Major that's being developed in the Nuclear Engineering Department).  His duty position is the Cadet Physical Development Officer.  He's in charge of ensuring all Cadets pass their Army Physical Fitness Tests (APFTs).  He's involved in a variety of clubs and activities, including serving as Commander for this year's 70th annual Student Conference on US Affairs (SCUSA), in which over 200 students from across the country, and around the world come to West Point and talk about the issues facing the Country.  He is also the Operations Officer for the Parachute Team.

COL West mentioned that Congressman Conaway was from the State of Texas, where two of the Cadets are from as well.  She then asked each Cadet to talk about the experiences they've had at West Point and what each Cadet felt had contributed most to their development.

Cadet Cochran mentioned two experiences so far, as a Plebe.  Cadet Basic Training (CBT), also known as "Beast Barracks" was very interesting; he defined it as essentially an indoctrination process which turns civilians into Soldiers, and Soldiers into Cadets.  He believes he was prepared for the semester and there were many opportunities to excel at West Point.

Cadet Chun stated that taking care of the Plebe he is in charge of was his biggest experience.  He had underestimated the amount of work taking care of one person was since worrying about himself and someone else was a new experience.

Cadet Karlen went on an internship to the National Security Agency.  She said it was interesting to learn about the Intelligence Community and the networks within the Community.  It was a great experience to see what it's like in the intelligence field and to see Washington, DC as well as reflect on the significance of why she is at West Point.  COL West asked if she had decided she was interested in branching into Military Intelligence and Cadet Karlen stated she is most interested in Military Intelligence but is keeping her options open.  She also mentioned she was a Squad Leader at Beast Barracks, which was beneficial to her development as a leader.  She also learned how important stewardship is to the Army and how important it is to work hard to make a system better for whomever comes next.

Cadet Muraski noted there were several things that contributed to his leadership development at West Point.  One was Cadet Leadership Development Training (CLDT), which is done during the summer.  Being in a stressful environment forced him to figure things out as during each mission.  It was an extremely beneficial to him, especially the feedback he received from fellow Cadets.  Being Commander of SCUSA was a great leadership experience as well.  A lot of hard work was put in by him and his staff; planning started about a year before the

conference, which was a four-day conference in Washington, DC.  His cadet led team planned the logistics, how to host the rooms, plan the academics, all with assistance from faculty advisors.  Being a member of the Parachute Team was also beneficial to him as well.  Cadet Muraski's job is to help instruct underclassmen and coach them in what they do in the sky.  The team has over 500 jumps and is currently helping a new Cadet who has 25-30 jumps.  It's essentially helping underclass Cadets and helping them be safe every time they jump.  It definitely helps a Cadet learn to lead, grow, and become a proficient and safe sky diver.

COL West's final question to the Cadets was asked after BG Gilland updated the Board on Branching.  Her final question to the Cadets was what is the one thing you're looking forward to most in the coming month or years?

   Cadet Cochran spoke about getting into Airborne School in the near future as part of his MIAD (Military Individual Advanced Development); if he doesn't go to Airborne School, he will try to get into Air Assault School.

   Cadet Chun stated he would hopefully Beat Navy(!) tomorrow and in the near future become a better leader, get the Branch he wants and graduate.

   Cadet Karlen stated she would like to continue the development of what she learned this past summer and throughout her first semester; she is also hoping to be able to share her experiences with her classmates and grow within her company and on the track & field team.

   Cadet Muraski is looking forward to branch night, mentoring other Cadets during his last semester, and after graduation, standing as a Second Lieutenant in front of his first platoon in the Army.

Congressman Womack interjected before the panel was dismissed and asked each Cadet when did it become apparent they wanted to attend West Point and was there a culminating moment in the decision-making process?

   Cadet Cochran stated he had always intended on enlisting into the Army, however in high school he found out he had good test scores and high grades and the ability to come to a place like West Point.  Congressman Womack asked if Cadet Cochran had had any interaction with the staff of his Member of Congress; he stated he had submitted an application and went to a presentation in the Dallas-Fort Worth (TX) area along with other applicants.

   Cadet Chun stated that he graduated from high school without knowing what the next plan was, and his mother strongly encouraged him to apply to the Military Academy because she saw it as "free college."  He applied and was accepted into the USMA Preparatory School.  He saw the chance to attend USMA as an opportunity to do one good, substantial thing in his life and the Prep School was the first step.

   Cadet Karlen noted that she has no close relatives in the military, although her dad was in the Air Force, but was out before she was born.  She had no knowledge of West Point until she was approached by her Cross Country and Track Coach about the Army West Point coaches being interested in her being on the team.  She knew she wanted to attend West Point during her official visit, when she saw people at the institution who "glowed" with a sense of higher purpose; like they knew where they were going, had the resources to achieve it, and wanted so badly to be the best they could be; she wanted to have the same fire and be around this type of people and she knew West Point was for her.

Cadet Muraski said his desire to come to West Point slowly developed throughout high school.  His father was in the Army but didn't graduate from West Point.  By his junior year he decided he wanted to do something with his life, found West Point and started the application process.  Congressman Burgess, from his district in Texas, interviewed him and he was accepted, however he never visited West Point.  His first day at West Point was on R-Day (Reception Day).

**b.  Commandant of Cadets/Branching Update:**  BG Steve Gilland, the Commandant of Cadets, gave the Board an update on branching.  Prior to this year, 70 percent of Cadets branched into Combat Arms branches (Infantry, Armor, Field Artillery, etc.).  This year, the percentage of Cadets who branched into Combat Arms was about 77 percent.  There were reductions in branches such as Adjutant General Corps, Chemical Corps, Finance, and Medical Service Corps.  This year, there was an increase in Cyber Corps allocations; originally, it was going to be 21, but increased to 25 slots.  Cyber Corps also incurs an additional year of active duty service obligations (ADSO) for Cadets that branch into Cyber Corps.  Ms. Elizabeth McNally asked if women were now able to choose Combat Arms branches.  BG Gilland noted that about 85 percent of graduating female Cadets would branch into Combat Arms.

Panel 2:  Developing Leaders of Character – Leader Perspectives.  Captain (CPT) Michael Beum, US Corps of Cadets, Company A-1 Tactical Officer; Major (MAJ) Sarah Gerstein, Junior Military Faculty/Dept. of Social Sciences; Dr. Enoch Nagelli, Junior Civilian Faculty/Dept. of Chemistry Life Science; and Coach Doug Van Everen, Intercollegiate Athletics/Gymnastics Coach.

CPT Beum told the members he was the Tactical (TAC) Officer for Company A1; he serves as the UCMJ (Uniform Code of Military Justice) authority for a Cadet Company of about 130 personnel.  He serves as a teacher, advisor, and coach in their everyday life.  He assists with academics, but his main focus is on the military side of their training.

MAJ Gerstein, introduced herself as an instructor in the Department of Social Sciences.  She instructs Cadets in her Current International Relations class as well as two electives in the International Affairs STEM.  She's also an Officer Representative (OR) for the Women's Swim Team.  She was a swimmer as a Cadet, and both her parents were int he USMA Class of 1980.  Recently, she served as the Executive Secretary for SCUSA 70; Cadet Muraski, from the first panel was her commander.

Dr. Nigelli is a faculty member in the Department of Chemistry Life Science, part of the Chemical Engineering Program.  He has been a faculty member for three years; he teaches the first class all Plebes must take, General Chemistry.  He is also the OR for the Men's Basketball Team.

Coach Van Everen introduced himself as the Head Gymnastics Coach for the last 29 years.  His primary mission is to recruit, train, and inspire a winning team that develops into a great culture.  The Athletic Department program's primary mission is to create an environment of a winning culture and to make it happen.

COL West asked the panelists to share with the Board members why each one chose to come to West Point for an assignment.

CPT Beum answered his reason to come back to West Point was based on the relationship he had with his TAC.  He was a Company Commander when he was a First Class Cadet (Senior) and had a very strong relation with his TAC at the time.  His TAC Officer continued to be his mentor as he commissioned as an Infantry officer.  He and his TAC Officer still keep in touch to this day.  He hopes to build similar relationships with his Cadets as well.

MAJ Gerstein stated she had four TACs in four years; the most consistent relationships she had were with her professors in the Department of Social Sciences.  She wanted to come back to develop these same types of relationships with Cadets that she had with her mentors, the instructors and she wanted to give back to West Point.  She wanted to serve and help develop Cadets as they transition from high schoolers to becoming Cadets, Leaders, and eventually Army Officers.

Dr. Nigelli chose to come to USMA to serve his country.  He is not a graduate, and he is a first-generation American.  His mother and father work blue-color jobs in Chicago.  He was the first in his family to receive a PhD, which he got through the U.S. Air Force at Wright-Patterson Air Force Base.  He did research for the Air Force and loves research and teaching to help the Department of Defense.  When the opportunity to teach at West Point came about, he was told it was something he could potentially do.  In addition to teaching and research, one can make a difference to teach how to solve problems in a complex environment; helping our forces and Soldiers.  He's an engineer by trade, however his passion is to teach Cadets in a complex environment one should be able to solve problems.

Coach Van Everen was at San Jose State when the position of Head Gymnastics Coach opened up in 1990.  His wife and he were going in two different directions and decided to come to West Point.  At first he didn't know anything about West Point, but then he learned about and realized he could make an impact.  He enjoys being able to recruit and work with the Cadets three and a half hours a day, has an impact on them and he watches as they move on to graduate and become leaders – there's nothing like it.  His son attended West Point and is a 2011 graduate who has had a couple of tours in Afghanistan and is currently in Colorado.  What keeps him here is the energy of the Cadets, 17-21 year-olds who keep him on his toes.  Best of all, he works for one of the best bosses in the country and the leadership at the Academy – there's nothing like it!

Congressman Womack asked CPT Beum what makes for a great relationship between a Cadet and a TAC officer?

CPT Beum answered that his TAC officer allowed him freedom of mobility across the Cadet Company; his TAC officer would steer him left-or-right, when the decision he was making didn't make sense, or provide guidance to CPT Beum, and was very approachable.  That is what CPT Beum tries to do with his Cadets.  If they need something, he tries to be there and help them out.  He also enjoys watching his Cadets compete in Corps Squad (NCAA), Club Squad Teams, or Intramurals, to show them someone is there to support them.  If the Cadets don't have family nearby, being a big brother or father figure.  He likes to support their endeavors while they're at the Academy.

Secretary Nicholson asked Coach Van Everen if West Point had a Women's Gymnastics Team, as he had read somewhere it didn't.  If there isn't one, why not?

Coach Van Everen stated that was correct, however, at one time there was a Women's Gymnastics Club team, back in the 1980's but right now, there isn't a team.  Several

years ago, when the Corps was smaller, there was a big push to have a Women's Gymnastics Team.  After some feasibility studies about what the impact would be on intramurals and club sports, when trying to integrate the Corps of Cadets if 20 women were taken from the Corps for this purpose.  The impact would have rippled into everything, so at the time, it didn't make sense to start a Women's Gymnastics Team.

Ms. McNally asked Dr. Nigelli, if USMA continues to attract individuals like you, as we think about ensuring USMA has a world-class civilian faculty, are there additional things that can be done to ensure USMA always has a world-class civilian faculty, and make as exciting a job as possible?

Dr. Nigelli answered from his perspective the infrastructure is in place; the departments and Academy as a whole, has a good mix of permanent civilian faculty, as civilians who are contractors.  Everyone serves the same mission.  The structure for civilian faculty is similar to the military structure, with true mentorship; overall, he has been very pleased with his experience.  He stated one thing that would help is reducing the amount of time it takes to hire personnel.

COL West asked one last question:  What are you looking forward to in this upcoming year, semester, or in the next two years?

CPT Beum stated he looks forward to Summer Training.  He has Cadets all year who are quiet and reserved, who go to class, he doesn't hear much from them, and during Summer Training, they're all about training, taking leadership roles, such as squad leader, platoon leader, etc.  He enjoyed the past summer and is looking forward to the summer training in 2019.

MAJ Gerstein is teaching a new class in the spring called National Security Seminar. It is the focus of what she did at grad school.  One of the Capstone courses for her International Affairs (IA) majors, and then she is co-authoring a book and is excited to "dive" into that.

Dr. Nigelli stated the year has been very productive and useful for the Cadets he mentors.  There have been seven peer-reviewed publication from his research group itself, all from Cadets who are also co-authors.  They are also doing interdepartmental collaboration at the Academy with the Mechanical Engineering Department and Electrical Engineering, in their research mission with Cadets to solve real-life problems the Army currently faces, such as fuel convoys, the weight distribution of batteries, etc.

Coach Van Everen is looking forward to finishing up a successful recruiting cycle. The team has about six new recruits coming in the Summer.  He's also excited about the change in the Academic Program this year, which allows for an Academic Day, on Wednesdays, which will help Cadets recover from strenuous schedules due to the many demands on them.

Sue Fulton asked Dr. Nigelli and MAJ Gerstein, in terms of the innovation in academic scheduling, what impact that's had in the classroom?

MAJ Gerstein stated the course she teaches, SS307, International Relations Syllabus, increasing the class to 75 minutes didn't add much to it; the class was kept mostly intact.  For her individual classes, she's been able to dive deeper into each of the subjects and really engage the students.  There is time to discuss points the Cadets really want to talk about, have more activities in class, and really demonstrate these concepts.

<div align="center">7</div>

Congressman Womack asked CPT Beum, if he were to come to Camp Buckner in the summer, along with another member of Congress, on the MILCON subcommittee, on the Appropriations Committee, how would you grade our facilities and what would you tell them needs to further prepare young women and men to lead troops in combat that begin here?

CPT Beam noted he had talked to Mr. Black (Frederick Black) about the facilities in Camp Buckner earlier in the day and had noticed the facilities hadn't changed since he had graduated. There is a lot more field time, which is one thing that has changed over the years. While it is good to train Cadets how to live in the woods, it's also good to bring them back to decent facilities where they can get a goo shower and get clean.

Panel 3:  Enhance Culture of Dignity and Respect (Cadet Carla Figuero-Matos (Diversity & Leadership), Cadet Jafr Kazmi (Nat'l Conference on Ethics in America), and Cadet Norah Stapleton (Sexual Harassment and Assault Response and Prevention (SHARP)/Relationships 101)

COL West introduced the third panel to discuss USMA's culture of dignity and respect, which is something that always needs to be strengthened and maintained. Over the Summer and early Fall, there were three conferences which focused on dignity and respect: The Diversity and Leadership conference, National Conference on Ethics in America and the SHARP Symposium. The panel includes Cadets who participated in one of the aforementioned conferences. She then asked each Cadet to introduce themselves.

CDT Figueroa-Matos is originally from Puerto Rico, but now calls Florida Home. She is in Company H4 and is a Psychology major and possibly medicine in a few years. This year, she is the Battalion Commander for the 3rd Battalion.

CDT Kazmi is from Great Falls, Virginia and he's a Physics major who works with COL Hartke in the Photonics Research Center; he's a member of Company C and this year is the Executive Officer for the Brigade respect Committee. Outside of the Classroom, he's the assistant Cadet for the Snow Sports Instructors Club and the lead Cadet Snowboard Instructor at USMA. He is hoping to branch into Infantry.

CDT Stapleton is a member of Company G1 and is an Interdisciplinary Science Astronautics Major and is Trust Captain. She is hoping to receive Armor as her branch, as it is her first choice. She is from Wilmington, NC.

COL West asked Cadet Figueroa-Matos to start by talking about the conference she attended and what the highlight of that conference was.

CDT Figueroa-Matos was the Cadet in Charge of the first Diversity, Inclusion, Leadership Conference USMA has held. Diversity Inclusion is a new major and a new minor in the Behavior Sciences & Leadership department. She worked with MAJ David and over 40 Cadets and Midshipmen attended from the five service academies. There were 16 Cadets from USMA and about 2 from each of the other service academies, the balance were ROTC Cadets and Midshipmen who are all going to be future leaders and officers. The conference provided these future officers the tools to lead diverse and robust teams that are inclusive. There were workshops, one of which was about "Hot Topics." USMA does "Hot Topics" which allows open dialogue on hot-button topics of the day, to prepare the Cadets and Midshipmen to have candid and open discussion with leaders, peers and subordinates in the future.

8

CDT Kazmi was a Cadet in Charge of the National Conference on Ethics in America (NCEA).  This was his second year being part of NCEA.  Similar to the Diversity, Inclusion, Leadership Conference, the NCEA was also attended by Cadets and Midshipmen from the other service academies, senior military colleges as well as civilian students from colleges around the nation.  Seeing their perspectives on the subjects discussed, such as grit, and principles of military leadership; how they applied these principles in their lives, separate from the Army or military was interesting.

CDT Stapleton and Andrea (CDT Karlen, from the 1ˢᵗ Panel) are part of the same committee which deals with sexual assault and harassment issues.  CDT Stapleton assisted in the planning of the Relationships 101 symposium, as part of the SHARP Summit.  The highlight of the summit, to her, was a talk given by "Kelly and Becca," two activists who spoke to the Class of 2020 (Cow) about consent, respectful relationships, and intervening in sexual assault, and how to take care of a friend if they have been sexually assaulted.  There were also a couple of panels:  One with instructors and faculty members who have dealt with sexual assault; one was a commander and 2 Soldiers in his unit that had an incident occur-the commander discussed how he dealt with the issue; finally, there was a panel from the Criminal Investigations Division (CID) and other legal authorities who discussed the reporting and investigation process and what it really was like, as most Cadets don't have a good understanding of how the process works.

COL West asked if anyone had questions at this time and Ms. Lute asked Cadet Stapleton about the issue of sexual exploitation and assault-if no one thinks it's OK, why does it continue to happen?

CDT Stapleton stated Ms. Lute was correct that no one really thinks it's an OK thing to do, however the problem is Cadets don't actively think it's something that applies to them; they don't think it's a problem because they aren't going to rape or sexually assault someone.

Mr. Black asked CDT Figueroa-Matos asked for her perspective on the hot button issues and does she feel she's being heard, or is there resentment Cadets have when they hear about it?

CDT Figueroa-Matos doesn't think there is necessarily resentment, and the Cadets do have open channels of communications, whether it's with a TAC, a peer, a mentor, or instructor in staff and faculty, Cadets' voices are being heard.  Their opinion is going up and down command channels, whether it's Cadet-to-Cadet or higher up.  People will always have a difference of opinion, particularly on hot button issues, but at present, she doesn't feel there is any resentment because of it.

COL West asked the panelists to talk more about the conferences; how each Cadet felt like it contributed to a culture of dignity and respect?

CDT Figueroa-Matos began by stating that many of the attendees were ROTC Cadets, in some capacity; the Diversity, Inclusion and Leadership Conference was modeled somewhat on the McDonald Leadership Conference, which is open to military Cadets and civilians who are still attending college.  She believes the conference gave these individuals the tools necessary to have discussions on diversity and inclusion so as not to perpetuate the issue. If the subjects aren't discussed they could be ignored or 'brushed under the rug.'  Leaders of all types need to discuss issues including gender, sex, religion, ethnicity, race, etc., as these are

the issues most likely to come up these days.  She believes the conference is giving these future leaders the ability to open up and become more empathetic as leaders.

CDT Kazmi's conference was split, with about 70 percent of the attendees were from outside of USMA and about 30 percent were from USMA, across the companies.  The most beneficial part of the conference to him, was listening to the perspectives from senior military Cadets and other service Cadets who, like him, who would be graduating in about six months.  Hearing their backgrounds and where they came from provides a better appreciation for the hardships that we, as USMA Cadets, don't think about, as well as what these other Cadets had to go through to get where they are in life.  In the end, everyone who attended the conference were hoping to serve in the military, however their appreciation for different backgrounds gave CDT Kazmi a different, and better, perspective on who he will be serving beside.

CDT Stapleton noted that aside from discussions that were had at the Relationship 101 Symposium on topics of sexual assault and harassment, the conference contributed to the culture of dignity and respect.  Having the conference and the discussion shows the Academy believes this is an important topic that needs to be addressed in our culture.

COL West asked her final question:  Please tell the Board what you are looking forward to in the next couple of weeks, semester, or years?

CDT Figueroa-Matos stated her "hundred-meter" target right now is Branch Night.  She is hoping to get her first choice, Military Police branch.  Down the road, she's looking forward to having a new staff on the Battalion; being able to mentor and coach her peers and see what they would like to do, what their vision is.  She is also excited about the new company commanders coming in next semester.

CDT Kazmi is excited to continue his research and continue mentoring Cadets around him.  He is also looking forward to the next six months, being the best-prepared graduate of USMA and hopefully Ranger School, and to stand in front of his Platoon.

CDT Stapleton has mixed feelings about Branch Night; between anxiety and excitement.  She is also looking forward to spending time with her classmates and being around them and appreciating the fact they've all been through something very difficult together and will continue to build these relationships in the future.

BG Gilland provided additional information on Branch night, providing the four top choices for Branches as follows:

      Infantry – 177 Cadets
      Aviation – 137 Cadets
      Engineer – 129 Cadets
      Field Artillery – 91 Cadets

He then asked the Cadets on the panel what were their thoughts on the branching process?

CDT Figueroa-Matos gave her personal opinion:  when putting in preferences, Cadets try to game the system; it's not just about personal preferences, Cadets look at different areas, including past branching allocations, what's the likelihood of getting a particular branch, that kind of thing.  This can determine how high, or low, a branch choice can be put down.  By and large, however, she agreed with the Commandant, even the Cadets who are disappointed

10

with the Branch they are given won't be disappointed for long, because at the end of the year, there is a mission to complete and there are Soldiers waiting for us, who depend on us.

Panel 4:  Strengthen Partnerships – Research Center Perspectives (Mr. Brian Dodwell, Combatting Terrorism Center; LTC James Schreiner, Operations Research Center; COL John Hartke, Photonics Research Center; LTC Brian Novoselich, Center for Innovation & Engineering)

COL West introduced the next panel, which is about strengthening partnerships through the military, government agencies, and the Academy.  Some of the individuals work in USMA's research centers and connect with outside partners.

Mr. Dodwell is the Director of the Combatting Terrorism Center (CTC) and has been at the CTC for about nine years and the Director since this past summer.  He worked at the Department of Homeland Security and other Department of Defense entities before coming to West Point.  In addition to running the CTC, he also teaches in the classroom; classes on terrorism, combatting terrorism, and homeland security.

LTC Novoselich is a 1996 graduate of USMA and is an Armor officer.  He's also the Director of the Center for Innovation and Engineering.  He is a senior rotating faculty member in the Department of Civil and Mechanical Engineering, on the mechanical engineering side.  He is also the OIC of the Jet Ski Patrol in his off time.

LTC Schreiner works in the Department of Systems Engineering as the Director of the Operations Research Center and the Systems Research Program.  He also serves as the leader of the Academic Program Goal Five Assessment Team, for STEM (Science, Technology, Engineering, Math) assessments across the Academy.  He also serves as the head officer representative (OR) to the Army Softball Team.  He has 28 Cadets he works with and mentors, then the coaching staff to make sure their academics and disciplinary issues are taken care of.  The most complex, yet rewarding, is he is a West Point dad – his daughter is in the Class of 2019.

COL Hartke is a Professor and Deputy Head of the Department of Physics and Nuclear Engineering.  He's been the past director of the Photonics Research Center; the Department of Physics also has the Nuclear Science Engineering Research Center, which is an office of the Defense Threat Reduction Agency (DTRA) at West Point, as well as the Space and Missile Defense Command.  He serves as the Chairman for the Advanced Concepts Technical Area Working Group for the Joint Directed Energy Transition Office and went into detail about his duties in this working group.  He is a member of the Board of Directors of the Directed Energy Professional Society.  He also serves on several committees at West Point and is the head OR for the Army Rifle Team.

COL West asked each panelist to speak about hour their respective center contributes to strengthening and building partnerships.

Mr. Dodwell said the most important thing the CTC does, in terms of building their presence across the Army is producing Cadets that understand the terrorism problem set.  On the education side, he runs a Practitioner Education Program, which consists of courses and educational programs, not just for DoD entities, but for entities across law enforcement communities as well.  He then provided an example which took place at the 10th Mountain Division, whose forces will soon be deploying to Afghanistan.  They've provided courses to the

11

7th Crew, 10th Group, 3rd Group, the Ranger Regiment, etc., as well as many other entities.  In addition to working with other Army, DoD, and civilian entities, they also like to get feedback from the field and as an example he mentioned a visit by General Votel, when he was the SOCOM (Special Operations Command) commander, he visited West Point and they asked what was on his mind; he said "Hostages."  The CTC then put together the largest open source database of hostage-taking incidents by non-state actors.  More recently, the CTC has developed strong partnerships with the Joint Special Operations Command (JSOC), the Ranger Regiment, the FBI, law enforcement agencies, and others.

LTC Novoselich gave information about the Center for Innovation and Engineering.  The mission of the Center is to utilize engineering research and development to enhance Cadet education, the professional development of our faculty members, outreach to the Army and the Nation.  He then gave a case study of how the different centers on the technology site of the academy work together in synergy to provide intellectual capital back out to the Army and the Nation.  He then described a project, the Radiological and Imaging Data (RAID) Storms Project, executed last year.  This is 1 of 32 projects his Center puts together each year by Engineering Cadets for their Capstone designs and is a requirement for accreditation.  After describing the Capstone project in detail, he then showed, and narrated a video.  NOTE:  The full details of this project, as well as a narration of the video is at Appendix B-pages 112-118 of the transcript.

LTC Schreiner has been the Director of the Operations Research Center for about three months.  He said applied research at the Academy brings the faculty and Cadet development together and provides scholarship opportunities for all.  The number of agencies asking his Center to do research is plentiful because the Center brings an innovative and unbiased look at different complex problems that other agencies may not have the ability to do, due to organizational biases and constraints.  In the last 30 years, the Operations Center has provided a dedicated analytical capability for not only the Academy, but the Army and DoD.  The Center has many clients; four analysts are working full-time on 13 different projects in the Center.  The opportunities for Cadets to work alongside faculty, on Capstone projects, honor projects, independent studies, and internships allow them to develop themselves as the next generation of leaders at the mid-level career path for junior leaders.  Currently, there are 47 different Capstones with four to five Cadet Capstones led by faculty members; many are disciplinary in nature.  He gave an example of how modeling and simulation could be on-boarded earlier in the acquisition process to inform requirements generation across the acquisition community.  This is important due to the restructuring of the Army Futures Command; modeling and simulation will become more important to do things better, faster, and cheaper.  The second example is about the warfighter.  In the past 12 months, USMA has sent five faculty members to support Operation Resolute Support (ORS) and a number of spinoff opportunities came after that.  This morning he received requests for an unbiased look at revising the metrics in ORS to hold the government in Afghanistan accountable.  Finally, he reiterated LTG Williams' point that we are preparing two graduating classes; not just Cadets, but researchers and junior analysts who are going to serve in the Army G1 (Personnel) or G8 (Resource Management), or combat commands.

COL Hartke noted the positions listed in his introduction would not have happened had it not been for the Photonics Research Center's existence; that many of those connections and resources were already available for him to get his foot in the door.  Some of the partnerships include the Army Research Office (ARO) is one of their primary sponsors.  The Center is also highly involved with research labs, such as the Space and Missile Command.  He also highlighted Cadet Jafr Kazmi's (from the 3rd Panel) research, a high energy laser test capability was developed at West Point, where they are looking at understanding how the

12

atmosphere impacts the propagation of high-energy lasers.  The work being done at USMA will be fed back through the SNDC and Joint Technology Office to drive requirements for high energy laser systems under development.  It is expected that the High Energy Laser Mobile Test Truck, the Army's 50-kilowat system may be here for the Cadets of 2020 to work with.  He has the opportunity to do an international collaborative research effort with a foreign partner and will be traveling in the near future for this opportunity to build a high-energy laser test, which will be built at one of the ranges on West Point.  He mentioned that a new branch, for high-energy laser, might needed to be added.  He has a dozen rotating military who have experience in the high-energy laser field as well.

LTG Williams gave a baseball analogy, as the World Series had just completed.  As a baseball fan, pitchers, they want to change a batter's eye level.  Using that analogy, the Superintendent stated he wanted to change the "eye-level" of what the Board members see when they come for meetings in the future.  The members have heard from Cadets, Tac Officers, Coaches and faculty. He then turned it back to Chairman Womack.

    The Honorable Womack thought the meeting layout, with panelists and updates, was fantastic!  He then noted that there was other material in the slide packet that he recommended Board members study on their own.  He then mentioned the "bookends" of the Corps.  There is a graduating Class and a Plebe Class, and a couple of slides relative to them and asked COL Bieger to go over them quickly, starting with the Graduating Class.

        COL Bieger went over the slides for the Graduating Class, which included the size of the class on R-Day, the number who graduated (993), and class demographics as well as academic majors.  (meeting slides are at TAB C)

    **c.  Admissions Update:**  COL Deborah McDonald, the Director of Admissions updated the Board on the incoming Class of 2022, which included the size of the incoming class, the demographics of the class, and provided states with the highest Cadet population.  She also noted that USMA was the number one choice for 88 percent of the incoming class. Congressman Womack asked if the percentage of women was the highest on record, at 24 percent and COL McDonald answered that it was not – that 25 percent women had been brought in, in one of the previous years.  One takeaway for the incoming class of 2023 is a drastic increase in the number of Soldier applicants – an increase of almost 23 percent from last year.

## 9. REMAINING BOARD BUSINESS.

None.

## 10. ADJOURNMENT.  Congressman Womack thanked the staff for the effort that went into the meeting and personally thanked the Superintendent and staff for making the panels available. He then stated he truly appreciated hearing from the members of the panels, rather than a PowerPoint-driven meeting and hoped the other members felt the same.  He asked if there were any further comments, concerns, or anything else that hadn't been addressed before adjournment.  He then  stated he looks forward to seeing everyone in May and then entertained a motion to adjourn:  Mr. Black made a motion to adjourn, which was seconded by Ms. Fulton. Congressman Womack adjourned the meeting at 11:34am.  This concluded the November 9, 2018 Annual Meeting of the USMA Board of Visitors.

Certified by:

STEVE WOMACK
US Representative
Chair, USMA Board of Visitors

APR 3 0 2019

DEADRA GHOSTLAW
Designated Federal Officer,
 USMA Board of Visitors

14

**Congressional Members:**
Senator Jerry Moran                                    Departed 1009
Congressman Steve Womack-Chair

**Presidential Appointees:**
Ms. Brenda Sue Fulton-Vice Chair
Ms. Elizabeth McNally
Ms. Jane Holl Lute                                     Via teleconference
COL (Ret) Frederick H. Black, Sr.
Ms. Meaghan Mobbs
SEC R. James Nicholson

**The following members were absent:**

Senator Richard Burr
Senator Kirstin Gillibrand
Senator Joe Manchin
Congressman K. Mike Conaway
Congressman Thomas Rooney
Congressman Sean Patrick Maloney
Congresswoman Stephanie Murphy

**Based on the BOV attendance, a quorum was present.**

**Other attendees:**
Mr. Marshall Williams, Acting ASA(M&RA)
Mr. Patrick Newbold, OCLL
MAJ Shawn Schroeder, OCLL

**USMA Command and Staff Members in Attendance:**
LTG Darryl A. Williams, Superintendent of the United States Military Academy
CSM Jackie H. Love, USMA Command Sergeant Major (incoming)
COL Mark D. Bieger, USMA Chief of Staff
LTC Charles Kean, Superintendent's XO
LTC Justin Miller, Secretary of the General Staff (SGS)
Ms. Deadra Ghostlaw, Designated Federal Officer (DFO)/Ass't SGS
Mr. Jeffrey Reynolds, Chief of Protocol/Alternate DFO
BG Cindy Jebb, Dean of the Academic Board
BG Steve Gilland, Commandant of Cadets (USCC)
CSM Tom Kenny, USCC Command Sergeant Major
Mr. Eugene Corrigan, Director of Intercollegiate Athletics
COL Andrew Hanson, Commander, USAG West Point
COL Harry (Cecil) Marson, incoming Commander, USAG West Point
COL Erik Christiansen, Staff Judge Advocate
Ms. Lori Doughty, Academy Counsel
COL Deborah McDonald, Director of Admissions
COL Holly West, USMA G5
LTC Chevelle Thomas, Public Affairs Officer
Ms. Samantha Ross, SHARP Program Manager

15

Mr. Terry Allbritton, Chief Diversity Officer
Mr. Donald Buda, USMA G-4
Ms. Lisa DeGrave, Deputy USMA G-8
COL Joshua Higgins, Commandant, USMAPS
CSM Eugene Dydasco, CSM-USMAPS
Dr. Gerald Kobylski, Deputy USMA G-5
LTC David McConnell, USMA G-1
Chaplain (COL) Matthew Pawlikowski
Dr. Rachel Sondheimer, Vice Dean
COL Edward Teague, USMA Chief Information Officer/G6
COL Christopher Weathers, USMA G-3
2LT Sydney Hawkins, Protocol
Mr. Charles "Bo" Thompson, Sound Engineer
Mr. Dave Skoglund, Sound Engineer
Ms. Jennifer Linnartz, SJA-Recorder

**Legislative Assistants:**
Mr. Cole Lyle (SEN Burr)
Mr. Will Goodwin (SEN Gillibrand)
Mr. Beau Walker (Rep Womack)
Mr. David Ogle (Rep Murphy)
Ms. Khristian Silvas (Rep Maloney)
Mr. Cullen Lyons (Rep Maloney)
Mr. Ethan Abner (Rep Rooney)

**Members of the Public:**

Ms. Terri Williams (Spouse of Mr. Marshall Williams)
Dr. Sylvia Black (Spouse of Mr. Frederick H. Black, Sr.)
Mr. Frank Napolitano
Mr. Archie Elam
COL Mark Read (Head, D/GEnE)
Mr. Mike Randall (Press)
Mr. Ken Kraetzer (Press)
Mr. Paul Ostrander (Press)
CPT John Dzwonczyk, D/GEnE (Escort Officer)
CPT Jack Cooperman, D/EECS (Escort Officer)
Dr. Katie Daily, Associate Dean for Plans & Policy



# Board of Visitors Meeting

West Point, New York
9 Nov 2018

# *Agenda*

- Introduction
- Board Business
- Superintendent Topics
  - Events since last BOV
  - Strategy and Priorities:
    - Developing Leaders of Character
      - Cadet Panel
      - Faculty and Staff Panel
    - Enhance the Culture of Dignity and Respect
      - Cadet Panel on Conferences (Diversity, NCEA, Relationship)
    - Strengthen Partnerships
      - Research Centers Panel
    - Modernize, Secure and Reform
      - » Modernization
      - » Force Protection
    - Build a Diverse and Effective Teams
  - Upcoming events

114

2



UNITED STATES MILITARY ACADEMY
## WEST POINT.

# *Board Business*

- Approve Minutes from July meeting

- Select Date for next meeting

- Status of the 2017 Annual Report - printed and to be mailed in November; copies available to members after the meeting.

- Present farewell gift to Congressman Rooney

3



# Superintendent's Update

![United States Military Academy West Point logo]

# Events Since Last BOV

| | |
|---|---|
| • **Cadet Field Training Runback - Class of 2021** | **28 Jul** |
| • **Cadet Basic Training Marchback - Class of 2022** | **13 Aug** |
| • **Reorganization Week** | **13-17 Aug** |
| • **Superintendent's Convocation** | **16 Aug** |
| • **Acceptance Day - Class of 2022** | **18 Aug** |
| • **Affirmation Ceremony - Class of 2020** | **19 Aug** |
| • **First Day of Classes** | **20 Aug** |
| • **USMA Strategic Onsite** | **22-23 Aug** |
| • **Ring Weekend - Class of 2019** | **24-25 Aug** |
| • **Army vs Liberty (Football)** | **2 Sep** |
| • **Diversity Leadership Conference** | **5-7 Sep** |
| • **Justice Ginsberg Lecture** | **21 Sep** |
| • **Presidents of Kosovo, Liberia and Georgia Visit** | **25-28 Sep** |
| • **Thayer Award** | **4 Oct** |
| • **USMA Relationship Symposium** | **21-23 Oct** |
| • **Student Conference on US Affairs(SCUSA)** | **24-27 Oct** |
| • **Army vs Air Force (Football)** | **3 Nov** |
| • **Conference of Former USMA Superintendent's** | **2-3 Nov** |

5

# *Vision, Mission and Plan*

UNITED STATES MILITARY ACADEMY
# WEST POINT.

**Vision:  West Point is the world's preeminent leader development institution.**

**Our mission is to _educate, train, and inspire_** the Corps of Cadets so that each graduate is a commissioned *leader of character,* committed to the values of Duty, Honor, Country and prepared for a career of professional excellence and service to the Nation as an *officer in the United States Army*.

---

## *Strategic Plan … Commitment to Character and Excellence*



COMMITMENT TO
CHARACTER AND EXCELLENCE
*USMA STRATEGIC PLAN*
*2017 - 2022*

| Strategic Imperative 1: Develop Leaders of Character | Strategic Imperative 2: Foster Relevance and Preeminence |
|---|---|
| **Outcomes** *Upon commissioning West Point graduates:* <br>❑ Live honorably <br>❑ Lead honorably <br>❑ Demonstrate excellence | **Goals** <br>❑ Build and sustain diverse and effective teams <br>❑ Develop and provide intellectual capacity <br>❑ Promote staff and faculty excellence <br>❑ Practice effective stewardship <br>❑ Instill and foster a culture of excellence and winning |

- **Develop Leaders of Character**
  - Integration and Synchronization of all Pillars
  - Building 2LTs for our Army and prepared for the crucible of combat

- **Enhance Culture of Dignity and Respect**
  - Integrate across the enterprise
  - Staff and Faculty

- **Strengthen Partnerships**
  - Increase connection with the Army to contribute to modernization
  - Increase strategic engagement with Allies

- **Modernize, Reform and Secure**
  - Energy Resilience
  - Infrastructure development and investment
  - Protect the Force

- **Build the Team**
  - Cadets
  - Staff and Faculty



# Develop Leaders of Character
# Cadet Perspectives

*CDT Hunter Cochran 2022*
*CDT Chelsea Grogan 2021*
*CDT Andrea Karlen 2020*
*CDT Johnathan Muraski 2019*



# Develop Leaders of Character Faculty Perspectives

*CPT Michael Beum (A-1 Tactical Officer)*
*Junior Military Faculty MAJ Sarah Gerstein (Sosh)*
*Junior Civilian Faculty Dr. Enoch Nagelli (CLS)*
*Coach Doug Van Everen (Gymnastics)*



# Enhance Culture of Dignity and Respect
# Cadet Perspectives

*Diversity and Leadership: Cadet Carla Figueroa-Matos*
*NCEA: CDT Jafr Kazmi*
*Relationships 101: CDT Norah Stapleton*



**Strengthen Partnerships**
**Research Center Perspectives**

*Combating Terrorism Center (Mr. Brian Dodwell)*
*Operations Research Center (LTC James Schreiner)*
*Photonics Research Center (COL John Hartke)*
*Center for Innovation and Engineering (LTC Brian Noveselich)*



# Modernize, Reform and Secure

124



| Line of Operation | Commander's Intent | Objectives | Duration | Status |
|---|---|---|---|---|
| **Enabling Efforts**: Underpin Major Program Efforts | • Increase capacity, redundancy, and security<br>• Complete utility privatization<br>• Improve infrastructure<br>• IT migration to cloud<br>• West Point Master Plan | • Upgrade transmission line<br>• Install generation capability<br>• Utilize renewables & conserve<br>• Complete support utilities<br>• Reduce backlog of repairs<br>• Execute IT cloud pilot in 2019<br>• Achieve controlled perimeter status | Ongoing | • **Working to gain IMCOM support for Transmission Line upgrade**<br>• **IT migration funded → pilot in place mid-2019**<br>• Controlled perimeter achieved → reduces AT/FP impacts on construction costs |
| **CBUP** | • Improve Cadet quality of life | • Minimize cost, sustain core program<br>• Deliver on time | FY13 - FY21 | • Pershing complete in Dec 2018<br>• Begin Grant in Jan 2019<br>• FY19 funding for Bradley secured |
| **ABUP** | • Improve academic facilities<br>• Expand program space to meet needs/authorizations<br>• Sustain preeminence | • Secure HQDA program support<br>• Secure donor support for MOE<br>• Minimize cost, sustain core program<br>• Minimize program disruption<br>• Avoid scope "creep" | FY22 - FY32 | • Multiple building charrettes complete<br>• **Master Charrette ongoing → program revision underway**<br>• Thayer addition MILCON → Dec 18<br>• Humanities Center moving to 35% design |
| **West Point Military Complex (WPMC)** | • Enhance military training/ development capabilities<br>• Nest with evolving Army training methods<br>• Integrate across domains and commissioning sources | • Build out "shelf" of future projects<br>• Develop bridging strategy<br>• Increase opportunities for integration with ROTC/OCS<br>• Execute incremental enhancements to camps/ranges to build to endstate | FY19 - FY35 | • **WPMC planning charrette underway**<br>• **Working funding for Camp NB/B enhancements for CST 2019**<br>• ASP MILCON → Dec 18<br>• **Bridging strategy in development** (coordinating with Cadet Command) |
| **Physical Development Infrastructure** | • Enhance core facilities, fields and infrastructure<br>• Enhance athletics facilities and supporting infrastructure<br>• Support Army physical development requirements | • Secure support for ACFT facilities<br>• Secure support for SPRC pilot<br>• Secure donor support for MOE opportunities / requirements<br>• Sustain field space | FY19 - FY35 | • **Michie Project moving to 35% design**<br>• Anderson Athletic Center underway<br>• **Coordinating with TRADOC for facilities pilots** (ACFT, Soldier Performance Readiness Center) |

# WEST POINT
UNITED STATES MILITARY ACADEMY

# *Force Protection*

**Concern: CPRA security**

**Way Ahead:**

- Active shooter training event for staff and faculty

- Physical security improvements around the perimeter of the CPRA (Fencing, Turnstiles, Bollards and CCTVs)

- IAW DA EXORD creating an Insider Threat working Group

- Additional Random Antiterrorism Measures within the CPRA to include CAC and LAC inspections

- Enforcing standoff distance for critical facilities

- Allocate EOY funds to replace Ineffective Physical Security Equipment  (i.e. Bollards 101 intersection, 606/Thayer Walk 400-500K)

- MP roving patrols at key times and events

**Concern**: **Unit Preparedness**

**Way ahead**:

- Active shooter training event for staff and faculty

- Active Shooter TTX for all Staff and faculty

- Prepare/update emergency Action Plans (Active Shooter, Bomb/Fire Evacuation, Shelter In Place and COOP (NLT Jan Desktop Alert account updates

- Monthly Mass Warning Notification Exercise

- Full Scale Exercise

**Concern: Entry Control Point (ECP) security** - West Point currently operates part-time visitor's control center (M–F) charged with the identity proofing and vetting of visitors.

**Way Ahead**:

- Additional Random Antiterrorism Measures at ECPs

- USMA has funded Explosive Detection Equipment for all Entry Control Points (Requires additional training for MP's and DASG)

- Hand held devices capable of NCIC III Checks at gates (CY 20)

requires Coordination between NY State and OPMG

- NCIC III Background checks on all contractors working on Installation (pre-vetting)

**Time Line/Milestones:**

**19 Nov** – Active shooter training – Active Duty

**27 Nov** – Active shooter training – Civilian Staff & Faculty

**16 Nov** – Fire/bomb Evacuation plans Updated

**3  Dec** - Active shooter plans updated

**11 Dec**  – Accountability Exercise Installation Wide

**14 Dec** – Active Shooter TTX

**30 Jan** – All plans updated

**April '19 –** Full Scale Exercise

**Aug '19**- USCC Active Shooter and Evacuation Exercise

14



# Build a Diverse and Effective Team

# *Grainating Class*

WEST POINT.
UNITED STATES MILITARY ACADEMY

- Initial R-day Class Size: 1223
- Graduated: 993  (81%)
- Class Demographics at Graduation
  - % Women: 19.9%
  - % Minorities: 28.0%
  - % Recruited Athletes: 19.9%
- Academic Majors:
  - Engineering: 53%
  - Humanities & Social Sciences: 47%



128

16

# *Incoming Class of 2022*

UNITED STATES MILITARY ACADEMY
## WEST POINT.

- Initial R-day Class Size: 1210

- Demographics of Class on R-Day
  – % Women: 24%
  – % Minorities: 31%
  – % Recruited Athletes: 23%
  – % Prior Service: 6.3%

- States with the Highest Cadet Population:
  1. Texas (84)
  2. California (70)
  3. Florida (66)
  4. Virginia (58)
  5. Pennsylvania (50)

- USMA #1 Choice college for 88% of Cadets

17

# UNITED STATES MILITARY ACADEMY
# WEST POINT.

# *Upcoming Events*

| | |
|---|---|
| • **Veteran's Day Activities** | **10-12 Nov** |
| • **Pershing Barracks Dedication** | **13 Nov** |
| • **Branch Night for Class of 2019** | **14 Nov** |
| • **ACI Cyber Conference (CYCON) 2018** | **14 Nov** |
| • **Mexican Military Academy Leader Exchange** | **15-18 Nov** |
| • **Army vs Navy Football** | **8 Dec** |
| • **December Graduation** | **21 Dec** |
| • **Superintendent's Onsite** | **14-15 Jan** |
| • **Royal Military College (RMC) Weekend** | **18-20 Jan** |
| • **500th Night for Class 2020** | **26 Jan** |
| • **Yearling Winter Weekend for Class of 2021** | **1-3 Feb** |
| • **Post Night for Class of 2019** | **6 Feb** |
| • **Flipper Dinner** | **7 Feb** |
| • **100th Night Weekend** | **15-16 Feb** |
| • **Plebe Parent Weekend for Class of 2022** | **8-9 Mar** |
| • **Sandhurst Competition 2019** | **12-13 Apr** |
| • **Project's Day** | **2 May** |
| • **Graduation Class of 2019** | **25 May** |

## USMA BOARD OF VISITORS 2018 ATTENDANCE REPORT

| BoV Member | Organizational 2018 | Summer 2018 | Annual 2018 |
|---|---|---|---|
| Burr, SEN Richard | Present | Absent | Absent |
| Gillibrand, SEN Kirsten | Present | Absent | Absent |
| Murphy, SEN Christopher | Present | N/A | N/A |
| Moran, SEN Jerry | Present | Present | Present |
| Manchin, SEN Joe | N/A | Absent | Absent |
| Womack, REP Steve | Present | Absent | Present |
| Conaway, REP Mike | Present | Absent | Absent |
| Maloney, REP Sean P. | Present | Absent | Absent |
| Murphy, REP Stephanie | Present | Absent | Absent |
| Rooney, REP Thomas | Absent | Absent | Absent |
| Fulton, Ms. Brenda Sue | Present | Present | Present |
| McNally, Ms. Elizabeth | Absent | Present | Present |
| McGowan, HON Gerald | Present | N/A | N/A |
| Lute, HON Jane Holl | Present | Present (Teleconf) | Present (teleconf) |
| Black, Sr., Mr. Frederick | Present | Present | Present |
| Altenburg, Ms. Bridget | Present | N/A | N/A |
| Nicholson, SEC R. James | N/A | Present | Present |
| Mobbs, Mrs. Meaghan | N/A | Present | Present |

NOTE:  Senator Joe Manchin was appointed to the Board in March 2018, replacing Senator Chris Murphy, who resigned from the Board on 1 March 2018.  Presidential Appointees, HON Gerald McGowan and Ms. Bridget Altenburg were replaced by Secretary R. James Nicholson and Mrs. Meaghan Mobbs in April 2018.

| BoV Attendance in 2018 |
|---|
| **Attended all meetings held:** |
| Senator Moran |
| Congressman Womack |
| Ms. Fulton |
| Mr. Black |
| Ms. McNally |
| HON Lute |
|  |
| **Missed 1 Meeting:** |
| SEC Nicholson |
| Mrs. Mobbs |
|  |
| **Missed 2 Meetings:** |
| Senator Burr |
| Senator Gillibrand |

| |
|---|
| Senator Manchin |
| Congressman Conaway |
| Congresswoman Murphy |
| Congressman Maloney |
| HON McGowan |
| Ms. Altenburg |
| |
| **Missed All Meetings:** |
| |
| Congressman Rooney |
| |
| |
| |

**MATERIALS FURNISHED TO**
**THE 2018 BOARD OF VISITORS**

ORGANIZATIONAL MEETING

Materials:
      Agenda
      Briefing Slides
      Certified Minutes – October 20, 2017 Meeting
      Rules of the USMA Board of Visitors
      Developing Leaders of Character – February 23, 2018
      Letter from George Feese (USMA 2000)

SUMMER MEETING

Materials:
      Agenda
      Meeting Slides
      Certified Minutes – February 28, 2018 Meeting
      2018 Developing Leaders of Character
      Educating Army Leaders

ANNUAL MEETING

Materials:
      Agenda
      Meeting Slides
      Certified Minutes – July 9, 2018 Meeting

**BoV Mission Statement:**  To inquire into the morale and discipline, curriculum, instruction, physical equipment, fiscal affairs, academic methods, and other matters relating to the Academy that the Board decides to consider.

<div align="center">

**BoV Areas of Inquiry, 2018**

</div>

Morale and Discipline
      Developing Leaders of Character (February, November 2018)
      Diversity & Inclusion (February 2018)
      Sexual Harassment/Assault Response Prevention (SHARP) February, July, November 2018)
      Enhance Culture of Dignity and Respect (July 2018)

Physical Equipment
      Construction Update – West Point 2035 (February, July 2018)
      Modernization and Force Protection (November 2018)

Academics and Instruction
      Academy Schedule (February 2018)
      Middle States Reaccreditation (February, July 2018)
      Research Centers (November 2018)
      Academic Program Update (July 2018)
      Physical Program Update (July 2018)
      Accreditation Update

Fiscal Affairs
      Modernization of Facilities (November 2018)
      Force Protection (November 2018)

Other Matters
      Foster Relevance and Preeminence (February 2018, July 2018)
      Building Diverse and Effective Teams (February 2018, July 2018)
      West Point 2035 (February 2018, July 2018)
      Admissions Update – Class of 2022 (February 2018)
      Strengthening Partnerships (November 2018)
      Diversity, Inclusion & Equal Opportunity (November 2018)

## AN EXTRACT OF THE UNITED STATES CODE

Sec. 4355. Board of Visitors

   (a) A Board of Visitors to the Academy is constituted annually of--

         (1) the chairman of the Committee on Armed Services of the Senate, or his designee;

         (2) three other members of the Senate designated by the Vice President or the President pro tempore of the Senate, two of whom are members of the Committee on Appropriations of the Senate;

         (3) the chairman of the Committee on Armed Services of the House of Representatives, or his designee;

         (4) four other members of the House of Representatives designated by the Speaker of the House of Representatives, two of whom are members of the Committee on Appropriations of the House of Representatives; and

         (5) six persons designated by the President.

   (b) The persons designated by the President serve for three years each except that any member whose term of office has expired shall continue to serve until his successor is appointed. The President shall designate two persons each year to succeed the members whose terms expire that year.

   (c) If a member of the Board dies or resigns, a successor shall be designated for the unexpired portion of the term by the official who designated the member.

   (d) The Board shall visit the Academy annually. With the approval of the Secretary of the Army, the Board or its members may make other visits to the Academy in connection with the duties of the Board or to consult with the Superintendent of the Academy.

   (e) The Board shall inquire into the morale and discipline, the curriculum, instruction, physical equipment, fiscal affairs, academic methods, and other matters relating to the Academy that the Board decides to consider.

   (f) Within 60 days after its annual visit, the Board shall submit a written report to the President of its action, and of its views and recommendations pertaining to the Academy. Any report of a visit, other than the annual visit, shall, if approved by a majority of the members of the Board, be submitted to the President within 60 days after the approval.

   (g) Upon approval by the Secretary, the Board may call in advisers for consultation.

   (h) While performing his duties, each member of the Board and each adviser shall be reimbursed under Government travel regulations for his travel expenses.

Charter
United States Military Academy Board of Visitors

1. <u>Committee's</u> Official Designation:  The committee will be known as the United States Military Academy Board of Visitors ("the Board").

2. <u>Authority</u>:  The Secretary of Defense, pursuant to 10 U.S.C. § 4355 and in accordance with the Federal Advisory Committee Act (FACA) of 1972 (5 U.S.C., Appendix, as amended) and 41 C.F.R. § 102-3.50(a), established this statutory Board.

3. <u>Objectives and Scope of Activities</u>: The Board provides independent advice and recommendations on matters relating to the United States Military Academy ("the Academy"), as set out below in paragraph four below.

4. <u>Description of Duties</u>:  Pursuant to 10 U.S.C. §4355(e), the Board provides independent advice and recommendations to the President of the United States on morale and discipline, the curriculum, instruction, physical equipment, fiscal affairs, academic methods, and any other matters relating to the Academy that the Board decides to consider.

   Pursuant to 10 U.S.C. § 4355(d) and (f), the Board shall visit the Academy annually.  With the approval of the Secretary of the Army, the Board or its members may make other visits to the Academy in connection with the duties of the Board or to consult with the Superintendent of the Academy.  The Board shall submit a written report to the President within 60 days after its annual visit to the Academy, to include the Board's views and recommendations pertaining to the Academy.  Any report of a visit, other than the annual visit, shall, if approved by a majority of the members of the Board, be submitted to the President within 60 days after the approval.

5. <u>Agency or Official to Whom the Committee Reports</u>:  The Board shall report to the President of the United States.  The Secretary of the Army, in accordance with Department of Defense (DoD) policies and procedures, may act upon the Board's advice and recommendations.

6. <u>Support</u>: The DoD, through the Department of the Army and the Superintendent of the Academy, will provide the necessary support for the Board and will ensure compliance with the requirements of the FACA, the Government in the Sunshine Act of 1976 (5 U.S.C. § 552b, as amended) ("the Sunshine Act"), governing Federal statutes and regulations, and established DoD policies and procedures.

7. <u>Estimated Annual Operating Costs and Staff Years</u>: The estimated annual operating cost, to include travel, meetings, and contract support, is approximately $49,000.00.  The estimated annual personnel cost to the DoD is 0.25 full-time equivalents.

8. <u>Designated Federal Officer</u>: The Board's Designated Federal Officer (DFO), pursuant to DoD policy, shall be a full-time or permanent part-time DoD officer or employee designated in accordance with governing DoD policies and procedures.

   The Board's DFO is required to be in attendance at all Board and subcommittee meetings for the entire duration of each and every meeting. However, in the absence of the Board's DFO,

Charter
United States Military Academy Board of Visitors

a properly approved Alternate DFO, duly designated to the Board according to DoD policies and procedures, will attend the entire duration of all the Board or subcommittee meetings.

The DFO, or Alternate DFO, will call all of the Board and its subcommittees meetings; prepare and approve all meeting agendas; and adjourn any meeting when the DFO, or the Alternate DFO, determines adjournment to be in the public interest or required by governing regulations or DoD policies and procedures.

9. <u>Estimated Number and Frequency of Meetings</u>:  The Board will meet at the call of the Board's DFO, in consultation with the Board's Chair.  The estimated number of Board meetings is three per year.

10. <u>Duration</u>:  The need for this Board is on a continuing basis; however, it is subject to renewal every two years.

11. <u>Termination</u>:  The Board will terminate upon rescission of 10 U.S.C. § 4355.

12. <u>Membership and Designation</u>:  The Board, pursuant to 10 U.S.C. § 4355(a), shall be constituted annually and composed of 15 members.  The Board membership shall include:

   a.  The Chair of the Committee on Armed Services of the Senate, or designee;

   b.  Three other members of the Senate designated by the Vice President or the President pro tempore of the Senate, two of whom are members of the Committee on Appropriations of the Senate;

   c.  The Chair of the Committee on Armed Services of the House of Representatives, or designee;

   d.  Four other members of the House of Representatives designated by the Speaker of the House of Representatives, two of whom are members of the Committee on Appropriations of the House of Representatives; and

   e.  Six persons designated by the President.

Pursuant to 10 U.S.C. § 4355(b) and (c), Board members designated by the President shall serve for three years each, except that any member whose term of office has expired shall continue to serve until a successor is appointed. The President shall designate two persons each year to succeed the members whose terms expire that year.  If a member of the Board dies or resigns, a successor shall be designated for the unexpired portion of the term by the official who designated the member.

Members of the Board who are not full-time or permanent part-time Federal officers or employees will be appointed as experts or consultants pursuant to 5 U.S.C. § 3109 to serve as special government employee (SGE) members.  Board members who are full-time or

Charter
United States Military Academy Board of Visitors

permanent part-time Federal officers or employees will be appointed pursuant to 41 C.F.R. § 101-3.130(a) to serve as regular government employee (RGE) members.

The Board members will select the Board's Chair from the total membership.

Each Board member is appointed to provide advice on the basis of his or her best judgment on behalf of the Government without representing any particular point of view and in a manner that is free from conflict of interest. Except for reimbursement of official Board-related travel and per diem, Board members serve without compensation. The Board may, pursuant to 10 U.S.C. § 4355(g) and upon approval by the Secretary of the Army, call in advisers for consultation. These advisers, with the exception of reimbursement for official Board-related travel and per diem, serve without compensation.

13. <u>Subcommittees</u>: The DoD, as necessary and consistent with the Board's mission and DoD policies and procedures, may establish subcommittees, task forces, or working groups to support the Board. Establishment of subcommittees will be based upon a written determination, to include terms of reference, by the Secretary of Defense, the Deputy Secretary of Defense, or the Secretary of the Army, as the DoD Sponsor.

Such subcommittees will not work independently of the Board and will report all their recommendations and advice solely to the Board for full deliberation and discussion. Subcommittees, task forces, or working groups have no authority to make decisions and recommendations, orally or in writing, on behalf of the Board. No subcommittee or any of its members can provide updates or reports, orally or in writing, directly to the DoD or any Federal officers or employees. If a majority of Board members are appointed to a particular subcommittee, then that subcommittee may be required to operate pursuant to the same notice and openness requirements of the FACA which govern the Board's operations.

Individuals considered for appointment to any subcommittee of the Board may come from the Board itself or from new nominees, as recommended by the Secretary of the Army and based upon the subject matters under consideration. Pursuant to Secretary of Defense policy, the Secretary of the Army is authorized to administratively certify the appointment of subcommittee members if the Secretary of Defense or the Deputy Secretary of Defense has previously authorized the individual's appointment to another DoD advisory committee. If this prior authorization has not occurred, then the individual's subcommittee appointment must first be authorized by the Secretary of Defense or the Deputy Secretary of Defense and subsequently administratively certified by the Secretary of the Army.

Subcommittee members will be appointed for a term of service of one-to-four years, subject to annual renewals, according to DoD policies and procedures; however, no member will serve more than two consecutive terms of service on the subcommittee. Subcommittee members, if not full-time or permanent part-time Federal officers or employees, will be appointed as experts or consultants pursuant to 5 U.S.C. § 3109 to serve as SGE members. Subcommittee members who are full-time or permanent part-time Federal officers or employees will be appointed pursuant to 41 C.F.R. § 101-3.130(a) to serve as RGE members.

Charter
United States Military Academy Board of Visitors

The Secretary of Defense authorizes the Secretary of the Army to appoint the leadership of any subcommittee from among the subcommittee membership previously appointed in accordance with DoD policies and procedures and, in doing so, will determine the term of service for the subcommittee's leadership, which will not exceed the member's approved term of service.

Each subcommittee member is appointed to provide advice on the basis of his or her best judgment on behalf of the Government without representing any particular point of view and in a manner that is free from conflict of interest.

With the exception of reimbursement for travel and per diem as it pertains to official travel related to the Board or its subcommittees, subcommittee members will serve without compensation.

All subcommittees operate under the provisions of FACA, the Sunshine Act, governing Federal statutes and regulations, and established DoD policies and procedures.

14. <u>Recordkeeping</u>:  The records of the Board and its subcommittees will be managed in accordance with General Record Schedule 6.2, Federal Advisory Committee Records, or other approved agency records disposition schedule, and the appropriate DoD policies and procedures.  These records will be available for public inspection and copying, subject to the Freedom of Information Act of 1966 (5 U.S.C. § 552, as amended).

15. <u>Filing Date</u>:  November 16, 2016