# EXHIBIT I

2019

ANNUAL REPORT

UNITED STATES MILITARY ACADEMY

BOARD OF VISITORS



JANUARY 13, 2020

THIS REPORT IS NOT RELEASABLE UNTIL ACTED UPON BY THE
PRESIDENT OF THE UNITED STATES

**REPORT OF THE 2019 BOARD OF VISITORS**
**UNITED STATES MILITARY ACADEMY**

## CONTENTS

Page

Appointment and Duties of the Board .................................................................. 1
Members of the Board ...................................................................................... 2
Designated Federal Officer ............................................................................... 2
Public Notice ................................................................................................. 2
Procedures .................................................................................................... 2
Convening of the Board .................................................................................... 2
Conclusions and Recommendations ..................................................................... 4

Board of Visitors Organizational Meeting, May 3, 2019, West Point, NY
Meeting Agenda .............................................................................................. 10
Summarized Minutes ....................................................................................... 11
Briefing Slides ............................................................................................... 36

Board of Visitors Annual Meeting, November 13, 2019, Washington, DC
Meeting Agenda .............................................................................................. 75
Summarized Minutes ....................................................................................... 76
Briefing Slides ............................................................................................... 99

Board of Visitors 2019 Attendance ..................................................................... 106
Materials Furnished to the 2019 Board of Visitors .................................................. 107
Board of Visitors 2019 Areas of Inquiry .............................................................. 108
An Extract of the United States Code ................................................................... 109
Charter of the USMA Board of Visitors ................................................................ 110

**This page left intentionally blank**

**REPORT OF THE BOARD OF VISITORS
OF THE
UNITED STATES MILITARY ACADEMY
West Point, New York 10996**

THE PRESIDENT OF THE UNITED STATES

Mr. President:

**1. <u>APPOINTMENT AND DUTIES OF THE BOARD.</u>** The Board of Visitors (BoV or the Board) to the United States Military Academy (USMA or the Academy) was appointed in accordance with the provisions of Section 7455 of Title 10, United States Code. It is the Board's duty to inquire into the morale and discipline, curriculum, instruction, physical equipment, fiscal affairs, academic methods, and other matters relating to the Academy.

**2. <u>MEMBERS OF THE BOARD.</u>**

| <u>U.S. Senators</u> | <u>U.S. Representatives</u> |
| --- | --- |
| Joe Manchin, West Virginia (SAC) | Steve Womack, Arkansas (HAC) |
| Richard Burr, North Carolina (SASC) | Mike Conaway, Texas (HASC) |
| Jerry Moran, Missouri (SAC) | Sean Patrick Maloney, New York |
| Kirsten Gillibrand, New York (SASC) | Stephanie Murphy, Florida (HASC) |
| Tammy Duckworth, Illinois (SASC) | Warren Davidson, Ohio (HAC) |
| | Anthony Brindisi, New York |

NOTES:
1. Senator Kirsten Gillibrand resigned from the Board in March 2019 and was replaced by Senator Tammy Duckworth on March 27, 2019.

2. Congressman Sean Patrick Maloney resigned from the Board in April 2019, and was replaced by Congressman Anthony Brindisi on April 15, 2019

**<u>Presidential Appointees</u>**

Ms. Elizabeth McNally, 2B Chateau Circle, Scarsdale, NY 10583 (Re-appointed 1 January 2017 to serve until 30 December 2018; replaced August 2019)

Ms. Brenda Sue Fulton, 1501 Ocean Avenue, Unit 2501, Asbury Park, NJ 07712 (Re-appointed 1 January 2017 to serve until 30 December 2019)

Secretary R. James Nicholson, 1155 F Street, Washington, DC 20004 (appointed 19 April 2018 to serve until December 30, 2020)

Mr. Frederick H. Black, Sr., 206 Woodleaf Drive, Chapel Hill, NC 27516 (appointed 1 January 2017 to serve until 30 December 2019)

Ms. Jane Holl Lute, 4404 33rd Road North, Arlington, VA 22207 (appointed 1 January 2017 to serve until 30 December 2018; replaced 8 August 2019)

Mrs. Meaghan Mobbs, 2416 Catawba Loop, Harker Heights, TX 76548 (appointed 18 April 2018 to serve until 30 December 2020)

Mr. Guy C. Swan, III, 2425 Wilson Boulevard, Arlington, VA 22201 (appointed 8 August 2019 to serve until 30 December 2021)

Mr. David J. Urban, 1800 M Street NW, 500 South Tower, Washington, DC 20036 (appointed 8 August 2019 to serve until 30 December 2021)

**3. DESIGNATED FEDERAL OFFICERS.** Mrs. Deadra K. Ghostlaw serves as Executive Secretary/Designated Federal Officer from April 1, 2013 to present; Mr. Jeffery Reynolds serves as Assistant Designated Federal Officer from September 2013 to present.

**4. PUBLIC NOTICE.** In accordance with Section 10 (a) (2) of the Federal Advisory Committee Act (Public Law 92-463), notices of the meetings were published in the *Federal Register*. Local notice was provided to the West Point community and the Corps of Cadets by local newspaper and bulletin notices. All meetings were open to the public.

**5. PROCEDURES.** Under the provisions of Section 10 (b) and (c) of the Federal Advisory Committee Act (Public Law 92-463), the minutes of each meeting of the Board are certified by the Chair. The minutes of each meeting are published as part of this report. The Board of Visitors' records, reports, letters and other documents are available for public inspection in the Office of the Executive Secretary, Board of Visitors, Building 600, United States Military Academy, West Point, New York 10996. Copies of each of the Reports of the BoV are submitted to the Library of Congress as a matter of public record and are posted on the USMA website at https://www.westpoint.edu/about/superintendent/board-of-visitors.

**6. CONVENING OF THE BOARD.**

    **a. Role of the Board in 2019**. In 2019 the BoV actively pursued its inquiry and oversight mission by convening two times during the year. The organizational meeting was held at West Point on May 3, 2019. The final meeting, designated by the members as the required annual meeting, was originally scheduled for October 22, 2019, however, due to unforeseen circumstances by the Department of Defense and DFO, had to be rescheduled; the meeting was held in Washington, DC on November 13, 2019.

    **b. The Organizational Meeting of the 2019 Board.** The first meeting of the BoV in 2019 was held on May 3, 2019 at West Point, NY. Attendance at this meeting included one US Senator, two US Representatives and five Presidential Appointees. A quorum, consisting of at least six Board members with one member of Congress, was achieved. The Honorable Dr. E. Casey Wardnyski, Assistant Secretary of the Army for Manpower and Reserve Affairs (ASA(M&RA)), attended as the Secretary of the Army's designated representative to the BoV, addressed the Board, and then remained for the meeting. After the completion of Board

Business, LTG Darryl A. Williams, the 60th Superintendent, and Academy leadership provided updates to the Board.  Board Business included:  Election of 2019 Chair and Vice Chair, approval of the 2019 "Rules of the USMA Board of Visitors," swearing in of Presidential Appointees, approval of minutes from the November 9, 2018 meeting of the Board, update on the 2018 Annual Report, proposed Fall meeting date, and determine date for a summer information visit for the Board.  Academy update topics included:  Reaccreditation efforts, Campaign Plan publication, Developing Leaders of Character, Building Diverse and Effective Teams, Modernize Sustain and Secure, and Strengthen Partnerships; and Upcoming events.  The summarized meeting minutes can be found on page 11.

      **d. The Annual Meeting of the 2019 Board.** The annual meeting of the BoV in 2019 was originally scheduled for October 22, 2019, in Washington, DC.  Due to circumstances beyond the control of the Department of Defense (DoD) and the DFO, the meeting was canceled and subsequently rescheduled for November 13, 2019, in Washington, DC.  Attendance at this meeting included one US Senator, four US Representatives and five Presidential Appointees.  A quorum, consisting of at least six Board members with one member of Congress, was achieved. The Honorable Dr. E. Casey Wardynski, the Assistant Secretary of the Army for Manpower and Reserve Affairs (ASA(M&RA)), was the Secretary of the Army's designated representative, addressed the Board, and remained for the main meeting.  After the completion of Board Business, LTG Darryl A. Williams, and Academy leadership provided updates to the Board. Board Business consisted of approval of the minutes from the May 3, 2019 meeting, setting a date for the winter 2020 meeting, and providing Federal Advisory Committee Act information to Board members. Academy update topics included:  Cultivating a Culture of Character Growth, Developing Leaders of Character, and upcoming events.  The summarized meeting minutes can be found on page 76.

      **e. Renewal of the USMA BOV Charter.**  The United States Military Academy Board of Visitors Charter was approved on November 15, 2018.  The Charter is due to be renewed prior to its expiration on November 15, 2020.

      **f. Results of the Board's Inquiry.**  In accordance with the Board's statutory mandate, it has performed its review over each specified area of inquiry and requested information from the Academy as needed to fulfill its responsibilities.  The results of the Board's inquiries and the Academy's input in support of those inquiries are highlighted below, as well in the BoV approved minutes, briefing slides, and information papers provided in the Appendices.

**7. CONCLUSIONS AND RECOMMENDATIONS.**

   **a. Principal Conclusions.**

   **(1)  The state of the United States Military Academy's academic, military, physical and character programs remains excellent.  Further, West Point continues to pursue the goal that every one of its graduates is a leader of character.**

The Academy continues to meet and exceed its stated mission to "educate, train, and inspire the Corps of Cadets so that each graduate is commissioned as a leader of character committed to the values of Duty, Honor, Country and prepared for a career of professional excellence and service to the Nation as an officer in the United States Army."  The Board of Visitors confirms that USMA accomplishes this important mission superbly as measured by the quality of the young men and women it commissions.  In 2019, West Point maintained its national reputation for academic excellence.  Twenty-nine Cadets received academic scholarships, including the Marshall, Schwarzman, Fulbright, Lincoln Lab, among others.  The Board anticipates that the competition for an appointment and admission to West Point among high school seniors is expected to remain strong in the future.  We expect to continue to increase the numbers of minorities including women, African Americans, Latinos, Soldiers, and others, so that the Academy better reflects the nation that it serves.  The Board notes that in 2019, the Superintendent introduced his five lines of effort:  Developing Leaders of Character; Cultivating a Culture of Character Growth; Building Diverse and Effective Teams; Modernize, Sustain, and Secure; and Strengthening Partnerships.  Further, the Academy is on track for reaccreditation as a Tier 1 institution of higher education through the Middle States Council on Higher Education (MSCHE).  Applications to attend West Point remain strong, and most Congressional districts have made nominations for candidates to receive offers of admission.  This year marks the 39th anniversary female Cadets graduated from West Point, with approximately 5,000 female Cadets have graduated.

   **(2)  New Construction and Renovation of Academic Facilities, Housing, and Force Protection at West Point.**  USMA needs continued Army Sustainable Readiness Model (SRM) funding for barracks renovation through 2021 to complete renovations of all existing barracks spaces, as well as funding for construction and renovation of much needed academic facilities, through 2035.  The Cyber & Engineering Academic Center (CEAC) was approved in the 2019 National Defense Authorization Act (NDAA).  Construction is set to begin in FY19/20.

      (a) The CEAC will become the gateway into the Academic area and Central Post. By the end of May 2019 the design was 90 percent complete.  In FY20, the Academy will ask Congress to re-authorize the two projects (CEAC and an associated and much-needed parking area) in the FY20 NDAA.  The parking area, which is part of the CEAC will address Force Protection issues.

(b) Existing Academic facilities continue to be a concern. All academic buildings are past their life cycle, except Bartlett Hall, whose renovations were completed in 2016. Renovation on several academic buildings is ongoing, subject to funding.

(c) The Army Housing Report was released in 2019, which revealed several issues in Army housing since it was privatized. It is an ongoing issue with the Commander of the U.S. Army Garrison West Point. The Housing Office is under-staffed, and new positions are needed, including certified electricians, plumbers, bolt inspectors, etc. There were issues with the housing work order system, systems were antiquated, and there was poor communication. Added to that, many of the housing units at West Point are historical, which creates additional challenges. Quality Control and Quality Assurance was an enduring challenge as well. The Garrison Commander, in coordination with the Army Public Health Command brought in a third party contractor to inspect the housing units on West Point, as of May 2019, 70 homes had been inspected. Changes were made to housing policies, including withholding Basic Allowance for Housing from the Contractor, and sending it directly to the resident, giving the resident more leverage over the contractors to get work completed in a timely manner.

(d) Force Protection is unique at USMA as it must balance accessibility to a university and a National Historic Site, as well as maintain the principles of the Army Protection Program. During Graduation and home football games, Fort Drum provides Military Policy (MP) support for additional security. The Visitors Control Center (VCC) hours have been extended, and additional resources have been requested, including explosive detection devices, gate guard access to NCIC3I which allows the Security Guards to determine if visitors could be a threat. A full-scale active shooter exercise was held in early May, which went very well.

(e) Camps Buckner and Natural Bridge, which are used for Cadet Summer Training are in failing to poor condition. The Camps are built in the 1940's to house German POWs during World War II and have had little to no upgrades since. Once they are upgraded and updated, the Camps could potentially be used year-round for training. Board Members visited the Camps during the summer and were appalled at the state of the facilities at the camps. USMA leadership explained in detail the USMA 2035 modernization plan which encompasses renovation of both Camp Buckner and Camp Natural Bridge. The Board pledged support to the plan as described.

**(3) Sexual Harassment and Assault Response and Prevention (SHARP) and Cadets Against Sexual Harassment and Assault (CASH/A).** Eliminating sexual harassment and assault at West Point remains the top priority of Academy leaders from top to bottom, and a top concern of this Board. To that end, the Academy has continued to seek out and implement improvements to prevention and response programs. The SHARP program continued to train Cadets, Staff and Faculty, and all other personnel about preventing sexual assaults and sexual harassment. Since February 2019, a Collateral Misconduct Policy was published; the Class of 2023 was sent a letter with instructions to log into EverFi training; a Character Integration Cell was established; and the Army provided additional personnel to assist the SHARP Program – a Special Victims Prosecutor assigned to USMA, a Sexual Assault Investigator, and a Female Criminal Investigations Division Agent and Warrant Officer. Although the number of restricted and unrestricted reports increased this year, it could be an indication that Cadets and other

5

## 2019 UNITED STATES MILITARY ACADEMY
## BOARD OF VISITORS



STEVE WOMACK
United States House of Representatives
Chair

Unavailable for Signature
R. JAMES NICHOLSON
Washington, DC
Vice Chair

RICHARD BURR
United States Senate

Unavailable for Signature
JERRY MORAN
United States Senate

Unavailable for Signature
TAMMY DUCKWORTH
United States Senate

Unavailable for Signature
JOE MANCHIN
United States Senate

Unavailable for Signature
K. MIKE CONAWAY
United States House of Representatives

Unavailable for Signature
WARREN DAVIDSON
United States House of Representatives

Unavailable for Signature
STEPHANIE MURPHY
United States House of Representatives

Unavailable for Signature
ANTHONY BRINDISI
United States House of Representatives

Unavailable for Signature
MEAGHAN MOBBS
Arlington, VA

Unavailable for Signature
DAVID URBAN
Washington, DC

Unavailable for Signature
FREDERICK H. BLACK      .
Chapel Hill, NC

Unavailable for Signature
BRENDA S. FULTON
Asbury Park, NJ

personnel have more trust and confidence in the system and that USMA leadership takes this issue seriously. Further, the number of restricted reports that were converted to unrestricted reports, which could then be investigated, increased as well. The Board continues to track reporting statistics and survey results closely to ensure that progress is made on this critical issue.

**(4) Character Development Strategy and Honorable Living.** The Board again commended the Superintendent for making character development and "Honorable Living" training central to Cadet training. In 2019, a Character Integration Cell was established within the Simon Center for Professional Military Ethics (SCPME). In addition to this, on February 25, 2019, a "Stand-Down" Day was held, the subject was "Cultivate a Culture of Character" which focused on the SHARP Program as well as Character. Cadets, as well as Staff and Faculty, participated small-group discussions throughout the day. Character starts with leadership.

**(5) Fiscal Year (FY) National Defense Authorization Act (NDAA) authorizes the "Defense Health Agency" which could have unintended consequences for Keller Army Community Hospital (KACH) at West Point.** Section 702 would change the organizational structure in that DHA would have ownership and local commanders would not be part of that organization. Section 703 changes hospital criteria and West Point would risk losing access to inpatient care for Cadets. The first part of the new "Act for Health Care Reform" took effect 1 October 2018 and could take ownership of KACH from the Army and Superintendent. By May 2019, most Army hospitals had been transitioned into the DHA, and KACH could come under review, which could be big concern for medical care for Cadets. The Board recognizes the challenges that could be faced at West Point if KACH is transitioned to the DHA.

**b. Recommendations to the President**

**(1) Maintain full support and funding to continue renovations of West Point's Academic Facilities, Housing, and Force Protection.** The Board recommends that the Administration maintain sufficient funding to continue modernizing the barracks and academic facilities, housing upgrades, and force protection requirements and renovations. Any further delays in addressing the failing infrastructure could have significant negative impact on Cadet training and education, is detrimental to the military Families who reside in Army housing and affects force protection. In addition, the Board recommends that the Administration support funding for the renovation of existing academic and administration facilities, and provide funding for a Cyber & Engineering Academic Center and a parking structure, as well as a permanent facility for the Army Cyber Institute in the cadet academic area.

**(2) Adequate levels of funding must be maintained consistent with the mission requirements.** The Board recommends that absent a reduction in the Academy's overall requirements, budget reductions that result in civilian and military personnel reductions as well as operational cuts should continue to be made with a great deal of caution. Future budget reductions have the potential to adversely impact the curriculum, quality of the education, and/or the training currently afforded Cadets at West Point.

**(3) Continue supporting and funding programs to prevent and eliminate sexual assault and harassment.** The Board recommends the Administration continue to support and

fund programs to prevent sexual assault and harassment, as well as programs that highlight inclusion, diversity, and equal opportunity. While much has been done to prevent and eliminate sexual assault and harassment, there is much more that could be done in this area.

(4) **Maintain Character Development and Honorable Living.** The Board recommends the Administration support Character Development as part of the core curriculum of Cadets at West Point and that Honorable Living Days, which highlight character issues such as diversity and inclusion, continue.

(5) **Exempt USMA from the "Health Care Reform Act."** It is imperative that USMA maintains control of Keller Army Community Hospital West Point. If control of KACH is removed from the Superintendent, or altogether eliminated, Cadets who now receive inpatient care, would need to be transported to Newburgh, NY or Westchester, NY for this care. During winter months and inclement weather travel can be treacherous. Further, for accountability purposes, having to account for Cadets who are transported to outside hospitals becomes far more difficult. In addition to Cadets, KACH also provides health care services to Service Members, Family members, and Veterans.

Unavailable for Signature
GUY C. SWAN III
Arlington, VA

# USMA Board of Visitors Meeting
## 3 May 2019, West Point, NY

## Agenda

- Introduction

- Board Business

    - Elect Chair and Vice Chair
    - Swearing in of Presidential Appointees
    - Review/Vote on 2019 "Rules of the USMA Board of Visitors"
    - Approve Minutes – 9 November 2018 Meeting
    - Set Date for Fall/Winter 2019 Meeting (22 Oct 19-DC)
    - Summer Training Visit (7-9 Jul 19)
    - Status of 2018 BoV Annual Report
    - Assessment of Board

- Superintendent Remarks

- Academy Topics

    - Reaccreditation
    - Campaign Plan
    - Develop Leaders of Character
    - Cultivate a Culture of Character
    - Build Diverse and Effective Team
    - Modernize, Sustain and Secure
    - Strengthen Partnerships

- Upcoming Events

**MINUTES**
**BOARD OF VISITORS ORGANIZATIONAL MEETING**
**May 3, 2019**
**West Point, NY**

**1. <u>DESIGNATED FEDERAL OFFICER'S REMARKS</u>.**  Colonel (COL) Mark Bieger stated for the record that the United States Military Academy (USMA) Board of Visitors (BoV or Board) operates under the authority of US Code Title 10, Section 4355.  The Board is an Advisory Board subject to the Federal Advisory Committee Act.

**2. <u>CHAIRMAN'S REMARKS</u>.**  Congressman Womack called the meeting to order and welcomed the members.  He thanked them for taking the time out of their busy schedules to attend the meeting and reminded the members that the Board of Visitors has an advisory role and is not in USMA's chain of command.  Meetings are a way for members to gather information in an official capacity.  Congressman Womack, prior to administrative remarks by COL Bieger, introduced Mr. Tony Parker, who attended the meeting; he is a member of the United States Naval Academy Board of Visitors.

**3. <u>SUPERINTENDENT'S REMARKS</u>.**  Lieutenant General Williams thanked the Board members for their attendance at the meeting, particularly with their busy schedule.  He welcomed new members, Congressman Warren Davidson, Senator Tammy Duckworth, who attended by teleconference and Congressman Anthony Brindisi, who was unable to attend.  He then thanked two departing members, Senator Kirsten Gillibrand and Congressman Sean Patrick Maloney.  LTG Williams also welcomed the Secretary of the Army's representative, the Honorable Dr. E. Casey Wardynski, the Assistant Secretary of the Army for Manpower and Reserve Affairs (ASA(M&RA)).  He thanked his staff for the hard work to ensure Board meetings are professionally and smoothly run.  The Army's number one priority is Readiness, the ability to fight and win across the entire spectrum of conflict.  Recently, during joint testimony to the Senate Armed Services Committee (SASC), the Secretary and Chief of Staff of the Army stated the Army faces a global security environment that continually grows more competitive and volatile.  The Army needs to be ready now and, in the future, to meet this challenging strategic environment.  West Point's focus continues to be on Army readiness as we develop leaders of character who are ready to lead and win in the crucible of ground combat.  West Point also continues to focus on the Army's other top priorities, including modernization – modernize and reform to more effectively and efficiently conduct USMA's mission and supporting the Army's overall modernization efforts, particularly with USMA's research centers and intellectual capital USMA brings to the operational force.  Over the past several months, USMA has concentrated on five lines effort:

    a. Developing leaders of character
    b. Cultivating a culture of character growth
    c. Building diverse and effective teams
    d. Modernize, sustain, and secure
    e. Strengthening partnerships

These lines of effort were recently codified in the new USMA Strategy, which is to be published soon.  This strategy, as well as an associated campaign plan will set conditions for continual improvement and innovations across the Academy and plots the course for the future by establishing priorities and efforts that will enable USMA's contributions to the Army and prepare for mission success well into the next century.

1

**Honorable E. CASEY WARDYNSKI REMARKS.**  Honorable Wardynski stated it was a pleasure to be at the meeting and brought the greetings from the Secretary of the Army, Dr. Mark Esper.  He then stated the personnel who worked at USMA should have great confidence in what they are doing at West Point.  Almost every day, West Point comes up in discussions with Army leadership.  He stated that the day before the meeting, he was being briefed by personnel from ORCEN (Operations Research Center), in the Systems Engineering department.  The work they do assists Army personnel to think through new development programs for officers after commissioning.  After the meeting, he will be speaking at the Office of Economic and Manpower Analysis (OEMA).  Their office helps the Army with the modernization of personnel programs and management systems.  West Point is not only providing the Army with great graduates, but also a "second" graduating class of officers who continually return to West Point to help prepare the Army for challenges it will face.  He then thanked the Board and reiterated what a pleasure it was to attend the meeting.

**5.  ADMINISTRATIVE ANNOUNCEMENTS.**  Colonel Bieger, USMA Chief of Staff, noted the last meeting of the Board of Visitors was held in West Point, on November 9, 2018; a quorum was present and the Board of Visitors meeting included the following:

    a.  Board Business:

- Approval of the Minutes from February's Meeting
- Select Date for the Fall Meeting

    b.  USMA Update on the following:

      --Events since last BOV
      --Strategy and Priorities:
         *Developing Leaders of Character
            Cadet Panel
            Faculty and Staff Panel
         *Enhance the Culture of Dignity and Respect
            Cadet Panel on Conferences (Diversity, NCEA, Relationship)
            Strengthen Partnerships
            Research Centers Panel
         *Modernize, Sustain, and Secure
            Modernization
            Force Protection
          *Build a Diverse and Effective Teams
      --Upcoming events

**6.  ROLL CALL.** For the record, a quorum of the Board was present.  A list of attendees, annotated to reflect members arriving late or departing early is appended to these minutes.  Colonel Bieger then directed Board members' attention to the packets in front of them, which included the following documents, in addition to the agenda and meeting slides:

    a.  2019 Draft Rules of the USMA Board of Visitors
    b.  Minutes from the November 9, 2018 Board of Visitors meeting
    c.  Developing Leaders of Character (updated April 2019)

2

   d.  Ulysses S. Grant Booklet
   e.  USMA Executive Brochure
   f.  Informational "Placemat"

**7.  <u>BOARD BUSINESS</u>.**  The following Board Business was discussed and voted on:

   a.  Election of 2019 Chair, USMA Board of Visitors.

      Mr. Frederick Black nominated Congressman Steve Womack as Chair, and the nomination was seconded.  After determining there were no other nominations, a voice vote was held.  Congressman Steve Womack was unanimously re-elected 2019 Chair of the USMA Board of Visitors.

   b.  Election of 2019 Vice Chair, USMA Board of Visitors.

      Congressman Warren Davidson nominated Secretary (SEC) R. James Nicholson as Vice Chair.  The nomination was seconded.  A voice vote was held.  SEC R. James Nicholson was unanimously elected 2019 Vice Chair of the USMA Board of Visitors.

   c.  Approval of the 2019 Rules of the USMA Board of Visitors.

      Members were sent the draft "Rules of the USMA Board of Visitors" on April 29, 2019. members were sent a copy of the Rules of the USMA Board of Visitors, to review and comment on, by e-mail on April 29, 2019.  Recommended changes included:

      (1) <u>1.02. b.  Term of Service</u>:  Clarifies length of a Presidential Appointee's 3-year term

      (2) <u>.04.  Designated Federal Official</u>:  Change the Designated Federal Officer/Alternate Designated Federal Officer appointment authority from the Superintendent to the Administrative Assistant to the Secretary of the Army

      (3) <u>4.04.  Public Inquiry at Meetings</u>:  Add number of business days prior to open meetings in which statements from members of the public must be submitted for consideration at the meeting.

   d.  Swearing in of Presidential Appointees (Members of Congress were also invited to participate.

   e.  Approve minutes from the November 9, 2019 meeting of the USMA Board of Visitors. The minutes were approved unanimously, without discussion.

   f.  Update on the 2018 USMA Board of Visitors Annual Report.

   g.  Proposed Fall Meeting Date.

      Congressman Womack proposed Tuesday, October 22, 2019, in Washington, DC, as the date for the next USMA Board of Visitors meeting.  The House and Senate are in session and Presidential Appointees will have the option to arrive on October 21, 2019.  The meeting would be held in the afternoon of October 22, 2019, from 1:30-4:30pm.  With no objections, the date of October 22, 2019, 1:30-4:30pm was set as the date of the next USMA Board of Visitors meeting, in Washington, DC.

h.  USMA Board of Visitors Informational Summer Visit.

The date of July 8, 2019 was proposed to observe Cadet Summer Training, with travel dates of July 7, and 9 for members who wished to attend.  The date was agreed upon and set. Congressman Womack also stated he would invite other Members of Congress, not related to the USMA Board of Visitors, that weekend to observe training and facilities.  There could be a congressional delegation co-mingled with the Board informational visit.

i.  Feedback from Members of the USMA Board of Visitors.

In an effort to continuously improve, Board members are being asked to provide feedback.  Each member has a short survey with their packet.  Each member was asked to complete the survey after the end of the meeting.  It is NOT to be completed during the meeting, otherwise it would become part of the public record.

j.  Open Discussion.

Congressman Womack asked members if they had any items they wished to discuss before the Board, prior to the Superintendent's updates?  Hearing none, Congressman Womack introduced LTG Williams, the 60th Superintendent of USMA.

**8 .  USMA UPDATES**.  Briefing slides are included at Appendix B.

**a.  Superintendent:**  Lieutenant General Williams briefed the Board on a number of items, and significant events which had occurred since the November meeting.  He briefed the Board on his priorities of efforts:

(1)  Develop Leaders of Character
(2)  Cultivate a Culture of Character Growth
(3)  Build Diverse and Effective Teams
(4)  Modernize, Sustain, and Secure
(5)  Strengthen Partnerships

He spoke about academic excellence and the Cadets who had earned scholarships, including Marshall, Schwarzman, and Fulbright scholars, among others.  Brigadier General (BG) Cindy Jebb, Dean of the Academic Board, spoke about the Cadets who won scholarships and the amount of work put into competing for these prestigious scholarships.  She spoke about the intense mentorship program and process these Cadets went through to compete for the respective scholarship each Cadet won.

Lieutenant General Williams briefed the Board about USMA's Culture of Excellence and Winning in Athletics.  Every Cadet's an athlete, whether it be Division 1 sports, Club or Intramural sports.  This past year was a winning year for Army Athletics.  The Army West Point football team beat Navy and won the Commander-in-Chief trophy for the second year in a row. Lieutenant General Williams then introduced Mr. Dan McCarthy, the Interim Athletic Director to brief the Board on Athletics, who briefed the NCAA athletics slide. Cadet athletes learn to be leaders on the field, but more importantly, to be successful Cadets and future officers and need good role models.  Recruiting the right coaches is very important, because Cadet athletes spend so much time with their sports teams and developing leaders of character.

4

Brigadier General (P) Steve Gilland, the Commandant of Cadets, briefed about the Sandhurst Competition that had just ended.  This year, there was a format change to expand the number of teams competing in Sandhurst and make it a more open competition.  There were teams from 14 countries:  Australia, Canada, United Kingdom, Germany, Denmark, Korea, Thailand, Colombia, Greece, Japan, Mexico, Chile, and Brazil, as well as 12 teams from the Corps of Cadets (USCC), 3 from other Service Academies, 16 from the Reserve Officer Training Corps (ROTC) and 4 other teams, including one from the USMA Preparatory School.  This year, the Sandhurst competition doubled the number of ROTC teams.  International teams rotate on an annual basis; the United Kingdom has a standing invitation for two teams to participate, Canada also has a standing invitation for a team to participate.  The total number of teams was scaled down to 49 teams, from 64 the year prior, and increased the level of competition.  The event is a 2-day event in which the participating teams cover 27 or more miles and must complete a number of military skills events.  This year, there were also three Cadet teams:  Gold, Gray, and Black.  The Gold and Black teams are based on the obstacle course racing team, which is a collection of Cadets across the board, who came together to compete in other events.  The Gray team is from the Intercollegiate Athletics Department (ODIA).  A member of the Board asked about the 12 USCC teams and how the Cadet Companies fielded the teams.  Brigadier General (P) Gilland said the Cadet Companies conduct a brigade-wide Sandhurst Competition in which the three top teams from the four regiments form the core of the teams that compete in the Spring.  Another Board member asked if there was a mandate to have a certain number of women on each team.  Brigadier General (P) Gilland noted that each team is required to have a minimum of two men and two women.  Each team has 11 members; the Squad Leader picks his or her 9 respective teammates.

This concluded the Superintendent's updates to the Board of Visitors.  Other Directorates provided updates to the Board and two panels spoke about the SHARP (Sexual Harassment/Assault Response and Prevention) Stand Down day on February 25, 2019.

   **b.  Middle States Commission on Higher Education (MSCHE) Update:**  Dr. Gerald Kobylski, the Deputy G-5 (Policy, Plans), has been a Middle States Commissioner for six years and serves as part of the Leader Team at West Point and preparing for re-accreditation. Colonel Suzanne Nielsen and COL Jon Malinowski are the co-chairs but were unable to attend the meeting.  The U.S. Military Academy is accredited by Middle States Commission on Higher Education (MSCHE), which is responsible for New York, Pennsylvania, Maryland, Delaware, and several institutions in the District of Columbia.  The Academy has been accredited since 1949.  Since then, every 10 years, the Academy goes through a comprehensive review.  Part of the self-study is going back to reports the Academy has from 1969, 1980, etc., and looking at how the Academy has improved and benefitted from these self-studies.  Part of the heart of reaccreditation are the seven "Standards for Accreditation and Requirements of Affiliation."  The Standards include:

   (1) Has an appropriate *mission*
   (2) Lives it with *integrity*
   (3) Delivers an effective *student learning experience*
   (4) Supports the overall *student experience*, both inside and outside of the classroom
   (5) Assesses its own *educational effectiveness*
   (6) Uses *planning and resources to ensure institutional improvement*
   (7) Is characterized by effective *governance, leadership, and administration*

During the past two years, about 70 leaders have been involved in this project and they are still involved in the last area, as well as the others.  USMA has uncovered areas it could do better in.

5

Since 1949, the standards have not really changed.  Accreditation is not prescriptive in nature.  Instead, the institution lets MSCHE know what their goals are, what the mission is, and how the institution is meeting those goals and the mission.  Dr. Kobylski then briefly discussed each of the seven standards for accreditation and gave examples.  He then briefed the Board about a visit to USMA, in the Spring, from eight external peer reviewers.  The Chair of that team will be Lieutenant General Jay B. Silveria, Superintendent of the US Air Force Academy.  Typically, the Chair of the peer review team is familiar with the mission of the institution they are visiting.  An example he gave is the Chair of a peer review team for a community college would be from another community college.  In February 2020, a "self-study report" will be submitted to MSCHE, signed by the Secretary of the Army (SECARMY), who is the Chair of USMA's governing board, the Executive Steering Group.  The first draft of the self-study report, which is an in-depth report across the seven standards is currently being reviewed by several individuals from across the Academy before being sent to the SECARMY later this Fall.  With that, Dr. Kobylski concluded his update to the Board.

   **c.  G5 Strategy Update**:  Colonel Holly West, the USMA G5 provided an update to the Board about the USMA Strategy, formerly called the "USMA Strategic Plan."  The new strategy is operationalized with a Campaign Plan.  The Campaign Plan focuses on the next four years and is nested in the Army's priorities and builds on LTG Williams' priorities.  These priorities are also called "lines of effort" and within each line of effort are focused areas that are called "strategic efforts" to help prioritize USMA's efforts over the next four years.  There are also enduring objectives that allows USMA to keep sight of the mission while working to achieve its vision in 2024.  Each line of effort will have a detailed plan with a timeline, initiatives, and measures of effectiveness for tracking and accountability purposes.  She then stated future meetings of the Board of Visitors would follow the new Campaign Plan, with updates in each line of effort.

   **d.  SHARP Update**:  Before the first panel of Cadets were brought in to discuss the SHARP Stand Down Day on February 25, 2019, LTG Williams gave the Board an update on the SHARP Program and specifically, the SHARP Stand Down Day.  The Stand Down Day was for the entire Academy.  There were no sports and no classes.  Along with the Superintendent, the Dean of the Academic Board, Commandant of Cadets, and Athletic Director decided the stand down would be done as a team and focus on it.  Lieutenant General Williams reminded the Board members about the congressional testimony he gave about two weeks before the Stand Down Day.  Since February 25, 2019, the following Strategic Efforts to combat sexual assault and awareness were put into place:

   (1)  Published a Collateral Misconduct Policy
   (2)  Letter was sent to the Class of 2023, with EverFi training instructions
   (3)  Established an Institutional Character Integration Cell
   (4)  Army providing additional personnel:
        (a)  Special Victims Prosecutor (SVP) assigned to USMA
        (b)  Sexual Assault (SA) Investigator
        (c)  Female Criminal Investigations Division (CID) Agent and Warrant Officer

During April, Sexual Assault Awareness Month, several events were held on West Point, which included, but was not limited to the following:  Walk-a-Mile, Denim Day, Community Care Seminar, Service Academy Gender Relations Focus Groups and a Character luncheon.  Lieutenant General Williams attended a conference, hosted by the Service Secretaries and Chiefs of Staff, at the Naval Academy.  About 107 other institutions had attendees as well.  It

6

was an opportunity to get a baseline and learn from them as well.  He then introduced COL West, who asked questions of the panelists.

**e.  Panel 1:  Developing Leaders of Character – February 25, 2019 SHARP Stand Down Day**.  Panelists:  Cadet (CDT) Tommy Hall, Class of 2022; CDT Victoria Kearns, Class of 2022; CDT Gurjiwan Chahal, Class of 2021; CDT Dion Perinon, Class of 2020; CDT Mitchell Lowe, Class of 2019.  Each one of the panel members were asked to share their perspectives on the stand down day.

Colonel West asked each Cadet to introduce themselves and tell the audience a something about themselves.

CDT Tommy Hall is in the Class of 2022, Company E-4.  His hometown is New Orleans, Louisiana.  His major is Chinese.  At the Academy, he likes to participate in policy debate and hops to be the Company Trust Representative and work in the Writing Center.

CDT Victoria Kearns is in the Class of 2022, in Company I-4.  Her major is Chemistry, with an Arabic minor and she is on the Equestrian Team.

CDT Gurjiwan Chahal is in the Class of 2021 and is also in Company I-4.  His major is International Affairs.  He is on the Crew Team, as well as the Company Sandhurst Team.

CDT Dion Perinon is in the Class of 2020 and also in Company I-4.  He is currently the First Sergeant for Company I-4 and in his free time, is on the Strings Club at West Point.  He plays the Cello and used to be on the Parachute Team.  He is the commander of the second detail of Cadet Basic Training

CDT Mitchell Lowe is in the Class of 2019 and also a member of Company I-4.  He studied Nuclear Engineering.  In his free time, he goes to Navigators.  He spends his time doing research with the Nuclear Engineering Department.

Colonel West then asked each Cadet, starting with the Cadets in Class 2022, to tell the Board what they each did on the Stand Down Day and how it changed their perspective on the topic.

CDT Hall stated one of the most important things was holding group discussions within their respective companies and within their individual classes.  An important aspect of these informal dialogues was to get to the heart of why there is this cultural issue that persists at the Academy and what Cadets can do to change it.  Change is difficult, but it is possible with the right motivation, and identifying the right leaders within their individual companies who are willing to take on the challenge.

CDT Kearns stated that one of the most impactful effects of the Stand Down Day was hearing other people's stories.  She was shocked to learn the number of individuals around her who had been directly impacted by this issue, including her roommate, who told CDT Kearns her story, which made it personal for CDT Kearns.

CDT Chahal felt the most important part of the day for him was the way people who don't normally speak out, interjected with their own dialogue.  Speaking out about what they felt was important about the Stand Down Day and why it was important to prevent sexual harassment and sexual assault.

<div align="center">7</div>

CDT Perinon noted the most important part, for him during the Stand Down Day, was the speech LTG Williams gave to the Corps of Cadets.  Lieutenant General Williams drove home the issue that all Cadets need to take ownership of this issue, instead of relying on decisions from top leadership.  The speech prompted him to reflect on what he can do individually; what power does he have to help his classmates who have been affected by this issue and what he can do to help solve the issue, personally.  As the First Sergeant of his Company and a future leader for the next class to come into West Point, there is a lot he can do to help solve the issue.

CDT Lowe felt the most impactful part of the Stand Down Day was the communication and the dialogue in transition and reflection.  The Cadets were given unstructured time throughout the day and allowed for him and other Cadets to talk with their roommates, with people around them, and other Cadets while walking back from the various presentations and meeting throughout the day.  The conversation has continued and hasn't died down; he was impressed and surprised at how effective it was.  Continued dialogue leads to an understanding and continued communication, which leads to an eventual culture shift, which how the issue can be combatted.

Colonel West's next question of the panelists was to ask them to discuss how the Stand Down day helped them grow as a leader and in particular, how it would help then next year.

CDT Hall stated the Stand Down Day helped him define his role in the Academy as a leader.  As leaders of the Classes of 2021 and 2022, defining their roles as leaders will require interacting with other Cadets and allow him to take initiative within his company and the Corps of Cadets.  As a future leader CDT Hall can utilize the Corps Class Development Training and within his company they have made a promise to ensure their first Corps Class Development Training is about SHARP-related issues.

CDT Kearns stated, for her, the Stand Down Day gave her more personal courage to stand up for herself and her peers when someone makes a joke that makes her, or others, uncomfortable.  It made her realize that if she's uncomfortable, others probably are too, and it's her place to stand up and say something.  It also gave her a great sense of personal courage to stand up for not only herself, but her teammates who might not otherwise standup for themselves.

CDT Chahal said the Stand Down Day was also about Soldier Care.  Soldier care extends beyond dealing with helping individuals who have experienced sexual harassment or assault.  The Stand Down Day affected people he knows personally that don't see sexual harassment or assault as an Academy issue.  Hearing stories from others, and watching the video changed their tune.

CDT Perinon noted that during the Stand Down Day, a lot of necessary conversations occurred, and continued afterward.  As future leaders of the Corps, Cadets are pushing other commanders to get together and have discussions about this issue as well as being empowered by what his classmates are thinking.  He recounted an event during Denim Day, Take Back the Night, in which Cadets went into a room with individuals who had experienced sexual harassment or assault first- or second-hand.  They told their stories in the form of poems, spoken word, or songs.  CDT Perinon had encouraged Cadets in his company to attend and show support for the survivors.  It taught him that if a leader doesn't take ownership of this issue, how will subordinates view the issue?  Take Back the Night put a face behind the statistics that were presented on Stand Down Day.  It also taught him he should do everything in

his power, as a leader, to ensure his teammates aren't put in a situation where their life is a shamble, they feel alone, and help pick up the pieces.

CDT Lowe, who will graduate on May 25, 2019, and go into the Army as a Second Lieutenant, the Stand Down Day was an opportunity for his classmates to look at the resources the Army has and talk to mentors, they might not have when leaving West Point.  CDT Lowe was encouraged to know there are resources at his disposal and felt better prepared to protect his Soldiers in the future and have a positive impact on them.

Colonel West asked if Board members had any questions.  Colonel (R) Fred Black asked about the reaction on Social Media to the Stand Down Day.

CDT Hall stated social media has the potential to bring out the best of Cadets and leaders, as well as the worst.  A small minority of Cadets took advantage of the social media platform "Yodel" to express their negative opinions anonymously.  He felt this was telling:  The reaction to anonymous, negative comments means there are Cadets who aren't on board with this program, and also shows there is still a percentage of the population that needs to be reached and convince them this is a problem and they need to be part of the solution.

Mrs. Meaghan Mobbs noted that 44 percent of Cadets have different thoughts or feelings on this issue and asked if the Cadets felt this created an atmosphere where they felt they could come forward and voice their opinion, or was there a genuine dialogue?  Rather than shaming the detractors into silence, allowing conversation so these perspectives can be changed in a thoughtful and respectful manner.  Do you feel this is occurring, or do you feel it is still a problem that people with differing opinions are being silenced and not given the opportunity to have their perspectives understood?

CDT Perinon noted that he checked Yodel before and after the Stand Down Day, realizing that football players wouldn't have practice that day and other Cadets wouldn't be able to attend classes that day.  It was a negative view because the Stand Down Day was taking Cadets' time away from them and other people were griping and complaining on Yodel before the Stand Down Day.  Afterward, however, it was interesting to see the shift in response to these comments.  After the Stand Down Day, when a negative comment would appear on Yodel, there were four or five positive comments in response.

CDT Lowe wanted to hammer home the point that Yodel is rarely used for positive comments.  Since it's an anonymous platform where one can voice their opinions, he's never seen comments as positive as they were on/after Stand Down Day.  He felt this was probably the most impressive feat of Stand Down Day.

Mrs. Elizabeth (Liz) McNally asked if the Cadets could describe a need for culture change.  She asked as she feels that for the culture at USMA to change, there is a need to be clear in terms of what the future culture is and what are those specific behaviors that need to be seen in leaders.

CDT Perinon responded to the question.  He and other Cadets have had conversations about this with their summer leadership.  Cadets decide if they are going to work for themselves and focus on their "me" bubble, or if they will move towards helping each other.  A big problem is Cadets aren't standing up or advocating for each other.  The motto of Cadet Basic Training 2 this summer is the greeting "Lean On Me."  "Together We Fight" is the response.

9

CDT Chahal believes an important part of implementing culture change at the Academy is continuously reminding fellow Cadets that eventually they will all become officers in the US Army.  He believes it's one of the most important part of being an office is having honor within oneself and having integrity, particularly during the academic year.  There is more effort put into reminding Cadets that they will be leaders of the operational Army and that one day, as commissioned officers and leaders will have to deal with similar situations.

CDT Lowe had one last statement.  He felt the culture the Academy is moving towards and the goal he would like to see is a culture in which one reflects on one's own values, personal boundaries, and then take one last step to communicate those personal boundaries.  It is a good first step in moving the right direction is having a conversation about one's own personal boundaries.

CDT Hall added that if he could identify the words Ms. McNally was looking for, he stated, the Academy needs to move from a culture of apathy and detachment, to a culture of empathy and support for all members of the Corps.

Congressman Womack had one last question for the Cadets:  Based on their rough assessment of the Corps, not each Cadet personally, but the Corps, is the Academy spending too much time on the subject, about the right amount of time on it, or not enough time on the subject?

CDT Kearns answered that she didn't know you could ever spend too much time on the subject, because it's so important.  She believes a decent amount of time is being spent on the issue and could probably spend more time on the issue.

CDT Chahal felt that in the past, West Point was in dire straits on this issue, and that the amount of time spent on the issue is good.  He also thinks more time could be spent on the issue.

CDT Perinon believes the Academy is very good in terms of the amount of time and resources spent on the issue.

CDT Lowe agreed with CDT Perinon.  The amount of time is effective and well allocated, however he believes shifting the structured classroom time to more events, such as extended lunches with a mentor at the table, and to continue dialogues at a smaller level than a large classroom.

CDT Hall, at the request of Congressman Womack, provided his feedback as well. Cadet Hall stated the Academy needs to ensure Cadets don't feel as if their time is being wasted.  If they feel their time is being wasted, they can become more pessimistic about changing the culture.  Time is one of the most important issue for Cadets.  At lunch, on the Stand Down Day, he mentioned that there were some comments about the training as "beating a dead horse" which is unfortunate.  Cadets feel the structured time, if applied too often becomes an adverse reaction to what is actually needed.  While Cadet Hall feels USMA is on the right track, he also feels time needs to be applied towards this issue due to the gravity of the situation.  The Academy needs to think hard about how to make the time for SHARP training, Stand Down Days, etc., meaningful in the eyes of those who need to change their negative opinions of this training, to include internal reflection in change to let them know they have a role in the fixing of this problem.

10

Colonel West and Congressman Womack thanked the Cadets on the panel.  Colonel West asked for a round of applause for the panelists.  She then welcomed the second panel, in which Staff, Faculty, and Coaches gave their observations about Stand Down Day.

**f.  Panel 2:  Cultivate a Culture of Character – February 25, 2019 – SHARP Stand Down Day**.  Panelists:  Dr. Colleen Eils (West Point Writing Program), MAJ Thomas Carnes (Dept. of English & Philosophy), MAJ David Lora (US Corps of Cadets (USCC) Company I-4 Tactical Officer), SFC Kathryn Humphrey (USCC Company G-3 Tactical NCO), and Coach Alma Kovaci-Lee, Head Volleyball Coach

Colonel West asked each panelist to introduce themselves, beginning with Sergeant First Class (SFC) Kathryn Humphrey.

SFC Kathryn Humphrey is a Tactical (TAC) non-commissioned officer (NCO) for Company G-3.

Major (MAJ) David Lora is the TAC Officer for Company I-4.  This is his third year as a Company TAC Officer.

Coach Alma Kovach-Lee is the Head Volleyball Coach at West Point and has worked at West Point for 16 years.  She is originally from Romania and is married to a West Point graduate.

MAJ Thomas Carnes teaches Philosophy in the Department of English and Philosophy.  He is a 2008 graduate of USMA and this is his second year of teaching at USMA.

Dr. Colleen Eils is in her third year at USMA, as an Associate Director of the West Point Writing Program.

Colonel West asked the panelists what they did on the Stand Down Day and what their perspectives were from the day.

SFC Humphreys escorted her company to the auditorium where LTG Williams briefed the Cadets, which had an impact on her.  The experience opened her eyes to the impact sexual assault and harassment.  She was present and there for her Cadets and during the Character Lunch, they talked about the issue and what was going on in the Cadets' minds, which drew conversation from the Cadets.  The biggest take-away from lunch is the Cadets didn't realize there were so many other Cadets who were struggling with this issue and was a day of reflection for her.  She didn't realize so many Cadets at West Point were impacted by this issue.

MAJ Lora spent the Stand Down Day with his Company.  To prepare for the Stand Down Day a deliberate effort was made with Platoon Sergeants as leaders of groups of 20 to 30, or more, Cadets.  Once the organization was in place, there was discussion about the best parts of our culture, what needs to be codified, what should the culture look like, etc.

Coach Kovaci-Lee stated the SHARP Stand Down Day was the most impactful activity she has been involved in at West Point in a very long time.  Although the discussion by the panelists has been about Cadets, keep in mind many leaders were also affected by the day's activities. She served as a facilitator at the Character Breakfast and was honored to sit with the team. Later she sat with a group of Firsties (Seniors) in a classroom where she saw what the team was going through.  Discussion included legacies and what legacy does one want to leave.  Her

11

biggest takeaway from the day was the fact that many of the Cadets that come into West Point from high school have few, if any, life skills and those life skills need to be taught so they can better deal with this issue.

MAJ Carnes attended LTG Williams' brief to the Corps of Cadets and later facilitated two small group discussions in his department (Philosophy).  The goal of the first discussion was to think in terms of USMA's academic discipline, to better understand the problem from a philosophical standpoint, as a problem.  Not to just think of the Academy as a college, but also as a military culture, to leverage expertise as a philosopher and think of how best to approach the problem with Cadets in and out of the classroom, given the concepts taught, and use that discussion.  After lunch the discussion from the morning was extended, however with the injection of Cadet perspectives, so they could help the facilitators, instructors, Professors, and the like understand the problem better.  Staff, faculty, and instructors tend to have a limited perspective of this problem from the Cadets' point of view.  He was pleasantly surprised about how positive the response and reception of the SHARP Stand Down Day was, and acknowledgement of the problem, as a problem that needs to be resolved.

Dr. Eils spent the Stand Down Day attending the Superintendent's brief, and with the Dean's staff brainstorming ways to talk about culture with the Cadets, both in and out of the classroom.  She facilitated a company conversation.  During the Stand Down Day, Dr. Eils was texting with survivors in the Corps, survivors in the Army, and survivors who had confided with her over the years.  Because she's a young woman, she is often one a Cadet may come to after an incident.  She is used to having these conversations in private, and suddenly these conversations are happening across post.  At first, she was concerned about the survivors, but for the most part, they weathered it as mature adults.  In the intervening months, conversation itself is not always good enough.  Some issues, particularly SHARP issues, are not necessarily issues one can assume a competent, professional adult can facilitate well; they're very hard issues to deal with.  Now that the conversations are widespread, and largely positive, how can the conversations continue in ways that support and protect each other, rather than slipping into sexism or cynicism about diversity?

Mrs. McNally noted that about 40 percent of the Cadets were skeptical of whether this is a problem or not.  She asked if the faculty has to help lead this?  The Army, and society at large, have many of these exact same challenges.  When she was a Cadet she noted the faculty was part of the problem – there was inappropriateness between Cadets and faculty, inappropriate comments, sexism, etc.  She asked if the current faculty buys into the SHARP program, and are armed with the resources and support to help Cadets, because it requires a broader cultural change.

MAJ Lora stated he tells his Cadets he is responsible every time someone feels harassed or assaulted; absolutely and personally responsible.  This is based on his interactions with Cadets and the interactions his wife, an Army Civilian has.  It sets the standards for what we should expect from our leaders.

MAJ Carnes noted that his sense at West Point is very close to leading the way in terms of military culture.  West Point does a great job of changing culture, but he thinks the broader cultural change required is military in nature.  Historically, military culture has viewed military service in "gender" terms, but that is much less the case now.  There are, however residual effects to this historical pattern and he feels West Point is addressing the issue head on.

12

Mrs. Mobbs noted, if cultural change is predicated on accountability, leaders need to be held accountable for culture in order to perpetuate change.  She asked if the panel feels those that violate the culture are held responsible for that violation?

Dr. Eils stated she didn't know how to answer the question.  She could speak about what Cadets' perception is.  She has faith in the systems in place, i.e., making sure leaders are held accountable, making sure survivors have the care they need.  She further credited the Stand Down day with the number of Cadets who come into her office, willing to speak truth-to-power and ask for advice on the issue.  A pattern she noticed was the number of young men who came into her office seeking advice.

SFC Humphrey added when she arrived, the company she was assigned to was broken, morale wasn't high, company Cadets weren't showing up for classes at times or turning in assignments on time, and the company's overall physical fitness score was one of the lowest in the Corps.  How does one fix it, change the culture overnight and hold company leaders accountable?  SFC Humphrey educated herself on the Article 10 process and the disciplinary forum.  She started holding the company leaders responsible for the actions of their subordinates.  Overnight, the leaders in her company learned what the essence of a leader is and created a culture where everyone is accountable for themselves, and leaders are accountable for their subordinates.

Congressman Davidson noted that it isn't uncommon for victims to privately report the incident, but not press charges or file an unrestricted report.  He asked if this is being tracked.  He also asked how comfortable Cadets, Staff, faculty, and leaders were admitting publicly if they were assaulted and with the reporting process – it's still happening, and people aren't reporting.

SFC Humphrey stated she deals with Cadets on a daily basis, inside and outside of the classroom.  She hopes she has fostered an environment of respect and dignity in which a Cadet would come forward and report an assault or incident to her, so she could help resolve the issue and get the Cadet the help they need and ensure there was no reprisal.

Congressman Davidson then asked, again, why Cadets weren't reporting assaults or harassment publicly, rather than privately (unrestricted vs. restricted)?  Publicly reporting an incident (unrestricted report) leads to holding someone accountable and many times this goes unreported.

Ms. Samantha Ross, the SHARP Program Manager, provided the Board with statistics regarding restricted vs. unrestricted reporting.  USMA has had a conversion rate of 15 percent of restricted reports being converted to unrestricted reports, which would then start an investigation on that incident.  Since the Stand Down Day, USMA has had 7 restricted reports and 18 unrestricted reports.  The number of reports are higher than they were at the end of last year.  In terms of reporting she and her team are seeing an increase, likely due to peoples' trust and confidence in the system, and capacity to ensure justice is served.  In the past two to three years, the general conversion rate is 30 percent if restricted to unrestricted reporting.

Ms. Brenda "Sue" Fulton noted that in her years on the Board, it was known the reporting numbers were probably going to go up, with no way of knowing if the numbers go up because of a greater incidence or if it's indicative of greater trust in the system.  It's difficult to know.  However, when the Academy thinks they have a handle on the problem, it seems to bigger than they thought it was.  There's still a way to go.  Is it your sense the Academy will see more and more reports because it's still a big problem?

13

MAJ Lora noted that every year, 1,000 18-year-olds enter West Point, at an adult development level, and they're focused only on themselves.  The Cadets need to be taught to focus not just on themselves, but others as well, in order to be good leaders in the future.

Coach Kovaci-Lee noted personal courage is one factor, which she believes even more now, since the Stand Down Day.  She's heard more stores, heard more people cry, and she's been there for them.  She feels the numbers will go up and that it's a great trend.  More and more people are participating in Stand Down Day events than before.  With more candid discussions about this issue, the numbers will probably go up, and she feels the Academy is on the right track.

Dr. Eils shared her thoughts, as Ms. Fulton's request.  She feels the numbers will go up as more women are graduating and commissioning as officers and have to lead subordinates who have experienced sexual assault or harassment.  Increasingly, more women are beginning to talk openly about their experiences and feel they need to change the culture.

Colonel West asked for a round of applause and introduced COL Deborah McDonald, the Director of Admissions.

**g. Admissions Update:**  Colonel Deborah McDonald, the Director of Admissions, updated the Board on the incoming Class of 2023.  The slide also showed a class comparison of the Classes of 2000 and 2019-2022.  The incoming class is about 85 percent completed, with a little more than 200 Cadet Candidates at the USMA Preparatory School, along with a handful of others, waiting for offers of admission.  She noted the diversity of this incoming class to the Class of 2020.  While the Admissions Office gets guidance from the Army to graduate 1,000 or more Cadets, they don't get guidance on what the diversity of the class should be.  The class acceptance rate is on track.  Once the Cadet Candidates from the Prep School are offered admission (and the acceptance rate is close to 100 percent), the class will be complete.  Mr. Black asked if the endeavors to increase nominations, she had briefed at previous meetings, had produced any results.  Colonel McDonald noted that in the past 15-20 years, Admissions has seen nearly every member of Congress nominate, over a period of 3-4 years.  Before, there were several districts that did not nominate candidates for a variety of reasons.  Right now there are consistent nominations across all districts.  Honorable Wardynski asked COL McDonald to brief the Board on Cadet Candidates who don't get an offer of admission because they couldn't get an appointment?  Are those Candidates records shared with other agencies, such as Cadet Command?  She answered they were.  The Admissions Office has an initiative they've had in place for a number of years in which they ask the applicant if they are also interested in an ROTC scholarship.  If they are, the information is shared, in real time, with Cadet Command.  Applicants to USMA who don't receive offers of admission can compete for ROTC scholarships as well.  In January and February, if a Candidate doesn't receive a nomination, their names are provided to Cadet Command; at the end of the Admissions cycle, late March or early April, the Cadet Command is provided the names of candidates who are fully qualified but not selected for admission to USMA.  Honorable Wardynski noted USMA isn't just doing the work of the Academy, but also the Army at large.  Congressman Womack noted that when his district has its annual Academy Day every spring, for high school juniors, it is open to not just students interested in attending a service academy, but also those interested in ROTC.  He currently has a ROTC Cadet in Dallas, who recently received an appointment to West Point.  Ms. Fulton noted the number of Soldiers entering West Point going back up.  Colonel McDonald noted there will likely be an increase next year, as the number of Soldier admissions into the Prep School has increased.  Honorable Wardynski asked if there was a study underway to determine

<div align="center">14</div>

the implications of changing the Active Duty Service Obligation (ADSO) changed from five- to six-years?  Colonel McDonald answered there was, that Admissions was looking into that, including in their applications, to see what applicants thought about the change in ADSO from five years to six years.  Historically, the Classes of 1990 and 1995-1998, the graduates signed a six-year ADSO, but the Army didn't implement it after graduations.  So far, there's no decrease in the applicant pool interest.  She believes raising the ADSO will have a minimal impact on applicants.

 **h.  Strategic Resource Planning and Integration Update**.  Colonel Greg Boylan updated the Board on the next line of effort:  Modernize, Sustain, and Secure.  Colonel Boylan updated the Board on the Cyber & Engineering Academic Center (CEAC), and the West Point Military Complex.  Colonel H. Cecil Marson, Commander, US Army Garrison-West Point, briefed the Board on West Point Housing, and Colonel C. Mark Weathers, USMA G-3/Operations Officer, updated the Board on Force Protection.

 (1)  Colonel Boylan updated the Board on the 2035 plan that is organized across five lines of operation (LOO):

  (a)  Enabling Efforts
  (b)  Barracks Infrastructure
  (c)  Academic Infrastructure
  (d)  Military Complex Infrastructure
  (e)  Physical Development Infrastructure (Physical Development and Intercollegiate Athletics)

These lines of operation are integrated and synchronized in a way that is logical, achievable, and fiscally responsible.  It is also nested with reinforcing the Army's readiness and modernization priorities.  The Cyber & Engineering Academic Center (CEAC) was a FY19 NDAA (National Defense Authorization Act) project.  Construction is planned to begin in FY19/20 and will provide the following support:

  (a)  Modernize the Academy's engineering, technology, and mathematics capabilities.
  (b)  Create advanced cyber education capabilities.
  (c)  Compensate for significant shortages in academic space.
  (d)  Enable the Academy to remain at the forefront of engineering education.
  (e)  Set critical conditions to enable the broader Academic Building Upgrade Program (ABUP).

The CEAC will become the new face of the gateway into the academic area and central post at West Point.  It is primarily an appropriated-funded facility, but there are components that will subscribe to "margin of excellence" programs (through the West Point Association of Graduates).  By the end of this month the design should be at 90 percent and the hope is to have an initial contract awarded in September for demolition at the site.  In FY20, the Academy will ask Congress, through the USMA Army Corps of Engineers to re-authorize the two (CEAC and associated parking structure) projects as a single, incrementally, funded project in the FY20 NDAA.  The parking structure part of the CEAC addresses force protection issues.  The hope is to have the CEAC and Parking Structure fully function by Academic Year 2025.  This facility, along with the rest of the Academy's modernization effort is about readiness.  This upgrade will enable USMA to attract the best and brightest, and develop them into high-performing leaders, and to attract the right faculty and staff to help facilitate their development into future leaders of

15

character.  Mr. Black asked if this project is a high priority for re-accreditation; COL Boylan answered that it is, particularly in the Academy's engineering discipline, particularly for the ABET accreditation.  Colonel Boylan then moved on to the West Point Military Complex, primarily the training Camps, Buckner and Natural Bridge.  Both were built in the 1940's "for POWs, by POWs."  Their condition is dismal.  West Point took them over and changed their purpose, which is to house and train Cadets and Soldiers, during Cadet Summer Training.  All of the facilities at the Camps are either in a failing or poor state, they were not designed for the training that is conducted today.  They were designed in the 1950's and 1960's with different methodologies, fighting concepts, for a different era of warfare.  The Academy is using its area development plans to integrate and synchronize all the functional requirements across the military complex and have almost completed Phase 1 planning.  Sub-phases for Milcon (Military Construction) strategy, which is planned to start this summer and kick off in earnest in FY26 for a 4-year period.  There are also follow-on phases that will then supplement this project as the area development plans are completed, and the Academy starts looking to the Ranges in the Training Areas to complement this project.  The revitalization of Camp Buckner, which will remain expeditionary in nature will allow enhanced capabilities in command and control structures, mission structures, and sustainment structures and capabilities at both Camp Buckner and Camp Natural Bridge.  Colonel Boylan has been working with the Installation Management Command and the Assistant Chief of Staff for Installation Management to facilitate a five-year bridging strategy and are expecting funding in FY21.

Honorable Wardynski asked what their experience is with multi-domain operations before they make choices about branching and how does it fit into preparing the Cadets for the Army?  Colonel Boylan deferred to the Commandant, BG Steve Gilliand to respond.  BG Gilland noted that the Corps of Cadets and Dean's Office are multi-domain operations integrated into curriculums within the Department of Military Instruction (DMI).  When looking at infrastructure, the talk is about an aeroport to put drones out at the military complex, working with the respective engineering departments, testing for the Army and being able to help solve Army problems.  There's also the Defense Strategic Studies major, which looks at strategy policy and lead Soldiers in the future.  BG Jebb continued by stating there was a new Space Science major.  Bartlett Hall now has a particle accelerator, an observatory on top of the building, and hopes to have a planetarium at some point as well.  The Academy is looking at Space as a domain and synchronizing that across other domains.  The Academy is also in the forefront of the Cyber domain.  There are clubs and teams that work on space, as well as clubs and teams who work with drones.  Colonel Boylan noted that 25 Cadets commissioned in the Cyber branch for the Class of 2019 and the Academy is hoping to commission 5 Cadets into the Space branch, which is currently a Functional Area.  Lieutenant General Williams noted that once upgraded, the capabilities at the Camps will be sort of a lynch-pin in the West Point Military Complex are live, virtual, and constructive capabilities and augmented with reality-environments, which will be put into the new Mission Command Training Center, which will be situated at Camp Buckner and open year-round.  It will allow the Academy to do a number of things, including give the opportunity to conduct distributive operations with Cadet Command, ROTC detachments, and integrate more with the Reserve and Guard Units to use West Point's facilities.  Colonel Boylan made two additional comments.  The first was regarding simulations training, which is a very small part of this project, however during basic training last year, the simple task of Army, or Rifle, marksmanship, the Cadets were put through a simulator.  The ability to use a simulator increased their scores on the ranges.  His second comment is with regards to sustaining the West Point Military Complex in order for it to be used into the next century; expandable, adjustable, with the ability to adapt into the latter part of the century for warfare, and for future leaders.

<center>16</center>

(2)  Colonel Marson, the Commander of the US Army Garrison West Point (USAG WP) briefed the Board about Army housing on West Point.  West Point is the only Division 1 institution in which its coaches live on post.  They help mentor Cadets; many of the residents who live on West Point mentor Cadets.  Housing is an extremely serious, massive issue and a daily challenge for him and his staff.  It takes maintenance every day.  This isn't an issue that just affects West Point; it affects the entire Army.  In his 23 years of service, he's received more guidance and oversight on housing than anything else.  He has worked to resolve the issue, and first got involved in October, before the Army housing report came out, so he had good knowledge and understanding of the housing challenges and issues at West Point.  West Point has an "app" here that was built for work order systems and occupants can track their quarters.  Unfortunately, it was very, very poor communication.  Poor communication built up frustration and anger that has been building over the years.  Systems were antiquated and not user-friendly.  By the time Army leadership got involved, West Point had real problems that were at a heightened state, and no matter what happened, regaining that trust likely wouldn't happen.  The USAG West Point worked with Systems Engineering and a private partner to develop a new "app" that is getting things done.  Further, personnel have been moved from other activities within USAG West Point to the Housing Office to start tackling housing issues.  A 100 percent inspection of all the quarters; including from the Commandant's and Dean's directorates.  When housing became privatized, the operation slowly atrophied over time and a big piece of the problem was Quality Assurance (QA) and Quality Control (QC) of big mega-housing offices on bases.  He had two people in the housing office.  Due to backlog, checking on work, on-boarding, off-boarding of personnel, etc., the problem was replicated across the Army.  An environmental company called Adaptive was brought in after COL Marson went to the Preventive Medicine department at Keller Army Community Hospital (KACH) on West Point and ask them to bring in someone who could start diagnosing what the problem was.  KACH went to the Army Public Health Command, who brought in Adaptive Environmental, a company that has a great reputation.  They have systematically gone through about 70 homes on West Point.  Right now, West Point is in a good spot, but there is a long way to go.  West Point has a lot of historic homes, which complicates the problem.  These homes are more expensive to work on and time intensive to upkeep.  This is a long and arduous process, and, in each house, the residents need to be treated with the respect they deserve, and each case is different.  Senator Schumer's office sent a delegation to look at the quarters.  Personnel authorizations for the housing office, in the Department of Public Works, have been increased, and the skill sets of these individuals is being looked at, i.e., certified electricians, certified plumbers, certified bolt inspectors, etc.  Agreements with partnership, private companies and stakeholders have to be re-looked, which is not an easy fix.  Further, transparency in the system needs to be maintained.  Honorable Wardynski noted that Secretary Esper had been working on a Bill of Rights for residents of Army Housing and if COL Marson thought it was a good idea.  He also asked about Basic Allowance for Housing (BAH), which used to be paid directly to the contractor and Secretary Esper changed this, so the BAH goes directly to the resident, so they are in control of the payment.  He asked if this has helped the situation.  Colonel Marson responded, before there was no arbitration protocol and governing housing offices were fairly non-existent and a lot of the frustration from residents stemmed from not being happy with the answer they received from the private partner.  A Bill of Rights will weigh that out and it will work out well.  As to BAH going directly to the residents, he has noticed there have been cases where a resident received their BAH, and in cases where a resident has to move due to health issues in the housing, the Army pays for it and the family is given per diem. In some cases, the BAH is given back to the resident.  If a resident has to be moved from one house to another, the Army pays for it.  Mrs. Mobbs commended COL Marson and LTG Williams for their leadership on this issue.

17

**h.  Force Protection**.  Colonel Mark Weathers, the USMA G-3/Operations Officer, updated the Board on Force Protection efforts at West Point.  USMA's force protection mission is unique in that the Academy has to balance the accessibility of a mid-university and a National Historic Site while trying to apply the principles of the Army Protection Program to allow access the public, and the security West Point personnel need.  West Point usually gets support from MPs from Fort Drum for graduation and football for the security West Point has.  At the gates, or Entry Control Points, are the first-line of defense for maintaining the level of security.  The hours of the Visitors Control Center increased their hours through additional resources that have been requested.  There are explosive detection devices, and gates have access to NCIC3I, which allows security guards to see if incoming visitors could be a threat, rather than go through the Visitors Control Center, and finally, personnel training and readiness.  Recently, there was a one-day exercise, which encompassed an active shooter scenario.  The Academy did not stand down, and the entire Academy was involved, from academics, elementary/middle schools, the hospital and emergency services worked in coordination with the USAG West Point.  The exercise went very well and will find out what lessons were learned from the exercise during an After Action Review (AAR) on May 10, 2019.  Lieutenant General Williams noted the exercise was purposely disruptive and there were a number of "casualties."  The exercise included a SWAT team from New York City, and the Academy learned a lot.

Lieutenant General Williams had COL Bieger play a video from "Inspiration Week" a celebration of commitment to service, which started the week prior to this meeting.  At the end of the video, COL Bieger concluded the briefing to the USMA Board of Visitors.

## 9. REMAINING BOARD BUSINESS.

One member stated that while force protection is important, the next time the Board members were invited to Projects Day, could they make it easier to get into the classrooms, without waiting for someone to let them into the building?

Lieutenant General Williams brought up one final item of concern:  The Department of the Army has transitioned most of its hospitals and readiness associated medical activities to the Defense Health Agency (DHA).  West Point's hospital may come under review at some point, which could be a concern about the medical care for Cadets.  Dr. Wardynski stated he has communicated that West Point needs Keller's (KACH) capabilities here for a myriad of reasons and to keep communicating the need to Army leadership.  Ms. Fulton stated the Board has had a number of discussions on this issue and wondered if there was anything the Board could do.  Congressman Womack recognized the challenges faced by West Point if KACH is transitioned to the DHA.

Ms. Fulton noted this will be the 39th anniversary of the first graduation to include women, and believes in 2019, the 5,000th woman would graduate, and asked that it be so noted.

## 10. ADJOURNMENT.  Congressman Womack thanked everyone for attending and asked for a
motion to adjourn.  The motion was seconded.  0ongressman Womack adjourned the meeting at 11:34am.  This concluded the May 3, 2019 Organizational Meeting of the USMA Board of Visitors.

18

Certified by:

STEVE WOMACK
US Representative
Chair, USMA Board of Visitors

SEP 2 3 2019

DEADRA GHOSTLAW
Designated Federal Officer,
USMA Board of Visitors

19

**Congressional Members:**
Senator Tammy Duckworth                   Via teleconference     Departs 11:30am
Congressman Steve Womack-Chair
Congressman Warren Davidson

**Presidential Appointees:**
SEC R. James Nicholson – Vice Chair
Ms. Brenda Sue Fulton                                            Arrived 9:13am
Ms. Elizabeth McNally
COL (Ret) Frederick H. Black, Sr.
Ms. Meaghan Mobbs

**The following members were absent:**

Senator Richard Burr
Senator Jerry Moran
Senator Joe Manchin
Congressman K. Mike Conaway
Congressman Anthony Brindisi
Congresswoman Stephanie Murphy
Ms. Jane Holl Lute

**Based on the BOV attendance, a quorum was present.**

**Other attendees:**
HON Dr. E. Casey Wardynski -  ASA(M&RA)
LTC Gregory Campion, XO-ASA(M&RA)
MAJ Cory Kastl, OCLL
MAJ Jason Bahmer, OCLL
SGM Derek Gondek, OCLL
Mr. Tony Parker, Member, US Naval Academy Board of Visitors

**USMA Command and Staff Members in Attendance:**
LTG Darryl A. Williams, Superintendent of the United States Military Academy
CSM Jackie H. Love, USMA Command Sergeant Major (incoming)
COL Mark D. Bieger, USMA Chief of Staff
LTC Charles Kean, Superintendent's XO
MAJ Joshua Martin, Superintendent's AdC
LTC Justin Miller, Secretary of the General Staff (SGS)
Ms. Deadra Ghostlaw, Designated Federal Officer (DFO)/Ass't SGS
Mr. Jeffrey Reynolds, Chief of Protocol/Alternate DFO
BG Cindy Jebb, Dean of the Academic Board
BG Steve Gilland, Commandant of Cadets (USCC)
CSM Tom Kenny, USCC Command Sergeant Major
Mr. Daniel McCarthy, Interim Athletic Director
COL Mark Ray, Deputy Military Athletic Director
COL H. Cecil Marson, Commander, USAG West Point
COL Erik Christiansen, Staff Judge Advocate
COL Deborah McDonald, Director of Admissions

20

COL Holly West, USMA G5
Ms. Samantha Ross, SHARP Program Manager
Mr. Terry Allbritton, Chief Diversity Officer
LTC Christopher Ophardt, Public Affairs Officer
Ms. Theresa Brinkerhoff, Deputy Public Affairs Officer
Mr. Donald Buda, ACS/G-4
Ms. Melissa Cardona, ACS/G-8
COL Joshua Higgins, CDR, USMA Prep School
CSM Eugene Dydasco, CSM – USMA Prep School
LTC Kenneth Heckel, Director of Academy Advancement
LTC Brian Novoselich, G-5E
Chaplain (COL) Matthew Pawlikowski, USMA Chaplain
Dr. Rachel Sondheimer, Vice Dean
COL Edward Teague, ACS-G6/CIO
COL C. Mark Weathers, ACS-G3
Dr. Evelyn Moore, Academic Affairs
LTC Heidi Demarest, USMA LNO

**Panelists**

Panel 1:  Developing Leaders of Character – Cadet Perspectives

Cadet Tommy Hall (E-4/2022)
Cadet Victoria Kearns (I-4/2022)
Cadet Gurjiwan Chahal (I-4/2021)
Cadet Dion Perinon (I-4/2020)
Cadet Mitchell Lowe (I-4/2019)

Panel 2:  Cultivate a Culture of Character Growth – Staff & Faculty Perspectives

Dr. Colleen Eils (West Point Writing Program)
MAJ Thomas Carnes (Dept. of English & Philosophy)
MAJ David Lora (Company I-4 Tactical Officer)
SFC Kathryn Humphrey (Company G-3 Tactical NCO)
Coach Alma Kovaci-Lee (Volleyball)

Other Panelists-Did Not Appear Before the Board
Cadet Eva Gould (Dept. of Social Sciences)
Cadet John Erskine (Dept. of Geography & Environmental Engineering)
Cadet Zach Lucas (Dept. of Systems Engineering)
Cadet Slipper Jones (Dept. of History)
Cadet Jackie Obiomon (Dept. of Chemistry & Life Sciences)
Cadet Samuel Jones (Dept. of Geography & Environmental Engineering)
Cadet Mackenzie Curtin (2022)

**Legislative Assistants:**
Mr. Gabriel Cruz (Rep Murphy)
Mr. Cole Lyle (SEN Burr)
Mr. Cullen Lyons (Rep Maloney (Non-Member))
Mr. Beau Walker (Rep Womack)

21

**Members of the Public:**

LTG (R) Guy Swan III
CMDR (R) Michael Thomas
Mr. Paul Ostrander, "Mid-Hudson Times"
Dr. Sylvia Black
BG (R) Samuel Lessey

22





UNITED STATES MILITARY ACADEMY
WEST POINT.®

# Board of Visitors Meeting

United States Military Academy

3 May 2019

UNITED STATES MILITARY ACADEMY
WEST POINT.

## Agenda

- Introduction
- Board Business
- Superintendent Remarks
- Academy Topics
  - Seek Reaccreditation
  - Publish Campaign Plan
  - Develop Leaders of Character
  - Cultivate a Culture of Character
  - Build Diverse and Effective Team
  - Modernize, Sustain and Secure
  - Strengthen Partnerships
- Upcoming Events

2

### Board Business

UNITED STATES MILITARY ACADEMY
**WEST POINT.**

1. Elect Chair and Vice Chair
2. Swearing In of Presidential Appointees
3. Review/Vote on "Rules of the USMA Board of Visitors"
4. Approve Minutes – 9 November 2018 Meeting
5. Set Date for Fall/Winter 2019 Meeting (22 Oct – DC)
6. Status of 2018 BOV Annual Report
7. Summer Training Visit (7-9 Jul)
8. Assessment of Board





**Superintendent**

34

2



**Key Events Since Last BOV:**

Branch Night for Class of 2019
Army vs Navy Football
RMC Weekend
500th Night for Class of 2020
Yearling Winter Weekend for Class of 2021
Post Night for Class of 2019
Flipper Dinner
100th Night Weekend
SHARP Stand Down day
Plebe Parent Weekend for Class of 2022
Conference of Superintendents of Service Academies
McDonald Leadership Conference
Senior Conference
Sandhurst
International Superintendent's Conference
Mr. Boo Corrigan Farewell
Mission Command Conference
Projects Day





5



## Superintendent's Priorities of Effort

- **Develop** Leaders of Character
  - Integrate and synchronize all programs (character, military, physical, academic)
  - Build 2LTs for our Army; prepared for the "crucible of combat"

- **Cultivate** a Culture of Character Growth
  - Create a safe and secure environment…built on **trust** and **Army Values**
  - Focus our efforts on inclusion, and preventing sexual assault and harassment

- **Build** Diverse and Effective Teams
  - Cadets, Staff and Faculty, Coaches, and the West Point community

- **Modernize**, **Reform** and **Secure**
  - Infrastructure development and investment
  - Energy resilience
  - Protect the force

- **Strengthen** Partnerships
  - Seek opportunities to contribute to the Army Profession
  - Sustain partnerships with academia, our alumni and the American public
  - Grow international partnerships

(as of March 2019)













UNITED STATES MILITARY ACADEMY
WEST POINT
Academic Excellence
Robert Drummond
Marshall Scholar
Madeleine Schneider
Marshall Scholar
David Bindon
Marshall Scholar
Eva Gould
Schwarzman Scholar
Kevin Colton
Schwarzman Scholar
Benjamin Denn
Fulbright Scholar
Meaghan McGovern
Fulbright Scholar
John Lowe
Fulbright Scholar
Stephen Gracza
Fulbright Scholar
Anna DeVries
Lincoln Lab
Scholar
Tyler Reece
Lincoln Lab
Scholar
James Tyler
Lincoln Lab
Scholar
Zade Koch
Lincoln Lab
Scholar
Birgitta Anderson
Lincoln Lab
Scholar
Madeline Ryu
National Science
Foundation Scholar
Robert Norwood
Truman Scholar
Mary Pollin
Draper Labs
Scholar
Amy Owens
Draper Labs
Scholar
Maximilian Ulbert
Draper Labs
Scholar
Taylor Horne
GEM Scholar
Carlan Ivey
GEM Scholar
Patrick Meehan
GEM Scholar
Jesse Palmer
Churchill Scholar
Kenneth Brinson
Knight-Hennessy
Scholar
David Mitchell
Anna Sobol Levy
Scholar
Matthew DiBiase
Goldwater Scholar
Jenny Wang
Goldwater Scholar
Nathaniel Schlosser
Goldwater Scholar
Hope Hack
Truman Scholar
7

UNITED STATES MILITARY ACADEMY
WEST POINT
Athletics Excellence
Men's Rugby completed an undefeated fall season 9-0; clinched Rugby East Title
Women's Soccer Team clinched birth to PL for the first time since 2014; Defeated Navy to advance into Semi-Finals
Men Indoor Track and Field win Patriot League Championships; first time since 2010
Football wins 4th straight Bowl Win; 56 point margin of victory ties the largest in history of College Football Bowl Games
Wrestling Team are Conference Dual Meet Champions; placed all 10 wrestlers in Conference Championship; Qualified 7 wrestlers for NCAA
Coach Kevin Ward, Head Wrestling Coach, Named the Conference Coach of the Year
Coach Michael Smith wins Northeast Region Coach of the Year for Indoor Track and Field
Army Football wins the Commanders In Chief Trophy for the 2nd Year
Armed Forces Bowl Champions
Cadet Leaders in the Corps
CDT Jill Bottarini (Women's Rugby) 1st Regimental Commander
CDT Grayson Naquin (Men's Soccer) 1st REG Alpha Co Commander
CDT Tony Smith (Men's Rugby) Deputy Brigade Commander
CDT Kara Wineinger (W. Swim and Dive) 2nd Regimental 2nd Battalion Commander
CDT Harrison Young (Wrestling) 3rd REG 3BN Command Sergeant Major
CDT Monica Sowinski (W. Swim and Dive) 4th REG 4BN Executive Officer
CDT Bailey Smith (W. Swim and Dive) 4th REG 2BN Command Sergeant Major
CDT Joshua Orcutt (Strength Team) Brigade Physical Development Officer
CDT Conner Russell (Men Track and Field) Brigade S6
2018-2019 Highlights
Overall: .548 win percentage
Sprint Football: 6-1
Men's Rugby: 9-0
Women's Rugby: 4-5
Men's Soccer: 8-10-2
Women's Soccer: 7-6-7
Men's Cross Country: 2-0
*Patriot League Champions
Women's Cross Country: 1-1
Football: 11-2
* CIC Trophy Champions
*Armed Forces Bowl Champions
Volleyball: 14-15
Golf: 1-1
*Patriot League Champions
Hockey: 13-20-7
Men's Swim/Dive: 7-2
Women's Swim/Dive: 5-4
Men's Basketball: 13-19
Women's Basketball: 11-19
Rifle: 6-7
Wrestling: 8-3
*EIWA Dual Meet Champions
Women's Indoor Track: 1-0
Men's Indoor Track: 1-0
*Patriot League Champions
Men's Gymnastics 5-3
Men's Lacrosse 10-4
Women's Lacrosse 14-4
Men's Tennis 14-14
Women's Tennis 22-7
*Patriot League Champions
Baseball 25-20
Softball 25-29
= Win over Air Force
= Win over Navy
8

9/23/2019

UNITED STATES MILITARY ACADEMY
WEST POINT.
MSCHE Reaccreditation
USMA draft report for SA Signature
Prep ESG for MSCHE interview
2019
Feb
Apr
Jun
Sept
2 Oct
Dec
Feb
29 Mar-2 Apr
2020
1st Draft of Self-Study to USMA
Host USMA Town Halls
Draft Self-Study Due
MSCHE Team Chair Prelim. Visit:
Self-Study Report Due:
SA Signs
MSCHE Team Visit:
Meets w/ SA/CSA/other ESG members
Team Chair: LtGen Silveria, USAFA SUPT
STANDARDS for Accreditation and REQUIREMENTS of Affiliation
An accredited institution of higher education
has an appropriate mission (Standard I),
lives it with integrity (Standard II),
delivers an effective student learning experience (Standard III) and
supports the overall student experience, both inside and outside of the classroom (Standard IV).
An accredited institution of higher education
assesses its own educational effectiveness (Standard V),
uses planning and resources to ensure institutional improvement (Standard VI) and
is characterized by effective governance, leadership, and administration (Standard VII).
USMA
Self-Study
Spring 2020
11

UNITED STATES MILITARY ACADEMY
WEST POINT.
USMA Campaign Design
Lines of Effort
Strategic Efforts
Enduring Objectives
Vision
Developing Leaders of Character
Develop Leaders of Character
SE 1. Individual Development
SE 2. Leadership Development
Cultivate a Culture of Character growth
SE 3. Dignity, respect, and inclusivity
Relevance and Preeminence
Build Diverse and Effective Teams
SE 4. Corp of Cadets
SE 5. Staff and Faculty
Modernize, Sustain and Secure
SE 6. Physical infrastructure
SE 7. IT infrastructure
SE 8. Mission resourcing
SE 9. Operating processes
SE 10. Force protection
Strengthen Partnerships
SE 11. Synergistic
SE 12. Emerging
SE 13. Untapped.
Educate
Provide cadets the critical thinking skills needed for future global conflict
Train
Prepare cadets for the crucible of ground combat
Inspire
Inspire cadets to a lifetime of service to the nation
Develop Staff and Faculty
Develop faculty and staff to exercise nitiative in cadet development
To be the preeminent leader development institution in the world





UNITED STATES MILITARY ACADEMY WEST POINT

## Ongoing SHARP Initiatives

| SEXUAL ASSAULT AWARENESS MONTH 2019 | |
|---|---|
| EVENT | DATE |
| Service Academy Gender Relations Focus Groups | 1-4 April |
| Reporting Process and Support Resources SME Panels (all 4 classes) | 31 Mar, 3, 16, 17 Apr |
| Invisible War & Discussion | 3-Apr |
| Walk-a-Mile | 10-Apr |
| Denim Day, Take Back the Night | 15-Apr |
| Community of Care Seminars | 15-19 Apr |
| Teal Game (M/W LAX) | 20-Apr |
| Healthy Relationships Seminar Series | 22-26 Apr |
| Bde Wide BBQ & Cross-Fit Challenge | 25-Apr |
| Character Luncheon | 26-Apr |
| Heath Phillips Survivor Story (Former Navy Sailor) | 29-30 Apr |

**Strategic Efforts: (since 25 Feb 19)**
- Published collateral misconduct policy
- Letter to 2023 with EverFi Training
- Established Institutional Character Integration Cell
- Army providing additional personnel:
  - SVP – assigned to USMA
  - SA Investigator
  - Female CID Agent and Warrant

13

***Develop Leaders of Character***

***Cadet Perspectives***

***2022: Cadet Tommy Hall (E-4)***
***2022: Cadet Victoria Kearns (I-4)***
***2021: Cadet Gurjiwan Chahal (I-4)***
***2020: Cadet Dion Perinon (I-4)***
***2019: Cadet Mitchell Lowe (I-4)***

9/23/2019





40

8

## Class Comparison

### UNITED STATES MILITARY ACADEMY
### WEST POINT.

| | 2000 | 2019 | 2020 | 2021 | 2022 | 2023* | Population % | |
|---|---|---|---|---|---|---|---|---|
| African Americans # Admitted | 6.9% 83 | 15.1% 188 | 14.0% 180 | 16.7% 205 | 15.4% 183 | **17.0% 206** | US Officer Enlisted | 13.1% 13.2% 22.5% |
| Hispanics # Admitted | 4.7% 56 | 9.8% 122 | 9.4% 121 | 9.7% 119 | 8.6% 103 | **11.9% 144** | US Officer Enlisted | 16.9% 7.0% 13.5% |
| Asians # Admitted | 5.8% 69 | 7.5% 93 | 9.1% 117 | 8.0% 98 | 7.5% 89 | **8.1% 97** | US Officer Enlisted | 5.1% 4.9% 2.5% |
| Women # Admitted | 15.8% 188 | 22.1% 275 | 21.8% 281 | 24.4% 300 | 24.5% 292 | **24.1% 292** | US Officer Enlisted | 50.8% 16.5% 13.0% |
| Recruited Athletes # Admitted | 21.8% 259 | 21.4% 266 | 19.7% 254 | 26.7% 328 | 23.5% 281 | **22.3% 270** | | |
| Soldiers # Admitted | 7.3% 87 | 6.6% 82 | 6.0% 77 | 6.1% 75 | 6.3% 75 | **7.2% 87** | | |
| First Generation | No Data | 14.0% 177 | 11.4% 149 | 10.6% 132 | 11.2% 134 | **15.7% 190** | | |
| Class Size | **1187** | **1245** | **1290** | **1228** | **1194** | **1210*** | *Class incomplete | |



## Modernize, Sustain and Secure

- **Cyber & Engineering Academic Center**
- **West Point Military Complex**
- **West Point Housing**
- **Force Protection**











9/23/2019

UNITED STATES MILITARY ACADEMY WEST POINT

## USMA 2035: 15-20 year Modernization Plan

USMA 2035 Master Plan as of 29 Apr 2019

**Key Takeaways:**
- Plan is holistic across all enterprise domains
- Plan is synchronized internally and externally (with IMCOM and ACSIM)
- Plan is nested within broader Army priorities for modernization and readiness

UNITED STATES MILITARY ACADEMY WEST POINT

## Cyber & Engineering Academic Center (CEAC)

136,000 ft² state-of-the-art facility, planned to begin construction in FY19/20 will:

- **Modernize the Academy's engineering, technology, and mathematics capabilities**,
- **Create advanced cyber education capabilities** to support integration of cyber across all of our programs
- **Compensate for significant shortages in academic space**:, we are **400,000 ft² below** requirements and authorized levels)
- **Enable us to remain at the forefront of engineering education** and to compete for the best cadet / faculty talent
- **Set critical conditions to enable the broader Academic Building Upgrade Program**

**Timeline:**

**May 2019:** 90% design complete → **Sep 2019:** Award FY19 contract to begin demolition → **Oct-Dec 2019:** Request Congressional reauthorization as ONE incrementally funded project in FY20 NDAA → **Jan 2020:** Award full contract of $197M (If Congress-approved)
- $160M currently programmed
- Insert remaining $37M in future program (FY22)
- **Facility complete: 3QFY24**

**THIS FACILITY IS ABOUT READINESS:** it enables USMA to attract the best/brightest talent, develop them into high-performing leaders of character, and then provide commissioned officers to the Army.

***We need continued Congressional support to see it across the goal line…***

20

UNITED STATES MILITARY ACADEMY
WEST POINT.

## USMA2035: Vision for the West Point Military Complex

**Overarching Vision:**

A ***scalable, adaptable, and sustainable*** complex of ***year-round training*** areas and facilities that integrate intellectual acumen and physical performance to ***prepare leaders to win*** in the contemporary operating environment.

- **Fully modernized** sustainment and training capabilities facilitate **year-round military development across Warfighting Functions**
- **DATE training approach aligned with broader Army vision** for future of military training and development
- **Modernized Mission Command/ Training** capabilities
- **L/V/C/AR environments** enable broader development methods
- Integrated ranges and planned UAS capabilities enable **integration of academic/ research efforts**
- **Integration with ROTC**

**West Point Military Complex – Improvement Vision by Warfighting Function *(Educating, Training and Inspiring)***

| Movement and Maneuver | Fires | Intelligence | Sustainment | Mission Command | Protection |
|---|---|---|---|---|---|
| • Small arms smart range expansion<br>• SQD LFX Range<br>• Convoy Range (Blank)<br>• MOUT/Urban Site<br>• Abrams and Bradley LFX (M240/COAX)<br>• HLZ | • CAS and CCA (dry)<br>• Expansion of MTR and ARTY to include 155MM | • UAS/Drone Strip/Facility<br>• Sims Integration into MSN CMD Facility<br>• Fiber NIPR/SIPR<br>• CCTT, VBS3, EST integration (L/V/C) | • Performance Readiness Facility (CB/NB)<br>• Living Space (CB)<br>• Life Support Infrastructure (CB)<br>• Chow Hall (CB)<br>• Auditorium/Collaboration Space (CB)<br>• Sustainment Facility (flexible warehouse space) (CB)<br>• Ammo Supply Point (ASP) | • Multipurpose WPMC Mission Command Center (CB)<br>• Mayor Cell/TOC(-) (CNB)<br>• Antenna tower<br>• Cell tower | • ECP (CB)<br>• Perimeter Fence (CB)<br>• Perimeter Fence (CNB)<br>• HWY 293 Foot Bridges |

**Current Conditions:**

- **Virtually all facilities either Q3 (poor) or Q4 (failing)**
- **Not designed to accommodate modern training methodologies (designed in the 50's/60's)**
  - Increasingly difficult to modify structures/ capabilities to facilitate modern training/development pedagogies
  - Reduces effectiveness of training/development efforts
- Structures maintained via "band-aid" fixes over the years
- Annual cost to prep camps for training = $1.5M (+)

UNITED STATES MILITARY ACADEMY
WEST POINT.

## USMA2035: Plan for the West Point Military Complex

**Long Term Plan:**

Area Development Planning: integrate and synchronize functional requirements

Phase 1 planning underway; three sub-phases identified for MILCON strategy

| Phase | Submit | Start | Finish |
|---|---|---|---|
| 1A | 2019 | FY26 | FY28 |
| 1B | 2020 | FY27 | FY28 |
| 1C | 2021 | FY28 | FY29 |

Follow-on phases pending (ranges and training areas)

**Near Term Plan (CST 19):**

1. Replacement of AC units (wall mounted) with 40 split-system AC units ($450K) to address L/H/S concerns
2. Roof / building envelope repair (remediate water infiltration issues)
3. Removing dead trees to address safety concerns
4. Increased maintenance and expand de-winterization work
   - Shower repair ($500k)
   - Latrine repairs ($350k)
   - Electrical assessment for tent pads ($63K)

**Mid Term Bridge Strategy (2020-2028):**

| FY19 | FY20 | FY21 | FY22 | FY23 | FY24 |
|---|---|---|---|---|---|
| $2M | $8M | $8M | $8M | $8M | $8M |

Design & mobilization

- 12 Barracks per year
- A/C in barracks
- Correct water infiltration
- L/H/S issues
- Support facility enhancements (C2 & Log nodes, Aid Station, etc.)
- Utility upgrades
- Utility building repairs
- Site work

- 8 to10-year bridging plan to build incrementally toward desired *NEW*-state.
- Includes revitalization of all barracks and key support buildings at Buckner (which will remain expeditionary in nature), as well as those at Camp Natural Bridge.
- Working with IMCOM and ACSIM to facilitate a 5-year SRM funding strategy to enable this phase

**West Point Housing Assessment**

UNITED STATES MILITARY ACADEMY
WEST POINT.

- Initial report at AUSA

- AUSA/ DA Housing Order Findings

- AUSA/ DA Housing Order Recommendations

- Current Execution of DA Order



**West Point Housing Assessment**

UNITED STATES MILITARY ACADEMY
WEST POINT.

**AUSA Summary:** On Oct 18, former and current occupants voiced concerns about three homes that were believed to be causing health issues, and 23 homes with serious unresolved concerns between BBC and tenants.  Investigation of the three homes found that none of the environmental sampling results exceeded NYS Department of Environmental Conservation (NYSDEC), NYS Department of Health (NYSDOH) or Environmental Protection Agency (EPA) standards

**AUSA/DA EXORD 102-19 Findings:**
- No Area Development Plan presented by partner
- Work order/ communication system not easily understood
- Arbitration protocol did not work (Mold issues)
- Visible mold found in homes
- Potential for water intrusion (WI) issues identified
- Clogged gutters & drains observed
- Little knowledge of RCI/ BBC's Community Manager and Assistant Manager
- Preventative maintenance checklist was not fully followed
- Maintenance on HVAC systems needed attention
- Chimneys not inspected or maintained
- Lack of personnel in Government Housing Office

**AUSA/DA EXORD 102-19 Recommendations:**
- Work Order process/Communication needs revision and improvement; and Rent Code App needs to incorporate Historic Homes
- Work Order Policies, Procedures, Roles and Responsibilities
- Increase communication during Work Order's life cycle (Transparency)
- Establish Work Order Management Board
- Follow-up/ status feedback (preferably digitally) updated (app)
- Dispute resolution process clearly defined including where to go and who to talk to when issues arise
- Use of professional environmental personnel
- Increase Government Housing Office/RCI manpower insufficient to perform quality assurance
- Mold/water abatement protocols for arbitration process not adequate (Bring in Expert)
- Establish On-Post Housing System Review (OHSR) board

**AUSA Major Recommendations (Continued)**
- Need Incentive Fee Metric for Housing Partners that addresses current issues/challenges
- West Point needs to address infrastructure related to brown water
- Update Annual Housing Checklist
- USMA Cadet Capstone (Work Order Process & Customer Satisfaction)

**HQDA EXORD 102-19 Execution as of 7 MAR:**
- A SharePoint portal was established to allow for both daily and one-time collection of information (i.e., SITREPs, data calls, RFIs)
- Town Hall conducted on 21 and 26 Feb; Established hot line on 25 FEB
- Conducting daily 0730 coordination meeting to go over status of displaced Families/Soldiers, work orders (routine, L/H/S, emergency), status of housing and barracks assessments/inspections
- Currently 5 Family Emergency Housing Work Orders Open
- Leader Housing and Barracks visits/inspections to be complete by Friday 8 March for bulk of Team; waterfall residents complete by 13MAR19
- Privatized Family Housing and Barrack visit schedule is 90% complete
- Moved 2 IRAC, 1 DPW, and 1 LRC personnel to Housing as a stop gap to audit and provide recommendations on systems to better bridge the communication gap and partner TDA
- For Residents moved - Stopped BAH pay, Lodging and Per Diem provided
- Hired Adaptive environmental, a neutral 3d party, to inspect mold issues (AHC recommended)
- BBC hired a contractor to begin HVAC preventive maintenance of all housing
- 3d Town Hall (Rent café app rollout/ ADAPTIVE Environmental. Expertise forum Q/A) is being scheduled (19MAR19)
- BBC implement MITOC contract of entire housing inventory (HVAC/Preventive Maintenance. starting 05MAR19)
- DAIG Inspected Housing 4-5 Mar
- DPW developing Area Development Plan for Residential Areas
- IMCOM CG, LTG Becker, visits WP on 17-19 Mar
- Working with BBC to implement Rollout Self Help Store and spring beautification plan with Residents, DPW, Brightview and BBC (Mid-April)

Prepared by: COL Marson, USAG-WP; as of: 8 Mar 2019

24

44

12





UNITED STATES MILITARY ACADEMY WEST POINT.

## Force Protection Initiatives

**Outside the Gate: Mutual Aid Partners**
- Local Orange County emergency management services
- NYS Police and NYS emergency management services
- FBI
- Joint Terrorism Task Force

**At the Gates: Entry Control Point (ECP) Security**
- Visitor Control Center
- Random Antiterrorism Measures at ECPs
- Explosive Detection Equipment-Working
- Handheld NCIC III Checks (CY 20)-Working

**Inside the Gate: CPRA Security and Individual Readiness**
- Physical security improvements (Fencing, Turnstiles, Bollards and CCTVs)
- Insider Threat Working Group
- Random Antiterrorism Measures within the CPRA
- Maintain critical systems (Bollards 101 intersection, 606/Thayer Walk)
- MP roving patrols at key times and events
- Active shooter training: Individual and collective training
- Prepare/update Emergency Action Plans
- Mass Warning and Notification exercise

**Annual Full Scale Protection Exercise-24APR19**

UNITED STATES MILITARY ACADEMY WEST POINT.

## Superintendent's Remarks

***Upcoming Key Events***

CIC Trophy Presentation (6 May)
Coach K Awards Dinner (6 May)
USMAPS Graduation (18 May)
USMA Graduation-Class of 2019 (25 May)
Relinquishment of Command, BG(P) Gilland
R-day-Class of 2023 (1 Jul)
Assumption of Command, New Commandant
Superintendent's Convocation (15 Aug)
Acceptance Day-Class of 2023 (17 Aug)
Affirmation Ceremony-Class of 2021 (18 Aug)
First Day of Classes (19 Aug)
USMA Strategic Onsite (21 Aug)
Ring Weekend-Class of 2020 (23 Aug)
Diversity & Inclusion Conference (19 Sep)
Thayer Award-GEN Ann Dunwoody (10 Oct)
BOV Meeting (22 Oct)

26



UNITED STATES MILITARY ACADEMY

WEST POINT®

# Board of Visitors Meeting

## United States Military Academy

## 3 May 2019



# *Agenda*

- Introduction
- Board Business
- Superintendent Remarks
- Academy Topics
  - Seek Reaccreditation
  - Publish Campaign Plan
  - Develop Leaders of Character
  - Cultivate a Culture of Character
  - Build Diverse and Effective Team
  - Modernize, Sustain and Secure
  - Strengthen Partnerships
- Upcoming Events





2



# Board Business

1. Elect Chair and Vice Chair

2. Swearing In of Presidential Appointees

3. Review/Vote on "Rules of the USMA Board of Visitors"

4. Approve Minutes – 9 November 2018 Meeting

5. Set Date for Fall/Winter 2019 Meeting (22 Oct – DC)

6. Status of 2018 BOV Annual Report

7. Summer Training Visit (7-9 Jul)

8. Assessment of Board



3



# Superintendent

49



UNITED STATES MILITARY ACADEMY
## WEST POINT.

## *Key Events Since Last BOV:*

Branch Night for Class of 2019
Army vs Navy Football
RMC Weekend
500th Night for Class of 2020
Yearling Winter Weekend for Class of 2021
Post Night for Class of 2019
Flipper Dinner
100th Night Weekend
SHARP Stand Down day
Plebe Parent Weekend for Class of 2022
Conference of Superintendents of Service Academies
McDonald Leadership Conference
Senior Conference
Sandhurst
International Superintendent's Conference
Mr. Boo Corrigan Farewell
Mission Command Conference
Projects Day





5



# Superintendent's Priorities of Effort

- **<u>Develop</u> Leaders of Character**
  - Integrate and synchronize all programs (character, military, physical, academic)
  - Build 2LTs for our Army; prepared for the "crucible of combat"

- **<u>Cultivate</u> a Culture of Character Growth**
  - Create a safe and secure environment…built on **trust** and **Army Values**
  - Focus our efforts on inclusion, and preventing sexual assault and harassment

- **<u>Build</u> Diverse and Effective Teams**
  - Cadets, Staff and Faculty, Coaches, and the West Point community

- **<u>Modernize</u>, <u>Reform</u> and <u>Secure</u>**
  - Infrastructure development and investment
  - Energy resilience
  - Protect the force

- **<u>Strengthen</u> Partnerships**
  - Seek opportunities to contribute to the Army Profession
  - Sustain partnerships with academia, our alumni and the American public
  - Grow international partnerships

(as of March 2019)



# Academic Excellence

UNITED STATES MILITARY ACADEMY
## WEST POINT.



Robert Drummond
Marshall Scholar



Madeleine Schneider
Marshall Scholar



David Bindon
Marshall Scholar



Eva Gould
Schwarzman Scholar



Kevin Colton
Schwarzman Scholar



Benjamin Denn
Fulbright Scholar



Meaghan McGovern
Fulbright Scholar



John Lowe
Fulbright Scholar



Stephen Gracza
Fulbright Scholar



Anna DeVries
Lincoln Lab
Scholar



Tyler Reece
Lincoln Lab
Scholar



James Tyler
Lincoln Lab
Scholar



Zade Koch
Lincoln Lab
Scholar



Birgitta Anderson
Lincoln Lab
Scholar



Madeline Ryu
National Science
Foundation Scholar



Robert Norwood
Truman Scholar



Mary Pollin
Draper Labs
Scholar



Amy Owens
Draper Labs
Scholar



Maximilian Ulbert
Draper Labs
Scholar



Taylor Horne
GEM Scholar



Carlan Ivey
GEM Scholar



Patrick Meehan
GEM Scholar



Jesse Palmer
Churchill Scholar



Kenneth Brinson
Knight-Hennessy
Scholar



David Mitchell
Anna Sobol Levy
Scholar



Matthew DiBiase
Goldwater Scholar



Jenny Wang
Goldwater Scholar



Nathaniel Schlosser
Goldwater Scholar



Hope Hack
Truman Scholar

7

## UNITED STATES MILITARY ACADEMY
# WEST POINT.
### *Culture of Excellence and Winning in Athletics*



Women's Soccer Team clinched birth to PL for the first time since 2014; Defeated Navy to advance into Semi-Finals



Army Football wins the Commanders In Chief Trophy for the 2nd Year Armed Forces Bowl Champions

Coach Michael Smith wins Northeast Region Coach of the Year for Indoor Track and Field

Men Indoor Track and Field win Patriot League Championships; first time since 2010



Wrestling Team are Conference Dual Meet Champions; placed all 10 wrestlers in Conference Championship; Qualified 7 wrestlers for NCAA

Coach Kevin Ward, Head Wrestling Coach, Named the Conference Coach of the Year



Golf Team wins Patriot League Championship; Coach Chad Bagley named Conference Coach of the Year



Women's Tennis team wins second straight Patriot League Championship

### *Cadet Leaders in the Corps*



CDT Jill Bottarini (Women's Rugby) 1st Regimental Commander



CDT Grayson Naquin (Men's Soccer) 1st REG Alpha Co Commander

CDT Tony Smith (Men's Rugby) Deputy Brigade Commander



CDT Kara Wineinger (W. Swim and Dive) 2nd Regimental 2nd Battalion Commander



CDT Harrison Young (Wrestling) 3rd REG 3BN Command Sergeant Major



CDT Monica Sowinski (W. Swim and Dive) 4th REG 4BN Executive Officer



CDT Bailey Smith (W. Swim and Dive) 4th REG 2BN Command Sergeant Major



CDT Joshua Orcutt (Strength Team) Brigade Physical Development Officer



CDT Conner Russell (Men Track and Field) Brigade S6

### *2018-2019 Highlights*
### *Overall:  .548 win percentage*

Sprint Football: 6-4 ⭐
Men's Rugby: 9-4 ⭐
Women's Rugby: 4-3 ⭐
Men's Soccer: 8-10-3 ⭐
Women's Soccer: 7-6-7
Men's Cross Country: 2 ⭐
   *Patriot League Champions
Women's Cross Country: 1-1
Football: 11-2 ⭐ ⭐
   * CIC Trophy Champions
   *Armed Forces Bowl Champion
Volleyball: 14-15 ⭐
Golf: 1-1 ⭐
    *Patriot League Champions
Hockey: 13-20-7
Men's Swim/Dive: 7-2
Women's Swim/Dive: 5-4
Men's Basketball: 13-1 ⭐ ⭐
Women's Basketball: 11-1 ⭐ ⭐
Rifle: 6-7
Wrestling: 8-3 ⭐
   *EIWA Dual Meet Champions
Women's Indoor Track: 1 ⭐
Men's Indoor Track: 1 ⭐
   *Patriot League Champions
Men's Gymnastics 5-3
Men's Lacrosse 11 ⭐
Women's Lacrosse 14-4
Men's Tennis 14-14
Women's Tennis 22 ⭐ ⭐
   *Patriot League Champions
Baseball 26-20 ⭐ ⭐
Softball 25-29

⭐ = Win over Air Force
⭐ = Win over Navy

8

53



# **Sandhurst**



# Sandhurst 2019 – 49 Teams

## USCC Company Teams (x12)

 D1
 D2
 C3
 A4

 F1
 E2
 E3
 B4

 H1
 H2
 I3
 H4

## International (x14)

 Australia
 Canada
UK
UK

 Germany
Denmark
 Korea
 Thailand

Colombia
 Greece
 Japan
Mexico

 Chile
 Brazil

## Service Academies (x3)



USAFA    USCGA

USNA

## ROTC (x16)


 UNG  UNIVERSITY of NORTH GEORGIA
 UNIVERSITY of DELAWARE
 Creighton UNIVERSITY
 MU MARQUETTE

 EU 1857
 1941 UNIVERSITY
TEMPLE
 AP Austin Peay State University
 Central State University

 JOHNS HOPKINS UNIVERSITY
CAL POLY SAN LUIS OBISPO
 EMBRY-RIDDLE AERONAUTICAL UNIVERSITY
FLORIDA STATE UNIVERSITY 1851
 UNIVERSITY of HAWAII

## Other (x4)

 Gold
 Black

 USMAPS
Grey

55

8



UNITED STATES MILITARY ACADEMY
WEST POINT.

# MSCHE Reaccreditation

USMA draft report for SA Signature

Prep ESG for MSCHE interview

2019 | Feb | Apr | Jun | Sept | 2 Oct | Dec | Feb | 29 Mar-2 Apr | 2020

1st Draft of Self-Study to USMA
Host USMA Town Halls

Draft Self-Study Due

***MSCHE Team Chair Prelim. Visit:***

***Self-Study Report Due:***
SA Signs

***MSCHE Team Visit:***
Meets w/ SA/CSA/other ESG members

**Team Chair: LtGen Silveria, USAFA SUPT**

An accredited institution of higher education

- has an appropriate ***mission*** (Standard I),
- lives it with ***integrity*** (Standard II),
- delivers an effective ***student learning experience*** (Standard III) and
- supports the overall ***student experience***, both inside and outside of the classroom (Standard IV).

An accredited institution of higher education

- assesses its own ***educational effectiveness*** (Standard V),
- uses ***planning and resources to ensure institutional improvement*** (Standard VI) and
- is characterized by effective ***governance, leadership, and administration*** (Standard VII).

11



## USMA Campaign Design

**Lines of Effort**  **Strategic Efforts**  **Enduring Objectives**  **Vision**

*Developing Leaders of Character*

**Develop Leaders of Character**

SE 1.  Individual Development
SE 2.  Leadership Development

**Educate**
Provide cadets the critical thinking skills needed for future global conflict

**Cultivate a Culture of Character growth**

SE 3.  Dignity, respect, and inclusivity

**Train**
Prepare cadets for the crucible of ground combat

*Relevance and Preeminence*

**Build Diverse and Effective Teams**

SE 4.  Corp of Cadets
SE 5.  Staff and Faculty

**Inspire**
Inspire cadets to a lifetime of service to the nation

**Modernize, Sustain and Secure**

SE 6.  Physical infrastructure
SE 7.  IT infrastructure
SE 8.  Mission resourcing
SE 9. Operating processes
SE 10. Force protection

**Develop Staff and Faculty**
Develop faculty and staff to exercise initiative in cadet development

**Strengthen Partnerships**

SE 11.  Synergistic
SE 12.  Emerging
SE 13.  Untapped.

To be the preeminent leader development institution in the world

57



## *Ongoing SHARP Initiatives*

| SEXUAL ASSAULT AWARENESS MONTH 2019 | |
|---|---|
| EVENT | DATE |
| Service Academy Gender Relations Focus Groups | 1-4 April |
| Reporting Process and Support Resources SME Panels (all 4 classes) | 31 Mar, 3, 16, 17 Apr |
| Invisible War & Discussion | 3-Apr |
| Walk-a-Mile | 10-Apr |
| Denim Day, Take Back the Night | 15-Apr |
| Community of Care Seminars | 15-19 Apr |
| Teal Game (M/W LAX) | 20-Apr |
| Healthy Relationships Seminar Series | 22-26 Apr |
| Bde Wide BBQ & Cross-Fit Challenge | 25-Apr |
| Character Luncheon | 26-Apr |
| Heath Phillips Survivor Story (Former Navy Sailor) | 29-30 Apr |



Sexual Assault Awareness Month

**4-5Apr** USNA Conference

SHARP Action Plan OPORD

Publish OPORD 28 March

**13 Mar** SUPT Brief CSA/SA on SHARP Action Plan

**25 Feb** West Point Strengthen Our Culture Stand Down

**13 Feb** HASC Testimony

**7-8 Feb** Congressional Engagements HASC Prep

**31 Jan** OCPA/USMA RTQ (as required)
**30 Jan** Report Release, OSD Media RT
**29 Jan** OCLL Pre-Brief PSMs / SA Meeting

CSA

**9 Jan**
**8 Jan** OSD Briefs M&RA, G1, Army SHARP
**7 Jan** OCPA, G1, PAO, SHARP PAG Teleconference

**14 Dec** SUPT Discussion with OSD, Dr. Van Winkle

**5 Dec** MSAs receive final 2018 SAGR Results

### Strategic Efforts: (since 25 Feb 19)
- Published collateral misconduct policy
- Letter to 2023 with EverFi Training
- Established Institutional Character Integration Cell
- Army providing additional personnel:
  - SVP – assigned to USMA
  - SA Investigator
  - Female CID Agent and Warrant

58

13



*Develop Leaders of Character*

*Cadet Perspectives*
*2022:  Cadet Tommy Hall (E-4)*
*2022:  Cadet Victoria Kearns (I-4)*
*2021:  Cadet Gurjiwan Chahal (I-4)*
*2020:  Cadet Dion Perinon (I-4)*
*2019:  Cadet Mitchell Lowe (I-4)*



*Cultivate a Culture of Character Growth*

*Faculty and Staff Perspectives*

- *Dr. Colleen Eils (West Point Writing Program)*
- *MAJ Thomas Carnes (D/English & Philosophy)*
- *MAJ David Lora (I-4 Tactical Officer)*
- *SFC Kathryn Humphrey(G-3 TAC NCO)*
- *Coach Alma Kovaci-Lee(Volleyball)*



*Build Diverse and Effective Teams*



UNITED STATES MILITARY ACADEMY
# WEST POINT.

# Class Comparison

| | 2000 | 2019 | 2020 | 2021 | 2022 | 2023* | Population % | |
|---|---|---|---|---|---|---|---|---|
| African Americans # Admitted | 6.9% 83 | 15.1.% 188 | 14.0% 180 | 16.7% 205 | 15.4% 183 | **17.0% 206** | US Officer Enlisted | **13.1% 13.2% 22.5%** |
| Hispanics # Admitted | 4.7% 56 | 9.8% 122 | 9.4% 121 | 9.7% 119 | 8.6% 103 | **11.9% 144** | US Officer Enlisted | **16.9% 7.0% 13.5%** |
| Asians # Admitted | 5.8% 69 | 7.5% 93 | 9.1% 117 | 8.0% 98 | 7.5% 89 | **8.1% 97** | US Officer Enlisted | **5.1% 4.9% 2.5%** |
| Women # Admitted | 15.8% 188 | 22.1% 275 | 21.8% 281 | 24.4% 300 | 24.5% 292 | **24.1% 292** | US Officer Enlisted | **50.8% 16.5% 13.0%** |
| Recruited Athletes # Admitted | 21.8% 259 | 21.4% 266 | 19.7% 254 | 26.7% 328 | 23.5% 281 | **22.3% 270** | | |
| Soldiers # Admitted | 7.3% 87 | 6.6% 82 | 6.0% 77 | 6.1% 75 | 6.3% 75 | **7.2% 87** | | |
| First Generation | No Data | 14.0% 177 | 11.4% 149 | 10.6% 132 | 11.2% 134 | **15.7% 190** | | |
| **Class Size** | **1187** | **1245** | **1290** | **1228** | **1194** | **1210*** | *Class incomplete | |



*Modernize, Sustain and Secure*

- *Cyber & Engineering Academic Center*
- *West Point Military Complex*
- *West Point Housing*
- *Force Protection*



UNITED STATES MILITARY ACADEMY
WEST POINT

# USMA 2035: 15-20 year Modernization Plan

## USMA 2035 Master Plan as of 29 Apr 2019

**Key Takeaways:**

- Plan is holistic across all enterprise domains
- Plan is synchronized internally and externally (with IMCOM and ACSIM)
- Plan is nested within broader Army priorities for modernization and readiness



# Cyber & Engineering Academic Center (CEAC)



136,000 ft$^2$ state-of-the-art facility, planned to begin construction in FY19/20 will:

- **Modernize the Academy's engineering, technology, and mathematics capabilities**,

- **Create advanced cyber education capabilities** to support integration of cyber across all of our programs

- **Compensate for significant shortages in academic space:**, we are **400,000 ft$^2$ below** requirements and authorized levels)

- **Enable us to remain at the forefront of engineering education** and to compete for the best cadet / faculty talent

- **Set critical conditions to enable the broader Academic Building Upgrade Program**

**Timeline:**



**May 2019:** 90% design complete

**Sep 2019:** Award FY19 contract to begin demolition

**Oct-Dec 2019:** Request Congressional reauthorization as ONE incrementally funded project in FY20 NDAA

**Jan 2020:** Award full contract of $197M (If Congress-approved)
- $160M currently programmed
- Insert remaining $37M in future program (FY22)
- **Facility complete: 3QFY24**

**THIS FACILITY IS ABOUT READINESS:** it enables USMA to attract the best/brightest talent, develop them into high-performing leaders of character, and then provide commissioned officers to the Army.

***We need continued Congressional support to see it across the goal line…***

20



# USMA2035: Vision for the West Point Military Complex

**Overarching Vision:**

A *scalable, adaptable, and sustainable* complex of *year-round training* areas and facilities that integrate intellectual acumen and physical performance to *prepare leaders to win* in the contemporary operating environment.

- **Fully modernized** sustainment and training capabilities facilitate **year-round military development across Warfighting Functions**
- **DATE training approach aligned with broader Army vision** for future of military training and development
- **Modernized Mission Command/ Training** capabilities
- **L/V/C/AR environments** enable broader development methods
- Integrated ranges and planned UAS capabilities enable **integration of academic/ research efforts**
- **Integration with ROTC**



| West Point Military Complex – Improvement Vision by Warfighting Function *(Educating, Training and Inspiring)* | | | | | | |
|---|---|---|---|---|---|---|
| **Movement and Maneuver** | **Fires** | **Intelligence** | **Sustainment** | **Mission Command** | **Protection** |
| • Small arms smart range expansion<br>• SQD LFX Range<br>• Convoy Range (Blank)<br>• MOUT/Urban Site<br>• Abrams and Bradley LFX (M240/COAX)<br>• HLZ | • CAS and CCA (dry)<br>• Expansion of MTR and ARTY to include 155MM | • UAS/Drone Strip/Facility<br>• Sims Integration into MSN CMD Facility<br>• Fiber NIPR/SIPR<br>• CCTT, VBS3, EST integration (L/V/C) | • Performance Readiness Facility (CB/NB)<br>• Living Space (CB)<br>• Life Support Infrastructure (CB)<br>• Chow Hall (CB)<br>• Auditorium/Collaboration Space (CB)<br>• Sustainment Facility (flexible warehouse space) (CB)<br>• Ammo Supply Point (ASP) | • Multipurpose WPMC<br>• Mission Command Center (CB)<br>• Mayor Cell/TOC(-) (CNB)<br>• Antenna tower<br>• Cell tower | • ECP (CB)<br>• Perimeter Fence (CB)<br>• Perimeter Fence (CNB)<br>• HWY 293 Foot Bridges |

## Current Conditions:

- **Virtually all facilities either Q3 (poor) or Q4 (failing)**
- **Not designed to accommodate modern training methodologies (designed in the 50's/60's)**
  - *Increasingly difficult to modify structures/ capabilities to facilitate modern training/development pedagogies*
  - *Reduces effectiveness of training/development efforts*
- Structures maintained via "band-aid" fixes over the years
- Annual cost to prep camps for training = $1.5M (+)





# USMA2035: Plan for the West Point Military Complex

## Long Term Plan:

Area Development Planning: integrate and synchronize functional requirements

Phase 1 planning underway; three sub-phases identified for MILCON strategy



| Phase | Submit | Start | Finish |
|-------|--------|-------|--------|
| 1A | 2019 | FY26 | FY28 |
| 1B | 2020 | FY27 | FY28 |
| 1C | 2021 | FY28 | FY29 |

Follow-on phases pending (ranges and training areas)

## Near Term Plan (CST 19):

1. Replacement of AC units (wall mounted) with 40 split-system AC units ($450K) to address L/H/S concerns
2. Roof / building envelope repair (remediate water infiltration issues)
3. Removing dead trees to address safety concerns
4. Increased maintenance and expand de-winterization work
   - Shower repair ($500k)
   - Latrine repairs ($350k)
   - Electrical assessment for tent pads ($63K)

## Mid Term Bridge Strategy (2020-2028):

- 8 to10-year bridging plan to build incrementally toward desired _NEW_-state.
- Includes revitalization of all barracks and key support buildings at Buckner (which will remain expeditionary in nature), as well as those at Camp Natural Bridge.
- Working with IMCOM and ACSIM to facilitate a 5-year SRM funding strategy to enable this phase

| FY19 | FY20 | FY21 | FY22 | FY23 | FY24 |
|------|------|------|------|------|------|
| $2M | $8M | $8M | $8M | $8M | $8M |

Design & mobilization

- 12 Barracks per year
- A/C in barracks
- Correct water infiltration
- L/H/S issues
- Support facility enhancements (C2 & Log nodes, Aid Station, etc.)
- Utility upgrades
- Utility building repairs
- Site work



# West Point Housing Assessment

- Initial report at AUSA

- AUSA/ DA Housing Order Findings



- AUSA/ DA Housing Order Recommendations

- Current Execution of DA Order



68



# *West Point Housing Assessment*

**AUSA Summary:** On Oct 18, former and current occupants voiced concerns about three homes that were believed to be causing health issues, and 23 homes with serious unresolved concerns between BBC and tenants.  Investigation of the three homes found that none of the environmental sampling results exceeded NYS Department of Environmental Conservation (NYSDEC), NYS Department of Health (NYSDOH) or Environmental Protection Agency (EPA) standards

**AUSA Major Recommendations (Continued)**
- Need Incentive Fee Metric for Housing Partners that addresses current issues/challenges
- West Point needs to address infrastructure related to brown water
- Update Annual Housing Checklist
- USMA Cadet Capstone (Work Order Process & Customer Satisfaction)

**AUSA/DA EXORD 102-19 Findings:**
- No Area Development Plan presented by partner
- Work order/ communication system not easily understood
- Arbitration protocol did not work (Mold issues)
- Visible mold found in homes
- Potential for water intrusion (WI) issues identified
- Clogged gutters & drains observed
- Little knowledge of RCI/ BBC's Community Manager and Assistant Manager
- Preventative Maintenance checklist was not fully followed
- Maintenance on HVAC systems needed attention
- Chimneys not inspected or maintained
- Lack of personnel in Government Housing Office

**AUSA/DA EXORD 102-19 Recommendations:**
- Work Order process/Communication needs revision and improvement; and Rent Code App needs to incorporate Historic Homes
- Work Order Policies, Procedures, Roles and Responsibilities
- Increase communication during Work Order's life cycle (Transparency)
- Establish Work Order Management Board
- Follow-up/ status feedback (preferably digitally) updated (app)
- Dispute resolution process clearly defined including where to go and who to talk to when issues arise
- Use of professional environmental personnel
- Increase Government Housing Office/RCI manpower insufficient to perform quality assurance
- Mold/water abatement protocols for arbitration process not adequate (Bring in Expert)
- Establish On-Post Housing System Review (OHSR) board

**HQDA EXORD 102-19 Execution as of 7 MAR:**
- A SharePoint portal was established to allow for both daily and one-time collection of information (i.e., SITREPs, data calls, RFIs)
- Town Hall conducted on 21 and 26 Feb; Established hot line on 25 FEB
- Conducting daily 0730 coordination meeting to go over status of displaced Families/Soldiers, work orders (routine, L/H/S, emergency), status of housing and barracks assessments/inspections
- Currently 5 Family Emergency Housing Work Orders Open
- Leader Housing and Barracks visits/inspections to be complete by Friday 8 March for bulk of Team; waterfall residents complete by 13MAR19
- Privatized Family Housing and Barrack visit schedule is 90% complete
- Moved 2 IRAC, 1 DPW, and 1 LRC personnel to Housing as a stop gap to audit and provide recommendations on systems to better bridge the communication gap and partner TDA
- For Residents moved - Stopped BAH pay, Lodging and Per Diem provided
- Hired *Adaptive* environmental, a neutral 3d party, to inspect mold issues (AHC recommended)
- BBC hired a contractor to begin HVAC preventive maintenance of all housing
- 3d Town Hall (Rent café app rollout/ ADAPTIVE Environmental. Expertise forum Q/A) is being scheduled (19MAR19)
- BBC implement MITOC contract of entire housing inventory (HVAC/Preventive Maintenance. starting 05MAR19)
- DAIG Inspected Housing 4-5 Mar
- DPW developing Area Development Plan for Residential Areas
- IMCOM CG, LTG Becker, visits WP on 17-19 Mar
- Working with BBC to implement Rollout Self Help Store and spring beautification plan with BBC, DPW, Brightview and BBC (Mid-April)

**Prepared by: COL Marson, USAG-WP; as of: 8 Mar 2019**

24



# Force Protection Initiatives

**Outside the Gate: Mutual Aid Partners**
- ➢ Local Orange County emergency management services
- ➢ NYS Police and NYS emergency management services
- ➢ FBI
- ➢ Joint Terrorism Task Force

**At the Gates: Entry Control Point (ECP) Security**
- ➢ Visitor Control Center
- ➢ Random Antiterrorism Measures at ECPs
- ➢ Explosive Detection Equipment-Working
- ➢ Handheld NCIC III Checks (CY 20)-Working

**Inside the Gate: CPRA Security and Individual Readiness**
- ➢ Physical security improvements (Fencing, Turnstiles, Bollards and CCTVs)
- ➢ Insider Threat Working Group
- ➢ Random Antiterrorism Measures within the CPRA
- ➢ Maintain critical systems (Bollards 101 intersection, 606/Thayer Walk)
- ➢ MP roving patrols at key times and events
- ➢ Active shooter training: Individual and collective training
- ➢ Prepare/update Emergency Action Plans
- ➢ Mass Warning and Notification exercise

**Annual Full Scale Protection Exercise-24APR19**



*Mutual aid includes: Orange County 911, DEM & Fire: area EMS; NYS Office of Emergency Management; FBI; NY State Police; Red Cross.*



# *Superintendent's Remarks*

## *Upcoming Key Events*

CIC Trophy Presentation (6 May)
Coach K Awards Dinner (6 May)
USMAPS Graduation (18 May)
USMA Graduation-Class of 2019 (25 May)
Relinquishment of Command, BG(P) Gilland
R-day-Class of 2023 (1 Jul)
Assumption of Command, New Commandant
Superintendent's  Convocation (15 Aug)
Acceptance Day-Class of 2023 (17 Aug)
Affirmation Ceremony-Class of 2021 (18 Aug)
First Day of Classes (19 Aug)
USMA Strategic Onsite (21 Aug)
Ring Weekend-Class of 2020 (23 Aug)
Diversity & Inclusion Conference (19 Sep)
Thayer Award-GEN Ann Dunwoody (10 Oct)
BOV Meeting (22 Oct)



28

**Board of Visitors Meeting**
**West Point**
**13 November 2019**

### *Agenda*

Introduction

Board Business:

      Approval of the Minutes from May's Meeting
      Vote on tentative dates for Winter and Summer meetings
      Superintendent's Remarks

Academy Topics:
      Cultivate a Culture of Character
      Develop Leaders of Character

Upcoming Events

Closing

FOUO 1

**MINUTES**
**BOARD OF VISITORS ORGANIZATIONAL MEETING**
**November 13, 2019**
**Washington, D.C.**

**1.  DESIGNATED FEDERAL OFFICER'S REMARKS.**  Colonel (COL) Mark Bieger stated for the record that the United States Military Academy (USMA) Board of Visitors (BoV or Board) operates under the authority of US Code Title 10, Section 4355.  The Board is an Advisory Board subject to the Federal Advisory Committee Act.

**2.  CHAIRMAN'S REMARKS.**  Congressman Womack called the meeting to order and welcomed the members.  He thanked them for taking the time out of their busy schedules to attend the meeting and reminded the members that the Board of Visitors has an advisory role and is not in USMA's chain of command.  Meetings are a way for members to gather information in an official capacity.

**3.  SUPERINTENDENT'S REMARKS.**  Lieutenant General (LTG) Williams thanked the Board members for their attendance at the meeting, particularly with their busy schedule.  He informed the members they would hear a couple of themes throughout the meeting:  Winning and Character.  He reminded the members of his decision a few Board meetings ago that it would be better for the members to hear from the Staff, Faculty, Coaches, NCOs, TAC Officers, and the Cadets whose lives they touched every day, rather than receive briefings and updates from members of his staff.  As an example, he spoke about Joe Alberici, the Lacrosse Coach, who touches the Cadets he coaches several hours each day, while their instructors only interact with them a few hours each week.  Character and winning must be in the classroom, on the athletic and training fields.  He thanked Madison Nash and Beau Walker, from Congressman Womack's staff, and Samantha Bopp, the Members Service Coordinator for the House Budget Committee (Republican) for their great assistance in helping setup the meeting.  He then welcomed new members, Mr. David J. Urban, Class of 1986, and LTG (US Army, Retired) Guy C. Swan III, Class of 1976.  He then recognized two departing members, Ms. Brenda "Sue" Fulton and COL (Retired) Frederick H. Black and welcomed two new members of West Point's senior leaders:  BG Curtis Buzzard, the 78th Commandant of Cadets, Class of 1992, and Mr. Michael Buddie, the new Director of Athletics.  Lieutenant General Williams then took a moment to acknowledge the passing of Cadet Kade Kurita, from the Class of 2021.  He appreciated everyone's thoughts, prayers, and support to the family.  As the investigation is ongoing, LTG Williams would not comment or share many details with the Board members.  Numerous resources were made available to Cadets, Staff and Faculty, and support was received from the US Army; a team from the Surgeon General's Office and the G1's Ready & Resilient Director visited West Point to review support programs at West Point, from an outsider's perspective.  They then shared some best practices with West Point to help strengthen these programs.  In October, several members of the USMA staff attended the Association of the United States Army (AUSA) annual meeting and had the opportunity to hear the new Chief of Staff of the Army (CSA), General (GEN) James McConville speak.  General McConville spoke about the Army's top priorities, Readiness, Modernization, and Reform.  General McConville made clear his top priorities all came down to people – the Army's greatest strength and its most important weapon system. When the CSA spoke about readiness, readiness comes from cohesive teams which are trained, disciplined, and fit who win by doing things right.  As the CSA said, the Army Strategy calls for smart, thoughtful, innovative leaders of character who can lead and operate in complex environments.  Lieutenant General Williams then noted there would be three panels of Cadets, Staff, Faculty, and Coaches, who would show how USMA is cultivating the culture of character

1

growth through discipline and standards through honorable living, and how the culture of character growth is being cultivated through discipline, standards, and honorable living, and how they're being developed through critical thinking.

**HONORABLE E. CASEY WARDYNSKI**:  Congressman Womack noted, for the record, that the Honorable E. Casey Wardynski, the Assistant Secretary of the Army for Manpower and Reserve Affairs (ASA(M&RA)) planned to be at the meeting later, he was not currently present to make opening remarks.

**5.  ADMINISTRATIVE ANNOUNCEMENTS.**  Colonel Bieger, USMA Chief of Staff, noted the last meeting of the Board of Visitors was held at West Point, on 3 May 2019; a quorum was present and the Board of Visitors meeting included the following:

    a.  Board Business:

        - Elect Chair and Vice Chair
        ˗ Swearing in of Presidential Appointees
        ˗ Review/Vote on 2019 "Rules of the USMA Board of Visitors"
        ˗ Approve Minutes – 9 November 2018 Meeting
        ˗ Set Date for Fall/Winter 2019 Meeting (22 Oct 19-DC)
        ˗ Summer Training Visit (7-9 Jul 19)
        ˗ Status of 2018 BoV Annual Report
        ˗ Assessment of Board

    b.  USMA Update on the following:

        Academy Topics
        ˗ Reaccreditation
        ˗ Campaign Plan
        ˗ Develop Leaders of Character
        ˗ Cultivate a Culture of Character
        ˗ Build Diverse and Effective Team
        ˗ Modernize, Sustain and Secure
        ˗ Strengthen Partnerships
        Upcoming Events

**6.  ROLL CALL.**  For the record, a quorum of the Board was present.  A list of attendees is annotated to reflect members arriving late or departing early is appended to these minutes. Colonel Bieger then directed the Board members' attention to the packets in front of them, which included the following documents, in addition to the agenda and meeting slides:

    a.  Minutes from the May 2019 meeting
    b.  Statement from Mr. Lou Coatney
    c.  Rebuttal Statements from the Class of 1968 President and his wife

**7.  BOARD BUSINESS.**  The following Board Business was discussed and voted on:

    a.  Approve minutes from the 3 May 2019 meeting of the USMA Board of Visitors.  The minutes were approved unanimously, without discussion.

2

b.  Vote on Tentative dates for the winter (Organizational) and summer meetings.

c.  Federal Advisory Committee Act (FACA) Information for Board Members.

d.  Open Discussion.

Congressman Womack asked members if they had any items they wished to discuss before the Board, prior to the Superintendent's updates?  Hearing none, Congressman Womack introduced LTG Williams, the 60th Superintendent of USMA.

8.  **USMA UPDATES.**  Briefing slides are included at Appendix B.

**a.  Superintendent:**  Lieutenant General Williams briefed the Board on a number of items and significant events which had occurred since the November meeting.  He briefed the Board on his priorities of efforts:

Lieutenant General Williams began by noting that USMA graduated 985 second lieutenants on 25th May.  He spoke about the most recent recipient of the Thayer Award, as USMA honored General (Ret.) Ann Dunwoody with the Thayer Award and how the Corps of Cadets very much enjoyed listening to her talk.  He also mentioned that Captain Lindsay Heisler won the Nininger Award.  He noted West Point is the world's preeminent leader development institution, our mission, and that being a leader of character and winning is what we're all about at West Point. He outlined his strategic priorities as Superintendent and two lines of effort that would be discussed:  Developing Leaders of Character and Cultivating a Culture of Character Growth.

He emphasized building diverse and effective winning teams, and his priority to modernize, sustain, and secure West Point.  He noted speaking with the Army Materiel Command Commander and the Secretary of the Army regarding his plan to address issues and modernize Camp Buckner.  The Superintendent mentioned the importance of protecting the force.  We have deliberate exercises on post, and the assistance of the FBI, other national and state assets, and twice-a-year worst-case scenarios to better prepare for the unexpected.  Finally, he mentioned the importance of continuing to develop and maintain relationships with congress, the American public, and our alumni.

Colonel Holly West, Director of Strategic Plans and Assessment at West Point, provided a brief overview of where we are in the ongoing re-accreditation process.  The seven Middle States standards ensure we have a holistic examination across all aspects of the Academy.  We will turn in our self-study examination of those seven new standards on January 1, 2020.  This date is set.  Then, we'll prepare for the visit for our Middle States team.  The chair of that team is Lieutenant General Silveria, who's the Superintendent at the Air Force Academy.  He will lead a team of seven other members who will look at us, come to the Academy for four days, interview, and do a final assessment.  We feel like we're on the glide path and see no issues.  There will be an outbrief on the last day of the visit.

**b.  Panel 1:  Cultivate a Culture of Character Growth – Honorable Living**.  Panelists: LTC Darcy Schnack, CPT Sarah Ryan, CDT Bradley Wanovich, CDT Kathryn Seyer, CDT Grace Blackwell.

Lieutenant Colonel (LTC) Darcy Schnack, Director of the Center for Enhanced Performance, led the first panel, discussing Developing Leaders of Character.  LTC Schnack is also co-Chair of the Character Integration Tiger team along with fellow co-Chair, Dr. Jeff Peterson.  The team

3

was formed in April of 2019 and is comprised of 15 members representing all directorates.  The Superintendent charged this Tiger Team with integrating the prevention of sexual assault and sexual harassment into our character development framework.  The Tiger Team is focused on integrating individual character development into cadet summer field training, into our new staff and faculty development, and planning and executing Honorable Living days and character lunches.

Lieutenant Colonel Schnack introduced four leaders of character who help West Point cultivate our culture of character growth.

Captain Sarah Ryan, a member of the faculty who teaches our capstone course in Officership.  Captain Ryan spoke about her motivation to come back as a West Point faculty member to coach, teach, and mentor cadets both in officership and honorable living through role modeling.  She came to West Point through the Eisenhower Leader Development Program.  She and her husband each earned their master's degree from Columbia University in Organizational Leadership and Psychology with follow-on assignments as tactical officers and instructors.  She sought a position in the Simon Center to teach the First-Class Cadets' Capstone course in Officership.  Officership's focus on the importance of character, ethical decision-making, and what it means to be an officer – Army officer – appealed to her.  In this course, she leveraged the past eight years of operational experience to help put the material we teach into context.

In addition to instructing, she also manages the Simon Center's Special Leader Development Programs for Honor and Respect, overseeing the development and growth of identified cadets who have demonstrated poor behavior through an intense six-month rehabilitative process where cadets complete a series of intense reflective assignments with each cadet's push to think more critically about their behavior with developmental coaches.

Cadet Brad Wanovich, the Brigade Honor Captain, who exercises stewardship over the cadet honor code and system.  In this role, he is responsible for coordinating and supervising all aspects of honor education, honor investigations, and the general function of the Cadet Honor Committee.  The Honor Captain stressed it is important to instill the foundation of honor within new cadets during Cadet Basic Training.  He shared that everyone would be tested during their 47-month experience at West Point.  They would be tested academically, physically, and militarily; all with measures in place to judge their abilities.  More importantly, he conveyed that we cannot fail in our honor.  Through self-reflection and the internalization of the Cadet Honor Code, each person that enters West Point can become a better cadet, leader, and individual as a whole.  Character education does not stop after Cadet Basic Training; it continues throughout cadet careers.  Honor is not only important at West Point, but it is integral to the profession that we are about to join.

Cadet Kathryn Seyer, the First Regimental Trust Representative, advises the cadet chain of command on matters regarding command climate, sexual harassment, and sexual assault prevention.  The Trust Committee is in its second year of existence at West Point.  This program was formerly called Cadets Against Sexual Harassment and Assault, or CASHA.

The mission of the Trust Committee is to educate the Corps of Cadets in such a way that inspires all to trust, respect, care for, and accept others as members of the West Point family and the Army team.  This mission supports the committee vision, which is to strive for a culture that refuses to tolerate sexual assault and harassment through 100% ownership and dedication to the West Point family.  The Trust Committee consists of four brigade-level positions, four regimental advisors, and 72 company-level officers and COs.  The Trust Committee serves as

4

subject matter experts for commanders with the cadet chain of command.  We advise commanders on issues regarding command comment, sexual assault, and sexual harassment prevention.

This committee also works to promote a positive and accepting environment throughout the Corps.  One way to accomplish this has been through the two Honorable Living days, which were held this past February and September at the Academy.  The first day served as a call to action for all cadets, faculty, and staff to take ownership of the problem of sexual assault and sexual harassment within the Corps.

In September, the focus was more on discussing why sexual assault and harassment occurs as a result of biases, different backgrounds, and many other factors.  These Honorable Living stand-down days have been influential to the role that cadets take in the fight against sexual assault and sexual harassment.

Cadet Grace Blackwell, the Brigade Respect Captain, supports the cadet chain of command by overseeing the practice and development of respect within the Corps of Cadets.  Cadet Blackwell has initiated a pilot character accountability and development process with 15 cadet companies called the Peer Respect Development System or PRDS; this program necessitates peer-to-peer conversations.  It is designed as non-punitive corrective development that facilitates an incremental approach to character development.

Different to the institutional development program for respect called Special Leader Development Program or SLDPR, PRDS employs senior cadets – not officers – as developmental coaches who walk enrollees through a two-month-long reflective journey.

Additionally, it implores senior cadets in the Corps to take ownership over their unit's behavior, indicative of real expectations for commissioned officers.  To date, there have been 13 individuals reported; six of which have been enrolled in the Peer Respect Development Program, one of which has been enrolled in the institutional program, SLDPR, four who received counseling and two of which are still pending.

Another initiative of the respect program is helping to design West Point's Honorable Living Day this coming January, during which the entire post – cadets, faculty, staff – participate in a day devoted to reflection and development of character.  These Honorable Living Days allow the Corps to pause, think critically, and reflect on what it means to not only be a cadet or an officer, but a person of character within all realms of society.

Lieutenant Colonel Schnack opened this discussion to questions for the panel.  The first question asked, was "What do you see coming in with the plebe class each year?  How well-prepared are young people coming out of high school or out of the Army, coming to the Academy?  Are there shortfalls in this area that the program is designed to catch up with?  What's the observation on the incoming class that you've seen?"  CDT Wanovich addressed this question, indicating that admissions does a very good job of screening individuals who are brought in, and that they are usually at a baseline standard of character.  He acknowledged that some individuals come from very diverse backgrounds and that the four years of character education teaches about a profession they are a part of where your honor and integrity are extremely important.  It is no longer acceptable to lie, to cheat, to steal, or to be disrespectful to peers and subordinates, and some come better prepared than others.

5

Lieutenant Colonel Schnack offered that generational differences are existent.  For example, this iPhone generation communicates digitally which creates some discomfort in interpersonal communication.  The idea of making a correction or intervening in a situation that might be risky is a skill set that we need to work on as an Academy to help develop.

The next question asked was, "Do you feel that the free exercise of religion is in any way impaired at West Point?"  CDT Blackwell answered by indicating he didn't believe so.  "A big initiative of West Point, and a huge change that I've seen throughout the last four years has been our focus, not just on diversity, but also, inclusion.  I've never seen religion, specifically, be inhibited at West Point.  I think that the Corps of Cadets does a phenomenal job at being incredibly inclusive."

Mr. Swan asked, "Are you sharing these experiences with other sources of commission?  With Army ROTC?  With other universities?  Or is there communication there?"  CDT Blackwell addressed this question, noting the number of conferences and conversations about ethics that have occurred throughout this past semester.  It was also noted that West Point hosted its annual ethics conference a month ago where ROTC students attended.  The ROTC Cadets participated in a leader challenge exercise indicative of the kind of ethical conversations that West Point Cadets grapple with.  Lieutenant Colonel Schnack offered that we work with our sister academies and meet regularly to talk about character development.

Representative Davidson asked, "What is the trend-line on sexual harassment?  There seems to be a heightened sensitivity universally in our culture about sexual harassment.  So, that may or may not reflect, following onto General Swan's question, about the proclivity of the new class toward that.  Is there less of that?  What are the metrics of this?  What is happening?  I mean, is there a decline in this because of the programs?  The emphasis?  The discussion about this in the culture?  I mean, what is going on?"

In response, LTG Williams noted the trend line is lowering down for sexual harassment.  He considers this to be, in part, because cadets are empowering themselves to confront each other and take care of it at a lower level.  He also pointed to the sexual assault/gender relation survey two years ago – we'll take it again in April – where our numbers are relatively low.  The assault numbers weren't low, but harassment was.

Samantha Ross, USMA SHARP Program Manager, added that USMA had seven reports for harassments last year.  "On the SAGR survey, the percentage of students that indicated that they have been harassed is close to 50%.  But then, when they're asked further to talk about whether they reported those incidents or not, most of them say no.  And then, when they're asked why, they say because they handled it.  So, when we talk about how to handle sexual harassment, there's an escalation of response.  And the first piece that we ask them to consider is to address it themselves.  When we see the data that shows that there's a pretty significant amount of sexual harassment happening, but then, in the follow-up questions, they are given opportunities to explain what they did and why, and it seems as if the work that we're doing to give them the tools and the strategies to address it at their level is having an impact."

Mr. Urban spoke about how young people don't interact like they used to because of iPhones and smart phones.  "People don't talk to one another; they don't confront one another."  He applauded what West Point is doing to encourage cadets talking to one another, discussing their differences, face-to-face and not hide behind social media.  He then asked two questions, how do we define sexual harassment, and could we talk more about sexual assaults.

6

Representative Womack asked if some unwanted sexual harassment would be included in the definition.  Samantha Ross addressed the question, indicating the definition in the survey is very specific to the law of what sexual harassment is.  Cadets are then asked, "Did any of these things happen to you?"  And it's very specific.  "Did someone make a joke?"  "Did someone talk about your gender?"  So, it really pulls exactly what those are for the sexual harassment.

Samantha Ross responded by indicating there is a gradation of the types of behaviors that people are reporting that they experience in the harassment arena, as well as sexual assault.  A third of the cases were touching, a third of the cases were attempted penetration, and a third of the cases were successful penetration.  Further, we have the same level of fidelity on the types of behavior that are harassment.

Lieutenant General Williams then asked the Cadets who would be speaking to address the question of why efforts to reduce sexual assaults were not making a difference.

Cadet Seyer indicated that the two Honorable Living Days resulted in a lot more cadets feeling empowered to report their sexual assaults.  There is a culture being built where cadets feel safe and trustworthy of the system to be able to go and say, "This happened to me.  I'm trusting you to then adjudicate appropriately."  While acknowledging "we have a problem," CDT Seyer reiterated, "I think that that level of empowerment has improved even as the four years that I've been here - the empowerment of lower-level cadets to take ownership of this problem and ownership of their fellow cadets and keeping them in line."

Mr. Urban asked how peers at other colleges were doing in comparison to West Point.  Cadet Seyer responded, "I think we're doing a better job than any other university."

Sue Fulton noted that most of the members of the BoV have changed and that it may be time at our next meeting to do the deep dive again to understand the definitions, numbers, and the numbers going up and down.  This was supported by LTG Williams.

Mr. Black cited the role of alcohol and living off-campus as contributing factors in his observations at the University of North Carolina.  He asked what effect these two factors might play.  Lieutenant General Williams indicated that the panel would address this issue later.

Representative Womack asked if we do a better job because the consequences are greater?  Or do you think we're doing a better job because we're just better at convincing, from the plebe year on, that this is a different institution with a different mandate?

Cadet Seyer indicated she agreed mostly with the second statement.  "I think that, again, as we have all three alluded to, we call people to live a higher standard.  I think everybody who comes to the Academy knows that coming in; when they sign the dotted line or raise their right hand on R-Day, they accept that challenge.  They accept the challenge to live above the common level of life.  I think that we try to feed into that and we, again, demand them to be better.  I think, obviously, the punishment probably plays into it, as it does with most things, just from a self-preservation kind of standpoint.  But I think it is mostly due to what we demand of cadets on day-to-day life."

Colonel Bieger offered, "One comment and a warning for everyone."  "The sexual assault/sexual harassment piece is the 50-meter target that's in our face today.  But this is really about what happens down-range after graduation, standing in front of a platoon of Soldiers where there will still be sexual assault/sexual harassment.  But there'll be suicide, there'll be family problems,

7

there'll be safety issues in combat and on ranges.  To me, this is all about caring for your Soldiers.  Right now, it's sexual assault because that's the close target; but I think we need to keep that in mind.  And the warning is if we, in the profession, don't police ourselves, these guys, the members of Congress will take that away from us.  We have to police ourselves."

**c.  Panel 2:  Cultivate a Culture of Character Growth-Discipline and Standards**.
Panelists:  BG Curtis Buzzard, COL Kyle Marsh, CDT Dane Van de Wall, CDT Kevin Shinnick, CPT Christina Fenstermaker, CPT Sarah Ferreira

Brigadier General Buzzard introduced himself to the BoV, as the Commandant of Cadets at West Point.  "I arrived in late June, been on the ground about four months.  I came from being the Deputy Commanding General out at 7th ID and before that, commanded our combat training center in Europe and a brigade in the 82nd Airborne Division.  I am a '92 graduate, commissioned as an infantry officer.  We are a military family; I married an Army vet.  My oldest daughter is in grad school, but married a 2018 West Point graduate who's deployed right now in Afghanistan.  I also have two other daughters are on their way to being commissioned officers."

Brigadier General Buzzard then provided introductions of the next group of panelists:
– COL Kyle Marsh, a Brigade Tactical Officer for the Corps of Cadets.
– CDT Dane Van de Wall, the Brigade Commander of the Corps of Cadets.
– CDT Kevin Shinnick, Brigade Sergeant Major.  Prior to becoming a cadet, he was a sergeant and deployed twice with his Ranger Regiment.
– CPT Christina Fenstermaker is a 2009 graduate of West Point.  She served as an Army aviator, deployed twice as a flight platoon leader, an Apache maintenance platoon leader, Black Hawk maintenance platoon leader, followed by two company commands at Fort Campbell.  She is currently serving as the H4 Company Tactical Officer at West Point.  She went through the master's program provided through the Eisenhower Leadership Development Program.
– CPT Sarah Ferreira is also a 2009 graduate of West Point, classmates with Christina.  She has been a platoon leader, company XO, and a company commander both at Fort Hood and Fort Drum.  She was deployed in support of Operation New Dawn in 2011.  She is currently an instructor with the Department of Physical Education, teaching military movement.

Brigadier General Buzzard provided some context for the group, indicating his central theme and some focus areas for cadets.  His main theme is mastering the fundamentals - getting the basics right before commissioning.  The first focus area is discipline and standards.  Secondly, fitness.  Physical fitness, but also on the performance triad – on fitness, sleep, and nutrition - getting good routines and habits and building those while at West Point.  Third is about being a warrior; about mastering foundational military competencies, developing that warrior ethos, and that sense of grit that the Superintendent talks about.  Fourth is to be adaptable.  "When you look at our current and future operating environment, you know, they've got to have those first three foundational things with respect to discipline, standards, fitness, and foundational competencies.  But they've got to be critical thinkers.  Finally, they've got to be a great teammate.  We've got to treat one another with dignity and respect.  They've got to genuinely care for one another."

Colonel Marsh expanded on the adjustment to "re-establish" the standards and discipline within the Corps.  So, in the classroom, in the companies, in the commissary, the whole community of professionals is looking to further professionalize the cadets on their 47-month journey.

8

He noted that discipline overall is improving, as well as uniform, pride in appearance, room standards, customs, and courtesies.  One marker of performance compared this first quarter's boards (Article 10 boards).  We're down 28% at this point, this first quarter versus first quarters of the last two years; there is less misconduct going on.

In terms of alcohol, it has been looked at hard.  When we look at sexual assault, many times, that is a common thread, may have exacerbated that problem.

The Superintendent was very clear, the First-Class Club needs to be a first-class club for the first class.  The only way that a Cow goes in is that they must be invited by a Firstie; and they can only go in between Thursday and Saturday.  Cows are only allowed to drink on post between Thursday and Saturday; not Monday, not Sunday through Wednesday.  So, we've begun to put some restrictions on the Corps on when they can drink.  Plebes and Yearlings do not drink at all, even if they're of age, on the West Point military installation.  We see alcohol as a privilege, not a right.  It comes with responsibility and maturity.

Sleep has been looked at - we have set lights out at 01:00.  "Prior Army studies indicate that you need at least five hours of sleep a night.  If you get that for more than two nights in a row, you're operating as though you're under the influence of alcohol in your decision-making.  So, the Commandant and I said 01:00, all lights are out, and most of them are going to bed before that, but we're forcing that at 01:00."

Lastly, the Superintendent has now authorized the forfeiture of pay as part of the Article 10 process.  "He has authorized only the Commandant and I at this point to do that.  I've implemented it four times to date, and it's not just a standard thing.  I'm looking for the right cases, because it is seismic."

Cadet Van de Wall noted that the Saturday morning inspection (SAMI) has not gone away.  This makes sure that cadets focus on attention to detail.  Uniform inspections and haircuts have also been given attention.  Barbers were talked to ensuring that cadets were given out the right haircuts; and we made sure everyone knew what the standard was.  Inspections were changed to Monday mornings with the barbershop now open on Sundays to give additional haircuts.

Other changes include having the barracks arrangement guide.  Drawers that the wardrobe is on are an inspectable piece of a cadet's room.  The idea is to focus on setting those good hygiene habits.  Forcing people to do their laundry, to fold it properly and neatly, and have that attention to detail in their rooms.

Some policy changes were made regarding alcohol.  We did take hard alcohol out of the First-Class Club, added additional Firstie guards.  Now, we have five Firsties who are tasked every evening to go down to the First-Class Club.  And two of them are checking IDs and just walking around the Firsty to make sure that nothing is getting out of control.  We also have three additional guards that are walking the path back from the Firsty to make sure Firsties get back to their companies and link up with their company officers.  And two other guards who are just making sure people are battle buddy pairs and there's nothing getting out of hand at the Club.

We added a CDO and UDO (a Firstie and a Cow), two cadets who are in charge of getting accountability at night.  These cadets are on watch for an additional hour and a half after taps.  So, at 11:30 everyone needs to be in their room, and we get accountability.

9

Focusing on fitness, the Army Combat Fitness Test (ACFT) prep, we've gotten a lot of additional equipment already with Conexgens, which are essentially mobile fitness centers that have weights for cadets to use to practice for the ACFT.

For lethality, we continue to use our simulation centers where cadets can practice shooting M4s and we're also working on making sure we can have them out to the ranges as much as possible.

Cadet Shinnick noted the emphasis this year on standards and discipline highlighting a presence among leaders. We now use a checklist, for example, when conducting uniform inspections – going item-by-item. Drilling still occurs twice a week – with about 10 parades conducted by the end of the semester. We brought the old guard up to teach us and refine our movements and how we conduct drill.

Captain Fenstermaker provided some additional detail on the Eisenhower Leader Development Program and how she uses that in her role as TAC officer. She noted that West Point cadets consistently face challenges in NCAA athletics, academics, and the basic fundamentals of mission planning. "West Point cadets also face trauma. They face mental health issues. They face loss of family members. They come to my office and I just sit and actively listen to understand the root of a problem, and I learn a lot of skills through my elective adult personality and psychopathology and understanding maladaptive and healthy behaviors. So, with executive coaching, I'm able to correlate other realms of their life, whether they're financially unstable or they have an unstable family or they're academically struggling.

"The concepts and theories learned through the Eisenhower Leadership Development Program are very beneficial. After I had two company commands where I prepped my company to serve in Afghanistan, I would've had a completely different approach as a leader, as a company tactical officer, if I were a direct hire. The ELDP program gave me a moment to pause, look in the mirror, and reflect on what kind of leader I have been and what kind of leader I wanted to be over a span of a year. The program has also been beneficial for my TAC NCO, who I have a very close relationship with professionally. He is a product of the Benavidez Leadership Development Program, as well, and they go over those concepts, theories, and aspects in a two-week timeframe."

Captain Ferreira elaborated about how West Point is transitioning to the new ACFT. We continue to commission leaders that are physically fit and mentally tough. We do that through our rigorous, iterative, and developmental physical education curriculum, through our fitness testing, and through our competitive sports program.

Our curriculum hasn't really changed in the last 10 years or so. We still require cadets to take seven core courses that consist of:

- Military Movement, the gymnastics-based course taught to all freshmen
- Plebe Boxing; for both male and female cadets
- Survival Swimming (sophomore or Yuk year)
- Foundations of Personal Fitness
- Combatives (Cow or second-class year)
- Lifetime physical education (Golf, Scuba, Racquetball, Climbing)
- Unit Fitness Foundations (Firsties)

10

Our competitive sports program remains very robust.  We have the Corps squad teams, 16 competitive clubs within DPE, and company athletics and intramurals.

Of note, last year, we had six of our competitive club teams earn national championship titles.  Those teams include Men's Boxing, Orienteering, Judo, Power Lifting, and Men and Women's Handball.

In terms of fitness testing, we still have the indoor obstacle course test.  That is a graduation requirement.  It is also an annual testing requirement for the Yuks, Cows, and First-Class cadets.  Cadets continue to get faster at this thing.  The Class of 2020, the Class these two young men represent, 32% of that class earned a TAD, which is an A-minus or higher, on that event.  We currently have the Academy recordholder, Cadet Trayvon Turner, who's Class of 2021.  He earned the time of 1 minute and 57 seconds and is looking to break his own record next week when he runs it again for his Cow year requirements.  Just last week, we had a young lady break the academic year record with a time of 2 minutes and 41 seconds.

So, cadets continue to get faster, they get fitter every year.

We have the new Army Combat Fitness Test, that is going to be the Army's test of record starting 1 October 2020, which is a pretty big shift from the Army Physical Fitness Test (APFT).  The ACFT is a six-event test measuring muscular strength, power, anaerobic endurance, and aerobic endurance.

There are six events.  It is now on a 600-point scale.  In order to get the cadets ready to take this, we administered a diagnostic test to the Class of 2019; once in the fall and once in the spring.  One, to make sure that our processes were straight with the test administration, but also, to do some initial data collection to see how well our cadets are scoring against the proposed scoring standards; the Army has not adopted those yet.  Those will be coming out shortly.

In the spring of 2020, these cadets, along with the entire Corps, will take the ACFT in the spring – diagnostic, of course – one; to gauge where they're at physically and for us to see where we can improve in terms of curriculum and in terms of how do we weave the ACFT throughout summer training, throughout our curriculum, and how do we get the cadets ready and motivated to train for the test.

Brigadier General Buzzard asked CDT Shinnick to comment on some of the cadet functional fitness activities.  "The culture of fitness, it's never been better.  We have these BeaverFit conex containers; they're about 20-foot boxes.  We've been able to put them in North Area in Legion Square and open them up.  They contain about 12 barbells, bumper plates, sandbags, kettlebells; a variety of physical fitness equipment that now, throughout the day, cadets can use on their own free time.  And so, you'll be walking through North Area, whether we're having a barbecue or not.  During the barbecue, now, people are working out and encouraging other people to work out, so, there is a lot more visibility.

Then, on top of that, once a month, we're having Corps-wide physical fitness competitions.  We had two and; we have one more coming up on 15 November.  It's a Fittest Pair competition so, companies are sending a pair or two to compete in these events, and they're highly publicized.  And it really is to foster a culture of competitiveness, and physical fitness.  Each of these brigade-wide fitness events that we're holding, are tailored to what's coming in our future.  We're incorporating portions of the ACFT, as well as other physical fitness dynamics, that the

<div align="center">11</div>

Army is moving toward.  And then, with the ACFT, we're also modifying our gym just to enable more cadets to be able to work out more efficiently, and have the equipment needed.  Maybe, kind of kicking to the curb, some of the other equipment we don't need like 30 treadmills when people should be running outside anyway.  We're opening up some extra space."

Mr. Urban asked, "I assume, since Cows can only go to the First-Class Club and drink on Thursday through the weekend, that first classmen can go there all week?"  Brigadier General Buzzard indicated, Yes.  Mr. Urban indicated he was wondering what the thinking is behind this – "and I would appreciate what the cadets think about it, as well – is given the effects of drinking and sexual harassment and assault, and the disruptive effect of alcoholism in families in our culture; what's the policy thinking behind – why we do what we do – why do we have a bar open at West Point for cadets? Seniors, I guess, and juniors."

Brigadier General Buzzard responded that he and the Superintendent talk about this quite a bit.  "They're going to be exposed to this when they're commissioned anyway, and we want to teach them responsible alcohol consumption while they're at West Point.  In the First-Class Club, the way it's organized, designed, the leadership that's down there, not only cadets, but officers, the way it's managed, creates really a great environment to do this in a way where we hope to produce people to go out in the Army.  We don't punt this problem out to a Battalion or Brigade Commander that has – West Point commissioned officers develop a reputation of not behaving properly out there."

Lieutenant General Williams added that when you're looking at the cases that come forward in terms of when alcohol is involved, from the sexual assault perspective, it's occasional, but it's not that many.  "Most of our issues are underage off-post because that's where a lot of the cases that come to me, and these are cadets that will go off-post, underage.  They're getting it from somewhere, that's what we try to figure out.  But it's actually – they either do something to get caught by the local police or other cadets find out and they are reporting them, just out of duty in terms of policing their own.  I don't see a lot of issues, Sir.  I'll let the cadets talk.  I don't see a lot of issues coming out of the First-Class Club and I think it's actually achieving our desire almost to teach them responsibility before they enter into the force."

Representative Davidson added, "I think they've done a good job setting a safe environment and holding their peers accountable."

Cadet Shinnick offered the cadet perspective indicating that West Point is interested in responsible drinking, "I think West Point blows it out of the water in terms of the fact that we're in an environment where there are several people watching.  There's no hard liquor.  I think that with all the things that we've done to kind of implement a safe environment, I think we're doing the right thing."

There was interest in military training on the weekends – what is it like, frequency, etc.  Brigadier General Buzzard indicated he has asked for a fitness component.  "There are some foundational military things we ask them to do, really build on lethality.  It's also driving an expansion that Colonel Al Boyer could talk to in the next panel on simulations.  Getting out to a range and shooting in the A/C weekend can be challenging for the whole Corps to do.  There's so much we can be doing in the synthetic training environment, which is a huge modernization that we're going to achieve."

Cadet Shinnick indicated this fall had three A/C weekend trainings because of football, in the spring, we'll have seven.  He then provided much detail on the focus on basics and what will be

12

accomplished on those weekends.  He outlined how one weekend builds on the training from prior weekends using preparation for the new ACFT as an example.

During the seven weekends of the spring, events include plebes being trained up and ready to be team leaders.  Cadets who are going to Air Assault – or airborne school are validated on the 12-mile ruck or completed the Air Assault Obstacle Course Tests.  There are also conditions and preparations set for the summer - driver's training, getting ready for the things they're going to do in cadet field training, and cadet leader development training.

The other pending change – "Army has a new marksmanship qualification standard that's coming out.  And it is hard; much harder than what there is right now.  You know, double the amount of distance targets at 300 meters, magazine changes, firing at different – so, that's something that's implemented next October that we're going to start training on this summer."

Mr. Urban's concern was "a little bit on the esprit de corps, law, and camaraderie side of things of the house on the Commandant/BTO side.  I don't like the fact that cadets become more insular.  Everyone has an iPhone, everyone's more – we've become a lot of Army of One.  I hear a lot of great things about individual PT tests, I'm crushing it on the IOCT, you know, I can max this thing.  You know, I like to see – and I think there's value in running, as a Corps, you know, the intramural sports, a lot of the connectivity that you gain upon the field of friendly strife stuff, right?  That I think we need to emphasize more."

"I applaud the Supe and the Commandant on the hard alcohol piece, I think that's an issue.  I think taking that away takes a lot of issues off the table so, I applaud that.  I applaud your moves in terms of your Article 10s and taking cash from folks.  I think electrical appliances in cadets' rooms are a mistake.  People have rice cookers and blenders and toasters.  I don't see a need.  You shouldn't be kind of holed up in your room playing Xbox as an individual.  I think that is something that you shouldn't encourage, and we do.  I think it's a mistake.

"Finally, I have a question about meals.  How do we get to where we are in meals?  And what's the thought process on meals?  Because, you know, I know there's a move – we give cadets more time, but that we're not eating together, we're not coming together as a family.  You know, every family knows, or everybody around you knows, you have Sunday dinner together, right?  Everybody gets together Sunday lunch.  You know, when I was a cadet, we ate all the time together, right?  And I don't like the move to – you know, everything we do to kind of disintegrates the Corps, I'd like to see us try to move back together.  So, more things together, more PT together, more meals together.  You know, you play an Xbox, play it in the dayroom with your peers, do things together.  I see a lot of individual cadets now.  So, my other question, I guess, in that whole rant, is really, what about the meals?  What do we do to eat together more, and maybe run together more?"

COL Marsh responded, "I don't know when the breakfast went out, to be frank with you.  But, I will tell you, the Commandant and I have looked at this and we've – first of all, we're trying to go back to a Sunday night dinner recall formation with a sit-down meal.  And we're also looking to see if we should we go to a mandatory breakfast, almost back to what we were used to.  Our challenge has been the DFAC contract has been under review – it's been contested and we have not been able to change the contract.  I think we're now, after the first of the year, getting some momentum where we can start – if we want to make some changes, the conditions are now being set."

<div align="center">13</div>

Cadet Van de Wall noted that a lot of companies will do company PT on those A/C weekend trainings on the Friday or Saturdays and, also, weekends outside of that.  With all the intramural teams, people are still doing PT or playing sports with their companies.

Representative Murphy had a few questions about using simulation for training.  "My home district is the home to Army and Futures Commands, STEE cross-functional team.  So, I'm just curious about what systems you use.  Are you integrated into that?  Are your requirements met by the cross-functional teams? Do you train like Army does?  Are you using the same sorts of platforms?  What percentage of time do you have your cadets on simulated training versus actual training?"

Brigadier General Buzzard commented that it's incorporated into the courses.  He mentioned VBS3, when they fight it in simulation and have engagement skills trainers for weapons.  We would like to be recognized officially as one of the Army Simulation Centers.

We are working to build a simulation center of excellence – programmed into the barracks upgrade program.  We are going to have room for much greater capacity.

Lieutenant General Williams commented, "So, Congresswoman; good, but getting better.  My vision is a live virtual constructive experimental background at Camp Buckner.  I mentioned earlier Camp Buckner.  We're well on our way to fixing – but Camp Buckner has not been transformed since the 1940s.  It was built by German POWs for German POWs. The BoV was out there and they said, "Williams, this sucks."  I said, "Yes, Sir, it does, and we're going to fix it. The Army senior leadership, the Chief was out there right after the Congressman was out there. I just had the Secretary of the Army out there and I just had Gus Perna, our Materiel Command. And we've got a good way forward in fixing Camp Buckner."

Brigadier General Buzzard mentioned we are getting great support now and that we are in a good place.

Representative Womack and Representative Murphy added their support.  Representative Murphy indicated they have worked very closely with General Gervais, as well as the local STEE.

Lieutenant General Williams noted, his intent to provide his plan at the next BoV meeting in January, when he will lay out the 2035 vision.  "We're prepared to do that in January and lay out the vision of Buckner and it'll be laid out this summer."

   **d.  Panel 3:  Developing Leaders of Character**.  Panelists:  BG Cindy Jebb, Mr. Michael Buddie, Dr. Susan Carter, MAJ Elizabeth Lazzari, COL Alan Boyer, Coach Joe Alberici, and CDT Michael Shin.

Brigadier General Jebb introduced the participants in the third panel.  Her introduction centered around the security environment in which our graduates are asked to lead and win in – indicating the importance of a strong moral, ethical foundation and the necessity of critical thinking and adapting quickly.

Doctor Carter is an Associate Professor of Economics in the Department of Social Sciences. She also serves as a research analyst in the Office of Economic and Manpower Analysis.  She spoke about her approach to cadet development as a researcher providing understanding on issues that varies from sexual harassment to research projects.

14

Major Lazzari is a USMA graduate, corps squad volleyball player, and rotating military faculty member.  She expressed the importance of identity formulation and self-understanding as important in order to be an effective warrior.  Major Lazzari spoke of learning to win while at West Point, "overcoming injuries, through tiredness, through emotional exhaustion, through breakups, through whatever was happening in my personal life; and go out there in front of a crowd and perform, not only for myself, but for my team and rally everyone around me."

She was commissioned as a Medical Service Corps Officer and served at Fort Campbell, 4th Brigade Combat Team as a female engagement team member on her first appointment to Afghanistan.  This involved clinic assessments in the local community, working with women and children.  Those engagements as well as her time as a graduate school student at Yale helped her to realize the importance of critical thinking and adjusting to what the missions of the day were going to be for her team.

Colonel Boyer has spent two years in Brigade Command, 1st Brigade of the 101st.  Then, most recently in the last two years, he was the Director of the Commanders Action Group for the AFRICOM Commander.  He has deployed 7 times during his 18 years of service, and he has been at West Point about 3 months.

Colonel Boyer suggested, that starting in the academic year, we put cadets in situations in field training, more in the context from which they will fight.  "Simulations – virtual training, synthetic training environment is a way to immerse cadets in a high-end, multi-domain fight all year round."

Brigadier General Jebb shared that 50 faculty alums were just on the most recent battalion brigade command list.

Boyer shared what he saw in our graduates, as well as our faculty alums who worked for him.  "The agile and adaptive leaders that we define and describe that we want in our mission command doctrine, West Point leads the way on that."

Coach Alberici was at Duke University for nine years as an Associate Head Coach and had just went to national championship game when the opportunity arose with Coach Emer's retirement, I came to West Point.  "I wanted to be part of something that was big, and there's nothing bigger than United States Military Academy, what it stands for, and what our people go on to do.  I wanted us – I wanted an administration that wanted to win as badly as I wanted to win.  And we certainly found that in our athletic administration and that's continued throughout my 15 years.  But it's gone further than I even thought, and just that winning culture permeates all areas.

And then, I just want to feel great about what I represented.  A lot of what a college coach does – and certainly, the time that I spent on the road recruiting and representing West Point – I wanted to feel good about what I represented, and what the opportunity that we could present to young Lacrosse players who were going to go on to do something special."

Coach Alberici spoke of the importance of his support for the academic and military teams that cadets are also involved with, and the growth that he sees in cadets.  "What's most rewarding, is, now that I've been here 15 years, to see the men that they've become, the fathers that they've become, the warriors that they've become.  And it's just an incredible honor, again, to just see that and see how far they have come – a lot of them, because they wanted to be

15

Lacrosse players, they want to win a national championship.  But how they've grown into being great soldiers to great officers, great leaders, and again, great family men."

Cadet Shin introduced himself as a first-generation American who was born in Seoul, South Korea.  His family immigrated to Ann Arbor, Michigan, in 2002 when he was eight years old.  He shared how he drew upon his background as he developed going through West Point.  "There are a lot of other cadets just like me who are first-generation Americans that came to this country for better opportunities but wanted to serve and be in the Army and be part of something greater than themselves."  He shared how the staff and faculty have helped assist him with his own journey.  For example, he mentioned how outside the classroom they host cadets into their homes to talk about things outside the uniform and how he thought this was very important.

Mr. Buddie introduced himself, noting that "six months ago, I was as civilian as civilian can be.  But I've had the opportunity to be on two Presidential cabinets and two previous private institutions.  And I'm thrilled to be a part of this one because this board of directors is more functional and more active than any that I've been associated with.  And it starts at the top, obviously, with the Superintendent.  But its simple formation seems to work.  And by that, I mean the Commandant does not talk to me about how to throw a better curveball.  And I don't talk to the Dean about what literature that they should teach, and she doesn't talk to the Commandant about what weapons to fire and how to do it.  But what we all do expect and demand from all of those who work under us is a commitment to character development.  And so, that is the common thread that runs through all four pillars and I'm thrilled to be a part of it.  We are committed to winning, obviously, but we will never prioritize winning over acting with character. "

Mr. Swan inquired as to the process for re-integrating rotating faculty back into the course.  Brigadier General Jebb responded by noting we make sure we get the right folks to serve on faculty.  "We talk with senior leaders around the Army to ensure that they're encouraging such an assignment, because you can see how transformative it is, as folks go back to serve in the operational force.  While they're here at West Point, they go through their own development with research and working with cadets.  And then, we're getting them ready.  That whole process of operating outside your comfort zone, really stretches folks.  And the value added is just tremendous in terms of their talent.  So, when they're going back out as field-grade officers, they're better articulators, they're better thinkers, they're better writers.  They have that skill set now of having coached and mentored cadets, which is the skill set when you work with junior officers."

COL Boyer added, "I call DMI the Department of Motivation and Inspiration because I think we should be able to inspire passion towards the Army not only for cadets, but for faculty.  Because I have folks that are going to go be future field grades, future battalion commanders, and lead the very people we're teaching right now.  And so, I think they're as important a focus for us as the cadets."

Mr. Black noted that "the faculty that we send out, that other graduating class is important in playing the role of identifying future faculty members amongst those lieutenants in their unit."

Dr. Wardynski indicated, "the West Point brand has never been stronger.  The Superintendent has continued to strengthen that brand and then, begin systematizing work that's been ongoing since, I think, about 2006 where we cross-marketed young adults who had applied to West Point, had not applied to ROTC.

16

But, as we could see that the spaces were not going to be available at West Point for them to join the Academy, they were brought around to thinking of ROTC and we were able to look at what schools they were applying to. And right now, my estimate is about half of the top half of ROTC applicants did not apply for ROTC, but applied to West Point. We look to continue that work and now make it systemic as part of the Army's new marketing effort."

The Army's new campaign, "What's Your Warrior?" focuses on where would you fit in; Infantry, Cyber, Signals, Medicine, and Aviation. West Point helped craft that message and is now helping with the analytics behind this. West Point is now the home of Functional Area 58, Army Marketing, and these officers – it'll be about 100 – will serve at the enterprise level across the Army.

"The short of it is West Point's doing a whole lot in the way of graduating cadets. But a lot of other things go unseen. It attracts wonderful young adults to be cadets at West Point; that helps ROTC now, too; and they attract great officers to come teach those cadets. Both those go back to the Army in great shape to help the Army meet its mission. And because of that, the Army has also now made West Point the lead integrator with TRADOC on the Acquire line of effort and its people strategy. The Army has its first people strategy in its 244-year history."

Closing comments came from the Superintendent and the Chair. Representative Womack spoke about two enduring themes, character and how we build young men and women to lead and fight, and that we expect to win. "Winning matters – in the classroom, in the training field, or on the athletic field. We take that very seriously here. Our cadets do. You can hear all our warriors who've shaped them there. It matters; and I want to beat everybody. I just don't want to be there for, "Hey, you know, if you beat Navy, it'll be a good season." No, I want to be everybody, every single game, every rugby match, every academic competition, every military competition. I want us to win because that's what we do at West Point. So, winning and character."

Colonel McDonald let the group know that we have a 40% increase in applications from this year to last – high-quality, highly competitive candidates that are dedicated to serve.

## 9. **REMAINING BOARD BUSINESS.**

Colonel (Ret) Fred Black thanked the Board, as this was his last meeting as a member of the Board of Visitors. Ms. Sue Fulton read a statement, which is at Appendix D.

## 10. **ADJOURNMENT.** Congressman Womack thanked everyone for attending and asked for a motion to adjourn. The motion was seconded. Congressman Womack adjourned the meeting at 1:12pm. This concluded the November 13, 2019 Fall/Annual Meeting of the USMA Board of Visitors.

17

Certified by:

STEVE WOMACK
US Representative
Chair, USMA Board of Visitors

FEB 2 4 2020

DEADRA GHOSTLAW
Designated Federal Officer,
USMA Board of Visitors

18

Appendix A:  Attendance

**Congressional Members:**

| | | |
|---|---|---|
| Senator Tammy Duckworth | | Departs 10:31am |
| Congressman Steve Womack-Chair | Departs 10:56am | Returns 10:59am |
| Congresswoman Stephanie Murphy | Arrives 11:28am | Departs 12:59pm |
| Congressman Anthony Brindisi | Arrives 11:31am | Departs 12:30pm |
| Congressman Warren Davidson | | |

**Presidential Appointees:**

| | | |
|---|---|---|
| SEC R. James Nicholson – Vice Chair | | |
| Ms. Brenda Sue Fulton | | |
| COL (Ret) Frederick H. Black, Sr. | | |
| Mr. David Urban | Arrives 10:18am | |
| LTG (Ret) Guy C. Swan III | Departs 12:20pm | Returns 12:25pm |

**The following members were absent:**

Senator Richard Burr
Senator Jerry Moran
Senator Joe Manchin
Congressman K. Mike Conaway
Mrs. Meaghan Mobbs

**Based on the BOV attendance, a quorum was present.**

**Other attendees:**

| | |
|---|---|
| HON Dr. E. Casey Wardynski - ASA(M&RA) | Arrived 12:05pm |
| LTC Gregory Campion, XO-ASA(M&RA) | |
| MAJ Cory Kastl, OCLL | |
| MAJ Jason Bahmer, OCLL | |

**USMA Command and Staff Members in Attendance:**
LTG Darryl A. Williams, Superintendent of the United States Military Academy
CSM Jackie H. Love, USMA Command Sergeant Major
COL Mark D. Bieger, USMA Chief of Staff
LTC Angelica Matinez, Superintendent's XO
CPT Joshua Mitchell, Superintendent's AdC
LTC Justin Miller, Secretary of the General Staff (SGS)
Ms. Deadra Ghostlaw, Designated Federal Officer (DFO)/Ass't SGS
Mr. Jeffrey Reynolds, Chief of Protocol/Alternate DFO
Ms. Lori Doughty, FACA Counselor
BG Cindy Jebb, Dean of the Academic Board
BG Curtis Buzzard, Commandant of Cadets (USCC)
MSG Erik Salo, USCC Sergeant Major
Mr. Michael Buddie, Athletic Director
COL Deborah McDonald, Director of Admissions
COL Holly West, USMA G5
Ms. Samantha Ross, SHARP Program Manager

19

**Panelists**

Panel 1:  Cultivate a Culture of Character Growth – Honorable Living

LTC Darcy Schnack
CPT Sarah Ryan
Cadet (CDT) Bradley Wanovich
CDT Kathryn Seyer
CDT Grace Blackwell

Panel 2:  Cultivate a Culture of Character Growth – Discipline and Standards

BG Curtis Buzzard
COL Kyle Marsh
CDT Daine Van de Wall
CDT Kevin Shinnick
CPT Christina Fenstermaker
CPT Sarah Ferreira

Panel 3:  Developing Leaders of Character

BG Cindy Jebb
Mr. Michael Buddie
Dr. Susan Carter
MAJ Elizabeth Lazzari
COL Alan Boyer
Coach Joe Alberici
CDT Michael Shin

**Legislative Assistants:**
Mr. Matt Lampert (SEN Duckworth)
Mr. Cole Lyle (SEN Burr)
Mr. Lewis Collon (SEN Manchin)
Mr. Beau Walker (Rep Womack)
Mr. Gabriel Cruz (Rep Murphy)
Mr. Connor Jeffers (Rep Brindisi)

**Members of the Public:**

Mr. Drew Diedrich
CMDR (R) Michael Thomas

20

Appendix C

Statement from Ms. Brenda "Sue" Fulton
Member, USMA Board of Visitors
November 13, 2019

It has been an extraordinary privilege to serve on this Board for the past 8½ years. Like many of you, as a cadet I never imagined I would have the opportunity to advice the leaders of this great institution. Today's staff and faculty do a great job sharing their experiences, especially their down-range experiences, to mentor and coach cadets.

I was a cadet in the late 1970s. My instructors were Captains and Majors who had served in Vietnam. They shared their lessons too.

The memories of the battlegrounds were fresh in their minds – as were experiences like My Lai and other atrocities. There was one particular lesson I recall most clearly because it was the most unexpected and yet universal, not only from instructors of Law and military science but also from Social Sciences, English, International Relations, Engineering...

**If you are given an unlawful order, it is your duty to disobey.** Yes. They taught us to disobey orders. The rule of law, your oath to the Constitution, ALWAYS, ALWAYS comes first. And THAT was the lesson most important to them.

They referenced Nuremberg and Auschwitz – but made it clear that Quang Tri Province and the Mekong Delta could be crime scenes as well.

To these men -- yes, in the late 70s my instructors were uniformly men – had been scarred by the betrayal of our honor and our character by some of our own officers downrange and

by some in the highest levels of leadership. So they argued for the strength to say NO to an illegal order from a superior officer, to risk your career and your livelihood in service to what we stand for.

Bob Caslen said it best – you can get everything else right, but if you're not a leader of character, nothing else matters. You can be number 1 in your class, but if you're not a leader of character, it doesn't matter.

I hope that in years to come, West Point graduates who were on the ground in our nation's capital, and who observe those in positions of national leadership today, will bring back to the Academy the lessons we need so desperately.

That no matter how high you rise, you cannot sacrifice these values.  I hope they measure the character of Bill Taylor, class of '69, against the character of those West Pointers in high office who fall far short of his integrity, his personal courage, his faithful adherence to Duty, Honor, Country.

Our republic hangs in the balance. And the character of our graduates – their willingness to sacrifice their personal advancement and benefit to these values – WILL make a difference.

Character must be our top priority.
Not physical fitness.
Not academic achievement.
Not Army football.
Not even "winning."

Teach THIS. Inscribe THIS on their hearts.

The price of failure is too high.

Thank you for the honor of a lifetime, to serve the leadership of this great institution, this monument to Selfless Service of our nation.

Mr. Chairman.







UNITED STATES MILITARY ACADEMY
WEST POINT®
Board of Visitors Meeting
United States Military Academy
13 November 2019

Agenda
• Introduction
• Board Business
• Superintendent's Remarks
• Academy Topics
– Cultivate a Culture of Character
– Develop Leaders of Character
• Upcoming Events
USMA Campaign Plan
Develop Leaders of Character
Cultivate a Culture of Character
Build Diverse & Effective Winning Teams
Modernize, Sustain and Secure
Strengthen Partnerships
2

### Board Business

#### UNITED STATES MILITARY ACADEMY WEST POINT.

1. Approve Minutes – 3 May 2019 Meeting
2. Set Date for Winter/Summer 2019 Meeting
3. Federal Advisory Committee Act Information

**Winter 2020**
- ☐ Wednesday, 26 February
- ☐ Thursday, 5 March
- ☐ Friday, 6 March

**Summer 2020**
- ☐ Tuesday, 30 Jun
- ☐ Monday, 6 Jul



*Previous USMA BOV Meetings:*

| Year | 2018 | 2019 | 2020 | 2021 |
|---|---|---|---|---|
| First Meeting | Feb (DC) | | | |
| Second Meeting | Jul (WP) Concert Summer Training | May (WP) Project's Day | Jul (WP) Summer Training | Apr (WP) Sandhurst |
| Third Meeting | Nov (WP) Football | | Nov/Dec (WP) Football | |

3

---

### USMA Board of Visitors FACA Information

#### UNITED STATES MILITARY ACADEMY WEST POINT.

Federal Advisory Committee Act (FACA) Information for the USMA Board of Visitors

1. **Authority:** US Code, Section 7455 and FACA of 1972

2. **Mission:** The Board provides independent advice and recommendations to the President of the United States on matters relating to the Academy, including *morale and discipline, the curriculum, instruction, physical equipment, fiscal affairs, academic methods, and any other matters relating to the Academy that the Board decides to consider.*

3. **Agency or Official to Whom the Committee Reports:** The Board reports to the President of the United States. The Secretary of the Army, pursuant to Department of Defense (DoD) policy and procedures, may act upon the Board's advice and recommendations.

4. **Designated Federal Officer:** The Board's DFO is required to attend all Board meetings for the entire duration of each and every meeting. However, in the absence of the Board's DFO, a properly approved Alternate DFO, duly designated to the Board in accordance with established DoD policies and procedures, must attend the entire duration of all Board meetings.

4





### Recent Events

#### Key Events since last BOV

| | |
|---|---|
| 6 May | CIC Trophy Presentation |
| | Coach K Awards Dinner |
| 18 May | USMAPS Graduation |
| 25 May | USMA Graduation - Class of 2019 |
| 10 Jun | Relinquishment of Command, BG(P) Gilland |
| 28 Jun | Assumption of Command, BG Buzzard |
| 1 Jul | R-day - Class of 2023 |
| 15 Aug | Superintendent's Convocation |
| 17 Aug | Acceptance Day - Class of 2023 |
| 18 Aug | Affirmation Ceremony - Class of 2021 |
| 19 Aug | First Day of Classes |
| 21 Aug | USMA Strategic Onsite |
| 23 Aug | Ring Weekend - Class of 2020 |
| 16 Sep | Branch Week |
| 19 Sep | Diversity & Inclusion Conference |
| 20 Sep | Zengerle Lecture |
| 7 Oct | National Conference on Ethics |
| 10 Oct | Thayer Award – GEN (R) Ann Dunwoody |
| 24 Oct | Nininger Award – CPT Lindsay Heisler '12 |



**Superintendent's Priorities of Effort**

- **Develop** **Leaders of Character**
  - Integrate and synchronize all Pillars (character, military, physical, academic)
  - Build 2LTs for our Army; prepared for the "crucible of combat"
- **Cultivate** **a Culture of Character Growth**
  - Create a safe and secure environment…built on "trust" and "Army/Cadet Values"
  - Focus our efforts on inclusion, and preventing sexual assault and harassment
- **Build** **Diverse and Effective Winning Teams**
  - Cadets, Staff and Faculty, Coaches, and the West Point community
- **Modernize,** **Sustain** **and** **Secure**
  - Infrastructure development and investment
  - Energy Resilience
  - Protect the Force
- **Strengthen** **Partnerships**
  - Seek opportunities to contribute to the Army Profession
  - Sustain partnerships with Academia, Alumni, Congress, and the American Public
  - Grow international partnerships

*(as of NOV 2019)* 7



**Reaccreditation Update**

Background:
- The Middle States on Higher Education (MSCHE) reviews the quality of higher education institutions and its programs.
- Setting the standards in USMA's reaccreditation effort demonstrates to its stakeholders a commitment to being the preeminent leader development institution in the world.

Work to Date:
- USMA began its comprehensive self-study effort in February of 2017 which has involved over 70 senior staff and faculty in seven teams addressing the following MSCHE standards:

| | |
|---|---|
| I.   Mission and Goals | V.   Educational Effectiveness Assessment |
| II.   Ethics and Integrity | VI.   Planning, Resources, and Institutional Improvement |
| III.   Design and Delivery of the Student Learning Experience | VII.   Governance, Leadership, and Administration |
| IV.   Support of the Student Experience | |

- Lt. Gen. Silveria, USAFA SUPT and MSCHE Team Chair, conducted the "preliminary visit" on 2 Oct, 2019.
- Preparations underway for full team visit 29 March through 1 April, 2020.

8







11/8/2019

UNITED STATES MILITARY ACADEMY
WEST POINT.
Cultivate a Culture of Character Growth
Honorable Living
Opening – Co-Chair of the Character Integration Tiger Team
Cadet and Faculty Perspectives:
• CPT Sarah Ryan (Simon Center for Military/Professional Ethics)
• CDT Bradley Wanovich (Honor Captain)
• CDT Hope Hack (Brigade Trust XO)
• CDT Grace Blackwell (Respect Captain)
9

UNITED STATES MILITARY ACADEMY
WEST POINT.
Cultivate a Culture of Character Growth
Discipline and Standards
Opening – BG Curtis Buzzard
Cadet and Faculty Perspectives
• COL Kyle Marsh (Brigade Tactical Officer)
• CPT (P) Christina Fenstermaker (Company Tactical Officer)
• CPT (P) Sarah Ferreira (Department of Physical Education)
• CDT Daine Van De Wall (First Captain)
• CDT Kevin Shinnick (Brigade CSM)
10

UNITED STATES MILITARY ACADEMY
WEST POINT

*Developing Leaders of Character*

*Opening/Closing: BG Cindy Jebb and Mr. Mike Buddie*
*Faculty and Cadet Perspectives:*
- *Dr. Susan Carter (Department of Social Sciences)*
- *MAJ Liz Lazzari (Department of English and Philosophy)*
- *COL Al Boyer (Head, Department of Military Instruction)*
- *Coach Joe Alberici (Men's Lacrosse Coach)*
- *CDT Michael Shin (Cadet Captain, Military Training)*



UNITED STATES MILITARY ACADEMY
WEST POINT

*Way Ahead*

**Upcoming Events:**

| | |
|---|---|
| 13 Nov | Branch Night for Class of 2020 |
| 14 Dec | Army Football Defeats Navy! |
| 14 Jan | Honorable Living Day |
| 18 Jan | RMC Weekend |
| 24-25 Jan | 500th Night for Class of 2021 |
| 1-2 Feb | Yearling Winter Weekend for Class of 2022 |
| 5 Feb | Post Night for Class of 2020 |
| 6 Feb | Flipper Dinner |
| 14-15 Feb | 100th Night Weekend for class of 2020 |
| 7 Mar | Plebe Parent Weekend for Class of 2023 |
| 19-21 Mar | McDonald Leadership Conference |
| 30 Apr | Middle States Reaccreditation Visit |
| 2 Apr | National Discussion on Sexual Assault |
| 8-9 Apr | Mission Command Conference |
| 17-18 Apr | Sandhurst |
| 23-25 Apr | Conf of Service Academy Superintendents |
| 30 Apr | Projects Day |

UNITED STATES MILITARY ACADEMY
WEST POINT.
Final Remarks

## USMA BOARD OF VISITORS 2019 ATTENDANCE REPORT

| BoV Member | Organizational 2019 | Annual 2019 |
|---|---|---|
| Burr, SEN Richard | Absent | Absent |
| Gillibrand, SEN Kirsten | N/A | N/A |
| Moran, SEN Jerry | Absent | Absent |
| Manchin, SEN Joe | Absent | Absent |
| Duckworth, SEN Tammy | Present (teleconf) | Present |
| Womack, REP Steve | Present | Present |
| Conaway, REP Mike | Absent | Present |
| Maloney, REP Sean P. | N/A | N/A |
| Murphy, REP Stephanie | Absent | Absent |
| Rooney, REP Thomas | N/A | N/A |
| Brindisi, REP Anthony | Absent | Present |
| Davidson, REP Warren | Present | Present |
| Fulton, Ms. Brenda Sue | Present | Present |
| Urban, Mr. David | N/A | Present |
| Swan III, Mr. Guy | N/A | Present |
| Black, Mr. Frederick | Present | Present |
| McNally, Ms. Elizabeth | Present | N/A |
| Nicholson, SEC R. James | Present | Present |
| Mobbs, Mrs., Meaghan | Present | Absent |
| Lute, HON Jane Holl | Absent | N/A |

NOTE:  Senator Gillibrand resigned from the Board in March 2019 and was replaced by SEN Duckworth; Congressman Maloney resigned from the Board in April 2019 and was replaced by Congressman Brindisi; Congressman Rooney left Congress in January 2019 and was replaced by Congressman Davidson in March 2019.  Presidential Appointees Elizabeth McNally and HON Jane Holl Lute's terms expired on December 30, 2018; they were replaced in August 2019 by Mr. David J. Urban and Mr. Guy C. Swan III

**MATERIALS FURNISHED TO**
**THE 2019 BOARD OF VISITORS**


ORGANIZATIONAL MEETING

Materials:
      Agenda
      Briefing Slides
      Certified Minutes – November 9, 2018 Meeting
      Rules of the USMA Board of Visitors
      Developing Leaders of Character, April 2019
      Ulysses S. Grant Booklet
      USMA Executive Brochure
      Informational Placemat


ANNUAL MEETING

Materials:
      Agenda
      Meeting Slides
      Certified Minutes – May 3, 2019 Meeting
      Ms. Brenda "Sue" Fulton's Farewell Statement to the BoV
      Letter from Mr. Lou Coatney (USMA 1968) RE Cadet Spenser Rapone
      Statement from Mr. Dutch Hostler disavowing Mr. Coatney's affiliation to the
USMA Class of 1968

**BoV Mission Statement:**  To inquire into the morale and discipline, curriculum, instruction, physical equipment, fiscal affairs, academic methods, and other matters relating to the Academy that the Board decides to consider.

## BoV Areas of Inquiry, 2019

Morale and Discipline
>    Develop Leaders of Character (May 2019, November 2019)
>    Cultivate a Culture of Growth (May 2019, November 2019)
>    Build Diverse and Effective Teams (May 2019, November 2019)
>    Strengthen Partnerships (May 2019, November 2019)
>    Sexual Harassment/Assault Response and Prevention (SHARP) Program (May 2019)
>    Character and Winning (November 2019)

Physical Equipment
>    Modernize, Sustain, Secure (May 2019, November 2019)
>    Academic Buildings Upgrade Program
>    Cadet Barracks Upgrade Program
>    Cyber & Engineering Academic Center (CEAC) (May 2019)

Academics and Instruction
>    Scholarships-Rhodes, Marshall, Schwartzman, and Fulbright (May 2019)
>    Middle States Reaccreditation (May 2019, November 2019)

Fiscal Affairs
>    Construction Update (West Point 2035) (May 2019, November 2019)
>    Strategic Resource Planning and Integration Update (May 2021

Other Matters
>    Sandhurst Competition (May 2019)
>    Admissions Update (May 2019, November 2019)
>    Housing Issues (Mold, Work Orders, Etc.) ( May 2019)
>    Force Protection (May 2019)
>    Defense Health Agency's affect on Keller Army Community Hospital (May 2019)

## AN EXTRACT OF THE UNITED STATES CODE

Sec. 4355. Board of Visitors

  (a) A Board of Visitors to the Academy is constituted annually of--

        (1) the chairman of the Committee on Armed Services of the Senate, or his designee;

        (2) three other members of the Senate designated by the Vice President or the President pro tempore of the Senate, two of whom are members of the Committee on Appropriations of the Senate;

        (3) the chairman of the Committee on Armed Services of the House of Representatives, or his designee;

        (4) four other members of the House of Representatives designated by the Speaker of the House of Representatives, two of whom are members of the Committee on Appropriations of the House of Representatives; and

        (5) six persons designated by the President.

  (b) The persons designated by the President serve for three years each except that any member whose term of office has expired shall continue to serve until his successor is appointed. The President shall designate two persons each year to succeed the members whose terms expire that year.

  (c) If a member of the Board dies or resigns, a successor shall be designated for the unexpired portion of the term by the official who designated the member.

  (d) The Board shall visit the Academy annually. With the approval of the Secretary of the Army, the Board or its members may make other visits to the Academy in connection with the duties of the Board or to consult with the Superintendent of the Academy.

  (e) The Board shall inquire into the morale and discipline, the curriculum, instruction, physical equipment, fiscal affairs, academic methods, and other matters relating to the Academy that the Board decides to consider.

  (f) Within 60 days after its annual visit, the Board shall submit a written report to the President of its action, and of its views and recommendations pertaining to the Academy. Any report of a visit, other than the annual visit, shall, if approved by a majority of the members of the Board, be submitted to the President within 60 days after the approval.

  (g) Upon approval by the Secretary, the Board may call in advisers for consultation.

  (h) While performing his duties, each member of the Board and each adviser shall be reimbursed under Government travel regulations for his travel expenses.

Charter
United States Military Academy Board of Visitors

1. Committee's Official Designation:  The committee will be known as the United States Military Academy Board of Visitors ("the Board").

2. Authority:  The Secretary of Defense, pursuant to 10 U.S.C. § 4355 and in accordance with the Federal Advisory Committee Act (FACA) of 1972 (5 U.S.C., Appendix, as amended) and 41 C.F.R. § 102-3.50(a), established this statutory Board.

3. Objectives and Scope of Activities: The Board provides independent advice and recommendations on matters relating to the United States Military Academy ("the Academy"), as set out below in paragraph four below.

4. Description of Duties:  Pursuant to 10 U.S.C. § 4355(e), the Board provides independent advice and recommendations to the President of the United States on morale and discipline, the curriculum, instruction, physical equipment, fiscal affairs, academic methods, and any other matters relating to the Academy that the Board decides to consider.

   Pursuant to 10 U.S.C. § 4355(d) and (f), the Board shall visit the Academy annually.  With the approval of the Secretary of the Army, the Board or its members may make other visits to the Academy in connection with the duties of the Board or to consult with the Superintendent of the Academy.  The Board shall submit a written report to the President within 60 days after its annual visit to the Academy, to include the Board's views and recommendations pertaining to the Academy.  Any report of a visit, other than the annual visit, shall, if approved by a majority of the members of the Board, be submitted to the President within 60 days after the approval.

5. Agency or Official to Whom the Committee Reports:  The Board shall report to the President of the United States.  The Secretary of the Army, in accordance with Department of Defense (DoD) policies and procedures, may act upon the Board's advice and recommendations.

6. Support: The DoD, through the Department of the Army and the Superintendent of the Academy, will provide the necessary support for the Board and will ensure compliance with the requirements of the FACA, the Government in the Sunshine Act of 1976 (5 U.S.C. § 552b, as amended) ("the Sunshine Act"), governing Federal statutes and regulations, and established DoD policies and procedures.

7. Estimated Annual Operating Costs and Staff Years: The estimated annual operating cost, to include travel, meetings, and contract support, is approximately $55,000.00.  The estimated annual personnel cost to the DoD is 0.25 full-time equivalents.

8. Designated Federal Officer: The Board's Designated Federal Officer (DFO), pursuant to DoD policy, shall be a full-time or permanent part-time DoD officer or employee designated in accordance with governing DoD policies and procedures.

   The Board's DFO is required to be in attendance at all Board and subcommittee meetings for the entire duration of each and every meeting. However, in the absence of the Board's DFO,

Charter
United States Military Academy Board of Visitors

a properly approved Alternate DFO, duly designated to the Board according to DoD policies and procedures, will attend the entire duration of all the Board or subcommittee meetings.

The DFO, or Alternate DFO, will call all of the Board and its subcommittees meetings; prepare and approve all meeting agendas; and adjourn any meeting when the DFO, or the Alternate DFO, determines adjournment to be in the public interest or required by governing regulations or DoD policies and procedures.

9. <u>Estimated Number and Frequency of Meetings</u>:  The Board will meet at the call of the Board's DFO, in consultation with the Board's Chair.  The estimated number of Board meetings is three per year.

10. <u>Duration</u>:  The need for this Board is on a continuing basis; however, it is subject to renewal every two years.

11. <u>Termination</u>:  The Board will terminate upon rescission of 10 U.S.C. § 4355.

12. <u>Membership and Designation</u>:  The Board, pursuant to 10 U.S.C. § 4355(a), shall be constituted annually and composed of 15 members.  The Board membership shall include:

    a.  The Chair of the Committee on Armed Services of the Senate, or designee;

    b.  Three other members of the Senate designated by the Vice President or the President pro tempore of the Senate, two of whom are members of the Committee on Appropriations of the Senate;

    c.  The Chair of the Committee on Armed Services of the House of Representatives, or designee;

    d.  Four other members of the House of Representatives designated by the Speaker of the House of Representatives, two of whom are members of the Committee on Appropriations of the House of Representatives; and

    e.  Six persons designated by the President.

Pursuant to 10 U.S.C. § 4355(b) and (c), Board members designated by the President shall serve for three years each, except that any member whose term of office has expired shall continue to serve until a successor is appointed. The President shall designate two persons each year to succeed the members whose terms expire that year.  If a member of the Board dies or resigns, a successor shall be designated for the unexpired portion of the term by the official who designated the member.

Members of the Board who are not full-time or permanent part-time Federal officers or employees will be appointed as experts or consultants pursuant to 5 U.S.C. § 3109 to serve as special government employee (SGE) members.  Board members who are full-time or

2

Charter
United States Military Academy Board of Visitors

permanent part-time Federal officers or employees will be appointed pursuant to 41 C.F.R. § 101-3.130(a) to serve as regular government employee (RGE) members.

The Board members will select the Board's Chair from the total membership.

Each Board member is appointed to provide advice on the basis of his or her best judgment on behalf of the Government without representing any particular point of view and in a manner that is free from conflict of interest.  Except for reimbursement of official Board-related travel and per diem, Board members serve without compensation.  The Board may, pursuant to 10 U.S.C. § 4355(g) and upon approval by the Secretary of the Army, call in advisers for consultation.  These advisers, with the exception of reimbursement for official Board-related travel and per diem, serve without compensation.

13. <u>Subcommittees</u>:  The DoD, as necessary and consistent with the Board's mission and DoD policies and procedures, may establish subcommittees, task forces, or working groups to support the Board. Establishment of subcommittees will be based upon a written determination, to include terms of reference, by the Secretary of Defense, the Deputy Secretary of Defense, or the Secretary of the Army, as the DoD Sponsor.

Such subcommittees will not work independently of the Board and will report all their recommendations and advice solely to the Board for full deliberation and discussion. Subcommittees, task forces, or working groups have no authority to make decisions and recommendations, orally or in writing, on behalf of the Board.  No subcommittee or any of its members can provide updates or reports, orally or in writing, directly to the DoD or any Federal officers or employees.  If a majority of Board members are appointed to a particular subcommittee, then that subcommittee may be required to operate pursuant to the same notice and openness requirements of the FACA which govern the Board's operations.

Individuals considered for appointment to any subcommittee of the Board may come from the Board itself or from new nominees, as recommended by the Secretary of the Army and based upon the subject matters under consideration.  Pursuant to Secretary of Defense policy, the Secretary of the Army is authorized to administratively certify the appointment of subcommittee members if the Secretary of Defense or the Deputy Secretary of Defense has previously authorized the individual's appointment to another DoD advisory committee.  If this prior authorization has not occurred, then the individual's subcommittee appointment must first be authorized by the Secretary of Defense or the Deputy Secretary of Defense and subsequently administratively certified by the Secretary of the Army.

Subcommittee members will be appointed for a term of service of one-to-four years, subject to annual renewals, according to DoD policies and procedures; however, no member will serve more than two consecutive terms of service on the subcommittee.  Subcommittee members, if not full-time or permanent part-time Federal officers or employees, will be appointed as experts or consultants pursuant to 5 U.S.C. § 3109 to serve as SGE members. Subcommittee members who are full-time or permanent part-time Federal officers or employees will be appointed pursuant to 41 C.F.R. § 101-3.130(a) to serve as RGE members.

Charter
United States Military Academy Board of Visitors

The Secretary of Defense authorizes the Secretary of the Army to appoint the leadership of any subcommittee from among the subcommittee membership previously appointed in accordance with DoD policies and procedures and, in doing so, will determine the term of service for the subcommittee's leadership, which will not exceed the member's approved term of service.

Each subcommittee member is appointed to provide advice on the basis of his or her best judgment on behalf of the Government without representing any particular point of view and in a manner that is free from conflict of interest.

With the exception of reimbursement for travel and per diem as it pertains to official travel related to the Board or its subcommittees, subcommittee members will serve without compensation.

All subcommittees operate under the provisions of FACA, the Sunshine Act, governing Federal statutes and regulations, and established DoD policies and procedures.

14. <u>Recordkeeping</u>:  The records of the Board and its subcommittees will be managed in accordance with General Record Schedule 6.2, Federal Advisory Committee Records, or other approved agency records disposition schedule, and the appropriate DoD policies and procedures.  These records will be available for public inspection and copying, subject to the Freedom of Information Act of 1966 (5 U.S.C. § 552, as amended).

15. <u>Filing Date</u>:  November 16, 2018