# EXHIBIT J



Public Affairs Office
West Point, NY 10996
845-938-2006/3808

# NEWS RELEASE

FOR IMMEDIATE RELEASE                                              RELEASE NO.  16-18

CLASS OF 2022 TO ENTER WEST POINT – June 25, 2018

WEST POINT, N.Y. – More than 1,200 U.S. citizens and 16 international students, including 294 women, 400 minorities and 10 combat veterans will report to West Point July 2, Reception Day, to join the West Point Class of 2022.

The incoming class was selected from a pool of nearly 12,300 applicants. Minority enrollment, roughly 30 percent, includes 186 African-Americans, 104 Hispanic Americans, 99 Asian-Americans and 11 Native Americans.

"The quality and rich diversity of our students entering with the Class of 2022 is exceptional and representative of our nation's best," said Col. Deborah McDonald, director of admissions.

"Their strong performances in academics, leadership, athletics, and as respected members of their communities provides the necessary foundation for successful completion of a challenging 47-month West Point experience and for future service to our nation as commissioned leaders of character," McDonald continued. "And, for the first time, we have over 100 students identified as 'first generation' college students – identifying them as the first generation in their family to attend college."

The Class of 2022 includes cadets from every state in the nation and 16 international cadets entering the class under the sponsorship of their respective countries. The countries represented include Albania, Bhutan, Cambodia, Egypt, Georgia, South Korea, Poland (2), Romania, Rwanda, Singapore, Thailand (2), Tunisia (2) and Taiwan. Upon graduation, these cadets will return to their respective countries as officers in their armed forces.

During Reception Day, the new cadets begin the process of becoming West Point cadets and future U.S. Army officers. They undergo administrative processing, are fitted with their initial issue of military clothing, receive haircuts, medical and physical evaluations, and begin their first lessons in marching, military courtesy and discipline.  As their first day ends, the Class of 2022 will stand before many of their parents and friends on the Plain to take the Oath of Allegiance from the U.S. Military Academy Commandant of Cadets, Brig. Gen. Steve Gilland.

-more-

CLASS OF 2022 TO ENTER WEST POINT -2/2/2

New cadets will complete six weeks of Cadet Basic Training, learning the basic skills of the Soldier. They will participate in rigorous physical training, small-unit tactical training, and rifle marksmanship, as well as learning to respond quickly and accurately to their commanders under conditions of mental and physical stress. At the end of this initial training period, new cadets will be formally accepted into the Corps of Cadets. The Acceptance Day Parade for the Class of 2022 is scheduled for 10 a.m. Saturday, Aug. 18.

About West Point
The U. S. Military Academy at West Point is a four-year, co-educational, federal, liberal arts college located 50 miles north of New York City.  It was founded in 1802 as America's first college of engineering and continues today as the world's premier leader-development institution, consistently ranked among top colleges in the country.  Its mission remains constant-to educate, train, and inspire the Corps of Cadets so that each graduate is a commissioned leader of character committed to the values of Duty, Honor, Country and prepared for a career of professional excellence and service to
the nation as an officer in the U. S. Army.  For more information, go to [www.westpoint.edu](www.westpoint.edu).

-30-