# EXHIBIT K

NEWS  /  PRESS RELEASES  /  CLASS 2023 ENTER WEST POINT

# Class of 2023 to Enter West Point

By West Point Public Affairs - June 24, 2019

RELEASE NO: 28-19

  

WEST POINT, N.Y. – The U.S. Military Academy will welcome more than 1,190 candidates from every state in the nation on July 1, Reception Day, to begin six weeks of Cadet Basic Training and the first day of their transition from civilian to new cadet as a member of the Class of 2023.

"These young men and women are coming here to devote themselves to becoming guardians of Duty, Honor, Country – the West Point motto – and our United States Constitution. They represent our nation's promise for the future," said Deborah McDonald, director of admissions.

The incoming class was selected from a pool of nearly 12,300 applicants that include 16 international students, 285 women, 400 minorities (180 African-Americans, 145 Hispanic Americans, 99 Asian Americans and 19 Native Americans) and 17 combat veterans who will be immersed into the basic military competencies and leader development training that will prepare them for acceptance into the Corps of Cadets.

"The Class of 2023 continues to bring in high numbers of women, minorities and designated scholars which makes it on par with recently admitted classes in quality and diversity," added McDonald. "Their overall performance in academics, leadership, athletics, has been exceptional and provides the foundation for successful completion of the challenging 47-month West Point experience and for service to our nation as a commissioned leader of character."

Candidates entering the class under the sponsorship of their respective countries include: Columbia, Egypt, Fiji (2), The Gambia, Georgia (2), Honduras, Jordan, Malaysia, Mongolia, Panama, Papua New Guinea, Romania, Rwanda, and Thailand. Upon graduation, these cadets will return to their respective countries as officers in their armed forces.

During R-Day, the new cadets begin the process of becoming West Point cadets and future U.S. Army officers. They undergo administrative processing, are fitted with their initial issue of military clothing, receive haircuts, medical and physical evaluations, and begin their first lessons in marching, military courtesy and discipline. As their first day ends, the Class of 2023 will stand before many of their family and friends on the Plain to take the Oath of Allegiance to the U.S. Military Academy and the U.S. Army.

New cadets will complete six weeks of Cadet Basic Training, learning the basic skills of the Soldier. They will participate in rigorous physical training, small-unit tactical training, and rifle marksmanship, as well as learning to respond quickly and accurately to their commanders under conditions of mental and physical stress. At the end of this initial training period, new cadets will be formally accepted into the Corps of Cadets. The Acceptance Day Parade for the Class of 2023 is scheduled for 10 a.m. Saturday, Aug. 17.

## About West Point

The U. S. Military Academy at West Point is a four-year, co-educational, federal, liberal arts college located 50 miles north of New York City. It was founded in 1802 as America's first college of engineering and continues today as the world's premier leader-development institution, consistently ranked among top colleges in the country. Its mission remains constant-to educate, train, and inspire the Corps of Cadets so that each graduate is a commissioned leader of character committed to the values of Duty, Honor, Country and prepared for a career of professional excellence and service to the nation as an officer in the U. S. Army. For more information, go to www.westpoint.edu.

MEDIA CONTACT

845-938-2006

mediarelations@westpoint.edu

FOLLOW US ON SOCIAL MEDIA

