# EXHIBIT N





# Department of Defense
# Diversity and Inclusion Strategic Plan
**2012-2017**

# Table of Contents

Foreword ............................................................................................................... 2

A Case for Action .................................................................................................. 3

Goal 1: Ensure Leadership Commitment to an Accountable and Sustained Diversity Effort............................................................................................................... 5

Goal 2: Employ an Aligned Strategic Outreach Effort to Identify, Attract, and Recruit from a Broad Talent Pool Reflective of the Nation We Serve .......................................... 7

Goal 3: Develop, Mentor, and Retain Top Talent from Across the Total Force ............... 9

Appendix A: Acronyms and Abbreviations ................................................................ 11

Appendix B: Glossary............................................................................................. 12

Appendix C: Alignment and Development of the DoD Diversity Effort........................... 14

**Preparation of this report/study cost the Department of Defense a total of approximately $570,000 in Fiscal Years 2012 - 2017.
Generated on 20120326  RefID: <u>1-5D36908</u>**

# Foreword

This Department of Defense (DoD) Diversity and Inclusion Strategic Plan outlines the implementation of the President's Executive Order 13583 (EO 13583) on establishing a coordinated Government-wide initiative to promote diversity and inclusion in the Federal workforce. EO 13583 directs executive departments and agencies to develop and implement a more comprehensive, integrated, and strategic focus on diversity and inclusion as a key component of their human resource strategies. While EO 13583 was focused on civilian personnel, this Strategic Plan also addresses similar concerns for military personnel.

This document incorporates the priorities of the U.S. Office of Personnel Management's (OPM) Government-Wide Diversity and Inclusion Strategic Plan for civilian personnel plus recommendations of the final report of the congressionally-mandated Military Leadership Diversity Commission (MLDC), which conducted a comprehensive review of DoD's diversity efforts with respect to military personnel. Further, it is aligned with key foundational DoD documents including the 2011 National Military Strategy, the 2010 Quadrennial Defense Review (QDR) Report, the 2010 National Security Strategy, the 2010-2012 Personnel and Readiness Strategic Plan, and additional Federal workforce Executive Orders[1].

This plan provides an overarching construct which encourages commitment, and creates alignment across the department with the latitude for the Services and DoD agencies to incorporate diversity and inclusion initiatives unique to their organizations.

---

[1] Executive Orders include:
- Executive Order 13163 of July 26, 2000: Increasing the Opportunity for Individuals with Disabilities to be Employed in the Federal Government
- Executive Order 13171 of October 12, 2000: Hispanic Employment in the Federal Government
- Executive Order 13518 of November 9, 2009: Employment of Veterans in the Federal Government
- Executive Order 13548 of July 26, 2010: Increasing Federal Employment of Individuals with Disabilities
- Executive Order 13595 of December 19, 2011: Instituting a National Action Plan on Women, Peace, and Security

A Case for Action

Diversity is a strategic imperative, critical to mission readiness and accomplishment, and a leadership requirement. As the global threat environment continues to evolve, the DoD Total Force[2] will confront complex, asymmetric operational environments, and unconventional tactics, necessitating full employment of all department assets – foremost our people.

> *As the challenges we face require a Joint Force that is flexible, agile, and adaptive, it emphasized people as much as platforms. It recognizes that the unique character of our Service members…is a formidable advantage.*
> *- 2011 National Military Strategy*

We defend the greatest nation in the world – a democracy founded on the promise of opportunity for all. It is a nation whose demographic makeup parallels the environment in which we live – continually changing -- and DoD must change to maintain and sustain its future forces. To the degree we truly represent our democracy, we are a stronger, and more relevant force. The Department views diversity as a strategic imperative. Diverse backgrounds and experiences bring inherently different outlooks and ways of thinking, the key to innovation in organizations. We gain a strategic advantage by leveraging the diversity of all members and creating an inclusive environment in which each member is valued and encouraged to provide ideas critical to innovation, optimization, and organizational mission success.

In order to support these elements, DoD expands upon the definition of diversity in DoD Directive (DoDD) 1020.02[3] and defines diversity in a deliberately broad context, enabling us to fully include diversity in all the aspects that make us unique while still emphasizing the demographics that drive the future talent pool.

> *Diversity is all the different characteristics and attributes of the DoD's Total Force, which are consistent with our core values, integral to overall readiness and mission accomplishment, and reflective of the nation we serve.*

This definition provides a framework for action allowing DoD to foster an environment of inclusion. These diverse backgrounds, experiences, and ways of thinking are essential to optimal performance within the Department's increasingly fiscally constrained environment.

As demographics change, we are in a "Battle for Talent" to ensure we are able to recruit and retain the best our nation has to offer. It is critical that DoD strive to have a Total

---

[2] For the purposes of this document, Total Force refers to the organizations, units, and individuals that comprise the DoD resources for implementing the National Security Strategy. It includes DoD Active and Reserve Component military personnel and DoD civilian personnel.

[3] DoDD 1020.02, Diversity Management and Equal Opportunity (EO) in the Department of Defense, February 5, 2009, defines diversity as "The different characteristics and attributes of individuals."

Force that not only possesses the diverse backgrounds and experiences to meet the complex challenges of the future global security environment, but that also reflects the face of the nation.

> *An all-volunteer force <u>must represent the country it defends</u>. We will strengthen our commitment to the values of diversity and inclusivity, and continue to treat each other with dignity and respect. We benefit immensely from the different perspectives, and linguistic and cultural skills of all Americans.*
>
> *- 2011 National Military Strategy*

The more that DoD is inclusive of diverse backgrounds, the more connected we become with the citizens we serve. As the nation's demographics continue to evolve, DoD must position itself to capitalize on the broad range of talent. In order for DoD to remain the globally dominant fighting force well into the 21st century, we must be able to reach out to these diverse communities and compete for top talent.

The demographic composition of the nation is changing, creating a more diverse talent pool for DoD military accessions and civilian hires. Due to the significant amount of time it takes to grow senior DoD leaders, it is essential that we act now to tap into that diverse talent pool. As significant numbers of the Total Force are becoming retirement eligible and the DoD faces a drawdown, we are presented with a window of opportunity to shape our future DoD leadership by ensuring access to a diverse talent pool with the skills necessary to meet future demands. Strong leadership commitment is essential to ensure DoD has a Total Force that reflects the best of the citizens it serves today and in the future.

In this battle for talent, we must focus our efforts on emerging diverse markets to successfully attract, recruit, and retain a highly-skilled workforce capable of meeting current and future readiness and mission requirements.

Valuing diversity is not simply the right thing to do. Leveraging diversity ensures we maintain the competitive advantage – an adaptable, innovative Total Force capable of meeting current and future operational demands.

This plan recognizes that proper Equal Employment Opportunity (EEO) and Military Equal Opportunity (MEO) policies are the building blocks of a successful diversity program.  Therefore, it is critical that all recruitment, accessions, promotion, training, retention, and other personnel actions comply with federal EEO and MEO laws and regulations

This plan provides an overarching direction, encourages direct leadership involvement and commitment, and creates alignment allowing DoD to approach diversity and inclusion efforts in a coordinated, collaborative, and integrated manner supported by measurable outcomes. Three goals provide a framework for successful diversity and inclusion efforts:

1. **Ensure Leadership Commitment** to an Accountable and Sustained Diversity Effort
2. **Employ an Aligned Strategic Outreach Effort** to Identify, Attract, and Recruit from a Broad Talent Pool Reflective of the best of the Nation We Serve
3. **Develop, Mentor, and Retain Top Talent** from Across the Total Force

## Goal 1: Ensure Leadership Commitment to an Accountable and Sustained Diversity Effort

*Develop structures and strategies to equip leadership with the ability to manage diversity, be accountable, and engender an inclusive work environment that cultivates innovation and optimization within the Department.*

Goal 1, which presents a DoD-wide sustainment and accountability approach, aims to support and deepen the leadership support for diversity, as well as to provide top down DoD ownership of and policy guidance for the effort that is ongoing within DoD. This goal aims to accomplish:

a) A renewed ability of senior leaders to champion and define diversity program priorities
b) An enhanced capability to monitor progress and ensure that appropriate systems are in place
c) An objective assessment process for diversity progress, consistent with legal obligations
d) An authentic, consistent, visible commitment to diversity through strategic communications messaging that resonates

To that end, the objectives and associated strategic actions in this section of the Diversity and Inclusion Strategic Plan frame the involvement of Service and DoD Agency leadership as the owners of the plan itself, along with its alignment, assessment, and accountability. In order for Goal 1 to be achieved, leaders must clearly state their commitment to diversity and demonstrate their willingness to integrate diversity into every effort. The roadmap outlined for leadership will require examination and commitment from key Service and DoD Agency leaders to make it actionable, and to ensure that this overarching plan supports DoD's overall goals and objectives.

This plan also promotes the use of forums and a senior oversight body to provide advice, counsel, and awareness of diversity management best practices in DoD to help calibrate diversity management actions. DoD's structure is defined in such a way that all Services and DoD Agencies will need to work together effectively in order to ensure a successful diversity effort. Additionally, Goal 1 outlines a need for the objective assessment of the strategies outlined in this plan. An effective merit-based accountability system must be defined for diversity management maturation.

A networked force, that is linked and aligned, has the ability to expand its operational reach on diversity through effective messaging. Communications advance the diversity effort through educating and engaging key stakeholders on its mission impact. A coherent, compelling and consistent strategic communications effort, internal and external, is critical to showcase leadership commitment to the diversity and inclusion effort.

| OBJECTIVE 1.1: REINFORCE STRATEGIC DIRECTION TO MAKE LEADERSHIP ALIGNED, COMMITTED, AND ACCOUNTABLE TO DIVERSITY AND INCLUSION ||
|---|---|
| **STRATEGIC ACTIONS** | **INITIATIVES** |
| 1. Develop and update policies and procedures to ensure diversity and inclusion is an institutional priority | • Leadership issues diversity policy statements, roadmaps, and/or strategic plans<br>• Resource and institute clear, consistent, and robust diversity management policies and directives that ensure decisions are merit-based<br>• Assess and modify, as necessary, DoD policies as they relate to diversity |
| 2. Establish and implement an accountability review construct | • Establish and leverage forums, including a senior level body to oversee and monitor key diversity and inclusion initiatives<br>• Identify key diversity and inclusion indicators (e.g., career fields and key assignments leading to senior ranks)<br>• Develop the comprehensive enterprise-wide capability to monitor the scope and impact of DoD diversity efforts<br>• Conduct barrier and trend analysis on key diversity indicators for military (MEO) and civilian (EEO) that provides guidance to aid leaders in making informed diversity decisions. |

| OBJECTIVE 1.2: EMPLOY COMPELLING AND CONSISTENT STRATEGIC COMMUNICATIONS ||
|---|---|
| **STRATEGIC ACTIONS** | **INITIATIVES** |
| 1. Inform internal and external audiences about DoD diversity efforts in support of recruiting, development, and retention goals | • Leverage relationships with non-DoD entities and maximize the use of social media to expand the diversity message internally and externally to target markets<br>• Create, assess, and execute a diversity and inclusion strategic communications plan |

# Goal 2: Employ an Aligned Strategic Outreach Effort to Identify, Attract, and Recruit from a Broad Talent Pool Reflective of the Best of the Nation We Serve

*Position DoD to be an "employer of choice", competitive to attract and recruit top talent.*

The second goal acknowledges DoD's desire to identify, attract, and retain the most competent, qualified, and diverse workforce to support America's global defense. The changing demographics of the population demand that recruiting efforts keep pace, ensuring that DoD reflects the best of the nation it serves.

Currently, there are multiple efforts in place within DoD that focus on the acquisition and onboarding of qualified talent. Goal 2 promotes a strategic outreach approach to ensure there is a concerted merit-based effort to seek the diverse, qualified talent that will be necessary to meet the challenges of the 21st century. To support this effort, DoD must forge relationships with key stakeholders and leverage their unique capabilities to attract and recruit from emerging markets. The talent pipeline must be in place to increase and sustain senior military and civilian DoD leaders from diverse backgrounds. To ensure that the Department can fully capitalize on the nation's diverse talent, recruiting strategies must be adapted and aligned to ensure DoD penetrates all constituent markets. This effort will directly support our nation's ability to reach the goal of Total Force flexibility, agility, and competence as outlined in the national security and military plans.

| OBJECTIVE 2.1: DESIGN AND PERFORM STRATEGIC OUTREACH AND RECRUITMENT TO REACH ALL SEGMENTS OF SOCIETY ||
|---|---|
| STRATEGIC ACTIONS | INITIATIVES |
| 1. Ensure current recruitment practices are effectively reaching all segments of society | • Assess the effectiveness of current branding and recruitment practices for all demographics/ markets to ascertain actionable steps to increase access and positioning<br>• Establish a baseline for the purpose of identifying merit-based barriers and improving diversity in applicant pools by 2013<br>• Establish framework to collect, review, and analyze applicant flow data and recruiting trends to relevant civilian labor force (RCLF)[4] data and eligible applicant pool to identify gaps<br>• Expand and exercise the use of Schedule A, Veteran, and special hiring authorities as part of the strategy to recruit a diverse workforce |
| 2. Synchronize outreach and recruitment activities across DoD. Ensure that outreach and recruitment strategies are designed to | • Establish a framework to review and identify both outreach and recruitment activities<br>• Identify and integrate areas of overlap if practical<br>• Employ Special Emphasis Program (SEP) Managers to |

---

[4] Relevant Civilian Labor Force (RCLF): Civilian Labor Force (CLF) data that are directly comparable (or relevant) to the occupational population being considered in the Total Force. (I.e., the source from which an Agency draws or recruits applicants for employment.)

| OBJECTIVE 2.1: DESIGN AND PERFORM STRATEGIC OUTREACH AND RECRUITMENT TO REACH ALL SEGMENTS OF SOCIETY ||
|---|---|
| **STRATEGIC ACTIONS** | **INITIATIVES** |
| draw from all segments of society | work towards attracting, recruiting, and retaining a diverse workforce |
| 3. Establish/expand strategic relationships with internal and external key stakeholders at diverse colleges and universities, trade schools, apprentice programs, Science, Technology, Engineering, and Mathematics (STEM) initiative programs, and affinity organizations | • Assess and leverage relationships with DoD and non-DoD entities to enhance outreach and recruitment strategies to ensure that they effectively reach all segments of society<br>• Review and ensure that internship, fellowship, and scholarship programs have diverse pipelines to draw candidates from all segments of society<br>• Review and ensure a flow of applicants from diverse backgrounds to the Service Academies and other officer accession sources |

| OBJECTIVE 2.2: ENSURE POLICIES AND PROGRAMS SUPPORT THE EFFORTS TO IDENTIFY, ATTRACT AND RECRUIT FROM A BROAD, DIVERSE TALENT POOL ||
|---|---|
| **STRATEGIC ACTIONS** | **INITIATIVES** |
| 1. Create and assess implementation policies to support diversity strategic outreach and recruitment practices | • Review and modify policies as necessary to ensure a diverse, merit-based leadership pool for the 21st Century<br>• Leverage SEP assets to develop and inform implementation plans |

## Goal 3: Develop, Mentor, and Retain Top Talent from Across the Total Force

*Establish DoD's position as an employer of choice by creating a merit-based workforce life-cycle continuum that focuses on personal and professional development through training, education, and developing employment flexibility to retain a highly-skilled workforce.*

Goal 3 is designed to ensure the Services and DoD agencies incorporate innovative development, mentoring, and retention tools to maintain an inclusive and equitable work environment through merit-based decision-making. Ultimately, Goal 3 aims to position the Services and DoD agencies to best compete and retain the most valuable of their human resources to cultivate as future leaders.

Strong mentoring programs, both formal and informal, are critical elements that can be leveraged to provide diverse talent the tools to compete for leadership opportunities at the highest levels of DoD. Successful mentoring will ensure Service members and civilian personnel make informed career choices to reach their highest potential. The value of mentoring should be infused throughout the training continuum, beginning at the point of accession and continuing through the career. Critical mentoring skills must be fully developed in senior leaders and lessons learned shared and retained through-out the organization. This goal also works toward imparting an ingrained understanding of diversity and inclusion management to the Total Force on a long term basis.

Goal 3 also addresses the need to meet the personal and professional development goals of the Total Force to leverage retention and maintain DoD's position as an em-ployer of choice. Retaining top talent is essential to sustaining mission readiness that is adaptable and responsive. Senior leaders must fully appreciate generational differences and champion efforts that fully employ a wide array of workplace flexibility policies to retain today's millennial generation. What worked to retain the Baby Boomer and Gen-eration X workforce may not be as successful in retaining current and future genera-tions. Understanding retention drivers and building policies and programs that account for those shifts, is critical as we build the senior leaders in the future force. The Services and DoD agencies have the latitude to employ the retention initiatives necessary to sustain their unique capabilities.

| OBJECTIVE 3.1: PROMOTE DIVERSITY AND INCLUSION THROUGH TRAINING, DEVELOPMENT, AND EMPLOYEE ENGAGEMENT PROGRAMS ||
|---|---|
| **STRATEGIC ACTIONS** | **INITIATIVES** |
| 1. Infuse diversity and inclusion messaging throughout the on-boarding and leadership development and training continuum | • Identify and integrate diversity principles, practices, and competencies into professional development training, education, and performance management programs<br>• Develop a framework to oversee and monitor diversity and inclusion principles and practices for all professional development programs<br>• Establish and assess diversity and inclusion competencies for leadership to lead a diverse workforce |
| 2. Leverage opportunities presented by employee groups | • Support participation in employee affinity and resource groups consistent with the Joint Ethics Regulation (JER), DoD 5500.07-R |

| OBJECTIVE 3.2: PROMOTE PRACTICES THAT RETAIN TOP TALENT CAPABLE OF MEETING THE DEPARTMENT'S READINESS NEEDS FOR THE 21ST CENTURY ||
|---|---|
| **STRATEGIC ACTIONS** | **INITIATIVES** |
| 1. Enhance retention initiatives to retain a broad diverse pool of top talent | • Review and assess flexible workplace programs (e.g.,. telework, wellness programs, off-ramps/on-ramps, and other work-life flexibilities)<br>• Evaluate the effectiveness of DoD's retention initiatives.<br>• Analyze workforce data and policies to ensure full access to key developmental assignment opportunities |
| 2. Promote an inclusive environment that empowers employees to perform at their maximum potential | • Ensure a framework to oversee and monitor organizational climate<br>• Ensure senior leader involvement in climate assessments<br>• Develop survey instruments or equivalents to support leaders in managing a diverse force |

| OBJECTIVE 3.3: ENSURE POLICIES AND PROGRAMS SUPPORT THE EFFORTS TO DEVELOP AND MENTOR A BROAD, DIVERSE TALENT POOL ||
|---|---|
| **STRATEGIC ACTIONS** | **INITIATIVES** |
| 1. Review training and development programs to ensure they draw from all segments of the workforce and identify barriers | • Analyze applicant pool and selection data and ensure full access to all development programs<br>• Ensure senior leader visibility to development and training selections process |
| 2. Create, implement, and assess policies to support the development, mentorship, and retention of a broad, diverse talent pool | • Review and modify policies to ensure broad access to mentoring approaches for all personnel<br>• Review existing mentorship models and assess effectiveness<br>• Create flexible mentoring models, informal and formal (e.g., one on one, mentor teams, command based, peer to peer, and social networking applications)<br>• Develop a DoD framework for mentorship |

Case 7:23-cv-08262-PMH   Document 10-15   Filed 09/19/23   Page 13 of 17

DoD Diversity and Inclusion Strategic Plan • 2012

## Appendix A: Acronyms and Abbreviations

| ACRONYM | DESCRIPTION |
|---------|-------------|
| DCPDS | Defense Civilian Personnel Data System |
| DMDC | Defense Manpower Data Center |
| DoD | Department of Defense |
| EEO | Equal Employment Opportunity |
| EEOC | Equal Employment Opportunity Commission |
| EO | Executive Order |
| ERG | Employee Resource Group |
| MD-715 | Management Directive 715 |
| MLDC | Military Leadership Diversity Commission |
| MEO | Military Equal Opportunity |
| OPM | Office of Personnel Management |
| OSD | Office of Secretary of Defense |
| QDR | Quadrennial Defense Review |
| RCLF | Relevant Civilian Labor Force |
| SEP | Special Emphasis Program |
| STEM | Science, Technology, Engineering, and Mathematics |

## Appendix B: Glossary

Definitions in this appendix serve as reference points and provide a common lexicon for terms used within this Diversity and Inclusion Strategic Plan.

**Department of Defense (DoD) Military Equal Opportunity (MEO) Program.** The DoD-wide military program of EO that is accomplished through efforts by the DoD Components. It provides an environment in which Service members are ensured an opportunity to rise to the highest level of responsibility possible in the military profession, dependent only on merit, fitness, and capability.

**Diversity.** The different characteristics and attributes of individuals (as defined in DoDD 1020.02). This document expands this definition to: Diversity is all the different characteristics and attributes of the DoD's Total Force, which are consistent with our core values, integral to overall readiness and mission accomplishment, and reflective of the best of the Nation we serve.

**Diversity Management.** The plans made and programs undertaken to identify in the aggregate the diversity within the DoD to enhance DoD capabilities and achieve mission readiness.

**Equal Employment Opportunity (EEO).** The right of all civilian employees and applicants to work and advance on the basis of merit, ability, and potential, free from social, personal, or institutional barriers of illegal prejudice and discrimination, based on race, color, religion, sex, national origin, age, disability, genetic information, prior EEO activity, sexual orientation, or ther prohibited factors. .

**Inclusion.** Valuing integrating each individual's differences into the way an organization functions and makes decisions.

**Management Directive 715 (MD-715).** The policy guidance which the Equal Employment Opportunity Commission (EEOC) provides to Federal agencies for their use in establishing and maintaining effective programs of equal employment opportunity as required by Title VII and the Rehabilitation Act for civilian employees.

**Merit System Principles.** Pursuant to section 2301(b)(2) of title 5, United States Code, insofar as it applies to Federal civilian employees, including military personnel supervising Federal employees, all employees and applicants for employment should receive fair and equitable treatment in all aspects of personnel management without regard to political affiliation, race, color, religion, national origin, sex, marital status, age,  handicapping condition or other prohibited factors, and with proper regard for their privacy and constitutional rights.  Further clarification of merit system principles can be found in section 2301 of title 5, United States Code.  Within the limitations of applicable laws, statues, and regulations, military personnel should strive to follow similar guidelines or their legal equivalent.

Case 7:23-cv-08262-PMH   Document 10-15   Filed 09/19/23   Page 15 of 17

DoD Diversity and Inclusion Strategic Plan • 2012

**Military Equal Opportunity (MEO).** The right of all military personnel to participate in and benefit from programs and activities for which they are qualified. These programs and activities shall be free from social, personal, or institutional barriers that prevent military personnel from rising to the highest level of responsibility possible.

**Military Leadership Diversity Commission (MLDC).** A congressional commission created by Public Law 110-417 Duncan HunterNational Defense Authorization Act for Fiscal Year 2009, Section 596 to conduct a comprehensive in depth evaluation and assessment of policies that provide opportunities for the promotion and advancement of minority members of the Armed Forces, including minority members who are senior officers.

**Stakeholder.** This is an inclusive term that refers to the end-users, entities providing requirements, and the people or entities benefiting from the organization's products – the Administration, U.S. Congress, DoD, the Services, Combatant Commands, Service members and their families, and DoD civilian employees and their families and volunteers.

**Strategic Communications.** Focused United States Government efforts to understand and engage key audiences to create, strengthen, or preserve conditions favorable for the advancement of United States Government interests, policies, and objectives through the use of coordinated programs, plans, themes, messages, and products synchronized with the actions of all instruments of national power.

DoD Diversity and Inclusion Strategic Plan • 2012

13

## Appendix C: Alignment and Development of the DoD Diversity Effort

The DoD Diversity and Inclusion Strategic Plan was written to complement other recent DoD diversity publications and existing strategic plans within DoD. This plan includes themes from three key publications: *Planning for Diversity: Options and Recommendations for DoD Leaders* (RAND, November 2007), the MLDC final report, and OPM's Government-Wide Diversity and Inclusion Strategic Plan.

Successful diversity programs are consistently defined by senior leaders who strategically relate diversity activities to the mission of the organization. As such, DoD has chosen to develop a Diversity Strategic Plan that connects to: the 2011 National Military Strategy, the 2010 QDR Report, the 2010 National Security Strategy, the 2010-2012 Personnel and Readiness Strategic Plan, the 2008 National Defense Strategy, and the 2006-2010 Civilian Human Capital Strategic Plan, among other efforts. The figure below outlines this alignment and the evolution of the DoD diversity effort.

To further the diversity effort, DoD previously commissioned the RAND Corporation to assess the current state of diversity within DoD, resulting in a report, *Planning for Diversity: Options and Recommendations for DoD Leaders* (RAND, November 2007), that provides a comprehensive assessment of diversity within DoD. The report outlined the following six key recommendations:

1. Have the Secretary of Defense spearhead the strategic diversity effort.
2. Create an oversight committee with top DoD leaders from a wide range of professional/functional and personal backgrounds.
3. Adopt a vision that combines attention to traditionally protected groups with aims for creating an inclusive environment.
4. Expand strategies beyond accessions.
5. Invest in and develop rigorous metrics on all dimensions that support the strategic vision.
6. Design and apply a comprehensive accountability system.

DoD is in the process of implementing several of these recommendations. Following the RAND report, in 2009 the MLDC was created to conduct an evaluation and assessment of policies that provide opportunities for the promotion and advancement of minority members of the Armed Forces, including those who are senior officers. The commissioners heard testimony from top DoD officials, including the Chairman of the Joint Chiefs of Staff and each Service Chief, as well as from diversity experts in private

industry and academia. The MLDC produced a comprehensive list of recommendations to serve as strategies for enhancing on-going diversity efforts within DoD. The current DoD Diversity Strategic Plan incorporates many of the recommendations outlined in this congressionally-mandated report with respect to the following key MLDC recommendation areas:

- Definition of Diversity
- Outreach and Recruiting
- Branching and Assignments
- Diversity Leadership and Training
- Promotion
- Retention
- Metrics
- Implementation and Accountability

In August 2011, President Obama issued an Executive Order, "Establishing a Coordinated Government-wide Initiative to Promote Diversity and Inclusion in the Federal Workforce."[5] In response, OPM published the Government-Wide Diversity and Inclusion Strategic Plan, which includes the following three goals that align to the DoD Strategic Plan goals:

1. **Workforce Diversity**. Federal agencies shall recruit from a diverse, qualified group of potential applicants to secure a high performing workforce drawn from all segments of society.

2. **Workplace Inclusion**. Federal agencies shall cultivate a culture that encourages collaboration, flexibility, and fairness to enable individuals to contribute to their full potential and further retention.

3. **Sustainability**. Federal agencies shall develop structures and strategies to equip leaders with the ability to manage diversity, be accountable, measure results, refine approaches on the basis of such data, and en-gender a culture of inclusion.

The DoD Diversity and Inclusion Strategic Plan builds on these efforts and provides a roadmap for the implementation of DoD's diversity goals.

---

[5] http://www.whitehouse.gov/the-press-office/2011/08/18/executive-order-establishing-coordinated-government-wide-initiative-prom