# EXHIBIT U



# CBS News poll finds most say colleges shouldn't factor race into admissions

BY [author]

## More from CBS News

The American public feels that many groups face discrimination today and widely believes that racism remains a problem in the country, at least to some degree — but it is more clearly divided over affirmative action as a general policy, with a narrow majority opposing it.

Those who feel there's a lot of discrimination in the country also tend to favor affirmative action in general.

But when it comes to the specifics of race as a factor, the broad public mechanism of having college admissions consider an applicant's race, looking at the pending Supreme Court decision, Americans' views lift to a substantial majority that colleges shouldn't consider race.



### AFFIRMATIVE ACTION PROGRAMS SHOULD BE...

| Continued | 53% |
| Ended | 47% |

### SHOULD COLLEGES BE ALLOWED TO CONSIDER RACE IN ADMISSIONS?

| Not Allowed | 70% |
| Allowed | 30% |

Across partisan groups and racial groups, there are comparable fewer who favor colleges considering race than there are those favoring affirmative action in general.

So, on the college admissions matter, partisan differences turn but aren't overly dramatic. Republicans are widely opposed to the use of race in admissions, and they are joined in that view by more than half of Democrats, and by three in four independents. Black Americans are somewhat more divided on the question, but a majority — across all race — is opposed.

| AFFIRMATIVE ACTION PROGRAMS SHOULD BE... | Continued | Ended |
| --- | --- | --- |
| Rep | 43% | 57% |
| Dem | 74% | 26% |
| Ind | 50% | 50% |

| SHOULD COLLEGES BE ALLOWED TO CONSIDER RACE IN ADMISSIONS? | Allowed | Not Allowed |
| --- | --- | --- |
| Rep | 13% | 87% |
| Dem | 49% | 51% |
| Ind | 25% | 75% |

This proportion saying affirmative action programs should continue today is generally comparable to what we'd seen in our polling when the topic last came up over the last 25 years.

Most Americans say there is at least some discrimination against a lot of groups today.

More Americans see there is at least some discrimination against Black, Hispanic, and Asian Americans today, and those who feel there is a lot see relatively more likely to think that colleges ought to consider race — though, even then, it's fewer than half who say so.

They nearly half of Americans feel White people are unlikely to face some discrimination, and over half of White Americans say so. That is consistent with patterns we've seen on this matter more generally, including when race is posed as a general problem in the nation's history.

### HOW MUCH DISCRIMINATION TODAY IS THERE AGAINST...?

| | A lot | Some | Not much |
| --- | --- | --- | --- |
| Black people | 36% | 44% | 20% |
| Hispanic people | 29% | 48% | 23% |
| Asian people | 25% | 52% | 23% |
| White people | 17% | 33% | 50% |

Most think racism remains a problem today, and even more Americans — three-quarters — say racism has been a major problem in the nation's history.

### HOW BIG A PROBLEM IS RACISM IN...?

| | Major problem | Minor problem | Not a problem |
| --- | --- | --- | --- |
| the country's history | 53% | 31% | 16% |
| the country today | 46% | 41% | 13% |

This CBS News/YouGov survey was conducted with a nationally representative sample of 2,417 U.S. adult residents interviewed between June 14-17, 2023. The sample was weighted according to gender, age, race, and education based on the U.S. Census American Community Survey and Current Population Survey, as well as past vote. The margin of error is ±2.8 points.

_Toplines_

## CBS News Polls

## Sponsored