AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| Students for Fair Admissions | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 7:23-cv-08262 |
| United States Military Academy at West Point, et al., | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Students for Fair Admissions.

Date:   09/26/2023

/s/ Thomas R. McCarthy
*Attorney's signature*

Thomas R. McCarthy (Va. Bar #47154)
*Printed name and bar number*
Consovoy McCarthy PLLC
1600 Wilson Blvd., Ste. 700
Arlington, VA 22209

*Address*

tom@consovoymccarthy.com
*E-mail address*

(703) 243-9423
*Telephone number*

*FAX number*