

1600 Wilson Boulevard, Suite 700
Arlington, VA 22209
703.243.9423
www.consovoymccarthy.com

September 28, 2023

Philip M. Halpern, United States District Judge
Southern District of New York
Hon. Charles L. Brieant Jr. Federal Building and Courthouse
300 Quarropas Street
White Plains, NY 10601
Courtroom 520
HalpernNYSDChambers@nysd.uscourts.gov

**Re:** *Students for Fair Admissions v. West Point*, **No. 7:23-cv-8262, Preliminary-Injunction Motion (Doc. 6)**

Dear Judge Halpern:

Plaintiff, Students for Fair Admissions, filed a preliminary-injunction motion on September 19, before a judge was assigned to this case. SFFA asks the Court to treat that motion as an order to show cause under its individual practices. Defendants accepted service on September 25, 2023.

SFFA writes, after conferring with Defendants, per §4(F) of this Court's individual practices. Defendants oppose the preliminary injunction. The parties have discussed their various needs and negotiated a proposed schedule. Specifically, the parties propose that Defendants' opposition to the preliminary injunction be due on November 17, 2023, and that Plaintiff's reply be due on November 29, 2023. The parties are available to confer with the Court at its convenience.

Respectfully submitted,

*/s/ Thomas McCarthy*
Counsel for Students for Fair Admissions
tom@consovoymccarthy.com