UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
WHITE PLAINS DIVISION

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS,<br><br>                              Plaintiff,<br><br>    v.<br><br>THE UNITED STATES MILITARY ACADEMY AT WEST POINT; THE UNITED STATES DEPARTMENT OF DEFENSE; LLOYD AUSTIN, in his official capacity as Secretary of Defense; CHRISTINE WORMUTH, in her official capacity as Secretary of the Army; LIEUTENANT GENERAL STEVEN GILLAND, in his official capacity as Superintendent of the United States Military Academy; and LIEUTENANT COLONEL RANCE LEE, in his official capacity as Director of Admissions for the United States Military Academy at West Point,<br><br>                              Defendants. | Case No. 7:23-cv-08262 |

## [PROPOSED] ORDER FOR ADMISSION *PRO HAC VICE*

The motion of Patrick Strawbridge for admission to practice pro hac vice in the above-captioned action is granted.

Applicant has declared that he is a member in good standing of the bars of Maine and the Massachusetts, and his contact information is as follows:

    Patrick Strawbridge
    CONSOVOY MCCARTHY PLLC
    Ten Post Office Square
    8th Floor South PMB #706
    Boston, Massachusetts 02109
    Patrick@consovoymccarthy.com

Applicant having requested admission pro hac vice to appear for all purposes as counsel for Plaintiffs in the above-entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice pro hac vice in the above-captioned case in the United States District Court for the Southern District of New York. All

attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: September 29, 2023

*[signature]*

Philip M. Halpern
United States District ~~/ Magistrate~~ Judge