AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| Students for Fair Admissions | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 23 Civ. 8262 (PMH) |
| United States Military Academy at West Point, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants.

Date: 09/30/2023

/s/ Alyssa B. O'Gallagher
*Attorney's signature*

Alyssa B. O'Gallagher
*Printed name and bar number*

United States Attorney's Office, SDNY
86 Chambers Street, 3rd Floor
New York, NY 10007
*Address*

alyssa.o'gallagher@usdoj.gov
*E-mail address*

(212) 637-2822
*Telephone number*

(212) 637-2786
*FAX number*