AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| Students for Fair Admissions | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 23 Civ. 8262 (PMH) |
| United States Military Academy at West Point, et al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants.

Date: 09/30/2023

/s/ Jennifer Ellen Blain
*Attorney's signature*

Jennifer Ellen Blain, 4343000
*Printed name and bar number*
United States Attorney's Office
Southern District of New York
86 Chambers Street
New York, New York 10007
*Address*

ellen.blain@usdoj.gov
*E-mail address*

(212) 637-2743
*Telephone number*

(212) 637-2730
*FAX number*