**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**WHITE PLAINS DIVISION**

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS,<br>                         Plaintiff,<br>v.<br><br>THE UNITED STATES MILITARY ACADEMY AT WEST POINT; THE UNITED STATES DEPARTMENT OF DEFENSE; LLOYD AUSTIN, in his official capacity as Secretary of Defense; CHRISTINE WORMUTH, in her official capacity as Secretary of the Army; LIEUTENANT GENERAL STEVEN GILLAND, in his official capacity as Superintendent of the United States Military Academy; and LIEUTENANT COLONEL RANCE LEE, in his official capacity as Director of Admissions for the United States Military Academy at West Point,<br>                         Defendants. | Case No. 7:23-cv-08262-PMH |

**PROOF OF SERVICE OF COMPLAINT, SUMMONS,**
**AND MOTION FOR PRELIMINARY INJUNCTION**

Defendants accepted service of the complaint, summons, and preliminary-injunction motion at the parties' video conference on September 25, 2023. Attorneys for Defendants who attended the call include Jennifer Ellen Blain, who has since entered an appearance (Doc. 20).

Dated: October 2, 2023

Respectfully submitted,

  */s/ Patrick Strawbridge*

Thomas R. McCarthy (VA Bar #82787) (pro hac vice)
Cameron T. Norris (pro hac vice forthcoming)
J. Michael Connolly (pro hac vice forthcoming)
James F. Hasson (pro hac vice forthcoming)
R. Gabriel Anderson (pro hac vice forthcoming)
CONSOVOY MCCARTHY PLLC
1600 Wilson Blvd., Ste. 700
Arlington, VA 22209
(703) 243-9423

Patrick Strawbridge (pro hac vice)
Ten Post Office Square
8th Floor South PMB #706
Boston, MA 02109
(617) 227-0548
patrick@consovoymccarthy.com