UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
WHITE PLAINS DIVISION

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS,<br><br>                                   Plaintiff,<br><br>v.<br><br>THE UNITED STATES MILITARY ACADEMY AT WEST POINT; THE UNITED STATES DEPARTMENT OF DEFENSE; LLOYD AUSTIN, in his official capacity as Secretary of Defense; CHRISTINE WORMUTH, in her official capacity as Secretary of the Army; LIEUTENANT GENERAL STEVEN GILLAND, in his official capacity as Superintendent of the United States Military Academy; and LIEUTENANT COLONEL RANCE LEE, in his official capacity as Director of Admissions for the United States Military Academy at West Point,<br>                                   Defendants. | Case No. 7:23-cv-08262-PMH |

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Rule 1.3 of the Local Rules of the United States District Court for the Southern District of New York, I, Cameron Norris, hereby move this Court for an Order for admission to practice *pro hac vice* to appear as counsel for Plaintiff in the above-captioned action. I am in good standing in the bars of Tennessee and Virginia, and there are no pending disciplinary proceedings against me in any state or federal court.

Executed on October 5, 2023

/s/ *Cameron Norris*
Cameron Norris
CONSOVOY MCCARTHY PLLC
1600 Wilson Blvd., Ste. 700
Arlington, VA 22209
(703) 243-9423
cam@consovoymccarthy.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
WHITE PLAINS DIVISION

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS,<br><br>          Plaintiff,<br><br>v.<br><br>THE UNITED STATES MILITARY ACADEMY AT WEST POINT; THE UNITED STATES DEPARTMENT OF DEFENSE; LLOYD AUSTIN, in his official capacity as Secretary of Defense; CHRISTINE WORMUTH, in her official capacity as Secretary of the Army; LIEUTENANT GENERAL STEVEN GILLAND, in his official capacity as Superintendent of the United States Military Academy; and LIEUTENANT COLONEL RANCE LEE, in his official capacity as Director of Admissions for the United States Military Academy at West Point,<br>          Defendants. | Case No. 7:23-cv-08262-PMH |

## **DECLARATION OF CAMERON NORRIS**

I, Cameron Norris, declare:

1. I am an attorney at the law firm Consovoy McCarthy PLLC, and counsel for Plaintiff in the above-captioned action. I am over the age of eighteen and am under no mental disability or impairment.

2. I have never been convicted of a felony.

3. I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

4. There are no pending disciplinary proceedings against me.

  Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 5, 2023

                     /s/ *Cameron Norris*
                     Cameron Norris
                     CONSOVOY MCCARTHY PLLC
                     1600 Wilson Blvd., Ste. 700
                     Arlington, VA 22209
                     (703) 243-9423
                     cam@consovoymccarthy.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
WHITE PLAINS DIVISION

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS,<br><br>            Plaintiff,<br><br>v.<br><br>THE UNITED STATES MILITARY ACADEMY AT WEST POINT; THE UNITED STATES DEPARTMENT OF DEFENSE; LLOYD AUSTIN, in his official capacity as Secretary of Defense; CHRISTINE WORMUTH, in her official capacity as Secretary of the Army; LIEUTENANT GENERAL STEVEN GILLAND, in his official capacity as Superintendent of the United States Military Academy; and LIEUTENANT COLONEL RANCE LEE, in his official capacity as Director of Admissions for the United States Military Academy at West Point,<br>            Defendants. | Case No. 7:23-cv-08262-PMH |

## [PROPOSED] ORDER FOR ADMISSION *PRO HAC VICE*

The motion of Cameron Norris for admission to practice pro hac vice in the above-captioned action is granted.

Applicant has declared that he is a member in good standing of the bars of Tennessee and Virginia, and his contact information is as follows:

 Cameron Norris
 CONSOVOY MCCARTHY PLLC
 1600 Wilson Blvd., Ste. 700
 Arlington, VA 22209
 (703) 243-9423
 cam@consovoymccarthy.com

Applicant having requested admission pro hac vice to appear for all purposes as counsel for Plaintiff in the above-entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice pro hac vice in the above-captioned case in the United States District Court for the Southern District of New York. All

attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____                                             _____

                                                                                          United States District Judge Philip M. Halpern

# Supreme Court of Tennessee
# Certificate of Good Standing

I, James M. Hivner, Clerk of the Supreme Court of the State of Tennessee, do hereby certify that

## Cameron T. Norris

is a licensed and practicing attorney of the Courts of this State, having been admitted to practice on November 10, 2014, and is presently in good standing. The Supreme Court is the Court of last resort in Tennessee.

In testimony whereof, I have set my hand and affixed the seal of the Court on this the 28th day of September, 2023.

James M. Hivner
Clerk of the Supreme Court of Tennessee

By: *Donna Gilmore*
Donna Gilmore, D.C.

# Supreme Court of Virginia

AT RICHMOND

## Certificate

I, Muriel-Theresa Pitney, Clerk of the Supreme Court of Virginia, do hereby certify that

Cameron Thomas Norris

was admitted to practice as an attorney and counsellor at the bar of this Court on September 12, 2018.

I further certify that so far as the records of this office are concerned, Cameron Thomas Norris is a member of the bar of this Court in good standing.

Witness my hand and seal of said Court
This 2nd day of October
A.D. 2023

By: _____
*Deputy Clerk*