**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

STUDENTS FOR FAIR ADMISSIONS, INC.,

                              *Plaintiff*,

      v.                              Case No. 7:23-cv-8262-PMH

THE UNITED STATES MILITARY
ACADEMY AT WEST POINT,

                              *Defendant*.

---

## DECLARATION OF MEMBER C

I, Member C, declare as follows:

      1.      I am 18, of sound mind, not a convicted felon, capable of making this declaration, and fully competent to declare the matters below.

      2.      I am a U.S. citizen and white.

      3.      I applied for admission to West Point for the class of 2027 and secured a nomination from a Member of Congress to attend. West Point rejected my application.

      4.      I am currently in college, medically qualified, under the age of 23, and live in the upper Midwest.

      5.      I am ready and able to apply to West Point again were a court to order it to cease the use of race and ethnicity as a factor in admissions. I have started the application process for the current cycle in the hopes that I can benefit from a preliminary injunction ordering West Point to stop considering race.

      6.      I joined Students for Fair Admissions because I support its mission and this lawsuit.

      7.      I am signing this declaration under a pseudonym because I am a college student, and if my participation in this litigation becomes public, I fear reprisal from West Point and others.

      Per 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.

1

Executed on October 5, 2023


Member C

2