AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| Students for Fair Admissions | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.  23 Civ. 8262 (PMH) |
| United States Military Academy at West Point, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants.

Date: 10/19/2023

/s/ John Robinson
*Attorney's signature*

John Robinson (5086483)
*Printed name and bar number*

U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street
Washington, DC 20005

*Address*

john.j.robinson@usdoj.gov
*E-mail address*

(202) 616-8489
*Telephone number*

*FAX number*