```
Robert Wooten
2478 Van Buskirk St.
Stockton, CA. 95206
(209)     992-8101

IN PRO-PER
```

RECEIVED
SDNY PRO SE OFFICE
2023 OCT 18  AM 11: 42

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Robert Wooten<br>    Petitioner' | Petition To File An Amicus Brief<br>In Opposition To Plaintiff |
| V | |
| Students For Fair Admissions<br>    Plaintiff | |

ORDER

The Petition to file an amicus brief in this matter is:

------------------------------------------------------------granted

------------------------------------------------------------denied

Signed--------------------------------------------------------------

PLEADING TITLE - 1

Robert Wooten
2478 Van Buskirk St.
Stockton, CA. 95206
(209)          992-8101

IN PRO-PER

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

Robert Wooten                                   Petition To File An Amicus Brief
    Petitioner'                                In Opposition To Plaintiff

    V

Students For Fair Admissions
    Plaintiff

TO THE COURT:

    Petitioner is an eighty-two year old Black resident of Stockton, California. He is not affiliated with any group or organization. His thoughts are based on, and developed from, the writings of others in association with related court cases and the historical record.

    Petitioner opposes Plaintiffs for the following reasons:

It is believed Plaintiff is a group or organization with no personal, and or, individual educational or military aspirations. Their concern is no greater than those of others of a similar mindset. They have not suffered an individual, personal, concrete, palpable injury. The group or organization is not, and will not, be injured in any personal manner and will not receive any personal benefit if they prevail in this action. The group, per se, has no cause of action.

    The Preamble to the Constitution out lines the purpose of the Constitution: "We the People of the United States, in Order to form a more perfect Union, establish Justice, insure domestic

PLEADING TITLE - 1

Tranquility, provide for the common defense, promote the general Welfare, and secure the Blessings of Liberty to ourselves and our Posterity, do ordain and establish this Constitution for the United States."

The Constitution of the United States, Article 1, Section 8, Clause 1, continues the theme, "The Congress shall have Power To …. Provide for the common Defense and general Welfare of the United States;" Clause 18, (The Congress shall have Power) "To make all laws which shall be necessary and proper for carrying into Execution the foregoing powers …."

Joseph Story, 1779 -1845, who may be considered a Founding Father, was an associate justice of SCOTUS who authored the first Commentaries on the Constitution, had this to say about the Constitution:

Section 422: "But a Constitution of government founded by the People for themselves and their posterity, …. For the establishment of justice, for the general Welfare, and the perpetuation of the Blessings of Liberty, necessarily requires every interpretation of its powers should have a constant reference to those objects.

No interpretation of the words, in which these powers are granted, can be a sound one, which narrows their ordinary import, so as to defeat those objects…. Section 430, In the interpretation of a power, all ordinary and appropriate means to execute the power are to be deemed a part of the power itself."

In the context of a racist society, in which the highest court of the land, the so-called supreme court, has indirectly sanctioned the abuse perpetrated by Whites against Blacks, such as in the United States, affirmative action may justly be considered "appropriate."

Justice, domestic Tranquility, common Defense, and general Welfare, speak to me of Equality: and they have all been denied to American Blacks by the so-called supreme court.

PLEADING TITLE - 2

It is my belief American Blacks are the only group of People IN THE WORLD, that have been systematically victimized by their own fellow citizens and their own government without being involved in some type of military, political, or religious conflict.

American Blacks were not accused of any crime. They were not accused of insurrection or rebellion. Nor were they accused of attempting to overthrow or in any manner under-mind the government of the United States. And yet, they have been victimized by their own government.

This unwarranted victimization can be documented by and through the historical record which petitioner intends to produce unless its existence is stipulated to by the opposition. There are alleged to have been over five thousand Blacks hung by White vigilante groups from the end of the Civil War until the 1950's.

Many of these atrocities were documented in official reports of the United States Army. There are also multiple local area newspaper reports by White reporters and photographers, of these crimes with pictures to document the facts. They cannot be disputed.

Blacks simply wanted, and want, what any, and every, lucid, rational minded individual wants: peace and prosperity: the Blessings of Liberty.

The supreme court set the tone for the future treatment of American Blacks in its infamous Dred Scott decision: "The African is so far beneath Whites in the order of Creation that assimilation is considered a crime. The African has no rights the White man is bound to respect"

Subsequent courts have adhered to the tone of the Taney court. They have attempted to make sure Blacks receive no respect: or anything else.

The Reconstruction courts picked up that theme and ran with. In 1873, just five short years action)was passed, the court said the United States offered no protections for the security of the individual.

PLEADING TITLE - 3

Every attempt Congress made to bring the former slave into the full realization of the so-called American Dream, the court struck them down. The court said the Civil War Amendments did not authorize Congress to pass any laws for the vindication of the rights of the former slave.

This injustice has persisted for at least one hundred years; and possibly more; from the end of the Civil War in 1865 until the Civil and Voting Rights Acts of 1964, and 5.

If Blacks had not been hampered from the end of the Civil War until now, one can only imagine how We might have prospered; in what condition We would now be in; economically, educationally, politically, and emotionally. We might be stable; Liberated; and Happy.

Because of the victimization Whites have perpetrated on and against Blacks for OVER a hundred years, Blacks are Owed preferential treatment for at LEAST one hundred years, or until Blacks are fully assimilated into society at a rate at least proportionate to Our numbers in the over-all population.

If the horrors perpetrated against Blacks were taught in schools, as a part of the history, or historical record of the United States; instead of being white-washed, Whites may not be so hostile to the concept of affirmative action. It is Our just due. Whites owe that to Us.

The Christian Bible, Exodus 20.5 says, in part, "….. I am the Lord your GOD, punishing the children for the sins of the fathers to the third and fourth generations." Whites today are in that generational span. The curse is sometimes understood to convey the idea children must pay for the sins of the fathers because the children are as sinful as their fathers.

Consider how fast the Republican states passed what Liberals would consider to be repressive voting restrictions designed to retard the ability of minority voters to participate in the political process after Roberts improperly discarded Section Four of the VRA.

The action was improper because there was no underlying constitutional issue upon which

PLEADING TITLE - 4

the complaint was based. The Fourteenth Amendment abolished so-called federalism rights of the southern states. Southern White state officials have no cause of action against the VRA because Congress has extended political protections to minorities in those states.

The Action itself was improper because a White official may not attack Congressionally conferred rights of minority groups within his jurisdiction. It is the Congress, and not the courts, which are to confer rights, and once rights have been determined to be necessary and proper, there is nothing in the Constitution which permits the court to rescind such rights.

Whites cannot bring back, or restore, Black lives that Whites have taken. One cannot measure the potential that Whites may have deprived Blacks of; by murdering innocent men, women, and children. Who knows what their potential may have been if they had been allowed to live; become gainfully employed, educated, politically active, productive members of society.

There should be a monetary value placed on human life. The value of that life should be passed on to the ancestors of those who were unjustly murdered. We are not, at this time, seeking financial compensation for Whites unjust actions. It is the least that Whites can do; in exchange for the sins of the Nation, to extend to Black children preferential treatment in admissions to the educational facilities of the Nation.

In order to satisfy the stated goals of "common Defense" and "general Welfare" which are prerequisites of the "Blessings of Liberty," Whites cannot legislate for the benefit of Whites only; particularly when it comes at the expense or detriment of minority individuals. The "common good" requires that all people, at some point in time, must surrender some rights for the benefit of others. It is now time for Blacks to receive limited preferential treatment in admissions.

The Constitution gives to Congress, not the court, the authority to make all laws which are

PLEADING TITLE - 5

necessary and proper to carry into Execution the foregoing Powers, (provide for the common Defense, and general Welfare of the United States); Article I, Section 8, Clause 18.

Judicial review is not in the Constitution. Although Hamilton may have been a proponent of judicial review when he penned the Federalist # 78; both Jefferson and Madison were opposed to the concept. Lincoln, in his first inaugural address, also appears to argues against the concept.

The idea that Hamilton had, was that the judiciary would be the weakest of the three branches of government. He believed the courts would serve as a bulwark against an oppressive majoritarian legislature protecting the rights of minority groups. Unfortunately, the opposite has come to pass. Congress attempts to pass legislation to benefit the plight of minority groups and the court, improperly and unconstitutionally, attempts to invalidate those rights.

Because the concept of judicial review is not in the document itself, it appears the majority of the delegates to the Convention were opposed to the idea.

"Judicial review" in a monoethnic society may be efficacious . But in a pluralistic society where the majority population believes it is superior to all other ethnic or racial groups, "judicial review" has proven itself to have disastrous consequences for minorities.

Since the rendering of the Slaughter House decision, politicians, professionals, and pundits have railed against the decision. To this day writings are issued expressing dissatisfaction with the decision. The same thing can be said of Cruikshank, The Civil Rights Cases, Plessey, Harris, and most, if not all, of the Reconstruction era cases decided by Reconstruction courts.

It is not that legal experts are unaware the courts decisions are unconstitutional, it is simply that professionals have succumbed to the myth of "judicial review." Even when people know the myth is detrimental to the rule of law; they still submit to it. And as such , it is detrimental to the rights of all minority citizens.

PLEADING TITLE - 6

Congress is empowered to provide for the common Defense and general Welfare of the citizens of the United States. Congress is further empowered "To make all Laws which shall be necessary and proper for carrying into Execution the foregoing powers, ...."

According to the dictionary, when asked the definition of the word "All," the reply was : What is full meaning of all? whole, entire, total, including everything and everyone (including John Roberts). That means Roberts and his co-called court have nothing to say about how Congress deems it best to promote the general Welfare of the Nation.

Congressional authority is plenary. It is total, complete, and absolute. It is not subject to review by the court. There is no disagreement between the understanding of Article IV, Section 3, "The Congress shall have Power to dispose of and make all needful Rules and Regulations, respecting the Territory or other Property belonging to the United States....." and the "appropriate legislation" Congress conferred on itself in the Civil War Amendments.

In Kleppe v New Mexico 420 U. S. 529, in reference to Congressional authority over land management, the court said, "The Property Clause, (quoted above), gives Congress power to determine what are needful rules respecting public lands."

In U. S. v San Francisco 310 U. S. 16, 30, another case involving public lands, the court said, "The power over public land entrusted to Congress is without limitation, and it is not for the court to say how that trust shall be administered.

The constitutional question is the distinction between "all needful rules and regulations, (quoted and discussed above from Article IV) and the statement contained in all three Civil War Amendments, "Congress shall have power to enforce this article by 'appropriate legislation."

"All needful Rules and Regulations" is simply another way of saying "By Appropriate

PLEADING TITLE - 7

Legislation." The purpose and intent is one and the same. "All needful" is "Appropriate." If the power is plenary in one instance, it must be plenary in all other instances of a similar context. If the court cannot second guess Congress in the Congressional disposition of land management; the court cannot second guess Congressional authority in regard to civil rights.

The little girls and old women, along with their fellow eunuchs in Congress, must adhere to the Constitutional mandate of Article III, Section 2, Clause 2, (the court shall proceed under) "such Exceptions and under such Regulations as the Congress shall make;" and make some cold, hard, fast rules and impose them on the court.

No governmental organization or institution; nor any individual, should be permitted to exist without controlling guidelines by which it is to function.

Bigots may not like affirmative action; but they cannot deny that it has the potential to evolve into a just and equitable society; which is the function of Congress to foster. Towards that end, all citizens must at some point in time, surrender rights which it deems beneficial to itself.

There is nothing more beneficial to humanity than life itself. The lives of Our Black Ancestors were unjustly taken for no other reason than that they were hated: without cause. At least Black Children should be entitled to preferential treatment in education as partial compensation for the iniquities that have been inflicted upon their forefathers.

For these and other issues which may develop through future inquiry, I respectfully request permission to file an amicus brief in this matter.

10-3-2023

Robert Wooten
ROBERT WOOTEN

PLEADING TITLE - 8



R. WOOTEN
2478 VAN BUSKIRK ST.
STOCKTON, CA. 95206

Pro Se
RJ

RECEIVED
OCT 18 2023
PRO SE OFFICE

7018 0360 0000 3101 5438

U.S. DISTRICT COURT
SO. DISTRICT OF NEW Y
500 PEARL ST.
N.Y. NEW YORK, 1000

U.S. POSTAGE PAID
FCM LG ENV
STOCKTON, CA 95206