**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**WHITE PLAINS DIVISION**

STUDENTS FOR FAIR ADMISSIONS

*Plaintiff,*

v.

UNITED STATES MILITARY ACAD-EMY AT WEST POINT; THE UNITED STATES DEPARTMENT OF DEFENSE; LLOYD AUSTIN, in his official capacity as Secretary of Defense; CHRISTINE WORMUTH, in her official capacity as Secretary of the Army; LIEU-TENANT GENERAL STEVEN GILLAND, in his official capacity as Superintendent of the United States Military Academy; and LIEU-TENANT COLONEL RANCE LEE, in his official capacity as Director of Admissions for the United States Military Academy at West Point,

*Defendants.*

No. 7:23-cv-08262

**ORDER TO SHOW CAUSE FOR PRELIMINARY INJUNCTION**

**UPON** the declarations of James Hasson and Edward Blum, sworn to the 19th day of September 2023; the declaration of Member A, sworn to the 13th day of September 2023; and the declaration of Member C, sworn to the 5th day of October 2023, and upon the copy of the complaint available via ECF (Doc. 1), it is

**ORDERED**, that the above named defendants show cause before a motion term of this Court, at Room ____, Federal Building and Courthouse, 300 Quarropas Street, in the City of White Plains, County of Westchester, and State of New York, on _____, 2023, at _____ o'clock in the _____noon thereof, or as soon thereafter as counsel may be heard, why an order should not be issued pursuant to Rule 65 of the Federal Rules of Civil Procedure enjoining the defendants during the pendency of this action from considering race as a factor when making admissions decisions; and it is further

1

**ORDERED** that security in the amount of $\_\_\_\_\_$ be posted by the plaintiff prior to

_____, 202\_\_, at _____ o'clock in the _____noon of that day; and it is further

**ORDERED** that personal service of a copy of this order and annexed affidavit upon the

defendant or his counsel via ECF filing on or before \_\_\_\_\_ o'clock in the _____noon,

_____, 202\_\_, shall be deemed good and sufficient service thereof.


Dated: White Plains, New York

Issued: _____


_____
United States District Judge