**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**WHITE PLAINS DIVISION**

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS,<br>　　　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>THE UNITED STATES MILITARY ACADEMY AT WEST POINT; THE UNITED STATES DEPARTMENT OF DEFENSE; LLOYD AUSTIN, in his official capacity as Secretary of Defense; CHRISTINE WORMUTH, in her official capacity as Secretary of the Army; LIEUTENANT GENERAL STEVEN GILLAND, in his official capacity as Superintendent of the United States Military Academy; and LIEUTENANT COLONEL RANCE LEE, in his official capacity as Director of Admissions for the United States Military Academy at West Point,<br>　　　　　　　　　　　　　Defendants. | Case No. 7:23-cv-08262-PMH |

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Rule 1.3 of the Local Rules of the United States District Court for the Southern District of New York, I, Bryan Weir, hereby move this Court for an Order for admission to practice *pro hac vice* to appear as counsel for Plaintiffs in the above-captioned action. I am in good standing in the bars of California and Virginia, and there are no pending disciplinary proceedings against me in any state or federal court.

Executed on October 31, 2023

　　　　　　　　　　　　　　　　　　　　　　　/s/ Bryan Weir
　　　　　　　　　　　　　　　　　　　　　　Bryan Weir
　　　　　　　　　　　　　　　　　　　　　　CONSOVOY MCCARTHY PLLC
　　　　　　　　　　　　　　　　　　　　　　1600 Wilson Blvd., Ste. 700
　　　　　　　　　　　　　　　　　　　　　　Arlington, VA 22209
　　　　　　　　　　　　　　　　　　　　　　(703) 243-9423
　　　　　　　　　　　　　　　　　　　　　　bryan@consovoymccarthy.com

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**WHITE PLAINS DIVISION**

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS,<br><br>                             Plaintiff,<br><br>v.<br><br>THE UNITED STATES MILITARY ACADEMY AT WEST POINT; THE UNITED STATES DEPARTMENT OF DEFENSE; LLOYD AUSTIN, in his official capacity as Secretary of Defense; CHRISTINE WORMUTH, in her official capacity as Secretary of the Army; LIEUTENANT GENERAL STEVEN GILLAND, in his official capacity as Superintendent of the United States Military Academy; and LIEUTENANT COLONEL RANCE LEE, in his official capacity as Director of Admissions for the United States Military Academy at West Point,<br><br>                            Defendants. | Case No. 7:23-cv-08262-PMH |

## **DECLARATION OF BRYAN WEIR**

I, Bryan Weir, declare:

1. I am an attorney at the law firm Consovoy McCarthy PLLC, and counsel for Plaintiffs in the above-captioned action. I am over the age of eighteen and am under no mental disability or impairment.

2. I have never been convicted of a felony.

3. I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

4. There are no pending disciplinary proceedings against me.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 31, 2023

                                                                              */s/ Bryan Weir*
                                                                              Bryan Weir
                                                                              Consovoy McCarthy PLLC
                                                                              1600 Wilson Blvd., Ste. 700
                                                                              Arlington, VA 22209
                                                                              (703) 243-9423
                                                                              bryan@consovoymccarthy.com

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**WHITE PLAINS DIVISION**

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS,<br><br>　　　　　　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>THE UNITED STATES MILITARY ACADEMY AT WEST POINT; THE UNITED STATES DEPARTMENT OF DEFENSE; LLOYD AUSTIN, in his official capacity as Secretary of Defense; CHRISTINE WORMUTH, in her official capacity as Secretary of the Army; LIEUTENANT GENERAL STEVEN GILLAND, in his official capacity as Superintendent of the United States Military Academy; and LIEUTENANT COLONEL RANCE LEE, in his official capacity as Director of Admissions for the United States Military Academy at West Point,<br>　　　　　　　　　　　　　Defendants. | Case No. 7:23-cv-08262-PMH |

## [PROPOSED] ORDER FOR ADMISSION *PRO HAC VICE*

The motion of Bryan Weir for admission to practice pro hac vice in the above-captioned action is granted.

Applicant has declared that he is a member in good standing of the bars of California and Virginia, and his contact information is as follows:

> Bryan Weir
> CONSOVOY MCCARTHY PLLC
> 1600 Wilson Blvd., Ste. 700
> Arlington, VA 22209
> (703) 243-9423
> bryan@consovoymccarthy.com

Applicant having requested admission pro hac vice to appear for all purposes as counsel for Plaintiffs in the above-entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice pro hac vice in the above-captioned case in the United States District Court for the Southern District of New York. All

attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____                                          _____

United States District Judge Philip M. Halpern



*On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that*

# *Bryan Kipp Weir*

*was duly qualified and admitted on April 1, 2013 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an Inactive member in good standing of this Bar.*

*In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on October 04, 2023.*

*JULIO A. CASTILLO*
*Clerk of the Court*

*Issued By:*

*David Chu - Director, Membership*
*District of Columbia Bar Membership*

*For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.*



## Supreme Court of California

JORGE E. NAVARRETE
*Clerk and Executive Officer of the Supreme Court*

### CERTIFICATE OF THE CLERK OF THE SUPREME COURT

OF THE

STATE OF CALIFORNIA

### *BRYAN KIPP WEIR*

I, JORGE E. NAVARRETE, Clerk/Executive Officer of the Supreme Court of the State of California, do hereby certify that BRYAN KIPP WEIR, #310964, was on the 8th day of November 2016, duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.

*Witness my hand and the seal of the court on the 10th day of October 2023.*

JORGE E. NAVARRETE
*Clerk/Executive Officer of the Supreme Court*

By: _____
*Biying Jia, Assistant Deputy Clerk*

# Supreme Court of Virginia

AT RICHMOND

## Certificate

I, Muriel-Theresa Pitney, Clerk of the Supreme Court of Virginia, do hereby certify that

Bryan Kipp Weir

was admitted to practice as an attorney and counsellor at the bar of this Court on October 31, 2011.

I further certify that so far as the records of this office are concerned, Bryan Kipp Weir is a member of the bar of this Court in good standing.

Witness my hand and seal of said Court
This 4th day of October
A.D. 2023

By:_____
*Deputy Clerk*