UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
WHITE PLAINS DIVISION

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS,<br><br>　　　　　　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>THE UNITED STATES MILITARY ACADEMY AT WEST POINT; THE UNITED STATES DEPARTMENT OF DEFENSE; LLOYD AUSTIN, in his official capacity as Secretary of Defense; CHRISTINE WORMUTH, in her official capacity as Secretary of the Army; LIEUTENANT GENERAL STEVEN GILLAND, in his official capacity as Superintendent of the United States Military Academy; and LIEUTENANT COLONEL RANCE LEE, in his official capacity as Director of Admissions for the United States Military Academy at West Point,<br><br>　　　　　　　　　　　　　Defendants. | Case No. 7:23-cv-08262 |

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Rule 1.3 of the Local Rules of the United States District Court for the Southern District of New York, I, James Hasson, hereby move this Court for an Order for admission to practice *pro hac vice* to appear as counsel for Plaintiffs in the above-captioned action. I am in good standing in the bars of Texas, Virginia, and the District of Columbia, and there are no pending disciplinary proceedings against me in any state or federal court.

Executed on October 31, 2023

　　　　　　　　　　　　　　　　　　　　　　　/s/ James Hasson
　　　　　　　　　　　　　　　　　　　　　　　James Hasson
　　　　　　　　　　　　　　　　　　　　　　　CONSOVOY MCCARTHY PLLC
　　　　　　　　　　　　　　　　　　　　　　　1600 Wilson Blvd., Ste. 700
　　　　　　　　　　　　　　　　　　　　　　　Arlington, VA 22209
　　　　　　　　　　　　　　　　　　　　　　　(703) 243-9423
　　　　　　　　　　　　　　　　　　　　　　　james@consovoymccarthy.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK WHITE PLAINS DIVISION

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS,<br>　　　　　　　　　　　　　　　Plaintiffs,<br>- against -<br><br>THE UNITED STATES MILITARY ACADEMY AT WEST POINT; THE UNITED STATES DEPARTMENT OF DEFENSE; LLOYD AUSTIN, in his official capacity as Secretary of Defense; CHRISTINE WORMUTH, in her official capacity as Secretary of the Army; LIEUTENANT GENERAL STEVEN GILLAND, in his official capacity as Superintendent of the United States Military Academy; and LIEUTENANT COLONEL RANCE LEE, in his official capacity as Director of Admissions for the United States Military Academy at West Point,<br>　　　　　　　　　　　　　　　Defendants. | Case No. 7:23-cv-08262 |

## DECLARATION OF JAMES HASSON

I, James Hasson, declare:

1. I am an attorney at the law firm Consovoy McCarthy PLLC, and counsel for Plaintiffs in the above-captioned action. I am over the age of eighteen and am under no mental disability or impairment.

2. I have never been convicted of a felony.

3. I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

4. There are no pending disciplinary proceedings against me.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 31, 2023

　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ James Hasson
　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　James Hasson
　　　　　　　　　　　　　　　　　　　　　　　　　　CONSOVOY MCCARTHY PLLC
　　　　　　　　　　　　　　　　　　　　　　　　　　1600 Wilson Blvd., Ste. 700
　　　　　　　　　　　　　　　　　　　　　　　　　　Arlington, VA 22209
　　　　　　　　　　　　　　　　　　　　　　　　　　(703) 243-9423
　　　　　　　　　　　　　　　　　　　　　　　　　　james@consovoymccarthy.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK WHITE PLAINS DIVISION

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS,<br>　　　　　　　　　　　　　　　Plaintiffs,<br>- against -<br><br>THE UNITED STATES MILITARY ACADEMY AT WEST POINT; THE UNITED STATES DEPARTMENT OF DEFENSE; LLOYD AUSTIN, in his official capacity as Secretary of Defense; CHRISTINE WORMUTH, in her official capacity as Secretary of the Army; LIEUTENANT GENERAL STEVEN GILLAND, in his official capacity as Superintendent of the United States Military Academy; and LIEUTENANT COLONEL RANCE LEE, in his official capacity as Director of Admissions for the United States Military Academy at West Point,<br>　　　　　　　　　　　　　　　Defendants. | Case No. 7:23-cv-08262 |

## [PROPOSED] ORDER FOR ADMISSION *PRO HAC VICE*

The motion of James Hasson for admission to practice pro hac vice in the above-captioned action is granted.

Applicant has declared that he is a member in good standing of the bars of Virginia, Texas, and the District of Columbia, and his contact information is as follows:

> James Hasson
> CONSOVOY MCCARTHY PLLC
> 1600 Wilson Blvd., Ste. 700
> Arlington, VA 22209
> (703) 243-9423
> james@consovoymccarthy.com

Applicant having requested admission pro hac vice to appear for all purposes as counsel for Plaintiffs in the above-entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice pro hac vice in the above-captioned case in the United States District Court for the Southern District of New York. All

attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____                                    _____

United States District Judge Philip M. Halpern



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals,
the District of Columbia Bar does hereby certify that

## *James Francis Hasson*

was duly qualified and admitted on January 3, 2022 as an attorney and counselor entitled to
practice before this Court; and is, on the date indicated below, an Active member in good
standing of this Bar.

*In Testimony Whereof,
I have hereunto subscribed my
name and affixed the seal of this
Court at the City of
Washington, D.C., on October 31, 2023.*

*JULIO A. CASTILLO
Clerk of the Court*

*Issued By:*

*David Chu - Director, Membership
District of Columbia Bar Membership*

*For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email
memberservices@dcbar.org.*

# STATE BAR OF TEXAS



*Office of the Chief Disciplinary Counsel*

October 31, 2023

Re: James Hasson, State Bar Number 24109982

To Whom It May Concern:

This is to certify that James Hasson was licensed to practice law in Texas on November 02, 2018, and is an active member in good standing with the State Bar of Texas. "Good standing" means that the attorney is current on payment of Bar dues; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension from the practice of law.

This certification expires 30 days from the date, unless sooner revoked or rendered invalid by operation of rule or law.

Sincerely,

Seana Willing
Chief Disciplinary Counsel
SW/web



P.O. BOX 12487, CAPITOL STATION, AUSTIN, TEXAS 78711-2487, 512.427.1350; FAX: 512.427.4167

# VIRGINIA STATE BAR

## CERTIFICATE OF GOOD STANDING

THIS IS TO CERTIFY THAT **JAMES FRANCIS HASSON** IS AN ACTIVE MEMBER OF THE VIRGINIA STATE BAR IN GOOD STANDING. **MR. HASSON** WAS LICENSED TO PRACTICE LAW IN VIRGINIA ON **MAY 13, 2022**, AFTER SUCCESSFULLY PASSING THE BAR EXAMINATION GIVEN BY THE BOARD OF BAR EXAMINERS.

Issued October 6, 2023

*DaVida M. Davis*
DaVida M. Davis
**Director of Regulatory Compliance**