

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

October 31, 2023

**By ECF**
The Honorable Philip M. Halpern
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

      Re:    *Students for Fair Admissions v. United States Military Academy at West Point, et al.*, No. 23 Civ. 8262 (PMH)

Dear Judge Halpern:

      Defendants the United States Military Academy at West Point ("West Point"); the United States Department of Defense; Lloyd Austin, Secretary of Defense; Christine Wormuth, Secretary of the Army; Lieutenant General Steven Gilland, Superintendent of West Point; and Lieutenant Colonel Rance Lee, Director of Admissions for West Point (together, "Defendants") in the above-referenced action, jointly with plaintiff Students for Fair Admissions ("SFFA"), respond to the Court's direction, given at the telephone status conference held on October 24, 2023, that the parties inform the Court regarding (1) their efforts at resolution and (2) their respective positions on the Petition to File an Amicus Brief filed at Dkt. No. 29.

      **1. Efforts at Resolution**

      The parties discussed possible amicable resolution of this action on October 27, 2023. Counsel for SFFA made a settlement demand, and the undersigned relayed that demand to Defendants, who are considering it. The parties do not believe that a referral to the assigned magistrate judge for settlement or to the Court-annexed mediation program would be productive at this juncture. Likewise, the parties do not intend to engage a private mediator at this time.

      **2. Positions on Petition to File an Amicus Brief**

      With respect to the Court's specific inquiry, neither SFFA nor Defendants oppose the Petition to File an Amicus Brief that appears at Dkt. No. 29. Furthermore, both SFFA and Defendants intend to take a position of non-opposition to future requests to file amicus briefs in this matter. SFFA notes, though, that Mr. Wooten's *pro se* brief is unlikely to aid the Court, as it largely maligns the "so-called Supreme Court," questions the existence of judicial review, and does not grapple with the governing caselaw.

We thank the Court for its consideration of this letter.

            Respectfully,

            DAMIAN WILLIAMS
            United States Attorney for the
            Southern District of New York

By: */s/ Alyssa B. O'Gallagher*
   ALYSSA B. O'GALLAGHER
   ELLEN BLAIN
   Assistant United States Attorneys
   Tel.: (212) 637-2822/2743
   Email: Alyssa.O'Gallagher@usdoj.gov
       Ellen.Blain@usdoj.gov