**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
WHITE PLAINS DIVISION**

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS<br><br>*Plaintiff,*<br><br>v.<br><br>UNITED STATES MILITARY ACADEMY AT WEST POINT; THE UNITED STATES DEPARTMENT OF DEFENSE; LLOYD AUSTIN, in his official capacity as Secretary of Defense; CHRISTINE WORMUTH, in her official capacity as Secretary of the Army; LIEUTENANT GENERAL STEVEN GILLAND, in his official capacity as Superintendent of the United States Military Academy; and LIEUTENANT COLONEL RANCE LEE, in his official capacity as Director of Admissions for the United States Military Academy at West Point,<br><br>*Defendants.* | No. 7:23-cv-08262<br><br>**DECLARATION OF SERVICE** |

I, Cameron T. Norris, declare as follows:

      1.      I am an attorney at the law firm Consovoy McCarthy PLLC and counsel for the plaintiff, Students for Fair Admissions.

      2.      I am over the age of eighteen and under no mental disability or impairment. I have personal knowledge of the following facts and, if called as a witness, I would competently testify to them.

      3.      On September 20, 2023, I caused a copy of the complaint, summonses, motion for preliminary injunction, and related attachments to be served by certified mail, return receipt requested, on the following agencies and officials:

United States Military Academy at West Point
606 Thayer Rd.
West Point, NY 10996

United States Department of Defense
1400 Defense Pentagon

Washington, D.C. 20301

Lloyd Austin
Secretary of Defense
United States Department of Defense
1400 Defense Pentagon
Washington, D.C. 20301

Christine Wormuth
Secretary of the Army
Department of the Army
101 Army Pentagon
Washington, D.C. 20301

Steven Gilland
Superintendent, United States Military Academy at West Point
United States Military Academy at West Point
606 Thayer Rd.
West Point, NY 10996

Rance Lee
Director of Admissions, United States Military Academy at West Point
United States Military Academy at West Point
606 Thayer Rd.
West Point, NY 10996

4. As indicated on the return receipt, attached as Exhibit A, the United States Military Academy at West Point received the certified mailing on September 25, 2023.

5. As indicated on the return receipt, attached as Exhibit B, the United States Department of Defense received the certified mailing on September 22, 2023.

6. As indicated on the return receipt, attached as Exhibit C, Lloyd Austin received the certified mailing on September 22, 2023.

7. As indicated on the return receipt, attached as Exhibit D, Steven Gilland received the certified mailing on September 25, 2023.

8. As indicated on the return receipt, attached as Exhibit E, Rance Lee received the certified mailing on September 25, 2023.

9. Separately, counsel for Defendants responded to an email that I sent on September 22, 2023. Counsel for both sides had a video conference on September 25. During that conference, counsel for Defendants accepted service as of September 25. Counsel for Defendants stated that the government normally accepts service, rather than waiving it, and that Defendants will not challenge service in this case. Emails reflecting some of that correspondence are attached as Exhibit F.

10. Counsel for Defendants have since entered appearances, filed documents, and confirmed at a status conference with the Court that they have accepted service.

Pursuant to 28 U.S.C. §1746, I hereby declare under penalty of perjury that the foregoing is true and correct.

Dated: November 1, 2023              *s/Cameron T. Norris*

Cameron T. Norris (pro hac vice)
CONSOVOY MCCARTHY PLLC
1600 Wilson Boulevard, Suite 700
Arlington, VA 22209
(703) 243-9423
cam@consovoymccarthy.com

**CERTIFICATE OF SERVICE**

I e-filed this document on November 1, 2023, which will email everyone requiring notice.

*s/Cameron T. Norris*

# EXHIBIT A

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

United States Military Academy
at West Point
606 Thayer Road
West Point, NY 10996

9590 9402 5888 0049 3465 37

2. Article Number (Transfer from service label)

7022 2410 0003 4125 2463

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]
☐ Agent
☐ Addressee

B. Received by (Printed Name): S'u Anglade
C. Date of Delivery: 9/25/23

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

# EXHIBIT B

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

United States Department of Defense
1400 Defense Pentagon
Washington, DC 20301-1400

9590 9402 5888 0049 3465 20

2. Article Number (Transfer from service label)

7022 2410 0003 4125 2524

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  CMD
☑ Agent
☐ Addressee

B. Received by (Printed Name)
CMD

C. Date of Delivery
9/25/23

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

DATE REC'D   CBRE SCREENED
SEP 22 2023   SEP 22 2023
At Pentagon   #004   RFRA

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

# EXHIBIT C

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Lloyd Austin
Secretary of Defense
1400 Defense Pentagon
Washington, DC 20301-1400


9590 9402 5436 9189 3688 75

2. Article Number (Transfer from service label)

7022 2410 0003 4125 2494

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  CMD
☑ Agent
☐ Addressee

B. Received by (Printed Name)
CMD

C. Date of Delivery
9/25/23

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

DATE REC'D
CBRE SCREENED
SEP 22 2023     SEP 22 2023
At Pentagon
#004  PFPA

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery over $500

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt

# EXHIBIT D

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Steven Gilland
   Superintendent, West Point
   606 Thayer Rd.
   West Point, NY 10996

   9590 9402 5926 0049 9717 76

2. Article Number (Transfer from service label)

   7022 2410 0003 4125 2517

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X [signature]
   ☐ Agent
   ☐ Addressee

B. Received by (Printed Name): Su Angvade
C. Date of Delivery: 9/25/23

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☐ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Insured Mail
   ☐ Insured Mail Restricted Delivery (over $500)
   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☐ Return Receipt for Merchandise
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt

# EXHIBIT E

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Renee Lee - Director of Admissions,
U.S. Military Academy at West Point
606 Thayer Rd.
West Point, NY 10996


9590 9402 5926 0049 9717 69

2. Article Number (Transfer from service label)

7022 2410 0003 4125 1886

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_
☐ Agent
☒ Addressee

B. Received by (Printed Name): Rance Lee
C. Date of Delivery: 9/25

D. Is delivery address different from item 1? ☐ Yes ☐ No
   If YES, enter delivery address below:

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery over $500

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt

# EXHIBIT F



James Hasson <james@consovoymccarthy.com>

## Looking for Defts' Counsel in SFFA v. West Point, 23-cv-8262 (SDNY)

**Cam Norris** <cam@consovoymccarthy.com>                                           Tue, Oct 31, 2023 at 2:45 PM
To: James Hasson <james@consovoymccarthy.com>

---------- Forwarded message ---------
From: **Cam** <cam@consovoymccarthy.com>
Date: Tue, Sep 26, 2023 at 6:33 AM
Subject: Re: [EXTERNAL] Looking for Defts' Counsel in SFFA v. West Point, 23-cv-8262 (SDNY)
To: Ellen (USANYS) Blain <ellen.blain@usdoj.gov>
Cc: James Hasson <james@consovoymccarthy.com>, Bryan Weir <bryan@consovoymccarthy.com>, Patrick Strawbridge <patrick@consovoymccarthy.com>, Gabe Anderson <gabe@consovoymccarthy.com>, Alyssa (USANYS) O'Gallagher <alyssa.o'gallagher@usdoj.gov>, John J. (CIV) Robinson <john.j.robinson@usdoj.gov>, Adam Mortara <adam@mortaralaw.com>

Ellen, thank you for the productive call yesterday and for agreeing to accept service (as of yesterday).

Regarding the outstanding questions, we'd like to just proceed with briefing the preliminary injunction as is. The judge has a procedure where we write a letter asking him for a conference, which strikes us as a good opportunity to hammer out a schedule. To get the conversation started, we propose the government file its opposition on 10/31, 6 weeks after we filed the motion. We could then file a reply by 11/14, giving the court(s) time to reach a decision.

Please let us know what you think,

On Mon, Sep 25, 2023 at 2:11 PM Blain, Ellen (USANYS) <Ellen.Blain@usdoj.gov> wrote:

> Great, thanks, will send an invite for 3:30.
>
> Ellen
>
> **From:** Cam Norris <cam@consovoymccarthy.com>
> **Sent:** Monday, September 25, 2023 1:38 PM
> **To:** Blain, Ellen (USANYS) <EBlain@usa.doj.gov>
> **Cc:** James Hasson <james@consovoymccarthy.com>; Bryan Weir <bryan@consovoymccarthy.com>; Patrick Strawbridge <patrick@consovoymccarthy.com>; Gabe Anderson <gabe@consovoymccarthy.com>; O'Gallagher, Alyssa (USANYS) <AOGallagher@usa.doj.gov>; Robinson, John J. (CIV) <John.J.Robinson@usdoj.gov>
> **Subject:** Re: [EXTERNAL] Looking for Defts' Counsel in SFFA v. West Point, 23-cv-8262 (SDNY)
>
> Yes, at least some of us can.
>
> On Mon, Sep 25, 2023 at 12:56 PM Blain, Ellen (USANYS) <Ellen.Blain@usdoj.gov> wrote:
>
>> Cam,
>>
>> Thanks for your email. Are you and your team available to speak today, in the 3-4pm window? We can circulate a Teams invite if so. Thanks,

10/31/23, 5:43 PM
Consovoy McCarthy PLLC Mail - Looking for Defts' Counsel in SFFA v. West Point, 23-cv-8262 (SDNY)
Case 7:23-cv-08262-PMH    Document 39    Filed 11/01/23    Page 16 of 19

Ellen

**From:** Cam <cam@consovoymccarthy.com>
**Sent:** Friday, September 22, 2023 3:20 PM
**Cc:** James Hasson <james@consovoymccarthy.com>; Bryan Weir <bryan@consovoymccarthy.com>; Patrick Strawbridge <patrick@consovoymccarthy.com>; Gabe Anderson <gabe@consovoymccarthy.com>; Blain, Ellen (USANYS) <EBlain@usa.doj.gov>; O'Gallagher, Alyssa (USANYS) <AOGallagher@usa.doj.gov>; Robinson, John J. (CIV) <John.J.Robinson@usdoj.gov>
**Subject:** Re: [EXTERNAL] Looking for Defts' Counsel in SFFA v. West Point, 23-cv-8262 (SDNY)

Thank you, Jeff. Moving you to bcc.

Alyssa, Ellen, and John,

We look forward to working with you. Two procedural things for now:

Service of the complaint and summons is headed your way already via certified mail. But if you prefer, we're open to waivers of service or staying your obligation to respond to the complaint until after the PI is decided. If either option interests you, let us know and we can draw up the paperwork.

Copies of the PI are also headed your way. But would you agree to electronic service of those documents? We can email everything over so you have it in one place. We understand that you might want more than the default time to respond to that motion, and we're willing to work on a reasonable schedule. We'd just like to cross service off the list ASAP so the judge knows we're in contact.

Thank you,

--

Cameron T. Norris

**Consovoy McCarthy PLLC**

1600 Wilson Boulevard

Suite 700

Arlington, VA 22209

703.243.9423

www.consovoymccarthy.com

Image removed by sender.

On Sep 22, 2023 at 3:01 PM, <Jeffrey (USANYS) Oestericher> wrote:

Cam,

10/31/23, 5:43 PM
Consovoy McCarthy PLLC Mail - Looking for Defts' Counsel in SFFA v. West Point, 23-cv-8262 (SDNY)
Case 7:23-cv-08262-PMH Document 39 Filed 11/01/23 Page 17 of 19

Thanks for your email. I have copied the attorneys who will be handling this matter on this message – Alyssa O'Gallagher, Ellen Blain, and John Robinson. They will be in touch with you.

All the best,

Jeff

Jeffrey Oestericher

Chief, Civil Division

U.S. Attorney's Office, SDNY

86 Chambers Street, 3rd Floor

New York, NY 10007

(212) 637-2695

---

**From:** Aronoff, Peter (USANYS) <PAronoff@usa.doj.gov>
**Sent:** Friday, September 22, 2023 2:41 PM
**To:** Cam Norris <cam@consovoymccarthy.com>; Berman, Keri L. (CIV) <Keri.L.Berman@usdoj.gov>
**Cc:** James Hasson <james@consovoymccarthy.com>; Bryan Weir <bryan@consovoymccarthy.com>; Patrick Strawbridge <patrick@consovoymccarthy.com>; Gabe Anderson <gabe@consovoymccarthy.com>; Oestericher, Jeffrey (USANYS) <JOestericher@usa.doj.gov>
**Subject:** Re: [EXTERNAL] Looking for Defts' Counsel in SFFA v. West Point, 23-cv-8262 (SDNY)

Thank you. I have copied our civil chief here at SDNY, Jeff Oestericher, who can help.

Peter Aronoff

Assistant U.S. Attorney

212.637.2697

---

**From:** Cam Norris <cam@consovoymccarthy.com>
**Sent:** Friday, September 22, 2023 2:20:01 PM
**To:** Aronoff, Peter (USANYS) <PAronoff@usa.doj.gov>; Berman, Keri L. (CIV) <Keri.L.Berman@usdoj.gov>
**Cc:** James Hasson <james@consovoymccarthy.com>; Bryan Weir <bryan@consovoymccarthy.com>; Patrick Strawbridge <patrick@consovoymccarthy.com>; Gabe Anderson <gabe@consovoymccarthy.com>
**Subject:** [EXTERNAL] Looking for Defts' Counsel in SFFA v. West Point, 23-cv-8262 (SDNY)

Counsel:

My client, Students for Fair Admissions, filed the above case against West Point (you might have seen it in the news). We're seeking a time-sensitive preliminary-injunction motion, so I'd like to alert the government of that fact and start negotiating a schedule. But no one has appeared yet and, in our experience, might not for some time.

You both represented West Point or the Defense Department before. Could you kindly direct us to the attorney(s) who have been staffed on this case? The PI motion and brief are attached to this email.

Thank you in advance,

--

Cameron T. Norris

**Consovoy McCarthy PLLC**

1600 Wilson Boulevard

Suite 700

Arlington, VA 22209

703.243.9423 (office)

www.consovoymccarthy.com

Image removed by sender.

--

Cameron T. Norris

**Consovoy McCarthy PLLC**

1600 Wilson Boulevard

Suite 700

Arlington, VA 22209

703.243.9423 (office)

www.consovoymccarthy.com

Image removed by sender.

--
Cameron T. Norris
**Consovoy McCarthy PLLC**
1600 Wilson Boulevard
Suite 700
Arlington, VA 22209
703.243.9423 (office)
www.consovoymccarthy.com



--

Cameron T. Norris
**Consovoy McCarthy PLLC**
1600 Wilson Boulevard
Suite 700
Arlington, VA 22209
703.243.9423 (office)
www.consovoymccarthy.com



**image001.jpg**
1K