

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

November 9, 2023

**By ECF**
The Honorable Philip M. Halpern
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

      Re:    *Students for Fair Admissions v. United States Military Academy at West Point, et al.*, No. 23 Civ. 8262 (PMH)

Dear Judge Halpern:

      Defendants the United States Military Academy at West Point ("West Point"); the United States Department of Defense; Lloyd Austin, Secretary of Defense; Christine Wormuth, Secretary of the Army; Lieutenant General Steven Gilland, Superintendent of West Point; and Lieutenant Colonel Rance Lee, Director of Admissions for West Point (together, "Defendants" or the "Government") write respectfully to request a brief extension of time, from November 17, 2023, to November 22, 2023, to file their opposition to Plaintiff's motion for a preliminary injunction. Such an extension would allow the Government additional time to meet with one of the officials who will be submitting a declaration in support of its opposition. This is the Government's first request for an extension of time to file its opposition, and Plaintiff takes no position with respect to this request.

      The Government also writes respectfully to request that it be permitted leave to file an enlarged opposition brief of up to 50 pages. The requested enlargement would allow the Government additional pages to address the complexities of West Point's admissions process and the importance of the Government's compelling interests, including by incorporating information from several declarations that the Government intends to file in support of its opposition. Courts in this District routinely grant comparable enlargements in cases of similar complexity. *See, e.g.*, *Berenson v. Biden, et al.*, No. 23 Civ. 3048 (JGLC), Dkt. No. 34 (granting leave to file 50-page brief); *Nat'l Day Laborer Organizing Network, et al. v. United States Immigration and Customs Enforcement, et al.*, No. 16 Civ. 387 (PAE), Dkt. No. 161 (same); *Chicarielli v. United States, et al.*, No. 14 Civ. 6765 (JGK), Dkt. No. 35 (same); *Tanvir, et al. v. Comey, et al.*, No. 13 Civ. 6951 (RA), Dkt. No. 29 (granting leave to file 75-page brief); *Nunez v. City of New York*, No. 11 Civ. 5845 (LTS), Dkt. No. 592 (granting leave to file 100-page brief). This is the Government's first request for leave to file an enlarged brief, and Plaintiff again takes no position with respect to this request.

We thank the Court for its consideration of this request.

Respectfully,

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By:     */s/ Alyssa B. O'Gallagher*
ALYSSA B. O'GALLAGHER
ELLEN BLAIN
Assistant United States Attorneys
Tel.:    (212) 637-2822/2743
Email: Alyssa.O'Gallagher@usdoj.gov
          Ellen.Blain@usdoj.gov