

1600 Wilson Blvd.
Suite 700
Arlington, VA 22209
www.consovoymccarthy.com

November 21, 2023

**By ECF**
The Honorable Philip M. Halpern
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re: *Students for Fair Admissions v. United States Military Academy at West Point*, No. 23 Civ. 8262 (PMH)

Dear Judge Halpern:

The government has had two months to prepare its opposition. After this Court instructed the parties to abide by its page limits at the status conference, the government got an extension up to 50 pages, more than double what the limits allow. SFFA did not oppose. Now, on the day before its brief is due, the government wants another 10 pages—instead of editing its brief down to 50.

SFFA opposes. Fifty pages is more than enough to address the (mostly legal) issues. This Court's rules normally give the movant 10 more pages, but a 60-page extension would give *the government* 10 more pages—assuming SFFA is later given permission to file a 25-page reply. Really it would give the government 15 more pages, because SFFA's opening brief came in 5 pages under the limit. Though SFFA would rather not fight about another 10 pages, it's concerned with the government burying it and the Court with paperwork on an already rapid schedule unfolding over the holidays.

Very respectfully,

*/s/ Thomas R. McCarthy*
Counsel for Students for Fair Admissions
tom@consovoymccarthy.com