

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

```
Application granted.

SO ORDERED.

_____
Philip M. Halpern
United States District Judge

Dated:  White Plains, New York
        November 22, 2023
```

<u>**By ECF**</u>
The Honorable Philip M. Halpern
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

   Re: *Students for Fair Admissions v. United States Military Academy at West Point, et al.*, No. 23 Civ. 8262 (PMH)

Dear Judge Halpern:

  Defendants the United States Military Academy at West Point ("West Point"); the United States Department of Defense; Lloyd Austin, Secretary of Defense; Christine Wormuth, Secretary of the Army; Lieutenant General Steven Gilland, Superintendent of West Point; and Lieutenant Colonel Rance Lee, Director of Admissions for West Point (together, "Defendants" or the "Government") write respectfully to request that they be permitted leave to file an enlarged opposition brief of up to 60 pages. On November 10, 2023, the Court granted the Government's prior request to file an enlarged opposition brief of up to 50 pages. *See* Dkt. No. 43. The Government requests these additional 10 pages in order to address the national security interests implicated in this matter, and given the number of Executive Branch stakeholders involved. The requested enlargement is also necessitated by the volume of the record on this motion, as it involves the nature of both the Department of Defense's and the U.S. Army's interests, as well as West Point's specific admissions policies, which are governed by, among other things, federal statute. Finally, the requested enlargement is still well within the range of comparable enlargements in cases of similar complexity. *See, e.g.*, *Tanvir, et al. v. Comey, et al.*, No. 13 Civ. 6951 (RA), Dkt. No. 29 (granting leave to file 75-page brief); *Nunez v. City of New York*, No. 11 Civ. 5845 (LTS), Dkt. No. 592 (granting leave to file 100-page brief). This is the Government's second request for leave to file an enlarged brief. Despite the fact that the Government has consented to Plaintiff's request to file an enlarged reply brief of up to 25 pages, Plaintiff opposes this request.

We thank the Court for its consideration of this request.

        Respectfully,

        DAMIAN WILLIAMS
        United States Attorney for the
        Southern District of New York

By:   */s/ Alyssa B. O'Gallagher*
       ALYSSA B. O'GALLAGHER
       ELLEN BLAIN
       Assistant United States Attorneys
       Tel.:   (212) 637-2822/2743
       Email: Alyssa.O'Gallagher@usdoj.gov
              Ellen.Blain@usdoj.gov