UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS,<br><br>         Plaintiff,<br><br> v.<br><br>THE UNITED STATES MILITARY ACADEMY AT WEST POINT; THE UNITED STATES DEPARTMENT OF DEFENSE; LLOYD AUSTIN, in his official capacity as Secretary of Defense; CHRISTINE WORMUTH, in her official capacity as Secretary of the Army; LIEUTENANT GENERAL STEVEN GILLAND, in his official capacity as Superintendent of the United States Military Academy; and LIEUTENANT COLONEL RANCE LEE, in his official capacity as Director of Admissions for the United States Military Academy at West Point,<br><br>         Defendants. | 23 Civ. 8262 (PMH)<br><br>DECLARATION OF ASHISH S. VAZIRANI |

  I, Ashish S. Vazirani, pursuant to the provisions of 28 U.S.C. § 1746, declare, under penalty of perjury, as follows:

 1. I am aware of allegations made by the plaintiff in this lawsuit. I submit this declaration in support of the defendants' opposition to plaintiff's motion for a preliminary injunction. My statements in this declaration are based on personal knowledge or knowledge obtained in the course of my official duties.

## Introduction

 2. Since September 11, 2023, I have served as the Acting Under Secretary of Defense for Personnel and Readiness (P&R) for the Department of Defense (DoD). P&R is responsible for

1

providing policies, plans, and programs to ensure the force readiness of the Total Force and support of peacetime operations and contingency planning and preparedness.  Specifically, my office formulates, coordinates, and integrates policy for force readiness; force management; health affairs; National Guard and Reserve Component affairs; education and training; and military and civilian personnel requirements and management to include equal opportunity, morale, welfare, recreation, and quality of life matters.  Prior to assuming this position and beginning on July 18, 2022, I served as the Deputy Under Secretary of Defense for P&R, meaning I was the primary assistant of the then-serving Under Secretary.

3. From March 2022 to July 2022, prior to my positions within the Office of the Secretary of Defense, I served in the Department of the Navy as the principal advisor on issues pertaining to sexual assault, sexual harassment, and suicide prevention and response within the Office of the Assistant Secretary of the Navy for Manpower and Reserve Affairs.

4. Prior to joining the DoD, I held several positions related to supporting military families. This included serving as Executive Director and CEO of the National Military Family Association (NMFA), where I provided direction, and strategic and operational oversight, for all aspects of NMFA's advocacy and programing to support military families. Before joining NMFA, I led development and programming at the Armed Services YMCA (ASYMCA) where I ensured implementation and measurement of standardized programs serving junior enlisted military families.  I also served as a Member of the National Academies of Sciences, Engineering, and Medicine's Committee on the Well-Being of Military Families.

5. I served on active duty in the United States Navy as a Submarine Officer from 1986 to 1993.

6. I hold a Bachelor's degree in Mechanical Engineering from Vanderbilt University, a Master of Engineering from the McCormick School of Engineering at Northwestern University, and an M.B.A. from the Kellogg School of Management at Northwestern University.

7. This declaration is focused primarily on the issue of racial and ethnic diversity within the DoD officer corps and how it relates to the DoD's overall interests and priorities.

## The DoD Mission and Diversity

8. The DoD is the United States' largest government agency. Comprised of 3.4 million personnel of which 2.5 million are members of the armed forces[1], the DoD's mission is to provide combat-credible military forces needed to deter war and to protect and ensure our nation's security. With the continued increase and evolution of international threats, the United States regularly confronts complex operational domains and unconventional tactics, requiring a resilient, adaptive and agile military force.

9. The DoD has recognized the significance of diversity within its organization as an important aspect of its ability to successfully meet its mission. The National Defense Strategy (NDS) is produced by the Office of the Secretary of Defense and serves as the DoD's key strategic guidance.[2] It lays out the DoD's vision and path forward into the next decade and describes how it will focus its efforts and manage the various threats in our swiftly changing world. An important pillar of the 2022 National Defense Strategy is our effort to build an enduring advantage for our current and future Joint Force (defined as the Army, Marine Corps, Navy, Air Force, and Space Force) by, among other efforts, making investments in the extraordinary people who work for the DoD, including its military personnel. That pillar

---

[1] The armed forces in this context include the Army, the Navy, the Air Force, the Marine Corps, and Space Force.
[2] https://www.defense.gov/News/News-Stories/Article/Article/3202438/dod-releases-national-defense-strategy-missile-defense-nuclear-posture-reviews/

includes broadening our recruitment pool to promote a diversity of backgrounds and innovative solutions across the DoD. Indeed, "our diversity" is "foundation[al] [to] a defense strategy that will keep America secure, prosperous, and free." Department of Defense, *2022 National Defense Strategy of the United States of America*, at 3 (October 27, 2022).[3]

### Diversity in the Officer Corps

10. The members of the officer corps, including those developed through the military service academy pipeline, serve as the leaders of the armed forces at both the operational and strategic level, and thus play a critical role in effectuating force readiness. At every echelon of military organizations, military officers lead, train, and lawfully exercise extraordinary authority over subordinate enlisted personnel and junior officers, including authority to give orders which endanger their subordinates' lives, when necessary, and to administer criminal sanctions pursuant to the Uniform Code of Military Justice. Unlike civilian occupations, the command authority exercised by officers affects nearly every aspect of a Service member's life, even when they are not performing military duties. The officer corps entrusted with this extraordinary authority is relatively small compared to the number of enlisted personnel and is significantly less racially and ethnically diverse. Service members from diverse racial backgrounds currently make up 47% of the active forces, but only 27% of the officer corps.

### Officer Diversity and Force Readiness

11. The readiness of the DoD's armed forces is a critical component of the DoD's ability to successfully face the ever-changing and complex worldwide challenges of today. Force readiness is defined as the ability of the armed forces to fight and meet the demands of assigned missions, namely their ability to meet immediate contingency and warfighting challenges while

---

[3] https://apps.dtic.mil/sti/trecms/pdf/AD1183539.pdf.

also preparing for future challenges.[4]  It includes human factors, key among them unit cohesion, good order and discipline, morale, and welfare.

12. The DoD has made the judgment that fostering diversity and inclusion within the armed forces, including racial and ethnic diversity, is critical to mission readiness and efficacy as these forces face their challenging missions in an increasingly complex global landscape.  These diversity concepts are "not merely aspirations, [but] fundamental necessities to our readiness and mission success." Department of Defense, *Immediate Actions to Address Diversity, Inclusion and Equal Opportunity in the Military Services*, at 4 (July 14, 2020).[5]

13. Studying, developing, and implementing the tools necessary to foster and improve diversity ensures DoD can maintain the necessary adaptable and innovative force. It is important to DoD that it maintain the ability and autonomy to make personnel and other decisions, including military academy admissions decisions, which advance its diversity and inclusion interests as it works to build and maintain a ready force with a competitive advantage against our adversaries and execute national defense and security imperatives.

14. Diversity, including racial and ethnic diversity, of the officer corps is a critical component of mission readiness. These officers play a vital role in the DoD's efforts to support diversity, equity, and inclusion, which in turn promotes strong and cohesive teams that support our national security and defense objectives.  A lack of diversity in military leadership undermines the integrity and performance of the military, fostering an environment that threatens unit cohesion and limits the vision soldiers have for their future. Different points in our nation's

---

[4] Joint Strategic Planning System, Joint Chiefs of Staff Instruction 3100.01E.
[5] https://media.defense.gov/2020/ Jul/15/2002457268/-1/-1/1/Immediate_Actions_to_ Address_Diversity_Inclusion_Equal_Opportunity_ in_Military_Services.pdf.

history, such as during the Vietnam War, have demonstrated the risks and tensions that flow from the military's failure to attract, promote and maintain diverse leadership.

15.   Initiatives that enhance racial and ethnic diversity in the officer corps allow Service members to see themselves as part of an inclusive, representative force and, importantly, as potential future leaders of that force. This engenders a shared commitment, greater cohesion, trust, and confidence that enhances military effectiveness through increased job satisfaction and performance.

16.   As a result, racial and ethnic diversity within the officer corps of the DoD is considered a force multiplier—it enables us to bring together people with different experiences, identities and perspectives, which increases the effectiveness, adaptiveness and capabilities of the entire group.

17.   These concerns are not merely theoretical or academic but are based on personal experience. When I served as a Naval officer in the late 1980s and early 1990s, diversity was limited. As a submariner, there were no women in my unit and no other racial minority officers in a wardroom of approximately a dozen officers. In my nuclear power and submarine training pipeline, approximately 5-10% of officers were racial minorities. In contrast, on my submarine, approximately 20-30% of the senior enlisted (non-commissioned officers or NCOs) and junior enlisted ranks were racial minorities. What I experienced is that young sailors who were racial minorities came to me to express their concerns, even if I was not in their chain of command. What I realized later was that they felt that I would likely be more empathetic since we may have shared similar struggles and challenges. Today, my son also is serving as an officer in the United States Marine Corps. Service members, midshipmen and cadets, across various races, ethnicities, and genders seek his counsel and, I believe, are encouraged by seeing a minority officer in a

combat arms leadership role that has not been traditionally as racially diverse as other military occupations.

18. From my time in the Navy as well as my current role at DoD and through the eyes of my son, I have witnessed the benefits reaped by the armed forces from increased diversity such as more diversity of thought, innovative ideas, and unique perspectives— all of which give the DoD a strategic advantage by contributing to force readiness.

### Officer Diversity and Innovation

19. To succeed in its mission to prevent and win wars, the DoD must undertake creative problem solving and formulate innovative solutions to the incredibly complex situations that we face today. This requires diverse thinking, which in turn requires people from diverse backgrounds and educated in diverse environments. An officer corps from diverse backgrounds and educational environments provides a broader range of perspectives, experience, and knowledge, which amplifies innovative thought and drives innovative solutions to the complex issues the armed forces encounter in warfighting and defending our national security. Diversity of thought, talent, knowledge, skills, and experience is a key component of the DoD's ability to adapt to constant change in a complex threat environment. Diversity creates a healthy level of intellectual tension that can unlock innovative thinking. Leveraging the diversity of our personnel assists the DoD in achieving greater strategic advantage against our adversaries. This diversity can be achieved only if we access leaders from the breadth and depth of America. Our diversity as a nation is a source of strategic advantage.

20. Diversity that is reflected in the skills, experience, and expertise of each officer will provide and enhance the strength and innovation needed to effectively lead forces in both combat and deterrence.

21.  Correspondingly, having cadets from diverse racial and ethnic backgrounds at the military service academies is vital to developing the art of critical thinking in that population, who will serve as our future military leaders.  Cadets gain experience in interacting with and engaging in daily activities with people who may not look like them or have shared life experiences.  This develops both compassion and knowledge which will be necessary once they enter active duty and immediately begin serving as leaders of the racially diverse enlisted force and when operating overseas in culturally diverse environments in support of our national security.  Achieving this type of cultural competence (the skills, abilities, and attributes that bring about effective performance) cannot be done simply through academics or exclusively through other forms of diversity, such as geographic diversity—it requires immersion and participation in a diverse environment where one can learn by experience.

## Officer Diversity and Recruiting and Retention

22.  Having a racially and ethnically diverse officer corps helps military recruitment and retention as well. The demographic diversity of future military leaders is first shaped by who is eligible to serve and by the ability of outreach and recruiting strategies to attract members from all demographic groups.  People are more likely to join the DoD and be successful if they feel represented by and connected to those currently serving.  If those who are considering joining the DoD, especially those considering enlistment, do not see themselves represented amongst the leaders of the DoD's armed forces, it increases the likelihood that they will be discouraged from serving.

23.  In particular, developing the necessary pipeline of racially and ethnically diverse senior leaders depends in substantial part on recruitment, retention, and promotion of a diverse officer corps. The military service academies are an important commissioning source for military

officers, and graduates of these academies make up a significant percentage of general and flag officers (senior officers), as well as of the most senior military leaders, including 50% of the Joint Chiefs of Staff .

24. Presently, recruitment into military service among American youths is at historic lows. This challenge is the result of many factors, including low unemployment, a growing military-civilian divide, a declining veteran population, a fragmented media landscape that makes it difficult to reach and engage the target market, and a shrinking population (only 23% of today's youth) that meets the military's eligibility requirements. I am not aware of evidence showing that the military's recruitment challenge is due to its commitment to diversity. On the contrary, retention in the services is at a historic high, which is a reflection that the Department's initiatives, including those related to diversity and inclusion, are working.

25. Recruitment and retention are both closely tied and vital to the DoD's mission to protect our national security interests. It is important to recruit and subsequently retain a diverse officer corps in order to encourage future generations of warfighters to serve in the armed forces. This can be achieved by demonstrating to them that they have a chance to reach the highest levels of military leadership. And as the DoD Office of People Analytics found after conducting an extensive three-phase study, unhealthy diversity climates in the military—which minorities, such as racial or ethnic minorities, experience more often than their fellow Service members—negatively affect key readiness and retention outcomes. *An Exploration of the Return on Investment for Diversity & Inclusion in the Military Using Cluster Analysis to Identify Force-Wide Climates, Correlates, and Implications: Executive Report*, OPA (October 2022). "Retention intention, satisfaction with the military way of life, member and unit preparedness, as well as member and unit morale, were the highest among those who characterized their diversity

and inclusion climate as healthy, and lowest among those who characterized their diversity and inclusion climate as unhealthy." *Id.*

### Officer Diversity and Public Trust

26. It is critical that the DoD, and the military in particular, maintain the public trust and its belief that the military institution serves the nation and all of its population. A racially and ethnically diverse officer corps that is reflective of the increasingly diverse population of the United States instills trust in the American public that the armed forces will faithfully execute their duty to protect all Americans because the public perceives that its needs are met and understood. Particularly because the military is an all-volunteer force, its leadership must represent the country it defends. If our military does not reflect those who it exists to protect, it calls that commitment into question.

27. A diverse officer corps also demonstrates to the public that positions of leadership in the military are open to all individuals who meet the rigorous qualification standards set forth by the military services, helping to inspire more young people who represent the breadth of America to consider military service.

### Officer Diversity and Serving in Culturally Complex Environments

28. Maintaining a racially and ethnically diverse officer corps protects the U.S. militaries' legitimacy among its international partners. Our military forces need to be able to interact effectively with people from diverse cultures and locations, and to do so often in the context of coalition operations. The DoD recognizes that an all-volunteer force and its leadership should represent the country it defends and wield our diversity as a tactical advantage.

29. The DoD must seek, access, and retain talented personnel with diverse backgrounds and experiences to operate in a wide range of environments effectively. Diversity promotes

stability and conflict resolution and is essential to an organization that supports combatant commands with ready formations around the world. The United States armed forces operate in over 160 countries around the world, each with their own diverse characteristics, and which may call for skills with cultural awareness, sensitivity, and adaptability. Effectively navigating such diverse landscapes requires a force with diverse backgrounds and upbringings and, in particular, diverse leadership to best guide the forces in achieving the collective mission.

30.  In sum, accessing cadets with racially and ethnically diverse backgrounds contributes to the overall diversity of the officer corps and helps to ensure mission success.

Dated:  November 21, 2023

_____

Ashish S. Vazirani