# EXHIBIT A

MAAR                                                                          5 November 2020

MEMORANDUM FOR THE ACADEMIC BOARD

SUBJECT: Academic Board Directive for the Admissions Committee, Academic Years 2021-2022 and 2022-2023

1.      PURPOSE: This directive prescribes the policies, procedures, and guidelines for use in determining the quantification, qualification, and selection of candidates for the United States Military Academy (USMA) Classes of 2025 and 2026, the United States Military Academy Preparatory School (USMAPS) Classes of 2021 and 2022, and the West Point Preparatory Scholarship Program (WPPSP) Classes of 2021 and 2022.

2.      ADMISSIONS OBJECTIVES:

        a.      Within the limits established by law, the Department of the Army, and the procedures authorized below, select candidates who:
           (1)  Express interest in a career of service to the country as active-duty Army officers;
           (2)  Demonstrate high moral and ethical character;
           (3)  Demonstrate strong performance in high school, college or the Army and who are predicted to graduate from USMA;
           (4)  Manifest high levels of physical and emotional stamina;
           (5)  Are medically qualified for a commission upon graduation;
           (6)  Meet the needs of the future Army in talent and diversity;
           (7)  Are committed to all-around excellence.

        b.      Seek to achieve a class balance in terms of talent in leaders, scholars, athletes, and soldiers and diversity in minorities and women. The Academic Board will review the balance of talent and diversity recruitment bi-annually to ensure the recruitment meets the needs of the USMA and the Army. The review methodology will be forward-looking in the validation or revision of diversity recruitment in future years.

3.      COMPOSITION AND RESPONSIBILITIES OF THE ADMISSIONS COMMITTEE AND ADMISSIONS EXECUTIVE COMMITTEE:

a.           The Admissions Committee is a standing committee of the Academic Board.  It is composed of the Director of Admissions; Heads of the Departments of Mathematical Sciences, English and Philosophy, and Behavioral Sciences and

MAAR                                                        5 November 2020
SUBJECT: Academic Board Directive for the Admissions Committee,
Academic Years 2021-2022 and 2022 -2023

Leadership; the Master of the Sword; the Director of the Department of Military
Instruction; the USMA Surgeon; a senior representative from the Athletic
Department; representatives from five additional Academic Departments
identified annually by the Dean of the Academic Board; a Regimental Tactical
Officer; a Company Tactical Officer; and the Commandant of USMAPS. Each
will have designated alternates. Each department has one vote on matters
presented to the Admissions Committee. A quorum of 9 principals (and 7
alternates) must be present to adjudicate the actions at the Admissions
Committee. In the event of a tie vote of 8-8, the file will be presented at the
next scheduled Academic Board. Any voting member could ask that any
candidate file be adjudicated at the Academic Board. The Admissions
Committee qualifies and selects candidates for USMA, USMAPS, and
WPPSP in accordance with Academic Board guidance, appropriate sections
of Title 1O US Code, Department of the Army Regulations, and USMA
Regulations. Additionally, admissions policies will adhere to NCAA
Regulations. The Admissions Committee assists the Director of Admissions in
the formulation of policy recommendation for recruiting candidates;
recommends to the Academic Board criteria for admission and readmission of
former cadets and cadet candidates from USMAPS, USNAPS, and
USAFAPS; and informs the Academic Board of candidates offered admission,
including the profile of the new class as it develops. The Admissions
Committee will report to the Academic Board a retention report in January for
the last graduating class. Included in this report will be the Army retention
data for the five, ten, fifteen and twenty- year classes. This data will be
compiled by OEMA and OIR.

    b.  The Executive Committee (EXCOM) is a subcommittee of the
Admissions Committee composed of the Department Heads of English and
Philosophy, Mathematical Sciences, and Behavioral Sciences and Leadership;
the Master of the Sword; the Director of Admissions; the Admissions
Committee representative from the athletic department; and a Regimental
Tactical Officer.  Six members must be available to convene a session, at least
four of whom must be primary members. If there is a tie vote, or an objection to
the outcome of the vote, on any issue before the EXCOM, the matter will be
presented and discussed before the entire Admissions Committee and the
outcome determined by a majority vote of that body. The EXCOM can conduct
electronic votes as needed. The EXCOM's primary responsibilities are:

    (1) to consider Letters of Assurance and contingent offers of admission
for USMA candidates who do not meet preliminary indicators for academic
qualification discussed below:

MAAR                                                           5 November 2020
SUBJECT: Academic Board Directive for the Admissions Committee,
Academic Years 2021-2022 and 2022 -2023

(2)  to consider Letters of Assurance or offers of admission for
candidates to USMAPS and WPPSP who exceed risk levels for those
programs, also discussed below.

(3)  to decide whether a candidate will be accepted with risk in one or
more events constituting the Candidate Fitness Assessment (CFA). When a
candidate is identified by the Director of Admissions with risk in one or more of
the six events on the CFA, appropriate information will be provided to the
Master of the Sword for review. The Master of the Sword will recommend to
the EXCOM that the candidate be qualified with risk or take a retest on the
entire CFA. The EXCOM will vote on that recommendation.

(4)  a majority vote rules unless any member of the EXCOM requests
that the entire Admissions Committee should consider the case.

4.  CANDIDATE FILE QUANTIFICATION AND QUALIFICATION:

a.  File Quantification: Candidate files for USMA, USMAPS, and
WPPSP will be quantified with Whole Candidate Score (WCS) and subscores
as indicated in Annex A. No untimed, special-assistance administrations of
either the SAT or ACT are authorized for use in quantifying candidates for
USMA qualification consideration.

b. File Qualification:

(1)  The qualifications of all USMA, USMAPS, and WPPSP candidates
will be judged by the Admissions Committee or the EXCOM unless a case is
forwarded to the Academic Board for resolution with a recommendation from
the Admissions Committee.

(2)  Preliminary indicators for qualification for USMA will be:

(a) Academic: Academic GPA in the top 81% of high school class.
Adequate college prep program with acceptable grades.

(b) The ability to communicate in writing. Evaluation of writing skills for our
candidates is an integral part of the admissions qualification process.  A standard
writing submission concerning three topics selected by the Admissions Committee
must be submitted prior to qualification.

(c) Each candidate must take the SAT or the ACT writing exams for review

MAAR                                                    5 November 2020
SUBJECT: Academic Board Directive for the Admissions Committee,
Academic Years 2021-2022 and 2022 -2023

by the Admissions Committee.  **If due to COVID restrictions** a candidate is
unable to submit a writing portion of a test with **his or her Pre-COVID testing**, the
candidate must have a candidate statement, English School Official Evaluation and
have no risks in corresponding English components of the SAT or ACT.

(d) Preliminary qualifying SAT scores are:

SAT Math$\geq$ 570
SAT EB R/W $\geq$ 550
Essay Reading and Writing subscores $\geq$ 5
Essay Analysis $\geq$ 3.
Essay subscores must be evaluated within the same test and cannot be
supermaxed from multiple tests.

(e) Preliminary qualifying ACT scores are:

ACT English $\geq$24;
ACT Math $\geq$ 25;
ACT Reading $\geq$25;
ACT Science Reasoning$\geq$ 24
Essay Score 5.

(f) Preliminary academic predictor score (CEER/ACEER)$\geq$ 466.

(g) Leadership: Community Leadership Score (CLS)$\geq$ 520.

(h) CFA: The procedures and risk levels approved by the Academic
Board on 4 October 2006 will be used in addition to an overall passing score for
CFA 450.  With the implementation of the Army Combat Fitness Test, we will
gather ACFT results from USMAPS CCs and Active and Reserve Component
Soldiers.  However, until further guidance is provided from Department of the
Army with respect to ACFT full implementation, the results of the ACFT will not
be used to disqualify any candidate for admission consideration to West Point or
to USMAPS.  Excluding USMAPS, all cadet candidates will submit a CFA score
during their admissions cycle.  USMAPS CCs will only submit an ACFT score for
the current cycle, however the previous year's CFA score will be used for WCS
calculations.

(f) Whole Candidate Score (WCS)$\geq$ 5200.

(g) Medical -- Medical qualification will initially be determined by the
Department of Defense Medical Examination Review Board (DODMERB).

MAAR                                                                                5 November 2020
SUBJECT: Academic Board Directive for the Admissions Committee,
Academic Years 2021-2022 and 2022 -2023

Candidates disqualified by DODMERB may be forwarded to the Surgeon, USMA
for waiver consideration. When a waiver is recommended by the
Surgeon, USMA, the Admissions Committee may grant it if it is in the best interests
of the candidate, USMA, and the Army.

        If the USMA Surgeon determines that the candidate meets
accession standards of Department of Defense Instruction (DODI)
6130.03 Medical Standards for Appointment, Enlistment, or Induction in
the Military Services, then a waiver is not necessary.

        If candidates do not meet Chapter 2 standards, but do meet Chapter 3
retention standards, the Admissions Committee may vote to authorize a medical
waiver. The Committee will discuss these cases and a vote will be taken on
whether to approve the cases on a Medical Waiver Memorandum. Any
candidate approved for a waiver will be identified with the indication of MWM#
on the final slate for the candidate's offer of admission. Although the
Superintendent is the waiver authority for these candidates, he has delegated
that authority to the Admissions Committee as long as the vote is unanimous in
favor of the considered candidates. Any split vote on a candidate will cause the
Director of Admissions to prepare a decision paper with the recommendation of
the Admissions Committee for the Superintendent to make a final decision for
medical qualification. A candidate approved for a Superintendent's Medical
Waiver will be identified with the indication of SMW on the final slate for the
candidate's offer of admission.

        If candidate does not meet AR 40-501 Standards of Medical Fitness,
CH 3 retention standards a waiver may not be considered nor forwarded to the
Admissions Committee for vote.

        (h)  Admissions Committee adjustment  of the  WCS  is authorized to
the extent of plus or minus 10% of the WCS to allow for special nature of school
programs, significant work experience during the school year, special
accomplishments, personal achievements of a significant nature, international
studies, foreign language expertise, or information of a negative nature not strong
enough to disqualify a file. When a candidate is considered for a WCS
adjustment, the appropriate Directorate of Admissions Regional Commander will
present the case and all extenuating circumstances to the department responsible
for consideration and approval of a WCS adjustment. These adjustments will be
identified on the admission slate for each candidate so that the entire Admissions
Committee can identify the candidates receiving a WCS adjustment.

MAAR                                                          5 November 2020
SUBJECT: Academic Board Directive for the Admissions Committee,
Academic Years 2021-2022 and 2022 -2023

(i)   Candidates who have been convicted of a crime or are
currently pending legal resolutions must be addressed at the Admissions
Committee. Candidates who receive minor traffic violations with fines less
than $200 are not required to be reviewed by the SJA. The Director of
Admissions can review and waive this level of offense. The USMA SJA will
review all other issues of arrest or legal fines and make recommendations to
the Admissions Committee for consideration when appropriate.

(j)  Any issues concerning moral turpitude which might not rise to
the level of a legal conviction will be evaluated by the Admissions Committee.
These instances include but are not limited to racism, sexism, harassment,
bullying, etc.

c.  Special  Guidance:

(1)  The Admissions Committee will review all files for final qualification
to assure fairness within the candidate pool as work progresses toward
achieving admissions objectives. The EXCOM is part of the Admissions
Committee and can qualify candidate files. Candidates falling into any of the
risk categories listed below require special review by specific Admissions
Committee members prior to a determination of qualification:

(a)  Mathematics- SATM < 570 / ACTM<25.

(b) English and Philosophy –

SAT EB Reading < 550 or any Essay Reading and Writing subscore <
5  or Essay Analysis subscore < 3.
ACTE < 24;
ACTR <25 or essay subscore < 5.

(c)  Physics and Nuclear Engineering- ACTS< 24.

(d) DPE - CFA with any event below the 20-point standard or CFA
score below 450 total.

(e)  USCC - CLS< 520 / FAS<  525.

(f)  Director of Admissions - WCS < 5200.

(g) Any CEER below 554 must be approved by the EXCOM prior to
the granting of an LOA for admission to USMA.

MAAR                                                  5 November 2020
SUBJECT: Academic Board Directive for the Admissions Committee,
Academic Years 2021-2022 and 2022 -2023

   (2) **COVID Related Test Considerations:**
**For those candidates who were unable to take a standardized test either during their junior or senior year due to the COVID conditions, a separate review process will be used to determine qualification.  This review process will only be implemented for students who can show they were unable to sit for the SAT or ACT in either their junior or senior year in high school due to COVID restrictions.  Using a test flexible plan, students will also be able to submit PSAT scores in the event they have not been able to take an ACT or SAT due to COVID restrictions.**

   (3)  In judging qualification of candidates, the Admissions Committee is encouraged to use all relevant performance and retention data from past USMA classes. The Directorate of Admissions and OEMA will grant members of the Admissions Committee Access to this data at their request.

   (4)  The Admissions Directorate is encouraged identify candidates who are clearly admissible and those who are not competitive for admission so that the earliest status notifications can be  dispatched.

   (5)  Considerations for disqualification of candidates may include, but are not limited to, the following items:

   (a)  Academic:

   - Transcript showing poor performance, to include failing or conditional work.

   - Transcript that lacks breadth of subject matter essential for success in the USMA  program.

   -Transcript that suggests low ambition as reflected by only 2-3 serious academic courses in the 7th and 8th semesters.

   - Transcript that shows poor personal character traits associated with academic work such as excessive tardiness, absences, and noted behavior  problems.

   -Standardized testing record of significant risk. While the best combination of scores from either the SAT or ACT is used for each candidate, the entire testing record should be considered during the academic evaluation of the candidate. While at-risk SAT/ACT scores are not used as a single factor

MAAR                                                    5 November 2020
SUBJECT: Academic Board Directive for the Admissions Committee,
Academic Years 2021-2022 and 2022 -2023

in disqualification, it must be remembered that low scores almost always indicate
a lack of mastery in the tested area.

      - Faculty appraisals that report substandard academic
performance or signal inappropriate behavior in the classroom or as a
school citizen.

      (b)  Physical  Qualification:

      - Substandard performance on the Candidate Fitness
Assessment (CFA) with an aggregate score below 450 or not meeting
minimum in each sub event.

      - Permanent physical impairment.

      - Information from the school that reports substandard
physical/athletic performance and signals limited potential for success in the
physical program at USMA or as an Army Officer.

      (c)  Motivations and Communication:

      -  Candidate statements (essays) that display a lack of ability to
communicate in writing, display a lack of appropriate motivation to attend USMA,
and/or display the potential presence of character flaws such as the inability to
work with and value other demographic groups or genders.

      (d) Overall Record:

      - Leadership, character, conduct, maturity, and discipline
problems documented in the record or referenced by members of the
candidate's faculty or community.

      - Evidence of ineptitude, apathy, personality disorder, defective
attitudes, or inability to expend effort constructively. This may include medical
evaluation of ADD, ADHD, or classroom assistance as evidenced by an
Individual Education Plan (IEP).

      - Records of poor performance additional to that of high school, to
include college or preparatory work, service record, employment, etc.

      - Records of Former Cadets (USMA, USNA, USAFA, USCGA,

MAAR                                                    5 November 2020
SUBJECT: Academic Board Directive for the Admissions Committee,
Academic Years 2021-2022 and 2022 -2023

USMMA and their respective military preparatory schools) that include
assessments of poor leadership, character, conduct, and potential.

- Arrest and conviction record.

- Incidents of discreditable nature short of arrest and conviction,
but such that the frequency, pattern, style, and proximity to
qualification/enrollment cause concern.

(e) Other negative attributes not falling specifically into the above
categories.

(6) All disqualified USMA candidates will be reviewed for USMAPS
attendance.

(7) The Admissions Office, without informing the Admissions
Committee, may disqualify candidate files having a CEER/ACEER < 400 or
a WCS < 5000.

(8) The Academic Board encourages the use of all relevant
information in the determination of qualification/disqualification decisions and
expects that subjective committee judgments will take into account all
candidate characteristics and qualities, special accomplishments, special
talent, biographical data, experiences, and third-party appraisals, however
the Admissions Committee should remember not to disadvantage those
candidates without third party appraisals.

5. SELECTION FOR USMA, USMAPS AND WPPSP:

a.     USMA: Once candidate files are qualified, selection is based on order of
merit within the types of nominations obtained by candidates. Out of order of merit
selection will only be made for Additional Appointees and Superintendent
Nominations to help achieve the Army's needs in talent and diversity in the class.
When a fully qualified candidate will clearly win a congressional or service-
connected vacancy to USMA, he or she will be placed on an admissions slate.
The slate must be voted on by a quorum of the Admissions Committee. A
candidate's name can be withdrawn from the slate by any voting Committee
member for further discussion or referral to the Academic Board for a decision. In
the event of electronic voting of slates, the Director of Admissions will establish a
"not later than" time, normally two duty days, to receive votes. Once a quorum has
voted electronically to support the slate, no objections are received, and the "not
later than time" is past, the slate will be authorized and processed for

MAAR                                           5 November 2020
SUBJECT: Academic Board Directive for the Admissions Committee,
Academic Years 2021-2022 and 2022 -2023

appropriate action.

(1)  Methods of Selection.

(a)  All qualified candidates in the nomination categories listed below will
be selected for an appointment based on rank-ordering by Whole Candidate
Score in order of merit:

Congressional Competitive nomination slates
All Service-connected nominations, to include:
- Presidential
- Children of Deceased & Disabled Veterans, Missing in Action, and
Children of Medal of Honor Recipients
- ROTC (Senior, Junior Honor Schools)
- Regular Army and Reserve Component Soldiers.

(b)  For Congressional slates where nominees are designated as a
principal candidate or ranked alternate, selection must be considered in
the sequence specified.

(c)  International Cadets must be nominated by their respective countries.
They are required to complete their files with the same information as United
States citizens with the exception of the U.S. Army medical examination for
commissioning. A sub-committee that includes the Directorate of Admissions
International Cadet Admissions Officer, the Departments of Foreign Languages,
Mathematical Sciences, and English and Philosophy will review each file for
qualification. All files recommended for qualification will be approved by a vote of
the entire Admissions Committee. Admission of nominated, qualified
International Cadets will be governed by the needs of the United States as stated
in appropriate regulations and agreements.

(d)  The Superintendent is authorized to nominate up to 50 candidates
annually for appointment to the incoming class. These nominations are
typically reserved for candidates who help meet talent and diversity
recruitment. They are approved for the Superintendent by the Chief of Staff,
USMA and may be selected out of order of merit.

(e)  A "Qualified Alternate" (QA) is a candidate selected in accordance
with the provisions of subsection (b) (5) of Section 4342 of Title 10 U.S.C., which
prescribes that 150 candidates, selected in order of merit from the qualified
alternates of US Senators and Representatives, may be appointed each year.
Qualified Alternates will be selected by rank ordering qualified candidates who

MAAR                                        5 November 2020
SUBJECT: Academic Board Directive for the Admissions Committee,
Academic Years 2021-2022 and 2022 -2023

do not win designated vacancies by Whole Candidate Score (WCS) on the
National Waiting List (NWL}. Fully qualified Congressional nominees on the
NWL will be offered admission in WCS order from highest to the lowest until 150
have accepted the offer. They will be designated as QAs.

(f) An "Additional Appointee" (AA) is a candidate selected in accordance
with Section 4343 of Title 10 U.S.C., which authorizes the filling of vacancies
"If it is determined that, upon the admission of a new class to the Academy, the
number of cadets at the Academy will be below the authorized number." The
section further prescribes that at least three-fourths of these candidates must
be qualified candidates nominated by the Vice President, US Senators,
Members of the US House of Representatives, Delegate from the District of
Columbia, Delegate from the Virgin Islands, Governor of Puerto Rico,
Commissioner from Puerto Rico, the Delegate from Guam, and the Delegate
from American Samoa. Additional Appointees needed to reach the Military
Academy's authorized class strength will be selected in the legal ratio of three
Congressional nominees to one Service-connected nominee from fully qualified
candidates. These selections are made from the qualified candidates on the
National Waiting List. The law does not require that they be selected in order of
merit.

(g) Soldiers will be considered for a Regular Army or Reserve Component
nomination from the Commander's Endorsement from that unit. Any soldier who
does not receive a Commander's Endorsement, but is nominated by another
authorized nomination source, will not be considered for an appointment until the
file is fully discussed at Executive Committee or full Admissions Committee.

(h) The Director of Admissions will furnish to the Admissions Committee
for special selection consideration: the files of all qualified candidates whose
talents are so outstanding that they should be offered admission immediately; the
files of those qualified candidates whose overall potential is not adequately
reflected by their formal academic and secondary school records, such
inadequate reflection being due either to the special nature of the candidate's
socio-economic background or the special nature of the schooling received; and
the files of other qualified candidates for whom admission is suggested as
reasonable in efforts to achieve diversity in the class.

(i) The Admissions Committee will keep the Academic Board informed of
the selections made under this provision. Additional Appointees selected to help
achieve talent and diversity may be selected out of Whole Candidate Score
order, leaving candidates with higher Whole Candidate Scores on the National
Waiting List. When the Director of Admissions presents candidates to the
Admissions Committee out of WCS order, the Director will notify the

MAAR                                                    5 November 2020
SUBJECT: Academic Board Directive for the Admissions Committee,
Academic Years 2021-2022 and 2022 -2023

Admissions Committee prior to a vote how many fully-qualified candidates
not offered admission the previous year had a higher WCS than the current
proposed AA candidate.

  (2)   Conditional Offers of Admission.

     (a)  Letters of Assurance (LOA):  In order to compete for the most talented
candidates while attempting to achieve diversity, the Admissions Committee is
authorized to provide Letters of Assurance (LOA) based on preliminary file
qualification data. These letters constitute a firm commitment from USMA to the
candidate if the candidate meets the conditions of the letter. In order to be eligible
for an LOA, candidate files must contain at least a completed Candidate
Questionnaire, and a sixth-semester transcript with the appropriate data to
compute a CEER and verifiable standardized test scores. Depending on the
timing of the letter and the file completion status of individual candidates, the LOA
conditions will be:

        (1)   File completion, including a qualifying CFA.

        (2)   Determination of qualification by the Admissions Committee.

        (3)   A time limit to meet the contingencies of the LOA will be  imposed.

        (4)   Medical  qualification.

        (5)   Receipt of a nomination.

          (b)  The Director of Admissions is authorized to sign LOAs without
committee action for the following candidates:

        (1)   All candidates who exhibit no risk in preliminary qualification
areas and whose WCS is equal to or greater than the lowest for the Qualified
Alternates in the last class enrolled. Based on class-size considerations, the
Director of Admissions, in conjunction with the Chairman of the Admissions
Committee, may set the WCS at a lower (or higher) level, if necessary after
informing the Admissions Committee.

        (2)   All other candidates who support talent and diversity goals
whose CEER/ACEER >554 and no indicated risk in preliminary qualification
areas.

          (c)  LOAs for any candidate who exhibits risk in any area
and/or a CEER < 555 must be approved by a majority vote of the

MAAR                                                    5 November 2020
SUBJECT: Academic Board Directive for the Admissions Committee, Academic Years 2021-2022 and 2022 -2023

Executive Committee.

(d)  Expedited Offers of Admission.  These offers are reserved for exceptionally qualified candidates as well as all 1-rated athletes in any USMA Athletic Department sport authorized to recruit.  For non-risk candidates, an expedited offer of admission requires a minimum of the sixth- semester transcript, a Candidate Questionnaire, and verified standardized testing scores (ACT, SAT or PSAT). Especially in the case of risk candidates, the Executive Committee may require more information before an Admissions Committee vote is allowed for slating of individuals for expedited offers. These candidates may have Superintendent nominations because they are of such quality that an immediate offer is desired in order to remain competitive with other colleges competing for that candidate.  The athletic department and the athlete admissions officer must ensure that all follow-up  for file completion, CFA testing, medical qualification and nomination assistance is accomplished for these candidates in a timely manner. All candidates receiving an Expedited Offer of Admission must complete all requirements for qualification prior to being admitted.

(e)  Admissions of former cadets and cadet candidates from USMAPS, USNAPS, and USAFAPS require special actions.  These candidates must complete the entire admissions process, to include receipt of a nomination from an authorized source. Their cases will be reviewed by the DAD, Dean, USCC, the Athletic Department, the Superintendent, and a subcommittee member of the Admissions Committee.  Each of these offices will make a recommendation on the suitability of the candidate for admission as a former cadet. These recommendations and the candidate's file must be considered by the entire Admissions Committee. Candidates in this category who are determined qualified by the Admissions Committee must be referred to the Academic Board for a vote on final qualification and appointment to USMA.  The names of those who are unanimously disqualified by the Admissions Committee will be provided to the Academic Board for information only.

b.      Selection for USMAPS and WPPSP: Preparatory programs are designed to help achieve diversity at USMA. While ODIA recruits for both preparatory programs, NCAA guidance must be followed for WPPSP. Candidates with recognized athletic ability assisted each year as the result of selection for WPPSP shall be in equal ratio to the number of student-athletes on the regular intercollegiate squads of the academy compared to the total enrollment of the academy. This rule does not apply to USMAPS.

(1)  USMAPS:

MAAR                                                          5 November 2020
SUBJECT: Academic Board Directive for the Admissions Committee,
Academic Years 2021-2022 and 2022 -2023

(a)  These candidates may be selected by a USMAPS sub- committee consisting of one academic department representative and the Director of Admissions.

(b)  Candidates who are not academically qualified to attend USMA will be considered for USMAPS.

(c)  SAT Math and Reading scores greater than 500 or an ACT component scores greater than or equal to 20 with a CEER/ACEER greater than 431 should be considered for appointment to USMAPS.

(d)  Scores falling below these levels must be approved by a majority vote of the Executive Committee. If the CEER is below 373, the EXCOM will make a recommendation to the entire Admissions Committee before an LOA will be approved.

(2)  WPPSP:

(a)  Selection will be accomplished by a sub-committee consisting of one academic department and the Director of Admissions. Upon selection for the program, candidate names are provided to the Association of Graduates, the program sponsor.

(b)  Fully qualified candidates who are not recruited athletes will be considered for WPPSP. These candidates should exhibit no risk in qualification areas. Candidates selected for this program should demonstrate high motivation and strong leadership potential as determined by the Community Leadership Score (CLS). Regional Commanders will provide the EXCOM an overview of the candidates recommended for WPPSP prior to the actual offer being tendered.

(c)  SAT Math and Reading scores greater than 500 or an ACT component scores greater than or equal to 20 with a CEER/ACEER greater than 431 should be considered for appointment to Civil Prep.

(d)  Risk scores must be approved by a majority vote of the Executive Committee. If the CEER is below 373, the EXCOM will make a recommendation to the entire Admissions Committee before an LOA will be approved.

6.  CANDIDATE QUALIFICATION AND SELECTION:

MAAR                                                          5 November 2020
SUBJECT: Academic Board Directive for the Admissions Committee,
Academic Years 2021-2022 and 2022 -2023

Candidate qualification and selection by the Admissions Committee covers a
wide range of candidates by WCS and CEER/ACEER. Qualified WCS scores
in a typical class range from 7000+ at the high end to around 4800 at the low
end. Since Admissions has transitioned to a completely paperless application
process, it is imperative that the synergy produced by the discussion of cases
and issues at the Admissions Committee not be lost. The Committee will
continue to meet on a weekly basis to engage in such discussions, as
required, and also to vote on medical waiver memoranda and slates. The
movement to digital files now enables members of the Admissions Committee
to qualify or disqualify candidates remotely in their offices and elsewhere.
Members of the Committee serving in the first year are encouraged to consult
as required with veteran colleagues or members of the Admissions staff. It is
finally imperative as well that in the decentralized dynamic of work-station
review, Committee members engage files promptly once they are posted to
the AMS admissions site.

7. ACADEMIC BOARD SPECIFIC GUIDANCE:

   a. The Academic Board directs the Admissions Committee to continue to
consider the Whole Candidate Score (WCS) and its various sub-scores in the
process of determining qualified candidates. Be attentive to the possible need
for changes over time, especially with respect to impacts not only with
standardized tests but leadership and athletic components of the WCS as a
result of COVID restrictions in the students' local school districts.

   b. The Academic Board further directs the Admissions Committee to
accomplish the following specified tasks during the period covered by this
directive:

  (1) Continue policy of restricting less than 10% of an incoming class
with CEER scores below 466. This cap is for US students only.

   (2) Continue the 10% cap on the aggregate number of candidates entering
USMAPS or Civil Prep below 340 CEER. These low CEERs can include any
candidates from any class composition category. Any exceptions to the cap or
candidate cohort requires a full admissions committee discussion for approval.
This cap is for US students only.

   (3) Establish a goal of no more than 25% of each Class Composition Goal
cohort entering with CEER scores below 466. The actual entry percentages will be
briefed to the Academic Board each admissions cycle in August. There is a non-
binding goal but an intent to minimize CEER risks by cohorts where possible. This

MAAR                                          5 November 2020
SUBJECT: Academic Board Directive for the Admissions Committee,
Academic Years 2021-2022 and 2022 -2023

cap is for US students only.


8.  REVIEW OF THE ACADEMIC BOARD DIRECTIVE:

The Academic Board will review and vote on this directive every other year. If
there is a need for any change to the document's content during the two-year
cycle, a minimal memorandum of change will be prepared by the Admissions
Committee Chair and the Director of Admissions for Discussion and Approval by
the Academic  Board.

APPROVED BY THE ACADEMIC BOARD ON 5 NOVEMBER 2020.

HARPER.DAV    Digitally signed by
                        HARPER.DAVID.AND
ID.ANDREW.     REW.1007253806
                        Date: 2021.06.09
1007253806   14:17:25 -04'00'

DAVID HARPER
COL, US Army
Professor and Head
Department of English and Philosophy
Chairman of the Admissions Committee

MCDONALD.DEBOR    Digitally signed by
                                  MCDONALD.DEBORAH.JO.118034
AH.JO.1180341524    1524
                                  Date: 2021.06.09 12:27:28 -04'00'

DEBORAH J. McDONALD
COL, US Army
Director of Admissions

MAAR                                                                    30 October 2020
SUBJECT: Academic Board Directive for the Admissions Committee,
Academic Years 2021-2022 and 2022-2023

ANNEX A: Quantification of Candidate File Components Calculation

$\underline{WCS}$ = 6 (CEER/ACEER) + 3 (CLS) + 1 (CFA)

$\underline{CEER}$ = $316.935 \cdot HS_{PCT} + 0.333 \cdot SAT_{EB} + 0.981 \cdot SAT_{M} - 572.502$

$\underline{ACEER}$ = $(391.437 \cdot HS_{PCT}) + (14.398 \cdot ACT_{M}) + (5.853 \cdot ACT_{E}) + (3.588 \cdot ACT_{SR}) + (2.427 \cdot ACT_{R}) - 532.388$

$\underline{PSATCEER\ Math\ Proxy}$ = $SAT_{M} = 2.62.0781 + 0.6692 X PSAT_{M}$

$\underline{PSATCEER\ English\ Proxy}$ = $SAT_{EB} = 271.9788 + 0.6471 \times PSAT_{Verbal}$

$HS_{PCT}$ = Converted HS GPA from table of data for a 4.0 scale

$\underline{COMMUNITY\ LEADER\ SCORE\ (CLS)}$ = $\dfrac{EX + AT + FAS}{3}$

CANDIDATE FITNESS ASSESSMENT (CFA) – six event physical fitness
test including pullups/ flexed arm hang, shuttle run, modified basketball
throw, crunches, pushups and mile run.

- **COMMUNITY LEADER SCORE (CLS)**: The arithmetical mean (with a range of 147 to 740 inclusive) of the Faculty Appraisal, Athletic Activity, and Extracurricular Activity scores.

- FACULTY APPRAISAL SCORE (FAS): The average of the candidate's scores on the school evaluation from Math, Science, English and Physical Education Teachers.

- SCHOOL OFFICIAL EVALUATION (SOE) of Candidate Forms (DD Form 1869) on a scale of 40-740.

- ATHLETIC ACTIVITIES SCORE (AT): A score reflecting a candidate's athletic participation awarded in accordance with the following guidelines.

MAAR                                                                30 October 2020
SUBJECT: Academic Board Directive for the Admissions Committee,
Academic Years 2021-2022 and 2022-2023

## ATHLETIC GUIDELINES

800: An outstanding athlete (All-American, 1st team All-Area selection) and either
Athletic rating of 1 in the sport in which honors are received or CFA score> 650.

700:
(1)  First-team All-Area selection in a single sport;
(2)  Team captain in two or more sports for class size over 100);
(3)  Ranger or Special Forces tab [Soldiers].

600:
(1)  Captain of team;
(2)  Varsity letter in two or more sports.
(3)  Martial Arts Black Belt or equivalent within past three years

500:
(1)   Varsity letter in a single sport;
(2)   Expert Infantryman Badge, Expert Field Medical Badge, Jumpmaster, or
Presidential Fitness award [Soldiers]

400:
(1)  Participation in a varsity sport (no letter);
(2)  Graduate of Airborne, Air Assault, Pathfinder, or comparable other Army
school [Soldiers];
(3)  Maximum score on Army Physical Fitness Test  [Soldiers].

300:
(1) Participation in junior-varsity and other team sports (not
intramurals); (2) Soldier status.

200: No participation and no evidence of interest in sports.

A-2

MAAR                                                              30 October 2020
SUBJECT: Academic Board Directive for the Admissions Committee,
Academic Years 2021-2022 and 2022-2023

- EXTRACURRICULAR ACTIVITIES SCORE (EX): A score reflecting  a candidate's
  participation in activities outside of required school curricula awarded in
  accordance with the following guidelines.

  800: An outstanding young person with quadruple participation or honors and
  awards on selected extracurricular activities (each worth 600 or more points).

  700:

  (1)  Student Council President;
  (2)  Triple participation or honors and awards in selected extracurricular activities
       (each worth 600 (points)
  (3)  Participation in Boys/Girls  Nation;
  (4)  JROTC Regt/Bde Cmdr or Civil Air Patrol Spaatz Award winner;
  (5)  Decoration for valor [Soldiers];
  (6)  Ranger or Special Forces tab [Soldiers];
  (7)  Soldier's Medal  [Soldiers].

  600:
  (1)  High-school Class President;
  (2)  Editor-in-chief of a school  publication;
  (3)  Participation in Boys/Girls State, President of National Honor Society, or
       recipient of a National or State award;
  (4)  Eagle Scout (Boy Scouts) or Gold Award (Girl Scouts);
  (5)  Triple participation or honors and awards in selected extracurricular activities
       (each worth 500  points)
  (6)  Earhart/Mitchell Award;
  (7)  Combat Infantryman Badge; Combat Action Badge; Combat Medical Badge
       [Soldiers];
  (8)  Soldier of the Year-brigade-level or higher [Soldiers];
  (9)  Division-level In-Service Recruiting Program [Soldiers].

  500:
  (1)  Holder of one or more elective offices in moderately selective
       organizations;
  (2)  Participation in activities or recipient of awards in moderately
       selective organizations
  (3)  Holder of a private pilot's  license;
  (4)  EMT/EMS or Volunteer  Firefighter;
  (5)  National Honor Society VP/Treasurer or Secretary;

A-3

MAAR                                                                                      30 October 2020
SUBJECT: Academic Board Directive for the Admissions Committee,
Academic Years 2021-2022 and 2022-2023

(6)   Civil Air Patrol  Officer/1SG;
(7)   Combat veteran of three or more months in theater  [Soldiers];
(8)   Expert Infantryman Badge or Expert Field Medical Badge
        [Soldiers];
(9)   Meritorious Service Medal [Soldiers];
(10) Distinguished Honor Graduate of Army school  [Soldier];
(11) Soldier of the Quarter-brigade-level or higher [Soldiers].

400:

(1)   Participation in activities or recipient of awards in organizations with
        limited selectivity;
(2)   Non-commissioned Officer  [Soldiers];
(3)   Squad Leader or Platoon Guide [Soldiers];
(4)   90-day-plus OCONUS tour [Soldiers];
(5)   Army Commendation Medal [Soldiers];
(6)   Master Fitness Trainer [Soldiers];
(7)   Honor Graduate of an Army school [Soldiers];
(8)   PLDC graduate [Soldiers];
(9)   BOSS Representative  [Soldiers].

300:
(1)   Some participation in organized activities;
(2)   Army Achievement Medal or Good Conduct Medal [Soldiers].

200: No participation in organized  activities.


NOTE: The information above contains general guidance on the components
used to compute a Community Leader Score (CLS).  In a process as imprecise
as leadership assessment, subjective judgment must  be applied  to the
evaluation process in order to take into consideration special situations: e.g., an
unusually high or low Faculty Appraisal Score (FAS) that is inconsistent  with
other elements of the candidate record; athletic achievement in an extremely
large or small school or an excellent or marginal program; an activity record that
may not fit the categorizations of the Candidate Activities Record. The
Admissions Office and the Admissions Committee are expected to make
adjustments in the components of the CLS to take into account such situations.

MAAR                                                                                    30 October 2020
SUBJECT: Academic Board Directive for the Admissions Committee, Academic
Years 2021-2022 and 2022-2023

ANNEX B: Class Composition Goals for Classes of 2025 and 2026

1. Each year, USMA enrolls approximately 1,220 future leaders to serve in our officer corps with a goal to graduate approximately 1000 cadets after 47 months.  Although USMA receives guidance and direction in training requirements and branching allocations, USMA does not receive guidance regarding diversity composition of an incoming class.  Without guidance, USMA has shaped the composition of the incoming classes to be nested with the Department of Defense Diversity and Inclusion Strategic Plan in order to continue to attract and retain "a force that not only comes from diverse backgrounds, but also reflects the face of the nation".

2. USMA shapes the incoming class through established Class Composition Goals (CCGs).  CCGs drive the allocation of available resources to generate awareness and inspire underrepresented cohorts.  USMA narrowly tailors the use of CCGs to achieve diversity that upon graduation will be commensurate with or slightly above the current officer percentage in each demographic (Women, African Americans, Hispanics, and Asians).

3.  USMA also shapes an incoming class through established CCGs based on talent.  These talent goals include those attributes associated with experiential skills to include soldier, athlete, scholar, and leader and have been in use for admissions criteria for the past 75 years.
   **Scholar:** candidate whose CEER $\geq$ 650
   **Leader:**  candidate whose CLS $\geq$ 645
   **Athlete:** candidate designated by ODIA as a 1 rate athlete in an intercollegiate sport
   **Soldier:** candidate who has completed Basic Training and has time in service$\geq$180 days. Can be Regular Army (RA), Reserve Component (RC) or National Guard (NG).  USMAPS CCs who did not enter USMAPS as a RA or RC soldier will be considered an Invitational Reservist upon entry to USMAPS.

4. CCGs for USMA Classes 2025/2026 is based on FY2019 reported active officer corps demographics and the historical talent skills from previous class cohorts. These goals consider estimated attrition over the 47-month time at USMA.

**RA Officer Population as a Benchmark of Diversity**
*Women   > 20% (Officer Population – 18%)*
*Minorities > 37% (Officer Population 29%)*
   *African American  > 14% (Officer Population 11%)*
   *Hispanic          > 11% (Officer Population 8%)*
   *Asian             > 7% (Officer Population 7%)*
   *Other             > 5% (Officer Population 3%)*

**Cadet Population as a Benchmark for Talent Goals**
*Scholars > 30% (West Point Cadet Population – 39%)*
*Leaders  > 25% (West Point Cadet Population - 19%)*
*Athletes  > 23% (West Point Cadet Population – 22%)*
*Soldiers  >  7% (West Point Cadet Population – 5%)*