

1600 Wilson Boulevard, Suite 700
Arlington, VA 22209

> Applications granted.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
> November 27, 2023

**By ECF**
The Honorable Philip M. Halpern
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

**Re:** *Students for Fair Admissions v. United States Military Academy at West Point*,
No. 23 Civ. 8262 (PMH)

Dear Judge Halpern:

Like West Point for its opposition, SFFA seeks extensions for its reply. *See* Minute Entry (Oct. 24, 2023) (extending West Point's time); Doc. 43 (extending West Point's time again and granting it more pages); Doc. 46 (granting West Point more pages again). West Point consents to these extensions.

SFFA first asks that its reply be due on December 5, 2023. The current due date is November 29, but that date assumes West Point filed its opposition on November 17. West Point actually filed on November 22, the day before Thanksgiving, after 9 pm. An extension to December 5 would account for this shift, especially given the holidays, while still giving this Court two weeks with the briefs before the potential hearing on December 21. This request for an extension of time to file its reply is SFFA's first.

SFFA also asks for leave to file a reply up to 25 pages. This Court granted West Point leave to file a 60-page opposition—2.4 times the length of an ordinary opposition. A 25-page reply is comparable; in fact, it leaves SFFA worse off than under the default rules, which give SFFA a 10-page advantage in terms of total briefing. Further, in the cases that West Point cited to justify enlarging its opposition, the courts also granted comparable enlargements of the replies. *E.g.*, *Tanvir v. Comey*, Doc. 72, No. 13-cv-6951 (S.D.N.Y.) (100-page reply to 85-page opposition); *Berenson v. Biden*, Doc. 47, No. 23-cv-3048 (S.D.N.Y.) (50-page reply to 50-page opposition); *Nat'l Day Laborer Organizing Network v. ICE*, Doc. 182, No. 16-cv-387 (S.D.N.Y.) (25-page reply to 50-page opposition). This request for leave to file an enlarged reply is SFFA's first.

Respectfully submitted,

*/s/ Thomas R. McCarthy*
Counsel for Students for Fair Admissions
tom@consovoymccarthy.com