

**INSTITUTE FOR CONSTITUTIONAL ADVOCACY AND PROTECTION**
**GEORGETOWN UNIVERSITY LAW CENTER**

**Amy L. Marshak**

Institute for Constitutional Advocacy and Protection
Georgetown University Law Center
600 New Jersey Ave. NW
Washington, DC 20001
(202) 662-9075
as3397@georgetown.edu

November 29, 2023

<u>Via ECF</u>

The Honorable Philip M. Halpern
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

**Re: <u>*Students for Fair Admissions v. United States Military Academy at West Point, et al.*, No. 23 Civ. 8262 (PMH)</u>**

Dear Judge Halpern,

     Amici 107 West Point Graduates respectfully seek the Court's permission to file the attached amici curiae brief (Ex. A) in opposition to Plaintiff's motion for a preliminary injunction (ECF No. 6). Amici are a non-partisan, diverse group of graduates of the United States Military Academy at West Point ("West Point"), including active and former members of the Army of the United States ("Army"), who seek to file in their personal, private capacities. Amici, as West Point graduates and current and former Army officers, have a strong interest in the issues presented in this case. They seek to provide the Court with information and their unique perspectives as individuals who have personally experienced the effects of the policies and practices challenged in Plaintiff's motion.

     "District courts have broad discretion to permit or deny the appearance of amici curiae in a given case." *United States v. Ahmed*, 788 F. Supp. 196, 198 n.1 (S.D.N.Y. 1992), *aff'd* 980 F.2d 161 (2d Cir. 1992). "An *amicus* brief should normally be allowed . . . when the *amicus* has unique information or perspective that can help the court beyond the help that the lawyers for the parties are able to provide." *Citizens Against Casino Gambling in Erie County v. Kempthorne*, 471 F. Supp. 2d 295, 311 (W.D.N.Y. 2017) (quoting *Ryan v. Commodity Futures Trading Comm'n*, 125 F.3d 1062, 1063 (7th Cir. 1997)).

In this case, Amici seek to provide this Court with their individual perspectives as "objective, neutral, dispassionate 'friend[s] of the court,'" ECF No. 41 at 1-2 (quoting *United States v. Gotti*, 755 F. Supp. 1157, 1159 (E.D.N.Y. 1991)), who have unique personal experiences that are materially relevant to the Court's consideration of Plaintiff's motion. Amici respectfully request the Court permit this filing so that they may fully brief the Court on the important constitutional and national security issues that this litigation presents.

Consistent with the Parties' representation to the Court, *see* ECF No. 36, counsel for both Plaintiff and Defendants state that they do not object to the filing of this brief.

                                                                                      Respectfully submitted,

                                                                                      /s/ Amy L. Marshak


Encl.

Cc: Counsel for all parties, by ECF