AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| Students for Fair Admissions | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 23-cv-8262 (PMH) |
| United States Military Academy at West Point | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Amici 107 West Point Graduates.

Date: 11/29/2023

*Attorney's signature*

Amy L. Marshak (AM1418)
*Printed name and bar number*

Institute for Constitutional Advocacy and Protection
Georgetown University Law Center
600 New Jersey Ave NW
Washington, DC 20001
*Address*

as3397@georgetown.edu
*E-mail address*

(202) 662-9075
*Telephone number*

*FAX number*