AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| Students for Fair Admissions | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 23-cv-8262 (PMH) |
| United States Military Academy at West Point | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

National Association of Black Military Women; ACLU; NYCLU; and NAACP LDF.

Date: 11/29/2023

*/s/ Sarah Hinger*
*Attorney's signature*

Sarah Hinger (4823878)
*Printed name and bar number*

American Civil Liberties Union Foundation
125 Broad St. 18th Fl.
New York, NY 10004
*Address*

shinger@aclu.org
*E-mail address*

(202) 519-7882
*Telephone number*

*FAX number*