AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| Students for Fair Admissions ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 23-cv-8262 (PMH) |
| United States Military Academy West Point ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

The New York Civil Liberties Union Foundation, amicus curiae.

Date: 12/08/2023

/s/ Perry Grossman
*Attorney's signature*

Perry Grossman, NY Bar No. 5382106
*Printed name and bar number*
The New York Civil Liberties Union Foundation
125 Broad Street, 19th Floor
New York, New York 10004
*Address*

pgrossman@nyclu.org
*E-mail address*

(212) 607-3300
*Telephone number*

*FAX number*