Robert Wooten
2478 Van Buskirk Street
Stockton, CA. 95206
(209)         992-8101
In pro-per



IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

Robert Wooten
    Petitioner;

In Re: Student For Fair Admissions
    Vs
U. S. Military Academy: West Point

Rule 60: Motion For
Relief from Judgement
Or Order

TO THE COURT:

On a Motion, and for just terms, the court may relieve a party from a final order or proceeding for the following reasons:

(6) Any other reason that justifies relief;

It is imperative for Black People to be involved in the public debate of national political issues which involve attempted dissolution of legislative rights designed to ameliorate past racial discrimination against them.

To deny me participation is a violation of my First Amendment right of Freedom of Speech and Petition.

The court attempts to censure me because of my political beliefs which should be unconstitutional.

PLEADING TITLE - 1



The purpose of my desire to become involved is my desire to bring to the table issues which White people are unwilling to acknowledge such as:

Roger Taney's decision in Scott v Sanford in which Taney said he voiced the opinion of the entire 13 colonies when he stated "Blacks were so far beneath Whites in the order of creation that co-mingling was considered a crime. And the Black man had no rights the White man was bound to respect.

Millers Slaughter House decision which nullified the privileges and immunities clause of the Fourteenth Amendment protecting the civil rights of former slaves.

Waite's Cruikshank decision reversing Cruikshank's murder and slaughter conviction of an estimated 300 unarmed former slaves after a disputed election in Louisiana. The court said the Bill of Rights nor the 14th Amendment did not limit the actions of private actors. This unleashed the Klan resulting in an estimated 5 to 6 thousand Black deaths.

Bradley's Civil Rights Cases decision in which he determined the 13th and 14th Amendments did not empower Congress to outlaw racial discrimination by individuals and the federal government was powerless to protect former slaves.

Or the courts decision in Borne v Flores in which the court recognized "the record of widespread and persistent racial discrimination which confronted Congress." Racial discrimination continues to confront Congress today.

There are many other such despicable decisions such as Plessey, Harris, Hodges, all perpetrated against the civil rights of Blacks which are deserving of civil retribution.

It is the duty of Congress, and not the courts, to maintain the general welfare of the citizens of the United States. A power delegated to one branch of government cannot be usurped by another branch under the pretext of its "interpretation" powers.

PLEADING TITLE - 2

The Civil War Amendments gives to Congress, explicitly, the power to enforce, by "appropriate legislation," those amendments. The Reconstruction courts overturned every law passed by Congress attempting to convey social and civil equality to the former slave.

Given the hostility between Congress and the court, it is easy to understand why Congress reserved to itself the power to enforce its legislation. The Civil War Amendments was the first time Congress used the designation reserving the power of interpretation to itself. And this power has been indorsed by the States and is unalterable by the court.

Racial discrimination against minorities is part and parcel of the American experience. It is recorded in the numerous court decisions noted above. It is also recorded in U. S. Army Reports in which many of the so-called riots were investigated by the Army.

The only question as I see it; is whether or not the government, which has been delegated the power and authority to "provide for the common Defense and general Welfare of the United States. To make all Laws which shall be necessary and proper for carrying into execution the foregoing powers," should make amends for the documented past transgressions of the court.

I would dispute the constitutional authority of the court to tread upon the stated, constitutional authority of Congress. The enforcement statements of the Civil War Amendments are plain, and unambiguous. There is no justification for interpretation. They must be enforced as they are written; Congress, not the court, shall enforce ....

What is an "appropriate" price for the United States to pay for the murder of the 300 Blacks at Colfax. The 100 or so at Tulsa; the destruction of three city blocks; because a Black boy stumbled and accidently touched a white girls hand;. For 150 at Rosewood, Florida in 1923; the wrongful execution of 14 year old George Stinney after a two hour trial and 10 minute deliberation in South Carolina; for Emmett Till in 1955 for whistling at a White woman? for the

PLEADING TITLE - 3

three civil rights workers, James Chaney, Andrew Goodman and Michael Schwerner, murdered in 1964 for registering voters in Mississippi; or Trayvon Martin in 2012, murdered because he dared to walk to the store at night in Florida; or the estimated 5, to 6,000 Blacks lynched through out the South from the end of the Civil War until the 1950's?

Equity requires that just compensation be made for past transgressions. Particularly should this be so for a democratic republic that supposedly prides itself in justice and equality for all.

For these, and other reasons which may come to mind, I respectfully request the court to reconsider its denial of my petition to join this discussion. All of these described accounts of racial injustice aids the court in determining whether or not a White man, who has not suffered, nor will suffer, any personal injury, is justified to challenge the authority of Congress to attempt to address the past evils of the government in not protecting the civil, political, and economic rights of ALL Americans in their pursuit of the American Dream.

November 20, 2023                                                                                   Robert Wooten

PLEADING TITLE - 4



R. WOOTEN
2418 Van Buren St.
Stkn. CA. 95206

RECEIVED
NOV 27 2023
U.S.D.C.
W.P.

USDC SDNY

DISTRICT COURT
U.S. COURT HOUSE
300 QUARROPAS STREET
WHITE PLAINS N.Y. 10601