UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STUDENTS FOR FAIR ADMISSIONS, INC.,

                              *Plaintiff,*

      v.                                       Case No. 7:23-cv-8262-PMH

THE UNITED STATES MILITARY
ACADEMY AT WEST POINT,

                              *Defendant.*

## SUPPLEMENTAL DECLARATION OF MEMBER A

I, Member A, declare as follows:

1. Though I am not yet 18, I am of sound mind, not a convicted felon, capable of making this declaration, and fully competent to declare the matters below.

2. Since my original declaration, I have continued the process for applying to West Point. I interviewed with my congressman to get a nomination for this cycle, but my congressman has not yet selected nominees.

Per 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 18, 2023

                                                              */s/ Member A*
                                                              Member A