**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS, INC., <br> *Plaintiff*, <br> v. <br> THE UNITED STATES MILITARY ACADEMY AT WEST POINT, *et al.*, <br> *Defendants*. | Case No. 7:23-cv-8262-PMH |

**SUPPLEMENTAL DECLARATION OF MEMBER C**

I, Member C, declare as follows:

1. I am 18, of sound mind, not a convicted felon, capable of making this declaration, and fully competent to declare the matters below.

2. Since my original declaration, I have continued the process for applying to West Point. I have now received a nomination from my congressman for the current cycle.

Per 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 18, 2023



Member C

1