UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
WHITE PLAINS DIVISION

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS,<br><br>                                    Plaintiff,<br><br>v.<br><br>THE UNITED STATES MILITARY ACADEMY AT WEST POINT; THE UNITED STATES DEPARTMENT OF DEFENSE; LLOYD AUSTIN, in his official capacity as Secretary of Defense; CHRISTINE WORMUTH, in her official capacity as Secretary of the Army; LIEUTENANT GENERAL STEVEN GILLAND, in his official capacity as Superintendent of the United States Military Academy; and LIEUTENANT COLONEL RANCE LEE, in his official capacity as Director of Admissions for the United States Military Academy at West Point,<br>                                    Defendants. | Case No. 7:23-cv-08262-PMH |

### [PROPOSED] ORDER FOR ADMISSION *PRO HAC VICE*

The motion of Richard Gabe Anderson for admission to practice pro hac vice in the above-captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of Texas, and his contact information is as follows:

>   Richard Gabe Anderson
>   CONSOVOY MCCARTHY PLLC
>   1600 Wilson Blvd., Ste. 700
>   Arlington, VA 22209
>   (703) 243-9423
>   gabe@consovoymccarthy.com

Applicant having requested admission pro hac vice to appear for all purposes as counsel for Plaintiffs in the above-entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice pro hac vice in the above-captioned case in the United States District Court for the Southern District of New York. All

attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: December 19, 2023

_____

United States District Judge Philip M. Halpern