

1600 Wilson Boulevard, Suite 700
Arlington, VA 22209
703.243.9423
www.consovoymccarthy.com

December 20, 2023

**By ECF**
The Honorable Philip M. Halpern
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re: *Students for Fair Admissions v. United States Military Academy at West Point*, No. 23 Civ. 8262 (PMH)

Dear Judge Halpern:

Pursuant to Local Rule 1.8, Plaintiff's counsel moves for entry of an Order authorizing counsel to bring electronic equipment to the preliminary-injunction hearing on December 21, 2023. Specifically, Plaintiff requests that Thomas McCarthy, Patrick Strawbridge, and Richard Gabe Anderson be allowed to bring laptops, iPad tablets, and personal cell phones as needed. Granting this request will enable Plaintiff's counsel to present their case clearly, fully, and easily during the hearing.

Respectfully submitted,

*/s/ Thomas R. McCarthy*
Counsel for Students for Fair Admissions
tom@consovoymccarthy.com