**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**WHITE PLAINS DIVISION**

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS,<br><br>                    *Plaintiff*,<br><br>v.<br><br>UNITED STATES MILITARY ACADEMY AT WEST POINT; THE UNITED STATES DEPARTMENT OF DEFENSE; LLOYD AUSTIN, in his official capacity as Secretary of Defense; CHRISTINE WORMUTH, in her official capacity as Secretary of the Army; LIEUTENANT GENERAL STEVEN GILLAND, in his official capacity as Superintendent of the United States Military Academy; and LIEUTENANT COLONEL RANCE LEE, in his official capacity as Director of Admissions for the United States Military Academy at West Point,<br><br>                    *Defendants*. | No. 7:23-cv-8262-PMH |

## <u>EMERGENCY</u> NOTICE OF APPEAL

Plaintiff, Students for Fair Admissions, hereby appeals to the U.S. Court of Appeals for the Second Circuit, on an emergency basis, this Court's denial of Plaintiff's motion for a preliminary injunction on January 3, 2024. *See* Doc. 78.

Dated: January 3, 2024

Respectfully Submitted,

Cameron T. Norris*
CONSOVOY MCCARTHY PLLC
1600 Wilson Blvd., Ste. 700
Arlington, VA 22209
(703) 243-9423
cam@consovoymccarthy.com

*pro hac vice