TO WHOM IT MAY CONCERN:

GREETINGS:

My name is Robert Wooten. I am an 82 year old Black Man residing in California.

White people are actively engaged in bringing suits in the federal courts of the Nation in a successful attempt to remove "affirmative action" from the academic landscape of higher education in the Nation.

They are arguing under the "equal protection" clause of the Fourteenth Amendment. It has been judicially determined in U. S. v Rhodes, 27 Fed. Cases 50, (1866) that Whites are unaffected by the Fourteenth Amendment.

The Slaughter House decision 83 U. S. 36, (1873) said that the purpose of the Fourteenth Amendment was to establish the FREEDOM OF THE SLAVE RACE: THE SECURITY AND FIRM ESTABLISHMENT OF THAT FREEDOM, AND THE PROTECTION OF THE NEWLY MADE FREEMAN from the oppressions of those who had formerly exercised unlimited dominion over him. The one pervading purpose found in them all, (the 13th, 14th and 15th Amendments), lying at the foundation of each, without which none of them would have even been suggested, (was slavery).

That is the reason and spirit of the law. Courts have said there is "a letter of the law," and "a spirit of the law." The "letter" may be broad enough to encompass all of man-kind, but the "spirit" of the law, limits its application to the purpose and intent, "or the evil" intended to be addressed by the statute in question. For the Fourteenth Amendment, that would be slavery.

Here, the first question for the court, is whether White people can sue for equal rights under the Fourteenth Amendment. Keep in mind, White people HAVE NERVER been denied equal rights under the Constitution. Only minority groups have been deprived of rights enjoyed by White citizens.

Discrimination is actuated from the base of power, (Whites), depriving the powerless, (minorities), of rights and protections enjoyed by the base, (Whites). This asinine concept of "reverse discrimination" is an oxymoron because the terms are mutually exclusive.

One cannot "discriminate" while simultaneously "reversing" it. If "discrimination" is "reversed," the result is "equality:" which is all that minorities seek, "equality."

I have petitioned the U. S. District Court for the Southern District of New York, in the matter of Students for Fair Admissions v The U. S. Military Academy at West Point, case NO. 23-cv-08262 (PMH) to allow me to submit an amicus brief in support of Respondents. The court has on two occasions denied my request. I am soliciting your assistance in bringing this matter to the attention of the general public as I feel Blacks should be actively engaged in public debates of national concern which directly affect the rights of Blacks.

Thanks for any attention you may give to this matter.

PLEADING TITLE - 1

Robert Wooten                                      Jan. 8 2024