Robert Wooten
2478 Van Buskirk St.
Stockton, CA. 95206
(209)      992-8101
IN PRO-PER



# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# SOUTHERN DISTRICT OF NEW YORK

GREETINGS:                                                                                          LETTER

    In your last communication, one of the requirements listed was "convincing evidence." If the law itself has not "convinced" you as to its purpose, I doubt that there is anything, anyone, can say or do to accomplish that fact.

    However, I would like to quote a statement from a case called U. S. v Rhodes, 27 Fed. Cases 50, (1866), Justice Swayne sitting at circuit, in which he cites a passage from Justice Story's Commentaries on the Constitution, (1836), in which Story cites Blackstone's Commentaries on the Laws of England, (1765), in which Blackstone discusses the purpose and intent of a law.

    Story: p.295: 1. The first and fundamental rule in the interpretation of all instruments is, to construe them according to the sense of the terms and the intention of the parties. Mr. Justice Blackstone has remarked that the intention of a law is to be gathered from the words, the context, the subject matter, the effects and consequence, or the reason and spirit of the law. Black's Comm. 59,60.

    Lets apply those terms to the Fourteenth Amendment. The Slaughter House Court, 83 U. S. 36, (1873), was decided just five short years after the passage of the Fourteenth Amendment. The court said the events under discussion were too recent to be called "history' because the members of the court had all lived through the events which produced the amendment.

    The opinion said, "We repeat then, in the light of this recapitulation of events, almost too recent to be called history, but which are familiar to us all, (but apparently not to you), and on the most casual examination of the language of these amendments, no one can fail to be impressed with the ONE PERVADING purpose found in them all, lying at the foundation of each, and without which NONE of them would have even been suggested; WE MEAN THE FREEEDOM

PLEADING TITLE - 1

OF THE SLAVE RACE, THE SECURITY AND FIRM ESTABLISHMENT OF THAT FREEDOM, AND THE PROTECTION OF THE NEWLY MADE FREEMAN AND CITIZEN from the oppressions of those who had formerly exercised unlimited dominion over him."

Justice Swayne, in U. S. v Rhodes, cited above, said White people are unaffected by the Fourteenth Amendment. Those are official court decisions that this court must take judicial notice of. The facts and veracity are beyond dispute.

Swayne say's, "When the law is not prohibited, (affirmative was not prohibited, but was found to be necessary), and is calculated to effect any of the objects (general welfare) entrusted to government to undertake; here to inquire into the degree of its necessity, would be to pass the line which circumscribes the judicial department and to tread on legislative ground.

Any exercise of legislative power within its limits involves a legislative, not a judicial question. It is only when the authority given has been clearly exceeded, that the judicial power can be invoked. Its office is to repress and annul the excess; beyond that, it is powerless.

Under the rule of stare decisis and precedent, this court is powerless to act

What White people would do is argue in a vacuum. That is to say. They would argue as though there has been no prior history in which they have INDISCRIMINATELY MURDERED BLACKS without any repercussions.

I would introduce the Civil War and its cause. The Civil Rights Act of 1866 and its cause. The purpose of the Fourteenth Amendment and the Black Codes which followed. None of these topics will be argued by White's.

The Black Codes were passed immediately after the Civil War to restrict Blacks right to freely move about and achieve any social and economic autonomy. Whites passed vagrancy laws which required Blacks to prove they were gainfully employed. If not they were arrested for curfew and loitering violations.

In Georgia, by an act of 1829, no person was permitted to teach a slave, a free negro, or a person of color how to read or write. In Virginia, by a law of 1830, meetings of free negros to learn to read or write was made illegal and subject to corporal punishment. It was illegal for Whites to assemble with free negros for that purpose. Alabama passed a Prohibitory Act of 1831-2, for the same purpose. The Law of Louisiana passed for that purpose allowed Whites to be put to death at the discretion of the Court. In 1830 No. Carolina passed such a law.

It is alleged there were 623 counties throughout the southern states which passed laws that systematically forced Blacks to be under resourced and underserved. Under such repressive conditions it was impossible for Blacks to exist on a level with Whites. I could go on, and on, and on, but the limitations of time and paper won't allow me to at this time. A citizen of the U. S. is supposed to have a First Amendment right to Petition For a Redress of Grievances. I DEMAND THAT RIGHT.

Robert Wooten    *Robert Wooten*    1/3/24
PLEADING TITLE - 2

R. WOOTEN
2418 VAN BIBISICICIC ST.
STKN, CA. 95206

CLERK:
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF N.Y.
300 QUARROPAS STREET
WHITE PLAINS, N.Y. 10601

SACRAMENTO CA 957
8 JAN 2024 PM 7 L

10601-414000