

Cam Norris <cam@consovoymccarthy.com>

## SFFA v USMA

**Blain, Ellen (USANYS)** <Ellen.Blain@usdoj.gov>   Thu, Feb 22, 2024 at 8:35 AM
To: Cam Norris <cam@consovoymccarthy.com>
Cc: "O'Gallagher, Alyssa (USANYS)" <Alyssa.O'Gallagher@usdoj.gov>, Patrick Strawbridge <patrick@consovoymccarthy.com>, "Robinson, John J. (CIV)" <John.J.Robinson@usdoj.gov>, Bryan Weir <bryan@consovoymccarthy.com>, Thomas McCarthy <tom@consovoymccarthy.com>, Michael Connolly <mike@consovoymccarthy.com>, Adam Mortara <mortara@lawfairllc.com>, James Hasson <james@consovoymccarthy.com>, Gabe Anderson <gabe@consovoymccarthy.com>

Cam, that works for us, thanks.

Get Outlook for iOS

**From:** Cam Norris <cam@consovoymccarthy.com>
**Sent:** Wednesday, February 21, 2024 7:57:31 PM
**To:** Blain, Ellen (USANYS) <EBlain@usa.doj.gov>
**Cc:** O'Gallagher, Alyssa (USANYS) <AOGallagher@usa.doj.gov>; Patrick Strawbridge <patrick@consovoymccarthy.com>; Robinson, John J. (CIV) <John.J.Robinson@usdoj.gov>; Bryan Weir <bryan@consovoymccarthy.com>; Thomas McCarthy <tom@consovoymccarthy.com>; Michael Connolly <mike@consovoymccarthy.com>; Adam Mortara <mortara@lawfairllc.com>; James Hasson <james@consovoymccarthy.com>; Gabe Anderson <gabe@consovoymccarthy.com>
**Subject:** Re: [EXTERNAL] Re: SFFA v USMA

And we can agree to that, provided that neither side cites the outstanding answer as a reason not to have the 26(f) conference, negotiate a schedule, or start discovery.

Thanks!

On Wed, Feb 21, 2024 at 7:19 PM Blain, Ellen (USANYS) <Ellen.Blain@usdoj.gov> wrote:

> Cam,
>
> We will consent to your filing an amended complaint and thus avoid motion practice, provided you agree to 60 days for us to respond, which we'll need because, among other reasons, the amended complaint appears to have many new paragraphs.  Please let us know your thoughts, thanks,
>
>
> Ellen
>
> ---
>
> **From:** Blain, Ellen (USANYS) <EBlain@usa.doj.gov>
> **Sent:** Tuesday, February 20, 2024 4:00 PM
> **To:** Cam Norris <cam@consovoymccarthy.com>
> **Cc:** O'Gallagher, Alyssa (USANYS) <AOGallagher@usa.doj.gov>; Patrick Strawbridge <patrick@consovoymccarthy.com>; Robinson, John J. (CIV) <John.J.Robinson@usdoj.gov>; Bryan Weir <bryan@consovoymccarthy.com>; Thomas McCarthy <tom@consovoymccarthy.com>; Michael Connolly <mike@consovoymccarthy.com>; Adam Mortara <mortara@lawfairllc.com>; James Hasson <james@consovoymccarthy.com>; Gabe Anderson <gabe@consovoymccarthy.com>
> **Subject:** Re: [EXTERNAL] Re: SFFA v USMA
>
>
> Understood, I will get back to you by tomorrow.