

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

February 28, 2024

**By ECF**
The Honorable Philip M. Halpern
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

      Re:   *Students for Fair Admissions v. United States Military Academy at West Point, et al.*, No. 23 Civ. 8262 (PMH)

Dear Judge Halpern:

      Defendants the United States Military Academy at West Point ("West Point"); Christine Wormuth, Secretary of the Army; Lieutenant General Steven Gilland, Superintendent of West Point; and Lieutenant Colonel Rance Lee, Director of Admissions for West Point (together, "Defendants" or the "Government") write respectfully to request that their deadline to respond to Plaintiff's Amended Complaint be extended to April 22, 2024, 60 days after it was filed.[1]  Such an extension would allow the Government additional time to address the allegations in the Amended Complaint, which differ substantially from those in the Complaint, and consult with all Executive Branch stakeholders involved.  This is the Government's first request for an extension of time to respond to the Amended Complaint, and Plaintiff consents to this request provided that neither party "cites the outstanding answer" as reason not to proceed to discovery in this matter.

      We thank the Court for its consideration of this request.

Respectfully,

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By:   */s/ Alyssa B. O'Gallagher*
      ALYSSA B. O'GALLAGHER
      ELLEN BLAIN
      Assistant United States Attorneys
      Tel.:   (212) 637-2822/2743
      Email: Alyssa.O'Gallagher@usdoj.gov
             Ellen.Blain@usdoj.gov

---

Application granted.

SO ORDERED.

_____
Philip M. Halpern
United States District Judge

Dated:  White Plains, New York
         February 29, 2024

---

[1] Though the Amended Complaint was filed on February 19, 2024, *see* Dkt. No. 87, the filing was marked as deficient, and the deficiency was not cured until February 22, 2024, *see* Dkt. No. 88.