

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

April 18, 2024

**By ECF**

The Honorable Philip M. Halpern
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

   Re: *Students for Fair Admissions v. United States Military Academy at West Point, et al.*, No. 23 Civ. 8262 (PMH)

Dear Judge Halpern:

  Defendants the United States Military Academy at West Point ("West Point"); Christine Wormuth, Secretary of the Army; Lieutenant General Steven Gilland, Superintendent of West Point; and Lieutenant Colonel Rance Lee, Director of Admissions for West Point (together, "Defendants" or the "Government") write respectfully to request a four-day extension, from April 22, 2024, to April 26, 2024, of the deadline to respond to Plaintiff's Amended Complaint. Such an extension would allow the Government additional time to consult with all Executive Branch stakeholders involved. This is the Government's second request for an extension of time to respond to the Amended Complaint, *see* Dkt. No. 89, and the requested extension would not affect any other deadline in this case. The Court granted the Government's first request. *See* Dkt. No. 90. Plaintiff does not oppose this request.

  We thank the Court for its consideration of this request.

              Respectfully,

              DAMIAN WILLIAMS
              United States Attorney for the
              Southern District of New York

      By: */s/ Alyssa B. O'Gallagher*
         ALYSSA B. O'GALLAGHER
         ELLEN BLAIN
         Assistant United States Attorneys
         Tel.: (212) 637-2822/2743
         Email: Alyssa.O'Gallagher@usdoj.gov
            Ellen.Blain@usdoj.gov