

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

86 Chambers Street
New York, New York 10007

April 18, 2024

**By ECF**

The Honorable Philip M. Halpern
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

    Re:   *Students for Fair Admissions v. United States Military Academy at West Point, et al.*, No. 23 Civ. 8262 (PMH)

Dear Judge Halpern:

    Defendants the United States Military Academy at West Point ("West Point"); Christine Wormuth, Secretary of the Army; Lieutenant General Steven Gilland, Superintendent of West Point; and Lieutenant Colonel Rance Lee, Director of Admissions for West Point (together, "Defendants" or the "Government") write respectfully to request a four-day extension, from April 22, 2024, to April 26, 2024, of the deadline to respond to Plaintiff's Amended Complaint. Such an extension would allow the Government additional time to consult with all Executive Branch stakeholders involved. This is the Government's second request for an extension of time to respond to the Amended Complaint, *see* Dkt. No. 89, and the requested extension would not affect any other deadline in this case. The Court granted the Government's first request. *See* Dkt. No. 90. Plaintiff does not oppose this request.

    We thank the Court for its consideration of this request.

Respectfully,

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By:   */s/ Alyssa B. O'Gallagher*
ALYSSA B. O'GALLAGHER
ELLEN BLAIN
Assistant United States Attorneys
Tel.:   (212) 637-2822/2743
Email: Alyssa.O'Gallagher@usdoj.gov
         Ellen.Blain@usdoj.gov

---

Application granted.

SO ORDERED.

_____
Philip M. Halpern
United States District Judge

Dated:  White Plains, New York
        April 19, 2024