AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| Students for Fair Admissions | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 23-cv-8262 (PMH) |
| United States Military Academy at West Point, et al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants.

Date: 05/29/2024

/s/ Medha Gargeya
*Attorney's signature*

Medha-Kameswari B. Gargeya (1672536)
*Printed name and bar number*

950 Pennsylvania Ave. NW
Washington, DC 20530

*Address*

medha.gargeya@usdoj.gov
*E-mail address*

(336) 430-8207
*Telephone number*

*FAX number*

Print    Save As...    Reset