**INSTITUTE FOR CONSTITUTIONAL ADVOCACY AND PROTECTION**
**GEORGETOWN UNIVERSITY LAW CENTER**

**Ben Gifford**

Institute for Constitutional Advocacy and Protection
Georgetown University Law Center
PO Box 211178
Brooklyn, NY 11221
(202) 662-9835
Bg720@georgetown.edu

June 10, 2024

**Via ECF**

The Honorable Philip M. Halpern
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

> Application granted. The Clerk of Court is respectfully requested to terminate Amy L. Marshak as counsel in this action.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
>        June 11, 2024

**Re:** ***Students for Fair Admissions v. United States Military Academy at West Point, et al.***, **No. 23 Civ. 8262 (PMH)**

Dear Judge Halpern,

The Institute for Constitutional Advocacy and Protection (ICAP) represents *Amici* 107 West Point Graduates in this matter. We write to inform the Court that Amy L. Marshak is no longer affiliated with ICAP and to request that she be permitted to withdraw her appearance in this action. I will continue to serve as counsel in this case.

Respectfully submitted,

/s/ Ben Gifford

Cc: Counsel for all parties, by ECF