UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
...............................................................x

STUDENTS FOR FAIR ADMISSIONS,

                Plaintiff,

      v.

THE UNITED STATES MILITARY
ACADEMY AT WEST POINT; CHRISTINE
WORMUTH, in her official capacity as Secretary
of the Army; LIEUTENANT GENERAL
STEVEN GILLAND, in his official capacity as
Superintendent of the United States Military
Academy; and LIEUTENANT COLONEL
RANCE LEE, in his official capacity as Director
of Admissions for the United States Military
Academy at West Point,

                Defendants.
...............................................................x

23 Civ. 8262 (PMH)

**NOTICE OF APPEARANCE AND REQUEST FOR ELECTRONIC NOTIFICATION**

TO:    Clerk of Court
          United States District Court, Southern District of New York

The undersigned attorney respectfully requests the Clerk to note his appearance as counsel for defendants, and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

Dated:  New York, New York
           July 30, 2024

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York
*Attorney for Defendants*

By:    /s/ *Christopher K. Connolly*
       CHRISTOPHER K. CONNOLLY
       Assistant United States Attorney
       86 Chambers Street, 3rd Floor
       New York, New York 10007
       Telephone: (212) 637-2761
       E-mail: christopher.connolly@usdoj.gov