*U.S. Department of Justice*

*United States Attorney
Southern District of New York*

*86 Chambers Street
New York, New York 10007*

August 2, 2024

**By ECF**
The Honorable Philip M. Halpern
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

   Re: *Students for Fair Admissions v. United States Military Academy at West Point, et al.*, No. 23 Civ. 8262 (PMH)

Dear Judge Halpern:

  I write respectfully pursuant to Local Rule 1.4 for the Court's leave to withdraw as counsel for the Defendants in the above-referenced matter. The reason for this request is that I am leaving the United States Attorney's Office for the Southern District of New York. The Government will continue to be represented by other counsel from the U.S. Attorney's Office of the Southern District of New York and the Department of Justice who have appeared in this matter. My withdrawal as an attorney of record will not affect any deadlines or cause any delay in this matter. Accordingly, I respectfully request that the Court grant my request to withdraw as counsel of record.

  I thank the Court for considering this matter.

            Respectfully,

            DAMIAN WILLIAMS
            United States Attorney for the
            Southern District of New York

      By: */s/ Ellen Blain*
         ELLEN BLAIN
         Assistant United States Attorney
         Tel.: (212) 637-2743
         Email: ellen.blain@usdoj.gov