U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

August 2, 2024

**By ECF**

The Honorable Philip M. Halpern
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

      Re:    *Students for Fair Admissions v. United States Military Academy at West Point, et al.*, No. 23 Civ. 8262 (PMH)

Dear Judge Halpern:

      I write respectfully pursuant to Local Rule 1.4 for the Court's leave to withdraw as counsel for the Defendants in the above-referenced matter. The reason for this request is that I am leaving the United States Attorney's Office for the Southern District of New York. The Government will continue to be represented by other counsel from the U.S. Attorney's Office of the Southern District of New York and the Department of Justice who have appeared in this matter. My withdrawal as an attorney of record will not affect any deadlines or cause any delay in this matter. Accordingly, I respectfully request that the Court grant my request to withdraw as counsel of record.

      I thank the Court for considering this matter.

Respectfully,

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By:   */s/ Ellen Blain*
ELLEN BLAIN
Assistant United States Attorney
Tel.:  (212) 637-2743
Email: ellen.blain@usdoj.gov

---

Application granted. The Clerk of Court is respectfully requested to terminate Ellen Blain as counsel in this action.

SO ORDERED.

_____
Philip M. Halpern
United States District Judge

Dated:  White Plains, New York
          August 5, 2024