AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| Students for Fair Admissions | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 23 Civ. 8262 (PMH) |
| United States Military Academy at West Point, et al., | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants    .

Date:   08/15/2024

/s/ Rebecca S. Tinio
*Attorney's signature*

Rebecca S. Tinio
*Printed name and bar number*
U.S. Attorney's Office
86 Chambers Street, Floor 3
New York, NY 10007

*Address*

rebecca.tinio@usdoj.gov
*E-mail address*

(212) 637-2774
*Telephone number*

*FAX number*