

U.S. Department of Justice

*Civil Division*

950 Pennsylvania Avenue
Washington, District of Columbia 20530

January 8, 2025

**VIA ECF**
The Honorable Philip M. Halpern
United States District Judge
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

      Re:    *Students for Fair Admissions v. United States Military Academy at West Point et al.,* 23 Civ. 8262

Dear Judge Halpern:

    I write respectfully pursuant to Local Rule 1.4 for the Court's leave to withdraw as counsel for the Defendants in the above-referenced matter. The reason for this request is that I am leaving the United States Department of Justice. The Government will continue to be represented by other counsel from the U.S. Attorney's Office of the Southern District of New York and Federal Programs Branch of the U.S. Department of Justice who have appeared in this matter. My withdrawal as an attorney of record will not affect any deadlines or cause any delay in this matter. Accordingly, I respectfully request that the Court grant my request to withdraw as counsel of record.

    I thank the Court for its consideration of this submission.

                                                                 Respectfully,

By:    */s/ Medha Gargeya*
        MEDHA GARGEYA
        Counsel
        U.S. Department of Justice
        Civil Division, Office of the Assistant Attorney General
        950 Pennsylvania Avenue NW
        Washington, DC 20530
        Tel.: (202) 320-0188
        Email: medha.gargeya@usdoj.gov

---

Application granted. The Clerk of Court is respectfully requested to terminate Medha Gargeya as counsel in this action.

SO ORDERED.

*[signature]*
Philip M. Halpern
United States District Judge

Dated:  White Plains, New York
          January 10, 2025