IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

STUDENTS FOR FAIR ADMISSIONS,

    *Plaintiff*,

v.

THE UNITED STATES MILITARY
ACADEMY AT WEST POINT *et al.*,

    *Defendants*.

No. 23-cv-8262 (PMH)

**MOTION FOR ADMISSION PRO HAC VICE**

    Pursuant to Rule 3.1 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Seth Wayne hereby moves this Court for an Order for admission to Pro Hac Vice to appear as counsel for amici curiae 107 West Point Graduates in the above-captioned action.

    I am in good standing of the bar of the District of Columbia and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred, or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: January 28, 2025

    Respectfully submitted,

    <u>*/s/ Seth Wayne*</u>
    Seth Wayne
    Institute for Constitutional Advocacy and Protection
    Georgetown University Law Center
    600 New Jersey Ave NW
    Washington, DC 20001
    (415) 516-4939
    sw1098@georgetown.edu

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS,<br><br>    *Plaintiff*,<br><br>v.<br><br>THE UNITED STATES MILITARY ACADEMY AT WEST POINT *et al.*,<br><br>    *Defendants*. | No. 23-cv-8262 (PMH) |

### AFFIDAVIT OF SETH WAYNE

I, Seth Wayne, pursuant to Local Rule 1.3(c) of the United States District Courts for the Southern and Eastern Districts of New York declare as follows:

1. I am an attorney at the Institute for Constitutional Advocacy and Protection at Georgetown Law. I am over the age of eighteen.

2. I am a member in good standing of the District of Columbia Bar, entitled to practice before the District of Columbia Court of Appeals.

3. I have never been convicted of a felony.

4. I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

5. There are no disciplinary proceedings presently against me.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that this affidavit is true and correct.

Executed on January 28, 2025.

Texas
Kerr

_____
Seth Wayne

Sworn before me this __28th__ day of __January__, __2025__.

_____
Notary Public

Camron Cook
ID NUMBER
12998668-4
COMMISSION EXPIRES
October 8, 2026

Electronically signed and notarized online using the Proof platform.



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

# *Seth Daniel Tychsen Wayne*

was duly qualified and admitted on August 24, 2018 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an Active member in good standing of this Bar.

*In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on January 24, 2025.*

*JULIO A. CASTILLO*
*Clerk of the Court*

*Issued By:*

*David Chu - Director, Membership*
*District of Columbia Bar Membership*

*For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS,<br><br>      *Plaintiff*,<br><br>  v.<br><br>THE UNITED STATES MILITARY ACADEMY AT WEST POINT *et al.*,<br><br>      *Defendants*. | No. 23-cv-8262 (PMH) |

### [PROPOSED] ORDER FOR ADMISSION PRO HAC VICE

The motion of Seth Wayne for admission to practice Pro Hac Vice in the above captioned action is granted. Applicant has declared that he is a member in good standing of the bar of the District of Columbia, and that his contact information is as follows:

    Applicant's Name: Seth Wayne
    Firm Name: Institute for Constitutional Advocacy and Protection at Georgetown Law
    Address: 600 New Jersey Ave. NW, Washington, DC 20001
    Telephone: 415-516-4939

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for amici curiae 107 West Point Graduates in the above titled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated:_____ _____

                                                                            United States District/Magistrate Judge