IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

STUDENTS FOR FAIR ADMISSIONS,

    *Plaintiff*,

  v.

THE UNITED STATES MILITARY
ACADEMY AT WEST POINT *et al.*,

    *Defendants*.

No. 23-cv-8262 (PMH)

## [PROPOSED] ORDER FOR ADMISSION PRO HAC VICE

The motion of Seth Wayne for admission to practice Pro Hac Vice in the above captioned action is granted. Applicant has declared that he is a member in good standing of the bar of the District of Columbia, and that his contact information is as follows:

    Applicant's Name: Seth Wayne
    Firm Name: Institute for Constitutional Advocacy and Protection at Georgetown Law
    Address: 600 New Jersey Ave. NW, Washington, DC 20001
    Telephone: 415-516-4939

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for amici curiae 107 West Point Graduates in the above titled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated:   January 29, 2025                                              /s/
                                                                        United States District/~~Magistrate~~ Judge