AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Southern District of New York

| | | |
|---|---|---|
| Students for Fair Admissions | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   23-cv-8262 (PMH) |
| United States Military Academy at West Point | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Amici 107 West Point Graduates                                                                              .

Date:     01/29/2025

_____
*Attorney's signature*

Seth Wayne (PHV) (DC Bar No. 888273445)
*Printed name and bar number*

600 New Jesey Ave. NW
Washington, DC 20001

_____
*Address*

sw1098@georgetown.edu
*E-mail address*

(415) 516-4939
*Telephone number*

_____
*FAX number*