

**INSTITUTE FOR CONSTITUTIONAL ADVOCACY AND PROTECTION**
**GEORGETOWN UNIVERSITY LAW CENTER**

**Seth Wayne**

Institute for Constitutional Advocacy and Protection
Georgetown University Law Center
600 New Jersey Ave. NW
Washington, DC 20001
(415) 516-4939
sw1098@georgetown.edu

January 29, 2025

<u>Via ECF</u>

The Honorable Philip M. Halpern
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

<u>**Re: *Students for Fair Admissions v. United States Military Academy at West Point, et al.*, No. 23 Civ. 8262 (PMH)**</u>

Dear Judge Halpern,

The Institute for Constitutional Advocacy and Protection (ICAP) represents *Amici* 107 West Point Graduates in this matter. We write to inform the Court that Ben Gifford is no longer affiliated with ICAP and to request that he be permitted to withdraw his appearance in this action. I will continue to serve as counsel in this case.

> Application granted. The Clerk of Court is respectfully requested to terminate Ben Gifford as counsel in this action.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
> January 29, 2025

Respectfully submitted,

/s/ Seth Wayne

Cc: Counsel for all parties, by ECF