

**U.S. Department of Justice**
Civil Division
Federal Programs Branch

---

February 5, 2025

**VIA ECF**
The Honorable Philip M. Halpern
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

    Re:    *Students for Fair Admissions v. United States Military Academy at West Point et al.*, **No. 23 Civ. 8262**

Dear Judge Halpern:

    Pursuant to Local Rule 1.4, I respectfully request the Court's leave to withdraw as counsel for Defendants in the above-referenced matter. I am leaving the U.S. Department of Justice on February 7, 2025. The Government will continue to be represented by other counsel from the U.S. Attorney's Office for the Southern District of New York and the Federal Programs Branch of the U.S. Department of Justice's Civil Division. My withdrawal as an attorney of record will not affect any deadlines or cause any delay in this matter. Accordingly, I respectfully request that the Court grant my request to withdraw as counsel of record.

    Sincerely,

    */s/ Chris Edward Mendez*
    Chris Edward Mendez
    Trial Attorney
    U.S. Department of Justice
    Civil Division, Federal Programs Branch
    1100 L Street, NW
    Washington, DC 20005
    Tel: (202) 451-7323
    Email: chris.e.mendez@usdoj.gov

    *Counsel for Defendants*