UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS,<br><br>                              Plaintiff,<br><br>-against-<br><br>THE UNITED STATES MILITARY ACADEMY AT WEST POINT, et al.,<br><br>                              Defendants. | **ORDER**<br><br>23-CV-08262 (PMH) |

PHILIP M. HALPERN, United States District Judge:

      Defendants' request to stay this case for 90 days is denied; however, the Court extends the deadlines in the Civil Case Discovery Plan and Scheduling Order for a period of 90 days, such that the time to complete fact discovery is extended to June 3, 2025; expert and all discovery shall be completed by December 8, 2025; a joint letter concerning settlement/mediation shall be filed by June 17, 2025; and the case management conference scheduled for October 22, 2025 is adjourned to February 5, 2026 at 12:00 p.m.

      Defendants are directed to file a letter advising the Court of the status of the Government's determination of "the impact of recent Executive Orders ("EOs") and agency policy memoranda on its position in this case" (Doc. 125 at 1) on April 11, 2025 and every 45 days.

      The parties are reminded that any discovery disputes they wish to raise with the Court must be made in strict compliance with the Court's Individual Practices Rule 4(D).

                                                        **SO ORDERED.**

Dated:  White Plains, New York
          February 25, 2025

                                                      _____
                                                      PHILIP M. HALPERN
                                                      United States District Judge