

**U.S. Department of Justice**
Civil Division
Federal Programs Branch

**Mailing Address**  **Overnight Delivery Address**
P.O. Box 883  1100 L Street, N.W.
Washington, D.C. 20044  Washington, D.C. 20001

*Joshua E. Gardner*
*Special Counsel*
Tel: (202) 305-7583
Joshua.e.gardner@usdoj.gov

May 28, 2025

**By ECF**
The Honorable Philip M. Halpern
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re: *Students for Fair Admissions v. United States Military Academy at West Point, et al.*, No. 23 CIV 8262 (PMH)

Dear Judge Halpern:

I write respectfully pursuant to Local Rule 1.4 for the Court's leave to withdraw as counsel for the Defendants in the above-referenced matter. The reason for this request is that I am leaving the United States Department of Justice. The Government will continue to be represented by counsel for the U.S. Attorney's Office for the Southern District of New York who have appeared in this matter. My withdrawal as an attorney of record will not affect any deadline or cause any delay in this matter. Accordingly, I respectfully request that the Court grant my request to withdraw as counsel of record.

I thank the Court for considering this matter.

Respectfully,

*/s/ Joshua E. Gardner*
JOSHUA E. GARDNER
Special Counsel
Federal Programs Branch
United States Department of Justice
Tel: (202) 305-7583
Email: joshua.e.gardner@usdoj.gov

---

Application granted. The Clerk of Court is respectfully requested to terminate Joshua Gardner as counsel in this action.

SO ORDERED.

_____
Philip M. Halpern
United States District Judge

Dated: White Plains, New York
       May 29, 2025