

*U.S. Department of Justice*

*United States Attorney
Southern District of New York*

*86 Chambers Street
New York, New York 10007*

June 10, 2025

**By ECF**
The Honorable Philip M. Halpern
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

      Re:    *Students for Fair Admissions v. United States Military Academy at West Point, et al.*, No. 23 Civ. 8262 (PMH)

Dear Judge Halpern:

      Defendants the United States Military Academy at West Point ("West Point"); Daniel Driscoll, Secretary of the Army; Lieutenant General Steven Gilland, Superintendent of West Point; and Colonel Rance Lee, Director of Admissions for West Point (together, "Defendants" or the "Government") write respectfully in response to the Court's Order dated April 14, 2025, *see* Dkt. No. 129, to provide a status report and to request, with Plaintiff's consent, that the stay of deadlines that is currently in place until June 13, 2025, be extended an additional sixty days. *See id.*

      Since Defendants' last correspondence to the Court, *see* ECF No. 128, the parties have continued to engage in productive, good-faith discussions regarding this matter, and those discussions will continue.[1] Given these circumstances, Defendants respectfully submit that another sixty-day stay will conserve both judicial and party resources and will promote the efficient and orderly disposition of this case. Defendants propose a further status report to be due on August 8, 2025. As already noted, Plaintiff consents to Defendants' request for an additional sixty-day stay.

      We thank the Court for its consideration of this status update and request for a further stay.

---

[1] In the appeal currently being held in abeyance before the Fourth Circuit in *Students for Fair Admissions, Inc. v. The United States Naval Academy, et al.*, No. 24-2214 (4th Cir.), the parties recently submitted a similar status report. *Id.*, Dkt. No. 27. *Students for Fair Admissions v. United States Air Force Academy, et al.*, No. 24 Civ. 3430 (D. Colo.), pending in the District of Colorado, is also stayed. *Id.*, Dkt. No. 25.

                        Respectfully,

                        JAY CLAYTON
                        United States Attorney for the
                        Southern District of New York

By:    */s/ Rebecca S. Tinio*
        REBECCA S. TINIO
        CHRISTOPHER K. CONNOLLY
        ALYSSA B. O'GALLAGHER
        Assistant United States Attorneys
        Tel.:   (212) 637-2774/2761/2822
        Email: rebecca.tinio@usdoj.gov
                christopher.connolly@usdoj.gov
                alyssa.o'gallagher@usdoj.gov