

U.S. Department of Justice

> Application granted. All deadlines in this matter are temporarily stayed for an additional 7 days, and Defendants are directed to file a status letter on or before August 15, 2025.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated:  White Plains, New York
>         August 8, 2025

**By ECF**
The Honorable Philip M. Halpern
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re:   *Students for Fair Admissions v. United States Military Academy at West Point, et al.*, No. 23 Civ. 8262 (PMH)

Dear Judge Halpern:

Defendants the United States Military Academy at West Point ("West Point"); Daniel Driscoll, Secretary of the Army; Lieutenant General Steven Gilland, Superintendent of West Point; and Colonel Rance Lee, Director of Admissions for West Point (together, "Defendants" or the "Government") write respectfully in response to the Court's Order dated June 11, 2025, *see* Dkt. No. 133, to provide a status report and to request, with Plaintiff's consent, that the stay of deadlines that is currently in place until August 11, 2025, be extended an additional seven days. *See id.*

Since Defendants' last correspondence to the Court, *see* ECF No. 132, the parties have continued to engage in productive, good-faith discussions regarding this matter. The parties mutually believe that those discussions are close to a conclusion. Given these circumstances, Defendants respectfully submit that another seven-day stay will conserve both judicial and party resources and will promote the efficient and orderly disposition of this case. Defendants propose a further status report to be due on August 15, 2025. As already noted, Plaintiff consents to Defendants' request for an additional seven-day stay.

We thank the Court for its consideration of this status update and request for a further stay.

        Respectfully,

        JAY CLAYTON
        United States Attorney for the
        Southern District of New York

By:   */s/ Rebecca S. Tinio*
        REBECCA S. TINIO
        ALYSSA B. O'GALLAGHER
        Assistant United States Attorneys
        Tel.:  (212) 637-2774/2822
        Email: rebecca.tinio@usdoj.gov
                alyssa.o'gallagher@usdoj.gov