UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
WHITE PLAINS DIVISION

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS,<br>*Plaintiff*,<br><br>v.<br><br>THE UNITED STATES MILITARY ACADEMY AT WEST POINT, *et al.*,<br>*Defendants*. | No. 7:23-cv-08262 (PMH)<br><br>**JOINT STIPULATION OF DISMISSAL** |

The parties have settled. Per Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff and Defendants jointly stipulate to the dismissal of this case with prejudice. Each side will bear its own fees and costs.

| | |
|---|---|
| Dated: August 11, 2025 | Respectfully submitted, |
| BRETT A. SHUMATE<br>Assistant Attorney General<br>Civil Division | /s/ *Thomas R. McCarthy*<br><br>Thomas R. McCarthy\*<br>Patrick Strawbridge\* |
| JAY CLAYTON<br>United States Attorney<br>Southern District of New York | J. Michael Connolly\*<br>Bryan K. Weir\*<br>Cameron T. Norris\*<br>James F. Hasson\* |
| /s/ *Charles E.T. Roberts*<br>CHARLES E.T. ROBERTS<br>Counsel to the Assistant Attorney General<br>Civil Division, Department of Justice<br>950 Pennsylvania Avenue<br>Washington, DC 20530<br>Telephone: (202) 305-1141<br>charles.roberts2@usdoj.gov | R. Gabriel Anderson\*\*<br>CONSOVOY MCCARTHY PLLC<br>1600 Wilson Boulevard, Suite 700<br>Arlington, VA 22209<br>(703) 243-9423<br>tom@consovoymccarthy.com<br>patrick@consovoymccarthy.com<br>mike@consovoymccarthy.com<br>bryan@consovoymccarthy.com<br>cam@consovoymccarthy.com<br>james@consovoymccarthy.com |
| | Adam K. Mortara\*<br>(TN Bar No. 40089)<br>LAWFAIR LLC<br>40 Burton Hills Blvd., Ste. 200<br>Nashville, TN 37215<br>(773) 750-7154<br>mortara@lawfairllc.com |
| | \*pro hac vice |