UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
WHITE PLAINS DIVISION

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS, *Plaintiff*, <br><br> v. <br><br> THE UNITED STATES MILITARY ACADEMY AT WEST POINT, *et al.*, *Defendants*. | No. 7:23-cv-08262 (PMH) <br><br> **JOINT STIPULATION OF DISMISSAL** |

The parties have settled. Per Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff and Defendants jointly stipulate to the dismissal of this case with prejudice. Each side will bear its own fees and costs.

| | |
|---|---|
| Dated: August 12, 2025 | Respectfully submitted, |
| BRETT A. SHUMATE<br>Assistant Attorney General<br>Civil Division | */s/ Thomas R. McCarthy* |
| JAY CLAYTON<br>United States Attorney<br>Southern District of New York | Thomas R. McCarthy*<br>Patrick Strawbridge*<br>J. Michael Connolly*<br>Bryan K. Weir*<br>Cameron T. Norris*<br>James F. Hasson*<br>R. Gabriel Anderson** |

Dated: August 12, 2025

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

JAY CLAYTON
United States Attorney
Southern District of New York

_____
CHARLES E.T. ROBERTS
Counsel to the Assistant Attorney General
Civil Division, Department of Justice
950 Pennsylvania Avenue
Washington, DC 20530
Telephone: (202) 305-1141
charles.roberts2@usdoj.gov

Respectfully submitted,

/s/ Thomas R. McCarthy
_____
Thomas R. McCarthy*
Patrick Strawbridge*
J. Michael Connolly*
Bryan K. Weir*
Cameron T. Norris*
James F. Hasson*
R. Gabriel Anderson**
CONSOVOY MCCARTHY PLLC
1600 Wilson Boulevard, Suite 700
Arlington, VA 22209
(703) 243-9423
tom@consovoymccarthy.com
patrick@consovoymccarthy.com
mike@consovoymccarthy.com
bryan@consovoymccarthy.com
cam@consovoymccarthy.com
james@consovoymccarthy.com

Adam K. Mortara*
(TN Bar No. 40089)
LAWFAIR LLC
40 Burton Hills Blvd., Ste. 200
Nashville, TN 37215
(773) 750-7154
mortara@lawfairllc.com

*pro hac vice